United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 26-01089-FMR |
| YesCare Corp. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-2 | User: admin | Page 1 of 30 |
| Date Rcvd: May 12, 2026 | Form ID: 309F1 | Total Noticed: 1541 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | YesCare Corp., 205 Powell Place, Ste 104, Brentwood, TN 37027-7522 |
| aty | + | Adisley Cortez-Rodriguez, DOJ-Ust, 110 East Park Avenue, Ste 128, Tallahassee, FL 32301-7728 |
| aty | + | Conor McLaughlin, DOJ-Ust, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 32448451 | | ABBAS KHANS LLC, 1019 HARVIN WAY STE 120, ROCKLEDGE, FL 329553286 |
| 32448452 | + | ABBOTT AMBULANCE INC, PO BOX 847199, DALLAS, TX 75284-7199 |
| 32448453 | + | ABILIT+5:948Y REHAB ASSOCIATES, 100 E CARROLL ST, PRMC STATION 400, SALISBURY, MD 21801-5493 |
| 32448454 | + | ACCESS PHYSICIANS GLOBAL TELEMEDICINE SOLUTIO, PO BOX 15590, BELFAST, ME 04915-4050 |
| 32448455 | + | ACCESS TELECARE CALIFORNIA PC, PO BOX 25154, BELFAST, ME 04915-2002 |
| 32448457 | | ADOC ST CLAIR, P O BOX 402946, ATLANTA, GA 303842946 |
| 32448458 | | ADVANCED CARDIOVASCULAR LLC, 1649 HIGHWAY 22 W, ALEXANDER CITY, AL 350104413 |
| 32448459 | + | ADVANCED ENT AND ALLERGY PLLC, 2944 BRECKENRIDGE LN, LOUISVILLE, KY 40220-1409 |
| 32448460 | + | ADVANCED EYE CARE CLINIC, PC, 2029 BLUEGRASS CIRCLE, CHEYENNE, WY 82009-7368 |
| 32448461 | | ADVANCED INPATIENT MEDICINE, 601 PARK ST, HONESDALE, PA 184311445 |
| 32448462 | + | ADVANCED PROSTHETICS AND ORTHOTICS, 4000 OLD COURT RD, PIKESVILLE, MD 21208-2800 |
| 32448464 | ++ | ADVANCED SURGEONS PC, 3686 GRANDVIEW PKWY STE 400, BIRMINGHAM AL 35243-3404 address filed with court:, ADVANCED SURGEONS PC, 3686 GRANDVIEW PKWY STE 400, BIRMINGHAM, AL 352433404 |
| 32448465 | + | ADVANCED SURGICAL WEIGHT LOSS INSTITUTE, 3165 SUNTREE BLVD STE 101, ROCKLEDGE, FL 32955-5798 |
| 32448466 | | ADVANCED UROLOGY OF MONTGOMERY, 4216 CARMICHAEL RD, MONTGOMERY, AL 361062804 |
| 32448467 | | ADVANTAGE PHYSICAL MEDICINE, 60 DUNNING ROAD, SUITE 1, MIDDLETOWN, NY 109402216 |
| 32448468 | + | ADVENTIST PATHOLOGY ASSOC, PO BOX 79906, BALTIMORE, MD 21279-0906 |
| 32448469 | | AEL MEMPHIS - TENNESSEE, PO BOX 1000, DEPT 446, MEMPHIS, TN 381480001 |
| 32448470 | | AEROFLOW HEALTHCARE, 65 BEALE RD, ARDEN, NC 287049213 |
| 32448471 | + | AFFINITY CARDIO-THORIACIC CARE, 2871 ACTON ROAD, BIRMINGHAM, AL 35243-2559 |
| 32448472 | | AFFINITY ORTHOPEDIC SPECIALISTS LLC, 5018 CAHABA RIVER RD, BIRMINGHAM, AL 352432317 |
| 32448473 | + | AFFORDABLE DENTURES WEST MELBOURNE, 1529 WEST NEW HAVEN AVE, MELBOURNE, FL 32904-3927 |
| 32448474 | + | AGAPE FAMILY MEDICINE, LLC, 706 EAST LAUREL STREET, ATMORE, AL 36502-3114 |
| 32448475 | | AGARWAL, RAMESH, 145 E CARROLL ST UNIT 103, SALISBURY, MD 218015454 |
| 32448476 | + | AGRAMA, HANI M, 1257 FLORIDA AVE S, ROCKLEDGE, FL 32955-2435 |
| 32448477 | | AIR EVAC EMS INC FAYETTE, PO BOX 106, WEST PLAINS, MO 657750106 |
| 32448478 | | AIR EVAC EMS INC THE SHOALS, PO BOX 106, WEST PLAINS, MO 657750106 |
| 32448479 | + | AKUMIN IMAGING TEXAS LLC, PO BOX 737483, DALLAS, TX 75373-7483 |
| 32448480 | + | ALABAMA ARTIFICIAL LIMB COMPANY, 1223 EAST SOUTH BOULEVARD, MONTGOMERY, AL 36116-2315 |
| 32448481 | + | ALABAMA BARIATRICS & MINIMALLY INV SURG PC, P O BOX 1684, DECATUR, AL 35602-1684 |
| 32448482 | + | ALABAMA BONE & JOINT CLINIC LLC, 120 CAHABA VALLEY PKWY, STE 100, PELHAM, AL 35124-1187 |
| 32448483 | + | ALABAMA CANCER CARE LLC, 509 ENERGY CENTER BLVD, STE 804, NORTHPORT, AL 35473-2798 |
| 32448484 | + | ALABAMA CARDIOLOGY PC, 4700 WHITESBURG DRIVE SUITE 200, HUNTSVILLE, AL 35802-1686 |
| 32448485 | + | ALABAMA CARDIOVASCULAR GROUP - ACCESS CLINIC, 3680 GRANDVIEW PARKWAY, SUITE 200, BIRMINGHAM, AL 35243-3411 |
| 32448486 | | ALABAMA COLON & GASTRO PC, 1105 EAGLETREE LN SE, HUNTSVILLE, AL 358016447 |
| 32448487 | + | ALABAMA COLON AND RECTAL INSTITUTE, 1317 4TH AVE SOUTH, BIRMINGHAM, AL 35233-1408 |

District/off: 113A-2 User: admin Page 2 of 30

Date Rcvd: May 12, 2026 Form ID: 309F1 Total Noticed: 1541

32448489 + ALABAMA EAR NOSE THROAT SPECIALISTS LLC, 302 MERCHANTS WALK STE 100, TUSCALOOSA, AL 35406-2291
32448490 ALABAMA HEART AND VASCULAR MED, 100 RICE MINE RD LOOP STE 104, TUSCALOOSA, AL 354062421
32448491 ALABAMA HEART AND VASCULAR PC, 2022, PO BOX 242848, SUITE 403, MONTGOMERY, AL 361242848
32448492 + ALABAMA HEART CARE LLC, 4810 HARKEY LANE,, TUSCALOOSA, AL 35406-2863
32448493 + ALABAMA IMAGING P.C., PO BOX 830525, DEPT #SF127, BIRMINGHAM, AL 35283-0525
32448494 + ALABAMA INFECTIOUS DISEASE CENTER PC, 420 LOWELL DRIVE SUITE 301, HUNTSVILLE, AL 35801-3762
32448495 ALABAMA MEDICAL GROUP, P O BOX 160928, MOBILE, AL 366161928
32448496 ALABAMA ONCOLOGY HEMATOLOGY ASSOCIATES, PO BOX 241145, MONTGOMERY, AL 361241145
32448497 + ALABAMA OPHTHALMOLOGY ASSOCIATES PC, 1000 19TH STREET SOUTH, BIRMINGHAM, AL 35205-4804
32448498 + ALABAMA ORTHOPEDIC AND SPINE, 52 MEDICAL PARK DRIVE EAST, SUITE 115, BIRMINGHAM, AL 35235-3455
32448500 + ALABAMA VASCULAR, 632 2ND STREET NE, ALABASTER, AL 35007-8817
32448501 + ALABAMA VASCULAR SPECIALISTS PC, 2104 CHESTNUT ST, MONTGOMERY, AL 36106-1113
32448502 + ALABAMA VISION CENTER, LLC, 3928 MONTCLAIR RD, STE 100, BIRMINGHAM, AL 35213-2415
32448503 + ALEXANDRIA SPRINGFIELD EMER PHYS, P O BOX 826489, PHILADELPHIA, PA 19182-6489
32448504 + ALH HOSPITALIST, 700 W MARKET STREET, ATHENS, AL 35611-2457
32448505 + ALLAWAY AND PAROUSIS UROLOGY MD PA, 12234 WILLIAMS RD, CUMBERLAND, MD 21502-7960
32448506 ALLEGANY COUNTY COMMISSIONERS, P O BOX 588, DENTON, MD 216290588
32448507 ALLEGANY IMAGING PC, P O BOX 3277, INDIANAPOLIS, IN 462063277
32448508 ALLEN VOL FIRE CO INC, P O BOX 513, DENTON, MD 216290513
32448509 ALPHA HOSPITALIST SERVICES, 410 BROAD ST, GADSDEN, AL 359013718
32448510 + ALPHA PHYSICAL THERAPY CLINIC, 147 ORANGE AVE, ROCKLEDGE, FL 32955-2801
32448511 + AMBITRANS MEDICAL TRANSPORT INC, 4351 PINNACLE STREET, PUNTA GORDA, FL 33980-2902
32448512 + AMBRY GENETICS CORP, PO BOX 51458, ONTARIO, CA 91761-1048
32448513 + AMBULANCE MANAGEMENT SERVICES LTD, 1299 EAST VOORHEES STREET, TERRE HAUTE, IN 47802-3642
32448514 + AMBULATORY ANES OF MONTGOMERY, 7956 VAUGHN RD #165, MONTGOMERY, AL 36116-6819
32448515 + AMBULATORY UROLOGY SURGICAL CENTER LLC, 12234 WILLIAMS RD, CUMBERLAND, MD 21502-7960
32448516 AMEGASHIE, ERNEST D/B/A CARDIOVASCULAR CENTER, 1219 MOUNT AETNA RD STE 201, HAGERSTOWN, MD 217426550
32448517 AMERICAN ANESTHESIOLOGY OF VIRGINIA, P O BOX 945392, ATLANTA, GA 303945392
32448519 AMERICAN HOME DIALYSIS LLC, 721 SOUTH PRESTON STREET, LOUISVILLE, KY 402032319
32448520 AMERICAN HOME PATIENT, 300 TAYLOR RD, STE 500, MONTGOMERY, AL 361173551
32448521 AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE I, P O BOX 847199, DALLAS, TX 752847199
32448522 + AMERICAN NEUROMONITORING ASSOCIATES, 10275 LITTLE PATUXENT PKWY STE 300, COLUMBIA, MD 21044-3445
32448523 + AMERIPATH FLORIDA LLC, 16684 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693-0166
32448524 AMERIPATH FLORIDA, LLC, 16684 COLLECTIONS DRIVE, CHICAGO, IL 606930166
32448525 AMLANI MD, MOHAN, 11336 WILLOW RIDGE LANE, ELLICOTT CITY, MD 210422467
32448526 AMR OF MID ATLANTIC, P O BOX 100296, ATLANTA, GA 303840296
32448527 + AMS ANESTHETIST SERVICES LLC, PO BOX 919400, ORLANDO, FL 32891-9400
32448528 AMS OF CRESTVIEW LLC, P. O. BOX 919387, ORLANDO, FL 328919387
32448529 + AMSERV EMS, 437 BELCHER STREET, CENTREVILLE, AL 35042-2946
32448530 + ANACOSTIA MEDICAL ASSOCIATES, P O BOX 38746, BALTIMORE, MD 21231-8746
32448531 ANAVA EMERGENCY CONSULTANTE LLC, PO BOX 20161, TAMPA, FL 336220161
32448532 ANAVA HOSPITALIST LLC, PO BOX 20161, TAMPA, FL 336220161
32448533 + ANCHORAGE MIDDLETOWN FIRE & EMS, 836 4TH AVENUE, HUNTINGTON, WV 25701-1407
32448534 ANEJA, ARJUN D, 325 CLYDE MORRIS BLVD STE 300, ORMOND BEACH, FL 321748179
32448535 + ANESTHESIA ASSOCIATES OF LARAMIE, PO BOX 1562, IDAHO FALLS, ID 83403-1562
32448536 + ANESTHESIA COMPANY LLC, PO BOX 418205, BOSTON, MA 02241-8205
32448537 + ANESTHESIA CONSULTANTS, 1118 ROSS CLARK CIRCLE SUITE 700, DOTHAN, AL 36301-3043
32448538 ANESTHESIA DYNAMICS LLC, LB 8247 P O BOX 95000, PHILADELPHIA, PA 191950001
32448539 ANESTHESIA OF ORLANDO, PO BOX 744536, ATLANTA, GA 303744536
32448540 ANESTHESIA PARTNERS LTD, P O BOX 634483, CINCINNATI, OH 452634483
32448541 ANESTHESIA PHYS SOLUTIONS OF N FLORIDA, 1525 W CYPRESS CREEK RD, FORT LAUDERDALE, FL 333091831
32448542 + ANESTHESIA PHYSICIAN SOLUTIONS OF NORTH FLORI, 700 W OAK ST, ATLANATA, GA 30310
32448543 ANESTHESIA SERVICES OF DECATUR PC, DEPT 1223 PO BOX 1070, CHARLOTTE, NC 282011070
32448544 ANESTHESIOLOGIST ASSOCIATED DBA SAM, PO BOX 11407 DEPT 8388, BIRMINGHAM, AL 352468388
32448545 + ANESTHESIOLOGISTS ASSOCIATED PC, PO BOX 11407, DEPT 8388, BIRMINGHAM, AL 35246-3035
32448546 ANESTHESIOLOGISTS ASSOCIATED, PC, PO BOX 11407 DEPT 8389, BIRMINGHAM, AL 352468389
32448547 + ANESTHESIOLOGY & PAIN MANAGEMENT CONSULTANTS, PO BOX 4256, HOUSTON, TX 77210-4256
32448548 ANESTHESIOLOGY CONSULTANTS OF CHEYENNE, P O BOX 561207, DENVER, CO 802561207
32448549 ANNE ARUNDEL COUNTY FIRE, P O BOX 17064, BALTIMORE, MD 212970400
32448550 + ANTARES MEDICAL LLC, 7671 QUARTERFIELD RD STE 302, GLEN BURNIE, MD 21061-4525
32448551 + ANTIETAM ONCOLOGY&HEMATOLOGY GROUP,PC, 1185 IMPERIAL DR, STE 103, HAGERSTOWN, MD 21740-8140
32448552 APEX FOOT AND ANKLE CENTER LLC, 9400 GLADIOLUS DRIVE SUITE 300, FORT MYERS, FL 339089622

| | | |
|---|---|---|
| 32448553 | | APEX MEDICAL CARE SERVICES OF AL, DEPARTMENT SB004, PO BOX 830525, BIRMINGHAM, AL 352830525 |
| 32448554 | + | APOGEE MED GRP-FLORIDA, P O BOX 708850, SANDY, UT 84070-8782 |
| 32448555 | + | APP OF ALABAMA HM LLC, 4370 W MAIN ST, DOTHAN, AL 36305-1056 |
| 32448556 | + | APRN ADVANTAGE, LLC, 76 S ST ANDREWS DR, ORMONDBEACH, FL 32174-3857 |
| 32448557 | | ARITON RESCUE SQUAD, 837 E MAIN STREET, ARITON, AL 363110183 |
| 32448558 | + | ARTICULARIS HEALTHCARE GROUP, 2015 2ND AVE, STE 204, SUMMERVILLE, SC 29486-7889 |
| 32448559 | | ASC DEVELOPMENT CO LLC, P O BOX 74183, CLEVELAND, OH 441944183 |
| 32448560 | | ASCEND CLINICAL, LLC, PO BOX 45021, SAN FRANCISCO, CA 941450021 |
| 32448561 | + | ASHIE, FRANCIS AFUTU, 1007 BEVERLY DR STE C, ROCKLEDGE, FL 32955-2833 |
| 32448562 | + | ASKEW, CAMERON S, 513 Brookwood Blvd, Ste 310, BIRMINGHAM, AL 35209-7804 |
| 32448563 | | ASSISTANCE SOLUTION CORP, 160 W. CAMINO REAL 311, BOCA RATON, FL 334325942 |
| 32448564 | + | ASSOC. IN RADIATION MEDICINE, PO BOX 418837, BOSTON, MA 02241-8837 |
| 32448565 | | ASSOCIATED PATHOLOGISTS LLC, P O BOX 639195, CINCINNATI, OH 452634515 |
| 32448566 | ++ | ASSOCIATED RADIOLOGISTS, 10715 DOWNSVILLE PIKE, SUITE 103, HAGERSTOWN MD 21740-7240 address filed with court:, ASSOCIATED RADIOLOGISTS PA, 10715 DOWNSVILLE PK STE 103, HAGERSTOWN, MD 21740 |
| 32448567 | | ASSOCIATES IN DERMATOLOGY PLLC, PO BOX 950132, LOUISVILLE, KY 402950132 |
| 32448569 | + | ASSOCIATES IN RESPIRATORY MEDICINE, PO BOX 1289, BRADENTON, FL 34206-1289 |
| 32448570 | + | ATHENS LIMESTONE CARDIOLOGY, 700 WEST MARKET STREET, ATHENS, AL 35611-2422 |
| 32448571 | + | ATHENS LIMESTONE CRNA GROUP, PO BOX 999, ATHENS, AL 35612-0999 |
| 32448572 | + | ATHENS LIMESTONE ER PHYSICIANS, PO BOX 1047, ATHENS, AL 35612-1047 |
| 32448573 | + | ATHENS LIMESTONE HEALTH, 700 W MARKET ST, ATHENS, AL 35611-2422 |
| 32448574 | | ATHENS LIMESTONE HOSPITAL PHYSICIANS, P O BOX 11407 DEPT 2649, BIRMINGHAM, AL 352462649 |
| 32448575 | + | ATHENS LIMESTONE NEPHROLOGY ASSOCIATES, 1005 W MARKET ST, ATHENS, AL 35611-2454 |
| 32448576 | + | ATHENS LIMESTONE SURGICAL CLINIC, 101 FITNESS WAY, STE 2100, ATHENS, AL 35611-2494 |
| 32448577 | + | ATLANTIC RETINA CENTER, P.A., 31455 WINTERPLACE PKWY, SALISBURY, MD 21804-1891 |
| 32448578 | + | ATLAS DIAGNOSTICS INC, 1160 60TH STREET, BROOKLYN, NY 11219-4924 |
| 32448579 | + | ATMORE COMMUNITY CLINICS, 609 E. LAUREL STREET, ATMORE, AL 36502-3014 |
| 32448580 | + | ATMORE INDUSTRIAL MEDICINE LLC, 611 EAST LAREL STREET, ATMORE, AL 36502-3014 |
| 32448582 | + | AUDICUS, INC., 39 W. 29TH STREET, 8TH FLOOR, ATTENTION: B2B, NEW YORK, NY 10001-4208 |
| 32448583 | + | AZIZ, NABIL, 1257 S. FLORIDA AVE, ROCKLEDGE, FL 32955-2435 |
| 32448584 | + | BADRO, NABIL, 8109 RITCHIE HIGHWAY, PASADENA, MD 21122-6917 |
| 32448585 | | BAKER CO MEDICAL SERVICES D/B/A FRASER MEMORI, 159 N 3RD STREET, MACCLENNY, FL 320632103 |
| 32448586 | + | BAKER COMMUNITY HEALTH CENTER, P O BOX 467, MACCLENNY, FL 32063-0467 |
| 32448587 | + | BAKER COUNTY MEDICAL SERVICES, P O BOX 467, MACCLENNY, FL 32063-0467 |
| 32448588 | + | BAKER HILL FIRE & RESCUE LLC, 1053 COUNTY HIGHWAY 79 SOUTH #53, EUFAULA, AL 36027-8814 |
| 32448589 | + | BALDWIN BONE AND JOINT, 1505 DAPHNE AVE, DAPHNE, AL 36526-4298 |
| 32448590 | + | BALDWIN EMERGENCY PHYS, PO BOX 830469, MSC-508, BIRMINGHAM, AL 35283-0469 |
| 32448591 | ++ | BALTIMORE CITY FIRE DEPARTMENT, PO BOX 62826, BALTIMORE MD 21264-2826 address filed with court:, BALTIMORE CITY FIRE DEPARTMENT, P O BOX 62826, BALTIMORE, MD 212642826 |
| 32448592 | + | BALTIMORE WASHINGTON EMERGENCY PHYSICIANS INC, P O BOX 412194, BOSTON, MA 02241-2194 |
| 32448593 | + | BANNER HEALTH D/B/A COMMUNITY HOSPITAL, PO BOX 1540, GREELEY, CO 80632-1540 |
| 32448594 | | BANNER HEALTH PHYSICIANS COLORADO LLC, P O BOX 741705, LOS ANGELES, CA 900741705 |
| 32448595 | | BANNER HEALTH PHYSICIANS WEST, LLC, PO BOX 741705, LOS ANGELES, CA 900741705 |
| 32448596 | + | BANNER HOSPITAL BASED PHYSICIANS WEST, PO BOX 741740, LOS ANGELES, CA 90074-1740 |
| 32448597 | + | BAPTIST HEALTH MEDICAL GROUP, P O BOX 950248, LOUISVILLE, KY 40295-0248 |
| 32448598 | | BAPTIST HEALTH MEDICAL GROUP, PO BOX 734839, CHICAGO, IL 606734839 |
| 32448600 | | BAPTIST HEALTHCARE SYSTEM DBA BAPTIST HEALTH, PO BOX 734837, CHICAGO, IL 606734837 |
| 32448601 | + | BAPTIST MEDICAL CENTER EAST PHYSICIAN, PO BOX 241708, MONTGOMERY, AL 36124-1708 |
| 32448602 | + | BAPTIST MEDICAL CENTER SOUTH PHYSICIANS, PO BOX 241145, MONTGOMERY, AL 36124-1145 |
| 32448603 | + | BARNABAS HEALTH MEDICAL GROUP, P O BOX 826791, PHILADELPHIA, PA 19182-6791 |
| 32448605 | | BAY AREA HOSPITALISTS PA, P O BOX 20065, TAMPA, FL 336220065 |
| 32448606 | + | BAY EYES CATARACT & LASER CENTER INC, DBA SOU, PO BOX 26899, BELFAST, ME 04915-2019 |
| 32448608 | | BBH PRIMARY AND SPECIALTY CARE NETWORK, DEPT 8007 P O BOX 11407, BIRMINGHAM, AL 352468007 |
| 32448609 | + | BEATRICE CHAICHARNCHEEP MD LLC, PO BOX 43328, BIRMINGHAM, AL 35243-0328 |
| 32448610 | | BEER SIMON & ASSOCIATES, PO BOX 757, FLORENCE, AL 356310757 |
| 32448611 | + | BENSO GOLD DENTAL, PA, 571 S. 6TH STREET, MACCLENNY, FL 32063-2605 |
| 32448612 | + | BESSEMER EMERGENCY PHYSICIANS, 995 9TH AVENUE SOUTHWEST, BESSEMER, AL 35022-4527 |
| 32448613 | + | BIBB MEDICAL ASSOCIATES, 208 PIERSON AVENUE, CENTREVILLE, AL 35042-2918 |
| 32448614 | | BILLIONTOONE LABORATORY, 3200 WHIPPLE RD, UNION CITY, CA 945871217 |
| 32448615 | + | BIO MEDICAL APPLICATIONS OF KENTUCKY INC, 720 EAST BROADWAY, LOUISVILLE, KY 40202-1712 |
| 32448617 | + | BIOTHERANOSTICS INC, P O BOX 749249, LOS ANGELES, CA 90074-9249 |
| 32448619 | + | BIRMINGHAM HEART CLINIC PC, 100 PILOT MEDICAL DR, STE 300, BIRMINGHAM, AL 35235-3412 |
| 32448620 | #+ | BIRMINGHAM HEMATOLOGY ONCOLOGY ASSOC DBA ALAB, 500 OFFICE PARK DR, STE 400, BIRMINGHAM, AL |

35223-2457

32448621 + BIRMINGHAM INFECTIOUS DISEASES PC, PO BOX 530604, BIRMINGHAM, AL 35253-0604
32448622    BIRMINGHAM INPATIENT PHYSICIANS, PO BOX 660503, BIRMINGHAM, AL 352660503
32448623 + BIRMINGHAM INTERNAL MEDICINE ASSOCIATES PC, PO BOX 16839, BELFAST, ME 04915-4063
32448626 + BIRMINGHAM SURGICAL PC, 2022 BROOKWOOD MEDICAL CENTER DRIVE, SUITE 313-ALC, BIRMINGHAM, AL 35209-6807
32448627    BIRMINGHAM VITAL CARE, 1170 NE INDUSTRIAL PARK ROAD, MERIDIAN, MS 393011100
32448628 + BLACK HILL REGIONAL EYE SURG CENTER, LLC, 2800 3RD STREET, RAPID CITY, SD 57701-7374
32448629 + BLACK HILL SURGICAL HOSPITAL, P O BOX 129, RAPID CITY, SD 57709-0129
32448630 + BLACK HILLS ORAL & MAXI SURGERY, PC, 3415 FIFTH ST, RAPID CITY, SD 57701-7365
32448631 + BLACK HILLS ORTHO & SPINE CENTER, PO BOX 6850, RAPID CITY, SD 57709-6850
32448632 + BLACK HILLS REGIONAL EYE INSTITUTE, LLP, 2800 THIRD STREET, RAPID CITY, SD 57701-7394
32448633 + BLACK HILLS SURGICAL HOSPITAL PHYSICIAN, P O BOX 129, RAPID CITY, SD 57709-0129
32448634 + BLACK HILLS ULTRASOUND, 40 PIPPIN RD, NEWCASTLE, WY 82701-9708
32448635    BLACKSTONE HAND CENTER LLC, 2010 W EAU GALLIE BLVD STE 104, MELBOURNE, FL 329354033
32448636    BLUE LAKE HEALTH ALABAMA LLC, PO BOX 11407, DEPT 8409, BIRMINGHAM, AL 352468409
32448637 + BLUEGRASS ID ASSOCIATED LLC, 5200 BABCOCK ST NE, PALM BAY, FL 32905-4648
32448638 + BOARD OF COUNTY COMMISSIONERS, DBA COLLIER CO, P O BOX 7789, NAPLES, FL 34101-7789
32448639    BON SECOURS - SOUTHSIDE MEDICAL CENTER, P O BOX 639859, CINCINNATI, OH 452639859
32448640    BON SECOURS CRITICAL CARE TRANSPORT, PO BOX 631683, CINCINNATI, OH 452631683
32448641    BON SECOURS MEDICAL GROUP RIC, P O BOX 639969, CINCINNATI, OH 452639969
32448643    BOONSBORO AMBULANCE AND RESCUE, P O BOX 7, BOONSBORO, MD 217130007
32448644    BORLAND GROOVER CLINIC, 4800 BELFORT ROAD, JACKSONVILLE, FL 322566004
32448645 + BOSTON SCIENTIFIC CARDIAC DIAGNOSTIC SERVICE,, P O BOX 301704, DALLAS, TX 75303-1704
32448646    BOWES IMAGING CENTER, DEPT 794 PO BOX 850001, ORLANDO, FL 328850794
32448647 + BOWES IMAGING CENTER LLC, DEPT 794 PO BOX 850001, ORLANDO, FL 32885-0001
32448648    BRADENTON ENDOCRINOLOGY PA, 1906 59TH ST WEST, BRADENTON, FL 342094639
32448650 + BREVARD COUNTY FLORIDA, PO BOX 915189, ORLANDO, FL 32891-5189
32448651 + BREVARD COUNTY HEALTH DEPARTMENT, 2565 JUDGE FRAN JAMIESON WAY, MELBOURNE, FL 32940-5998
32448652    BREVARD EAR NOSE AND THROAT CENTER, 1099 FLORIDA AVENUE, ROCKLEDGE, FL 329552138
32448653 + BREVARD FOOT & ANKLE, 1950 ROCKLEDGE BLVD, STE 107, ROCKLEDGE, FL 32955-3763
32448654    BREVARD NEPHROLOGY GROUP PC, 245 S COURTENAY PKWY SUITE B, MERRITT ISLAND, FL 329524831
32448655    BREVARD PHYS ASSOC PLLC-EMERG, P O BOX 117432, ATLANTA, GA 303687432
32448656 + BREVARD PRIMARY CARE LLC, 2348 CITADEL WAY SUITE 103-319, MELBOURNE, FL 32940-6457
32448657    BREVARD SKIN AND CANCER CENTER, 1286 FLORIDA AVE S STE 1, ROCKLEDGE, FL 329552400
32448658 + BROOKS MANAGEMENT INC, 2919 26TH ST W, BRADENTON, FL 34205-3737
32448659    BROOKWOOD DIAGNOSTIC CENTER, P O BOX 742348, ATLANTA, GA 303742348
32448660 + BRYANT, LARRY W, 12200 ANNAPOLIS RD., STE 236, GLENN DALE, MD 20769-9182
32448661    BUCKEL, TAMY B, 250 HAACKE DRIVE, CHESTERTOWN, MD 216201193
32448662 + BULLOCK COUNTY HOSPITAL PHYS, 102 CONECUH AVE, UNION SPRINGS, AL 36089-1300
32448663 + BUTLER MEDICAL TRANSPORT, LLC, 3120 LORD BALTIMORE DRIVE, STE 211, WINDSOR MILL, MD 21244-2664
32448664    C&M MEDICAL SERVICES, LLC, 5906 MONTICELLO DR, MONTGOMERY, AL 361171939
32448665    CADENZA HEALTH PC, 3100 LORNA ROAD SUITE 212, BIRMINGHAM, AL 352165451
32448666 + CALLAHAN EYE HOSPITAL HCA DBA CALLAHAN EYE HO, P O BOX 660685, BIRMINGHAM, AL 35266-0685
32448667 + CALLAHAN EYE HOSPITAL HEALTH CARE AUTHORITY,, PO BOX 660685, BIRMINGHAM, AL 35266-0685
32448668    CAMPBELL COUNTY HOSPITAL DISTRICT, D/B/A CAMP, P O BOX 3011, GILLETTE, WY 827173011
32448669    CANCER CARE CENTERS OF BREVARD, INC., P O BOX 100045, ATLANTA, GA 303480045
32448670    CAPE CANAVERAL HOSPITAL, P O BOX 320069, COCOA BEACH, FL 329320069
32448671 + CAPE CORAL EYE CENTER DBA TYSON EYE, PO BOX 101427, CAPE CORAL, FL 33910-1427
32448672 + CAPE CORAL HOSPITALISTS, 13607 PINE VILLA LANE, FORT MYERS, FL 33912-1617
32448673    CAPITAL ANESTHESIA SOLUTIONS OF FL, P O BOX 72561, CLEVELAND, OH 441920002
32448674 + CARBON COUNTY THERAPY LLC, 2002 WEST SUNSET DR STE 1, RIVERTON, WY 82501-2285
32448675    CARDIOCARE LLC, P O BOX 347262, PITTSBURGH, PA 152514262
32448677 + CARDIOLOGY ASSOCIATES LLC, PO BOX 418004, BOSTON, MA 02241-8004
32448678 + CARDIOLOGY ASSOCIATES OF OZARK, 2015 ALEXANDER DR, DOTHAN, AL 36301-3032
32448681    CARDIOLOGY CONSULTANTS OF NAPLES, PO BOX 111077, NAPLES, FL 341080118
32448682 + CARDIOLOGY CONSULTANTS, PC, 701 UNIVERSITY BLVD E STE 400, TUSCALOOSA, AL 35401-7420
32448683 + CARDIOLOGY PC, 801 PRINCETON AVE SW STE 707, BIRMINGHAM, AL 35211-1395
32448684 + CARDIONET, LLC, P O BOX 417566, BOSTON, MA 02241-7566
32448686 + CARDIOVASCULAR ASSOCIATES, 1901 SPRINGHILL AVENUE, MOBILE, AL 36607-2303
32448687    CARDIOVASCULAR CARE OF ALABAMA, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770
32448688    CARDIOVASCULAR DIAGNOSTIC CENTER, 925 HEATHERFIELD LN, MILLERSVILLE, MD 211081961
32448689 + CARESPACE, INC, 28505 SW GRAHAM FERRY RD, WILSONVILLE, OR 97070-9518

