UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

          Case No. 2:26-bk-01089-FMR

YesCare Corp.,

          Chapter 11
          *Jointly Administered*

     Debtor.

_____/

## AMENDED NOTICE OF APPEARANCE

### (Amended to Correct Telephonic Conference Line Information)

On behalf of Guy A. Van Baalen, Acting United States Trustee for Region 21, Adisley M. Cortez-Rodriguez, files this Notice of Appearance for purposes of CM/ECF.  The meeting of creditors will be held telephonically on June 29, 2026, at 1:00 p.m. (EST).

The telephone conference line is (844)767-5651.  The participant passcode is 7967901#.

The United States Bankruptcy Court will serve creditors and parties in interest of Chapter

11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

Dated: May 15, 2026.

          Respectfully submitted,

          GUY A. VAN BAALEN
          Acting United States Trustee for Region 21

          By: /s/ Adisley M. Cortez-Rodriguez
          Adisley M. Cortez-Rodriguez, Esq.
          Florida Bar No. 0091727
          Assistant United States Trustee
          110 East Park Avenue, Suite 128
          Tallahassee, Florida 32301
          Tel: (850) 942-1661; (202) 567-1574
          Adisley.M.Cortez-Rodriguez@usdoj.gov