District/off: 113A-2                     User: admin                     Page 5 of 30

Date Rcvd: May 12, 2026                  Form ID: 309F1                   Total Noticed: 1541

| 32448690 | | CARIS MPI, INC, PO BOX 841943, DALLAS, TX 752841943 |
| 32448691 | | CARMONA PATHOLOGY ASSOCIATES PA, 3450 BUSCHWOOD PK DR STE 150, TAMPA, FL 336184465 |
| 32448692 | + | CARROLL COUNTY HOSPITAL, PO BOX 791785, BALTIMORE, MD 21279-1785 |
| 32448693 | + | CARROLL HEALTH GROUP, PO BOX 45962, BALTIMORE, MD 21297-5962 |
| 32448694 | + | CARTER, DERRICK, 571 S. 6TH STREET, MACCLENNY, FL 32063-2605 |
| 32448695 | + | CASPER CARDIOLOGY, LLC, 428 S DURBIN ST SUITE 104, CASPER, WY 82601-2829 |
| 32448696 | + | CASPER MEDICAL IMAGING PC, 419 S. WASHINGTON ST, STE 101, CASPER, WY 82601-2991 |
| 32448697 | + | CASPER SURGICAL CENTER, D/B/A CENTRAL WYOMING, 1201 E. 3RD STREET, CASPER, WY 82601-2932 |
| 32448698 | + | CATONSVILLE PHYSICAL THERAPY, LLC, 700 GEIPE ROAD, STE 240, CATONSVILLE, MD 21228-4176 |
| 32448699 | | CENTER FOR CANCER CARE, ONE HOSPITAL DR STE 100, HUNTSVILLE, AL 358013495 |
| 32448700 | | CENTER FOR EMERGENCY MEDICINE, PO BOX 223016, PITTSBURGH, PA 152512016 |
| 32448701 | + | CENTER FOR MEDICINE INC, PO BOX 19629, BELFAST, ME 04915-4091 |
| 32448702 | + | CENTER FOR PAIN MANAGEMENT, LLC, P O BOX 74166, CLEVELAND, OH 44194-4166 |
| 32448703 | | CENTER FOR PAIN OF MONTGOMERY, PC, PO BOX 241348, MONTGOMERY, AL 361241348 |
| 32448704 | + | CENTER FOR SPEECH AND LANGUAGE PATH, 1106 GLENEAGLES DR SW, HUNTSVILLE, AL 35801-6404 |
| 32448705 | + | CENTRAL AL UROLOGY ASSOC, 1722 PINE ST STE 903, MONTGOMERY, AL 36106-1104 |
| 32448706 | + | CENTRAL ALABAMA RADIATION ONCOLOGY LLC, 4143 CARMICHAEL RD, MONTGOMERY, AL 36106-2803 |
| 32448707 | | CENTRAL BREVARD ANES PA, P O BOX 919370, ORLANDO, FL 328919370 |
| 32448709 | + | CENTRAL WYOMING SKIN CLINIC, 2546 EAST 2ND STREET, STE 400, CASPER, WY 82609-2062 |
| 32448710 | + | CENTRAL WYOMING UROLOGICAL ASSOC, 1416 EAST A STREET, CASPER, WY 82601-2276 |
| 32448711 | # | CHEN, XINYU, 8712 MARSH RIDGE DR, MONTGOMERY, AL 361178509 |
| 32448712 | | CHESAPEAKE ONCOLOGY HEMATOLOGY, PO BOX 822729, PHILADELPHIA, PA 191822729 |
| 32448713 | + | CHESAPEAKE UROLOGY ASSOC, PO BOX 829922, PHILADELPHIA, PA 19182-1922 |
| 32448714 | + | CHESAPEAKE UROLOGY ASSOCIATES, PO BOX 829922, PHILADELPHIA, PA 19182-1922 |
| 32448715 | + | CHEYENNE EYE CLINIC, 1300 E 20TH STREET, CHEYENNE, WY 82001-4021 |
| 32448716 | + | CHEYENNE OCULAR SURGERY, LLC, 1300 E 20TH STREET, CHEYENNE, WY 82001-4021 |
| 32448717 | + | CHEYENNE ORAL & MAXILLOFACIAL SURG ASSOC, 6238 YELLOWSTONE ROAD, CHEYENNE, WY 82009-3432 |
| 32448718 | + | CHEYENNE RADIOLOGY GROUP, 2003 BLUEGRASS CIRCLE, CHEYENNE, WY 82009-7329 |
| 32448719 | + | CHEYENNE RADIOLOGY GROUP (INVOICE ONLY), 2003 BLUEGRASS CIR, CHEYENNE, WY 82009-7329 |
| 32448722 | + | CHEYENNE SKIN CLINIC, 123 WESTERN HILLS BLVD, CHEYENNE, WY 82009-3446 |
| 32448723 | + | CHEYENNE UROLOGICAL, PC, 2301 HOUSE AVENUE, SUITE 500, CHEYENNE, WY 82001-3179 |
| 32448724 | | CHILDERSBURG AMBULANCE SERVICE, 122 6TH AVE SW, CHILDERSBURG, AL 350441646 |
| 32448725 | | CHIPPENHAM JW HOSPITAL, P O BOX 402486, ATLANTA, GA 303842486 |
| 32448726 | | CHISHOLM III, ROY D. DBA ALLEGANY SURGICAL AS, 12502 WILLOWBROOK ROAD, STE 500, CUMBERLAND, MD 215026572 |
| 32448727 | + | CHRIST HEALTH CENTER INC, PO BOX 16706, BELFAST, ME 04915-4062 |
| 32448728 | | CHUNG, TAI Q, P. O. BOX 242848, MONTGOMERY, AL 361242848 |
| 32448729 | + | CITY OF EUFAULA RESCUE SQUAD, 115 SOUTH ORANGE AVENUE, EUFAULA, AL 36027-1626 |
| 32448730 | + | CITY OF OZARK, PO BOX 863, LEWISVILLE, NC 27023-0863 |
| 32448732 | + | CITY OF SAUSBURY, 325 CYPRESS ST,, SALISBURY, MD 21801-4060 |
| 32448733 | + | CITY OF TORRINGTON DBA TORRINGTON AMBULANCE S, PO BOX 250, TORRINGTON, WY 82240-0250 |
| 32448734 | + | CLARK & HIRSCH NEUROSURGERY, 6701 AIRPORT BLVD, C 138, MOBILE, AL 36608-3784 |
| 32448736 | | CLEAR IMAGING, 44440 SONOMA RANCH BLVD, STE G, LAS CRUCES, NM 88011 |
| 32448737 | + | CLEARVIEW DIAGNOSTIC IMAGING, LLC, 3601 CCI DR NW, HUNTSVILLE, AL 35805-2606 |
| 32448738 | + | CLEVELAND CLINIC, 9500 EUCLID AVENUE L22, CLEVELAND, OH 44195-0002 |
| 32448740 | + | CLINICAL COLLEAGUES INC, P O BOX 824246, PHILADELPHIA, PA 19182-4246 |
| 32448742 | | CLINICAL LABORATORY ASSOCIATES LLC, PO BOX 1147, LAUREL, MD 207251147 |
| 32448743 | + | CLINICAL LABORTORY OF THE BLACK HILLS, 2805 5TH STREET, SUITE 210, RAPID CITY, SD 57701-7330 |
| 32448744 | | CLIO FIRE & RESCUE SQUAD INC, P O BOX 338, CLIO, AL 360170338 |
| 32448745 | | COASTAL HEALTH SYSTEMS OF BREVARD INC, P O BOX 560750, ROCKLEDGE, FL 329560750 |
| 32448746 | #+ | COASTAL HOSPICE, 2604 OLD OCEAN CITY ROAD, SALISBURY, MD 21804-4629 |
| 32448747 | | COASTAL NEUROLOGICAL INSTITUTE PC, DEPT AT 952614, ATLANTA, GA 311922614 |
| 32448748 | | COASTAL ORTHOPEDICS AND SPORTS MEDICINE OF SO, P O BOX 20047, TAMPA, FL 336220047 |
| 32448749 | | COFFEE COUNTY PHYSICIANS GROUP PC, PO BOX 830525 DEPT SF 125, BIRMINGHAM, AL 352830525 |
| 32448750 | | COGENT HEALTHCARE OF DECATUR LLC, P O BOX 741571, LOS ANGELES, CA 900741571 |
| 32448751 | + | COLLIER COUNTY HEALTH DEPARTMENT, 3339 TAMIAMI TRL E. STE 145, NAPLES, FL 34112-5361 |
| 32448752 | + | COLLIER HEALTH SERVICES, INC, PO BOX 15393, BELFAST, ME 04915-4048 |
| 32448753 | + | COLLIER HMA PHYSICIAN MANAGEMENT, LLC DBA PHY, PO BOX 277575, ATLANTA, GA 30384-7575 |
| 32448754 | + | COLORADO HOSPITALIST SVS PLLC, 501 E HAMPDEN AVE, ENGLEWOOD, CO 80113-2702 |
| 32448755 | | COLUMBIA OUTPATIENT SEDATION, 7120 MINSTREL WAY STE 100, COLUMBIA, MD 210455274 |
| 32448758 | | COMMONWEALTH HAND THERAPY, 330 WALLER AVE STE 275, LEXINGTON, KY 405042930 |
| 32448759 | | COMMONWEALTH RADIOLOGY PC, PO BOX 117653, ATLANTA, GA 303687653 |
| 32448760 | + | COMMUNITY ANESTHESIA, PO BOX 235019, MONTGOMERY, AL 36123-5019 |

32448762  + COMMUNITY HOSPITAL PHYSICIANS, 80 HERREN HILL ROAD, TALLASSEE, AL 36078-1263
32448761  + COMMUNITY HOSPITAL PHYSICIANS, PO BOX 1540, GREELEY, CO 80632-1540
32448763    COMMUNITY MEDICAL ASSOCIATES, PO BOX 776351, CHICAGO, IL 606776351
32448764    COMMUNITY PATHOLOGY LABORATORY, PO BOX 10, COOKEVILLE, TN 385030010
32448765  + COMMUNITY RADIOLOGY ASSOCIATES INC., RADNET, INC.-REIMBURSEMENT OPERATIONS, 1150 PITTSFORD VICTOR
            RD BLDG G STE 2, PITTSFORD, NY 14534-3838
32448766  + COMMUNITY RESCUE SERVICE INC, 110 EASTERN BOULEVARD NORTH, HAGERSTOWN, MD 21740-5843
32448767  + COMPASSUS PALLIATIVE CARE CONSULTATION PROGRA, PO BOX 639242, CINCINNATI, OH 45263-9242
32448768  + COMPLEXIONS DERMATOLOGY PC, PO BOX 12229, BELFAST, ME 04915-4013
32448770    COMPREHENSIVE NEUROLOGY SERVICES, 196 THOMAS JOHNSON DR STE 120, FREDERICK, MD 217024521
32448771  + COMPREHENSIVE PAIN CENTER, 2700 US-280 SUITE 212, BIRMINGHAM, AL 35223-2468
32448773  + COMPUMED, INC, 5777 WEST CENTURY BLVD, STE 360, LOS ANGELES, CA 90045-5655
32448774    CONCENTRIC HOSPITALIST GROUP PC, PO BOX 530604, BIRMINGHAM, AL 352530604
32448775    CONNEXIS MEDICAL SERVICES LLC, 5955 RAND BLVD, SARASOTA, FL 342385160
32448776    CORRECTIONAL DIALYSIS SERVICES LLC DBA RENDEV, PO BOX 224414, DALLAS, TX 752224414
32448778  + COTTRELL, CARL C, 101 S RAILWAY, NEWCASTLE, WY 82701-2814
32448779  + COUNTY MEDICAL TRANSPORT INC, P O BOX 452, WILLIAMSPORT, MD 21795-0452
32448780  + COUNTY OF BAKER D/B/A BAKER COUNTY FIRE RESCU, 1190 W. MACCLENNY AVE, MACCLENNY, FL 32063-4458
32448781  + COUNTY OF MANATEE, PO BOX 589, BRADENTON, FL 34206-0589
32448782  + COX OCULAR PROSTHETICS INC, 700 SOUTH 18TH STREET, SUITE 402, BIRMINGHAM, AL 35233-3804
32448783  + CRAWFORD, JR, OLIVER W, 218 HOSPITAL AVE, STE B, OZARK, AL 36360-2072
32448785  + CRESTVIEW URGENT CARE, 2400 FERDON BOULEVARD, SUITE A, CRESTVIEW, FL 32536-6459
32448786  + CRISIS CENTER INC, 3620 8TH AVENUE SOUTH, BUILDING C, SUITE 110, BIRMINGHAM, AL 35222-3219
32448787  + CRISIS CENTER INC, 3620 8TH AVENUE SOUTH, SUITE 110, BIRMINGHAM, AL 35222-3219
32448788  + CRISIS SERVICES OF NORTH ALABAMA INC, PO BOX 368, HUNTSVILLE, AL 35804-0368
32448789  + CRISIS SERVICES OF NORTH ALABAMA INC., 208 EXCHANGE PLACE, HUNTSVILLE, AL 35806-2300
32448790  + CRNA SERVICES OF DECATUR GENERAL HOSPITAL, PO BOX 2239, DECATUR, AL 35609-2239
32448791    CRONIN, JR, TERRENCE A, 1399 S HARBOR CITY BLVD, MELBOURNE, FL 329013208
32448792    CRONIN, SR, TERRENCE, 1399 S HARBOR CITY BLVD, MELBOURNE, FL 329013208
32448793  + CROSSWHITE, KENNETH S, PO BOX 660257, BIRMINGHAM, AL 35266-0257
32448794  + CROUCH, PA, MICHAEL E, 105 PINE BLUFF ROAD, STE 7, SALISBURY, MD 21801-7199
32448795    CUMBERLAND VALLEY ENT CONSULT, 11110 MEDICAL CAMPUS RD 126, HAGERSTOWN, MD 217426799
32448796  + CUMBERLAND VALLEY RETINA CONSULTANTS PC, 1800 DUAL HIGHWAY, STE 201, HAGERSTOWN, MD 21740-6636
32448797  + CUNNINGHAM PATHOLOGY LLC, PO BOX 281100, ATLANTA, GA 30384-1100
32448798    CYTOPATH PC, PO BOX 162848, ATLANTA, GA 303212848
32448799    DALE MEDICAL CENTER PHYS, PO BOX 863, OZARK, AL 363610863
32448800    DALE MEDICAL CENTER PHYSICIANS, P O BOX 863, OZARK, AL 363610863
32448801  + DAVE, PRAFULL K, 188 THOMAS JOHNSON DR, SUITE 200, FREDERICK, MD 21702-5181
32448802    DAVID A SIMONSON DPM PA, 1950 US HWY 1, STE 107, ROCKLEDGE, FL 329553763
32448803  + DAVID ASHLEY ORAL & MAXILLOFACIAL SURGERY, 813 SHADES CREEK PKWY #205, BIRMINGHAM, AL 35209-4512
32448804    DAVITA, P O BOX 402946, ATLANTA, GA 303842946
32448805  + DCH HEALTHCARE AUTHORITY DBA DCH ONCOLOGY PHY, 3901 GREENSBORO AVE SUITE A, TUSCALOOSA, AL
            35405-3771
32448806  + DCH MEDICAL CENTER CRNAS, PO BOX 660257, BIRMINGHAM, AL 35266-0257
32448807    DCH PROFESSIONAL ANCILLARY SVC, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770
32448808  + DCH REGIONAL MEDICAL CENTER PHYSICIANS, 809 UNIVERSITY BLVD E, TUSCALOOSA, AL 35401-2071
32448809    DECATUR AMBULATORY SURGERY CENTER PHYS, 2828 HWY 31 S., DECATUR, AL 356031538
32448810    DECATUR DIAGNOSTIC LAB, INC, 2828 HWY 31 SOUTH, STE 3, DECATUR, AL 356031538
32448811  + DECATUR DIGESTIVE DISEASES PC, 2828 HWY 31 SOUTH SUITE 117, DECATUR, AL 35603-1538
32448812    DECATUR MORGAN EMERG MED, P O BOX 11407 DEPT 8219, BIRMINGHAM, AL 352468219
32448813    DECATUR MORGAN HOSPITAL EMS, PO BOX 11407 DEPT 8316, BIRMINGHAM, AL 352463035
32448814  + DECATUR MORGAN HOSPITAL PHYSICIANS, P O BOX 11407 DEPT 5531, BIRMINGHAM, AL 35246-3035
32448815    DECATUR MORGAN HOSPITALISTS, PO BOX 21007, HUNTSVILLE, AL 358135007
32448816  + DECATUR MORGAN NEUROLOGY, PO BOX 2239, DECATUR, AL 35609-2239
32448817    DECATUR MORGAN SPECIALISTS, 1201 7TH STREET SE, DECATUR, AL 356013337
32448819  + DELMARVA LASER EYE CENTER, 405 MARVEL CT, EASTON, MD 21601-4053
32448820    DELMARVA RADIOLOGY PA, 918 EASTERN SHORE DR, SALISBURY, MD 218046410
32448821  + DELTA KIDNEY AND HYPERTENSION, PLC, PO BOX 1149, OCOEE, FL 34761-1149
32448822    DHY REHAB LLC, 4465 NARROW LANE RD, MONTGOMERY, AL 361162953
32448823  + DIABETES MANAGEMENT PARTNERS, LLC DBA GLYCARE, 7751 BELFORT PKWY, STE 120, JACKSONVILLE, FL
            32256-6921
32448824    DIAGNOSTIC AND CLINICAL CARE SVCS, 2100 N WICKHAM RD, MELBOURNE, FL 329358110
32448825  + DIAGNOSTIC HEALTH MRI OF GADSDEN, LLC, PO BOX 1000 DEPT 447, MEMPHIS, TN 38148-0001

District/off: 113A-2                          User: admin                          Page 7 of 30
Date Rcvd: May 12, 2026                     Form ID: 309F1                      Total Noticed: 1541

| | | |
|---|---|---|
| 32448826 | | DIAGNOSTIC IMAGING ALLIANCE OF LOUIS, PO BOX 950121, LOUISVILLE, KY 402950121 |
| 32448827 | | DIAGNOSTIC IMAGING SERVICES LLC, 10715 DOWNSVILLE PK STE 103, HAGERSTOWN, MD 217407240 |
| 32448828 | | DIAGNOSTIC LABORATORIES, PO BOX 676192, DALLAS, TX 752676192 |
| 32448829 | | DIAGNOSTIC MEDICAL IMAGING PA, PO BOX 79470, BALTIMORE, MD 212790470 |
| 32448830 | + | DIAGNOSTIC MEDICAL IMAGING PAV, 5755 CEDAR LN, COLUMBIA, MD 21044-2912 |
| 32448831 | | DIAGNOSTIC MOBILE XRAY INC, 28100 CHALLENGER BLVD, STE 112, PUNTA GORDA, FL 339822403 |
| 32448832 | | DIAGNOSTIC XRAY PHYSICIANS PSC, PO BOX 776145, CHICAGO, IL 606776145 |
| 32448833 | + | DIGESTIVE CARE SPECIALISTS LLC, PO BOX 31001-2907, PASADENA, CA 91110-0001 |
| 32448834 | | DIGESTIVE DISEASE ASSOCIATES, LLC, 577 CEDAR LN, COLUMBIA, MD 21044 |
| 32448835 | + | DIGESTIVE DISEASE SPECIALISTS OF MANATEE, PO BOX 15089, BRADENTON, FL 34280-5089 |
| 32448840 | + | DJO LLC - LEXINGTON, PO BOX 515471, LOS ANGELES, CA 90051-6771 |
| 32448841 | + | DOCTORS COMMUNITY HOSPITAL, P O BOX 38034, BALTIMORE, MD 21297-8034 |
| 32448842 | + | DONALD B PLUMMER LLC, PO BOX 22360, BELFAST, ME 04915-4475 |
| 32448843 | + | DONTINENI, SRINIVAS, 2428 CLEAELAKE RD BLDG K, COCOA, FL 32922-5722 |
| 32448844 | + | DOTHAN AMBULANCE SERVICE, 923 SOUTH FOSTER STREET, DOTHAN, AL 36301-3649 |
| 32448845 | + | DOTHAN ANESTHESIOLOGY, PO BOX 934399, ATLANTA, GA 31193-4399 |
| 32448846 | | DOTHAN HYPERTENSION NEPHROLOGY, 207 HAVEN DRIVE, DOTHAN, AL 363012919 |
| 32448847 | + | DOTHAN MEDICAL ASSOCIATES PC, 1118 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3027 |
| 32448848 | + | DRS. MORI, BEAN & BROOKS, PA, PO BOX 116700, BUILDING 300, ATLANTA, GA 30368-6700 |
| 32448849 | + | DYAS, LLOYD C, 101 JAMES N HOYATER ROAD, RUSSELLVILLE, AL 35653-8004 |
| 32448850 | | EAR NOSE THROAT HEAD & NECK, 201 WHITESPORT DR, HUNTSVILLE, AL 358016449 |
| 32448851 | + | EAR, NOSE, THROAT ASSOCIATES, 701 MANATEE AVE W STE 202, BRADENTON, FL 34205-8624 |
| 32448852 | | EAST ALABAMA MEDICAL CENTER PHYSICIANS, PO BOX 3488, DEPT 05-116, TUPELO, MS 388033488 |
| 32448853 | | EASTERN HOSPITAL MEDICINE PC, P O BOX 830674 MSC# 716, BIRMINGHAM, AL 352830674 |
| 32448855 | + | EASTERN SHORE ANESTHESIA PC, PO BOX 757, FLORENCE, AL 35631-0757 |
| 32448856 | | EASTERN SHORE ENT, 106 MILFORD ST STE 101, SALISBURY, MD 218046966 |
| 32448857 | | EASTERN SHORE ORTHOTICS AND PROSTHETIC, PO BOX 650846, DALLAS, TX 752650846 |
| 32448859 | | ECHO VOLUNTEER RESCUE SQUAD INC, 11687 E HWY 27, NEWVILLE, AL 363537537 |
| 32448860 | + | ECM HEALTH GROUP LLC, PO BOX 11711, BELFAST, ME 04915-4008 |
| 32448861 | + | EDGER ASSO INC DBA MOBILE ULTRA SOUND SERVICE, 720 E. FLETCHER AVE., SUITE 101, TAMPA, FL 33612-2639 |
| 32448862 | + | EDWARDS LAKE MEDICAL CENTER LLC - PHYSICIANS, 3240 EDWARDS LAKE PARKWAY 204, BIRMINGHAM, AL 35235-3128 |
| 32448863 | + | EL PASO PULMONARY ASSOCIATION, 4305 N MESA SUITE A, EL PASO, TX 79902-1124 |
| 32448864 | | EL PASO SLEEP DISORDER CENTER, 1016 QUINTA ANTIGUA LN, EL PASO, TX 799122039 |
| 32448865 | | ELITE MEDICAL TRANASPORT NM, P. O. BOX 929, SANTA TERESA, NM 880080929 |
| 32448866 | + | ELITE NEUROMONITORING, 2105 E SOUTH BLVD,, MONTGOMERY, AL 36116-2409 |
| 32448867 | + | ELMORE COMMUNITY HOSP PHYSICIANS, PO BOX 130, WETUMPKA, AL 36092-0003 |
| 32448868 | + | EM ALLIANCE LLC, 7 EASTON OVAL, COLUMBUS, OH 43219-6010 |
| 32448869 | + | EMERALD COAST DERMATOLOGY & SKIN SURGERY, 350 W REDSTONE AVE, CRESTVIEW, FL 32536-6433 |
| 32448870 | + | EMERALD COAST INFECTIOUS DISEASES MEDICAL GRO, 917 MAR WALT DRIVE, FORT WALTON BEACH, FL 32547-6759 |
| 32448871 | + | EMERALD COAST SPORTS MEDICINE AND ORTHOPAEDIC, 339 RACETRACK ROAD, SUITE 12, FORT WALTON BEACH, FL 32547-1581 |
| 32448872 | + | EMERALD COAST SURGERY CENTER, 995 MAR WALT DRIVE, FORT WALTON BEACH, FL 32547-6758 |
| 32448874 | | EMERGENCY COVERAGE SERVICES, PO BOX 636019, CINCINNATI, OH 452636019 |
| 32448875 | | EMERGENCY MEDICAL PHYSICIANS PC, P O BOX 52280, CASPER, WY 826052280 |
| 32448876 | + | EMERGENCY MEDICINE ASSOC, P. O. BOX 9431, BELFAST, ME 04915-9431 |
| 32448877 | + | EMERGENCY MEDICINE SERVICES, PO BOX 748791, ATLANTA, GA 30374-8791 |
| 32448879 | | EMERGENCY PHYSICIANS GROUP, PO BOX 11407 DRAWER 0314, BIRMINGHAM, AL 352460314 |
| 32448880 | | EMERGENCY PHYSICIANS SPPS, P O BOX 824173, PHILADELPHIA, PA 191824173 |
| 32448881 | | EMERGENCY SERVICE ASSOCIATES, P O BOX 69318, BALTIMORE, MD 212649318 |
| 32448884 | + | EMES PROFESSIONAL ASSOCIATES PC, 300 COLUMBUS CIR, SUITE A, EDISON, NJ 08837-3907 |
| 32448885 | | EMPIRE STATE RADIOLOGY, PO BOX 784407, PHILADELPHIA, PA 191784407 |
| 32448886 | + | ENCORE REHABILITATION, INC DBA ENCORE REHAB D, 251 JOHNSTON ST SUITE 300, DECATUR, AL 35601-2535 |
| 32448888 | + | ENG, JEFFREY K, 736 US HIGHWAY 231, SUITE 6, WETUMPKA, AL 36093-1274 |
| 32448889 | + | ENT ASSOCIATES OF ALABAMA PC, 833 SAINT VINCENTS DRIVE, SUITE 402, BIRMINGHAM, AL 35205-1613 |
| 32448890 | | ENTERPRISE RESCUE, INC., 519 E. LEE STREET, ENTERPRISE, AL 363302284 |
| 32448891 | | EP MEDICAL TRANSPORT LLC, 530 N. TELSHOR BLVD, LAS CRUCES, NM 880118243 |
| 32448892 | | ER PHYS GRP AT SLUH LLC, P O BOX 505315, SAINT LOUIS, MO 631505313 |
| 32448893 | + | ESCAMBIA COUNTY ALABAMA COMMUNITY HOSP INC, D, PO BOX 11407 DEPT. 8332, BIRMINGHAM, AL 35246-3035 |
| 32448895 | + | ESSE HEALTH, PO BOX 23340, SAINT LOUIS, MO 63156-3340 |
| 32448896 | + | ESTERO DERMATOLOGY AND SKIN SURGERY CENTER, 10200 ARCOS AVE, STE 201, ESTERO, FL 33928-3529 |
| 32448897 | + | EXCEL CARE ORTHPEDICS PLLC, 300 RIVERSIDE DR E, STE 1300, BRADENTON, FL 34208-1022 |
| 32448898 | + | EXCELSIOR AMBULANCE SERVICE INC, 1 EXCELSIOR WAY SE, LUDOWICI, GA 31316-2060 |

32448899     EXOSOME DIAGNOSTICS, LBX - 139158 PO BOX 1691, MINNEAPOLIS, MN 554801691
32448901     EYE CENTERS OF LOUISVILLE PSC, 1935 BLUEGRASS AVE SUITE 200, LOUISVILLE, KY 402151181
32448902   + EYE PARTNERS PC, 2800 ROSS CLARK CIRCLE, DOTHAN, AL 36301-2039
32448903   + EYE SURGEONS OF RICHMOND DBA VIRGINIA EYE INS, 400 WESTHAMPTON STATION, RICHMOND, VA 23226-3330
32448904   + EYE SURGERY CENTER OF NORTH ALABAMA PHYS, 3501 SOUTH MEMORIAL PARKWAY, SUITE 100, HUNTSVILLE, AL
             35801-6900
32448906  ++ FAIRHOPE INTERNAL MEDICINE, 150 S INGLESIDE ST STE6, FAIRHOPE INTERNAL MEDICINE AL 36532-1804 address filed
             with court:, FAIRHOPE INTERNAL MEDICINE PC, 150 S INGLESIDE ST, STE 6, FAIRHOPE, AL 36532
32448907   + FAMILY CARE, 6078 14TH ST, BRADENTON, FL 34207-4104
32448908   + FAMILY FOOT AND LEG CENTER, P.A., PO BOX 14388, BELFAST, ME 04915-4036
32448909     FAMILY MEDICAL CARE LLC, 2107 59TH STREET W, BRADENTON, FL 342097015
32448910     FASMA, 10901 CONNECTICUT AVE SUITE 300, KENSINGTON, MD 208951647
32448911   + FERN CREEK FIRE PROTECTION DISTRICT, PO BOX 589, MADISONVILLE, KY 42431-5011
32448912     FILLMORE EYE CLINIC INC, 1124 10TH ST., ALAMOGORDO, NM 883106414
32448913     FIRST COAST CARDIOVASCULAR, 3900 UNIVERSITY BLVD S, JACKSONVILLE, FL 322164313
32448914     FIRST COLONIES ANESTHESIA ASSOCIATES LLC, P O BOX 840939, DALLAS, TX 752840939
32448915   + FIRST PREVENTION DIALYSIS CENTER, 17940 NW 27TH AVENUE, OPA LOCKA, FL 33056-3505
32448916   + FLORENCE PATHOLOGY SERVICES, PO BOX 10992, BIRMINGHAM, AL 35202-0992
32448917     FLORIDA CANCER SPECIALIST, P O BOX 102222, ATLANTA, GA 303682222
32448919   + FLORIDA DIGESTIVE HLTH SPECIALISTS LLP, PO BOX 919344, ORLANDO, FL 32891-9344
32448920   + FLORIDA HEART AND VASCULAR, 3155 SUNTREE BLVD SUITE 102, ROCKLEDGE, FL 32955-5797
32448921   + FLORIDA HOSPITAL MEDICAL GROUP, P O BOX 17805, BELFAST, ME 04915-4073
32448922     FLORIDA MEDICAL SPECIALISTS, PO BOX 38075, BALTIMORE, MD 212978075
32448923   + FLORIDA NEPHROLOGY ASSOCIATES, 801 GARDEN ST, TITUSVILLE, FL 32796-3401
32448924   + FLORIDA ORTHOPAEDIC INSTITUTE, PO BOX 9194, BELFAST, ME 04915-9194
32448925     FLORIDA RADIOLOGY ASSOCIATES LLC, 600 E DIXIE AVE, LEESBURG, FL 347485925
32448926   + FLORIDA RETINA SPECIALISTS PA, 280 N SYKES CREEK PKWY, STE B, MERRITT ISLAND, FL 32953-3491
32448927   + FLORIDA SURGICAL SPECIALISTS, 607 MANATEE AVE E, STE 102, BRADENTON, FL 34208-1158
32448928     FLORIDA TRAUMA SERVICES LL, PO BOX 748538, ATLANTA, GA 303748538
32448929   + FLORIDIAN EMERGENCY SPECIALISTS, P O BOX 21200, BELFAST, ME 04915-4109
32448930   + FLORIDIAN HOSPITALIST SERVICES LLC, P O BOX 21201, BELFAST, ME 04915-4109
32448931   + FLOWERS MEDICAL SERVICES, LLC, PO BOX 36494, BELFAST, ME 04915-1206
32448932   + FLOWERS PATHOLOGY GROUP LLC, P O BOX 11407, BIRMINGHAM, AL 35246-3035
32448933   + FM CLINIC, LLC, PO BOX 1684, DECATUR, AL 35602-1684
32448934   + FOOT ANDANKLE MGMT, 681 GOODLETTE ROAD, NAPLES, FL 34102-5458
32448935   + FORBUSH REHABILITATION PC, 100 DRAKE DRIVE #386, NORMAL, AL 35762-2218
32448936     FOREFRONT DERMATOLOGY, BIN 88617, MILWAUKEE, WI 532880617
32448937     FOREFRONT DERMATOLOGY SC, BIN 88617, MILWAUKEE, WI 532880617
32448938     FOREFRONT DERMATOLOGY SC, BIN 88617, MILWAUKEE, WI 532888617
32448939   + FORT WALTON BEACH MEDICAL CENTER, INC, PO BOX 402939, ATLANTA, GA 30384-2939
32448940   + FORWARD PATHOLOGY SOLUTION LLC, 500 FOLAR TRAI, HOPEWELL, VA 23860-1774
32448941   + FOUNDATION MEDICINE, INC., PO BOX 7247 LOCKBOX 6762, PHILADELPHIA, PA 19170-0001
32448942     FOUNDATION RADIOLOGY GROUP PC, PO BOX 675253, DETROIT, MI 482675253
32448943     FPI - SHOCK TRAUMA ASSOCIATES, P.A., PO BOX 64793, BALTIMORE, MD 212644793
32448944     FPI - UNIV MD MEDICAL MED SYSTEM CORP -(CRNA), P O BOX 830552, PHILADELPHIA, PA 191820552
32448945   + FPI - UNIV OF MARYLAND ANESTHESIOLOGY ASSOC P, 22 S GREENE ST, STE S11C00, BALTIMORE, MD 21201-1544
32448946   + FPI - UNIV OF MARYLAND CAPITAL REGION HEALTH, 14999 HEALTH CENTER DRIVE, STE 108, BOWIE, MD 20716-1079
32448947   + FPI - UNIV OF MARYLAND DIAGNOSTIC IMAGING SPE, PO BOX 17383, BALTIMORE, MD 21297-1383
32448948     FPI - UNIV OF MARYLAND NEUROLOGY ASSOCIATES,, P O BOX 64526, BALTIMORE, MD 212644526
32448949   + FPI - UNIV OF MARYLAND OBSTETRICAL AND GYNECO, 250 WEST PRATT, SUITE 880, BALTIMORE, MD 21201-6829
32448950     FPI - UNIV OF MARYLAND OTORHINOLARYNGOLOGY HE, PO BOX 64693, BALTIMORE, MD 212644693
32448951     FPI - UNIV OF MARYLAND PEDIATRIC ASSOC, PA, PO BOX 62063, BALTIMORE, MD 212642063
32448952     FPI - UNIV OF MARYLAND PHYS, P.A. DBA UNIV OF, PO BOX 64442, BALTIMORE, MD 212644442
32448953     FPI - UNIV OF MARYLAND RADIATION ONCOLOGY ASS, PO BOX 64620, BALTIMORE, MD 212644620
32448954     FPI - UNIV OF MD MED GROUP - INFECTIOUS DISEA, PO BOX 64442, BALTIMORE, MD 212644442
32448955     FPI - UNIV OF MD MED GRP - DIAG, PO BOX 64442, BALTIMORE, MD 212644442
32448956     FPI - UNIV OF MD MED GRP ENDO, P O BOX 64442, BALTIMORE, MD 212644442
32448957     FPI - UNIV OF MD MED GRP GASTR, PO BOX 64442, BALTIMORE, MD 212644442
32448958     FPI - UNIV OF MD MED GRP PULMO, PO BOX 64442, BALTIMORE, MD 212644442
32448959   + FPI - UNIVERSITY OF MARYLAND DIAGNOSTIC RADIO, PO BOX 735782, DALLAS, TX 75373-5782
32448960     FPI - UNIVERSITY OF MARYLAND EMERGENCY MEDICI, P O BOX 69451, BALTIMORE, MD 212649451
32448961     FPI - UNIVERSITY OF MARYLAND EYE ASSOC PA, P O BOX 64691, BALTIMORE, MD 212644691
32448962     FPI - UNIVERSITY OF MARYLAND MED GRP - NEPH, PO BOX 64442, BALTIMORE, MD 212644442

32448963            FPI - UNIVERSITY OF MARYLAND MEDICAL GROUP -, PO BOX 64442, BALTIMORE, MD 212644442

32448965            FPI - UNIVERSITY OF MARYLAND ONCOLOGY ASSOC P, P O BOX 62602, BALTIMORE, MD 212642602

32448966    + FPI - UNIVERSITY OF MARYLAND ORTHOPAEDIC ASSO, 110 SOUTH PACA ST, STE 300, BALTIMORE, MD 21201-1642

32448967            FPI - UNIVERSITY OF MARYLAND ORTHOPAEDIC TRAU, PO BOX 64881, BALTIMORE, MD 212644881

32448968            FPI - UNIVERSITY OF MARYLAND PATHOLOGY ASSOC, PO BOX 64592, BALTIMORE, MD 212644592

32448969            FPI - UNIVERSITY OF MARYLAND SURGICAL ASSOCIA, PO BOX 64226, BALTIMORE, MD 212644226

32448970    + FPI - UNIVERSITY OF MD PSYCHIATRY ASSOCIATES,, 110 SOUTH PACA ST, 4TH FLOOR, BALTIMORE, MD 21201-1642

32448971            FRANCISCO RUIZ MD PA, 2428 CLEARLAKE RD BLDG K, COCOA, FL 329225722

32448972            FRANCU ONE LLC, 626 C ADMIRAL DR 324, ANNAPOLIS, MD 214012151

32448973            FRANK B FONDREN DBA FONDREN ORTHOPAEDICS, PO BOX 1147, BAY MINETTE, AL 365071147

32448974    + FRANKLIN SQUARE HOSPITAL CENTER INC, 9000 FRANKLIN SQUARE DR, ROSEDALE, MD 21237-3997

32448975            FRAZIER OUTPATIENT HAND T, PO BOX 645966, PITTSBURGH, PA 152645257

32448976    + FREESTATE TRANSPORTATION, LLC DBA FREESTATE A, 1001 CROMWELL BRIDGE RD, STE 210, TOWSON, MD 21286-3330

32448977    + FREMONT ORTHOPAEDICS PC, 815 E MAIN, LANDER, WY 82520-3491

32448978            FREMONT THERAPY GROUP, 2002 SUNSET DR STE 1, RIVERTON, WY 825012285

32448979            FRESENIUS VASCULAR CARE MONTGOMERY LLLP, 1501 FOREST AVENUE, MONTGOMERY, AL 361061539

32448980    + FREY, ANTHONY J. D/B/A ATLANTIC CARDIOLOGY AS, 1205 PEMBERTON DRIVE, STE 105, SALISBURY, MD 21801-2483

32448981    + FRONTIER AMBULANCE, 5251 SOUTH EAST STREET, STE 5,, INDIANAPOLIS, IN 46227-2041

32448982            G I ASSOCIATES OF WEST ALABAMA PC, 1774 MCFARLAND BLVD N, TUSCALOOSA, AL 354062136

32448983            GAGNON ONCOLOGY LLC, 111 LODER ST SUITE B, HORNELL, NY 148431950

32448985    + GARCIA CLINICAL LABORATORY, INC, 2195 SPRING ARBOR ROAD, JACKSON, MI 49203-2878

32448986            GARCIA, CARLOS M, 3081 GREEN FOREST CT, MONTGOMERY, AL 361173605

32448987            GARNET HEALTH DOCTORS PC, 707 EAST MAIN ST, MIDDLETOWN, NY 109402650

32448988            GARNET HEALTH MEDICAL CENTER, 707 EAST MAIN STREET, MIDDLETOWN, NY 109402650

32448989            GARNET HEALTH MEDICAL CENTER CATSKILLS, 68 HARRIS BUSHVILLE RD, HARRIS, NY 127420900

32448990    + GARRETT PHYSICAL THERAPY SERVICES, LLC, 2323 MELINDA DRIVE, OWINGS MILLS, MD 21117-2317

32448991            GASTRO CENTER OF MARYLAND, 7120 MINSTREL WY STE 100, COLUMBIA, MD 210455274

32448992    + GASTROENTEROLOGY ASSOCIATES NA PC, 513 BROOKWOOD BOULEVARD, STE 401, BIRMINGHAM, AL 35209-6883

32448993    + GASTROENTEROLOGY ASSOCIATES OF PENSACOLA PA, 4810 NORTH DAVIS HWY, PENSACOLA, FL 32503-2341

32448994            GASTROENTEROLOGY ASSOCIATES, PC, 1441 WILKINS CIRCLE, CASPER, WY 826011337

32448995    + GASTROENTEROLOGY CARE SPECIALISTS, LLC, 131 REDSTONE AVE STE 109, CRESTVIEW, FL 32539-5355

32448996    + GBMC HOSPITAL BASED SERVICES LLC, PO BOX 411384, BOSTON, MA 02241-1384

32448997    + GEM CITY BONE & JOINT PC (MCARE), D/B/A PREMI, 1909 VISTA DRIVE, LARAMIE, WY 82070-5530

32448998    + GENERAL AND VASCULAR SURGERY OF NORTHWEST ALA, P O BOX 660, RUSSELLVILLE, AL 35653-0616

32448999            GENERAL SURGERY AS, 4704 WHITESBURG DR SE, HUNTSVILLE, AL 358021631

32449000            GENESISCARE USA OF FLORIDA LLC, PO BOX 947152, ATLANTA, GA 303947152

32449001            GENOPTIX CLINICAL LABORATORY, PO BOX 946110, ATLANTA, GA 303946110

32449002            GHHI DBA THOMAS HOSPITAL PHYSICIAN, 750 MORPHY AVENUE, FAIRHOPE, AL 365321812

32449003    + GI PARTNERS OF ALABAMA, 1215 7TH STREET SE, DECATUR, AL 35601-3337

32449004    + GILCHRIST HOSPICE CARE INC, 11311 MCCORMICK RD STE 350, HUNT VALLEY, MD 21031-8618

32449005    + GLOBAL DIAGNOSTIC SERVICES INC, P O BOX 83526, CONYERS, GA 30013-9446

32449006    + GOMEZ, LESLIE, 250 2ND ST E, STE 3B, BRADENTON, FL 34208-1027

32449007    + GOSHEN VOLUNTEER AMBULANCE CORPS, INC, 8610 MAIN STREET, WLLIAMSVILLE, NY 14221-7455

32449008    + GRACE CARE LLC, P O BOX 1570, PRINCE FREDERICK, MD 20678-1570

32449009    + GRACE MEDICAL CENTER, PO BOX 69370, BALTIMORE, MD 21264-9370

32449010    + GRAYSON ASSOCIATE, PO BOX 2153 DEPT 3207, BIRMINGHAM, AL 35287-0002

32449012    + GREATER MONTG PC GASTROENTEROLOGY AND HEPATOL, PO BOX 22557, BELFAST, ME 04915-4474

32449011    + GREATER MONTG PC GASTROENTEROLOGY AND HEPATOL, 1722 PINE ST, STE 801, MONTGOMERY, AL 36106-1108

32449013            GREEN POND FIRE AND RESCUE, 19629 EASTERN VALLEY RD, WOODSTOCK, AL 351883464

32449014            GRIFFITH UROLOGY, PLLC, 575 S WICKHAM ROAD, STE A, MELBOURNE, FL 329041170

32449015            GUARDANT HEALTH INC, 29308 NETWORK PLACE, CHICAGO, IL 606731293

32449017            GULF HEALTH DBA NORTH BALDWIN INF PHYSICIANS, PO BOX 2144, MOBILE, AL 366522144

32449018            GULF REGIONAL PATHOLOGISTS PA, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509

32449019            GULF TO BAY ANESTHESIOLOGY ASSOCIATES P A, PO BOX 637791, CINCINNATI, OH 452630001

32449020    + H. LEE MOFFITT CANER CENTER AND RESEARCH INST, PO BOX 406249, ATLANTA, GA 30384-6249

32449021    + H. LEE MOFFITT CANER CENTER AND RESEARCH INST, 12902 MAGNOLIA DRIVE, TAMPA, FL 33612-9416

32449022    + HABIB, MAGED, 2300 S. CONGRESS AVE, BOYNTON BEACH, FL 33426-7400

32449023            HAND & PHYSICAL THERAPY OF WYOMING, 102 N BROWNFIELD, DOUGLAS OFFICE, DOUGLAS, WY 82633

32449024            HANGE PROSTHETICS & ORTHOTICS WEST, P O BOX 650846, DALLAS, TX 752650846

32449025            HANGER PROSTHETICS & ORTHOTICS, P O BOX 650846, DALLAS, TX 752650846

32449027    + HANGER PROSTHETICS & ORTHOTICS - AL, P O BOX 650846, DALLAS, TX 75265-0846

32449026            HANGER PROSTHETICS & ORTHOTICS - AL, PO BOX 650846, DALLAS, TX 752650846

| | | |
|---|---|---|
| 32449029 | + | HANGER PROSTHETICS & ORTHOTICS INC, P O BOX 650846, DALLAS, TX 75265-0846 |
| 32449030 | | HANGER PROSTHETICS & ORTHOTICS INC - MD, P O BOX 650846, DALLAS, TX 752650846 |
| 32449032 | + | HANGER PROSTHETICS AND ORTHOTICS - DO NOT USE, P O BOX 650846, DALLAS, TX 75265-0846 |
| 32449034 | | HANGER PROSTHETICS AND ORTHOTICS INC - VA, P O BOX 650846, DALLAS, TX 752650846 |
| 32449035 | + | HARBOR HOSPITAL, PO BOX 418706, BOSTON, MA 02241-8706 |
| 32449036 | + | HARDY, LUCAS A, 4611 ARROYO DR, SUITE 1, CASPER, WY 82604-5116 |
| 32449037 | | HAYNES AMBULANCE OF ALABAMA INC, PO BOX 1844 DEPT HAA-91, MEMPHIS, TN 381011844 |
| 32449038 | | HAYNES AMBULANCE OF ELMORE COUNTY LLC, PO BOX 1844 DEPT. HAEC-88, MEMPHIS, TN 381011844 |
| 32449039 | + | HAYNES AMBULANCE OF MACON COUNTY LLC, PO BOX 1515, WETUMPKA, AL 36092-0028 |
| 32449040 | | HAYNES AMBULANCE OF TROY LLC, PO BOX 1844 DEPT. HAT-89, MEMPHIS, TN 381011844 |
| 32449041 | + | HAYNES LIFE FLIGHT, LLC, PO BOX 1515, WETUMPKA, AL 36092-0028 |
| 32449043 | + | HCA - HEALTHONE, LLC DBA ROSE MEDICAL CENTER, 4567 E. 9TH AVE, DENVER, CO 80220-3908 |
| 32449044 | | HCA FLORIDA ORANGE PARK HOSPITAL, P O BOX 402369, ATLANTA, GA 303842369 |
| 32449045 | | HCA HEALTH SERVICES OF FL DBA BLAKE MEDICAL C, PO BOX 402993, ATLANTA, GA 303842993 |
| 32449046 | | HEALOGICS SPECIALTY PHYSICIANS OF MARYLAND, L, P O BOX 645743, CINCINNATI, OH 452645743 |
| 32449047 | + | HEALTH CARE AUTHORITY OF THE CITY OF HUNTSVIL, 709 WARD AVE, HUNTSVILLE, AL 35801-3659 |
| 32449048 | | HEALTH FIRST MEDICAL GROUP, LLC, PO BOX 749156, ATLANTA, GA 303749156 |
| 32449049 | + | HEALTH FIRST MEDICAL GROUP, LLC, 1223 GATEWAY DRIVE, MELBOURNE, FL 32901-2607 |
| 32449050 | + | HEALTH FIRST PHYSICIAN SPECIAL, P O BOX 25265, BELFAST, ME 04915-2003 |
| 32449051 | | HEALTHONE IRL PATHOLOGY SERVICES LLC, P O BOX 744326, ATLANTA, GA 303744326 |
| 32449052 | + | HEARING CONSULTANTS, LLC, 10000 BLUE BANNER DRIVE, GERMANTOWN, MD 20876-4445 |
| 32449053 | | HEARING SOLUTIONS OF ALABAMA LLC, 8133 OLD FEDERAL ROAD, MONTGOMERY, AL 361178009 |
| 32449054 | + | HEART CARE ASSOCIATES PC, 5303 PLAZA DR, STE 102, HOPEWELL, VA 23860-7331 |
| 32449055 | | HEART CARE CFL, PA DBA HEART CARE CENTERS OF, 3822 S. WASHINGTON AVE, TITUSVILLE, FL 327805845 |
| 32449056 | + | HEART GROUP OF THE EASTERN SHORE, PO BOX 34208, BELFAST, ME 04915-0620 |
| 32449058 | + | HH DIGESTIVE DISEASE CENTER, PO BOX 21007, HUNTSVILLE, AL 35813-5007 |
| 32449061 | + | HH PHYSICIAN CARE, PO BOX 21007, HUNTSVILLE, AL 35813-5007 |
| 32449062 | + | HH PHYSICIANS NETWORK, PO BOX 21007, HUNTSVILLE, AL 35813-5007 |
| 32449063 | + | HIGH DESERT ORAL & FACIAL SURGERY, 10175 GATEWAY WEST, SUITE 304, EL PASO, TX 79925-2203 |
| 32449064 | | HIGH PLAINS VISION CENTER LLC, 2101 PLAZA ST, RAWLINS, WY 823016007 |
| 32449065 | | HIGH TECH IMAGING CENTER INC, P O BOX 6144, MONTGOMERY, AL 361060144 |
| 32449066 | | HM PRO FEE, 3316 US HIGHWAY 280, ALEXANDER CITY, AL 350103369 |
| 32449067 | + | HMA SANTA ROSA MEDICAL CENTER, LLC, P O BOX 281416, ATLANTA, GA 30384-1416 |
| 32449068 | + | HOLMES REGIONAL MEDICAL CENTER INC, 3300 FISKE BLVD, ROCKLEDGE, FL 32955-4306 |
| 32449069 | + | HOMETOWN EYECARE AND OPTICAL, 400 EAST ADAMS AVE, RIVERTON, WY 82501-4413 |
| 32449070 | | HORIZON IMAGING PC, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509 |
| 32449071 | | HOSPITAL MEDICINE ASSOCIATES, P O BOX 634937, CINCINNATI, OH 452634937 |
| 32449072 | + | HOSPITAL MEDICINE SERVICES, PO BOX 748793, ATLANTA, GA 30374-8793 |
| 32449073 | | HOSPITAL PHYSICIAN SERVICE - SE PROFESSIONAL, PO BOX 635061, CINCINNATI, OH 452635061 |
| 32449074 | | HOSPITAL UNIV OF LOUISVILLE, PO BOX 645380, PITTSBURGH, PA 152645251 |
| 32449075 | + | HOSPITALISTS SERVICES OF ALABAMA, LLC, 2018 BROOKWOOD MEDICAL CENTER DR, SUITE 311, BIRMINGHAM, AL 35209-6870 |
| 32449076 | + | HOUSTON COUNTY HEALTHCARE AUTHORITY, D/B/A SE, PO BOX 1928, DOTHAN, AL 36302-1928 |
| 32449077 | | HOWARD COUNTY CENTER FOR LUNG AND SLEEP MEDIC, 8865 STANFORD BLVD, SUITE 201, COLUMBIA, MD 210455422 |
| 32449078 | | HOWARD COUNTY FIRE RESCUE MD, P O BOX 49009, BALTIMORE, MD 212974909 |
| 32449079 | + | HOWARD COUNTY GENERAL HOSPITAL, P O BOX 418384, BOSTON, MA 02241-8384 |
| 32449080 | + | HUGHSTON CLINIC SOUTHEAST PC, P O BOX 18745, BELFAST, ME 04915-4082 |
| 32449082 | + | HUNTSVILLE HOSPITAL HOME MEDICAL EQUIPMENT, 900 BOB WALLACE AVENUE SW, STE 118, HUNTSVILLE, AL 35801-5647 |
| 32449086 | + | HUNTSVILLE PODIATRY CENTER, 929 FRANKLIN STREET SE, HUNTSVILLE, AL 35801-4301 |
| 32449087 | + | HUNTSVILLE RENAL CLINIC, 810 FRANKLIN ST SUITE A, HUNTSVILLE, AL 35801-4310 |
| 32449088 | + | ICARE AMBULANCE LLC, 7375 S PEORIA ST STE 214, ENGLEWOOD, CO 80112-4157 |
| 32449089 | | IES ALABAMA PLLC, PO BOX 3347, INDIANAPOLIS, IN 462063347 |
| 32449090 | | IHC PHYSICIAN BILLING, P O BOX 27128, SALT LAKE CITY, UT 841270128 |
| 32449091 | | IMAGING ASSOCIATES OF NEW MEXICO LLC, P O BOX 207172, DALLAS, TX 753207172 |
| 32449092 | | IMC - EMERGENCY PHYSICIANS, 1725 SPRINGHILL AVE, MOBILE, AL 366041402 |
| 32449093 | + | IMC CANCER SURGERY OF MOBILE, 3 MOBILE INFIRMARY CIR SUITE 305, MOBILE, AL 36607-3515 |
| 32449094 | + | IMC DIAGNOSTIC & MEDICAL CANCER CENTER, 1700 SPRINGHILL AVE, STE 100, MOBILE, AL 36604-1416 |
| 32449095 | | IMC HOSPITALISTS P C, 1725 SPRINGHILL AVE, MOBILE, AL 366041402 |
| 32449096 | | IMC-ANESTHESIA SERVICES LLC, 1815 HAND AVE, BAY MINETTE, AL 365074110 |
| 32449097 | + | IMC-CARDIO-THORACIC AND VASCULAR, 1855 SPRINGHILL AVE, MOBILE, AL 36607-3592 |
| 32449098 | | IMC-EASTERN SHORE ADULT MEDICINE, 300 SOUTH GREENO RD, SUITE B, FAIRHOPE, AL 365321905 |

32449099    + IMC-GULF COAST GASTROENTOLOGY, 188 HOSPITAL DR, STE 405, FAIRHOPE, AL 36532-2018
32449100    + IMC-NEUROSURGERY LLC, 3 MOBILE INFIRMARY CIR, STE 410, MOBILE, AL 36607-3512
32449101    + IMI RADIOLOGY PLLC, P O BOX 242848, MONTGOMERY, AL 36124-2848
32449102     INDEPENDENT LUNG ASSOCIATES PA, 1314 OAK STREET, MELBOURNE, FL 329013111
32449103     INFECTIOUS DISEASE ASSOCIATES OF NAP, 800 GOODLETTE ROAD, NAPLES, FL 341025448
32449104     INFUSYSTEM INC - AL, PO BOX 734355, CHICAGO, IL 606734355
32449105    + INPATIENT CONSULTANTS OF FLORIDA INC D/B/A IP, PO BOX 631067, CINCINNATI, OH 45263-1067
32449107     INSTITUTE OF FACIAL SURGERY INC, 1093 SOUTH WICKHAM RD, MELBOURNE, FL 329041652
32449108    + INSTITUTE OF NURSING EXCELLENCE DBA HEARTWORK, 1113 MURFREESBORO ROAD, SUITE 106-312, FRANKLIN, TN 37064-1306
32449109    + INSTITUTIONAL EYE CARE LLC, 1053 E. WHITAKER MILL RD, SUITE 115, RALEIGH, NC 27604-5305
32449110    + INTEGRATED REG LAB PATH SERVICE, PO BOX 741087, ATLANTA, GA 30374-1087
32449111     INTEGRATED REGIONAL LABORATORY, 5361 NW 33RD AVENUE, FORT LAUDERDALE, FL 333096313
32449112    + INTEGRATED SPECIALISTS GROUP, P O BOX 19104, BELFAST, ME 04915-4086
32449113    + INTENSIVE CARE CONSORTIUM INC D/B/A ICC GROUP, P O BOX 741627, ATLANTA, GA 30374-1627
32449114     INTERCOASTAL MEDICAL GROUP, 943 S BENEVA RD STE 306, SARASOTA, FL 342322499
32449116    + INTERNAL MEDICINE & CARDIOLOGY ASSOCIATES, 1819 WEST OAK STREET, KISSIMMEE, FL 34741-4077
32449117    + INTRACOASTAL SURGERY CENTER, 2200 W EAU GALLIE BLVD, STE 100, MELBOURNE, FL 32935-3166
32449118     IRHYTHM TECHNOLOGIES, INC, DEPT CH 16837, PALATINE, IL 600556837
32449119    + ISHPAUL MEDICAL INC, 5250 17TH ST STE 7, SARASOTA, FL 34235-8242
32449120    + IVINSON MEMORIAL HOSPITAL PHYSICIANS, 255 NORTH 30TH ST, LARAMIE, WY 82072-5140
32449121    + JACKSON CLINIC CARDIOLOGY, 1758 PARK PL SUITE 401, MONTGOMERY, AL 36106-1135
32449122    + JACKSON CLINIC OTOLARYNGOLOGY, 1111 OLIVE STREET, MONTGOMERY, AL 36106-1129
32449123    + JACKSON HOSPITAL & CLINIC, PO BOX 14152, BELFAST, ME 04915-4032
32449125    + JACKSON HOSPITAL & CLINIC PHY, PO BOX 14152, BELFAST, ME 04915-4032
32449126    + JACKSON HOSPITAL & CLINIC PHYSICIANS, 1722 PINE STREET SUITE 503, MONTGOMERY, AL 36106-1160
32449129    + JACKSON HOSPITAL AND CLINIC INC, 1722 PINE STREET SUITE 503, MONTGOMERY, AL 36106-1160
32449130    + JACKSON HOSPITAL CLINIC, 1722 PINE STREET SUITE 503, MONTGOMERY, AL 36106-1160
32449131    + JACKSON HOSPITAL CLINIC INC, PO BOX 14152, BELFAST, ME 04915-4032
32449132    + JACKSON HOSPITAL CLINIC, INC, 1722 PINE STREET, MONTGOMERY, AL 36106-1160
32449134     JEWISH HOSPITAL, PO BOX 645966, PITTSBURGH, PA 152645257
32449135     JHU - CLINICAL CARDIAC ELECTROPHYSIOLOGY, P O BOX 64250, BALTIMORE, MD 212644250
32449136     JHU - EMERGENCY MEDICINE, PO BOX 64362, BALTIMORE, MD 212644362
32449137     JHU - MEDICINE/ENDOCRINOLOGY, P O BOX 64264, BALTIMORE, MD 212644264
32449138     JHU - MEDICINE/INFECTIOUS DISEASE, PO BOX 64264, BALTIMORE, MD 212644264
32449139     JHU - MEDICINE/INTERNAL MEDICINE, PO BOX 64264, BALTIMORE, MD 212644264
32449140    + JHU - MEDICINE/PULMONARY, PO BOX 64264, BALTIMORE, MD 21264-4264
32449141     JHU - PATHOLOGY, P O BOX 64478, BALTIMORE, MD 212644478
32449142     JHU - PEDIATRICS/EMERGENCY MEDICINE, P O BOX 64316, BALTIMORE, MD 212644316
32449143     JHU - RADIATION ONCOLOGY, P O BOX 69199, BALTIMORE, MD 212649199
32449144     JHU - REHAB MEDICINE, PO BOX 64407, BALTIMORE, MD 212644407
32449145     JHU - TRANSPLANT/VASCULAR SURGERY, PO BOX 64563, BALTIMORE, MD 212644563
32449146     JHU - WILMER EYE INSTITUTE, P O BOX 64481, BALTIMORE, MD 212644481
32449147     JHU - WILMER EYE INSTITUTE/OD'S, P O BOX 64481, BALTIMORE, MD 212644481
32449148    + JHU MEDICINE/GASTROENTEROLOGY, PO BOX 64264, BALTIMORE, MD 21264-4264
32449149     JHU-CARDIOLOGY, PO BOX 64250, BALTIMORE, MD 212644250
32449150    + JOEL D. GREENBERG MD PA, 4401 S HOPKINS AVE, STE 103, TITUSVILLE, FL 32780-6679
32449151    + JOHN CARROLL AREA AMBULANCE SERVICE, 13800 MCMULLEN HIGHWAY SW, CUMBERLAND, MD 21502-5622
32449152    + JOHN HOPKINS HOSPITAL, P O BOX 860935, ORLANDO, FL 32886-0935
32449153    + JOHN HOPKINS REGIONAL PHYSICIANS LLC, 10710 CHARTER DR STE 400, COLUMBIA, MD 21044-3276
32449154     JOHN HOPKINS UNIVERSITY - ANESTHESIA, PO BOX 64382, BALTIMORE, MD 212644382
32449155     JOHN-PAUL PHAM LLC, 4141 SOUTHPOINT DR E STE D, JACKSONVILLE, FL 322168061
32449156    + JOHNS HOPKINS BAYVIEW MEDICAL CENTER, P O BOX 418137, BOSTON, MA 02241-8137
32449157    + JOHNS HOPKINS COMMUNITY PHYS, PO BOX 418341, BOSTON, MA 02241-8341
32449158    + JOHNS HOPKINS HOSPITAL, P O BOX 418297, BOSTON, MA 02241-8297
32449160    + JOHNS HOPKINS HOSPITAL PHYSICIANS, P O BOX 418297, BOSTON, MA 02241-8297
32449159     CAHNS HOPKINS HOSPITAL PHYSICIANS, P O BOX 64264, BALTIMORE, MD 212644474
32449161    + JOHNS HOPKINS MEDICAL LABORATORIES, P O BOX 418511, BOSTON, MA 02241-8511
32449162     JOHNS HOPKINS REGIONAL PHYSICIANS LLC D/B/A I, 10710 CHARTER DR STE 400, COLUMBIA, MD 210443276
32449163     JOHNS HOPKINS UNIVERSITY, P O BOX 64260, BALTIMORE, MD 212644260
32449164     JOHNS HOPKINS UNIVERSITY D/B/A JHU-NEUROSURG, P O BOX 64286, BALTIMORE, MD 212644286
32449165    + JOHNS HOPKINS UNIVERSITY - RADIOLOGY, PO BOX 64358, BALTIMORE, MD 21264-4358
32449166     JOHNS HOPKINS UNIVERSITY D/B/A JHU - ICU ASSO, P O BOX 64382, BALTIMORE, MD 212644382

JOHNS HOPKINS UNIVERSITY D/B/A JHU - MEDICINE, P O BOX 64264, BALTIMORE, MD 212644264
JOHNS HOPKINS UNIVERSITY D/B/A JHU - NEUROLOG, P O BOX 64227, BALTIMORE, MD 212644227
JOHNS HOPKINS UNIVERSITY D/B/A JHU - OTOLARYN, P O BOX 64588, BALTIMORE, MD 212644588
JOHNS HOPKINS UNIVERSITY D/B/A JHU - PLASTIC, P O BOX 64165, BALTIMORE, MD 212644165
JOHNS HOPKINS UNIVERSITY D/B/A JHU -ORTHOPAED, P O BOX 64664, BALTIMORE, MD 212644664
+ JOHNS HOPKINS UNIVERSITY D/B/A/ JHU - ANESTHE, P O BOX 64382, BALTIMORE, MD 21264-4382
JOHNS HOPKINS UNIVERSITY DERMATOLOGY, P O BOX 64252, BALTIMORE, MD 212644252
JOHNS HOPKINS UNIVERSITY JHU -ANESTHESIA PAIN, P O BOX 64382, BALTIMORE, MD 212644382
JOHNS HOPKINS UNIVERSITY PHY, PO BOX 64264, BALTIMORE, MD 212644264
JOHNS HOPKINS UNIVERSITY PHYS, PO BOX 64264, BALTIMORE, MD 212644264
JOHNS HOPKINS UNIVERSITY PHYSICIANS, PO BOX 64264, BALTIMORE, MD 212644264
JOHNS HOPKINS UNIVERSITY, D/B/A JHU - PSYCHIA, P O BOX 64260, BALTIMORE, MD 212644260
JOHNS HOPKINS UNIVERSITY/DEPARTMENT OF ONCOLO, PO BOX 64474, BALTIMORE, MD 212644474
JOY M DESHAZO MD LLC, 1490 HWY 72 E, HUNTSVILLE, AL 358111508
+ JULIANA DALE DO, 250 2ND STREE EAST STE 3B, BRADENTON, FL 34208-1027
KCI USA INCORPORATED, DBA 3M MEDICAL SOLUTION, P O BOX 301557, DALLAS, TX 753031557
KENTUCKY FOOT PROFESSIONAL, 2659 REGENCY RD, LEXINGTON, KY 405032922
KENTUCKY MEDICAL SVCS, PO BOX 1688, LEXINGTON, KY 405881688
KENTUCKYONE HEALTH, P O BOX 645133, PITTSBURGH, PA 152645133
+ KHOKHAR, ANWAR I, 821 N EUTAW STREET STE. 103, BALTIMORE, MD 21201-6305
+ KIDNEY AN HYPERTENSION SPECIALISTS OF AL, PO BOX 30233, BELFAST, ME 04915-2054
+ KIDNEY AN HYPERTENSION SPECIALISTS OF AL, 544 S MCDONOUGH ST, MONTGOMERY, AL 36104-4614
KIDNEY CLINIC OF NORTH FLORIDA, 12620 BEACH BLVD STE 3-422, JACKSONVILLE, FL 322467131
KIMBALL, MATTHEW D, 315 W. HICKORY ST, SYLACAUGA, AL 351502913
KINDRED DEVELOPMENT 17, LLC, P O BOX 530646, ATLANTA, GA 303530646
+ KINETIC HEALTH SERVICES, 1125 WEST ST 303, ANNAPOLIS, MD 21401-4198
KIRAN MD LLC, 8649 LILLIAN PL, MONTGOMERY, AL 361177558
KNIGHT NEUROLOGY LLC, P O BOX 735074, DALLAS, TX 753735074
KOONCE SURGICAL PC, 707 W MARKET ST, ATHENS, AL 356112463
+ KRISHNAN HEMATOLOGY ONCOLOGY ASSOCIATES, LLC, P O BOX 2595, ELLICOTT CITY, MD 21041-2595
+ KRISHNASWAMY, ASHOK, 1412 NORTH CRAIN HIGHWAY, UNIT 1A, GLEN BURNIE, MD 21061-7000
+ LA CLINICA DE FAMILIA, 385 CALLE DE ALEGRA BLDG A, LAS CRUCES, NM 88005-3423
LANDER VALLEY PHYSICIAN PRACTICE, P O BOX 11533, BELFAST, ME 49154006
LAS CRUCES FIRE DEPARTMENT, PO BOX 547, WHEELING, IL 600900547
+ LAS CRUCES HB MEDICAL SERVICES, LLC, PO BOX 36491, BELFAST, ME 04915-1206
+ LAS CRUCES PHYSICIAN PRACTICES LLC, 4351 EAST LOHMAN AVE, LAS CRUCES, NM 88011-8259
+ LAS CRUCES PHYSICIAN SERVICES LLC, PO BOX 8690, BELFAST, ME 04915-8690
+ LASER EYE CENTER PC, 1238 13TH AVE SE, DECATUR, AL 35601-4307
LAUDERDALE RADIOLOGY GROUP, P O BOX 229, SHEFFIELD, AL 356600229
+ LAVALE VOLUNTEER RESCUE SQUAD INC, P O BOX 589, DENTON, MD 21629-0589
LAWRENCE COUNTY EMS INC, 13414 AL HWY 157, MOULTON, AL 356503704
LAWRENCE G. ROBINSON, M.D., P.A., DBA THE ORT, PO BOX 748249, ATLANTA, GA 303748249
LBH MED GRP RADIOLOGY, P O BOX 64144, BALTIMORE, MD 212644144
LBH MED GRP TELERAD, PO BOX 62643, BALTIMORE, MD 212642643
LEE HEALTH SYSTEM INC, PO BOX 2147, FORT MYERS, FL 339022147
+ LEE HEALTH SYSTEM INC DBA GULF COAST MEDICAL, PO BOX 150107, CAPE CORAL, FL 33915-0107
+ LEXINGTON SURGERY CENTER, 2115 HARRODSBURG RD, LEXINGTON, KY 40504-3504
+ LFUCG FIRE DEPT AMBULANCE, P O BOX 9150, PADUCAH, KY 42002-9150
LICCARDI, TERESA, PO BOX 160115, ALTAMONTE SPRINGS, FL 327160115
+ LIFEBRIDGE COMMUNITY PHYSICIANS, PO BOX 62643, BALTIMORE, MD 21264-2643
LIFEBRIDGE COMMUNITY PHYSICIANS, INC, D/B/A W, P O BOX 62643, BALTIMORE, MD 212642643
LIFEBRIDGE NEUROSCIENCES LLC, P O BOX 62984, BALTIMORE, MD 212642984
LIFEGUARD AMBULANCE SERVICE, PO BOX 198408, ATLANTA, GA 303848408
LIFEGUARD AMBULANCE SERVICE LLC DBA MEDSTAR, PO BOX 198408, ATLANTA, GA 303848408
LIFEHEALTH PC, 1026 GOODYEAR AVE SUITE 302B, GADSDEN, AL 359031194
LIFESTAR AMBULANCE SERVICE INC, 300 N MAIN ST, EMPORIA, VA 238471608
LIFESTAR RESPONSE OF MARYLAND, INC, P O BOX 536819, PITTSBURGH, PA 152536800
LIMESTONE ANESTHESIA ASSOCIATES PC, PO BOX 30, ATHENS, AL 356120030
+ LIMESTONE NEPHROLOGY AND PUMONOLOGY ASSO, 1005 W MARKET ST, STE 7, ATHENS, AL 35611-2454
+ LIONS CLINIC, 700 18TH STREET, BIRMINGHAM, AL 35233-1856
LOUISVILLE AMBULANCE SERVICE, PO BOX 125, LOUISVILLE, AL 360480125
LOUISVILLE METRO EMS, PO BOX 34338, LOUISVILLE, KY 402324338
+ LOWER SOMERSET AMBULANCE, P O BOX 90, DANVILLE, PA 17821-0090

LUMINIS HEALTH IMAGING LANHAM, 8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 207063513

+ LUMINIS HEALTH MEDICAL GRP, P O BOX 412752, BOSTON, MA 02241-2752

LUSK AMBULANCE SERVICE, P O BOX 390, LUSK, WY 822250390

M DOUGLAS SEFCIK DPM LLC, 1135 N SOLANO DR, LAS CRUCES, NM 880012349

+ M&M MOBILITY INC DBA CAREAVAN NEMT TRANSPORTA, 4183 CARMICHAEL RD, SUITE A, MONTGOMERY, AL 36106-2943

+ MANATEE CARDIOLOGY ASSOCIATES LLC, PO BOX 637800, CINCINNATI, OH 45263-7800

MANATEE KIDNEY DISEASES CONSULTANTS, 3701 MANATEE AVE WEST, BRADENTON, FL 342051711

MANATEE MEMORIAL HOSPITAL PHYSICIANS, PO BOX 404413, ATLANTA, GA 303849998

+ MANATEE PATHOLOGY ASSOC, PA, PO BOX 3093, BOCA RATON, FL 33431-0993

+ MANATEE SPECIALTY PHYSICIAN ALLIANCE LLC, PO BOX 748743, ATLANTA, GA 30374-8743

+ MARION COUNTY EMS, PO BOX 2788, TUSCALOOSA, AL 35403-2788

+ MARKOWITZ, MENDEL I, 905 ALLWOOD ROAD, STE 202, CLIFTON, NJ 07012-1946

+ MARVIN KEITH HENDON PHD, 2650 BAHIA VISTA ST STE 209, SARASOTA, FL 34239-2625

+ MARYLAND AMBULATORY SURGERY CENTER, 7501 FORBES ROAD, STE 103, LANHAM, MD 20706-6201

MARYLAND FAMILY CARE INC, P O BOX 824173, PHILADELPHIA, PA 191824173

+ MARYLAND GENERAL CLINICAL PRACTICE GROUP INC, P O BOX 412460, BOSTON, MA 02241-2460

MARYLAND ONCOLOGY HEMATOLOGY PA, P O BOX 75581, BALTIMORE, MD 212759998

MARYLAND SPINE CENTER, PO BOX 69087, BALTIMORE, MD 212649087

+ MARYLAND VASCULAR SPECIALISTS, PO BOX 21163, BELFAST, ME 04915-4108

+ MATRIX PULMONARY, PA, 2401 MANATEE AVE W, BRADENTON, FL 34205-4933

MAXHEALTH NOW OF FLORIDA LLC, PO BOX 38073, BALTIMORE, MD 212978073

+ MAYNOR & MITCHELL EYE CENTER PC, 3501 MEMORIAL PARKWAY SW SUITE 200, HUNTSVILLE, AL 35801-6901

+ MAYOR AND CITY OF CUMBERLAND, P O BOX 120, DENTON, MD 21629-0120

+ MCR HEALTH INC, 101 RIVERFRONT BLVD STE 100, BRADENTON, FL 34205-8870

MCV ASSOCIATED PHYSICIANS, PO BOX 780125, PHILADELPHIA, PA 191780125

+ MDA ANESTHESIA LLC, 39200 HOOKERY HWY, BELLE GLADE, FL 33430-5368

+ MDICS AT ANNE ARUNDEL LLC, PO BOX 43130, BALTIMORE, MD 21236-0130

MDICS AT BWMC, LLC, PO BOX 844249, BOSTON, MA 22844249

MDICS AT MERITUS MED CTR LLC, P O BOX 844249, BOSTON, MA 22844249

MDICS AT UMROI LLC, P O BOX 844249, BOSTON, MA 22844249

MDS MEDICAL DEVICE SPECIALTY, 270 W 500 N, NORTH SALT LAKE, UT 840542769

MDXHEALTH INC, 15279 ALTON PKWY STE 100, IRVINE, CA 926182600

MEADOW KIDNEY CARE, 12931 OAK HILL AVENUE, HAGERSTOWN, MD 217422914

+ MED TECH IMAGING CENTER LLC, PO BOX 680066, PRATTVILLE, AL 36068-0066

+ MED-TRANS CORP AIR LINK, 7076 ROAD 55F, TORRINGTON, WY 82240-7771

+ MED-TRANS CORP LIFEEVAC 1, PO BOX 708, WEST PLAINS, MO 65775-0708

MED-TRANS CORP LIFEEVAC 3, PO BOX 708, WEST PLAINS, MO 657750708

+ MED-TRANS CORP MEDSTAR AIR CARE, PO BOX 708, WEST PLAINS, MO 65775-0708

+ MEDCORE ASSOCIATES PLLC, 6918 CAMP BULLIS RD, SAN ANTONIO, TX 78256-2236

MEDICAL ASOCIATES OF BREVARD LLC, P O BOX 361095, MELBOURNE, FL 329361095

+ MEDICAL CENTER BARBOUR PHYS, 820 W WASHINGTON ST, EUFAULA, AL 36027-1899

MEDICAL CENTER EAST, PO BOX 645966, PITTSBURGH, PA 152645257

MEDICAL CENTER NORTHEAST, PO BOX 645966, PITTSBURGH, PA 152645257

MEDICAL IMAGING ASSOCIATES OF IDAHO FALL, PO BOX 2671, IDAHO FALLS, ID 834032671

+ MEDICAL PRACTICES OF ANTIETAM, P O BOX 412043, BOSTON, MA 02241-2043

+ MEDICAL PRACTICES OF ANTIETAM, LLC, P O BOX 412047, BOSTON, MA 02241-2047

+ MEDRVA PHYSICIAN SERVICES, LLC, 8700 STONY POINT PARKWAY, RICHMOND, VA 23235-1962

+ MEDSTAR GEORGETOWN MED CTR, PO BOX 418283, BOSTON, MA 02241-8283

+ MEDSTAR HARBOR HOSPITAL, PO BOX 418706, BOSTON, MA 02241-8706

+ MEDSTAR HEART INSTITUTE, P O BOX 417454, BOSTON, MA 02241-7454

+ MEDSTAR MED GRP LLC, P O BOX 418597, BOSTON, MA 02241-8597

+ MEDSTAR MEDICAL GROUP ANESTHESIOLOGY LLC, P O BOX 418597, BOSTON, MA 02241-8597

+ MEDSTAR MEDICAL GROUP RADIOLOGY, P O BOX 417932, BOSTON, MA 02241-7932

+ MEDSTAR SOUTHERN MARYLAND HOSPITAL CENTER, IN, P O BOX 417848, BOSTON, MA 02241-7848

+ MEDSTAR UNION MEMORIAL HOSPITAL BALTIMORE, PO BOX 418786, BOSTON, MA 02241-8786

MEDTRANS CORP LIFEEVAC 4, PO BOX 708, WEST PLAINS, MO 657750708

+ MEL BAY HEALTH CARE, PO BOX 560010, ROCKLEDGE, FL 32956-0010

+ MELBOURNE EMERGENCY GROUP LLC, 250 N WICKHAM ROAD, MELBOURNE, FL 32935-8625

MELBOURNE SURGERY CENTER, 95 BULLDOG BLVD 104, MELBOURNE, FL 329013175

+ MEMORIAL HEALTHCARE GROUP, INC, DBA MEMORIAL, P O BOX 406368, ATLANTA, GA 30384-6368

+ MEMORIAL HOSP CONVERSE CO PHYSICIANS, PO BOX 1450, DOUGLAS, WY 82633-1450

+ MEMORIAL HOSPITAL OF CARBON COUNTY, P O BOX 460, RAWLINS, WY 82301-0460

District/off: 113A-2                                    User: admin                                    Page 14 of 30
Date Rcvd: May 12, 2026                              Form ID: 309F1                                 Total Noticed: 1541

32449305   + MEMORIAL HOSPITAL OF CARBON COUNTY (PHYSICIAN, P O BOX 460, RAWLINS, WY 82301-0460
32449306   + MEMORIAL HOSPITAL OF CONVERSE COUNTY, P O BOX 1450, DOUGLAS, WY 82633-1450
32449307     MEMORIAL HOSPITAL OF LARAMIE COUNTY, D/B/A CH, P O BOX 20970, CHEYENNE, WY 820037020
32449308   + MEMORIAL MEDICAL CENTER, P O BOX 742453, ATLANTA, GA 30374-2453
32449309   ++ MEP HEALTH LLC, PO BOX 17723, BELFAST ME 04915-4072 address filed with court:, MEP HEALTH, LLC, P O BOX 17723, BELFAST, ME 49154072
32449310     MERCY MEDICAL CENTER, P O BOX 829923, PHILADELPHIA, PA 191829923
32449311   + MERITUS BEHAVIORAL HEALTH SERVICES, P O BOX 412043, BOSTON, MA 02241-2043
32449312     MERITUS EKG LAB, 11116 MEDICAL CAMPUS ROAD, HAGERSTOWN, MD 217426710
32449313   + MERITUS MEDICAL CENTER INC, PO BOX 412047, BOSTON, MA 02241-2047
32449314   + MERITUS MEDICAL CENTER INC PHYS, PO BOX 412047, BOSTON, MA 02241-2047
32449315     MERITUS MEDICAL CENTER INC PHYSICIAN, 11116 MEDICAL CAMPUS ROAD, HAGERSTOWN, MD 217426710
32449316   + MERITUS MEDICAL CENTER PHY, PO BOX 412047, BOSTON, MA 02241-2047
32449317   + MERITUS MEDICAL LABORATORY, LLC, P O BOX 412043, BOSTON, MA 02241-2043
32449318   + MERITUS PHYSICIAN TRAUMA, P O BOX 412043, BOSTON, MA 02241-2043
32449319   + MESILLA VALLEY FOOT CORP PHYSICIANS INC, 2930 HILLRISE DRIVE SUITE 4, LAS CRUCES, NM 88011-4776
32449321   + METRO TREATMENT OF FLORIDA, LP, 2500 MAITLAND CENTER PKWY, STE 250, MAITLAND, FL 32751-4174
32449322     MICHAEL A. DRUMMOND, M.D., P.C., MSC #209 PO BOX 10992, BIRMINGHAM, AL 352020992
32449323   + MICHAEL D YATES MD PC, 303 WILLIAMS AVE, STE 1421, HUNTSVILLE, AL 35801-6008
32449324   + MID ATLANTIC NEPHROLOGY ASSOCIATES PA, 1589 SULPHUR SPRING RD, HALETHORPE, MD 21227-2542
32449325   #+ MID ATLANTIC PLASTIC SURGERY, 84 THOMAS JOHNSON CT, STE C, FREDERICK, MD 21702-4678
32449326   + MID-ATLANTIC SURGICAL GROUP, 6507 DEER POINTE DRIVE, SALISBURY, MD 21804-1667
32449327     MIDDLE TENNESSEE RADIOLOGY, PO BOX 5329, SAGINAW, MI 486030329
32449328   + MIDDLEBROOKS, MARK, 100 PILOT MEDICAL DR, STE 125, BIRMINGHAM, AL 35235-3475
32449330   + MILLENNIUM GASTROENTEROLOGY, 160 HALEDON AVE, HALEDON, NJ 07508-2051
32449331   + MOBILE EMERGENCY PHYSICIANS, PO BOX 23480, BELFAST, ME 04915-4485
32449333   + MOBILE HEART USA HEALTH CARDIOLOGY, 6701 AIRPORT BLVD, STE A107, MOBILE, AL 36608-6774
32449334   + MOBILE INFIRMARY ASSOCIATES, PO BOX 2144, MOBILE, AL 36652-2144
32449336     MOHIUDDIN, MOHAMMED A, PO BOX 235022, MONTGOMERY, AL 361235022
32449337   + MONTEFIORE MEDICAL CENTER, PO BOX 412514, BOSTON, MA 02241-2514
32449338     MONTGOMERY ANESTHESIA ASSOCIATES , PC, PO BOX 106090, ATLANTA, GA 303486090
32449339   + MONTGOMERY CARDIOVASCULAR ASSO, PC, PO BOX 15497, BELFAST, ME 04915-4049
32449340   + MONTGOMERY FOOTCARE, 1831 HALCYON BLVD, MONTGOMERY, AL 36117-8044
32449341   + MONTGOMERY KIDNEY SPEC, 2034 CHESTNUT STREET, MONTGOMERY, AL 36106-1186
32449342   + MONTGOMERY NEUROSURGICAL SURGICAL, 1510 FOREST AVE., MONTGOMERY, AL 36106-1517
32449343   + MONTGOMERY PULMONARY CONSULTANTS, 1440 NARROW LANE PKWY, MONTGOMERY, AL 36111-2665
32449345   + MONTGOMERY RHEUMATOLOGY ASSOCIATES PA, 1421 NARROW LANE PARKWAY, MONTGOMERY, AL 36111-2638
32449346   + MONTGOMERY SPINE CTR PC, PO BOX 231509, MONTGOMERY, AL 36123-1509
32449347   + MONTGOMERY VASCULAR SURGERY PC, 2055 E SOUTH BLVD, SUITE 503, MONTGOMERY, AL 36116-2004
32449348     MONUMENT HEALTH RAPID CITY HOSPITAL PHYS, P O BOX 860013, MINNEAPOLIS, MN 554860013
32449349     MONUMENT HEALTH RAPID CITY HOSPITAL, P. O. BOX 860013, MINNEAPOLIS, MN 554860013
32449351     MOUNTAINVIEW REGIONAL MEDICAL CENTER, PO BOX 847563, DALLAS, TX 752847563
32449352     MSL ANESTHESIA SERVICES, LLC, PO BOX 1889, MUNCIE, IN 473081889
32449353   # MT INTERNAL MEDICINE CONSULTING, 3644 LOCKWOOD LANE, MONTGOMERY, AL 361111548
32449354   + MULTI-DIAGNOSTIC SERVICES, INC., 13916 91ST AVENUE, JAMAICA, NY 11435-4219
32449355   + MURPHY III, JAMES C, 203 HOSPITAL DRIVE SUITE 304, GLEN BURNIE, MD 21061-6906
32449356     MUSCULOSKELETAL AMBULATORY SURGERY CENTER, 8000 SR64 EAST, SUITE 205, BRADENTON, FL 34212
32449357   + N RAO BOORGU MD PC DBA SHOALS KIDNEY & HTN CE, 422 EAST DR HICKS BLVD STE A, FLORENCE, AL 35630-5730
32449358     NAMC ANESTHESIA SERVICES LLC, PO BOX 660685, BIRMINGHAM, AL 352660685
32449359     NAPLES COMMUNITY HOSPITAL DBA NORTH NAPLES HO, PO BOX 738444, DALLAS, TX 753738444
32449360     NAPLES HMA INC. D/B/A PHYSICIANS REGIONAL MED, P O BOX 281427, ATLANTA, GA 303841427
32449361   + NAPLES NEPHROLOGY, 878 109TH AVE N., NAPLES, FL 34108-1814
32449362   + NAPLES PATHOLOGY ASSOCIATES, P. O. BOX 166324, MIAMI, FL 33116-6324
32449363     NATERA INC, P O BOX 889027, LOS ANGELES, CA 900889027
32449364     NATIONAL PSYCHIATRY LLC, 2338 IMMOKALEE RD, NAPLES, FL 341101445
32449365     NAZARENO, GABRIEL U, 9743 IVY GREEN DR, MONTGOMERY, AL 361175152
32449366     NCHMD INC, PO BOX 112019, NAPLES, FL 341080134
32449367   + NEGROSKI SUTHERLAND & HANES NEUROLOGY, LLP, 5741 BEE RIDGE RD STE 530, SARASOTA, FL 34233-5061
32449368     NEOGENOMICS LABORATORIES INC, P O BOX 946110, ATLANTA, GA 303946110
32449369     NEPHROLOGY & HYPERTENSION, 522 EAST 11TH STREET, ANNISTON, AL 362074770
32449370   + NEPHROLOGY ASSOCIATES, PO BOX 850849, MOBILE, AL 36685-0849
32449371     NEPHROLOGY ASSOCIATES PC, DEPARTMENT OWC 5, PO BOX 830525, BIRMINGHAM, AL 352830525
32449372   + NEPHROLOGY CONSULTANTS, LLC, 2780 BOB WALLACE AVENUE, HUNTSVILLE, AL 35805-4104

32449373   NEPHROLOGY OF NORTH ALABAMA P.C., 1216 SOMERVILLE RD SE, DECATUR, AL 356014335

32449374   + NEPHROPATHOLOGY ASSOCIATES PLC, DBA NEPHROPAT, 10810 EXECUTIVE CENTER DRIVE, SUITE 100, LITTLE ROCK, AR 72211-4386

32449375   + NES TENNESSEE, INC, PO BOX 31062, BELFAST, ME 04915-0139

32449376   + NEURO DIAGNOSTIC CENTER PA, 325 HOSPITAL DRIVE, SUITE 104, GLEN BURNIE, MD 21061-5806

32449377   + NEUROCARE OF VIRGINIA PC, P O BOX 11157, BELFAST, ME 04915-4002

32449379   + NEUROLOGY CONSULTANT PA, 235 MILL ST STE 1, HAGERSTOWN, MD 21740-6668

32449380   + NEUROLOGY CONSULTANTS OF CENTRAL ALABAMA, PO BOX 946, SELMA, AL 36702-0946

32449381   NEUROLOGY CONSULTANTS OF MONTGOMERY, PC, PO BOX 242848, MONTGOMERY, AL 361242848

32449382   + NEUROLOGY INSTITUTE OF HUNTSVILLE, 2006 FRANKLIN ST SE, STE 202A, HUNTSVILLE, AL 35801-4537

32449383   + NEUROSCIENCE AND SPINE ASSOCIATES, PL, 3451 PINE RIDGE RD, BLDG 601, NAPLES, FL 34109-3922

32449384   + NEUROSCIENCE AND SPINE ASSOCIATES, PL, 3451 PINE RIDGE ROAD, STE 601, NAPLES, FL 34109-3922

32449385   + NEUROSPINAL ASSOCIATES PC, 200 3RD AVE W STE 200, BRADENTON, FL 34205-8633

32449386   + NEUROSURGERY OF WEST ALABAMA, 3901 GREENSBORO AVE, TUSCALOOSA, AL 35405-3770

32449387   #+ NEUROSURGICAL ASSOCIATES PC, 800 ST VINCENT'S DRIVE, STE 700, BIRMINGHAM, AL 35205-1630

32449388   NEUROSURGICAL SPECIALTY SERVICES, P O BOX 824173, PHILADELPHIA, PA 191824173

32449389   + NEW BEAUTIFUL YOU INC, 1129 E 2ND ST, CASPER, WY 82601-2903

32449391   NEWGEN ALABAMA BILLING LLC, PO BOX 12010, OKLAHOMA CITY, OK 731572010

32449392   NEWMANS MEDICAL SERVICES INC, 3500 COTTAGE HILL RD, MOBILE, AL 366096589

32449393   + NEWTON ANESTHESIA SERVICES LLC, PO BOX 660257, BIRMINGHAM, AL 35266-0257

32449394   NEXTGEN PATHOLOGY LLC, PO BOX 526845, MIAMI, FL 331526845

32449395   NGUYEN, VINH, 100 PILOT MEDICAL DRIVE SUITE 285, BIRMINGHAM, AL 352353475

32449396   # NICHOLS, RANDALL WAYNE, 2431 W MAIN ST, DOTHAN, AL 363016404

32449397   + NIOBRARA HEALTH & LIFE CENTER, P O BOX 780, LUSK, WY 82225-0780

32449398   + NIOBRARA HEALTH & LIFE CENTER PHYSICIANS, P O BOX 780, LUSK, WY 82225-0780

32449399   + NORTH ALABAMA ENT ASSOCIATES PC, PO BOX 18066, HUNTSVILLE, AL 35804-8066

32449400   + NORTH ALABAMA NEUROSERVICES, LLC, PO BOX 24598, BELFAST, ME 04915-4496

32449401   NORTH ALABAMA ORAL AND FACIAL SURGERY, LLC, 44 HUGHES RD, STE 1500, MADISON, AL 357582231

32449402   NORTH ALABAMA UROLOGY, 825 ADAMS ST STE A, HUNTSVILLE, AL 358013709

32449404   NORTH AMERICAN PARTNERS IN ANESTHSIA LLC, P O BOX 200591, DALLAS, TX 753200591

32449405   NORTH BREVARD COUNTY HOSPITAL D/B/A PARRISH M, 951 N. WASHINGTON, TITUSVILLE, FL 32780

32449406   + NORTH BREVARD COUNTY HOSPITAL D/B/A PARRISH M, 951 N WASHINGTON AVE,, TITUSVILLE, FL 32796-2163

32449407   + NORTH BREVARD MED SUPPORT INC DBA PARRISH MED, PO BOX 23635, BELFAST, ME 04915-4487

32449408   NORTH CALVERT ANESTHESIOLOGY SERVICES LLC, P O BOX 826699, PHILADELPHIA, PA 191826699

32449409   + NORTH CENTRAL NEUROLOGY, PO BOX 870, CULLMAN, AL 35056-0870

32449410   + NORTH COLORADO MEDICAL CENTER, 1801 16TH STREET, GREELEY, CO 80631-5199

32449411   NORTH FL HEART INSTITUTE, PO BOX 405952, ATLANTA, GA 303845952

32449412   + NORTH FLORIDA SURGEONS, PA, P O BOX 14009, BELFAST, ME 04915-4031

32449413   NORTH MISSISSIPPI CLINICS LLC, 499 GLOSTER CREEK VILLAGE, TUPELO, MS 388014600

32449414   + NORTH OKALOOSA CLINIC CORPORATION, P O BOX 19047, BELFAST, ME 04915-4085

32449415   + NORTH OKALOOSA MEDICAL CENTER, PO BOX 198002, ATLANTA, GA 30384-8002

32449416   + NORTH PLATTE PHYSICAL THERAPY (INVOICE ONLY), P O BOX 1790, DOUGLAS, WY 82633-1790

32449417   + NORTH PLATTE PHYSICAL THERAPY SERVICES, INC, P O BOX 1790, DOUGLAS, WY 82633-1790

32449418   NORTH SHORE HEMATOLOGY ONCOLOGY ASSOCIATION, 1 RESEARCH ROAD RIDGE, RIDGE, NY 119612701

32449419   NORTH TAMPA ANESTHESIA CONSULTANTS, PO BOX 637578, CINCINNATI, OH 452637578

32449420   NORTHERN ALABAMA PHYSICIANS LLP, PO BOX 602159, CHARLOTTE, NC 282602159

32449421   + NORTHERN COLORADO ANES PROFESS CONSULT DBA NC, 3702 AUTOMATION WAY #103, FORT COLLINS, CO 80525-5738

32449422   NORTHPORT CRNA, P. O. BOX 661495, BIRMINGHAM, AL 352661495

32449423   NORTHSTAR ANESTHESIA OF NEBRASKA LLC, P O BOX 225096, DALLAS, TX 752225096

32449424   NORTHSTAR EMS INC JEFFERSON, PO BOX 2788, TUSCALOOSA, AL 354032788

32449425   NORTHSTAR EMS INC TALLADEGA, PO BOX 2788, TUSCALOOSA, AL 354032788

32449426   NORTHSTAR EMS INC TUSCALOOSA, PO BOX 2788, TUSCALOOSA, AL 354032788

32449430   NORTON CANCER INSTITUTE, PO BOX 776347, CHICAGO, IL 606776347

32449432   NORTON WOMENS AND CHILDRENS HOSPITAL, PO BOX 776788, CHICAGO, IL 606776788

32449433   NORWOOD CLINIC INC, DEPARTMENT #SF22 PO BOX 830525, BIRMINGHAM, AL 35283

32449434   + NUVIEW TELEHEALTH LLC, PO BOX 743129, ATLANTA, GA 30374-3129

32449435   + OAK MOUNTAIN GROUP SERVICES LLC, PO BOX 23481, BELFAST, ME 04915-4485

32449436   + OB HOSPITALIST GROUP LLC, PO BOX 161909, ALTAMONTE SPRINGS, FL 32716-1909

32449437   OHMH, LLC DBA ORLANDO HEALTH MELBOURNE HOSPIT, PO BOX 749321, ATLANTA, GA 303749321

32449438   + OKALOOSA CARDIOLOGY PA, 129 EAST REDSTONE AVE, CRESTVIEW, FL 32539-5364

32449439   + OKALOOSA COUNTY EMS, P O BOX 116783, ATLANTA, GA 30368-6783

32449440   + OKALOOSA EYE CARE, PA, 207 N. MAIN STREET, CRESTVIEW, FL 32536-3543

32449441      OKOLI, OBIEFUNA C, P O BOX 2707, LAS CRUCES, NM 880042707
32449442      OKOLONA FIRE PROTECTION DIST, 8501 PRESTON HWY, LOUISVILLE, KY 402195301
32449443   +  OLIVER, MICHAEL A, PO BOX 517, BIRMINGHAM, AL 35201-0517
32449444      OMNI HEALTHCARE INC, 1344 S APOLLO BLVD SUITE 406, MELBOURNE, FL 329013185
32449446   +  ONE PLACE FAMILY JUSTICE CENTER, 530 S. LAWRENCE STREET, MONTGOMERY, AL 36104-4612
32449447   +  ONE PLACE FAMILY JUSTICE CENTER, 530 LAWRENCE STREET, MONTGOMERY, AL 36104-4612
32449448   +  ONSITE VISION PLANS, INC, 46 SHEPHERD RD, STEPHENTOWN, NY 12169-2121
32449449   +  OPERATION PAR INC, 6655 66TH STREET NORTH, PINELLAS PARK, FL 33781-5033
32449450   +  ORAL & MAXILLOFACIAL SURGERY ASSOCIATION, 4850 NORTH 9TH AVENUE, STE 4, PENSACOLA, FL 32503-2406
32449451      ORANGE COUNTY NEUROLOGY CLINIC, LLC, 4359 HUNTERS PARK LN, ORLANDO, FL 328377614
32449452      ORANGE EMERGENCY SERVICES PC, 707 E MAIN ST, MIDDLETOWN, NY 109402650
32449455      ORLANDO HEALTH ROCKLEDGE HOSPITAL, PO BOX 749321, ATLANTA, GA 303749321
32449456      ORLANDO REGIONAL HEALTHCARE SYSTEM, PO BOX 919741, ORLANDO, FL 328919741
32449457   +  ORTHOPAEDIC ASSOCIATES, PA, 1034 MAR WALT DRIVE, STE 100, FORT WALTON BEACH, FL 32547-6637
32449458   +  ORTHOSPORTS ASSOCIATES LLC, 5850 VALLEY ROAD, STE 110, BIRMINGHAM, AL 35235-8683
32449459      ORTHOVIRGINIA OPERATORY, P O BOX 715868, PHILADELPHIA, PA 191715868
32449460      ORTHOVIRGINIA, INC., P O BOX 715868, PHILADELPHIA, PA 191715868
32449461      OSCEOLA REGIONAL MEDICAL CENTER, P O BOX 406687, ATLANTA, GA 303846687
32449462      OTTO BOCK PATIENT CARE LLC, PO BOX 737155, DALLAS, TX 753737155
32449463      OUTPATIENT RADIOLOGY, LLC, 419 S WASHINGTON ST STE 101, CASPER, WY 826012951
32449464      OVERWATCH ANESTHESIA, PO BOX 70877, ALBANY, GA 317080877
32449465   +  OZARK SURGICAL ASSOCIATES PC, PO BOX 1464, OZARK, AL 36361-1464
32449466   +  PACIFIC NEUROMONITORING ASSOCIATES, 10275 LITTLE PATUXENT PKWY STE 300, COLUMBIA, MD 21044-3445
32449467   +  PADDER HEALTH SERVICES LLC, 7350 VAN DUSEN RD STE 130, LAUREL, MD 20707-5267
32449468   +  PAIN AND REHABILITATION CENTER, 2270 VALLEYDALE RD SUITE 100, BIRMINGHAM, AL 35244-2100
32449469      PALANIYANDI, RAVINDRAN, 3712 WHIMSICAL CIR, ROCKLEDGE, FL 329554576
32449470   +  PALMA SOLA NEUROLOGY ASSOC, PO BOX 14675, BRADENTON, FL 34280-4675
32449471   +  PANEL OF EKG OF BLAKE, PO BOX 25548, SARASOTA, FL 34277-2548
32449472   +  PANEL OF EKG- SARASOTA MEM HOSP, PO BOX 25548, SARASOTA, FL 34277-2548
32449473      PANTING, DAVID, P O BOX 14156, BRADENTON, FL 342804156
32449474      PAOLUCCI, JOSEPH D, 250 N WICKHAM RD, MELBOURNE, FL 329358625
32449477      PARKER, SCOTT D D/B/A INFECTIOUS DISEASE SPEC, 250 CHATEAU DRIVE SW STE 115, HUNTSVILLE, AL 358013497
32449478      PARRISH ANESTHESIA SPECIALISTS LLC, 951 N WASHINGTON AVE, TITUSVILLE, FL 327962163
32449479   +  PATEL ASSOCIATES PC, PO BOX 242848, MONTGOMERY, AL 36124-2848
32449480      PATHGROUP LABS LLC, P O BOX 639197, CINCINNATI, OH 452639197
32449481      PATHLINK OF NEW MEXICO LLC, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509
32449482      PATHNET, LLC, PO BOX 26867 DEPT 444, SALT LAKE CITY, UT 841260867
32449483      PATHOLOGY & MED LAB DIAGNOSTIC SERVICE, PO BOX 956997, DULUTH, GA 300959517
32449484      PATHOLOGY ASSOCIATES OF ALABAMA, P.C., PO BOX 11407, DEPT 2024, BIRMINGHAM, AL 352462024
32449485   +  PATHOLOGY ASSOCIATES PC, 2904 WESTCORP BLVD, SUITE 108, HUNTSVILLE, AL 35805-6436
32449486   +  PATHOLOGY CONSULTANTS OF NEW MEXICO, 600 NORTH RICHARDSON, ROSWELL, NM 88201-4828
32449487   +  PATHOLOGY LAB ASSOCIATES, 100 MEMORIAL HOSP DR, MOBILE, AL 36608-1180
32449488   +  PATHOLOGY LAB ASSOCIATES LLP, 2015 ALEXANDER DRIVE, DOTHAN, AL 36301-3003
32449489   +  PATHOLOGY SPECIALISTS PA, 84 WEST JERSEY STREET SUITE 1, ORLANDO, FL 32806-4407
32449490      PEACE AND BLESSING, 8100 FAITH LANE, MONTGOMERY, AL 361173876
32449491      PEDIATRIC PHYSICIAN SERVICES INC, PO BOX 863297, ORLANDO, FL 328863297
32449492      PEDIATRIX MEDICAL GROUP, PO BOX 277279, ATLANTA, GA 303847279
32449493      PEGASUS EMERGENCY GROUP TROY ALABAMA LLC, PO BOX 8500/8466, PHILADELPHIA, PA 191788500
32449494      PELOTON ANESTHESIA, PLLC, 400 EAST 10TH STREET, WACONIA, MN 553874552
32449495      PENINSULA IMAGING LLC, 918 EASTERN SHORE DR, SALISBURY, MD 218046410
32449496      PENINSULA NEPHROLOGY ASSOCIATES PA, 1821 SWEET BAY DR STE 1, SALISBURY, MD 218041664
32449497   +  PENINSULA ORTHOPAEDIC ASSOCIATES, P O BOX 13253, BELFAST, ME 04915-4023
32449498      PENINSULA PATHOLOGY ASSOCIATES, PA, PO BOX 43130, NOTTINGHAM, MD 212360130
32449499   +  PENSACOLA NEPHROLOGY, P.A. DBA RENALUS CENTER, 1619 CREIGHTON ROAD, PENSACOLA, FL 32504-7152
32449501   +  PERINATAL ASSOC OF NM, 201 CEDAR SE 405, ALBUQUERQUE, NM 87106-4924
32449502      PG COUNTY ENDOSCOPY CENTER LLC, PO BOX 200751, DALLAS, TX 753200751
32449503   +  PGHC CARDIOLOGY ASSOCIATES, PO BOX 418313, BOSTON, MA 02241-8313
32449504   +  PGHC CRITICAL CARE ASSOCIATES, PO BOX 418913, BOSTON, MA 02241-8913
32449505      PHC LAS CRUCES INC D/B/A FAMILY MEDICINE CTR, PO BOX 6159, LAS CRUCES, NM 88006
32449506      PHI AIR MEDICAL, PO BOX 676171, DALLAS, TX 752676171
32449507   +  PHT JACKSON MEMORIAL HOSP, PO BOX 947728, ATLANTA, GA 30394-7728
32449508   +  PHYSICIAN OVERSIGHT, LLC, 550 N CENTRAL EXPY, MCKINNEY, TX 75070-3509
32449509   +  PHYSICIAN SERVICES - M H C C ., P O BOX 1450, DOUGLAS, WY 82633-1450

32449510     PHYSICIANS REG PINE RIDGE, PO BOX 281422, ATLANTA, GA 303841422

32449511     PHYSICIANS UNITY, 5224 75TH STR, STE D, LUBBOCK, TX 794242525

32449513     PICKENS COUNTY AMBULANCE SERVICE, 40 FIRE HOUSE DR, CARROLLTON, AL 354478002

32449514   + PINNACLE EYE CENTER, 1649 W EAU GALLIE BLVD, SUITE 100, MELBOURNE, FL 32935-4160

32449515   + POA SURGERY CENTER, 10026 OLD OCEAN CITY BLVD, BERLIN, MD 21811-1288

32449516   + PODIATRY ASSOCIATES PC, 1101 18TH ST S, BIRMINGHAM, AL 35205-4702

32449517   + POINTE WEST INFECTIOUS DISEASES PL, PO BOX 8647, BELFAST, ME 04915-8647

32449518   + POLK COUNTY HEALTH DEPT, 1290 GOLFVIEW AVENUE 4TH FLOOR, BARTOW, FL 33830-6740

32449519     POTOMAC HIGHLANDS PATHOLOGY ASSOCIATES PA, P O BOX 1104, CUMBERLAND, MD 215011104

32449520     POUDRE VALLEY MEDICAL GROUP D/B/A UCHEALTH ME, P O BOX 732031, DALLAS, TX 753732031

32449521   + POWELL ORTHOPEDICS & SPORTS MEDICINE, 2020 CANYON RD, STE 200, BIRMINGHAM, AL 35216-1959

32449522   + PRAFUL S PATEL MD PC, PO BOX 242848, MONTGOMERY, AL 36124-2848

32449523   + PRASHANT PANDYA DMD, 5460 LENA RD UNIT 102, BRADENTON, FL 34211-9500

32449524   + PRECISION MEDICAL PRODUCTS, 2217 PLAZA DR, ROCKLIN, CA 95765-4421

32449525   + PRECISION MEDICAL SOLUTIONS, L.L.P., 119 MARKET PLACE, MONTGOMERY, AL 36117-4900

32449527     PREMIER ANESTHESIA OF MONTGOMERY, PO BOX 532926, ATLANTA, GA 303532926

32449528   + PREMIER BONE AND JOINT CENTERS, 1909 VISTA DRIVE, LARAMIE, WY 82070-5599

32449529     PREMIER CRITICAL CARE LLC, 2338 IMMOKALEE RD, NAPLES, FL 341101445

32449530   + PREMIER FAMILY EYE CARE, 322 MT RUSHMORE RD, SUITE 120, CUSTER, SD 57730-1915

32449531   + PREMIER INPATIENT PARTNERS LLC, PO BOX 18459, BELFAST, ME 04915-4079

32449532     PREMIER MEDICAL, LLC, 250 CHATEAU DRIVE SW, SUITE 115, HUNTSVILLE, AL 358013497

32449533     PREMIER RADIOLOGY PA, PO BOX 630525 R 24, BIRMINGHAM, AL 352830525

32449535   + PRIME HEALTHCARE SERVICES, P O BOX 101794, ATLANTA, GA 30392-1794

32449536     PRINCE GEORGES CO MD DBA PRINCE GEROGES COUNT, PO BOX 759325, BALTIMORE, MD 212759325

32449537   # PRINCESS ANNE VFC, P O BOX 457, DENTON, MD 216290457

32449538   + PROF ANES SERVICES KENTUCKY PLLC, 6225 N STATE HIGHWAY 161, IRVING, TX 75038-2223

32449539   + PROFIT INC ADS, 2417 3RD AVEUE SOUTH, BIRMINGHAM, AL 35233-2514

32449540     PROSCAN NCH IMAGING, PO BOX 631251, CINCINNATI, OH 452631251

32449541   + PROSTHETIC & ORTHOTIC GROUP OF NORTHERN COLOR, 2290 EAST PROSPECT ROAD, SUITE 2, FORT COLLINS, CO 80525-9768

32449542   + PROTEUS MOLECULAR AND CLINICAL LAB, 218 SUMMIT PKWY, STE 250, BIRMINGHAM, AL 35209-4732

32449543   + PRUSINSKI, CHRISTOPHER J, 1310 W EAU GALLIE BLVD UNIT B, MELBOURNE, FL 32935-5300

32449544     PSYCHIATRY SERVICES OF OSCEOLA, PO BOX 743157, ATLANTA, GA 303743157

32449545   + PULMONARY AND CRITICAL ASSOCIATES, P O BOX 11768, RICHMOND, VA 23230-0168

32449546   + PULMONARY AND SLEEP ASSOCIATES, 725 MADISON STREET SE, HUNTSVILLE, AL 35801-4408

32449547   + PULMONARY ASSO OF MOBILE, 6701 AIRPORT BLVD, STE E135, MOBILE, AL 36608-6705

32449548   + PULMONARY ASSOCIATES OF THE SOUTHEAST PC, 40 INVERNESS CENTER PKWY SUITE 200, BIRMINGHAM, AL 35242-4988

32449550   + PULSE MEDICAL TRANSPORTATION, 10715 RED RUN BLVD STE 110, OWINGS MILLS, MD 21117-5143

32449552   + QUALIMED RESPIRATORY AND MOBILITY INC, 704 3RD STREET SW, WINTER HAVEN, FL 33880-3418

32449553     QUANTUM HOSPITAL PATHOLOGY, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509

32449554   + QUEST DIAGNOSTIC, 96451 COLLECTION CENTER, CHICAGO, IL 60693-0001

32449555   + QUEST DIAGNOSTIC - AL INMATES, PO BOX 822546, PHILADELPHIA, PA 19182-2546

32449556   + QUEST DIAGNOSTIC - FL, PO BOX 822557, PHILADELPHIA, PA 19182-2557

32449557   + QUEST DIAGNOSTICS INC, PO BOX 822437, PHILADELPHIA, PA 19182-2437

32449559     RADIOLOGY ASSOCIATES, P O BOX 860211, MINNEAPOLIS, MN 554860211

32449560   + RADIOLOGY ASSOCIATES INC, DEPT 53102 PO BOX 36370, LOUISVILLE, KY 40233-6370

32449561     RADIOLOGY ASSOCIATES OF DOTHAN PA, PO BOX 96536, CHARLOTTE, NC 282960536

32449562   + RADIOLOGY ASSOCIATES OF MOBILE, P O BOX 91119, MOBILE, AL 36691-1119

32449564   + RADIOLOGY GROUP PA, PO BOX 2007, DECATUR, AL 35602-2007

32449563     RADIOLOGY GROUP PA, P. O. BOX 242848, MONTGOMERY, AL 361242848

32449566     RADIOLOGY IMAGING OF NEBRASKA LLC, P O BOX 223851, PITTSBURGH, PA 152512851

32449567     RADIOLOGY IMAGING SPECIALISTS, PO BOX 20027, TAMPA, FL 336220027

32449569     RADIOLOGY PHYSICIAN SOLUTIONS, P O BOX 3374, INDIANAPOLIS, IN 462063374

32449570     RADIOLOGY REGIONAL CENTER PA, 3680 BROADWAY, FORT MYERS, FL 339018005

32449571   #+ RAO HEART & VASCULAR LLC, 200 MEDICAL CARE WAY, DOTHAN, AL 36303-7013

32449573     RAPID CITY REGIONAL HOSPITAL PHYS, P O BOX 860013, MINNEAPOLIS, MN 554860013

32449574     RAPID CITY REGIONAL HOSPITAL PHYSICIANS, P O BOX 860013, MINNEAPOLIS, MN 554860013

32449575     RAYSTOWN AMBULANCE SERVICE INC, 892 NEW CASTLE ROAD, SLIPPERY ROCK, PA 160574228

32449576   + RE3 STEM CELL AND HEALING INSTITUTE, 4012 SAWYER RD, SUITE 102, SARASOTA, FL 34233-1231

32449577   # RED MOUNTAIN DIAGNOSTICS, 140 OXMOOR BLVD, BIRMINGHAM, AL 352095985

32449578   + REGIONAL AIR MEDICAL SERVICES INC, P O BOX 11407 DEPT 8001, BIRMINGHAM, AL 35246-3035

32449579   # REGIONAL IMAGING ENM, LLC, PO BOX 780, LIMA, OH 458020780

32449581      REGIONAL WEST MEDICAL CENTER, P. O. BOX 1437, SCOTTSBLUFF, NE 693631437

32449582  + REGIONAL WEST MEDICAL CTR PHY, 4021 AVENUE B, SCOTTSBLUFF, NE 69361-4602

32449583  + REGIONAL WEST PHYSICIANS CLINIC, P. O. BOX 1248, SCOTTSBLUFF, NE 69363-1248

32449584      REHABILITATION SERVICES OF ALABAMA LLC, PO BOX 749559, ATLANTA, GA 303749559

32449585      RELIAS EMERG MED SPECIALISTS OF HAMILTON, PO BOX 30515, CHARLOTTE, NC 282300515

32449586      RELIAS EMERGENCY MEDICINE SPECIALISTS, PO BOX 31155, CHARLOTTE, NC 282311155

32449587      REMOTE NEUROMONITORING PHYSICIANS, PC, DEPARTMENT 2105, P O BOX 11407, BIRMINGHAM, AL 352462105

32449588      RENAL ASSOCIATES OF MONTGOMERY, 4760 WOODMERE BOULEVARD, MONTGOMERY, AL 361063065

32449589  + RESTORATION ORTHOPEDICS, 1350 TAMIAMI TRAIL N. STE 203, NAPLES, FL 34102-5209

32449590  + RESTORE OCCUPATIONAL & PHYS THERAPY, PO BOX 367, COHOES, NY 12047-0367

32449591      RETINA SPECIALISTS OF ALABAMA LLC, P.O. BOX 830525 DEPT SF 118, BIRMINGHAM, AL 352830525

32449592  + RETINA SPECIALISTS OF NO, PO BOX 830525, BIRMINGHAM, AL 35283-0525

32449593  + RETINA VITREOUS CONSULTANTS, 6333 N FEDERAL HWY STE 300, FORT LAUDERDALE, FL 33308-1909

32449594      RG AMBULANCE SERVICE, INC, DBA CENTURY AMBULA, PO BOX 12260, MIAMI, FL 331012260

32449595  + RHEUMATOLOGY ASSOCIATES OF DELMARVA, 505 DUTCHMANS LANE, SUITE A3, EASTON, MD 21601-4302

32449597  + RICHARD G. DIETHELM, MD, PC, 48 MEDICAL PARK DRIVE EAST, BIRMINGHAM, AL 35235-3467

32449598  + RICHMOND AMBULANCE AUTHORITY, 2400 HERMITAGE RD, RICHMOND, VA 23220-1200

32449599  + RICHMOND HEART AND VASCULAR ASSOC, PO BOX 31925, BELFAST, ME 04915-0190

32449600  + RIO GRANDE UROLOGY PA, 7420 REMCON CIRCLE, EL PASO, TX 79912-3537

32449601      RIVER REGION CARDIOLOGY, 185 MITYLENE PARK LANE, MONTGOMERY, AL 361177302

32449602      RIVER REGION PSYCHIATRY ASSOCIATES, 233 WINTON BLOUNT LOOP, MONTGOMERY, AL 361173507

32449603  + RIVERSIDE FAMILY HEALTH, 1395 N COURTENAY PKWY, SUITE 100, MERRITT ISLAND, FL 32953-4474

32449604  + RIVERSIDE PODIATRY PC, 535 JACK WARNER PKWY STE A1, TUSCALOOSA, AL 35404-5715

32449605  + RIVERTON MEMORIAL HOSPITAL DBA SAGEWEST HEALT, P O BOX 742744, ATLANTA, GA 30374-2744

32449606  + RIVERTON PHYSICIAN PRACTICES, L.L.C., P O BOX 11476, BELFAST, ME 04915-4005

32449607      RIVERVIEW ANESTHESIA CONSULTANTS, 600 S 3RD ST, GADSDEN, AL 359015304

32449609      RMX MONITORING LLC, P O BOX 22205, NEW YORK, NY 100872205

32449610  + ROBINSON, ALEX J, 427 N. COLLEGE ST, WAXAHACHIE, TX 75165-3380

32449611      ROCKLEDGE EMERGENCY GROUP LLC, P O BOX 731587, DALLAS, TX 753731587

32449612  + ROCKLEDGE MRI & PET IMAGING CENTER LLC, 1910 ROCKLEDGE BLVD SUITE 102, ROCKLEDGE, FL 32955-3751

32449613      ROCKLEDGE PHYSICIAN SERVICES, LLC, P O BOX 679491, DALLAS, TX 752679491

32449614      ROCKY MOUNTAIN HOLDINGS LLC, PO BOX 713362, CINCINNATI, OH 452713362

32449615      ROCKY MOUNTAIN HOLDINGS LLC - MD, PO BOX 713362, CINCINNATI, OH 452713362

32449616  + ROCKY MOUNTAIN INFECTIOUS DISEASES, 1450 EAST A STREET, CASPER, WY 82601-2239

32449617  + ROCKY MOUNTAIN ONCOLOGY CENTER, 6501 EAST 2ND ST, CASPER, WY 82609-4293

32449618      ROSEMORE PRIMARY CARE AND REHAB SERVICE, DEPARTMENT SBOO5, PO BOX 830525, BIRMINGHAM, AL 352830525

32449619      ROSESTONE INFECTIOUS DISEASE CARE LLC, 2932 ROSS CLARK CIR PMB 338, DOTHAN, AL 363011160

32449620      RPB, ANESTHESIA, LLC, 8946 INTERLINE AVE SUITE C, BATON ROUGE, LA 708091913

32449622  + RUSSELL HOSPITAL PHYSICIANS, 3316 HWY 280 BYPASS, ALEXANDER CITY, AL 35010-3369

32449623  + RUTGERS HEALTH RWJ NEUROSURGE, 317 GEORGE STREET, NEW BRUNSWICK, NJ 08901-2008

32449624  + RUTGERS HEALTH UNIVERSITY DENTAL ASSOCIATES, 90 BERGEN STREET SUITE 7700, NEWARK, NJ 07103-2425

32449625  + RYAN PHYSICAL THERAPY, 1190 MT AETNA ROAD, HAGERSTOWN, MD 21740-6833

32449626      SACRED HEART HOSPITAL OF PENSACOLA, PO BOX 947911, ATLANTA, GA 303947911

32449627  + SACRED HEART MEDICAL GROUP, P O BOX 18987, BELFAST, ME 04915-4084

32449628  + SAIEDY, SAMER, P O BOX 21163, BELFAST, ME 04915-4108

32449629      SAINT JOSEPH HEALTH SYSTEM INC D/B/A SAINT JO, 1 SAINT JOSEPH DR, LEXINGTON, KY 405043742

32449630  + SAINT JOSEPH HEALTH SYSTEM, INC, D/B/A SAINT, P. O. BOX 644673, PITTSBURGH, PA 15264-4673

32449631      SAINT PAUL PLACE SPEC INC, PO BOX 824173, PHILADELPHIA, PA 191824173

32449632  + SAME DAY SURGERY CENTER, 651 CATHEDRAL DRIVE, RAPID CITY, SD 57701-7368

32449633  + SANTA ROSA HB MEDICAL SERVICES, LLC, PO BOX 36489, BELFAST, ME 04915-1206

32449634      SARASOTA MEMORIAL HOSPITAL, PO BOX 947413, ATLANTA, GA 303947413

32449635  + SCHERFF, III ALBERT D/B/A NORTH ALABAMA PULMO, 902 West Hobbs Street, ATHENS, AL 35611-1412

32449637  + SCOTTSBLUFF VISION CLINIC DBA EASTERN WYOMING, 520 COLLEGE DRIVE, TORRINGTON, WY 82240-1517

32449638  + SELMA RADIOLOGY ASSOCIATES, P.C., PO BOX 830525, DEPT #SF129, BIRMINGHAM, AL 35283-0525

32449639  + SEQUENOM CENTER FOR MOLECULAR MEDICINE LLC, D, P O BOX 2210, BURLINGTON, NC 27216-2210

32449640      SETH D RAYBURN MD PC, 707 W MARKET ST, ATHENS, AL 356112463

32449641  + SETON IMAGING CENTER, 3449 WILKENS AVE, STE 102, BALTIMORE, MD 21229-5216

32449642  + SHADES VALLEY DERMATOLOGY LLC, 813 SHADES CREEK PKWY, STE 205, BIRMINGHAM, AL 35209-4512

32449643      SHANDS JACKSONVILLE MED CNTR, INC DBA UF HEAL, PO BOX 748275, ATLANTA, GA 303748275

32449645  + SI PARADIGM LLC, 690 KINDERKAMACK RD. SUITE 103, ORADELL, NJ 07649-1524

32449646  + SIMPSON CARDIOVASCULAR PC, 701 UNIVERSITY BOULEVARD EAST, TUSCALOOSA, AL 35401-2086

32449647      SINAI CARDIOLOGY ASSOCIATES, PO BOX 64144, BALTIMORE, MD 212644144

32449648      SINAI GASTROENTEROLOGY ASSOC, P O BOX 64144, BALTIMORE, MD 212644144

32449649         SINAI HOSP OF BALTIMORE - RUBIN INSTITUTE FOR, P O BOX 64144, BALTIMORE, MD 212644144
32449650    +    SINAI HOSPITAL BALTIMORE, P O BOX 64371, BALTIMORE, MD 21264-4371
32449651         SINAI HOSPITAL OF BALTIMORE - SINAI SURGERY A, P O BOX 64144, BALTIMORE, MD 212644144
32449652         SINAI HOSPITAL OF BALTIMORE INC PHY, PO BOX 64144, BALTIMORE, MD 212644144
32449653         SINAI HOSPITALIST TEAM, P O BOX 64144, BALTIMORE, MD 212644144
32449654    +    SINAI INFECTIOUS DISEASE ASSOC, 2401 W BELVEDERE AVE, BALTIMORE, MD 21215-5216
32449655         SINAI NEUROLOGY ASSOCIATES, P O BOX 64144, BALTIMORE, MD 212644144
32449656         SINAI OPHTHALMOLOGY ASSOC, P O BOX 64144, BALTIMORE, MD 212644144
32449657         SINAI ORHTOPEDIC ASSOC, P O BOX 64144, BALTIMORE, MD 212644144
32449658    +    SK RETINA LLC, 1700 S TUTTLE AVE, SARASOTA, FL 34239-3110
32449659    +    SKIN PATHOLOGY ASSOCIATES, LLC, P O BOX 830525 DEPT SF17, BIRMINGHAM, AL 35283-0525
32449660         SLEEP & PULMONARY CARE CENTER, P.C, PO BOX 1684, DECATUR, AL 356021684
32449661    +    SLEEP PARTNERS HOLDINGS LLC DBA SLEEP MANAGEM, 7500 DOLLARWAY RD, STE 201, WHITE HALL, AR 71602-3085
32449662         SMH PHYSICIAN SERVICES, P O BOX 863407, ORLANDO, FL 328863407
32449663         SN KENTUCKIANA REHAB, LLC, PO BOX 643407, PITTSBURGH, PA 152643407
32449664    +    SNAP DIAGNOSTICS LLC, 616 ATRIUM DRIVE SUITE 100, VERNON HILLS, IL 60061-1752
32449665         SOUND PHYSICIANS OF ILLINOIS LLC, P O BOX 742955, LOS ANGELES, CA 900742995
32449666    +    SOUND PHYSICIANS OF WYOMING, LLC, PO BOX 742917, LOS ANGELES, CA 90074-2917
32449667    +    SOUTH BALDWIN DIAGNOSTIC IMAGING ASSOCIATES,, P O BOX 160550, ALTAMONTE SPRINGS, FL 32716-0550
32449668         SOUTH FLORIDA SURGICAL SPECIALISTS LLC, PO BOX 161772, POMPANO BEACH, FL 330653271
32449669    +    SOUTH TAMPA MEDICAL GROUP, 206 2ND ST E, BRADENTON, FL 34208-1042
32449670    +    SOUTHEAST CARDIOLOGY CLINIC, 1150 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3022
32449671         SOUTHEAST CLINICAL LABORATORIES, LLC, P O BOX 680040, PRATTVILLE, AL 360680040
32449672    +    SOUTHEAST PHYSICIAN NETWORK (UNIVERSITY SURGI, 1400 AFFLINK PL, STE 1, TUSCALOOSA, AL 35406-2451
32449673         SOUTHEAST REFERENCE SERVICES, PO BOX 748209, ATLANTA, GA 303748209
32449674         SOUTHEAST SHELBY COUNTY EMERGENCY MEDICAL RES, PO BOX 857, COLUMBIANA, AL 350510857
32449676    +    SOUTHEASTERN ONCOLOGY ASSOCIATES, DEPT 1370 PO BOX 2153, BIRMINGHAM, AL 35287-0002
32449677    +    SOUTHEASTERN UROLOGY PC, 4300 W MAIN ST, STE 102, DOTHAN, AL 36305-1306
32449678    +    SOUTHERN ALABAMA SURGERY CENTER- PHYSICIANS, 2800 ROSS CLARK CIR SUITE 3, DOTHAN, AL 36301-9900
32449679    +    SOUTHERN BONE & JOINT SPECIALISTS, PO BOX 20809, BELFAST, ME 04915-4105
32449680         SOUTHERN CANCER CENTER, P.C., PO BOX 780069, PHILADELPHIA, PA 191780069
32449681         SOUTHERN ORTHOPAEDIC ALLIANCE, 1720 SPRINGHILL AVE, MOBILE, AL 366041410
32449682    +    SOUTHERN ORTHOPAEDIC SURGEONS, 454 TAYLOR RD, MONTGOMERY, AL 36117-3563
32449683    +    SOUTHERN ORTHOPEDIC SPECIALISTS PC, 516 BROOKWOOD BLVD, FLOOR 2, BIRMINGHAM, AL 35209-7054
32449684    +    SOUTHERN PERIOPERATIVE SERVICES PC, PO BOX 757, FLORENCE, AL 35631-0757
32449685    +    SOUTHERN SPECIALTY PHYSICIANS LLC, PO BOX 26830, BELFAST, ME 04915-2019
32449686    +    SOUTHERN SURGICAL LLC, 105 PROFESSIONAL LANE, DOTHAN, AL 36303-3875
32449687         SOUTHLAND 806 HOSPITALISTS PLLC, PO BOX 735786, CHICAGO, IL 606735786
32449688         SOUTHLAND HOSPITALISTS AT OZARK, PO BOX 734546, CHICAGO, IL 606734546
32449689         SOUTHLAND MED SOL OF OZARK, PLL, PO BOX 734544, CHICAGO, IL 606734544
32449690         SOUTHLAND MEDICAL SOLUTIONS OF EUFAULA, PL, PO BOX 95728, OKLAHOMA CITY, OK 731435728
32449691    +    SOUTHLAND MEDICAL SOLUTIONS OF OZARK PLLC, PO BOX 5218, NICEVILLE, FL 32578-5218
32449692         SOUTHVIEW MEDICAL GROUP PC, 833 ST VINCENTS DRIVE STE 300, BIRMINGHAM, AL 352051612
32449694    +    SOUTHWEST FLORIDA MEDICINE PLLC, PO BOX 21116, BRADENTON, FL 34204-1116
32449695    +    SOUTHWEST FLORIDA ORAL & FACIAL SURG, PA, 8267 COLLEGE PARKWAY, FORT MYERS, FL 33919-5193
32449696    +    SOUTHWESTERN EYE CENTER, LTD, 4800 NORTH 22ND STREET, PHOENIX, AZ 85016-4963
32449697         SPACE COAST CARDIOLOGY CONSULTANTS, 7139 NORTH US HWY 1, COCOA, FL 329275094
32449698         SPACE COAST OPHTHALMOLOGY LLC, 1832 GARDEN ST, TITUSVILLE, FL 327963200
32449699    +    SPACE COAST ORTHOPEDICS & SPORT MEDICINE, 220 NORTH SYKES CREEK PRKY, STE 200, MERRITT ISLAND, FL
                 32953-3489
32449700         SPECIALIZED ORTHOPAEDIC SERVICES, 307 MAPLE AVE W, STE F, VIENNA, VA 221804307
32449701    +    SPECIALTYCARE SURGICAL ASSIST LLC, 3 MARYLAND FARMS STE 200, BRENTWOOD, TN 37027-5780
32449702    +    SPORTSMED ORTHOPAEDIC SPECIALISTS PC, 4715 WHITESBURG DRIVE, HUNTSVILLE, AL 35802-1649
32449703    ++   SPRINGHILL DIAGNOSTIC RADIOLOGISTS PC, PO BOX 91628, MOBILE AL 36691-1628 address filed with court:, SPRINGHILL
                 DIAGNOSTIC RADIOLOGISTS PC, P O BOX 91628, MOBILE, AL 36691
32449704         SPRINGHILL EMERGENCY PHYSICIANS, DEPARTMENT 1060 P O BOX 2847, MOBILE, AL 366522847
32449705    +    SRI SAI SS LLC, 469 N HARBOR CITY BLVD, MELBOURNE, FL 32935-6857
32449706         SSM HEALTH CARE GROUP, PO BOX 954467, SAINT LOUIS, MO 631954467
32449707         SSM HEALTH SLU HOSPITAL ANESTHESIA PHYSICIAN, P O BOX 505313, SAINT LOUIS, MO 631505313
32449708         SSM HEALTH ST MARYS HOSPITAL, 7344 SOLUTION CENTER, CHICAGO, IL 606777003
32449709         SSM MEDICAL GROUP INC, P O BOX 955534, SAINT LOUIS, MO 631955534
32449710         SSM-SLUH INC D/B/A SSM HEALTH SAINT LOUIS UNI, 7344 SOLUTION CENTER, CHICAGO, IL 606777003
32449711    +    ST ALEXIUS HOSPITAL, PO BOX 116721, ATLANTA, GA 30368-6721

32449712        ST JOSEPH HOSPITAL, PO BOX 644663, PITTSBURGH, PA 152644663
32449713      + ST JOSEPH'S HOSP AND MED CTR DBA ST JOSEPH RE, 703 MAIN STREET, PATERSON, NJ 07503-2621
32449714      + ST LUKES CORNWALL HOSPITAL, 70 DUBOIS STREET, NEWBURGH, NY 12550-4898
32449715        ST PAUL PLACE SPEC, PO BOX 824173, PHILADELPHIA, PA 191824173
32449717        ST PAUL PLACE SPECIALISTS INC, PO BOX 824173, PHILADELPHIA, PA 191824173
32449718      + ST. AGNES HEALTHCARE, INC., PO BOX 418468, BOSTON, MA 02241-8468
32449719        STASKO SURGICAL ASSOCIATES, 924 SETON DR, CUMBERLAND, MD 215021851
32449720      + STEVEN L MACKEY MD DBA ALEXANDER CITY DERM, 1722 PINE ST #400, MONTGOMERY, AL 36106-1159
32449721      + STEWARD MEDICAL GROUP INC, PO BOX 21023, BELFAST, ME 04915-4107
32449722      + STEWARD MELBOURNE HOSPITAL INC, 250 N WICKHAM ROAD, MELBOURNE, FL 32935-8625
32449723      + STEWARD ROCKLEDGE HOSPITAL, INC, P O BOX 419753, BOSTON, MA 02241-9753
32449725        STV PULMONARY GROUP, P O BOX 936316, ATLANTA, GA 311936316
32449726      + SUMMIT AMBULATORY SURGERY, 25 CROSSROADS DR, OWINGS MILLS, MD 21117-5421
32449727        SUMMIT PATHOLOGY PLLP, P O BOX 913258, DENVER, CO 802913258
32449728      + SUN CITY ORTHOPAEDICS & HAND SURGERY, 820 REDD RD, BLDG B, EL PASO, TX 79912-7276
32449729      + SUNCOAST ORAL SURGERY SPECIALISTS, 7005 S TAMIAMI TRAIL, SARASOTA, FL 34231-5501
32449730      + SUNIL GUPTA MD PA, PO BOX 27932, BELFAST, ME 04915-2031
32449731      + SUNRISE FACIAL & ORAL SURGERY, 1325 SOUTH PINE STREET, STE 102, MELBOURNE, FL 32901-3189
32449732      + SUNSHINE STATE ANESTHESIA, P O BOX 745858, ATLANTA, GA 30374-5858
32449733      + SURGCENTER OF GLEN BURNIE, 308 HOSPITAL DR, GLEN BURNIE, MD 21061-5578
32449734      + SURGCENTER OF NORTHERN BALTIMORE, 215 SCHILLING CIRCLE STE 110-112, HUNT VALLEY, MD 21031-1108
32449735        SURGERY CENTER OF N COLORADO PRECISION, 1725 E PROSPECT RD, FORT COLLINS, CO 805251307
32449736      + SURGICAL ASSOCIATES OF NORTH ALABAMA, PC, 1405 7TH STREET SE, DECATUR, AL 35601-3341
32449737      + SURGICAL ASSOCIATION OF MOBILE,P.A, 3 MOBILE INFIRMARY CIRCLE SUITE 212, MOBILE, AL 36607-3514
32449738      + SURGIMON LLC, PO BOX 5542, PITTSBURGH, PA 15206-0542
32449739      + SURGONE, PC, 4600 E HALE PKWY, SUITE 430, DENVER, CO 80220-4000
32449740      + SURVIVAL FLIGHT INC, P. O. BOX 271375, OKLAHOMA CITY, OK 73137-1375
32449741      + SY, LUNA U MD PC, P O BOX 190, OZARK, AL 36361-0190
32449742        SYCAMORE LAKELAND LLC, 180 VIA VERDE STE 100, SAN DIMAS, CA 917733993
32449743      + SYKESVILLE FREEDOM DISTRICT FIRE, 7301 BUTTER CUP RD, SYKESVILLE, MD #N/A 21784-7465
32449744        SYLACAUGA AMBULANCE SERVICE INC, P O BOX 1007, SYLACAUGA, AL 351501007
32449745      + SYLACAUGA HEALTHCARE AUTH DBA COOSA VALLEY ME, 33733 US HIGHWAY 280, CHILDERSBURG, AL 35044-3017
32449746      + SYNERGY LABORATORIES, 5570 RANGELINE RD, MOBILE, AL 36619-9540
32449747        SYNERGY ORTHOPEDICS LLC, 920 GERMANTOWN PIKE, SUITE 210 J, PLYMOUTH MEETING, PA 194627401
32449748      + TAKESHIAN, AZITA, 100 PILOT MEDICAL DR STE 275, BIRMINGHAM, AL 35235-3475
32449749      + TALEBI, IBRAHIM DBA NASSERI CLINIC, 700 GEIPE ROAD, STE 200, CATONSVILLE, MD 21228-4176
32449750        TAMPA BAY SURGICAL GROUP LLP, P O BOX 22289, SAINT PETERSBURG, FL 337422289
32449751        TAMPA GENERAL HOSPITAL, PO BOX 100936, ATLANTA, GA 303840936
32449752        TAMPA GENERAL HOSPITAL - AMBULANCE, P O BOX 100936, ATLANTA, GA 303840936
32449753      + TAUK, NABIL DBA ST LOUIS COUNTY NEPHROLOGY, 10004 KENNERLY, SUITE 103A, SAINT LOUIS, MO 63128-2173
32449754      + TECH CARE X-RAY (INVOICE ONLY), 2909 OLD BAINBRIDGE ROAD, TALLAHASSEE, FL 32303-2811
32449755      + TECH CARE X-RAY, LLC, 2909 OLD BAINBRIDGE ROAD, TALLAHASSEE, FL 32303-2811
32449756        TENET HOSP LIMITED DBA THE HOSP OF PROVIDENCE, 1625 MEDICAL CENTER ST, EL PASO, TX 799025005
32449757        TETON PATHOLOGY PC, P O BOX 4940, JACKSON, WY 830014940
32449758        TEXAS TECH UNIVERSITY HEALTH SCIENCES CE, PO BOX 732455, DALLAS, TX 753732455
32449759      + TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, PO BOX 9520, EL PASO, TX 79995-9520
32449760      + THE BRAIN & SPINE CENTER, PO BOX 382375, BIRMINGHAM, AL 35238-2375
32449761      + THE CENTER FOR COLON AND DIGESTIVE DISEASE PC, PO BOX 2324, BIRMINGHAM, AL 35201-2324
32449762        THE CENTERS FOR ADVANCED ORTHOPAEDICS, P O BOX 79831, BALTIMORE, MD 212790831
32449763        THE EMORY CLINIC INC, PO BOX 102398 68 ANNEX, ATLANTA, GA 303682398
32449764      + THE EYE CENTER SURGEONS AND ASSOCIATES LLC, 401 MERIDIAN STREET SUITE 200, HUNTSVILLE, AL 35801-4719
32449765      + THE EYE DEPOT PA, 426 MANATEE AVE W, BRADENTON, FL 34205-8845
32449766      + THE EYE INSTITUTE, 1995 W NASA BLVD, MELBOURNE, FL 32904-2346
32449767        THE GEORGE WASH UNIV MFA, PO BOX 392220, PITTSBURGH, PA 152519200
32449768      + THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, PO BOX 37970, BELFAST, ME 04915-1221
32449770      + THE HEART CENTER CARDIOLOGY, PC, PO BOX 2145, OPELIKA, AL 36803-2145
32449772      + THE IMAGING CENTER DAKOTA PET CT, 2929 FIFTH STREET, STE 100, RAPID CITY, SD 57701-7355
32449774        THE ORTHOPAEDIC CENTER, PO BOX 11407, DEPT 8125, BIRMINGHAM, AL 352468125
32449777        THE RADIOLOGY CLINIC, LLC, PO BOX 4629, HOUSTON, TX 772104629
32449778        THE REHAB OFFICE INC, 2908 TANTALLON DR SE, OWENS CROSS ROADS, AL 357635306
32449779      + THE VASCULAR INSTITUE OF BIRMINGHAM, 1112 GENE REED RD, BIRMINGHAM, AL 35235-2405
32449780      + THEODOTOU, BASIL C, 32 SUNTREE PL, MELBOURNE, FL 32940-7689
32449781      + THOMAS D BIANCHI MD PA, PO BOX 23349, BELFAST, ME 04915-4484

District/off: 113A-2           User: admin           Page 21 of 30

Date Rcvd: May 12, 2026           Form ID: 309F1           Total Noticed: 1541

32449782      THOMAS M DAVIS JR MD, 700 HELEN KELLER BLVD, TUSCALOOSA, AL 354042960

32449783      THOMAS, RADCLIFFE M, 4000 WEST NORTHERN PKWY, BALTIMORE, MD 212154473

32449784    +   THREE CROSSES REGIONAL HOSP PHYS, 2560 SAMARITAN DR, LAS CRUCES, NM 88001-1170

32449785    +   THREE CROSSES REGIONAL HOSPITAL, 2560 SAMARITAN DRIVE, LAS CRUCES, NM 88001-1170

32449786    +   THUNDER BASIN ORTHOPAEDICS & SPORT MED., P. O. BOX 688, DOUGLAS, WY 82633-0688

32449787      TIDALHEALTH PENINSULA REGIONAL, P O BOX 826880, PHILADELPHIA, PA 191826880

32449788      TIDALHEALTH PENINSULA REGIONAL - (INVOICE), P O BOX 826880, PHILADELPHIA, PA 191826880

32449789      TIDALHEALTH SPECIALTY CARE, PO BOX 825461, PHILADELPHIA, PA 191825461

32449791    +   TIMBERLINE HEARING, 218 NORTH BROADWAY, RIVERTON, WY 82501-3543

32449792      TIMOTHY D BASSETT DBA SOUTHEASTERN SPINE SPEC, 1781 COMMONS NORTH LOOP, TUSCALOOSA, AL 354063577

32449793    +   TITUSVILLE CENTER FOR SURGICAL EXCELLENC, 814 SOUTH WASHINGTON AVE, TITUSVILLE, FL 32780-4262

32449794      TOTAL GASTROENTEROLOGY PA, 7441 US HWY 27 N, SEBRING, FL 33870

32449795      TOTAL SKIN & BEAUTY DERMATOLOGY CTR, 1927 1ST AVE NORTH STE 200, BIRMINGHAM, AL 352034050

32449796    +   TOWN OF CLAYTON RESCUE SQUAD, PO BOX 601, CLAYTON, AL 36016-0601

32449797      TRANQUI SURGICAL PC, 707 W MARKET ST STE C, ATHENS, AL 356112463

32449798    +   TRANSITIONAL CARE LLC, 1725 SPRINGHILL AVE, MOBILE, AL 36604-1402

32449799    +   TRAUMA SURGERY ASSOCIATES, 6507 DEER POINTE DRIVE, SALISBURY, MD 21804-1667

32449800    +   TRAVIS PAUL MD PC, PO BOX 1405, BAY MINETTE, AL 36507-1405

32449801      TRI CITY HOSPITAL, P O BOX 402470, ATLANTA, GA 303842470

32449802      TRIDENT, SYMPHONY DIAGNOSTIC SERVICES NO.1, PO BOX 825778, PHILADELPHIA, PA 191825778

32449803      TRIDENT, SYMPHONY DIAGNOSTIC SERVICES NO.1 I, PO BOX 825778, PHILADELPHIA, PA 191825778

32449804      TRINITY EMERGENCY PHYSICIAN, P O BOX 277981, ATLANTA, GA 303847981

32449805    +   TRINITY MEDICAL CENTER PHYSICIANS, PO BOX 830605, BIRMINGHAM, AL 35283-0605

32449806   ++   TRISTATE SURGEONS LLC, 1110 PROFESSIONAL COURT, SUITE 101, HAGERSTOWN MD 21740-5937 address filed with court:, TRISTATE SURGEONS LLC, 11110 MEDICAL CAMPUS RD SUITE 127, HAGERSTOWN, MD 217426799

32449807    +   TROY REGIONAL MEDICAL CENTER PHYS, 1330 HIGHWAY 231 S, TROY, AL 36081-3067

32449808      TRUEPARTNERS LAKEWOOD INPATIENT SPECIALIST, P O BOX 208208, DALLAS, TX 753200001

32449809      TRUEPARTNERS MANATEE EMER SPEC, PO BOX 208207, DALLAS, TX 753200001

32449810      TUSCALOOSA ANESTHESIA ASSOCIATES LLC TAA, DEPT. 40, PO BOX 4010, HOUSTON, TX 772104010

32449811      TUSCALOOSA EAR NOSE AND THROAT, 1300 MCFARLAND BLVD NE SUITE 150, TUSCALOOSA, AL 354062283

32449812      TUSCALOOSA LUNG & SLEEP CONSULTANTS, 701 UNIVERSITY BLVD EAST STE 711, TUSCALOOSA, AL 354017433

32449813    +   TUSCALOOSA NEPHROLOGY, 1850 MCFARLAND BLVD N, TUSCALOOSA, AL 35406-2138

32449814    +   TUSCALOOSA SAFE CENTER, 1601 UNIVERSITY BLVD EAST, STE 150, TUSCALOOSA, AL 35404-2920

32449816      TUSCALOOSA SURGICAL ASSOCIATES PC, 1837 COMMONS NORTH DR, TUSCALOOSA, AL 354063700

32449817      TVPG LLC DBA TRIA VISION, 2010 PATTON CHAPEL RD SUITE 101, HOOVER, AL 352165783

32449818      U S ANESTHESIA PARTNERS OF FLORIDA INC, DBA J, P O BOX 840821, DALLAS, TX 752840821

32449819      UAB HOOVER ORAL MAXILLOFACIAL SURGERY, PO BOX 55310, BIRMINGHAM, AL 352555310

32449820      UAB OBGYN RESEARCH AND DIAGNOSTIC LAB, 701 20TH ST S - AB 921, BIRMINGHAM, AL 352940109

32449821      UABHS DBA ADVANCED WOUND CARE AT BAPTIST MED, PO BOX 241145, MONTGOMERY, AL 361241145

32449822      UAHSF DEPT OF PEDIATRICS, 703 VOLKER HALL, BIRMINGHAM, AL 352940001

32449823      UAHSF ORTHOTIC, 1201 11TH AVENUE SOUTH, BIRMINGHAM, AL 352053410

32449824      UAHSF PEDIATRIC CARDIOLOGY, PO BOX 55823, BIRMINGHAM, AL 352555823

32449825    +   UH PROF-BILL ER/OBS, 150 BERGEN STREET, NEWARK, NJ 07103-2496

32449826      UK COLLEGE OF DENTISTRY, PO BOX 951326, CLEVELAND, OH 441930004

32449827    +   UK HEALTHCARE HOSPITALS, LOCKBOX 951326, CLEVELAND, OH 44193-0011

32449828      UK ORAL HEALTHCARE, PO BOX 951326, CLEVELAND, OH 441930011

32449829      ULF INTERNAL MEDICINE, P O BOX 777752 7752 SOLUTIONS, CHICAGO, IL 606777007

32449830      ULP ANESTHESIOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449831      ULP CARDIOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449832      ULP COLORECTAL SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449833      ULP EMERGENCY MEDICINE, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449834      ULP ENDOCRINOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449835      ULP ENT, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449836    +   ULP EYE SPECIALISTS, 125 W SOUTH ST STE 1785, INDIANAPOLIS, IN 46206-4664

32449837      ULP GASTROENTEROLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449838      ULP GENERAL SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449839      ULP GYNECOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449840    +   ULP INFECTIOUS DISEASE, 310 W. LIBERTY, STE 600, LOUISVILLE, KY 40202-3017

32449841      ULP MATERNAL FETAL MEDICINE, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449842      ULP NEPHROLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449843      ULP NEUROLOGY ADULT, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449844      ULP NEUROSURGICAL GROUP, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449845      ULP NP GROUP, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449846          ULP ONCOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449847          ULP ORTHOPEDICS, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449848          ULP PATHOLOGY, 7771 SOLUTION CENTER, CHICAGO, IL 606777007
32449849     +    ULP PLASTIC SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 60677-0001
32449850          ULP PSYCHIATRY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449851          ULP PULMONARY, P O BOX 950286, LOUISVILLE, KY 402950286
32449852          ULP RADIOLOGICAL ASSOCIATES, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449853          ULP SPEECH AND AUDIOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449854          ULP TRAUMA SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449855          ULP UROLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449856          ULP VASCULAR SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449857          UMIAME MEDICINE-OPTOMETRY, PO BOX 281046, ATLANTA, GA 303841046
32449858          UMIAMI MEDICINE - OPHTHALMOLOGY, PO BOX 281046, ATLANTA, GA 303841046
32449859          UMIAMI MEDICINE-OB/GYN, PO BOX 281046, ATLANTA, GA 303841046
32449860          UMMS - BALTIMORE WASHINGTON MEDICAL CTR, PO BOX 64021, BALTIMORE, MD 212644021
32449861     +    UMMS - DIMENSIONS HEALTH CORPORATION, UNIV OF, PO BOX 418305, BOSTON, MA 02241-8305
32449862          UMMS - JAMES LAWRENCE KERNAN HOSPITAL, INC., PO BOX 64505, BALTIMORE, MD 212644505
32449863     +    UMMS - MARYLAND GENERAL HOSPITAL, 827 LINDEN AVENUE, BALTIMORE, MD 21201-4606
32449864          UMMS - SHORE HEALTH SYSTEM INC, P O BOX 277715, ATLANTA, GA 303847715
32449865     +    UMMS - UNIVERSITY OF MARYLAND MEDICAL CENTER,, PO BOX 64468, BALTIMORE, MD 21264-4468
32449866          UNITED SEATING AND MOBILITY LLC, P O BOX 88225, MILWAUKEE, WI 532888225
32449867     +    UNIV OB/GYN PROG AT SHH, PO BOX 18987, BELFAST, ME 04915-4084
32449868     +    UNIV OF LOUISVILLE SCHOOL OF DENISTRY, 501 SOUTH PRESTON STREET, LOUISVILLE, KY 40202-1701
32449869          UNIV OF MD ANESTHES ASSOC PA, P O BOX 64374, BALTIMORE, MD 212644374
32449870     +    UNIV OF PITTSBURG PHYSICIANS, 300 HALKET STREET,, PITTSBURGH, PA 15213-3108
32449871     +    UNIVERSITY HOSPITAL - UMDNJ, P. O. BOX 3009, NEWARK, NJ 07103-0009
32449872     +    UNIVERSITY HOSPITAL PHYSICIANS, 150 BERGEN STREET, NEWARK, NJ 07103-2406
32449873     +    UNIVERSITY MED SVC ASSOC, INC., PO BOX 917770, ORLANDO, FL 32891-7770
32449874          UNIVERSITY MEDICAL CENTER OF EL PASO, PO BOX 202479, DALLAS, TX 753202479
32449875     +    UNIVERSITY MEDICAL CENTER PHYS, 850 PETER BYCE BLVD, TUSCALOOSA, AL 35401-7457
32449876     +    UNIVERSITY OF ALABAMA AT BIRMINGHAM, PO BOX 538580, ATLANTA, GA 30353-8580
32449878     +    UNIVERSITY OF ALABAMA OPHTHAMOLOGY SERVICES F, 700 18TH ST #601, BIRMINGHAM, AL 35233-3800
32449879     +    UNIVERSITY OF COLORADO HOSP AUTH DBA UNIVERSI, PO BOX 731605, DALLAS, TX 75373-1605
32449880          UNIVERSITY OF FLORIDA JACKSONVILLE PHYSICIANS, P O BOX 746872, ATLANTA, GA 303746872
32449881     +    UNIVERSITY OF KENTUCKY PHYSICIANS, PO BOX 3107, LEXINGTON, KY 40588-3107
32449882     +    UNIVERSITY OF LOUISVILLE RESEARCH FOUNDATION,, PO BOX 713443, CHICAGO, IL 60677-4343
32449883     +    UNIVERSITY OF MARYLAND BALTIMORE WASHINGTON H, P O BOX 412262, BOSTON, MA 02241-2262
32449886          UNIVERSITY OF MARYLAND ORAL MAXILLOFACIAL SUR, 650 W. BALTIMORE ST SUITE 1401, BALTIMORE, MD
                  212011510
32449887          UNIVERSITY OF MARYLAND SCHOOL OF DENISTRY, P O BOX 17057, BALTIMORE, MD 212971057
32449888     +    UNIVERSITY OF MIAMI HOSPITAL AND CLINICS, 1475 NW 12TH AVE, MIAMI, FL 33136-1084
32449890          UNIVERSITY ORTHOPAEDIC CLINIC P C, PO BOX 4521, HOUSTON, TX 772104521
32449891     +    UNIVERSITY PHYSICIAN ASSOCIATES, 30 BERGEN STREET, NEWARK, NJ 07107-3000
32449893     +    UNIVERSITY PHYSICIAN ASSOCIATES OF NEW JERSEY, PO BOX 18181, NEWARK, NJ 07191-8181
32449894     +    UNIVERSITY PHYSICIANS INC, P O BOX 1061, DENVER, CO 80256-0001
32449895     +    UNIVERSITY SURGICAL ASSOCIATES PC, 701 UNIVERSITY BLVD E SUITE 606, TUSCALOOSA, AL 35401-7411
32449896          UNIVIVERSITY ORAL AND FACIAL SURGERY, P.C., 651 HELEN KELLER BLVD, TUSCALOOSA, AL 354042983
32449930          UNM MEDICAL GROUP, INC., P O BOX 912137, DENVER, CO 802912137
32449932     +    UPA AB LLC, 30 BERGEN STREET, NEWARK, NJ 07107-3000
32449933     +    UPMC - WMHS SPECIALTY SERVICES, P O BOX 223694, PITTSBURGH, PA 15251-2694
32449934          UPMC ALTOONA PHYS, P O BOX 382007, PITTSBURGH, PA 152516100
32449935     +    UPMC WM INPATIENT, PO BOX 223694, PITTSBURGH, PA 15251-2694
32449936     +    UPPER CHESAPEAKE EMERGENCY, P O BOX 412312, BOSTON, MA 02241-2312
32449937          UROLOGIC SPECIALISTS OF CENTRAL FLORIDA, PLLC, 575 S. WICKHAM RD, STE A, MELBOURNE, FL 329041170
32449938     +    UROLOGY ASSOC OF MOBILE, 168 MOBILE INFIRMARY BLVD, MOBILE, AL 36607-3510
32449940     +    UROLOGY CLINIC OF SOUTH ALABAMA LLC, 215 MEDICAL PARK DRIVE, SUITE 2, ANDALUSIA, AL 36420-5355
32449942     ++   UROLOGY SPECIALISTS PC, 4704 WHITESBURG DR SW SUITE 100, HUNTSVILLE AL 35802-4302 address filed with court:,
                  UROLOGY SPECIALISTS PC, 4704 WHITESBURG DR STE 100, HUNTSVILLE, AL 35802
32449943          US ANESTHESIA PARTNER OF COLORADO INC, P O BOX 840862, DALLAS, TX 752840862
32449944          USA CHILDREN AND WOMEN PHYSICIAN, P O BOX 40480, MOBILE, AL 366440480
32449945          USA HEALTH ANESTHESIA BILLING, P O BOX 40787, MOBILE, AL 366400787
32449946     +    USA HEALTH COMMUNITY PROVIDERS LLC, PO BOX 36258, BELFAST, ME 04915-1204
32449948          USA HEALTH PHYSICIAN BILLING, PO BOX 746450, ATLANTA, GA 303746450

32449950    + USA HEALTH PHYSICIAN BILLING, 1601 CENTER STREET, STE 3N, MOBILE, AL 36604-1541

32449949    + USA HEALTH PHYSICIAN BILLING, 2451 UNIVERSITY HOSPITAL DR, MASTIN 102, MOBILE, AL 36617-2300

32449951    + USA MEDICAL CENTER PHYSICIAN GROUP, 2451 UNIVERSITY HOSPITAL DR, MOBILE, AL 36617-2300

32449952    + USACS INTERGRATED ACUTE SERVICES OF MARYLAND,, P O BOX 23440, BELFAST, ME 04915-4485

32449953      UT OMS SPECIALTY DENTAL SERVICES, PLLC D/B/A,, PO BOX 950521, SAINT LOUIS, MO 631950521

32449897      Unknown Creditor 1, PO BOX 825766, PHILADELPHIA, PA 191825766

32449898    + Unknown Creditor 10, PO BOX 14152, BELFAST, ME 04915-4032

32449899      Unknown Creditor 11, PO BOX 824173, PHILADELPHIA, PA 191824173

32449900      Unknown Creditor 12, PO BOX 2270, BURLINGTON, NC 272162270

32449901      Unknown Creditor 13, PO BOX 62643, BALTIMORE, MD 212642643

32449902      Unknown Creditor 14, PO BOX 650846, DALLAS, TX 752650846

32449903    + Unknown Creditor 15, PO BOX 14152, BELFAST, ME 04915-4032

32449904      Unknown Creditor 16, PO BOX 951326, CLEVELAND, OH 441930011

32449905    + Unknown Creditor 17, 1930 BISHOP LN, LOUISVILLE, KY 40218-1921

32449906      Unknown Creditor 18, PO BOX 64313, BALTIMORE, MD 212644313

32449907    + Unknown Creditor 19, PO BOX 14152, BELFAST, ME 04915-4032

32449908    + Unknown Creditor 2, PO BOX 589, BRADENTON, FL 34206-0589

32449909      Unknown Creditor 20, PO BOX 824173, PHILADELPHIA, PA 191824173

32449910      Unknown Creditor 21, PO BOX 2270, BURLINGTON, NC 272162270

32449911    + Unknown Creditor 22, P. O. BOX 18181, NEWARK, NJ 07191-8181

32449912      Unknown Creditor 23, PO BOX 2270, BURLINGTON, NC 272162270

32449913      Unknown Creditor 24, PO BOX 776351, CHICAGO, IL 606776351

32449914    + Unknown Creditor 25, 25 CROSSROADS DRIVE, OWINGS MILLS, MD 21117-5421

32449915      Unknown Creditor 25, 2000 CAMPBELL DR, TORRINGTON, WY 822401528

32449917    + Unknown Creditor 26, PO BOX 37970, BELFAST, ME 04915-1221

32449916    + Unknown Creditor 26, PO BOX 776351, CHICAGO, IL 60677-6351

32449918      Unknown Creditor 27, PO BOX 776351, CHICAGO, IL 606776351

32449919    + Unknown Creditor 28, PO BOX 14152, BELFAST, ME 04915-4032

32449920      Unknown Creditor 29, PO BOX 64588, BALTIMORE, MD 212644588

32449921    + Unknown Creditor 3, PO BOX 676171, DALLAS, TX 75267-6171

32449922      Unknown Creditor 30, PO BOX 64250, BALTIMORE, MD 212644250

32449923      Unknown Creditor 31, PO BOX 79831, BALTIMORE, MD 212790831

32449924      Unknown Creditor 4, PO BOX 676171, DALLAS, TX 752676171

32449925    + Unknown Creditor 5, 101 RIVERFRONT BLVD STE 710, BRADENTON, FL 34205-8823

32449926    + Unknown Creditor 6, PO BOX 14152, BELFAST, ME 04915-4032

32449927    + Unknown Creditor 7, PO BOX 14152, BELFAST, ME 04915-4032

32449928      Unknown Creditor 8, PO BOX 708, WEST PLAINS, MO 657750708

32449929    + Unknown Creditor 9, PO BOX 14152, BELFAST, ME 04915-4032

32449954    + VALLEY PATHOLOGY, PO BOX 2687, DECATUR, AL 35602-2687

32449955      VALLEY PULMONARY & CRITICAL CARE PC, 1101 SOMERVILLE ROAD SE, DECATUR, AL 356013242

32449956    + VALLEY REGIONAL ENTERPRISES, INC, DBA VALLEY, PO BOX 1910, WINCHESTER, VA 22604-8060

32449958    + VASCULAR ASSOCIATES OF SOUTH ALABAMA, 1551 OLD SHELL ROAD, MOBILE, AL 36604-1354

32449959    + VASCULAR CENTER OF NAPLES, 1875 VETERANS PARK DR STE 2203, NAPLES, FL 34109-0596

32449960      VASCULAR SPECIALTY SERVICES INC, P O BOX 824173, PHILADELPHIA, PA 191824173

32449961      VASCULAR SURGERY ASSOCIATES, 7900 SHRADER RD, RICHMOND, VA 232944215

32449963    + VAUGHAN PHYSICIAN PRACTICES LLC, PO BOX 24713, BELFAST, ME 04915-4498

32449962    + VAUGHAN PHYSICIAN PRACTICES LLC, 200 VAUGHAN MEMORIAL DR, SELMA, AL 36701-6508

32449964      VCU HEALTH SYSTEM DBA MED COLLEGE OF VA, PO BOX 718997, PHILADELPHIA, PA 191718997

32449965      VCU ORAL FACIAL SURGERY AND SERVICES LLC, 520 N 12TH STREET, RICHMOND, VA 232985064

32449966      VERA, ALBERTO F, 15275 COLLIER BLVD, NAPLES, FL 341196750

32449967      VERACYTE LABS SD, 6925 LUSK BLVD, SAN DIEGO, CA 921212789

32449968      VERACYTE, INC, P O BOX 885173, LOS ANGELES, CA 900885173

32449969      VESPER MEDICAL TRANSPORT, PO BOX 38746, BALTIMORE, MD 212318746

32449970    + VIERA HOSPITAL, 3300 FISKE BLVD, ROCKLEDGE, FL 32955-4306

32449971    + VINCENTIAN PHYSICIAN SERVICES LLC, P O BOX 18947, BELFAST, ME 04915-4084

32449973    + VIRGINIA ORAL & FACIAL SURGERY, 11545 A NUCKOLS ROAD, GLEN ALLEN, VA 23059-5666

32449975      VIVID PATHOLOGY PA, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509

32449976      VOLUNTEER FIRE COMPANY OF HALFWAY, P O BOX 726, NEW CUMBERLAND, PA 170700726

32449977    + VOYAGER PHYSICAL THERAPY INC, 4436 VICKSBURG DR, BIRMINGHAM, AL 35210-3038

32449979      W FLORIDA CARDIOLOGY NETWORK, P O BOX 741436, ATLANTA, GA 303741436

32449980    + W DAVID HEWITT, PO BOX 242848, MONTGOMERY, AL 36124-2848

32449981    + WAGUIH EL MASRY MD, 250 2ND ST E, STE 3B, BRADENTON, FL 34208-1027

32449982    + WASHINGTON HOSPITAL CENTER, PO BOX 418203, BOSTON, MA 02241-8203

District/off: 113A-2                                  User: admin                                  Page 24 of 30

Date Rcvd: May 12, 2026                              Form ID: 309F1                               Total Noticed: 1541

| 32449983 | + | WASHINGTON HOSPITAL CENTER PHYSICIAN, P O BOX 417480, BOSTON, MA 02241-7480 |
| 32449984 | + | WASHINGTON UNIVERSITY, DEPT OF PATHOLOGY, PO BOX 60352, SAINT LOUIS, MO 63160-0352 |
| 32449985 | + | WASHINGTON UNIVERSITY, DEPT OF RADIOLOGY, PO BOX 60352, SAINT LOUIS, MO 63160-0352 |
| 32449986 | + | WAWAYANDA EMERGENCY MEDICAL SERVICES TOWN OF, 80 RIDGEBURY HILL ROAD, SLATE HILL, NY 10973-4231 |
| 32449987 | + | WEBER, FRANK, DDS L, 12 EAST CROSS TRAIL, DANBURY, CT 06810-1521 |
| 32449989 | + | WEISS, CARL B, PO BOX 1355, CHESTERFIELD, VA 23832-9103 |
| 32449990 | | WEST AL PHYSICIAN ASSOCIATES LLC, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770 |
| 32449991 | + | WEST AL SURGICAL ASSOCIATES, 3901 GREENSBORO AVE, SUITE A, TUSCALOOSA, AL 35405-3771 |
| 32449992 | | WEST AL VASCULAR SURGERY, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770 |
| 32449993 | | WEST ALABAMA ANESTHESIA, PO BOX 934828, ATLANTA, GA 311934828 |
| 32449994 | + | WEST ALABAMA INFECTIOUS DISEASE, 3901 GREENSBORO AVE, TUSCALOOSA, AL 35405-3770 |
| 32449995 | + | WEST ALABAMA PALLIATIVE CARE SERVICES, LLC, 3901 GREENSBORO AVE, STE A, TUSCALOOSA, AL 35405-3771 |
| 32449996 | | WEST ALABAMA PHYS ASSOC, LLC DBA WEST ALABAMA, 701 UNIV BLVD EAST SUTIE 908, TUSCALOOSA, AL 354012086 |
| 32449997 | | WEST ALABAMA PHYSICIAN ASSOCIATES LLC, D/B/A, 3901 GREENSBORO AVE STE A, TUSCALOOSA, AL 354053771 |
| 32449998 | + | WEST FL PHYSICIANS NETWORK, 2020 59TH ST WEST, BRADENTON, FL 34209-4604 |
| 32449999 | | WEST FLORIDA RADIOLOGY ASSOCIATES, PO BOX 162553, ALTAMONTE SPRINGS, FL 327162553 |
| 32450000 | + | WEST FLORIDA TRAUMA NETWORK, LLC, PO BOX 741661, ATLANTA, GA 30374-1661 |
| 32450001 | + | WEST JEFFERSON RADIOLOGY LLC, PO BOX 11407, DEPT 8093, BIRMINGHAM, AL 35246-3035 |
| 32450002 | | WEST RIVER ANESTHESIOLOGY CONSULTANT, P. O. BOX 2760, RAPID CITY, SD 577092760 |
| 32450003 | + | WESTCHESTER HEALTHCARE CORP PHYS, 100 WOODS ROAD, VALHALLA, NY 10595-1530 |
| 32450004 | + | WESTCHESTER MEDICAL CENTER, 100 WOODS ROAD, VALHALLA, NY 10595-1530 |
| 32450005 | + | WESTERN HEALTHCARE SERVICES, 3933 S. BROADWAY, SAINT LOUIS, MO 63118-4601 |
| 32450006 | + | WESTERN MARYLAND OUTPATIENT DIAGNOSTIC CENTER, P O BOX 223694, PITTSBURGH, PA 15251-2694 |
| 32450007 | + | WESTERN MARYLAND REGIONAL MEDICAL CENTER (INV, P O BOX 223694, PITTSBURGH, PA 15251-2694 |
| 32450008 | + | WESTERN PATHOLOGY CONSULTANTS, PC, PO BOX 1886, SCOTTSBLUFF, NE 69363-1886 |
| 32450009 | + | WESTERN PLAINS FOOT CENTER, 7076 ROAD 55F, TORRINGTON, WY 82240-7771 |
| 32450010 | | WESTON COUNTY HEALTH SERVICES, 1124 WASHINGTON BLVD, NEWCASTLE, WY 827012972 |
| 32450011 | + | WESTON COUNTY HEALTH SERVICES PHYS, 1124 WASHINGTON BLVD, NEWCASTLE, WY 82701-2972 |
| 32450012 | + | WETUMPKA HOSPITALISTS PC, 2257 TAYLOR ROAD SUITE 2, MONTGOMERY, AL 36117-7790 |
| 32450013 | | WH SERVICES ATMORE LLLC, PO BOX 224892, DALLAS, TX 752224892 |
| 32450015 | + | WILLIAMSPORT VF EMS CO INC, 892 NEW CASTLE RD, DENTON, MD 21629 |
| 32450016 | + | WILSON ANESTHESIA SERVICES, LLC, 4100 INTERNATIONAL PLZ, STE 800, FORT WORTH, TX 76109-4839 |
| 32450017 | + | WIREGRASS CLINIC LLC, PO BOX 5266, BELFAST, ME 04915-5200 |
| 32450018 | | WIREGRASS NEUROLOGY, 1369 W MAIN ST, STE 2, DOTHAN, AL 363011309 |
| 32450019 | + | WIREGRASS RADIATION ONCOLOGY, PO BOX 11407 DEPT 2131, BIRMINGHAM, AL 35246-3035 |
| 32450020 | + | WIREGRASS SURGICAL ASSOCIATES, 1118 ROSS CLARK CIRCLE STE 310, DOTHAN, AL 36301-3002 |
| 32450021 | | WIREGRASS UROLOGY PC, 4300 W MAIN ST SUITE 102, DOTHAN, AL 363051306 |
| 32450022 | | WOMENS DIAGNOSTIC CENTER, P O BOX 742377, ATLANTA, GA 303742377 |
| 32450023 | | WOODLANDS MEDICAL SPECIALISTS, 4724 NORTH DAVIS HIGHWAY, PENSACOLA, FL 325032339 |
| 32450024 | + | WYOMING ANESTHESIA LLC, P O BOX 3810, SALT LAKE CITY, UT 84110-3810 |
| 32450025 | | WYOMING CARDIOPULMONARY SERVICES, P. O. BOX 51230, CASPER, WY 826051230 |
| 32450026 | + | WYOMING CENTER FOR SIGHT, 1421 WILKINS CIRCLE, CASPER, WY 82601-1337 |
| 32450027 | + | WYOMING MEDICAL CENTER, 1233 E. 2ND STREET, CASPER, WY 82601-2988 |
| 32450028 | + | WYOMING NEUROLOGIC ASSOCIATES, LLC, P O BOX 18812, BELFAST, ME 04915-4083 |
| 32450029 | + | WYOMING OTOLARYNGOLOGY PC, 2210 KING BLVD, CASPER, WY 82604-3165 |
| 32450030 | + | WYOMING RETINA ASSOCIATES, 307 S. JACKSON STREET, CASPER, WY 82601-2908 |
| 32450031 | | XIONGYING CHEN, MD PC, PO BOX 242848, MONTGOMERY, AL 361242848 |
| 32450032 | + | ZAMAN, QAMAR, 12502 WILLOWBROOK RD, SUITE 580, CUMBERLAND, MD 21502-6594 |
| 32450033 | + | ZOLL LIFECOR CORP., 121 GAMMA DR, PITTSBURGH, PA 15238-2919 |

TOTAL: 1444

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| aty | Email/Text: mike@dallagolaw.com | May 12 2026 22:05:00 | Michael R Dal Lago, 999 Vanderbilt Beach Road, Suite 200, Naples, FL 34108 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 12 2026 22:07:00 | United States Trustee - FTM, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602-3949 |
| 32448456 | Email/Text: govtaudits@labcorp.com | | |

District/off: 113A-2                    User: admin                    Page 25 of 30

Date Rcvd: May 12, 2026                 Form ID: 309F1                 Total Noticed: 1541

| | | May 12 2026 22:06:00 | ACCUPATH DIAGNOSTIC LABORATORIES, P O BOX 2270, BURLINGTON, NC 272162270 |
|---|---|---|---|
| 32448463 | ^ MEBN | | |
| | | May 12 2026 22:04:59 | ADVANCED RADIOLOGY PA, 26999 NETWORK PLACE, CHICAGO, IL 606731269 |
| 32449427 | Email/Text: akron_patient_services@teamhealth.com | | |
| | | May 12 2026 22:06:00 | NORTHWEST EMERGENCY PHYSICIANS, PO BOX 634720, CINCINNATI, OH 452634720 |
| 32448488 | + Email/Text: credentialing@medexbillingservice.com | | |
| | | May 12 2026 22:07:00 | ALABAMA COSTAL RADIOLOGY, PC, PO BOX 9369, MOBILE, AL 36691-0369 |
| 32448499 | Email/Text: ebrady@alapath.com | | |
| | | May 12 2026 22:07:00 | ALABAMA PATHOLOGY ASSC, 225 B WINTON BLOUNT LOOP, MONTGOMERY, AL 361173507 |
| 32449475 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | May 12 2026 22:06:00 | PARAGON CONTRACTING SERVICES INC, PO BOX 634710, CINCINNATI, OH 452634710 |
| 32449476 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | May 12 2026 22:06:00 | PARAGON EMERGENCY SERVICES INC, PO BOX 635774, CINCINNATI, OH 452635774 |
| 32449693 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | May 12 2026 22:06:00 | SOUTHWEST FLORIDA EMERGENCY MANAGEMENT INC, PO BOX 636553, CINCINNATI, OH 452636553 |
| 32448873 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | May 12 2026 22:06:00 | EMERGENCY COVERAGE CORPORATION, PO BOX 636019, CINCINNATI, OH 452636019 |
| 32448882 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | May 12 2026 22:06:00 | EMERGENCY SERVICES OF MOBILE PC, P.O. BOX 637943, CINCINNATI, OH 45263 |
| 32449106 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | May 12 2026 22:06:00 | INPHYNET CONTRACTING SERVICES INC, PO BOX 634702, CINCINNATI, OH 452634702 |
| 32448518 | + Email/Text: bankruptcynotifications@tridentcare.com | | |
| | | May 12 2026 22:07:00 | AMERICAN DIAGNOSTIC SERVICES INC, 930 RIDGEBROOK RD, SPARKS GLENCOE, MD 21152-9390 |
| 32448581 | Email/Text: sjennings@echca.org | | |
| | | May 12 2026 22:07:00 | ATMORE URGENT CARE, 401 MEDICAL PARK DR, ATMORE, AL 365023016 |
| 32448599 | + Email/Text: CBOBankruptcy@baptistfirst.org | | |
| | | May 12 2026 22:06:00 | BAPTIST HEALTH PHYSICIAN GROUP, 301 BROWN SPRINGS RD, MONTGOMERY, AL 36117-7005 |
| 32448607 | Email/Text: jtidwell@medsouthinc.net | | |
| | | May 12 2026 22:07:00 | BAY HOME MEDICAL SERVICES INC, 910 NICHOLS AVENUE, FAIRHOPE, AL 365323684 |
| 32448616 | ^ MEBN | | |
| | | May 12 2026 22:04:53 | BIOREFERENCE LABORATORIES, 481 EDWARD H ROSS DRIVE, PO BOX 650 ATTENTION: LES GOUGH, ELMWOOD PARK, NJ 07407-3128 |
| 32448618 | + Email/Text: businessoffice@bgapc.com | | |
| | | May 12 2026 22:06:00 | BIRMINGHAM GASTROENTEROLOGY ASSOCIATES PC, 1 INDEPENDENCE PLAZA SUITE 900, BIRMINGHAM, AL 35209-2643 |
| 32448624 | + Email/Text: dgarrett@BMIsurgery.com | | |
| | | May 12 2026 22:07:00 | BIRMINGHAM MINIMALLY INVASIVE SURGERY PC, 48 MEDICAL PARK E DR STE 150, BIRMINGHAM, AL 35235-3456 |
| 32448625 | + Email/Text: sherrie.mccay@brgimaging.com | | |
| | | May 12 2026 22:07:00 | BIRMINGHAM RADIOLOGICAL GROUP PC, PO BOX 2514, BIRMINGHAM, AL 35201-2514 |
| 32448604 | Email/Text: rcmbr@bjc.org | | |
| | | May 12 2026 22:06:00 | BARNES JEWISH HOSPITAL, PO BOX 954540, SAINT LOUIS, MO 631954540 |
| 32448642 | Email/Text: CSCBNC@cscglobal.com | | |
| | | May 12 2026 22:07:00 | BON SECOURS ST. MARY'S HOSPITAL, 5801 BREMO RD, RICHMOND, VA 232261907 |
| 32448676 | + Email/Text: CHosey@cardassoc.com | | |
| | | May 12 2026 22:07:00 | CARDIOLOGY ASSOCIATES, 6701 AIRPORT BLVD D330, MOBILE, AL 36608-6758 |
| 32448679 | Email/Text: ccsterling3@yahoo.com | | |
| | | May 12 2026 22:07:00 | CARDIOLOGY ASSOCIATES OF WEST |

ALABAMA, 4401 WATERMELON ROAD, NORTHPORT, AL 354735197

32448685        + Email/PDF: ais.norton.ebn@aisinfo.com

May 12 2026 22:15:02   CARDIOTHORACIC SURGERY OF LOUISVILLE, PO BOX 950245, LOUISVILLE, KY 40295-0245

32448708          Email/Text: wfish@ckyrad.com

May 12 2026 22:07:00   CENTRAL KENTUCKY RADIOLOGY, 1218 SOUTH BROADWAY SUITE 310, LEXINGTON, KY 405042759

32448984          Email/Text: bankruptcy.notices@vituity.com

May 12 2026 22:06:00   GALEN INPATIENT PHYSICIANS, 1601 CUMMINS DR STE D, MODESTO, CA 953586411

32448720          Email/Text: businessoffice@crmcwy.org

May 12 2026 22:07:00   CHEYENNE REGIONAL MEDICAL GROUP, P O BOX 20970, CHEYENNE, WY 820037020

32448739        + Email/Text: lgaither@hiwaay.net

May 12 2026 22:07:00   CLINIC FOR COLON & RECTAL SURGERY PA, 115 MANNING DRIVE STE D101, HUNTSVILLE, AL 35801-4341

32448756        + Email/Text: cnunnelley@anesthesiaoffice.net

May 12 2026 22:07:00   COMMONWEALTH ANESTHESIA PSC, P.O. BOX 24576, LEXINGTON, KY 40524-4576

32448769        + Email/Text: emcbee@huntsvillecas.com

May 12 2026 22:06:00   COMPREHENSIVE ANESTHESIA SERVICES PC, 709 WARD AVE, HUNTSVILLE, AL 35801-3659

32448777        + Email/Text: cstortz@stormontvail.org

May 12 2026 22:06:00   COTTON O'NEIL, 901 SW GARFIELD AVENUE, TOPEKA, KS 66606-1695

32448818          Email/Text: aterry@docorthopaedic.com

May 12 2026 22:07:00   DECATUR ORTHOPAEDIC CLINIC, 1107 14TH AVE SE, STE 300, DECATUR, AL 356013597

32448837          Email/Text: hpeterson@dhawy.com

May 12 2026 22:06:00   DIGESTIVE HEALTH ASSOCIATES, 7212 COMMONS CIRCLE, CHEYENNE, WY 82009

32448838        ^ MEBN

May 12 2026 22:03:05   DIGESTIVE HEALTH SPECIALISTS, 480 HONEYSUCKLE RD, DOTHAN, AL 36305-1156

32448839          Email/Text: billing@divrad.com

May 12 2026 22:06:00   DIVERSIFIED RADIOLOGY OF COLORADO, P O BOX 173840, DENVER, CO 802173840

32448680          Email/Text: bankruptcies@dothanspecialty.com

May 12 2026 22:07:00   CARDIOLOGY ASSOCIATES, PA, 4300 WEST MAIN STREET SUITE 102, DOTHAN, AL 36305

32445010          Email/Text: BNC_Notices@floridarevenue.com

May 12 2026 22:06:00   Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668

32448858        + Email/Text: esamanager2015@gmail.com

May 12 2026 22:07:00   EASTERN SURGICAL ASSOCIATES, 52 MEDICAL PARK EAST DR, BIRMINGHAM, AL 35235-3430

32448878        ^ MEBN

May 12 2026 22:04:54   EMERGENCY PHYS OF CENTRAL FL, LLP, P O BOX 628296, ORLANDO, FL 328628296

32448883        + Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com

May 12 2026 22:06:00   EMERGENCY SERVICES OF MONTGOMERY, PO BOX 637944, CINCINNATI, OH 45263-7944

32448905          Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com
May 12 2026 22:07:00   F & S RADIOLOGY PC, P O BOX 3371, INDIANAPOLIS, IN 462063371

32449042          Email/Text: jennifer@haynesneuro.com

May 12 2026 22:08:00   HAYNES NEUROSURGICAL GROUP PA, 801 PRINCETON AVE SW, STE 310, BIRMINGHAM, AL 352111307

32449057        + Email/Text: msullivan@heartsouthpc.com

May 12 2026 22:06:00   HEART SOUTH CARDIOVASCULAR GROUP PC, 1022 NORTH FIRST ST, SUITE 500, ALABASTER, AL 35007-8740

32449060          Email/Text: jabaker@theheartcenter.md

May 12 2026 22:07:00   HH HEART CENTER LLC, PO BOX 040005, HUNTSVILLE, AL 358044005

District/off: 113A-2
Date Rcvd: May 12, 2026

User: admin
Form ID: 309F1

Page 27 of 30
Total Noticed: 1541

| | | | | |
|---|---|---|---|---|
| 32449081 | + | Email/Text: sjohnson@hsvheartmds.com | May 12 2026 22:07:00 | HUNTSVILLE CARDIOVASCULAR CLINIC PC, 4601 WHITESBURG DR SUITE 201, HUNTSVILLE, AL 35802-1678 |
| 32449083 | ^ | MEBN | May 12 2026 22:04:13 | HUNTSVILLE HOSPITAL PHYSICIANS, DEPT 1561 PO BOX 11407, BIRMINGHAM, AL 352461156 |
| 32449084 | | Email/Text: heather.schilling@hhsys.org | May 12 2026 22:06:00 | HUNTSVILLE HOSPITAL SPINE AND NEURO, 201 GOVERNORS DR, 1ST FLOOR, HUNTSVILLE, AL 358015171 |
| 32449115 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | May 12 2026 22:06:00 | INTERMOUNTAIN MEDICAL CENTER, 5121 S COTTONWOOD ST, MURRAY, UT 84107-5701 |
| 32445009 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2026 22:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32449133 | + | Email/Text: ebn@rwjbh.org | May 12 2026 22:07:00 | JERSEY CITY MEDICAL CENTER, 355 GRAND STREET, JERSEY CITY, NJ 07302-4321 |
| 32448894 | | Email/Text: govtaudits@labcorp.com | May 12 2026 22:06:00 | ESOTERIX GENETIC LABORATORIES LLC, P O BOX 2270, BURLINGTON, NC 27216 |
| 32449202 | | Email/Text: govtaudits@labcorp.com | May 12 2026 22:06:00 | LABORATORY CORPORATION OF AMERICA, P.O. BOX 2270, BURLINGTON, NC 27216 |
| 32449203 | | Email/Text: govtaudits@labcorp.com | May 12 2026 22:06:00 | LABORATORY CORPORATION OF AMERICA HOLDINGS, PO BOX 2270, BURLINGTON, NC 272162270 |
| 32449222 | + | Email/Text: tdyson@woodholmegi.com | May 12 2026 22:07:00 | LIFEBRIDGE COMMUNITY GASTROENTEROLOGY, LLC, 1838 GREENE TREE RD STE 400, BALTIMORE, MD 21208-7103 |
| 32449246 | + | Email/Text: NotificationEmail.atlcbo@uhsinc.com | May 12 2026 22:07:00 | MANATEE MEMORIAL HOSPITAL, PO BOX 404413, ATLANTA, GA 30384-4413 |
| 32449274 | | Email/Text: aaron.yarber@amgh.us | May 12 2026 22:07:00 | MED-TRANS CORP, P.O. BOX 708, WEST PLAINS, MO 657750708 |
| 32449281 | | Email/Text: LASWEATT@MEDEVACALABAMA.COM | May 12 2026 22:07:00 | MEDEVAC ALABAMA, 61 ST JOSEPH ST, MOBILE, AL 366023530 |
| 32449320 | + | Email/Text: jjasper@innovativeventures.com | May 12 2026 22:07:00 | METRO INFECTIOUS DISEASE CONSULTANTS LLC, 901 MCCLINTOCK DRIVE STE 202, WILLOWBROOK, IL 60527-0872 |
| 32449329 | ^ | MEBN | May 12 2026 22:05:01 | MIDDLETOWN MEDICAL PC, 111 MALTESE DRIVE, MIDDLETOWN, NY 10940-2141 |
| 32449332 | + | Email/Text: coshea@mobheart.com | May 12 2026 22:06:00 | MOBILE HEART SPECIALIST, 6701 AIRPORT BLVD SUITE A107, MOBILE, AL 36608-6774 |
| 32449335 | + | Email/Text: dcstanson@yahoo.com | May 12 2026 22:07:00 | MODY & MILLER MD PA, 7310 RITCHIE HIGHWAY, SUITE 710, GLEN BURNIE, MD 21061-3294 |
| 32449344 | ^ | MEBN | May 12 2026 22:04:36 | MONTGOMERY RADIOLOGY ASSOCIATES PA, PO BOX 830525 DEPT #SF128, BIRMINGHAM, AL 35283-0525 |
| 32449350 | ^ | MEBN | May 12 2026 22:04:58 | MONUMENT PATHOLOGISTS INC, P O BOX 91726, RICHMOND, VA 232911726 |
| 32449931 | | Email/Text: PFSAcctRecovery@nebraskamed.com | May 12 2026 22:07:00 | UNMC PHYSICIANS CORPORATION, P O BOX 30014, OMAHA, NE 681031114 |
| 32449378 | + | Email/Text: kelly@neurologicalsurgery.co | May 12 2026 22:08:00 | NEUROLOGICAL SURGERY ASSOCIATES PC, 513 BROOKWOOD BLVD, BIRMINGHAM, AL 35209-7807 |

| ID | | Notice Method | Date/Time | Name / Address |
|---|---|---|---|---|
| 32449390 | | Email/Text: lccbo@lexclin.com | May 12 2026 22:07:00 | NEW LEXINGTON CLINIC, PO BOX 11790, LEXINGTON, KY 405781790 |
| 32449428 | + | Email/PDF: ais.norton.ebn@aisinfo.com | May 12 2026 22:15:02 | NORTON AUDUBON HOSPITAL, 1 AUDUBON PLAZA DR, LOUISVILLE, KY 40217-1397 |
| 32449429 | | Email/PDF: ais.norton.ebn@aisinfo.com | May 12 2026 22:15:08 | NORTON BROWNSBORO HOSPITAL, 4960 NORTON HEALTHCARE BLVD, LOUISVILLE, KY 402412831 |
| 32449431 | + | Email/PDF: ais.norton.ebn@aisinfo.com | May 12 2026 22:15:14 | NORTON HOSPITAL, 200 E CHESTNUT ST, LOUISVILLE, KY 40202-1800 |
| 32449445 | | Email/Text: bhill@ccihsv.com | May 12 2026 22:06:00 | ONCOLOGY SPECIALTIES PC, PO BOX 18428, HUNTSVILLE, AL 358048428 |
| 32449453 | + | Email/Text: ssigna@orangepathology.com | May 12 2026 22:06:00 | ORANGE PATHOLOGY ASSOC PC, PO BOX 911, RAMSEY, NJ 07446-0911 |
| 32449454 | | Email/Text: R-BankruptcyNotifications@orlandohealth.com | May 12 2026 22:06:00 | ORLANDO HEALTH PHYSICIAN GROUP, PO BOX 919741, ORLANDO, FL 328915092 |
| 32449534 | | Email/Text: alexandra@prestigecardiology.com | May 12 2026 22:06:00 | PRESTIGE CARDIOLOGY CONSULTANTS LLC, 1765 BERGLUND LN, MELBOURNE, FL 329406230 |
| 32449549 | | Email/Text: bankruptcy@padothan.com | May 12 2026 22:08:00 | PULMONARY ASSOCIATES PA, PO BOX 2266, DOTHAN, AL 36302 |
| 32449558 | ^ | MEBN | May 12 2026 22:04:25 | RADIOLOGY ASSOC. OF RICHMOND, P O BOX 13343, RICHMOND, VA 232250343 |
| 32449565 | | Email/Text: akarpin@mbms.net | May 12 2026 22:07:00 | RADIOLOGY IMAGING ASSOCIATES PC, P O BOX 223862, PITTSBURGH, PA 152512862 |
| 32449568 | + | Email/Text: rohnotices@radhunt.com | May 12 2026 22:06:00 | RADIOLOGY OF HUNTSVILLE PC, 2006 FRANKLIN STREET, SUITE 200, HUNTSVILLE, AL 35801-4537 |
| 32449572 | + | Email/Text: nordmantm@rcmed.net | May 12 2026 22:07:00 | RAPID CITY MEDICAL CENTER PHY, P. O. BOX 6020, RAPID CITY, SD 57709-6020 |
| 32449580 | | Email/Text: cindy@ccrsi.com | May 12 2026 22:07:00 | REGIONAL PARAMEDICAL SERVICES INC, PO BOX 11407, DEPT 1633, BIRMINGHAM, AL 352461633 |
| 32449621 | | Email/Text: legal@pims-inc.com | May 12 2026 22:07:00 | RUFFOLO HOOPER & ASSOCIATES MD PA, PO BOX 918377, ORLANDO, FL 328918377 |
| 32449724 | | Email/Text: cstortz@stormontvail.org | May 12 2026 22:06:00 | STORMONT VAIL HOSPITAL, 1500 SOUTHWEST 10TH AVENUE, TOPEKA, KS 66604 |
| 32449769 | + | Email/Text: lwalters@medctrbarbour.org | May 12 2026 22:07:00 | THE HEALTHCARE AUTHORITY OF THE CITY OF EUFAU, 820 W WASHINGTON ST, EUFAULA, AL 36027-1855 |
| 32449771 | | Email/Text: atillery@hughston.com | May 12 2026 22:07:00 | THE HUGHSTON CLINIC, PC, 6262 VETERANS PARKWAY, COLUMBUS, GA 319093540 |
| 32449776 | | Email/Text: athomas@theorthogroup.com | May 12 2026 22:07:00 | THE ORTHOPAEDIC GROUP, PO BOX 86144, MOBILE, AL 366896144 |
| 32449877 | + | Email/Text: cfry@uabmc.edu | May 12 2026 22:06:00 | UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDAT, PO BOX 55309, BIRMINGHAM, AL 35255-5309 |
| 32449884 | + | Email/Text: UMCMG_CBO_Financial_Adjustment_Review2@umm.edu | May 12 2026 22:06:00 | UNIVERSITY OF MARYLAND CAPITAL REGION HLTH ME, P O BOX 418646, BOSTON, MA 02241-8646 |
| 32449885 | + | Email/Text: UMCMG_CBO_Financial_Adjustment_Review2@umm.edu | May 12 2026 22:06:00 | UNIVERSITY OF MARYLAND COMMUNITY MEDICAL GROU, P O BOX 419244, BOSTON, |

MA 02241-9244

| 32449889 | + Email/Text: bnchospital@health.southalabama.edu | | |
| | | May 12 2026 22:07:00 | UNIVERSITY OF SOUTH ALABAMA HEALTH CARE AUTHO, P O BOX 21595, BELFAST, ME 04915-4112 |
| 32449939 | Email/Text: lslaughter@urologyal.com | | |
| | | May 12 2026 22:07:00 | UROLOGY CENTERS OF ALABAMA PC, 3485 INDEPENDENCE DR, BIRMINGHAM, AL 35209 |
| 32449947 | + Email/Text: bnchospital@health.southalabama.edu | | |
| | | May 12 2026 22:07:00 | USA HEALTH MCI BUSINESS SERVICES, LLC, PO BOX 40098, MOBILE, AL 36640-0098 |
| 32449957 | Email/Text: SguthrieVVC@gmail.com | | |
| | | May 12 2026 22:06:00 | VALLEY VASCULAR CONSULTANTS PC, 201 SIVLEY ROAD, SUITE 530, HUNTSVILLE, AL 35801 |
| 32449972 | + Email/Text: rscott@vacardio.com | | |
| | | May 12 2026 22:07:00 | VIRGINIA CARDIOVASCULAR SPECIALISTS, P O BOX 791183, BALTIMORE, MD 21279-1183 |
| 32449974 | ^ MEBN | | |
| | | May 12 2026 22:04:19 | VIRTUAL RADIOLOGIC PROFESSIONALS, PO BOX 4246, CAROL STREAM, IL 601974246 |
| 32449978 | ^ MEBN | | |
| | | May 12 2026 22:05:04 | VULCAN IMAGING ASSOCIATES, PO BOX 678746, DALLAS, TX 75267-8746 |
| 32450014 | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | | |
| | | May 12 2026 22:07:00 | WILLIAMS STATION ER PHYS LLC, P O BOX 80160, PHILADELPHIA, PA 191011160 |

TOTAL: 97

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 32448731 | | CITY OF POCOMOKE |
| 32448741 | | CLINICAL INDEPENDENT LABORATORY |
| 32448918 | | FLORIDA CARDIOVASCULAR ASSOCIATION PA |
| 32449182 | | K VINES MD, PC |
| 32449204 | | LAKEWOOD RANCH MEDICAL CENTER |
| 32449644 | | SHARPSBURG AREA EMS |
| 32448721 | * | CHEYENNE REGIONAL MEDICAL GROUP, P O BOX 20970, CHEYENNE, WY 820037020 |
| 32448964 | * | FPI - UNIVERSITY OF MARYLAND MEDICAL GROUP -, PO BOX 64442, BALTIMORE, MD 212644442 |
| 32449028 | * | HANGER PROSTHETICS & ORTHOTICS INC, PO BOX 650846, DALLAS, TX 752650846 |
| 32449031 | * | HANGER PROSTHETICS AND ORTHOTICS - AL, PO BOX 650846, DALLAS, TX 752650846 |
| 32449033 | * | HANGER PROSTHETICS AND ORTHOTICS INC, PO BOX 650846, DALLAS, TX 752650846 |
| 32449085 | * | HUNTSVILLE HOSPITAL SPINE AND NEURO, 201 GOVERNORS DR 1ST FLOOR, HUNTSVILLE, AL 358015171 |
| 32449124 | *+ | JACKSON HOSPITAL & CLINIC INC, PO BOX 14152, BELFAST, ME 04915-4032 |
| 32449127 | *+ | JACKSON HOSPITAL & CLINIC, INC, PO BOX 14152, BELFAST, ME 04915-4032 |
| 32449128 | *+ | JACKSON HOSPITAL & CLINIC, INC., PO BOX 14152, BELFAST, ME 04915-4032 |
| 32449279 | * | MED-TRANS CORPORATION, P. O. BOX 708, WEST PLAINS, MO 657750708 |
| 32449716 | * | ST PAUL PLACE SPEC INC, PO BOX 824173, PHILADELPHIA, PA 191824173 |
| 32449773 | *+ | THE JOHNS HOPKINS HOSPITAL, PO BOX 418297, BOSTON, MA 02241-8297 |
| 32449775 | * | THE ORTHOPAEDIC CENTER, P O BOX 11407, Dept 8125, BIRMINGHAM, AL 352468125 |
| 32449790 | * | TIDALHEALTH SPECIALTY CARE, LLC, PO BOX 825461, PHILADELPHIA, PA 191825461 |
| 32449815 | *+ | TUSCALOOSA SAFE CENTER *, 1601 UNIVERSITY BLVD EAST, STE 150, TUSCALOOSA, AL 35404-2920 |
| 32449892 | *+ | UNIVERSITY PHYSICIAN ASSOCIATES, 30 BERGEN STREET, NEWARK, NJ 07107-3000 |
| 32448568 | ##+ | ASSOCIATES IN GASTROENTEROLOGY PC, 809 SHONEY DRIVE SUITE 202, HUNTSVILLE, AL 35801-5309 |
| 32448649 | ## | BREG INC, 2885 LOKER AVE EAST, CARLSBAD, CA 920106626 |
| 32448735 | ##+ | CLASSIC AIR CARE LLC, 1010 N 500 E #200, NORTH SALT LAKE, UT 84054-1952 |
| 32448757 | ##+ | COMMONWEALTH FOOT AND ANKLE, 1915 BISHOP LANE, LOUISVILLE, KY 40218-1901 |
| 32448772 | ##+ | COMPRESSION SOLUTIONS INC, 817 E 4TH STREET, TULSA, OK 74120-3007 |
| 32448784 | ##+ | CRESTVIEW OPEN MRI, 194 E. REDSTONE AVE SUITE A, CRESTVIEW, FL 32539-5368 |
| 32448836 | ## | DIGESTIVE DISEASES ASSOCIATES, 1201 SOMERVILLE RD SE, DECATUR, AL 356014340 |
| 32448854 | ##+ | EASTERN NEPHROLOGY P.C., 48 MEDICAL PARK DRIVE STE 151, BIRMINGHAM, AL 35235-3457 |
| 32448887 | ##+ | ENDOCRINOLOGY INSTITUTE OF SOUTH FLORIDA, 4061 BONITA BEACH RD, #101, BONITA SPRINGS, FL |

| | | 34134-4073 |
|---|---|---|
| 32448900 | ## | EYE CENTER OF NORTHERN COLORADO PC, 1725 E PROSPECT ROAD, FORT COLLINS, CO 805251307 |
| 32449016 | ##+ | GUARDIAN FLIGHT LLC, 10888 SOUTH 300 WEST, SOUTH JORDAN, UT 84095-4043 |
| 32449059 | ##+ | HH HEALTH SYSTEM EMERGENCY MEDICAL SERVICES L, PO BOX 429, ASHEBORO, NC 27204-0429 |
| 32449187 | ##+ | KHAWAND, CAMILLE, 105 PINE BLUFF RD STE 7A, SALISBURY, MD 21801-7114 |
| 32449196 | ##+ | KNAPP, DAVID J, 1245 EAST SOUTH BLVD, MONTGOMERY, AL 36116-2315 |
| 32449232 | ##+ | LIMESTONE INTERNAL MEDICINE CENTER, 101 FITNESS WAY, SUITE 2500, ATHENS, AL 35611-2484 |
| 32449243 | ## | MAIN STREET ANESTHESIA OF NEW MEXICO, P O BOX 225135, DALLAS, TX 752225135 |
| 32449403 | ## | NORTH AMER PARTNERS IN ANESTH, P O BOX 108, GLEN HEAD, NY 115450108 |
| 32449500 | ## | PEPPERELL PRINMARY CARE PC, 1245 E SOUTH BLVD, MONTGOMERY, AL 361162315 |
| 32449512 | ## | PHYSYNERGY, LLC, P O BOX 52404, LAFAYETTE, LA 705052404 |
| 32449526 | ##+ | PRECISION ORTHOPEDICS, 14207 PARK CENTER DR, STE 108, LAUREL, MD 20707-5254 |
| 32449551 | ##+ | PULSE MEDICAL TRANSPORTATION, 24 ANDREWS DRIVE, WOODLAND PARK, NJ 07424-2640 |
| 32449596 | ##+ | RHEUMATOLOGY ASSOCIATES OF NORTH ALABAMA, 720 GALLATIN STREET, STE 500, HUNTSVILLE, AL 35801-4418 |
| 32449608 | ## | RIVERVIEW CARDIAC SURGERY PA, 5304 4TH AVE CIRCLE EAST, BRADENTON, FL 342085624 |
| 32449636 | ## | SCOTTSBLUFF UROLOGY ASSOC PC, 3911 AVENUE B SUITE 2200, SCOTTSBLUFF, NE 693614617 |
| 32449675 | ##+ | SOUTHEASTERN CARDIO CONS, 2055 EAST SOUTH BOULEVARD, SUITE 403, MONTGOMERY, AL 36116-2098 |
| 32449941 | ## | UROLOGY CLINIC PC, 2710 HARNEY STE 200, LARAMIE, WY 820722899 |
| 32449988 | ## | WEINSTEIN EYE ASSOCIATES, PA, 5743 CRAIN HIGHWAY, UPPER MARLBORO, MD 207724101 |

TOTAL: 6 Undeliverable, 16 Duplicate, 27 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Adisley Cortez-Rodriguez

on behalf of U.S. Trustee United States Trustee - FTM adisley.m.cortez-rodriguez@usdoj.gov

Conor McLaughlin

on behalf of U.S. Trustee United States Trustee - FTM conor.mclaughlin@usdoj.gov

Michael R Dal Lago

on behalf of Debtor YesCare Corp. mike@dallagolaw.com
kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallagolaw.com,ablakley@dallagolaw.com

United States Trustee - FTM

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 4

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor **YesCare Corp.** <br> Name | EIN: 88–0655961 |
| United States Bankruptcy Court   Middle District of Florida | Date case filed for chapter:   11   5/8/26 |
| Case number:   2:26–bk–01089–FMR | Date Notice Issued: **5/12/26** |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | YesCare Corp. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 205 Powell Place <br> Ste 104 <br> Brentwood, TN 37027 | |
| 4. **Debtor's attorney** <br> Name and address | Michael R Dal Lago <br> 999 Vanderbilt Beach Road, Suite 200 <br> Naples, FL 34108 | Contact phone  (239) 571–6877 <br><br> Email:  mike@dallagolaw.com |
| 5. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse <br> 801 North Florida Avenue <br> Suite 555 <br> Tampa, FL 33602–3899 | Hours open: <br> Monday – Friday 8:30 AM – 4:00PM <br><br> Contact phone 813–301–5162 <br><br> Date: May 12, 2026 |
| 6. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **June 29, 2026 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **\*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. \*\*\*** | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Ft. Myers Cases), Call in Number: 888–330–1716, Passcode: 7420722#.** |

**For more information, see page 2 >**

Debtor  **YesCare Corp.**                                                                 Case number **2:26–bk–01089–FMR**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim: July 17, 2026**<br><br>**For a governmental unit: 180 days from the date of filing**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>&bull; your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>&bull; you file a proof of claim in a different amount; or<br>&bull; you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:   No later than the first date set for the hearing on confirmation.** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| **12. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |