United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 26-01089-FMR |
| YesCare Corp. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-2 | User: admin | Page 1 of 31 |
| Date Rcvd: May 19, 2026 | Form ID: 309F1 | Total Noticed: 1551 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | YesCare Corp., 205 Powell Place, Ste 104, Brentwood, TN 37027-7522 |
| aty | + | Adisley Cortez-Rodriguez, DOJ-Ust, 110 East Park Avenue, Ste 128, Tallahassee, FL 32301-7728 |
| aty | + | Conor McLaughlin, DOJ-Ust, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 32448451 | | ABBAS KHANS LLC, 1019 HARVIN WAY STE 120, ROCKLEDGE, FL 329553286 |
| 32448452 | + | ABBOTT AMBULANCE INC, PO BOX 847199, DALLAS, TX 75284-7199 |
| 32448453 | + | ABILIT+5:948Y REHAB ASSOCIATES, 100 E CARROLL ST, PRMC STATION 400, SALISBURY, MD 21801-5493 |
| 32448454 | + | ACCESS PHYSICIANS GLOBAL TELEMEDICINE SOLUTIO, PO BOX 15590, BELFAST, ME 04915-4050 |
| 32448455 | + | ACCESS TELECARE CALIFORNIA PC, PO BOX 25154, BELFAST, ME 04915-2002 |
| 32448457 | | ADOC ST CLAIR, P O BOX 402946, ATLANTA, GA 303842946 |
| 32448458 | | ADVANCED CARDIOVASCULAR LLC, 1649 HIGHWAY 22 W, ALEXANDER CITY, AL 350104413 |
| 32448459 | + | ADVANCED ENT AND ALLERGY PLLC, 2944 BRECKENRIDGE LN, LOUISVILLE, KY 40220-1409 |
| 32448460 | + | ADVANCED EYE CARE CLINIC, PC, 2029 BLUEGRASS CIRCLE, CHEYENNE, WY 82009-7368 |
| 32448461 | | ADVANCED INPATIENT MEDICINE, 601 PARK ST, HONESDALE, PA 184311445 |
| 32448462 | + | ADVANCED PROSTHETICS AND ORTHOTICS, 4000 OLD COURT RD, PIKESVILLE, MD 21208-2800 |
| 32448464 | ++ | ADVANCED SURGEONS PC, 3686 GRANDVIEW PKWY STE 400, BIRMINGHAM AL 35243-3404 address filed with court:, ADVANCED SURGEONS PC, 3686 GRANDVIEW PKWY STE 400, BIRMINGHAM, AL 352433404 |
| 32448465 | + | ADVANCED SURGICAL WEIGHT LOSS INSTITUTE, 3165 SUNTREE BLVD STE 101, ROCKLEDGE, FL 32955-5798 |
| 32448466 | | ADVANCED UROLOGY OF MONTGOMERY, 4216 CARMICHAEL RD, MONTGOMERY, AL 361062804 |
| 32448467 | | ADVANTAGE PHYSICAL MEDICINE, 60 DUNNING ROAD, SUITE 1, MIDDLETOWN, NY 109402216 |
| 32448468 | + | ADVENTIST PATHOLOGY ASSOC, PO BOX 79906, BALTIMORE, MD 21279-0906 |
| 32448469 | | AEL MEMPHIS - TENNESSEE, PO BOX 1000, DEPT 446, MEMPHIS, TN 381480001 |
| 32448470 | | AEROFLOW HEALTHCARE, 65 BEALE RD, ARDEN, NC 287049213 |
| 32448471 | + | AFFINITY CARDIO-THORIACIC CARE, 2871 ACTON ROAD, BIRMINGHAM, AL 35243-2559 |
| 32448472 | | AFFINITY ORTHOPEDIC SPECIALISTS LLC, 5018 CAHABA RIVER RD, BIRMINGHAM, AL 352432317 |
| 32448473 | + | AFFORDABLE DENTURES WEST MELBOURNE, 1529 WEST NEW HAVEN AVE, MELBOURNE, FL 32904-3927 |
| 32448474 | + | AGAPE FAMILY MEDICINE, LLC, 706 EAST LAUREL STREET, ATMORE, AL 36502-3114 |
| 32448475 | | AGARWAL, RAMESH, 145 E CARROLL ST UNIT 103, SALISBURY, MD 218015454 |
| 32448476 | + | AGRAMA, HANI M, 1257 FLORIDA AVE S, ROCKLEDGE, FL 32955-2435 |
| 32448477 | | AIR EVAC EMS INC FAYETTE, PO BOX 106, WEST PLAINS, MO 657750106 |
| 32448478 | | AIR EVAC EMS INC THE SHOALS, PO BOX 106, WEST PLAINS, MO 657750106 |
| 32448479 | + | AKUMIN IMAGING TEXAS LLC, PO BOX 737483, DALLAS, TX 75373-7483 |
| 32448480 | + | ALABAMA ARTIFICIAL LIMB COMPANY, 1223 EAST SOUTH BOULEVARD, MONTGOMERY, AL 36116-2315 |
| 32448481 | + | ALABAMA BARIATRICS & MINIMALLY INV SURG PC, P O BOX 1684, DECATUR, AL 35602-1684 |
| 32448482 | + | ALABAMA BONE & JOINT CLINIC LLC, 120 CAHABA VALLEY PKWY, STE 100, PELHAM, AL 35124-1187 |
| 32448483 | + | ALABAMA CANCER CARE LLC, 509 ENERGY CENTER BLVD, STE 804, NORTHPORT, AL 35473-2798 |
| 32448484 | + | ALABAMA CARDIOLOGY PC, 4700 WHITESBURG DRIVE SUITE 200, HUNTSVILLE, AL 35802-1686 |
| 32448485 | + | ALABAMA CARDIOVASCULAR GROUP - ACCESS CLINIC, 3680 GRANDVIEW PARKWAY, SUITE 200, BIRMINGHAM, AL 35243-3411 |
| 32448486 | | ALABAMA COLON & GASTRO PC, 1105 EAGLETREE LN SE, HUNTSVILLE, AL 358016447 |
| 32448487 | + | ALABAMA COLON AND RECTAL INSTITUTE, 1317 4TH AVE SOUTH, BIRMINGHAM, AL 35233-1408 |

District/off: 113A-2                          User: admin                                    Page 2 of 31
Date Rcvd: May 19, 2026                       Form ID: 309F1                                  Total Noticed: 1551

| | | |
|---|---|---|
| 32448489 | + | ALABAMA EAR NOSE THROAT SPECIALISTS LLC, 302 MERCHANTS WALK STE 100, TUSCALOOSA, AL 35406-2291 |
| 32448490 | | ALABAMA HEART AND VASCULAR MED, 100 RICE MINE RD LOOP STE 104, TUSCALOOSA, AL 354062421 |
| 32448491 | | ALABAMA HEART AND VASCULAR PC, 2022, PO BOX 242848, SUITE 403, MONTGOMERY, AL 361242848 |
| 32448492 | + | ALABAMA HEART CARE LLC, 4810 HARKEY LANE,, TUSCALOOSA, AL 35406-2863 |
| 32448493 | + | ALABAMA IMAGING P.C., PO BOX 830525, DEPT #SF127, BIRMINGHAM, AL 35283-0525 |
| 32448494 | + | ALABAMA INFECTIOUS DISEASE CENTER PC, 420 LOWELL DRIVE SUITE 301, HUNTSVILLE, AL 35801-3762 |
| 32448495 | | ALABAMA MEDICAL GROUP, P O BOX 160928, MOBILE, AL 366161928 |
| 32448496 | | ALABAMA ONCOLOGY HEMATOLOGY ASSOCIATES, PO BOX 241145, MONTGOMERY, AL 361241145 |
| 32448497 | + | ALABAMA OPHTHALMOLOGY ASSOCIATES PC, 1000 19TH STREET SOUTH, BIRMINGHAM, AL 35205-4804 |
| 32448498 | + | ALABAMA ORTHOPEDIC AND SPINE, 52 MEDICAL PARK DRIVE EAST, SUITE 115, BIRMINGHAM, AL 35235-3455 |
| 32448500 | + | ALABAMA VASCULAR, 632 2ND STREET NE, ALABASTER, AL 35007-8817 |
| 32448501 | + | ALABAMA VASCULAR SPECIALISTS PC, 2104 CHESTNUT ST, MONTGOMERY, AL 36106-1113 |
| 32448502 | + | ALABAMA VISION CENTER, LLC, 3928 MONTCLAIR RD, STE 100, BIRMINGHAM, AL 35213-2415 |
| 32448503 | + | ALEXANDRIA SPRINGFIELD EMER PHYS, P O BOX 826489, PHILADELPHIA, PA 19182-6489 |
| 32448504 | + | ALH HOSPITALIST, 700 W MARKET STREET, ATHENS, AL 35611-2457 |
| 32448505 | + | ALLAWAY AND PAROUSIS UROLOGY MD PA, 12234 WILLIAMS RD, CUMBERLAND, MD 21502-7960 |
| 32448506 | | ALLEGANY COUNTY COMMISSIONERS, P O BOX 588, DENTON, MD 216290588 |
| 32448507 | | ALLEGANY IMAGING PC, P O BOX 3277, INDIANAPOLIS, IN 462063277 |
| 32448508 | | ALLEN VOL FIRE CO INC, P O BOX 513, DENTON, MD 216290513 |
| 32448509 | | ALPHA HOSPITALIST SERVICES, 410 BROAD ST, GADSDEN, AL 359013718 |
| 32448510 | + | ALPHA PHYSICAL THERAPY CLINIC, 147 ORANGE AVE, ROCKLEDGE, FL 32955-2801 |
| 32448511 | + | AMBITRANS MEDICAL TRANSPORT INC, 4351 PINNACLE STREET, PUNTA GORDA, FL 33980-2902 |
| 32448512 | + | AMBRY GENETICS CORP, PO BOX 51458, ONTARIO, CA 91761-1048 |
| 32448513 | + | AMBULANCE MANAGEMENT SERVICES LTD, 1299 EAST VOORHEES STREET, TERRE HAUTE, IN 47802-3642 |
| 32448514 | + | AMBULATORY ANES OF MONTGOMERY, 7956 VAUGHN RD #165, MONTGOMERY, AL 36116-6819 |
| 32448515 | + | AMBULATORY UROLOGY SURGICAL CENTER LLC, 12234 WILLIAMS RD, CUMBERLAND, MD 21502-7960 |
| 32448516 | | AMEGASHIE, ERNEST D/B/A CARDIOVASCULAR CENTER, 1219 MOUNT AETNA RD STE 201, HAGERSTOWN, MD 217426550 |
| 32448517 | | AMERICAN ANESTHESIOLOGY OF VIRGINIA, P O BOX 945392, ATLANTA, GA 303945392 |
| 32448519 | | AMERICAN HOME DIALYSIS LLC, 721 SOUTH PRESTON STREET, LOUISVILLE, KY 402032319 |
| 32448520 | | AMERICAN HOME PATIENT, 300 TAYLOR RD, STE 500, MONTGOMERY, AL 361173551 |
| 32448521 | | AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE I, P O BOX 847199, DALLAS, TX 752847199 |
| 32448522 | + | AMERICAN NEUROMONITORING ASSOCIATES, 10275 LITTLE PATUXENT PKWY STE 300, COLUMBIA, MD 21044-3445 |
| 32448523 | + | AMERIPATH FLORIDA LLC, 16684 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693-0166 |
| 32448524 | | AMERIPATH FLORIDA, LLC, 16684 COLLECTIONS DRIVE, CHICAGO, IL 606930166 |
| 32448525 | | AMLANI MD, MOHAN, 11336 WILLOW RIDGE LANE, ELLICOTT CITY, MD 210422467 |
| 32448526 | | AMR OF MID ATLANTIC, P O BOX 100296, ATLANTA, GA 303840296 |
| 32448527 | + | AMS ANESTHETIST SERVICES LLC, PO BOX 919400, ORLANDO, FL 32891-9400 |
| 32448528 | | AMS OF CRESTVIEW LLC, P. O. BOX 919387, ORLANDO, FL 328919387 |
| 32448529 | + | AMSERV EMS, 437 BELCHER STREET, CENTREVILLE, AL 35042-2946 |
| 32448530 | + | ANACOSTIA MEDICAL ASSOCIATES, P O BOX 38746, BALTIMORE, MD 21231-8746 |
| 32448531 | | ANAVA EMERGENCY CONSULTANTE LLC, PO BOX 20161, TAMPA, FL 336220161 |
| 32448532 | | ANAVA HOSPITALIST LLC, PO BOX 20161, TAMPA, FL 336220161 |
| 32448533 | + | ANCHORAGE MIDDLETOWN FIRE & EMS, 836 4TH AVENUE, HUNTINGTON, WV 25701-1407 |
| 32448534 | | ANEJA, ARJUN D, 325 CLYDE MORRIS BLVD STE 300, ORMOND BEACH, FL 321748179 |
| 32448535 | + | ANESTHESIA ASSOCIATES OF LARAMIE, PO BOX 1562, IDAHO FALLS, ID 83403-1562 |
| 32448536 | + | ANESTHESIA COMPANY LLC, PO BOX 418205, BOSTON, MA 02241-8205 |
| 32448537 | + | ANESTHESIA CONSULTANTS, 1118 ROSS CLARK CIRCLE SUITE 700, DOTHAN, AL 36301-3043 |
| 32448538 | | ANESTHESIA DYNAMICS LLC, LB 8247 P O BOX 95000, PHILADELPHIA, PA 191950001 |
| 32448539 | | ANESTHESIA OF ORLANDO, PO BOX 744536, ATLANTA, GA 303744536 |
| 32448540 | | ANESTHESIA PARTNERS LTD, P O BOX 634483, CINCINNATI, OH 452634483 |
| 32448541 | | ANESTHESIA PHYS SOLUTIONS OF N FLORIDA, 1525 W CYPRESS CREEK RD, FORT LAUDERDALE, FL 333091831 |
| 32448542 | + | ANESTHESIA PHYSICIAN SOLUTIONS OF NORTH FLORI, 700 W OAK ST, ATLANATA, GA 30310 |
| 32448543 | | ANESTHESIA SERVICES OF DECATUR PC, DEPT 1223 PO BOX 1070, CHARLOTTE, NC 282011070 |
| 32448544 | | ANESTHESIOLOGIST ASSOCIATED DBA SAM, PO BOX 11407 DEPT 8388, BIRMINGHAM, AL 352468388 |
| 32448545 | + | ANESTHESIOLOGISTS ASSOCIATED PC, PO BOX 11407, DEPT 8388, BIRMINGHAM, AL 35246-3035 |
| 32448546 | | ANESTHESIOLOGISTS ASSOCIATED, PC, PO BOX 11407 DEPT 8389, BIRMINGHAM, AL 352468389 |
| 32448547 | + | ANESTHESIOLOGY & PAIN MANAGEMENT CONSULTANTS, PO BOX 4256, HOUSTON, TX 77210-4256 |
| 32448548 | | ANESTHESIOLOGY CONSULTANTS OF CHEYENNE, P O BOX 561207, DENVER, CO 802561207 |
| 32448549 | | ANNE ARUNDEL COUNTY FIRE, P O BOX 17064, BALTIMORE, MD 212970400 |
| 32448550 | + | ANTARES MEDICAL LLC, 7671 QUARTERFIELD RD STE 302, GLEN BURNIE, MD 21061-4525 |
| 32448551 | + | ANTIETAM ONCOLOGY&HEMATOLOGY GROUP,PC, 1185 IMPERIAL DR, STE 103, HAGERSTOWN, MD 21740-8140 |
| 32448552 | | APEX FOOT AND ANKLE CENTER LLC, 9400 GLADIOLUS DRIVE SUITE 300, FORT MYERS, FL 339089622 |

District/off: 113A-2                          User: admin                                    Page 3 of 31
Date Rcvd: May 19, 2026                      Form ID: 309F1                               Total Noticed: 1551

32448553    APEX MEDICAL CARE SERVICES OF AL, DEPARTMENT SB004, PO BOX 830525, BIRMINGHAM, AL 352830525
32448554  + APOGEE MED GRP-FLORIDA, P O BOX 708850, SANDY, UT 84070-8782
32448555  + APP OF ALABAMA HM LLC, 4370 W MAIN ST, DOTHAN, AL 36305-1056
32448556  + APRN ADVANTAGE, LLC, 76 S ST ANDREWS DR, ORMONDBEACH, FL 32174-3857
32448557    ARITON RESCUE SQUAD, 837 E MAIN STREET, ARITON, AL 363110183
32448558  + ARTICULARIS HEALTHCARE GROUP, 2015 2ND AVE, STE 204, SUMMERVILLE, SC 29486-7889
32448559    ASC DEVELOPMENT CO LLC, P O BOX 74183, CLEVELAND, OH 441944183
32448560    ASCEND CLINICAL, LLC, PO BOX 45021, SAN FRANCISCO, CA 941450021
32448561  + ASHIE, FRANCIS AFUTU, 1007 BEVERLY DR STE C, ROCKLEDGE, FL 32955-2833
32448562  + ASKEW, CAMERON S, 513 Brookwood Blvd, Ste 310, BIRMINGHAM, AL 35209-7804
32448563    ASSISTANCE SOLUTION CORP, 160 W. CAMINO REAL 311, BOCA RATON, FL 334325942
32448564  + ASSOC. IN RADIATION MEDICINE, PO BOX 418837, BOSTON, MA 02241-8837
32448565    ASSOCIATED PATHOLOGISTS LLC, P O BOX 639195, CINCINNATI, OH 452634515
32448566 ++ ASSOCIATED RADIOLOGISTS, 10715 DOWNSVILLE PIKE, SUITE 103, HAGERSTOWN MD 21740-7240 address filed with court:, ASSOCIATED RADIOLOGISTS PA, 10715 DOWNSVILLE PK STE 103, HAGERSTOWN, MD 21740
32448567    ASSOCIATES IN DERMATOLOGY PLLC, PO BOX 950132, LOUISVILLE, KY 402950132
32448569  + ASSOCIATES IN RESPIRATORY MEDICINE, PO BOX 1289, BRADENTON, FL 34206-1289
32448570  + ATHENS LIMESTONE CARDIOLOGY, 700 WEST MARKET STREET, ATHENS, AL 35611-2422
32448571  + ATHENS LIMESTONE CRNA GROUP, PO BOX 999, ATHENS, AL 35612-0999
32448572  + ATHENS LIMESTONE ER PHYSICIANS, PO BOX 1047, ATHENS, AL 35612-1047
32448573  + ATHENS LIMESTONE HEALTH, 700 W MARKET ST, ATHENS, AL 35611-2422
32448574    ATHENS LIMESTONE HOSPITAL PHYSICIANS, P O BOX 11407 DEPT 2649, BIRMINGHAM, AL 352462649
32448575  + ATHENS LIMESTONE NEPHROLOGY ASSOCIATES, 1005 W MARKET ST, ATHENS, AL 35611-2454
32448576  + ATHENS LIMESTONE SURGICAL CLINIC, 101 FITNESS WAY, STE 2100, ATHENS, AL 35611-2494
32448577  + ATLANTIC RETINA CENTER, P.A., 31455 WINTERPLACE PKWY, SALISBURY, MD 21804-1891
32448578  + ATLAS DIAGNOSTICS INC, 1160 60TH STREET, BROOKLYN, NY 11219-4924
32448579  + ATMORE COMMUNITY CLINICS, 609 E. LAUREL STREET, ATMORE, AL 36502-3014
32448580  + ATMORE INDUSTRIAL MEDICINE LLC, 611 EAST LAREL STREET, ATMORE, AL 36502-3014
32448582  + AUDICUS, INC., 39 W. 29TH STREET, 8TH FLOOR, ATTENTION: B2B, NEW YORK, NY 10001-4208
32448583  + AZIZ, NABIL, 1257 S. FLORIDA AVE, ROCKLEDGE, FL 32955-2435
32448584  + BADRO, NABIL, 8109 RITCHIE HIGHWAY, PASADENA, MD 21122-6917
32448585    BAKER CO MEDICAL SERVICES D/B/A FRASER MEMORI, 159 N 3RD STREET, MACCLENNY, FL 320632103
32448586  + BAKER COMMUNITY HEALTH CENTER, P O BOX 467, MACCLENNY, FL 32063-0467
32448587  + BAKER COUNTY MEDICAL SERVICES, P O BOX 467, MACCLENNY, FL 32063-0467
32448588  + BAKER HILL FIRE & RESCUE LLC, 1053 COUNTY HIGHWAY 79 SOUTH #53, EUFAULA, AL 36027-8814
32448589  + BALDWIN BONE AND JOINT, 1505 DAPHNE AVE, DAPHNE, AL 36526-4298
32448590  + BALDWIN EMERGENCY PHYS, PO BOX 830469, MSC-508, BIRMINGHAM, AL 35283-0469
32448591 ++ BALTIMORE CITY FIRE DEPARTMENT, PO BOX 62826, BALTIMORE MD 21264-2826 address filed with court:, BALTIMORE CITY FIRE DEPARTMENT, P O BOX 62826, BALTIMORE, MD 212642826
32448592  + BALTIMORE WASHINGTON EMERGENCY PHYSICIANS INC, P O BOX 412194, BOSTON, MA 02241-2194
32448593  + BANNER HEALTH D/B/A COMMUNITY HOSPITAL, PO BOX 1540, GREELEY, CO 80632-1540
32448594    BANNER HEALTH PHYSICIANS COLORADO LLC, P O BOX 741705, LOS ANGELES, CA 900741705
32448595    BANNER HEALTH PHYSICIANS WEST, LLC, PO BOX 741705, LOS ANGELES, CA 900741705
32448596  + BANNER HOSPITAL BASED PHYSICIANS WEST, PO BOX 741740, LOS ANGELES, CA 90074-1740
32448597  + BAPTIST HEALTH MEDICAL GROUP, P O BOX 950248, LOUISVILLE, KY 40295-0248
32448598    BAPTIST HEALTH MEDICAL GROUP, PO BOX 734839, CHICAGO, IL 606734839
32448600    BAPTIST HEALTHCARE SYSTEM DBA BAPTIST HEALTH, PO BOX 734837, CHICAGO, IL 606734837
32448601  + BAPTIST MEDICAL CENTER EAST PHYSICIAN, PO BOX 241708, MONTGOMERY, AL 36124-1708
32448602  + BAPTIST MEDICAL CENTER SOUTH PHYSICIANS, PO BOX 241145, MONTGOMERY, AL 36124-1145
32448603  + BARNABAS HEALTH MEDICAL GROUP, P O BOX 826791, PHILADELPHIA, PA 19182-6791
32448605    BAY AREA HOSPITALISTS PA, P O BOX 20065, TAMPA, FL 336220065
32448606  + BAY EYES CATARACT & LASER CENTER INC, DBA SOU, PO BOX 26899, BELFAST, ME 04915-2019
32448608    BBH PRIMARY AND SPECIALTY CARE NETWORK, DEPT 8007 P O BOX 11407, BIRMINGHAM, AL 352468007
32448609  + BEATRICE CHAICHARNCHEEP MD LLC, PO BOX 43328, BIRMINGHAM, AL 35243-0328
32448610    BEER SIMON & ASSOCIATES, PO BOX 757, FLORENCE, AL 356310757
32448611  + BENSO GOLD DENTAL, PA, 571 S. 6TH STREET, MACCLENNY, FL 32063-2605
32448612  + BESSEMER EMERGENCY PHYSICIANS, 995 9TH AVENUE SOUTHWEST, BESSEMER, AL 35022-4527
32448613  + BIBB MEDICAL ASSOCIATES, 208 PIERSON AVENUE, CENTREVILLE, AL 35042-2918
32448614    BILLIONTOONE LABORATORY, 3200 WHIPPLE RD, UNION CITY, CA 945871217
32448615  + BIO MEDICAL APPLICATIONS OF KENTUCKY INC, 720 EAST BROADWAY, LOUISVILLE, KY 40202-1712
32448617  + BIOTHERANOSTICS INC, P O BOX 749249, LOS ANGELES, CA 90074-9249
32448619  + BIRMINGHAM HEART CLINIC PC, 100 PILOT MEDICAL DR, STE 300, BIRMINGHAM, AL 35235-3412
32448620 #+ BIRMINGHAM HEMATOLOGY ONCOLOGY ASSOC DBA ALAB, 500 OFFICE PARK DR, STE 400, BIRMINGHAM, AL

35223-2457

32448621 + BIRMINGHAM INFECTIOUS DISEASES PC, PO BOX 530604, BIRMINGHAM, AL 35253-0604
32448622   BIRMINGHAM INPATIENT PHYSICIANS, PO BOX 660503, BIRMINGHAM, AL 352660503
32448623 + BIRMINGHAM INTERNAL MEDICINE ASSOCIATES PC, PO BOX 16839, BELFAST, ME 04915-4063
32448626 + BIRMINGHAM SURGICAL PC, 2022 BROOKWOOD MEDICAL CENTER DRIVE, SUITE 313-ALC, BIRMINGHAM, AL 35209-6807
32448627   BIRMINGHAM VITAL CARE, 1170 NE INDUSTRIAL PARK ROAD, MERIDIAN, MS 393011100
32448628 + BLACK HILL REGIONAL EYE SURG CENTER, LLC, 2800 3RD STREET, RAPID CITY, SD 57701-7374
32448629 + BLACK HILL SURGICAL HOSPITAL, P O BOX 129, RAPID CITY, SD 57709-0129
32448630 + BLACK HILLS ORAL & MAXI SURGERY, PC, 3415 FIFTH ST, RAPID CITY, SD 57701-7365
32448631 + BLACK HILLS ORTHO & SPINE CENTER, PO BOX 6850, RAPID CITY, SD 57709-6850
32448632 + BLACK HILLS REGIONAL EYE INSTITUTE, LLP, 2800 THIRD STREET, RAPID CITY, SD 57701-7394
32448633 + BLACK HILLS SURGICAL HOSPITAL PHYSICIAN, P O BOX 129, RAPID CITY, SD 57709-0129
32448634 + BLACK HILLS ULTRASOUND, 40 PIPPIN RD, NEWCASTLE, WY 82701-9708
32448635   BLACKSTONE HAND CENTER LLC, 2010 W EAU GALLIE BLVD STE 104, MELBOURNE, FL 329354033
32448636   BLUE LAKE HEALTH ALABAMA LLC, PO BOX 11407, DEPT 8409, BIRMINGHAM, AL 352468409
32448637 + BLUEGRASS ID ASSOCIATED LLC, 5200 BABCOCK ST NE, PALM BAY, FL 32905-4648
32448638 + BOARD OF COUNTY COMMISSIONERS, DBA COLLIER CO, P O BOX 7789, NAPLES, FL 34101-7789
32448639   BON SECOURS - SOUTHSIDE MEDICAL CENTER, P O BOX 639859, CINCINNATI, OH 452639859
32448640   BON SECOURS CRITICAL CARE TRANSPORT, PO BOX 631683, CINCINNATI, OH 452631683
32448641   BON SECOURS MEDICAL GROUP RIC, P O BOX 639969, CINCINNATI, OH 452639969
32448643   BOONSBORO AMBULANCE AND RESCUE, P O BOX 7, BOONSBORO, MD 217130007
32448644   BORLAND GROOVER CLINIC, 4800 BELFORT ROAD, JACKSONVILLE, FL 322566004
32448645 + BOSTON SCIENTIFIC CARDIAC DIAGNOSTIC SERVICE,, P O BOX 301704, DALLAS, TX 75303-1704
32448646   BOWES IMAGING CENTER, DEPT 794 PO BOX 850001, ORLANDO, FL 328850794
32448647 + BOWES IMAGING CENTER LLC, DEPT 794 PO BOX 850001, ORLANDO, FL 32885-0001
32448648   BRADENTON ENDOCRINOLOGY PA, 1906 59TH ST WEST, BRADENTON, FL 342094639
32448650 + BREVARD COUNTY FLORIDA, PO BOX 915189, ORLANDO, FL 32891-5189
32448651 + BREVARD COUNTY HEALTH DEPARTMENT, 2565 JUDGE FRAN JAMIESON WAY, MELBOURNE, FL 32940-5998
32448652   BREVARD EAR NOSE AND THROAT CENTER, 1099 FLORIDA AVENUE, ROCKLEDGE, FL 329552138
32448653 + BREVARD FOOT & ANKLE, 1950 ROCKLEDGE BLVD, STE 107, ROCKLEDGE, FL 32955-3763
32448654   BREVARD NEPHROLOGY GROUP PC, 245 S COURTENAY PKWY SUITE B, MERRITT ISLAND, FL 329524831
32448655   BREVARD PHYS ASSOC PLLC-EMERG, P O BOX 117432, ATLANTA, GA 303687432
32448656 + BREVARD PRIMARY CARE LLC, 2348 CITADEL WAY SUITE 103-319, MELBOURNE, FL 32940-6457
32448657   BREVARD SKIN AND CANCER CENTER, 1286 FLORIDA AVE S STE 1, ROCKLEDGE, FL 329552400
32448658 + BROOKS MANAGEMENT INC, 2919 26TH ST W, BRADENTON, FL 34205-3737
32448659   BROOKWOOD DIAGNOSTIC CENTER, P O BOX 742348, ATLANTA, GA 303742348
32448660 + BRYANT, LARRY W, 12200 ANNAPOLIS RD., STE 236, GLENN DALE, MD 20769-9182
32448661   BUCKEL, TAMY B, 250 HAACKE DRIVE, CHESTERTOWN, MD 216201193
32448662 + BULLOCK COUNTY HOSPITAL PHYS, 102 CONECUH AVE, UNION SPRINGS, AL 36089-1300
32448663 + BUTLER MEDICAL TRANSPORT, LLC, 3120 LORD BALTIMORE DRIVE, STE 211, WINDSOR MILL, MD 21244-2664
32448664   C&M MEDICAL SERVICES, LLC, 5906 MONTICELLO DR, MONTGOMERY, AL 361171939
32448665   CADENZA HEALTH PC, 3100 LORNA ROAD SUITE 212, BIRMINGHAM, AL 352165451
32448666 + CALLAHAN EYE HOSPITAL HCA DBA CALLAHAN EYE HO, P O BOX 660685, BIRMINGHAM, AL 35266-0685
32448667 + CALLAHAN EYE HOSPITAL HEALTH CARE AUTHORITY,, PO BOX 660685, BIRMINGHAM, AL 35266-0685
32448668   CAMPBELL COUNTY HOSPITAL DISTRICT, D/B/A CAMP, P O BOX 3011, GILLETTE, WY 827173011
32448669   CANCER CARE CENTERS OF BREVARD, INC., P O BOX 100045, ATLANTA, GA 303480045
32448670   CAPE CANAVERAL HOSPITAL, P O BOX 320069, COCOA BEACH, FL 329320069
32448671 + CAPE CORAL EYE CENTER DBA TYSON EYE, PO BOX 101427, CAPE CORAL, FL 33910-1427
32448672 + CAPE CORAL HOSPITALISTS, 13607 PINE VILLA LANE, FORT MYERS, FL 33912-1617
32448673   CAPITAL ANESTHESIA SOLUTIONS OF FL, P O BOX 72561, CLEVELAND, OH 441920002
32448674 + CARBON COUNTY THERAPY LLC, 2002 WEST SUNSET DR STE 1, RIVERTON, WY 82501-2285
32448675   CARDIOCARE LLC, P O BOX 347262, PITTSBURGH, PA 152514262
32448677 + CARDIOLOGY ASSOCIATES LLC, PO BOX 418004, BOSTON, MA 02241-8004
32448678 + CARDIOLOGY ASSOCIATES OF OZARK, 2015 ALEXANDER DR, DOTHAN, AL 36301-3032
32448681   CARDIOLOGY CONSULTANTS OF NAPLES, PO BOX 111077, NAPLES, FL 341080118
32448682 + CARDIOLOGY CONSULTANTS, PC, 701 UNIVERSITY BLVD E STE 400, TUSCALOOSA, AL 35401-7420
32448683 + CARDIOLOGY PC, 801 PRINCETON AVE SW STE 707, BIRMINGHAM, AL 35211-1395
32448684 + CARDIONET, LLC, P O BOX 417566, BOSTON, MA 02241-7566
32448686 + CARDIOVASCULAR ASSOCIATES, 1901 SPRINGHILL AVENUE, MOBILE, AL 36607-2303
32448687   CARDIOVASCULAR CARE OF ALABAMA, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770
32448688   CARDIOVASCULAR DIAGNOSTIC CENTER, 925 HEATHERFIELD LN, MILLERSVILLE, MD 211081961
32448689 + CARESPACE, INC, 28505 SW GRAHAM FERRY RD, WILSONVILLE, OR 97070-9518

| | | |
|---|---|---|
| 32448690 | | CARIS MPI, INC, PO BOX 841943, DALLAS, TX 752841943 |
| 32448691 | | CARMONA PATHOLOGY ASSOCIATES PA, 3450 BUSCHWOOD PK DR STE 150, TAMPA, FL 336184465 |
| 32448692 | + | CARROLL COUNTY HOSPITAL, PO BOX 791785, BALTIMORE, MD 21279-1785 |
| 32448693 | + | CARROLL HEALTH GROUP, PO BOX 45962, BALTIMORE, MD 21297-5962 |
| 32448694 | + | CARTER, DERRICK, 571 S. 6TH STREET, MACCLENNY, FL 32063-2605 |
| 32448695 | + | CASPER CARDIOLOGY, LLC, 428 S DURBIN ST SUITE 104, CASPER, WY 82601-2829 |
| 32448696 | + | CASPER MEDICAL IMAGING PC, 419 S. WASHINGTON ST, STE 101, CASPER, WY 82601-2991 |
| 32448697 | + | CASPER SURGICAL CENTER, D/B/A CENTRAL WYOMING, 1201 E. 3RD STREET, CASPER, WY 82601-2932 |
| 32448698 | + | CATONSVILLE PHYSICAL THERAPY, LLC, 700 GEIPE ROAD, STE 240, CATONSVILLE, MD 21228-4176 |
| 32448699 | | CENTER FOR CANCER CARE, ONE HOSPITAL DR STE 100, HUNTSVILLE, AL 358013495 |
| 32448700 | | CENTER FOR EMERGENCY MEDICINE, PO BOX 223016, PITTSBURGH, PA 152512016 |
| 32448701 | + | CENTER FOR MEDICINE INC, PO BOX 19629, BELFAST, ME 04915-4091 |
| 32448702 | + | CENTER FOR PAIN MANAGEMENT, LLC, P O BOX 74166, CLEVELAND, OH 44194-4166 |
| 32448703 | | CENTER FOR PAIN OF MONTGOMERY, PC, PO BOX 241348, MONTGOMERY, AL 361241348 |
| 32448704 | + | CENTER FOR SPEECH AND LANGUAGE PATH, 1106 GLENEAGLES DR SW, HUNTSVILLE, AL 35801-6404 |
| 32448705 | + | CENTRAL AL UROLOGY ASSOC, 1722 PINE ST STE 903, MONTGOMERY, AL 36106-1104 |
| 32448706 | + | CENTRAL ALABAMA RADIATION ONCOLOGY LLC, 4143 CARMICHAEL RD, MONTGOMERY, AL 36106-2803 |
| 32448707 | | CENTRAL BREVARD ANES PA, P O BOX 919370, ORLANDO, FL 328919370 |
| 32448709 | + | CENTRAL WYOMING SKIN CLINIC, 2546 EAST 2ND STREET, STE 400, CASPER, WY 82609-2062 |
| 32448710 | + | CENTRAL WYOMING UROLOGICAL ASSOC, 1416 EAST A STREET, CASPER, WY 82601-2276 |
| 32448711 | # | CHEN, XINYU, 8712 MARSH RIDGE DR, MONTGOMERY, AL 361178509 |
| 32448712 | | CHESAPEAKE ONCOLOGY HEMATOLOGY, PO BOX 822729, PHILADELPHIA, PA 191822729 |
| 32448713 | + | CHESAPEAKE UROLOGY ASSOC, PO BOX 829922, PHILADELPHIA, PA 19182-1922 |
| 32448714 | + | CHESAPEAKE UROLOGY ASSOCIATES, PO BOX 829922, PHILADELPHIA, PA 19182-1922 |
| 32448715 | + | CHEYENNE EYE CLINIC, 1300 E 20TH STREET, CHEYENNE, WY 82001-4021 |
| 32448716 | + | CHEYENNE OCULAR SURGERY, LLC, 1300 E 20TH STREET, CHEYENNE, WY 82001-4021 |
| 32448717 | + | CHEYENNE ORAL & MAXILLOFACIAL SURG ASSOC, 6238 YELLOWSTONE ROAD, CHEYENNE, WY 82009-3432 |
| 32448718 | + | CHEYENNE RADIOLOGY GROUP, 2003 BLUEGRASS CIRCLE, CHEYENNE, WY 82009-7329 |
| 32448719 | + | CHEYENNE RADIOLOGY GROUP (INVOICE ONLY), 2003 BLUEGRASS CIR, CHEYENNE, WY 82009-7329 |
| 32448722 | + | CHEYENNE SKIN CLINIC, 123 WESTERN HILLS BLVD, CHEYENNE, WY 82009-3446 |
| 32448723 | + | CHEYENNE UROLOGICAL, PC, 2301 HOUSE AVENUE, SUITE 500, CHEYENNE, WY 82001-3179 |
| 32448724 | | CHILDERSBURG AMBULANCE SERVICE, 122 6TH AVE SW, CHILDERSBURG, AL 350441646 |
| 32448725 | | CHIPPENHAM JW HOSPITAL, P O BOX 402486, ATLANTA, GA 303842486 |
| 32448726 | | CHISHOLM III, ROY D. DBA ALLEGANY SURGICAL AS, 12502 WILLOWBROOK ROAD, STE 500, CUMBERLAND, MD 215026572 |
| 32448727 | + | CHRIST HEALTH CENTER INC, PO BOX 16706, BELFAST, ME 04915-4062 |
| 32448728 | | CHUNG, TAI Q, P. O. BOX 242848, MONTGOMERY, AL 361242848 |
| 32448729 | + | CITY OF EUFAULA RESCUE SQUAD, 115 SOUTH ORANGE AVENUE, EUFAULA, AL 36027-1626 |
| 32448730 | + | CITY OF OZARK, PO BOX 863, LEWISVILLE, NC 27023-0863 |
| 32448732 | + | CITY OF SAUSBURY, 325 CYPRESS ST,, SALISBURY, MD 21801-4060 |
| 32448733 | + | CITY OF TORRINGTON DBA TORRINGTON AMBULANCE S, PO BOX 250, TORRINGTON, WY 82240-0250 |
| 32448734 | + | CLARK & HIRSCH NEUROSURGERY, 6701 AIRPORT BLVD, C 138, MOBILE, AL 36608-3784 |
| 32448736 | | CLEAR IMAGING, 44440 SONOMA RANCH BLVD, STE G, LAS CRUCES, NM 88011 |
| 32448737 | + | CLEARVIEW DIAGNOSTIC IMAGING, LLC, 3601 CCI DR NW, HUNTSVILLE, AL 35805-2606 |
| 32448738 | + | CLEVELAND CLINIC, 9500 EUCLID AVENUE L22, CLEVELAND, OH 44195-0002 |
| 32448740 | + | CLINICAL COLLEAGUES INC, P O BOX 824246, PHILADELPHIA, PA 19182-4246 |
| 32448742 | | CLINICAL LABORATORY ASSOCIATES LLC, PO BOX 1147, LAUREL, MD 207251147 |
| 32448743 | + | CLINICAL LABORTORY OF THE BLACK HILLS, 2805 5TH STREET, SUITE 210, RAPID CITY, SD 57701-7330 |
| 32448744 | | CLIO FIRE & RESCUE SQUAD INC, P O BOX 338, CLIO, AL 360170338 |
| 32448745 | | COASTAL HEALTH SYSTEMS OF BREVARD INC, P O BOX 560750, ROCKLEDGE, FL 329560750 |
| 32448746 | #+ | COASTAL HOSPICE, 2604 OLD OCEAN CITY ROAD, SALISBURY, MD 21804-4629 |
| 32448747 | | COASTAL NEUROLOGICAL INSTITUTE PC, DEPT AT 952614, ATLANTA, GA 311922614 |
| 32448748 | | COASTAL ORTHOPEDICS AND SPORTS MEDICINE OF SO, P O BOX 20047, TAMPA, FL 336220047 |
| 32448749 | | COFFEE COUNTY PHYSICIANS GROUP PC, PO BOX 830525 DEPT SF 125, BIRMINGHAM, AL 352830525 |
| 32448750 | | COGENT HEALTHCARE OF DECATUR LLC, P O BOX 741571, LOS ANGELES, CA 900741571 |
| 32448751 | + | COLLIER COUNTY HEALTH DEPARTMENT, 3339 TAMIAMI TRL E. STE 145, NAPLES, FL 34112-5361 |
| 32448752 | + | COLLIER HEALTH SERVICES, INC, PO BOX 15393, BELFAST, ME 04915-4048 |
| 32448753 | + | COLLIER HMA PHYSICIAN MANAGEMENT, LLC DBA PHY, PO BOX 277575, ATLANTA, GA 30384-7575 |
| 32448754 | + | COLORADO HOSPITALIST SVS PLLC, 501 E HAMPDEN AVE, ENGLEWOOD, CO 80113-2702 |
| 32448755 | | COLUMBIA OUTPATIENT SEDATION, 7120 MINSTREL WAY STE 100, COLUMBIA, MD 210455274 |
| 32448758 | | COMMONWEALTH HAND THERAPY, 330 WALLER AVE STE 275, LEXINGTON, KY 405042930 |
| 32448759 | | COMMONWEALTH RADIOLOGY PC, PO BOX 117653, ATLANTA, GA 303687653 |
| 32448760 | + | COMMUNITY ANESTHESIA, PO BOX 235019, MONTGOMERY, AL 36123-5019 |

32448762 + COMMUNITY HOSPITAL PHYSICIANS, 80 HERREN HILL ROAD, TALLASSEE, AL 36078-1263
32448761 + COMMUNITY HOSPITAL PHYSICIANS, PO BOX 1540, GREELEY, CO 80632-1540
32448763 COMMUNITY MEDICAL ASSOCIATES, PO BOX 776351, CHICAGO, IL 606776351
32448764 COMMUNITY PATHOLOGY LABORATORY, PO BOX 10, COOKEVILLE, TN 385030010
32448765 + COMMUNITY RADIOLOGY ASSOCIATES INC., RADNET, INC.-REIMBURSEMENT OPERATIONS, 1150 PITTSFORD VICTOR RD BLDG G STE 2, PITTSFORD, NY 14534-3838
32448766 + COMMUNITY RESCUE SERVICE INC, 110 EASTERN BOULEVARD NORTH, HAGERSTOWN, MD 21740-5843
32448767 + COMPASSUS PALLIATIVE CARE CONSULTATION PROGRA, PO BOX 639242, CINCINNATI, OH 45263-9242
32448768 + COMPLEXIONS DERMATOLOGY PC, PO BOX 12229, BELFAST, ME 04915-4013
32448770 COMPREHENSIVE NEUROLOGY SERVICES, 196 THOMAS JOHNSON DR STE 120, FREDERICK, MD 217024521
32448771 + COMPREHENSIVE PAIN CENTER, 2700 US-280 SUITE 212, BIRMINGHAM, AL 35223-2468
32448773 + COMPUMED, INC, 5777 WEST CENTURY BLVD, STE 360, LOS ANGELES, CA 90045-5655
32448774 CONCENTRIC HOSPITALIST GROUP PC, PO BOX 530604, BIRMINGHAM, AL 352530604
32448775 CONNEXIS MEDICAL SERVICES LLC, 5955 RAND BLVD, SARASOTA, FL 342385160
32448776 CORRECTIONAL DIALYSIS SERVICES LLC DBA RENDEV, PO BOX 224414, DALLAS, TX 752224414
32448778 + COTTRELL, CARL C, 101 S RAILWAY, NEWCASTLE, WY 82701-2814
32448779 + COUNTY MEDICAL TRANSPORT INC, P O BOX 452, WILLIAMSPORT, MD 21795-0452
32448780 + COUNTY OF BAKER D/B/A BAKER COUNTY FIRE RESCU, 1190 W. MACCLENNY AVE, MACCLENNY, FL 32063-4458
32448781 + COUNTY OF MANATEE, PO BOX 589, BRADENTON, FL 34206-0589
32448782 + COX OCULAR PROSTHETICS INC, 700 SOUTH 18TH STREET, SUITE 402, BIRMINGHAM, AL 35233-3804
32448783 + CRAWFORD, JR, OLIVER W, 218 HOSPITAL AVE, STE B, OZARK, AL 36360-2072
32448785 + CRESTVIEW URGENT CARE, 2400 FERDON BOULEVARD, SUITE A, CRESTVIEW, FL 32536-6459
32448786 + CRISIS CENTER INC, 3620 8TH AVENUE SOUTH, BUILDING C, SUITE 110, BIRMINGHAM, AL 35222-3219
32448787 + CRISIS CENTER INC, 3620 8TH AVENUE SOUTH, SUITE 110, BIRMINGHAM, AL 35222-3219
32448788 + CRISIS SERVICES OF NORTH ALABAMA INC, PO BOX 368, HUNTSVILLE, AL 35804-0368
32448789 + CRISIS SERVICES OF NORTH ALABAMA INC., 208 EXCHANGE PLACE, HUNTSVILLE, AL 35806-2300
32448790 + CRNA SERVICES OF DECATUR GENERAL HOSPITAL, PO BOX 2239, DECATUR, AL 35609-2239
32448791 CRONIN, JR, TERRENCE A, 1399 S HARBOR CITY BLVD, MELBOURNE, FL 329013208
32448792 CRONIN, SR, TERRENCE, 1399 S HARBOR CITY BLVD, MELBOURNE, FL 329013208
32448793 + CROSSWHITE, KENNETH S, PO BOX 660257, BIRMINGHAM, AL 35266-0257
32448794 + CROUCH, PA, MICHAEL E, 105 PINE BLUFF ROAD, STE 7, SALISBURY, MD 21801-7199
32448795 CUMBERLAND VALLEY ENT CONSULT, 11110 MEDICAL CAMPUS RD 126, HAGERSTOWN, MD 217426799
32448796 + CUMBERLAND VALLEY RETINA CONSULTANTS PC, 1800 DUAL HIGHWAY, STE 201, HAGERSTOWN, MD 21740-6636
32448797 + CUNNINGHAM PATHOLOGY LLC, PO BOX 281100, ATLANTA, GA 30384-1100
32448798 CYTOPATH PC, PO BOX 162848, ATLANTA, GA 303212848
32448799 DALE MEDICAL CENTER PHYS, PO BOX 863, OZARK, AL 363610863
32448800 DALE MEDICAL CENTER PHYSICIANS, P O BOX 863, OZARK, AL 363610863
32448801 + DAVE, PRAFULL K, 188 THOMAS JOHNSON DR, SUITE 200, FREDERICK, MD 21702-5181
32448802 DAVID A SIMONSON DPM PA, 1950 US HWY 1, STE 107, ROCKLEDGE, FL 329553763
32448803 + DAVID ASHLEY ORAL & MAXILLOFACIAL SURGERY, 813 SHADES CREEK PKWY #205, BIRMINGHAM, AL 35209-4512
32448804 DAVITA, P O BOX 402946, ATLANTA, GA 303842946
32448805 + DCH HEALTHCARE AUTHORITY DBA DCH ONCOLOGY PHY, 3901 GREENSBORO AVE SUITE A, TUSCALOOSA, AL 35405-3771
32448806 + DCH MEDICAL CENTER CRNAS, PO BOX 660257, BIRMINGHAM, AL 35266-0257
32448807 DCH PROFESSIONAL ANCILLARY SVC, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770
32448808 + DCH REGIONAL MEDICAL CENTER PHYSICIANS, 809 UNIVERSITY BLVD E, TUSCALOOSA, AL 35401-2071
32448809 DECATUR AMBULATORY SURGERY CENTER PHYS, 2828 HWY 31 S., DECATUR, AL 356031538
32448810 DECATUR DIAGNOSTIC LAB, INC, 2828 HWY 31 SOUTH, STE 3, DECATUR, AL 356031538
32448811 + DECATUR DIGESTIVE DISEASES PC, 2828 HWY 31 SOUTH SUITE 117, DECATUR, AL 35603-1538
32448812 DECATUR MORGAN EMERG MED, P O BOX 11407 DEPT 8219, BIRMINGHAM, AL 352468219
32448813 DECATUR MORGAN HOSPITAL EMS, PO BOX 11407 DEPT 8316, BIRMINGHAM, AL 352463035
32448814 + DECATUR MORGAN HOSPITAL PHYSICIANS, P O BOX 11407 DEPT 5531, BIRMINGHAM, AL 35246-3035
32448815 DECATUR MORGAN HOSPITALISTS, PO BOX 21007, HUNTSVILLE, AL 358135007
32448816 + DECATUR MORGAN NEUROLOGY, PO BOX 2239, DECATUR, AL 35609-2239
32448817 DECATUR MORGAN SPECIALISTS, 1201 7TH STREET SE, DECATUR, AL 356013337
32448819 + DELMARVA LASER EYE CENTER, 405 MARVEL CT, EASTON, MD 21601-4053
32448820 DELMARVA RADIOLOGY PA, 918 EASTERN SHORE DR, SALISBURY, MD 218046410
32448821 + DELTA KIDNEY AND HYPERTENSION, PLC, PO BOX 1149, OCOEE, FL 34761-1149
32448822 DHY REHAB LLC, 4465 NARROW LANE RD, MONTGOMERY, AL 361162953
32448823 + DIABETES MANAGEMENT PARTNERS, LLC DBA GLYCARE, 7751 BELFORT PKWY, STE 120, JACKSONVILLE, FL 32256-6921
32448824 DIAGNOSTIC AND CLINICAL CARE SVCS, 2100 N WICKHAM RD, MELBOURNE, FL 329358110
32448825 + DIAGNOSTIC HEALTH MRI OF GADSDEN, LLC, PO BOX 1000 DEPT 447, MEMPHIS, TN 38148-0001

District/off: 113A-2     User: admin     Page 7 of 31

Date Rcvd: May 19, 2026     Form ID: 309F1     Total Noticed: 1551

| | | |
|---|---|---|
| 32448826 | | DIAGNOSTIC IMAGING ALLIANCE OF LOUIS, PO BOX 950121, LOUISVILLE, KY 402950121 |
| 32448827 | | DIAGNOSTIC IMAGING SERVICES LLC, 10715 DOWNSVILLE PK STE 103, HAGERSTOWN, MD 217407240 |
| 32448828 | | DIAGNOSTIC LABORATORIES, PO BOX 676192, DALLAS, TX 752676192 |
| 32448829 | | DIAGNOSTIC MEDICAL IMAGING PA, PO BOX 79470, BALTIMORE, MD 212790470 |
| 32448830 | + | DIAGNOSTIC MEDICAL IMAGING PAV, 5755 CEDAR LN, COLUMBIA, MD 21044-2912 |
| 32448831 | | DIAGNOSTIC MOBILE XRAY INC, 28100 CHALLENGER BLVD, STE 112, PUNTA GORDA, FL 339822403 |
| 32448832 | | DIAGNOSTIC XRAY PHYSICIANS PSC, PO BOX 776145, CHICAGO, IL 606776145 |
| 32448833 | + | DIGESTIVE CARE SPECIALISTS LLC, PO BOX 31001-2907, PASADENA, CA 91110-0001 |
| 32448834 | | DIGESTIVE DISEASE ASSOCIATES, LLC, 577 CEDAR LN, COLUMBIA, MD 21044 |
| 32448835 | + | DIGESTIVE DISEASE SPECIALISTS OF MANATEE, PO BOX 15089, BRADENTON, FL 34280-5089 |
| 32448840 | + | DJO LLC - LEXINGTON, PO BOX 515471, LOS ANGELES, CA 90051-6771 |
| 32448841 | + | DOCTORS COMMUNITY HOSPITAL, P O BOX 38034, BALTIMORE, MD 21297-8034 |
| 32448842 | + | DONALD B PLUMMER LLC, PO BOX 22360, BELFAST, ME 04915-4475 |
| 32448843 | + | DONTINENI, SRINIVAS, 2428 CLEAELAKE RD BLDG K, COCOA, FL 32922-5722 |
| 32448844 | + | DOTHAN AMBULANCE SERVICE, 923 SOUTH FOSTER STREET, DOTHAN, AL 36301-3649 |
| 32448845 | + | DOTHAN ANESTHESIOLOGY, PO BOX 934399, ATLANTA, GA 31193-4399 |
| 32448846 | | DOTHAN HYPERTENSION NEPHROLOGY, 207 HAVEN DRIVE, DOTHAN, AL 363012919 |
| 32448847 | + | DOTHAN MEDICAL ASSOCIATES PC, 1118 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3027 |
| 32448848 | + | DRS. MORI, BEAN & BROOKS, PA, PO BOX 116700, BUILDING 300, ATLANTA, GA 30368-6700 |
| 32448849 | + | DYAS, LLOYD C, 101 JAMES N HOYATER ROAD, RUSSELLVILLE, AL 35653-8004 |
| 32478724 | + | Diana Montemayor, 19737 petersburg ct, PARKER, CO 80134-7417 |
| 32448850 | | EAR NOSE THROAT HEAD & NECK, 201 WHITESPORT DR, HUNTSVILLE, AL 358016449 |
| 32448851 | + | EAR, NOSE, THROAT ASSOCIATES, 701 MANATEE AVE W STE 202, BRADENTON, FL 34205-8624 |
| 32448852 | | EAST ALABAMA MEDICAL CENTER PHYSICIANS, PO BOX 3488, DEPT 05-116, TUPELO, MS 388033488 |
| 32448853 | | EASTERN HOSPITAL MEDICINE PC, P O BOX 830674 MSC# 716, BIRMINGHAM, AL 352830674 |
| 32448855 | + | EASTERN SHORE ANESTHESIA PC, PO BOX 757, FLORENCE, AL 35631-0757 |
| 32448856 | | EASTERN SHORE ENT, 106 MILFORD ST STE 101, SALISBURY, MD 218046966 |
| 32448857 | | EASTERN SHORE ORTHOTICS AND PROSTHETIC, PO BOX 650846, DALLAS, TX 752650846 |
| 32448859 | | ECHO VOLUNTEER RESCUE SQUAD INC, 11687 E HWY 27, NEWVILLE, AL 363537537 |
| 32448860 | + | ECM HEALTH GROUP LLC, PO BOX 11711, BELFAST, ME 04915-4008 |
| 32448861 | + | EDGER ASSO INC DBA MOBILE ULTRA SOUND SERVICE, 720 E. FLETCHER AVE., SUITE 101, TAMPA, FL 33612-2639 |
| 32448862 | + | EDWARDS LAKE MEDICAL CENTER LLC - PHYSICIANS, 3240 EDWARDS LAKE PARKWAY 204, BIRMINGHAM, AL 35235-3128 |
| 32448863 | + | EL PASO PULMONARY ASSOCIATION, 4305 N MESA SUITE A, EL PASO, TX 79902-1124 |
| 32448864 | | EL PASO SLEEP DISORDER CENTER, 1016 QUINTA ANTIGUA LN, EL PASO, TX 799122039 |
| 32448865 | | ELITE MEDICAL TRANASPORT NM, P. O. BOX 929, SANTA TERESA, NM 880080929 |
| 32448866 | + | ELITE NEUROMONITORING, 2105 E SOUTH BLVD,, MONTGOMERY, AL 36116-2409 |
| 32448867 | + | ELMORE COMMUNITY HOSP PHYSICIANS, PO BOX 130, WETUMPKA, AL 36092-0003 |
| 32448868 | + | EM ALLIANCE LLC, 7 EASTON OVAL, COLUMBUS, OH 43219-6010 |
| 32448869 | + | EMERALD COAST DERMATOLOGY & SKIN SURGERY, 350 W REDSTONE AVE, CRESTVIEW, FL 32536-6433 |
| 32448870 | + | EMERALD COAST INFECTIOUS DISEASES MEDICAL GRO, 917 MAR WALT DRIVE, FORT WALTON BEACH, FL 32547-6759 |
| 32448871 | + | EMERALD COAST SPORTS MEDICINE AND ORTHOPAEDIC, 339 RACETRACK ROAD, SUITE 12, FORT WALTON BEACH, FL 32547-1581 |
| 32448872 | + | EMERALD COAST SURGERY CENTER, 995 MAR WALT DRIVE, FORT WALTON BEACH, FL 32547-6758 |
| 32448874 | | EMERGENCY COVERAGE SERVICES, PO BOX 636019, CINCINNATI, OH 452636019 |
| 32448875 | | EMERGENCY MEDICAL PHYSICIANS PC, P O BOX 52280, CASPER, WY 826052280 |
| 32448876 | + | EMERGENCY MEDICINE ASSOC, P. O. BOX 9431, BELFAST, ME 04915-9431 |
| 32448877 | + | EMERGENCY MEDICINE SERVICES, PO BOX 748791, ATLANTA, GA 30374-8791 |
| 32448879 | | EMERGENCY PHYSICIANS GROUP, PO BOX 11407 DRAWER 0314, BIRMINGHAM, AL 352460314 |
| 32448880 | | EMERGENCY PHYSICIANS SPPS, P O BOX 824173, PHILADELPHIA, PA 191824173 |
| 32448881 | | EMERGENCY SERVICE ASSOCIATES, P O BOX 69318, BALTIMORE, MD 212649318 |
| 32448884 | + | EMES PROFESSIONAL ASSOCIATES PC, 300 COLUMBUS CIR, SUITE A, EDISON, NJ 08837-3907 |
| 32448885 | | EMPIRE STATE RADIOLOGY, PO BOX 784407, PHILADELPHIA, PA 191784407 |
| 32448886 | + | ENCORE REHABILITATION, INC DBA ENCORE REHAB D, 251 JOHNSTON ST SUITE 300, DECATUR, AL 35601-2535 |
| 32448888 | + | ENG, JEFFREY K, 736 US HIGHWAY 231, SUITE 6, WETUMPKA, AL 36093-1274 |
| 32448889 | + | ENT ASSOCIATES OF ALABAMA PC, 833 SAINT VINCENTS DRIVE, SUITE 402, BIRMINGHAM, AL 35205-1613 |
| 32448890 | | ENTERPRISE RESCUE, INC., 519 E. LEE STREET, ENTERPRISE, AL 363302284 |
| 32448891 | | EP MEDICAL TRANSPORT LLC, 530 N. TELSHOR BLVD, LAS CRUCES, NM 880118243 |
| 32448892 | | ER PHYS GRP AT SLUH LLC, P O BOX 505315, SAINT LOUIS, MO 631505313 |
| 32448893 | + | ESCAMBIA COUNTY ALABAMA COMMUNITY HOSP INC, D, PO BOX 11407 DEPT. 8332, BIRMINGHAM, AL 35246-3035 |
| 32448895 | + | ESSE HEALTH, PO BOX 23340, SAINT LOUIS, MO 63156-3340 |
| 32448896 | + | ESTERO DERMATOLOGY AND SKIN SURGERY CENTER, 10200 ARCOS AVE, STE 201, ESTERO, FL 33928-3529 |
| 32448897 | + | EXCEL CARE ORTHPEDICS PLLC, 300 RIVERSIDE DR E, STE 1300, BRADENTON, FL 34208-1022 |

32448898   + EXCELSIOR AMBULANCE SERVICE INC, 1 EXCELSIOR WAY SE, LUDOWICI, GA 31316-2060
32448899     EXOSOME DIAGNOSTICS, LBX - 139158 PO BOX 1691, MINNEAPOLIS, MN 554801691
32448901     EYE CENTERS OF LOUISVILLE PSC, 1935 BLUEGRASS AVE SUITE 200, LOUISVILLE, KY 402151181
32448902   + EYE PARTNERS PC, 2800 ROSS CLARK CIRCLE, DOTHAN, AL 36301-2039
32448903   + EYE SURGEONS OF RICHMOND DBA VIRGINIA EYE INS, 400 WESTHAMPTON STATION, RICHMOND, VA 23226-3330
32448904   + EYE SURGERY CENTER OF NORTH ALABAMA PHYS, 3501 SOUTH MEMORIAL PARKWAY, SUITE 100, HUNTSVILLE, AL
             35801-6900
32448906   ++ FAIRHOPE INTERNAL MEDICINE, 150 S INGLESIDE ST STE6, FAIRHOPE INTERNAL MEDICINE AL 36532-1804 address filed
             with court:, FAIRHOPE INTERNAL MEDICINE PC, 150 S INGLESIDE ST, STE 6, FAIRHOPE, AL 36532
32448907   + FAMILY CARE, 6078 14TH ST, BRADENTON, FL 34207-4104
32448908   + FAMILY FOOT AND LEG CENTER, P.A., PO BOX 14388, BELFAST, ME 04915-4036
32448909     FAMILY MEDICAL CARE LLC, 2107 59TH STREET W, BRADENTON, FL 342097015
32448910     FASMA, 10901 CONNECTICUT AVE SUITE 300, KENSINGTON, MD 208951647
32448911   + FERN CREEK FIRE PROTECTION DISTRICT, PO BOX 589, MADISONVILLE, KY 42431-5011
32448912     FILLMORE EYE CLINIC INC, 1124 10TH ST., ALAMOGORDO, NM 883106414
32448913     FIRST COAST CARDIOVASCULAR, 3900 UNIVERSITY BLVD S, JACKSONVILLE, FL 322164313
32448914     FIRST COLONIES ANESTHESIA ASSOCIATES LLC, P O BOX 840939, DALLAS, TX 752840939
32448915   + FIRST PREVENTION DIALYSIS CENTER, 17940 NW 27TH AVENUE, OPA LOCKA, FL 33056-3505
32448916   + FLORENCE PATHOLOGY SERVICES, PO BOX 10992, BIRMINGHAM, AL 35202-0992
32448917     FLORIDA CANCER SPECIALIST, P O BOX 102222, ATLANTA, GA 303682222
32448919   + FLORIDA DIGESTIVE HLTH SPECIALISTS LLP, PO BOX 919344, ORLANDO, FL 32891-9344
32448920   + FLORIDA HEART AND VASCULAR, 3155 SUNTREE BLVD SUITE 102, ROCKLEDGE, FL 32955-5797
32448921   + FLORIDA HOSPITAL MEDICAL GROUP, P O BOX 17805, BELFAST, ME 04915-4073
32448922     FLORIDA MEDICAL SPECIALISTS, PO BOX 38075, BALTIMORE, MD 212978075
32448923   + FLORIDA NEPHROLOGY ASSOCIATES, 801 GARDEN ST, TITUSVILLE, FL 32796-3401
32448924   + FLORIDA ORTHOPAEDIC INSTITUTE, PO BOX 9194, BELFAST, ME 04915-9194
32448925     FLORIDA RADIOLOGY ASSOCIATES LLC, 600 E DIXIE AVE, LEESBURG, FL 347485925
32448926   + FLORIDA RETINA SPECIALISTS PA, 280 N SYKES CREEK PKWY, STE B, MERRITT ISLAND, FL 32953-3491
32448927   + FLORIDA SURGICAL SPECIALISTS, 607 MANATEE AVE E, STE 102, BRADENTON, FL 34208-1158
32448928     FLORIDA TRAUMA SERVICES LL, PO BOX 748538, ATLANTA, GA 303748538
32448929   + FLORIDIAN EMERGENCY SPECIALISTS, P O BOX 21200, BELFAST, ME 04915-4109
32448930   + FLORIDIAN HOSPITALIST SERVICES LLC, P O BOX 21201, BELFAST, ME 04915-4109
32448931   + FLOWERS MEDICAL SERVICES, LLC, PO BOX 36494, BELFAST, ME 04915-1206
32448932   + FLOWERS PATHOLOGY GROUP LLC, P O BOX 11407, BIRMINGHAM, AL 35246-3035
32448933   + FM CLINIC, LLC, PO BOX 1684, DECATUR, AL 35602-1684
32448934   + FOOT ANDANKLE MGMT, 681 GOODLETTE ROAD, NAPLES, FL 34102-5458
32448935   + FORBUSH REHABILITATION PC, 100 DRAKE DRIVE #386, NORMAL, AL 35762-2218
32448936     FOREFRONT DERMATOLOGY, BIN 88617, MILWAUKEE, WI 532880617
32448937     FOREFRONT DERMATOLOGY SC, BIN 88617, MILWAUKEE, WI 532880617
32448938     FOREFRONT DERMATOLOGY SC, BIN 88617, MILWAUKEE, WI 532888617
32448939   + FORT WALTON BEACH MEDICAL CENTER, INC, PO BOX 402939, ATLANTA, GA 30384-2939
32448940   + FORWARD PATHOLOGY SOLUTION LLC, 500 FOLAR TRAI, HOPEWELL, VA 23860-1774
32448941   + FOUNDATION MEDICINE, INC., PO BOX 7247 LOCKBOX 6762, PHILADELPHIA, PA 19170-0001
32448942     FOUNDATION RADIOLOGY GROUP PC, PO BOX 675253, DETROIT, MI 482675253
32448943     FPI - SHOCK TRAUMA ASSOCIATES, P.A., PO BOX 64793, BALTIMORE, MD 212644793
32448944     FPI - UNIV MD MEDICAL MED SYSTEM CORP -(CRNA), P O BOX 830552, PHILADELPHIA, PA 191820552
32448945   + FPI - UNIV OF MARYLAND ANESTHESIOLOGY ASSOC P, 22 S GREENE ST, STE S11C00, BALTIMORE, MD 21201-1544
32448946   + FPI - UNIV OF MARYLAND CAPITAL REGION HEALTH, 14999 HEALTH CENTER DRIVE, STE 108, BOWIE, MD 20716-1079
32448947   + FPI - UNIV OF MARYLAND DIAGNOSTIC IMAGING SPE, PO BOX 17383, BALTIMORE, MD 21297-1383
32448948     FPI - UNIV OF MARYLAND NEUROLOGY ASSOCIATES,, P O BOX 64526, BALTIMORE, MD 212644526
32448949   + FPI - UNIV OF MARYLAND OBSTETRICAL AND GYNECO, 250 WEST PRATT, SUITE 880, BALTIMORE, MD 21201-6829
32448950     FPI - UNIV OF MARYLAND OTORHINOLARYNGOLOGY HE, PO BOX 64693, BALTIMORE, MD 212644693
32448951     FPI - UNIV OF MARYLAND PEDIATRIC ASSOC, PA, PO BOX 62063, BALTIMORE, MD 212642063
32448952     FPI - UNIV OF MARYLAND PHYS, P.A. DBA UNIV OF, PO BOX 64442, BALTIMORE, MD 212644442
32448953     FPI - UNIV OF MARYLAND RADIATION ONCOLOGY ASS, PO BOX 64620, BALTIMORE, MD 212644620
32448954     FPI - UNIV OF MD MED GROUP - INFECTIOUS DISEA, PO BOX 64442, BALTIMORE, MD 212644442
32448955     FPI - UNIV OF MD MED GRP - DIAG, PO BOX 64442, BALTIMORE, MD 212644442
32448956     FPI - UNIV OF MD MED GRP ENDO, P O BOX 64442, BALTIMORE, MD 212644442
32448957     FPI - UNIV OF MD MED GRP GASTR, PO BOX 64442, BALTIMORE, MD 212644442
32448958     FPI - UNIV OF MD MED GRP PULMO, PO BOX 64442, BALTIMORE, MD 212644442
32448959   + FPI - UNIVERSITY OF MARYLAND DIAGNOSTIC RADIO, PO BOX 735782, DALLAS, TX 75373-5782
32448960     FPI - UNIVERSITY OF MARYLAND EMERGENCY MEDICI, P O BOX 69451, BALTIMORE, MD 212649451
32448961     FPI - UNIVERSITY OF MARYLAND EYE ASSOC PA, P O BOX 64691, BALTIMORE, MD 212644691

32448962      FPI - UNIVERSITY OF MARYLAND MED GRP - NEPH, PO BOX 64442, BALTIMORE, MD 212644442
32448963      FPI - UNIVERSITY OF MARYLAND MEDICAL GROUP -, PO BOX 64442, BALTIMORE, MD 212644442
32448965      FPI - UNIVERSITY OF MARYLAND ONCOLOGY ASSOC P, P O BOX 62602, BALTIMORE, MD 212642602
32448966    + FPI - UNIVERSITY OF MARYLAND ORTHOPAEDIC ASSO, 110 SOUTH PACA ST, STE 300, BALTIMORE, MD 21201-1642
32448967      FPI - UNIVERSITY OF MARYLAND ORTHOPAEDIC TRAU, PO BOX 64881, BALTIMORE, MD 212644881
32448968      FPI - UNIVERSITY OF MARYLAND PATHOLOGY ASSOC, PO BOX 64592, BALTIMORE, MD 212644592
32448969      FPI - UNIVERSITY OF MARYLAND SURGICAL ASSOCIA, PO BOX 64226, BALTIMORE, MD 212644226
32448970    + FPI - UNIVERSITY OF MD PSYCHIATRY ASSOCIATES,, 110 SOUTH PACA ST, 4TH FLOOR, BALTIMORE, MD 21201-1642
32448971      FRANCISCO RUIZ MD PA, 2428 CLEARLAKE RD BLDG K, COCOA, FL 329225722
32448972      FRANCU ONE LLC, 626 C ADMIRAL DR 324, ANNAPOLIS, MD 214012151
32448973      FRANK B FONDREN DBA FONDREN ORTHOPAEDICS, PO BOX 1147, BAY MINETTE, AL 365071147
32448974    + FRANKLIN SQUARE HOSPITAL CENTER INC, 9000 FRANKLIN SQUARE DR, ROSEDALE, MD 21237-3997
32448975      FRAZIER OUTPATIENT HAND T, PO BOX 645966, PITTSBURGH, PA 152645257
32448976    + FREESTATE TRANSPORTATION, LLC DBA FREESTATE A, 1001 CROMWELL BRIDGE RD, STE 210, TOWSON, MD
              21286-3330
32448977    + FREMONT ORTHOPAEDICS PC, 815 E MAIN, LANDER, WY 82520-3491
32448978      FREMONT THERAPY GROUP, 2002 SUNSET DR STE 1, RIVERTON, WY 825012285
32448979      FRESENIUS VASCULAR CARE MONTGOMERY LLLP, 1501 FOREST AVENUE, MONTGOMERY, AL 361061539
32448980    + FREY, ANTHONY J. D/B/A ATLANTIC CARDIOLOGY AS, 1205 PEMBERTON DRIVE, STE 105, SALISBURY, MD 21801-2483
32448981    + FRONTIER AMBULANCE, 5251 SOUTH EAST STREET, STE 5,, INDIANAPOLIS, IN 46227-2041
32448982      G I ASSOCIATES OF WEST ALABAMA PC, 1774 MCFARLAND BLVD N, TUSCALOOSA, AL 354062136
32448983      GAGNON ONCOLOGY LLC, 111 LODER ST SUITE B, HORNELL, NY 148431950
32448985    + GARCIA CLINICAL LABORATORY, INC, 2195 SPRING ARBOR ROAD, JACKSON, MI 49203-2878
32448986      GARCIA, CARLOS M, 3081 GREEN FOREST CT, MONTGOMERY, AL 361173605
32448987      GARNET HEALTH DOCTORS PC, 707 EAST MAIN ST, MIDDLETOWN, NY 109402650
32448988      GARNET HEALTH MEDICAL CENTER, 707 EAST MAIN STREET, MIDDLETOWN, NY 109402650
32448989      GARNET HEALTH MEDICAL CENTER CATSKILLS, 68 HARRIS BUSHVILLE RD, HARRIS, NY 127420900
32448990    + GARRETT PHYSICAL THERAPY SERVICES, LLC, 2323 MELINDA DRIVE, OWINGS MILLS, MD 21117-2317
32448991      GASTRO CENTER OF MARYLAND, 7120 MINSTREL WY STE 100, COLUMBIA, MD 210455274
32448992    + GASTROENTEROLOGY ASSOCIATES NA PC, 513 BROOKWOOD BOULEVARD, STE 401, BIRMINGHAM, AL 35209-6883
32448993    + GASTROENTEROLOGY ASSOCIATES OF PENSACOLA PA, 4810 NORTH DAVIS HWY, PENSACOLA, FL 32503-2341
32448994      GASTROENTEROLOGY ASSOCIATES, PC, 1441 WILKINS CIRCLE, CASPER, WY 826011337
32448995    + GASTROENTEROLOGY CARE SPECIALISTS, LLC, 131 REDSTONE AVE STE 109, CRESTVIEW, FL 32539-5355
32448996    + GBMC HOSPITAL BASED SERVICES LLC, PO BOX 411384, BOSTON, MA 02241-1384
32448997    + GEM CITY BONE & JOINT PC (MCARE), D/B/A PREMI, 1909 VISTA DRIVE, LARAMIE, WY 82070-5530
32448998    + GENERAL AND VASCULAR SURGERY OF NORTHWEST ALA, P O BOX 660, RUSSELLVILLE, AL 35653-0616
32448999      GENERAL SURGERY AS, 4704 WHITESBURG DR SE, HUNTSVILLE, AL 358021631
32449000      GENESISCARE USA OF FLORIDA LLC, PO BOX 947152, ATLANTA, GA 303947152
32449001      GENOPTIX CLINICAL LABORATORY, PO BOX 946110, ATLANTA, GA 303946110
32449002      GHHI DBA THOMAS HOSPITAL PHYSICIAN, 750 MORPHY AVENUE, FAIRHOPE, AL 365321812
32449003    + GI PARTNERS OF ALABAMA, 1215 7TH STREET SE, DECATUR, AL 35601-3337
32449004    + GILCHRIST HOSPICE CARE INC, 11311 MCCORMICK RD STE 350, HUNT VALLEY, MD 21031-8618
32449005    + GLOBAL DIAGNOSTIC SERVICES INC, P O BOX 83526, CONYERS, GA 30013-9446
32449006    + GOMEZ, LESLIE, 250 2ND ST E, STE 3B, BRADENTON, FL 34208-1027
32449007    + GOSHEN VOLUNTEER AMBULANCE CORPS, INC, 8610 MAIN STREET, WLLIAMSVILLE, NY 14221-7455
32449008    + GRACE CARE LLC, P O BOX 1570, PRINCE FREDERICK, MD 20678-1570
32449009    + GRACE MEDICAL CENTER, PO BOX 69370, BALTIMORE, MD 21264-9370
32449010    + GRAYSON ASSOCIATE, PO BOX 2153 DEPT 3207, BIRMINGHAM, AL 35287-0002
32449012    + GREATER MONTG PC GASTROENTEROLOGY AND HEPATOL, PO BOX 22557, BELFAST, ME 04915-4474
32449011    + GREATER MONTG PC GASTROENTEROLOGY AND HEPATOL, 1722 PINE ST, STE 801, MONTGOMERY, AL 36106-1108
32449013      GREEN POND FIRE AND RESCUE, 19629 EASTERN VALLEY RD, WOODSTOCK, AL 351883464
32449014      GRIFFITH UROLOGY, PLLC, 575 S WICKHAM ROAD, STE A, MELBOURNE, FL 329041170
32449015      GUARDANT HEALTH INC, 29308 NETWORK PLACE, CHICAGO, IL 606731293
32449017      GULF HEALTH DBA NORTH BALDWIN INF PHYSICIANS, PO BOX 2144, MOBILE, AL 366522144
32449018      GULF REGIONAL PATHOLOGISTS PA, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509
32449019      GULF TO BAY ANESTHESIOLOGY ASSOCIATES P A, PO BOX 637791, CINCINNATI, OH 452630001
32449020    + H. LEE MOFFITT CANER CENTER AND RESEARCH INST, PO BOX 406249, ATLANTA, GA 30384-6249
32449021    + H. LEE MOFFITT CANER CENTER AND RESEARCH INST, 12902 MAGNOLIA DRIVE, TAMPA, FL 33612-9416
32449022    + HABIB, MAGED, 2300 S. CONGRESS AVE, BOYNTON BEACH, FL 33426-7400
32449023      HAND & PHYSICAL THERAPY OF WYOMING, 102 N BROWNFIELD, DOUGLAS OFFICE, DOUGLAS, WY 82633
32449024      HANGE PROSTHETICS & ORTHOTICS WEST, P O BOX 650846, DALLAS, TX 752650846
32449025      HANGER PROSTHETICS & ORTHOTICS, P O BOX 650846, DALLAS, TX 752650846
32449027    + HANGER PROSTHETICS & ORTHOTICS - AL, P O BOX 650846, DALLAS, TX 75265-0846

32449026     HANGER PROSTHETICS & ORTHOTICS - AL, PO BOX 650846, DALLAS, TX 752650846
32449029   + HANGER PROSTHETICS & ORTHOTICS INC, P O BOX 650846, DALLAS, TX 75265-0846
32449030     HANGER PROSTHETICS & ORTHOTICS INC - MD, P O BOX 650846, DALLAS, TX 752650846
32449032   + HANGER PROSTHETICS AND ORTHOTICS - DO NOT USE, P O BOX 650846, DALLAS, TX 75265-0846
32449034     HANGER PROSTHETICS AND ORTHOTICS INC - VA, P O BOX 650846, DALLAS, TX 752650846
32449035   + HARBOR HOSPITAL, PO BOX 418706, BOSTON, MA 02241-8706
32449036   + HARDY, LUCAS A, 4611 ARROYO DR, SUITE 1, CASPER, WY 82604-5116
32449037     HAYNES AMBULANCE OF ALABAMA INC, PO BOX 1844 DEPT HAA-91, MEMPHIS, TN 381011844
32449038     HAYNES AMBULANCE OF ELMORE COUNTY LLC, PO BOX 1844 DEPT. HAEC-88, MEMPHIS, TN 381011844
32449039   + HAYNES AMBULANCE OF MACON COUNTY LLC, PO BOX 1515, WETUMPKA, AL 36092-0028
32449040     HAYNES AMBULANCE OF TROY LLC, PO BOX 1844 DEPT. HAT-89, MEMPHIS, TN 381011844
32449041   + HAYNES LIFE FLIGHT, LLC, PO BOX 1515, WETUMPKA, AL 36092-0028
32449043   + HCA - HEALTHONE, LLC DBA ROSE MEDICAL CENTER, 4567 E. 9TH AVE, DENVER, CO 80220-3908
32449044     HCA FLORIDA ORANGE PARK HOSPITAL, P O BOX 402369, ATLANTA, GA 303842369
32449045     HCA HEALTH SERVICES OF FL DBA BLAKE MEDICAL C, PO BOX 402993, ATLANTA, GA 303842993
32449046     HEALOGICS SPECIALTY PHYSICIANS OF MARYLAND, L, P O BOX 645743, CINCINNATI, OH 452645743
32449047   + HEALTH CARE AUTHORITY OF THE CITY OF HUNTSVIL, 709 WARD AVE, HUNTSVILLE, AL 35801-3659
32449048     HEALTH FIRST MEDICAL GROUP, LLC, PO BOX 749156, ATLANTA, GA 303749156
32449049   + HEALTH FIRST MEDICAL GROUP, LLC, 1223 GATEWAY DRIVE, MELBOURNE, FL 32901-2607
32449050   + HEALTH FIRST PHYSICIAN SPECIAL, P O BOX 25265, BELFAST, ME 04915-2003
32449051     HEALTHONE IRL PATHOLOGY SERVICES LLC, P O BOX 744326, ATLANTA, GA 303744326
32449052   + HEARING CONSULTANTS, LLC, 10000 BLUE BANNER DRIVE, GERMANTOWN, MD 20876-4445
32449053     HEARING SOLUTIONS OF ALABAMA LLC, 8133 OLD FEDERAL ROAD, MONTGOMERY, AL 361178009
32449054   + HEART CARE ASSOCIATES PC, 5303 PLAZA DR, STE 102, HOPEWELL, VA 23860-7331
32449055     HEART CARE CFL, PA DBA HEART CARE CENTERS OF, 3822 S. WASHINGTON AVE, TITUSVILLE, FL 327805845
32449056   + HEART GROUP OF THE EASTERN SHORE, PO BOX 34208, BELFAST, ME 04915-0620
32449058   + HH DIGESTIVE DISEASE CENTER, PO BOX 21007, HUNTSVILLE, AL 35813-5007
32449061   + HH PHYSICIAN CARE, PO BOX 21007, HUNTSVILLE, AL 35813-5007
32449062   + HH PHYSICIANS NETWORK, PO BOX 21007, HUNTSVILLE, AL 35813-5007
32449063   + HIGH DESERT ORAL & FACIAL SURGERY, 10175 GATEWAY WEST, SUITE 304, EL PASO, TX 79925-2203
32449064     HIGH PLAINS VISION CENTER LLC, 2101 PLAZA ST, RAWLINS, WY 823016007
32449065     HIGH TECH IMAGING CENTER INC, P O BOX 6144, MONTGOMERY, AL 361060144
32449066     HM PRO FEE, 3316 US HIGHWAY 280, ALEXANDER CITY, AL 350103369
32449067   + HMA SANTA ROSA MEDICAL CENTER, LLC, P O BOX 281416, ATLANTA, GA 30384-1416
32449068   + HOLMES REGIONAL MEDICAL CENTER INC, 3300 FISKE BLVD, ROCKLEDGE, FL 32955-4306
32449069   + HOMETOWN EYECARE AND OPTICAL, 400 EAST ADAMS AVE, RIVERTON, WY 82501-4413
32449070     HORIZON IMAGING PC, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509
32449071     HOSPITAL MEDICINE ASSOCIATES, P O BOX 634937, CINCINNATI, OH 452634937
32449072   + HOSPITAL MEDICINE SERVICES, PO BOX 748793, ATLANTA, GA 30374-8793
32449073     HOSPITAL PHYSICIAN SERVICE - SE PROFESSIONAL, PO BOX 635061, CINCINNATI, OH 452635061
32449074     HOSPITAL UNIV OF LOUISVILLE, PO BOX 645380, PITTSBURGH, PA 152645251
32449075   + HOSPITALISTS SERVICES OF ALABAMA, LLC, 2018 BROOKWOOD MEDICAL CENTER DR, SUITE 311, BIRMINGHAM, AL
             35209-6870
32449076   + HOUSTON COUNTY HEALTHCARE AUTHORITY, D/B/A SE, PO BOX 1928, DOTHAN, AL 36302-1928
32449077     HOWARD COUNTY CENTER FOR LUNG AND SLEEP MEDIC, 8865 STANFORD BLVD, SUITE 201, COLUMBIA, MD
             210455422
32449078     HOWARD COUNTY FIRE RESCUE MD, P O BOX 49009, BALTIMORE, MD 212974909
32449079   + HOWARD COUNTY GENERAL HOSPITAL, P O BOX 418384, BOSTON, MA 02241-8384
32449080   + HUGHSTON CLINIC SOUTHEAST PC, P O BOX 18745, BELFAST, ME 04915-4082
32449082   + HUNTSVILLE HOSPITAL HOME MEDICAL EQUIPMENT, 900 BOB WALLACE AVENUE SW, STE 118, HUNTSVILLE, AL
             35801-5647
32449086   + HUNTSVILLE PODIATRY CENTER, 929 FRANKLIN STREET SE, HUNTSVILLE, AL 35801-4301
32449087   + HUNTSVILLE RENAL CLINIC, 810 FRANKLIN ST SUITE A, HUNTSVILLE, AL 35801-4310
32449088   + ICARE AMBULANCE LLC, 7375 S PEORIA ST STE 214, ENGLEWOOD, CO 80112-4157
32449089     IES ALABAMA PLLC, PO BOX 3347, INDIANAPOLIS, IN 462063347
32449090     IHC PHYSICIAN BILLING, P O BOX 27128, SALT LAKE CITY, UT 841270128
32449091     IMAGING ASSOCIATES OF NEW MEXICO LLC, P O BOX 207172, DALLAS, TX 753207172
32449092     IMC - EMERGENCY PHYSICIANS, 1725 SPRINGHILL AVE, MOBILE, AL 366041402
32449093   + IMC CANCER SURGERY OF MOBILE, 3 MOBILE INFIRMARY CIR SUITE 305, MOBILE, AL 36607-3515
32449094   + IMC DIAGNOSTIC & MEDICAL CANCER CENTER, 1700 SPRINGHILL AVE, STE 100, MOBILE, AL 36604-1416
32449095     IMC HOSPITALISTS P C, 1725 SPRINGHILL AVE, MOBILE, AL 366041402
32449096     IMC-ANESTHESIA SERVICES LLC, 1815 HAND AVE, BAY MINETTE, AL 365074110
32449097   + IMC-CARDIO-THORACIC AND VASCULAR, 1855 SPRINGHILL AVE, MOBILE, AL 36607-3592

IMC-EASTERN SHORE ADULT MEDICINE, 300 SOUTH GREENO RD, SUITE B, FAIRHOPE, AL 365321905

+ IMC-GULF COAST GASTROENTOLOGY, 188 HOSPITAL DR, STE 405, FAIRHOPE, AL 36532-2018

+ IMC-NEUROSURGERY LLC, 3 MOBILE INFIRMARY CIR, STE 410, MOBILE, AL 36607-3512

+ IMI RADIOLOGY PLLC, P O BOX 242848, MONTGOMERY, AL 36124-2848

INDEPENDENT LUNG ASSOCIATES PA, 1314 OAK STREET, MELBOURNE, FL 329013111

INFECTIOUS DISEASE ASSOCIATES OF NAP, 800 GOODLETTE ROAD, NAPLES, FL 341025448

INFUSYSTEM INC - AL, PO BOX 734355, CHICAGO, IL 606734355

+ INPATIENT CONSULTANTS OF FLORIDA INC D/B/A IP, PO BOX 631067, CINCINNATI, OH 45263-1067

INSTITUTE OF FACIAL SURGERY INC, 1093 SOUTH WICKHAM RD, MELBOURNE, FL 329041652

+ INSTITUTE OF NURSING EXCELLENCE DBA HEARTWORK, 1113 MURFREESBORO ROAD, SUITE 106-312, FRANKLIN, TN 37064-1306

+ INSTITUTIONAL EYE CARE LLC, 1053 E. WHITAKER MILL RD, SUITE 115, RALEIGH, NC 27604-5305

+ INTEGRATED REG LAB PATH SERVICE, PO BOX 741087, ATLANTA, GA 30374-1087

INTEGRATED REGIONAL LABORATORY, 5361 NW 33RD AVENUE, FORT LAUDERDALE, FL 333096313

+ INTEGRATED SPECIALISTS GROUP, P O BOX 19104, BELFAST, ME 04915-4086

+ INTENSIVE CARE CONSORTIUM INC D/B/A ICC GROUP, P O BOX 741627, ATLANTA, GA 30374-1627

INTERCOASTAL MEDICAL GROUP, 943 S BENEVA RD STE 306, SARASOTA, FL 342322499

+ INTERNAL MEDICINE & CARDIOLOGY ASSOCIATES, 1819 WEST OAK STREET, KISSIMMEE, FL 34741-4077

+ INTRACOASTAL SURGERY CENTER, 2200 W EAU GALLIE BLVD, STE 100, MELBOURNE, FL 32935-3166

IRHYTHM TECHNOLOGIES, INC, DEPT CH 16837, PALATINE, IL 600556837

+ ISHPAUL MEDICAL INC, 5250 17TH ST STE 7, SARASOTA, FL 34235-8242

+ IVINSON MEMORIAL HOSPITAL PHYSICIANS, 255 NORTH 30TH ST, LARAMIE, WY 82072-5140

+ JACKSON CLINIC CARDIOLOGY, 1758 PARK PL SUITE 401, MONTGOMERY, AL 36106-1135

+ JACKSON CLINIC OTOLARYNGOLOGY, 1111 OLIVE STREET, MONTGOMERY, AL 36106-1129

+ JACKSON HOSPITAL & CLINIC, PO BOX 14152, BELFAST, ME 04915-4032

+ JACKSON HOSPITAL & CLINIC PHY, PO BOX 14152, BELFAST, ME 04915-4032

+ JACKSON HOSPITAL & CLINIC PHYSICIANS, 1722 PINE STREET SUITE 503, MONTGOMERY, AL 36106-1160

+ JACKSON HOSPITAL AND CLINIC INC, 1722 PINE STREET SUITE 503, MONTGOMERY, AL 36106-1160

+ JACKSON HOSPITAL CLINIC, 1722 PINE STREET SUITE 503, MONTGOMERY, AL 36106-1160

+ JACKSON HOSPITAL CLINIC INC, PO BOX 14152, BELFAST, ME 04915-4032

+ JACKSON HOSPITAL CLINIC, INC, 1722 PINE STREET, MONTGOMERY, AL 36106-1160

JEWISH HOSPITAL, PO BOX 645966, PITTSBURGH, PA 152645257

JHU - CLINICAL CARDIAC ELECTROPHYSIOLOGY, P O BOX 64250, BALTIMORE, MD 212644250

JHU - EMERGENCY MEDICINE, PO BOX 64362, BALTIMORE, MD 212644362

JHU - MEDICINE/ENDOCRINOLOGY, P O BOX 64264, BALTIMORE, MD 212644264

JHU - MEDICINE/INFECTIOUS DISEASE, PO BOX 64264, BALTIMORE, MD 212644264

JHU - MEDICINE/INTERNAL MEDICINE, PO BOX 64264, BALTIMORE, MD 212644264

+ JHU - MEDICINE/PULMONARY, PO BOX 64264, BALTIMORE, MD 21264-4264

JHU - PATHOLOGY, P O BOX 64478, BALTIMORE, MD 212644478

JHU - PEDIATRICS/EMERGENCY MEDICINE, P O BOX 64316, BALTIMORE, MD 212644316

JHU - RADIATION ONCOLOGY, P O BOX 69199, BALTIMORE, MD 212649199

JHU - REHAB MEDICINE, PO BOX 64407, BALTIMORE, MD 212644407

JHU - TRANSPLANT/VASCULAR SURGERY, PO BOX 64563, BALTIMORE, MD 212644563

JHU - WILMER EYE INSTITUTE, P O BOX 64481, BALTIMORE, MD 212644481

JHU - WILMER EYE INSTITUTE/OD'S, P O BOX 64481, BALTIMORE, MD 212644481

+ JHU MEDICINE/GASTROENTEROLOGY, PO BOX 64264, BALTIMORE, MD 21264-4264

JHU-CARDIOLOGY, PO BOX 64250, BALTIMORE, MD 212644250

+ JOEL D. GREENBERG MD PA, 4401 S HOPKINS AVE, STE 103, TITUSVILLE, FL 32780-6679

+ JOHN CARROLL AREA AMBULANCE SERVICE, 13800 MCMULLEN HIGHWAY SW, CUMBERLAND, MD 21502-5622

+ JOHN HOPKINS HOSPITAL, P O BOX 860935, ORLANDO, FL 32886-0935

+ JOHN HOPKINS REGIONAL PHYSICIANS LLC, 10710 CHARTER DR STE 400, COLUMBIA, MD 21044-3276

JOHN HOPKINS UNIVERSITY - ANESTHESIA, PO BOX 64382, BALTIMORE, MD 212644382

JOHN-PAUL PHAM LLC, 4141 SOUTHPOINT DR E STE D, JACKSONVILLE, FL 322168061

+ JOHNS HOPKINS BAYVIEW MEDICAL CENTER, P O BOX 418137, BOSTON, MA 02241-8137

+ JOHNS HOPKINS COMMUNITY PHYS, PO BOX 418341, BOSTON, MA 02241-8341

+ JOHNS HOPKINS HOSPITAL, P O BOX 418297, BOSTON, MA 02241-8297

+ CJOHNS HOPKINS HOSPITAL PHYSICIANS, P O BOX 418297, BOSTON, MA 02241-8297

JOHNS HOPKINS HOSPITAL PHYSICIANS, P O BOX 64264, BALTIMORE, MD 212644474

+ JOHNS HOPKINS MEDICAL LABORATORIES, P O BOX 418511, BOSTON, MA 02241-8511

JOHNS HOPKINS REGIONAL PHYSICIANS LLC D/B/A I, 10710 CHARTER DR STE 400, COLUMBIA, MD 210443276

JOHNS HOPKINS UNIVERSITY, P O BOX 64260, BALTIMORE, MD 212644260

JOHNS HOPKINS UNIVERSITY D/B/A JHU-NEUROSURG, P O BOX 64286, BALTIMORE, MD 212644286

+ JOHNS HOPKINS UNIVERSITY - RADIOLOGY, PO BOX 64358, BALTIMORE, MD 21264-4358

32449166       JOHNS HOPKINS UNIVERSITY D/B/A JHU - ICU ASSO, P O BOX 64382, BALTIMORE, MD 212644382
32449167       JOHNS HOPKINS UNIVERSITY D/B/A JHU - MEDICINE, P O BOX 64264, BALTIMORE, MD 212644264
32449168       JOHNS HOPKINS UNIVERSITY D/B/A JHU - NEUROLOG, P O BOX 64227, BALTIMORE, MD 212644227
32449169       JOHNS HOPKINS UNIVERSITY D/B/A JHU - OTOLARYN, P O BOX 64588, BALTIMORE, MD 212644588
32449170       JOHNS HOPKINS UNIVERSITY D/B/A JHU - PLASTIC, P O BOX 64165, BALTIMORE, MD 212644165
32449171       JOHNS HOPKINS UNIVERSITY D/B/A JHU -ORTHOPAED, P O BOX 64664, BALTIMORE, MD 212644664
32449172  +  JOHNS HOPKINS UNIVERSITY D/B/A/ JHU - ANESTHE, P O BOX 64382, BALTIMORE, MD 21264-4382
32449173       JOHNS HOPKINS UNIVERSITY DERMATOLOGY, P O BOX 64252, BALTIMORE, MD 212644252
32449174       JOHNS HOPKINS UNIVERSITY JHU -ANESTHESIA PAIN, P O BOX 64382, BALTIMORE, MD 212644382
32449175       JOHNS HOPKINS UNIVERSITY PHY, PO BOX 64264, BALTIMORE, MD 212644264
32449176       JOHNS HOPKINS UNIVERSITY PHYS, PO BOX 64264, BALTIMORE, MD 212644264
32449177       JOHNS HOPKINS UNIVERSITY PHYSICIANS, PO BOX 64264, BALTIMORE, MD 212644264
32449178       JOHNS HOPKINS UNIVERSITY, D/B/A JHU - PSYCHIA, P O BOX 64260, BALTIMORE, MD 212644260
32449179       JOHNS HOPKINS UNIVERSITY/DEPARTMENT OF ONCOLO, PO BOX 64474, BALTIMORE, MD 212644474
32449180       JOY M DESHAZO MD LLC, 1490 HWY 72 E, HUNTSVILLE, AL 358111508
32449181  +  JULIANA DALE DO, 250 2ND STREE EAST STE 3B, BRADENTON, FL 34208-1027
32480303  +  Jacqueline Gardner, 12675 al hwy 144, ragland, AL 35131-4238
32480773  +  Jaime Carothers, 2225 Piney Creek Rd, Casper, WY 82604-1713
32478720  +  Jason J. Duran, 200 South Virginia Street, Las Cruces, NM 88001-3041
32463245  +  Jennifer Koppelman, W180n7819 Town Hall Road, Menomonee Falls, WI 53051-4015
32449183       KCI USA INCORPORATED, DBA 3M MEDICAL SOLUTION, P O BOX 301557, DALLAS, TX 753031557
32449184       KENTUCKY FOOT PROFESSIONAL, 2659 REGENCY RD, LEXINGTON, KY 405032922
32449185       KENTUCKY MEDICAL SVCS, PO BOX 1688, LEXINGTON, KY 405881688
32449186       KENTUCKYONE HEALTH, P O BOX 645133, PITTSBURGH, PA 152645133
32449188  +  KHOKHAR, ANWAR I, 821 N EUTAW STREET STE. 103, BALTIMORE, MD 21201-6305
32449190  +  KIDNEY AN HYPERTENSION SPECIALISTS OF AL, PO BOX 30233, BELFAST, ME 04915-2054
32449189  +  KIDNEY AN HYPERTENSION SPECIALISTS OF AL, 544 S MCDONOUGH ST, MONTGOMERY, AL 36104-4614
32449191       KIDNEY CLINIC OF NORTH FLORIDA, 12620 BEACH BLVD STE 3-422, JACKSONVILLE, FL 322467131
32449192       KIMBALL, MATTHEW D, 315 W. HICKORY ST, SYLACAUGA, AL 351502913
32449193       KINDRED DEVELOPMENT 17, LLC, P O BOX 530646, ATLANTA, GA 303530646
32449194  +  KINETIC HEALTH SERVICES, 1125 WEST ST 303, ANNAPOLIS, MD 21401-4198
32449195       KIRAN MD LLC, 8649 LILLIAN PL, MONTGOMERY, AL 361177558
32449197       KNIGHT NEUROLOGY LLC, P O BOX 735074, DALLAS, TX 753735074
32449198       KOONCE SURGICAL PC, 707 W MARKET ST, ATHENS, AL 356112463
32449199  +  KRISHNAN HEMATOLOGY ONCOLOGY ASSOCIATES, LLC, P O BOX 2595, ELLICOTT CITY, MD 21041-2595
32449200  +  KRISHNASWAMY, ASHOK, 1412 NORTH CRAIN HIGHWAY, UNIT 1A, GLEN BURNIE, MD 21061-7000
32449201  +  LA CLINICA DE FAMILIA, 385 CALLE DE ALEGRA BLDG A, LAS CRUCES, NM 88005-3423
32449205       LANDER VALLEY PHYSICIAN PRACTICE, P O BOX 11533, BELFAST, ME 49154006
32449206       LAS CRUCES FIRE DEPARTMENT, PO BOX 547, WHEELING, IL 600900547
32449207  +  LAS CRUCES HB MEDICAL SERVICES, LLC, PO BOX 36491, BELFAST, ME 04915-1206
32449208  +  LAS CRUCES PHYSICIAN PRACTICES LLC, 4351 EAST LOHMAN AVE, LAS CRUCES, NM 88011-8259
32449209  +  LAS CRUCES PHYSICIAN SERVICES LLC, PO BOX 8690, BELFAST, ME 04915-8690
32449210  +  LASER EYE CENTER PC, 1238 13TH AVE SE, DECATUR, AL 35601-4307
32449211       LAUDERDALE RADIOLOGY GROUP, P O BOX 229, SHEFFIELD, AL 356600229
32449212  +  LAVALE VOLUNTEER RESCUE SQUAD INC, P O BOX 589, DENTON, MD 21629-0589
32449213       LAWRENCE COUNTY EMS INC, 13414 AL HWY 157, MOULTON, AL 356503704
32449214       LAWRENCE G. ROBINSON, M.D., P.A., DBA THE ORT, PO BOX 748249, ATLANTA, GA 303748249
32449215       LBH MED GRP RADIOLOGY, P O BOX 64144, BALTIMORE, MD 212644144
32449216       LBH MED GRP TELERAD, PO BOX 62643, BALTIMORE, MD 212642643
32449217       LEE HEALTH SYSTEM INC, PO BOX 2147, FORT MYERS, FL 339022147
32449218  +  LEE HEALTH SYSTEM INC DBA GULF COAST MEDICAL, PO BOX 150107, CAPE CORAL, FL 33915-0107
32449219  +  LEXINGTON SURGERY CENTER, 2115 HARRODSBURG RD, LEXINGTON, KY 40504-3504
32449220  +  LFUCG FIRE DEPT AMBULANCE, P O BOX 9150, PADUCAH, KY 42002-9150
32449221       LICCARDI, TERESA, PO BOX 160115, ALTAMONTE SPRINGS, FL 327160115
32449223  +  LIFEBRIDGE COMMUNITY PHYSICIANS, PO BOX 62643, BALTIMORE, MD 21264-2643
32449224       LIFEBRIDGE COMMUNITY PHYSICIANS, INC, D/B/A W, P O BOX 62643, BALTIMORE, MD 212642643
32449225       LIFEBRIDGE NEUROSCIENCES LLC, P O BOX 62984, BALTIMORE, MD 212642984
32449226       LIFEGUARD AMBULANCE SERVICE, PO BOX 198408, ATLANTA, GA 303848408
32449227       LIFEGUARD AMBULANCE SERVICE LLC DBA MEDSTAR, PO BOX 198408, ATLANTA, GA 303848408
32449228       LIFEHEALTH PC, 1026 GOODYEAR AVE SUITE 302B, GADSDEN, AL 359031194
32449229       LIFESTAR AMBULANCE SERVICE INC, 300 N MAIN ST, EMPORIA, VA 238471608
32449230       LIFESTAR RESPONSE OF MARYLAND, INC, P O BOX 536819, PITTSBURGH, PA 152536800
32449231       LIMESTONE ANESTHESIA ASSOCIATES PC, PO BOX 30, ATHENS, AL 356120030

32449233    + LIMESTONE NEPHROLOGY AND PUMONOLOGY ASSO, 1005 W MARKET ST, STE 7, ATHENS, AL 35611-2454
32449234    + LIONS CLINIC, 700 18TH STREET, BIRMINGHAM, AL 35233-1856
32449235      LOUISVILLE AMBULANCE SERVICE, PO BOX 125, LOUISVILLE, AL 360480125
32449236      LOUISVILLE METRO EMS, PO BOX 34338, LOUISVILLE, KY 402324338
32449237    + LOWER SOMERSET AMBULANCE, P O BOX 90, DANVILLE, PA 17821-0090
32449238      LUMINIS HEALTH IMAGING LANHAM, 8116 GOOD LUCK ROAD, SUITE 101, LANHAM, MD 207063513
32449239    + LUMINIS HEALTH MEDICAL GRP, P O BOX 412752, BOSTON, MA 02241-2752
32449240      LUSK AMBULANCE SERVICE, P O BOX 390, LUSK, WY 822250390
32478262    + Lisa Michelle Koroinich, 157 Ashley Brook Trail, Cleveland, AL 35049-5462
32449241      M DOUGLAS SEFCIK DPM LLC, 1135 N SOLANO DR, LAS CRUCES, NM 880012349
32449242    + M&M MOBILITY INC DBA CAREAVAN NEMT TRANSPORTA, 4183 CARMICHAEL RD, SUITE A, MONTGOMERY, AL
              36106-2943
32449244    + MANATEE CARDIOLOGY ASSOCIATES LLC, PO BOX 637800, CINCINNATI, OH 45263-7800
32449245      MANATEE KIDNEY DISEASES CONSULTANTS, 3701 MANATEE AVE WEST, BRADENTON, FL 342051711
32449247      MANATEE MEMORIAL HOSPITAL PHYSICIANS, PO BOX 404413, ATLANTA, GA 303849998
32449248    + MANATEE PATHOLOGY ASSOC, PA, PO BOX 3093, BOCA RATON, FL 33431-0993
32449249    + MANATEE SPECIALTY PHYSICIAN ALLIANCE LLC, PO BOX 748743, ATLANTA, GA 30374-8743
32449250    + MARION COUNTY EMS, PO BOX 2788, TUSCALOOSA, AL 35403-2788
32449251    + MARKOWITZ, MENDEL I, 905 ALLWOOD ROAD, STE 202, CLIFTON, NJ 07012-1946
32449252    + MARVIN KEITH HENDON PHD, 2650 BAHIA VISTA ST STE 209, SARASOTA, FL 34239-2625
32449253    + MARYLAND AMBULATORY SURGERY CENTER, 7501 FORBES ROAD, STE 103, LANHAM, MD 20706-6201
32449254      MARYLAND FAMILY CARE INC, P O BOX 824173, PHILADELPHIA, PA 191824173
32449255    + MARYLAND GENERAL CLINICAL PRACTICE GROUP INC, P O BOX 412460, BOSTON, MA 02241-2460
32449256      MARYLAND ONCOLOGY HEMATOLOGY PA, P O BOX 75581, BALTIMORE, MD 212759998
32449257      MARYLAND SPINE CENTER, PO BOX 69087, BALTIMORE, MD 212649087
32449258    + MARYLAND VASCULAR SPECIALISTS, PO BOX 21163, BELFAST, ME 04915-4108
32449259    + MATRIX PULMONARY, PA, 2401 MANATEE AVE W, BRADENTON, FL 34205-4933
32449260      MAXHEALTH NOW OF FLORIDA LLC, PO BOX 38073, BALTIMORE, MD 212978073
32449261    + MAYNOR & MITCHELL EYE CENTER PC, 3501 MEMORIAL PARKWAY SW SUITE 200, HUNTSVILLE, AL 35801-6901
32449262    + MAYOR AND CITY OF CUMBERLAND, P O BOX 120, DENTON, MD 21629-0120
32449263    + MCR HEALTH INC, 101 RIVERFRONT BLVD STE 100, BRADENTON, FL 34205-8870
32449264      MCV ASSOCIATED PHYSICIANS, PO BOX 780125, PHILADELPHIA, PA 191780125
32449265    + MDA ANESTHESIA LLC, 39200 HOOKERY HWY, BELLE GLADE, FL 33430-5368
32449266    + MDICS AT ANNE ARUNDEL LLC, PO BOX 43130, BALTIMORE, MD 21236-0130
32449267      MDICS AT BWMC, LLC, PO BOX 844249, BOSTON, MA 22844249
32449268      MDICS AT MERITUS MED CTR LLC, P O BOX 844249, BOSTON, MA 22844249
32449269      MDICS AT UMROI LLC, P O BOX 844249, BOSTON, MA 22844249
32449270      MDS MEDICAL DEVICE SPECIALTY, 270 W 500 N, NORTH SALT LAKE, UT 840542769
32449271      MDXHEALTH INC, 15279 ALTON PKWY STE 100, IRVINE, CA 926182600
32449272      MEADOW KIDNEY CARE, 12931 OAK HILL AVENUE, HAGERSTOWN, MD 217422914
32449273    + MED TECH IMAGING CENTER LLC, PO BOX 680066, PRATTVILLE, AL 36068-0066
32449275    + MED-TRANS CORP AIR LINK, 7076 ROAD 55F, TORRINGTON, WY 82240-7771
32449276    + MED-TRANS CORP LIFEEVAC 1, PO BOX 708, WEST PLAINS, MO 65775-0708
32449277      MED-TRANS CORP LIFEEVAC 3, PO BOX 708, WEST PLAINS, MO 657750708
32449278    + MED-TRANS CORP MEDSTAR AIR CARE, PO BOX 708, WEST PLAINS, MO 65775-0708
32449280    + MEDCORE ASSOCIATES PLLC, 6918 CAMP BULLIS RD, SAN ANTONIO, TX 78256-2236
32449282      MEDICAL ASOCIATES OF BREVARD LLC, P O BOX 361095, MELBOURNE, FL 329361095
32449283    + MEDICAL CENTER BARBOUR PHYS, 820 W WASHINGTON ST, EUFAULA, AL 36027-1899
32449284      MEDICAL CENTER EAST, PO BOX 645966, PITTSBURGH, PA 152645257
32449285      MEDICAL CENTER NORTHEAST, PO BOX 645966, PITTSBURGH, PA 152645257
32449286      MEDICAL IMAGING ASSOCIATES OF IDAHO FALL, PO BOX 2671, IDAHO FALLS, ID 834032671
32449287    + MEDICAL PRACTICES OF ANTIETAM, P O BOX 412043, BOSTON, MA 02241-2043
32449288    + MEDICAL PRACTICES OF ANTIETAM, LLC, P O BOX 412047, BOSTON, MA 02241-2047
32449289    + MEDRVA PHYSICIAN SERVICES, LLC, 8700 STONY POINT PARKWAY, RICHMOND, VA 23235-1962
32449290    + MEDSTAR GEORGETOWN MED CTR, PO BOX 418283, BOSTON, MA 02241-8283
32449291    + MEDSTAR HARBOR HOSPITAL, PO BOX 418706, BOSTON, MA 02241-8706
32449292    + MEDSTAR HEART INSTITUTE, P O BOX 417454, BOSTON, MA 02241-7454
32449293    + MEDSTAR MED GRP LLC, P O BOX 418597, BOSTON, MA 02241-8597
32449294    + MEDSTAR MEDICAL GROUP ANESTHESIOLOGY LLC, P O BOX 418597, BOSTON, MA 02241-8597
32449295    + MEDSTAR MEDICAL GROUP RADIOLOGY, P O BOX 417932, BOSTON, MA 02241-7932
32449296    + MEDSTAR SOUTHERN MARYLAND HOSPITAL CENTER, IN, P O BOX 417848, BOSTON, MA 02241-7848
32449297    + MEDSTAR UNION MEMORIAL HOSPITAL BALTIMORE, PO BOX 418786, BOSTON, MA 02241-8786
32449298      MEDTRANS CORP LIFEEVAC 4, PO BOX 708, WEST PLAINS, MO 657750708

32449299    +  MEL BAY HEALTH CARE, PO BOX 560010, ROCKLEDGE, FL 32956-0010
32449300    +  MELBOURNE EMERGENCY GROUP LLC, 250 N WICKHAM ROAD, MELBOURNE, FL 32935-8625
32449301       MELBOURNE SURGERY CENTER, 95 BULLDOG BLVD 104, MELBOURNE, FL 329013175
32449302    +  MEMORIAL HEALTHCARE GROUP, INC, DBA MEMORIAL, P O BOX 406368, ATLANTA, GA 30384-6368
32449303    +  MEMORIAL HOSP CONVERSE CO PHYSICIANS, PO BOX 1450, DOUGLAS, WY 82633-1450
32449304    +  MEMORIAL HOSPITAL OF CARBON COUNTY, P O BOX 460, RAWLINS, WY 82301-0460
32449305    +  MEMORIAL HOSPITAL OF CARBON COUNTY (PHYSICIAN, P O BOX 460, RAWLINS, WY 82301-0460
32449306    +  MEMORIAL HOSPITAL OF CONVERSE COUNTY, P O BOX 1450, DOUGLAS, WY 82633-1450
32449307       MEMORIAL HOSPITAL OF LARAMIE COUNTY, D/B/A CH, P O BOX 20970, CHEYENNE, WY 820037020
32449308    +  MEMORIAL MEDICAL CENTER, P O BOX 742453, ATLANTA, GA 30374-2453
32449309   ++  MEP HEALTH LLC, PO BOX 17723, BELFAST ME 04915-4072 address filed with court:, MEP HEALTH, LLC, P O BOX 17723,
               BELFAST, ME 49154072
32449310       MERCY MEDICAL CENTER, P O BOX 829923, PHILADELPHIA, PA 191829923
32449311    +  MERITUS BEHAVIORAL HEALTH SERVICES, P O BOX 412043, BOSTON, MA 02241-2043
32449312       MERITUS EKG LAB, 11116 MEDICAL CAMPUS ROAD, HAGERSTOWN, MD 217426710
32449313    +  MERITUS MEDICAL CENTER INC, PO BOX 412047, BOSTON, MA 02241-2047
32449314    +  MERITUS MEDICAL CENTER INC PHYS, PO BOX 412047, BOSTON, MA 02241-2047
32449315       MERITUS MEDICAL CENTER INC PHYSICIAN, 11116 MEDICAL CAMPUS ROAD, HAGERSTOWN, MD 217426710
32449316    +  MERITUS MEDICAL CENTER PHY, PO BOX 412047, BOSTON, MA 02241-2047
32449317    +  MERITUS MEDICAL LABORATORY, LLC, P O BOX 412043, BOSTON, MA 02241-2043
32449318    +  MERITUS PHYSICIAN TRAUMA, P O BOX 412043, BOSTON, MA 02241-2043
32449319    +  MESILLA VALLEY FOOT CORP PHYSICIANS INC, 2930 HILLRISE DRIVE SUITE 4, LAS CRUCES, NM 88011-4776
32449321    +  METRO TREATMENT OF FLORIDA, LP, 2500 MAITLAND CENTER PKWY, STE 250, MAITLAND, FL 32751-4174
32449322       MICHAEL A. DRUMMOND, M.D., P.C., MSC #209 PO BOX 10992, BIRMINGHAM, AL 352020992
32449323    +  MICHAEL D YATES MD PC, 303 WILLIAMS AVE, STE 1421, HUNTSVILLE, AL 35801-6008
32449324    +  MID ATLANTIC NEPHROLOGY ASSOCIATES PA, 1589 SULPHUR SPRING RD, HALETHORPE, MD 21227-2542
32449325   #+  MID ATLANTIC PLASTIC SURGERY, 84 THOMAS JOHNSON CT, STE C, FREDERICK, MD 21702-4678
32449326    +  MID-ATLANTIC SURGICAL GROUP, 6507 DEER POINTE DRIVE, SALISBURY, MD 21804-1667
32449327       MIDDLE TENNESSEE RADIOLOGY, PO BOX 5329, SAGINAW, MI 486030329
32449328    +  MIDDLEBROOKS, MARK, 100 PILOT MEDICAL DR, STE 125, BIRMINGHAM, AL 35235-3475
32449330    +  MILLENNIUM GASTROENTEROLOGY, 160 HALEDON AVE, HALEDON, NJ 07508-2051
32449331    +  MOBILE EMERGENCY PHYSICIANS, PO BOX 23480, BELFAST, ME 04915-4485
32449333    +  MOBILE HEART USA HEALTH CARDIOLOGY, 6701 AIRPORT BLVD, STE A107, MOBILE, AL 36608-6774
32449334    +  MOBILE INFIRMARY ASSOCIATES, PO BOX 2144, MOBILE, AL 36652-2144
32449336       MOHIUDDIN, MOHAMMED A, PO BOX 235022, MONTGOMERY, AL 361235022
32449337    +  MONTEFIORE MEDICAL CENTER, PO BOX 412514, BOSTON, MA 02241-2514
32449338       MONTGOMERY ANESTHESIA ASSOCIATES , PC, PO BOX 106090, ATLANTA, GA 303486090
32449339    +  MONTGOMERY CARDIOVASCULAR ASSO, PC, PO BOX 15497, BELFAST, ME 04915-4049
32449340    +  MONTGOMERY FOOTCARE, 1831 HALCYON BLVD, MONTGOMERY, AL 36117-8044
32449341    +  MONTGOMERY KIDNEY SPEC, 2034 CHESTNUT STREET, MONTGOMERY, AL 36106-1186
32449342    +  MONTGOMERY NEUROSURGICAL SURGICAL, 1510 FOREST AVE., MONTGOMERY, AL 36106-1517
32449343    +  MONTGOMERY PULMONARY CONSULTANTS, 1440 NARROW LANE PKWY, MONTGOMERY, AL 36111-2665
32449345    +  MONTGOMERY RHEUMATOLOGY ASSOCIATES PA, 1421 NARROW LANE PARKWAY, MONTGOMERY, AL 36111-2638
32449346    +  MONTGOMERY SPINE CTR PC, PO BOX 231509, MONTGOMERY, AL 36123-1509
32449347    +  MONTGOMERY VASCULAR SURGERY PC, 2055 E SOUTH BLVD, SUITE 503, MONTGOMERY, AL 36116-2004
32449348       MONUMENT HEALTH RAPID CITY HOSPITAL PHYS, P O BOX 860013, MINNEAPOLIS, MN 554860013
32449349       MONUMENT HEALTH RAPID CITY HOSPITAL, P. O. BOX 860013, MINNEAPOLIS, MN 554860013
32449351       MOUNTAINVIEW REGIONAL MEDICAL CENTER, PO BOX 847563, DALLAS, TX 752847563
32449352       MSL ANESTHESIA SERVICES, LLC, PO BOX 1889, MUNCIE, IN 473081889
32449353    #  MT INTERNAL MEDICINE CONSULTING, 3644 LOCKWOOD LANE, MONTGOMERY, AL 361111548
32449354    +  MULTI-DIAGNOSTIC SERVICES, INC., 13916 91ST AVENUE, JAMAICA, NY 11435-4219
32449355    +  MURPHY III, JAMES C, 203 HOSPITAL DRIVE SUITE 304, GLEN BURNIE, MD 21061-6906
32449356       MUSCULOSKELETAL AMBULATORY SURGERY CENTER, 8000 SR64 EAST, SUITE 205, BRADENTON, FL 34212
32481930    +  Maria D. O'Neala, 6207 Oakdale Ridge CT, Mableton, GA 30126-2921
32449357    +  N RAO BOORGU MD PC DBA SHOALS KIDNEY & HTN CE, 422 EAST DR HICKS BLVD STE A, FLORENCE, AL 35630-5730
32449358       NAMC ANESTHESIA SERVICES LLC, PO BOX 660685, BIRMINGHAM, AL 352660685
32449359       NAPLES COMMUNITY HOSPITAL DBA NORTH NAPLES HO, PO BOX 738444, DALLAS, TX 753738444
32449360       NAPLES HMA INC. D/B/A PHYSICIANS REGIONAL MED, P O BOX 281427, ATLANTA, GA 303841427
32449361    +  NAPLES NEPHROLOGY, 878 109TH AVE N., NAPLES, FL 34108-1814
32449362    +  NAPLES PATHOLOGY ASSOCIATES, P. O. BOX 166324, MIAMI, FL 33116-6324
32449363       NATERA INC, P O BOX 889027, LOS ANGELES, CA 900889027
32449364       NATIONAL PSYCHIATRY LLC, 2338 IMMOKALEE RD, NAPLES, FL 341101445
32449365       NAZARENO, GABRIEL U, 9743 IVY GREEN DR, MONTGOMERY, AL 361175152

32449366        NCHMD INC, PO BOX 112019, NAPLES, FL 341080134
32449367    +   NEGROSKI SUTHERLAND & HANES NEUROLOGY, LLP, 5741 BEE RIDGE RD STE 530, SARASOTA, FL 34233-5061
32449368        NEOGENOMICS LABORATORIES INC, P O BOX 946110, ATLANTA, GA 303946110
32449369        NEPHROLOGY & HYPERTENSION, 522 EAST 11TH STREET, ANNISTON, AL 362074770
32449370    +   NEPHROLOGY ASSOCIATES, PO BOX 850849, MOBILE, AL 36685-0849
32449371        NEPHROLOGY ASSOCIATES PC, DEPARTMENT OWC 5, PO BOX 830525, BIRMINGHAM, AL 352830525
32449372    +   NEPHROLOGY CONSULTANTS, LLC, 2780 BOB WALLACE AVENUE, HUNTSVILLE, AL 35805-4104
32449373        NEPHROLOGY OF NORTH ALABAMA P.C., 1216 SOMERVILLE RD SE, DECATUR, AL 356014335
32449374    +   NEPHROPATHOLOGY ASSOCIATES PLC, DBA NEPHROPAT, 10810 EXECUTIVE CENTER DRIVE, SUITE 100, LITTLE ROCK,
                AR 72211-4386
32449375    +   NES TENNESSEE, INC, PO BOX 31062, BELFAST, ME 04915-0139
32449376    +   NEURO DIAGNOSTIC CENTER PA, 325 HOSPITAL DRIVE, SUITE 104, GLEN BURNIE, MD 21061-5806
32449377    +   NEUROCARE OF VIRGINIA PC, P O BOX 11157, BELFAST, ME 04915-4002
32449379    +   NEUROLOGY CONSULTANT PA, 235 MILL ST STE 1, HAGERSTOWN, MD 21740-6668
32449380    +   NEUROLOGY CONSULTANTS OF CENTRAL ALABAMA, PO BOX 946, SELMA, AL 36702-0946
32449381        NEUROLOGY CONSULTANTS OF MONTGOMERY, PC, PO BOX 242848, MONTGOMERY, AL 361242848
32449382    +   NEUROLOGY INSTITUTE OF HUNTSVILLE, 2006 FRANKLIN ST SE, STE 202A, HUNTSVILLE, AL 35801-4537
32449383    +   NEUROSCIENCE AND SPINE ASSOCIATES, PL, 3451 PINE RIDGE RD, BLDG 601, NAPLES, FL 34109-3922
32449384    +   NEUROSCIENCE AND SPINE ASSOCIATES, PL, 3451 PINE RIDGE ROAD, STE 601, NAPLES, FL 34109-3922
32449385    +   NEUROSPINAL ASSOCIATES PC, 200 3RD AVE W STE 200, BRADENTON, FL 34205-8633
32449386    +   NEUROSURGERY OF WEST ALABAMA, 3901 GREENSBORO AVE, TUSCALOOSA, AL 35405-3770
32449387   #+   NEUROSURGICAL ASSOCIATES PC, 800 ST VINCENT'S DRIVE, STE 700, BIRMINGHAM, AL 35205-1630
32449388        NEUROSURGICAL SPECIALTY SERVICES, P O BOX 824173, PHILADELPHIA, PA 191824173
32449389    +   NEW BEAUTIFUL YOU INC, 1129 E 2ND ST, CASPER, WY 82601-2903
32449391        NEWGEN ALABAMA BILLING LLC, PO BOX 12010, OKLAHOMA CITY, OK 731572010
32449392        NEWMANS MEDICAL SERVICES INC, 3500 COTTAGE HILL RD, MOBILE, AL 366096589
32449393    +   NEWTON ANESTHESIA SERVICES LLC, PO BOX 660257, BIRMINGHAM, AL 35266-0257
32449394        NEXTGEN PATHOLOGY LLC, PO BOX 526845, MIAMI, FL 331526845
32449395        NGUYEN, VINH, 100 PILOT MEDICAL DRIVE SUITE 285, BIRMINGHAM, AL 352353475
32449396   #    NICHOLS, RANDALL WAYNE, 2431 W MAIN ST, DOTHAN, AL 363016404
32449397    +   NIOBRARA HEALTH & LIFE CENTER, P O BOX 780, LUSK, WY 82225-0780
32449398    +   NIOBRARA HEALTH & LIFE CENTER PHYSICIANS, P O BOX 780, LUSK, WY 82225-0780
32449399    +   NORTH ALABAMA ENT ASSOCIATES PC, PO BOX 18066, HUNTSVILLE, AL 35804-8066
32449400    +   NORTH ALABAMA NEUROSERVICES, LLC, PO BOX 24598, BELFAST, ME 04915-4496
32449401        NORTH ALABAMA ORAL AND FACIAL SURGERY, LLC, 44 HUGHES RD, STE 1500, MADISON, AL 357582231
32449402        NORTH ALABAMA UROLOGY, 825 ADAMS ST STE A, HUNTSVILLE, AL 358013709
32449404        NORTH AMERICAN PARTNERS IN ANESTHSIA LLC, P O BOX 200591, DALLAS, TX 753200591
32449405        NORTH BREVARD COUNTY HOSPITAL D/B/A PARRISH M, 951 N. WASHINGTON, TITUSVILLE, FL 32780
32449406    +   NORTH BREVARD COUNTY HOSPITAL D/B/A PARRISH M, 951 N WASHINGTON AVE,, TITUSVILLE, FL 32796-2163
32449407    +   NORTH BREVARD MED SUPPORT INC DBA PARRISH MED, PO BOX 23635, BELFAST, ME 04915-4487
32449408        NORTH CALVERT ANESTHESIOLOGY SERVICES LLC, P O BOX 826699, PHILADELPHIA, PA 191826699
32449409    +   NORTH CENTRAL NEUROLOGY, PO BOX 870, CULLMAN, AL 35056-0870
32449410    +   NORTH COLORADO MEDICAL CENTER, 1801 16TH STREET, GREELEY, CO 80631-5199
32449411        NORTH FL HEART INSTITUTE, PO BOX 405952, ATLANTA, GA 303845952
32449412    +   NORTH FLORIDA SURGEONS, PA, P O BOX 14009, BELFAST, ME 04915-4031
32449413        NORTH MISSISSIPPI CLINICS LLC, 499 GLOSTER CREEK VILLAGE, TUPELO, MS 388014600
32449414    +   NORTH OKALOOSA CLINIC CORPORATION, P O BOX 19047, BELFAST, ME 04915-4085
32449415    +   NORTH OKALOOSA MEDICAL CENTER, PO BOX 198002, ATLANTA, GA 30384-8002
32449416    +   NORTH PLATTE PHYSICAL THERAPY (INVOICE ONLY), P O BOX 1790, DOUGLAS, WY 82633-1790
32449417    +   NORTH PLATTE PHYSICAL THERAPY SERVICES, INC, P O BOX 1790, DOUGLAS, WY 82633-1790
32449418        NORTH SHORE HEMATOLOGY ONCOLOGY ASSOCIATION, 1 RESEARCH ROAD RIDGE, RIDGE, NY 119612701
32449419        NORTH TAMPA ANESTHESIA CONSULTANTS, PO BOX 637578, CINCINNATI, OH 452637578
32449420        NORTHERN ALABAMA PHYSICIANS LLP, PO BOX 602159, CHARLOTTE, NC 282602159
32449421    +   NORTHERN COLORADO ANES PROFESS CONSULT DBA NC, 3702 AUTOMATION WAY #103, FORT COLLINS, CO
                80525-5738
32449422        NORTHPORT CRNA, P. O. BOX 661495, BIRMINGHAM, AL 352661495
32449423        NORTHSTAR ANESTHESIA OF NEBRASKA LLC, P O BOX 225096, DALLAS, TX 752225096
32449424        NORTHSTAR EMS INC JEFFERSON, PO BOX 2788, TUSCALOOSA, AL 354032788
32449425        NORTHSTAR EMS INC TALLADEGA, PO BOX 2788, TUSCALOOSA, AL 354032788
32449426        NORTHSTAR EMS INC TUSCALOOSA, PO BOX 2788, TUSCALOOSA, AL 354032788
32449430        NORTON CANCER INSTITUTE, PO BOX 776347, CHICAGO, IL 606776347
32449432        NORTON WOMENS AND CHILDRENS HOSPITAL, PO BOX 776788, CHICAGO, IL 606776788
32449433        NORWOOD CLINIC INC, DEPARTMENT #SF22 PO BOX 830525, BIRMINGHAM, AL 35283

32449434   + NUVIEW TELEHEALTH LLC, PO BOX 743129, ATLANTA, GA 30374-3129
32449435   + OAK MOUNTAIN GROUP SERVICES LLC, PO BOX 23481, BELFAST, ME 04915-4485
32449436   + OB HOSPITALIST GROUP LLC, PO BOX 161909, ALTAMONTE SPRINGS, FL 32716-1909
32449437     OHMH, LLC DBA ORLANDO HEALTH MELBOURNE HOSPIT, PO BOX 749321, ATLANTA, GA 303749321
32449438   + OKALOOSA CARDIOLOGY PA, 129 EAST REDSTONE AVE, CRESTVIEW, FL 32539-5364
32449439   + OKALOOSA COUNTY EMS, P O BOX 116783, ATLANTA, GA 30368-6783
32449440   + OKALOOSA EYE CARE, PA, 207 N. MAIN STREET, CRESTVIEW, FL 32536-3543
32449441     OKOLI, OBIEFUNA C, P O BOX 2707, LAS CRUCES, NM 880042707
32449442     OKOLONA FIRE PROTECTION DIST, 8501 PRESTON HWY, LOUISVILLE, KY 402195301
32449443   + OLIVER, MICHAEL A, PO BOX 517, BIRMINGHAM, AL 35201-0517
32449444     OMNI HEALTHCARE INC, 1344 S APOLLO BLVD SUITE 406, MELBOURNE, FL 329013185
32449446   + ONE PLACE FAMILY JUSTICE CENTER, 530 S. LAWRENCE STREET, MONTGOMERY, AL 36104-4612
32449447   + ONE PLACE FAMILY JUSTICE CENTER, 530 LAWRENCE STREET, MONTGOMERY, AL 36104-4612
32449448   + ONSITE VISION PLANS, INC, 46 SHEPHERD RD, STEPHENTOWN, NY 12169-2121
32449449   + OPERATION PAR INC, 6655 66TH STREET NORTH, PINELLAS PARK, FL 33781-5033
32449450   + ORAL & MAXILLOFACIAL SURGERY ASSOCIATION, 4850 NORTH 9TH AVENUE, STE 4, PENSACOLA, FL 32503-2406
32449451     ORANGE COUNTY NEUROLOGY CLINIC, LLC, 4359 HUNTERS PARK LN, ORLANDO, FL 328377614
32449452     ORANGE EMERGENCY SERVICES PC, 707 E MAIN ST, MIDDLETOWN, NY 109402650
32449455     ORLANDO HEALTH ROCKLEDGE HOSPITAL, PO BOX 749321, ATLANTA, GA 303749321
32449456     ORLANDO REGIONAL HEALTHCARE SYSTEM, PO BOX 919741, ORLANDO, FL 328919741
32449457   + ORTHOPAEDIC ASSOCIATES, PA, 1034 MAR WALT DRIVE, STE 100, FORT WALTON BEACH, FL 32547-6637
32449458   + ORTHOSPORTS ASSOCIATES LLC, 5850 VALLEY ROAD, STE 110, BIRMINGHAM, AL 35235-8683
32449459     ORTHOVIRGINIA OPERATORY, P O BOX 715868, PHILADELPHIA, PA 191715868
32449460     ORTHOVIRGINIA, INC., P O BOX 715868, PHILADELPHIA, PA 191715868
32449461     OSCEOLA REGIONAL MEDICAL CENTER, P O BOX 406687, ATLANTA, GA 303846687
32449462     OTTO BOCK PATIENT CARE LLC, PO BOX 737155, DALLAS, TX 753737155
32449463     OUTPATIENT RADIOLOGY, LLC, 419 S WASHINGTON ST STE 101, CASPER, WY 826012951
32449464     OVERWATCH ANESTHESIA, PO BOX 70877, ALBANY, GA 317080877
32449465   + OZARK SURGICAL ASSOCIATES PC, PO BOX 1464, OZARK, AL 36361-1464
32449466   + PACIFIC NEUROMONITORING ASSOCIATES, 10275 LITTLE PATUXENT PKWY STE 300, COLUMBIA, MD 21044-3445
32449467   + PADDER HEALTH SERVICES LLC, 7350 VAN DUSEN RD STE 130, LAUREL, MD 20707-5267
32449468   + PAIN AND REHABILITATION CENTER, 2270 VALLEYDALE RD SUITE 100, BIRMINGHAM, AL 35244-2100
32449469     PALANIYANDI, RAVINDRAN, 3712 WHIMSICAL CIR, ROCKLEDGE, FL 329554576
32449470   + PALMA SOLA NEUROLOGY ASSOC, PO BOX 14675, BRADENTON, FL 34280-4675
32449471   + PANEL OF EKG OF BLAKE, PO BOX 25548, SARASOTA, FL 34277-2548
32449472   + PANEL OF EKG- SARASOTA MEM HOSP, PO BOX 25548, SARASOTA, FL 34277-2548
32449473     PANTING, DAVID, P O BOX 14156, BRADENTON, FL 342804156
32449474     PAOLUCCI, JOSEPH D, 250 N WICKHAM RD, MELBOURNE, FL 329358625
32449477     PARKER, SCOTT D D/B/A INFECTIOUS DISEASE SPEC, 250 CHATEAU DRIVE SW STE 115, HUNTSVILLE, AL 358013497
32449478     PARRISH ANESTHESIA SPECIALISTS LLC, 951 N WASHINGTON AVE, TITUSVILLE, FL 327962163
32449479   + PATEL ASSOCIATES PC, PO BOX 242848, MONTGOMERY, AL 36124-2848
32449480     PATHGROUP LABS LLC, P O BOX 639197, CINCINNATI, OH 452639197
32449481     PATHLINK OF NEW MEXICO LLC, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509
32449482     PATHNET, LLC, PO BOX 26867 DEPT 444, SALT LAKE CITY, UT 841260867
32449483     PATHOLOGY & MED LAB DIAGNOSTIC SERVICE, PO BOX 956997, DULUTH, GA 300959517
32449484     PATHOLOGY ASSOCIATES OF ALABAMA, P.C., PO BOX 11407, DEPT 2024, BIRMINGHAM, AL 352462024
32449485   + PATHOLOGY ASSOCIATES PC, 2904 WESTCORP BLVD, SUITE 108, HUNTSVILLE, AL 35805-6436
32449486   + PATHOLOGY CONSULTANTS OF NEW MEXICO, 600 NORTH RICHARDSON, ROSWELL, NM 88201-4828
32449487   + PATHOLOGY LAB ASSOCIATES, 100 MEMORIAL HOSP DR, MOBILE, AL 36608-1180
32449488   + PATHOLOGY LAB ASSOCIATES LLP, 2015 ALEXANDER DRIVE, DOTHAN, AL 36301-3003
32449489   + PATHOLOGY SPECIALISTS PA, 84 WEST JERSEY STREET SUITE 1, ORLANDO, FL 32806-4407
32449490     PEACE AND BLESSING, 8100 FAITH LANE, MONTGOMERY, AL 361173876
32449491     PEDIATRIC PHYSICIAN SERVICES INC, PO BOX 863297, ORLANDO, FL 328863297
32449492     PEDIATRIX MEDICAL GROUP, PO BOX 277279, ATLANTA, GA 303847279
32449493     PEGASUS EMERGENCY GROUP TROY ALABAMA LLC, PO BOX 8500/8466, PHILADELPHIA, PA 191788500
32449494     PELOTON ANESTHESIA, PLLC, 400 EAST 10TH STREET, WACONIA, MN 553874552
32449495     PENINSULA IMAGING LLC, 918 EASTERN SHORE DR, SALISBURY, MD 218046410
32449496     PENINSULA NEPHROLOGY ASSOCIATES PA, 1821 SWEET BAY DR STE 1, SALISBURY, MD 218041664
32449497   + PENINSULA ORTHOPAEDIC ASSOCIATES, P O BOX 13253, BELFAST, ME 04915-4023
32449498     PENINSULA PATHOLOGY ASSOCIATES, PA, PO BOX 43130, NOTTINGHAM, MD 212360130
32449499   + PENSACOLA NEPHROLOGY, P.A. DBA RENALUS CENTER, 1619 CREIGHTON ROAD, PENSACOLA, FL 32504-7152
32449501   + PERINATAL ASSOC OF NM, 201 CEDAR SE 405, ALBUQUERQUE, NM 87106-4924
32449502     PG COUNTY ENDOSCOPY CENTER LLC, PO BOX 200751, DALLAS, TX 753200751

32449503  +  PGHC CARDIOLOGY ASSOCIATES, PO BOX 418313, BOSTON, MA 02241-8313
32449504  +  PGHC CRITICAL CARE ASSOCIATES, PO BOX 418913, BOSTON, MA 02241-8913
32449505     PHC LAS CRUCES INC D/B/A FAMILY MEDICINE CTR, PO BOX 6159, LAS CRUCES, NM 88006
32449506     PHI AIR MEDICAL, PO BOX 676171, DALLAS, TX 752676171
32449507  +  PHT JACKSON MEMORIAL HOSP, PO BOX 947728, ATLANTA, GA 30394-7728
32449508  +  PHYSICIAN OVERSIGHT, LLC, 550 N CENTRAL EXPY, MCKINNEY, TX 75070-3509
32449509  +  PHYSICIAN SERVICES - M H C C ., P O BOX 1450, DOUGLAS, WY 82633-1450
32449510     PHYSICIANS REG PINE RIDGE, PO BOX 281422, ATLANTA, GA 303841422
32449511     PHYSICIANS UNITY, 5224 75TH STR, STE D, LUBBOCK, TX 794242525
32449513     PICKENS COUNTY AMBULANCE SERVICE, 40 FIRE HOUSE DR, CARROLLTON, AL 354478002
32449514  +  PINNACLE EYE CENTER, 1649 W EAU GALLIE BLVD, SUITE 100, MELBOURNE, FL 32935-4160
32449515  +  POA SURGERY CENTER, 10026 OLD OCEAN CITY BLVD, BERLIN, MD 21811-1288
32449516  +  PODIATRY ASSOCIATES PC, 1101 18TH ST S, BIRMINGHAM, AL 35205-4702
32449517  +  POINTE WEST INFECTIOUS DISEASES PL, PO BOX 8647, BELFAST, ME 04915-8647
32449518  +  POLK COUNTY HEALTH DEPT, 1290 GOLFVIEW AVENUE 4TH FLOOR, BARTOW, FL 33830-6740
32449519     POTOMAC HIGHLANDS PATHOLOGY ASSOCIATES PA, P O BOX 1104, CUMBERLAND, MD 215011104
32449520     POUDRE VALLEY MEDICAL GROUP D/B/A UCHEALTH ME, P O BOX 732031, DALLAS, TX 753732031
32449521  +  POWELL ORTHOPEDICS & SPORTS MEDICINE, 2020 CANYON RD, STE 200, BIRMINGHAM, AL 35216-1959
32449522  +  PRAFUL S PATEL MD PC, PO BOX 242848, MONTGOMERY, AL 36124-2848
32449523  +  PRASHANT PANDYA DMD, 5460 LENA RD UNIT 102, BRADENTON, FL 34211-9500
32449524  +  PRECISION MEDICAL PRODUCTS, 2217 PLAZA DR, ROCKLIN, CA 95765-4421
32449525  +  PRECISION MEDICAL SOLUTIONS, L.L.P., 119 MARKET PLACE, MONTGOMERY, AL 36117-4900
32449527     PREMIER ANESTHESIA OF MONTGOMERY, PO BOX 532926, ATLANTA, GA 303532926
32449528  +  PREMIER BONE AND JOINT CENTERS, 1909 VISTA DRIVE, LARAMIE, WY 82070-5599
32449529     PREMIER CRITICAL CARE LLC, 2338 IMMOKALEE RD, NAPLES, FL 341101445
32449530  +  PREMIER FAMILY EYE CARE, 322 MT RUSHMORE RD, SUITE 120, CUSTER, SD 57730-1915
32449531  +  PREMIER INPATIENT PARTNERS LLC, PO BOX 18459, BELFAST, ME 04915-4079
32449532     PREMIER MEDICAL, LLC, 250 CHATEAU DRIVE SW, SUITE 115, HUNTSVILLE, AL 358013497
32449533     PREMIER RADIOLOGY PA, PO BOX 630525 R 24, BIRMINGHAM, AL 352830525
32449535  +  PRIME HEALTHCARE SERVICES, P O BOX 101794, ATLANTA, GA 30392-1794
32449536     PRINCE GEORGES CO MD DBA PRINCE GEROGES COUNT, PO BOX 759325, BALTIMORE, MD 212759325
32449537  #  PRINCESS ANNE VFC, P O BOX 457, DENTON, MD 216290457
32449538  +  PROF ANES SERVICES KENTUCKY PLLC, 6225 N STATE HIGHWAY 161, IRVING, TX 75038-2223
32449539  +  PROFIT INC ADS, 2417 3RD AVEUE SOUTH, BIRMINGHAM, AL 35233-2514
32449540     PROSCAN NCH IMAGING, PO BOX 631251, CINCINNATI, OH 452631251
32449541  +  PROSTHETIC & ORTHOTIC GROUP OF NORTHERN COLOR, 2290 EAST PROSPECT ROAD, SUITE 2, FORT COLLINS, CO
             80525-9768
32449542  +  PROTEUS MOLECULAR AND CLINICAL LAB, 218 SUMMIT PKWY, STE 250, BIRMINGHAM, AL 35209-4732
32449543  +  PRUSINSKI, CHRISTOPHER J, 1310 W EAU GALLIE BLVD UNIT B, MELBOURNE, FL 32935-5300
32449544     PSYCHIATRY SERVICES OF OSCEOLA, PO BOX 743157, ATLANTA, GA 303743157
32449545  +  PULMONARY AND CRITICAL ASSOCIATES, P O BOX 11768, RICHMOND, VA 23230-0168
32449546  +  PULMONARY AND SLEEP ASSOCIATES, 725 MADISON STREET SE, HUNTSVILLE, AL 35801-4408
32449547  +  PULMONARY ASSO OF MOBILE, 6701 AIRPORT BLVD, STE E135, MOBILE, AL 36608-6705
32449548  +  PULMONARY ASSOCIATES OF THE SOUTHEAST PC, 40 INVERNESS CENTER PKWY SUITE 200, BIRMINGHAM, AL
             35242-4988
32449550  +  PULSE MEDICAL TRANSPORTATION, 10715 RED RUN BLVD STE 110, OWINGS MILLS, MD 21117-5143
32479747  +  Paige Alexandria Williams, 1124 3rd Ave, Pleasant Grove, AL 35127-2018
32475164  +  Palmira Avila, 275 n burnett rd, Cocoa, FL 32926-4242
32449552  +  QUALIMED RESPIRATORY AND MOBILITY INC, 704 3RD STREET SW, WINTER HAVEN, FL 33880-3418
32449553     QUANTUM HOSPITAL PATHOLOGY, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509
32449554  +  QUEST DIAGNOSTIC, 96451 COLLECTION CENTER, CHICAGO, IL 60693-0001
32449555  +  QUEST DIAGNOSTIC - AL INMATES, PO BOX 822546, PHILADELPHIA, PA 19182-2546
32449556  +  QUEST DIAGNOSTIC - FL, PO BOX 822557, PHILADELPHIA, PA 19182-2557
32449557  +  QUEST DIAGNOSTICS INC, PO BOX 822437, PHILADELPHIA, PA 19182-2437
32449559     RADIOLOGY ASSOCIATES, P O BOX 860211, MINNEAPOLIS, MN 554860211
32449560  +  RADIOLOGY ASSOCIATES INC, DEPT 53102 PO BOX 36370, LOUISVILLE, KY 40233-6370
32449561     RADIOLOGY ASSOCIATES OF DOTHAN PA, PO BOX 96536, CHARLOTTE, NC 282960536
32449562  +  RADIOLOGY ASSOCIATES OF MOBILE, P O BOX 91119, MOBILE, AL 36691-1119
32449564  +  RADIOLOGY GROUP PA, PO BOX 2007, DECATUR, AL 35602-2007
32449563     RADIOLOGY GROUP PA, P. O. BOX 242848, MONTGOMERY, AL 361242848
32449566     RADIOLOGY IMAGING OF NEBRASKA LLC, P O BOX 223851, PITTSBURGH, PA 152512851
32449567     RADIOLOGY IMAGING SPECIALISTS, PO BOX 20027, TAMPA, FL 336220027
32449569     RADIOLOGY PHYSICIAN SOLUTIONS, P O BOX 3374, INDIANAPOLIS, IN 462063374

32449570      RADIOLOGY REGIONAL CENTER PA, 3680 BROADWAY, FORT MYERS, FL 339018005
32449571   #+ RAO HEART & VASCULAR LLC, 200 MEDICAL CARE WAY, DOTHAN, AL 36303-7013
32449573      RAPID CITY REGIONAL HOSPITAL PHYS, P O BOX 860013, MINNEAPOLIS, MN 554860013
32449574      RAPID CITY REGIONAL HOSPITAL PHYSICIANS, P O BOX 860013, MINNEAPOLIS, MN 554860013
32449575      RAYSTOWN AMBULANCE SERVICE INC, 892 NEW CASTLE ROAD, SLIPPERY ROCK, PA 160574228
32449576   + RE3 STEM CELL AND HEALING INSTITUTE, 4012 SAWYER RD, SUITE 102, SARASOTA, FL 34233-1231
32449577   # RED MOUNTAIN DIAGNOSTICS, 140 OXMOOR BLVD, BIRMINGHAM, AL 352095985
32449578   + REGIONAL AIR MEDICAL SERVICES INC, P O BOX 11407 DEPT 8001, BIRMINGHAM, AL 35246-3035
32449579   # REGIONAL IMAGING ENM, LLC, PO BOX 780, LIMA, OH 458020780
32449581      REGIONAL WEST MEDICAL CENTER, P. O. BOX 1437, SCOTTSBLUFF, NE 693631437
32449582   + REGIONAL WEST MEDICAL CTR PHY, 4021 AVENUE B, SCOTTSBLUFF, NE 69361-4602
32449583   + REGIONAL WEST PHYSICIANS CLINIC, P. O. BOX 1248, SCOTTSBLUFF, NE 69363-1248
32449584      REHABILITATION SERVICES OF ALABAMA LLC, PO BOX 749559, ATLANTA, GA 303749559
32449585      RELIAS EMERG MED SPECIALISTS OF HAMILTON, PO BOX 30515, CHARLOTTE, NC 282300515
32449586      RELIAS EMERGENCY MEDICINE SPECIALISTS, PO BOX 31155, CHARLOTTE, NC 282311155
32449587      REMOTE NEUROMONITORING PHYSICIANS, PC, DEPARTMENT 2105, P O BOX 11407, BIRMINGHAM, AL 352462105
32449588      RENAL ASSOCIATES OF MONTGOMERY, 4760 WOODMERE BOULEVARD, MONTGOMERY, AL 361063065
32449589   + RESTORATION ORTHOPEDICS, 1350 TAMIAMI TRAIL N. STE 203, NAPLES, FL 34102-5209
32449590   + RESTORE OCCUPATIONAL & PHYS THERAPY, PO BOX 367, COHOES, NY 12047-0367
32449591      RETINA SPECIALISTS OF ALABAMA LLC, P.O. BOX 830525 DEPT SF 118, BIRMINGHAM, AL 352830525
32449592   + RETINA SPECIALISTS OF NO, PO BOX 830525, BIRMINGHAM, AL 35283-0525
32449593   + RETINA VITREOUS CONSULTANTS, 6333 N FEDERAL HWY STE 300, FORT LAUDERDALE, FL 33308-1909
32449594      RG AMBULANCE SERVICE, INC, DBA CENTURY AMBULA, PO BOX 12260, MIAMI, FL 331012260
32449595   + RHEUMATOLOGY ASSOCIATES OF DELMARVA, 505 DUTCHMANS LANE, SUITE A3, EASTON, MD 21601-4302
32449597   + RICHARD G. DIETHELM, MD, PC, 48 MEDICAL PARK DRIVE EAST, BIRMINGHAM, AL 35235-3467
32449598   + RICHMOND AMBULANCE AUTHORITY, 2400 HERMITAGE RD, RICHMOND, VA 23220-1200
32449599   + RICHMOND HEART AND VASCULAR ASSOC, PO BOX 31925, BELFAST, ME 04915-0190
32449600   + RIO GRANDE UROLOGY PA, 7420 REMCON CIRCLE, EL PASO, TX 79912-3537
32449601      RIVER REGION CARDIOLOGY, 185 MITYLENE PARK LANE, MONTGOMERY, AL 361177302
32449602      RIVER REGION PSYCHIATRY ASSOCIATES, 233 WINTON BLOUNT LOOP, MONTGOMERY, AL 361173507
32449603   + RIVERSIDE FAMILY HEALTH, 1395 N COURTENAY PKWY, SUITE 100, MERRITT ISLAND, FL 32953-4474
32449604   + RIVERSIDE PODIATRY PC, 535 JACK WARNER PKWY STE A1, TUSCALOOSA, AL 35404-5715
32449605   + RIVERTON MEMORIAL HOSPITAL DBA SAGEWEST HEALT, P O BOX 742744, ATLANTA, GA 30374-2744
32449606   + RIVERTON PHYSICIAN PRACTICES, L.L.C., P O BOX 11476, BELFAST, ME 04915-4005
32449607      RIVERVIEW ANESTHESIA CONSULTANTS, 600 S 3RD ST, GADSDEN, AL 359015304
32449609      RMX MONITORING LLC, P O BOX 22205, NEW YORK, NY 100872205
32449610   + ROBINSON, ALEX J, 427 N. COLLEGE ST, WAXAHACHIE, TX 75165-3380
32449611      ROCKLEDGE EMERGENCY GROUP LLC, P O BOX 731587, DALLAS, TX 753731587
32449612   + ROCKLEDGE MRI & PET IMAGING CENTER LLC, 1910 ROCKLEDGE BLVD SUITE 102, ROCKLEDGE, FL 32955-3751
32449613      ROCKLEDGE PHYSICIAN SERVICES, LLC, P O BOX 679491, DALLAS, TX 752679491
32449614      ROCKY MOUNTAIN HOLDINGS LLC, PO BOX 713362, CINCINNATI, OH 452713362
32449615      ROCKY MOUNTAIN HOLDINGS LLC - MD, PO BOX 713362, CINCINNATI, OH 452713362
32449616   + ROCKY MOUNTAIN INFECTIOUS DISEASES, 1450 EAST A STREET, CASPER, WY 82601-2239
32449617   + ROCKY MOUNTAIN ONCOLOGY CENTER, 6501 EAST 2ND ST, CASPER, WY 82609-4293
32449618      ROSEMORE PRIMARY CARE AND REHAB SERVICE, DEPARTMENT SBOO5, PO BOX 830525, BIRMINGHAM, AL 352830525
32449619      ROSESTONE INFECTIOUS DISEASE CARE LLC, 2932 ROSS CLARK CIR PMB 338, DOTHAN, AL 363011160
32449620      RPB, ANESTHESIA, LLC, 8946 INTERLINE AVE SUITE C, BATON ROUGE, LA 708091913
32449622   + RUSSELL HOSPITAL PHYSICIANS, 3316 HWY 280 BYPASS, ALEXANDER CITY, AL 35010-3369
32449623   + RUTGERS HEALTH RWJ NEUROSURGE, 317 GEORGE STREET, NEW BRUNSWICK, NJ 08901-2008
32449624   + RUTGERS HEALTH UNIVERSITY DENTAL ASSOCIATES, 90 BERGEN STREET SUITE 7700, NEWARK, NJ 07103-2425
32449625   + RYAN PHYSICAL THERAPY, 1190 MT AETNA ROAD, HAGERSTOWN, MD 21740-6833
32449626      SACRED HEART HOSPITAL OF PENSACOLA, PO BOX 947911, ATLANTA, GA 303947911
32449627   + SACRED HEART MEDICAL GROUP, P O BOX 18987, BELFAST, ME 04915-4084
32449628   + SAIEDY, SAMER, P O BOX 21163, BELFAST, ME 04915-4108
32449629      SAINT JOSEPH HEALTH SYSTEM INC D/B/A SAINT JO, 1 SAINT JOSEPH DR, LEXINGTON, KY 405043742
32449630   + SAINT JOSEPH HEALTH SYSTEM, INC, D/B/A SAINT, P. O. BOX 644673, PITTSBURGH, PA 15264-4673
32449631      SAINT PAUL PLACE SPEC INC, PO BOX 824173, PHILADELPHIA, PA 191824173
32449632   + SAME DAY SURGERY CENTER, 651 CATHEDRAL DRIVE, RAPID CITY, SD 57701-7368
32449633   + SANTA ROSA HB MEDICAL SERVICES, LLC, PO BOX 36489, BELFAST, ME 04915-1206
32449634      SARASOTA MEMORIAL HOSPITAL, PO BOX 947413, ATLANTA, GA 303947413
32449635   + SCHERFF, III ALBERT D/B/A NORTH ALABAMA PULMO, 902 West Hobbs Street, ATHENS, AL 35611-1412
32449637   + SCOTTSBLUFF VISION CLINIC DBA EASTERN WYOMING, 520 COLLEGE DRIVE, TORRINGTON, WY 82240-1517
32449638   + SELMA RADIOLOGY ASSOCIATES, P.C., PO BOX 830525, DEPT #SF129, BIRMINGHAM, AL 35283-0525

32449639  +  SEQUENOM CENTER FOR MOLECULAR MEDICINE LLC, D, P O BOX 2210, BURLINGTON, NC 27216-2210
32449640     SETH D RAYBURN MD PC, 707 W MARKET ST, ATHENS, AL 356112463
32449641  +  SETON IMAGING CENTER, 3449 WILKENS AVE, STE 102, BALTIMORE, MD 21229-5216
32449642  +  SHADES VALLEY DERMATOLOGY LLC, 813 SHADES CREEK PKWY, STE 205, BIRMINGHAM, AL 35209-4512
32449643     SHANDS JACKSONVILLE MED CNTR, INC DBA UF HEAL, PO BOX 748275, ATLANTA, GA 303748275
32449645  +  SI PARADIGM LLC, 690 KINDERKAMACK RD. SUITE 103, ORADELL, NJ 07649-1524
32449646  +  SIMPSON CARDIOVASCULAR PC, 701 UNIVERSITY BOULEVARD EAST, TUSCALOOSA, AL 35401-2086
32449647     SINAI CARDIOLOGY ASSOCIATES, PO BOX 64144, BALTIMORE, MD 212644144
32449648     SINAI GASTROENTEROLOGY ASSOC, P O BOX 64144, BALTIMORE, MD 212644144
32449649     SINAI HOSP OF BALTIMORE - RUBIN INSTITUTE FOR, P O BOX 64144, BALTIMORE, MD 212644144
32449650  +  SINAI HOSPITAL BALTIMORE, P O BOX 64371, BALTIMORE, MD 21264-4371
32449651     SINAI HOSPITAL OF BALTIMORE - SINAI SURGERY A, P O BOX 64144, BALTIMORE, MD 212644144
32449652     SINAI HOSPITAL OF BALTIMORE INC PHY, PO BOX 64144, BALTIMORE, MD 212644144
32449653     SINAI HOSPITALIST TEAM, P O BOX 64144, BALTIMORE, MD 212644144
32449654  +  SINAI INFECTIOUS DISEASE ASSOC, 2401 W BELVEDERE AVE, BALTIMORE, MD 21215-5216
32449655     SINAI NEUROLOGY ASSOCIATES, P O BOX 64144, BALTIMORE, MD 212644144
32449656     SINAI OPHTHALMOLOGY ASSOC, P O BOX 64144, BALTIMORE, MD 212644144
32449657     SINAI ORHTOPEDIC ASSOC, P O BOX 64144, BALTIMORE, MD 212644144
32449658  +  SK RETINA LLC, 1700 S TUTTLE AVE, SARASOTA, FL 34239-3110
32449659  +  SKIN PATHOLOGY ASSOCIATES, LLC, P O BOX 830525 DEPT SF17, BIRMINGHAM, AL 35283-0525
32449660     SLEEP & PULMONARY CARE CENTER, P.C, PO BOX 1684, DECATUR, AL 356021684
32449661  +  SLEEP PARTNERS HOLDINGS LLC DBA SLEEP MANAGEM, 7500 DOLLARWAY RD, STE 201, WHITE HALL, AR 71602-3085
32449662     SMH PHYSICIAN SERVICES, P O BOX 863407, ORLANDO, FL 328863407
32449663     SN KENTUCKIANA REHAB, LLC, PO BOX 643407, PITTSBURGH, PA 152643407
32449664  +  SNAP DIAGNOSTICS LLC, 616 ATRIUM DRIVE SUITE 100, VERNON HILLS, IL 60061-1752
32449665     SOUND PHYSICIANS OF ILLINOIS LLC, P O BOX 742955, LOS ANGELES, CA 900742995
32449666  +  SOUND PHYSICIANS OF WYOMING, LLC, PO BOX 742917, LOS ANGELES, CA 90074-2917
32449667  +  SOUTH BALDWIN DIAGNOSTIC IMAGING ASSOCIATES,, P O BOX 160550, ALTAMONTE SPRINGS, FL 32716-0550
32449668     SOUTH FLORIDA SURGICAL SPECIALISTS LLC, PO BOX 161772, POMPANO BEACH, FL 330653271
32449669  +  SOUTH TAMPA MEDICAL GROUP, 206 2ND ST E, BRADENTON, FL 34208-1042
32449670  +  SOUTHEAST CARDIOLOGY CLINIC, 1150 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3022
32449671     SOUTHEAST CLINICAL LABORATORIES, LLC, P O BOX 680040, PRATTVILLE, AL 360680040
32449672  +  SOUTHEAST PHYSICIAN NETWORK (UNIVERSITY SURGI, 1400 AFFLINK PL, STE 1, TUSCALOOSA, AL 35406-2451
32449673     SOUTHEAST REFERENCE SERVICES, PO BOX 748209, ATLANTA, GA 303748209
32449674     SOUTHEAST SHELBY COUNTY EMERGENCY MEDICAL RES, PO BOX 857, COLUMBIANA, AL 350510857
32449676  +  SOUTHEASTERN ONCOLOGY ASSOCIATES, DEPT 1370 PO BOX 2153, BIRMINGHAM, AL 35287-0002
32449677  +  SOUTHEASTERN UROLOGY PC, 4300 W MAIN ST, STE 102, DOTHAN, AL 36305-1306
32449678  +  SOUTHERN ALABAMA SURGERY CENTER- PHYSICIANS, 2800 ROSS CLARK CIR SUITE 3, DOTHAN, AL 36301-9900
32449679  +  SOUTHERN BONE & JOINT SPECIALISTS, PO BOX 20809, BELFAST, ME 04915-4105
32449680     SOUTHERN CANCER CENTER, P.C., PO BOX 780069, PHILADELPHIA, PA 191780069
32449681     SOUTHERN ORTHOPAEDIC ALLIANCE, 1720 SPRINGHILL AVE, MOBILE, AL 366041410
32449682  +  SOUTHERN ORTHOPAEDIC SURGEONS, 454 TAYLOR RD, MONTGOMERY, AL 36117-3563
32449683  +  SOUTHERN ORTHOPEDIC SPECIALISTS PC, 516 BROOKWOOD BLVD, FLOOR 2, BIRMINGHAM, AL 35209-7054
32449684  +  SOUTHERN PERIOPERATIVE SERVICES PC, PO BOX 757, FLORENCE, AL 35631-0757
32449685  +  SOUTHERN SPECIALTY PHYSICIANS LLC, PO BOX 26830, BELFAST, ME 04915-2019
32449686  +  SOUTHERN SURGICAL LLC, 105 PROFESSIONAL LANE, DOTHAN, AL 36303-3875
32449687     SOUTHLAND 806 HOSPITALISTS PLLC, PO BOX 735786, CHICAGO, IL 606735786
32449688     SOUTHLAND HOSPITALISTS AT OZARK, PO BOX 734546, CHICAGO, IL 606734546
32449689     SOUTHLAND MED SOL OF OZARK, PLL, PO BOX 734544, CHICAGO, IL 606734544
32449690     SOUTHLAND MEDICAL SOLUTIONS OF EUFAULA, PL, PO BOX 95728, OKLAHOMA CITY, OK 731435728
32449691  +  SOUTHLAND MEDICAL SOLUTIONS OF OZARK PLLC, PO BOX 5218, NICEVILLE, FL 32578-5218
32449692     SOUTHVIEW MEDICAL GROUP PC, 833 ST VINCENTS DRIVE STE 300, BIRMINGHAM, AL 352051612
32449694  +  SOUTHWEST FLORIDA MEDICINE PLLC, PO BOX 21116, BRADENTON, FL 34204-1116
32449695  +  SOUTHWEST FLORIDA ORAL & FACIAL SURG, PA, 8267 COLLEGE PARKWAY, FORT MYERS, FL 33919-5193
32449696  +  SOUTHWESTERN EYE CENTER, LTD, 4800 NORTH 22ND STREET, PHOENIX, AZ 85016-4963
32449697     SPACE COAST CARDIOLOGY CONSULTANTS, 7139 NORTH US HWY 1, COCOA, FL 329275094
32449698     SPACE COAST OPHTHALMOLOGY LLC, 1832 GARDEN ST, TITUSVILLE, FL 327963200
32449699  +  SPACE COAST ORTHOPEDICS & SPORT MEDICINE, 220 NORTH SYKES CREEK PRKY, STE 200, MERRITT ISLAND, FL 32953-3489
32449700     SPECIALIZED ORTHOPAEDIC SERVICES, 307 MAPLE AVE W, STE F, VIENNA, VA 221804307
32449701  +  SPECIALTYCARE SURGICAL ASSIST LLC, 3 MARYLAND FARMS STE 200, BRENTWOOD, TN 37027-5780
32449702  +  SPORTSMED ORTHOPAEDIC SPECIALISTS PC, 4715 WHITESBURG DRIVE, HUNTSVILLE, AL 35802-1649
32449703  ++ SPRINGHILL DIAGNOSTIC RADIOLOGISTS PC, PO BOX 91628, MOBILE AL 36691-1628 address filed with court:, SPRINGHILL

DIAGNOSTIC RADIOLOGISTS PC, P O BOX 91628, MOBILE, AL 36691
32449704      SPRINGHILL EMERGENCY PHYSICIANS, DEPARTMENT 1060 P O BOX 2847, MOBILE, AL 366522847
32449705    + SRI SAI SS LLC, 469 N HARBOR CITY BLVD, MELBOURNE, FL 32935-6857
32449706      SSM HEALTH CARE GROUP, PO BOX 954467, SAINT LOUIS, MO 631954467
32449707      SSM HEALTH SLU HOSPITAL ANESTHESIA PHYSICIAN, P O BOX 505313, SAINT LOUIS, MO 631505313
32449708      SSM HEALTH ST MARYS HOSPITAL, 7344 SOLUTION CENTER, CHICAGO, IL 606777003
32449709      SSM MEDICAL GROUP INC, P O BOX 955534, SAINT LOUIS, MO 631955534
32449710      SSM-SLUH INC D/B/A SSM HEALTH SAINT LOUIS UNI, 7344 SOLUTION CENTER, CHICAGO, IL 606777003
32449711    + ST ALEXIUS HOSPITAL, PO BOX 116721, ATLANTA, GA 30368-6721
32449712      ST JOSEPH HOSPITAL, PO BOX 644663, PITTSBURGH, PA 152644663
32449713    + ST JOSEPH'S HOSP AND MED CTR DBA ST JOSEPH RE, 703 MAIN STREET, PATERSON, NJ 07503-2621
32449714    + ST LUKES CORNWALL HOSPITAL, 70 DUBOIS STREET, NEWBURGH, NY 12550-4898
32449715      ST PAUL PLACE SPEC, PO BOX 824173, PHILADELPHIA, PA 191824173
32449717      ST PAUL PLACE SPECIALISTS INC, PO BOX 824173, PHILADELPHIA, PA 191824173
32449718    + ST. AGNES HEALTHCARE, INC., PO BOX 418468, BOSTON, MA 02241-8468
32449719      STASKO SURGICAL ASSOCIATES, 924 SETON DR, CUMBERLAND, MD 215021851
32449720    + STEVEN L MACKEY MD DBA ALEXANDER CITY DERM, 1722 PINE ST #400, MONTGOMERY, AL 36106-1159
32449721    + STEWARD MEDICAL GROUP INC, PO BOX 21023, BELFAST, ME 04915-4107
32449722    + STEWARD MELBOURNE HOSPITAL INC, 250 N WICKHAM ROAD, MELBOURNE, FL 32935-8625
32449723    + STEWARD ROCKLEDGE HOSPITAL, INC, P O BOX 419753, BOSTON, MA 02241-9753
32449725      STV PULMONARY GROUP, P O BOX 936316, ATLANTA, GA 311936316
32449726    + SUMMIT AMBULATORY SURGERY, 25 CROSSROADS DR, OWINGS MILLS, MD 21117-5421
32449727      SUMMIT PATHOLOGY PLLP, P O BOX 913258, DENVER, CO 802913258
32449728    + SUN CITY ORTHOPAEDICS & HAND SURGERY, 820 REDD RD, BLDG B, EL PASO, TX 79912-7276
32449729    + SUNCOAST ORAL SURGERY SPECIALISTS, 7005 S TAMIAMI TRAIL, SARASOTA, FL 34231-5501
32449730    + SUNIL GUPTA MD PA, PO BOX 27932, BELFAST, ME 04915-2031
32449731    + SUNRISE FACIAL & ORAL SURGERY, 1325 SOUTH PINE STREET, STE 102, MELBOURNE, FL 32901-3189
32449732    + SUNSHINE STATE ANESTHESIA, P O BOX 745858, ATLANTA, GA 30374-5858
32449733    + SURGCENTER OF GLEN BURNIE, 308 HOSPITAL DR, GLEN BURNIE, MD 21061-5578
32449734    + SURGCENTER OF NORTHERN BALTIMORE, 215 SCHILLING CIRCLE STE 110-112, HUNT VALLEY, MD 21031-1108
32449735      SURGERY CENTER OF N COLORADO PRECISION, 1725 E PROSPECT RD, FORT COLLINS, CO 805251307
32449736    + SURGICAL ASSOCIATES OF NORTH ALABAMA, PC, 1405 7TH STREET SE, DECATUR, AL 35601-3341
32449737    + SURGICAL ASSOCIATION OF MOBILE,P.A, 3 MOBILE INFIRMARY CIRCLE SUITE 212, MOBILE, AL 36607-3514
32449738    + SURGIMON LLC, PO BOX 5542, PITTSBURGH, PA 15206-0542
32449739    + SURGONE, PC, 4600 E HALE PKWY, SUITE 430, DENVER, CO 80220-4000
32449740    + SURVIVAL FLIGHT INC, P. O. BOX 271375, OKLAHOMA CITY, OK 73137-1375
32449741    + SY, LUNA U MD PC, P O BOX 190, OZARK, AL 36361-0190
32449742      SYCAMORE LAKELAND LLC, 180 VIA VERDE STE 100, SAN DIMAS, CA 917733993
32449743    + SYKESVILLE FREEDOM DISTRICT FIRE, 7301 BUTTER CUP RD, SYKESVILLE, MD #N/A 21784-7465
32449744      SYLACAUGA AMBULANCE SERVICE INC, P O BOX 1007, SYLACAUGA, AL 351501007
32449745    + SYLACAUGA HEALTHCARE AUTH DBA COOSA VALLEY ME, 33733 US HIGHWAY 280, CHILDERSBURG, AL 35044-3017
32449746    + SYNERGY LABORATORIES, 5570 RANGELINE RD, MOBILE, AL 36619-9540
32449747      SYNERGY ORTHOPEDICS LLC, 920 GERMANTOWN PIKE, SUITE 210 J, PLYMOUTH MEETING, PA 194627401
32449748    + TAKESHIAN, AZITA, 100 PILOT MEDICAL DR STE 275, BIRMINGHAM, AL 35235-3475
32449749    + TALEBI, IBRAHIM DBA NASSERI CLINIC, 700 GEIPE ROAD, STE 200, CATONSVILLE, MD 21228-4176
32449750      TAMPA BAY SURGICAL GROUP LLP, P O BOX 22289, SAINT PETERSBURG, FL 337422289
32449751      TAMPA GENERAL HOSPITAL, PO BOX 100936, ATLANTA, GA 303840936
32449752      TAMPA GENERAL HOSPITAL - AMBULANCE, P O BOX 100936, ATLANTA, GA 303840936
32449753    + TAUK, NABIL DBA ST LOUIS COUNTY NEPHROLOGY, 10004 KENNERLY, SUITE 103A, SAINT LOUIS, MO 63128-2173
32449754    + TECH CARE X-RAY (INVOICE ONLY), 2909 OLD BAINBRIDGE ROAD, TALLAHASSEE, FL 32303-2811
32449755    + TECH CARE X-RAY, LLC, 2909 OLD BAINBRIDGE ROAD, TALLAHASSEE, FL 32303-2811
32449756      TENET HOSP LIMITED DBA THE HOSP OF PROVIDENCE, 1625 MEDICAL CENTER ST, EL PASO, TX 799025005
32449757      TETON PATHOLOGY PC, P O BOX 4940, JACKSON, WY 830014940
32449758      TEXAS TECH UNIVERSITY HEALTH SCIENCES CE, PO BOX 732455, DALLAS, TX 753732455
32449759    + TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, PO BOX 9520, EL PASO, TX 79995-9520
32449760    + THE BRAIN & SPINE CENTER, PO BOX 382375, BIRMINGHAM, AL 35238-2375
32449761    + THE CENTER FOR COLON AND DIGESTIVE DISEASE PC, PO BOX 2324, BIRMINGHAM, AL 35201-2324
32449762      THE CENTERS FOR ADVANCED ORTHOPAEDICS, P O BOX 79831, BALTIMORE, MD 212790831
32449763      THE EMORY CLINIC INC, PO BOX 102398 68 ANNEX, ATLANTA, GA 303682398
32449764    + THE EYE CENTER SURGEONS AND ASSOCIATES LLC, 401 MERIDIAN STREET SUITE 200, HUNTSVILLE, AL 35801-4719
32449765    + THE EYE DEPOT PA, 426 MANATEE AVE W, BRADENTON, FL 34205-8845
32449766    + THE EYE INSTITUTE, 1995 W NASA BLVD, MELBOURNE, FL 32904-2346
32449767      THE GEORGE WASH UNIV MFA, PO BOX 392220, PITTSBURGH, PA 152519200

District/off: 113A-2       User: admin       Page 21 of 31

Date Rcvd: May 19, 2026       Form ID: 309F1       Total Noticed: 1551

32449768   + THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, PO BOX 37970, BELFAST, ME 04915-1221

32449770   + THE HEART CENTER CARDIOLOGY, PC, PO BOX 2145, OPELIKA, AL 36803-2145

32449772   + THE IMAGING CENTER DAKOTA PET CT, 2929 FIFTH STREET, STE 100, RAPID CITY, SD 57701-7355

32449774     THE ORTHOPAEDIC CENTER, PO BOX 11407, DEPT 8125, BIRMINGHAM, AL 352468125

32449777     THE RADIOLOGY CLINIC, LLC, PO BOX 4629, HOUSTON, TX 772104629

32449778     THE REHAB OFFICE INC, 2908 TANTALLON DR SE, OWENS CROSS ROADS, AL 357635306

32449779   + THE VASCULAR INSTITUE OF BIRMINGHAM, 1112 GENE REED RD, BIRMINGHAM, AL 35235-2405

32449780   + THEODOTOU, BASIL C, 32 SUNTREE PL, MELBOURNE, FL 32940-7689

32449781   + THOMAS D BIANCHI MD PA, PO BOX 23349, BELFAST, ME 04915-4484

32449782     THOMAS M DAVIS JR MD, 700 HELEN KELLER BLVD, TUSCALOOSA, AL 354042960

32449783     THOMAS, RADCLIFFE M, 4000 WEST NORTHERN PKWY, BALTIMORE, MD 212154473

32449784   + THREE CROSSES REGIONAL HOSP PHYS, 2560 SAMARITAN DR, LAS CRUCES, NM 88001-1170

32449785   + THREE CROSSES REGIONAL HOSPITAL, 2560 SAMARITAN DRIVE, LAS CRUCES, NM 88001-1170

32449786   + THUNDER BASIN ORTHOPAEDICS & SPORT MED., P. O. BOX 688, DOUGLAS, WY 82633-0688

32449787     TIDALHEALTH PENINSULA REGIONAL, P O BOX 826880, PHILADELPHIA, PA 191826880

32449788     TIDALHEALTH PENINSULA REGIONAL - (INVOICE), P O BOX 826880, PHILADELPHIA, PA 191826880

32449789     TIDALHEALTH SPECIALTY CARE, PO BOX 825461, PHILADELPHIA, PA 191825461

32449791   + TIMBERLINE HEARING, 218 NORTH BROADWAY, RIVERTON, WY 82501-3543

32449792     TIMOTHY D BASSETT DBA SOUTHEASTERN SPINE SPEC, 1781 COMMONS NORTH LOOP, TUSCALOOSA, AL 354063577

32449793   + TITUSVILLE CENTER FOR SURGICAL EXCELLENC, 814 SOUTH WASHINGTON AVE, TITUSVILLE, FL 32780-4262

32449794     TOTAL GASTROENTEROLOGY PA, 7441 US HWY 27 N, SEBRING, FL 33870

32449795     TOTAL SKIN & BEAUTY DERMATOLOGY CTR, 1927 1ST AVE NORTH STE 200, BIRMINGHAM, AL 352034050

32449796   + TOWN OF CLAYTON RESCUE SQUAD, PO BOX 601, CLAYTON, AL 36016-0601

32449797     TRANQUI SURGICAL PC, 707 W MARKET ST STE C, ATHENS, AL 356112463

32449798   + TRANSITIONAL CARE LLC, 1725 SPRINGHILL AVE, MOBILE, AL 36604-1402

32449799   + TRAUMA SURGERY ASSOCIATES, 6507 DEER POINTE DRIVE, SALISBURY, MD 21804-1667

32449800   + TRAVIS PAUL MD PC, PO BOX 1405, BAY MINETTE, AL 36507-1405

32449801     TRI CITY HOSPITAL, P O BOX 402470, ATLANTA, GA 303842470

32449802     TRIDENT, SYMPHONY DIAGNOSTIC SERVICES NO.1, PO BOX 825778, PHILADELPHIA, PA 191825778

32449803     TRIDENT, SYMPHONY DIAGNOSTIC SERVICES NO.1 I, PO BOX 825778, PHILADELPHIA, PA 191825778

32449804     TRINITY EMERGENCY PHYSICIAN, P O BOX 277981, ATLANTA, GA 303847981

32449805   + TRINITY MEDICAL CENTER PHYSICIANS, PO BOX 830605, BIRMINGHAM, AL 35283-0605

32449806   ++ TRISTATE SURGEONS LLC, 1110 PROFESSIONAL COURT, SUITE 101, HAGERSTOWN MD 21740-5937 address filed with court:, TRISTATE SURGEONS LLC, 11110 MEDICAL CAMPUS RD SUITE 127, HAGERSTOWN, MD 217426799

32449807   + TROY REGIONAL MEDICAL CENTER PHYS, 1330 HIGHWAY 231 S, TROY, AL 36081-3067

32449808     TRUEPARTNERS LAKEWOOD INPATIENT SPECIALIST, P O BOX 208208, DALLAS, TX 753200001

32449809     TRUEPARTNERS MANATEE EMER SPEC, PO BOX 208207, DALLAS, TX 753200001

32449810     TUSCALOOSA ANESTHESIA ASSOCIATES LLC TAA, DEPT. 40, PO BOX 4010, HOUSTON, TX 772104010

32449811     TUSCALOOSA EAR NOSE AND THROAT, 1300 MCFARLAND BLVD NE SUITE 150, TUSCALOOSA, AL 354062283

32449812     TUSCALOOSA LUNG & SLEEP CONSULTANTS, 701 UNIVERSITY BLVD EAST STE 711, TUSCALOOSA, AL 354017433

32449813   + TUSCALOOSA NEPHROLOGY, 1850 MCFARLAND BLVD N, TUSCALOOSA, AL 35406-2138

32449814   + TUSCALOOSA SAFE CENTER, 1601 UNIVERSITY BLVD EAST, STE 150, TUSCALOOSA, AL 35404-2920

32449816     TUSCALOOSA SURGICAL ASSOCIATES PC, 1837 COMMONS NORTH DR, TUSCALOOSA, AL 354063700

32449817     TVPG LLC DBA TRIA VISION, 2010 PATTON CHAPEL RD SUITE 101, HOOVER, AL 352165783

32449818     U S ANESTHESIA PARTNERS OF FLORIDA INC, DBA J, P O BOX 840821, DALLAS, TX 752840821

32449819     UAB HOOVER ORAL MAXILLOFACIAL SURGERY, PO BOX 55310, BIRMINGHAM, AL 352555310

32449820     UAB OBGYN RESEARCH AND DIAGNOSTIC LAB, 701 20TH ST S - AB 921, BIRMINGHAM, AL 352940109

32449821     UABHS DBA ADVANCED WOUND CARE AT BAPTIST MED, PO BOX 241145, MONTGOMERY, AL 361241145

32449822     UAHSF DEPT OF PEDIATRICS, 703 VOLKER HALL, BIRMINGHAM, AL 352940001

32449823     UAHSF ORTHOTIC, 1201 11TH AVENUE SOUTH, BIRMINGHAM, AL 352053410

32449824     UAHSF PEDIATRIC CARDIOLOGY, PO BOX 55823, BIRMINGHAM, AL 352555823

32449825   + UH PROF-BILL ER/OBS, 150 BERGEN STREET, NEWARK, NJ 07103-2496

32449826     UK COLLEGE OF DENTISTRY, PO BOX 951326, CLEVELAND, OH 441930004

32449827   + UK HEALTHCARE HOSPITALS, LOCKBOX 951326, CLEVELAND, OH 44193-0011

32449828     UK ORAL HEALTHCARE, PO BOX 951326, CLEVELAND, OH 441930011

32449829     ULF INTERNAL MEDICINE, P O BOX 777752 7752 SOLUTIONS, CHICAGO, IL 606777007

32449830     ULP ANESTHESIOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449831     ULP CARDIOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449832     ULP COLORECTAL SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449833     ULP EMERGENCY MEDICINE, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449834     ULP ENDOCRINOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449835     ULP ENT, 7752 SOLUTION CENTER, CHICAGO, IL 606777007

32449836   + ULP EYE SPECIALISTS, 125 W SOUTH ST STE 1785, INDIANAPOLIS, IN 46206-4664

32449837 ULP GASTROENTEROLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449838 ULP GENERAL SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449839 ULP GYNECOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449840 + ULP INFECTIOUS DISEASE, 310 W. LIBERTY, STE 600, LOUISVILLE, KY 40202-3017
32449841 ULP MATERNAL FETAL MEDICINE, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449842 ULP NEPHROLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449843 ULP NEUROLOGY ADULT, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449844 ULP NEUROSURGICAL GROUP, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449845 ULP NP GROUP, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449846 ULP ONCOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449847 ULP ORTHOPEDICS, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449848 ULP PATHOLOGY, 7771 SOLUTION CENTER, CHICAGO, IL 606777007
32449849 + ULP PLASTIC SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 60677-0001
32449850 ULP PSYCHIATRY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449851 ULP PULMONARY, P O BOX 950286, LOUISVILLE, KY 402950286
32449852 ULP RADIOLOGICAL ASSOCIATES, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449853 ULP SPEECH AND AUDIOLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449854 ULP TRAUMA SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449855 ULP UROLOGY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449856 ULP VASCULAR SURGERY, 7752 SOLUTION CENTER, CHICAGO, IL 606777007
32449857 UMIAME MEDICINE-OPTOMETRY, PO BOX 281046, ATLANTA, GA 303841046
32449858 UMIAMI MEDICINE - OPHTHALMOLOGY, PO BOX 281046, ATLANTA, GA 303841046
32449859 UMIAMI MEDICINE-OB/GYN, PO BOX 281046, ATLANTA, GA 303841046
32449860 UMMS - BALTIMORE WASHINGTON MEDICAL CTR, PO BOX 64021, BALTIMORE, MD 212644021
32449861 + UMMS - DIMENSIONS HEALTH CORPORATION, UNIV OF, PO BOX 418305, BOSTON, MA 02241-8305
32449862 UMMS - JAMES LAWRENCE KERNAN HOSPITAL, INC., PO BOX 64505, BALTIMORE, MD 212644505
32449863 + UMMS - MARYLAND GENERAL HOSPITAL, 827 LINDEN AVENUE, BALTIMORE, MD 21201-4606
32449864 UMMS - SHORE HEALTH SYSTEM INC, P O BOX 277715, ATLANTA, GA 303847715
32449865 + UMMS - UNIVERSITY OF MARYLAND MEDICAL CENTER,, PO BOX 64468, BALTIMORE, MD 21264-4468
32449866 UNITED SEATING AND MOBILITY LLC, P O BOX 88225, MILWAUKEE, WI 532888225
32449867 + UNIV OB/GYN PROG AT SHH, PO BOX 18987, BELFAST, ME 04915-4084
32449868 + UNIV OF LOUISVILLE SCHOOL OF DENISTRY, 501 SOUTH PRESTON STREET, LOUISVILLE, KY 40202-1701
32449869 UNIV OF MD ANESTHES ASSOC PA, P O BOX 64374, BALTIMORE, MD 212644374
32449870 + UNIV OF PITTSBURG PHYSICIANS, 300 HALKET STREET,, PITTSBURGH, PA 15213-3108
32449871 + UNIVERSITY HOSPITAL - UMDNJ, P. O. BOX 3009, NEWARK, NJ 07103-0009
32449872 + UNIVERSITY HOSPITAL PHYSICIANS, 150 BERGEN STREET, NEWARK, NJ 07103-2406
32449873 + UNIVERSITY MED SVC ASSOC, INC., PO BOX 917770, ORLANDO, FL 32891-7770
32449874 UNIVERSITY MEDICAL CENTER OF EL PASO, PO BOX 202479, DALLAS, TX 753202479
32449875 + UNIVERSITY MEDICAL CENTER PHYS, 850 PETER BYCE BLVD, TUSCALOOSA, AL 35401-7457
32449876 + UNIVERSITY OF ALABAMA AT BIRMINGHAM, PO BOX 538580, ATLANTA, GA 30353-8580
32449878 + UNIVERSITY OF ALABAMA OPHTHAMOLOGY SERVICES F, 700 18TH ST #601, BIRMINGHAM, AL 35233-3800
32449879 + UNIVERSITY OF COLORADO HOSP AUTH DBA UNIVERSI, PO BOX 731605, DALLAS, TX 75373-1605
32449880 UNIVERSITY OF FLORIDA JACKSONVILLE PHYSICIANS, P O BOX 746872, ATLANTA, GA 303746872
32449881 + UNIVERSITY OF KENTUCKY PHYSICIANS, PO BOX 3107, LEXINGTON, KY 40588-3107
32449882 + UNIVERSITY OF LOUISVILLE RESEARCH FOUNDATION,, PO BOX 713443, CHICAGO, IL 60677-4343
32449883 + UNIVERSITY OF MARYLAND BALTIMORE WASHINGTON H, P O BOX 412262, BOSTON, MA 02241-2262
32449886 UNIVERSITY OF MARYLAND ORAL MAXILLOFACIAL SUR, 650 W. BALTIMORE ST SUITE 1401, BALTIMORE, MD 212011510
32449887 UNIVERSITY OF MARYLAND SCHOOL OF DENISTRY, P O BOX 17057, BALTIMORE, MD 212971057
32449888 + UNIVERSITY OF MIAMI HOSPITAL AND CLINICS, 1475 NW 12TH AVE, MIAMI, FL 33136-1084
32449890 UNIVERSITY ORTHOPAEDIC CLINIC P C, PO BOX 4521, HOUSTON, TX 772104521
32449891 + UNIVERSITY PHYSICIAN ASSOCIATES, 30 BERGEN STREET, NEWARK, NJ 07107-3000
32449893 + UNIVERSITY PHYSICIAN ASSOCIATES OF NEW JERSEY, PO BOX 18181, NEWARK, NJ 07191-8181
32449894 + UNIVERSITY PHYSICIANS INC, P O BOX 1061, DENVER, CO 80256-0001
32449895 + UNIVERSITY SURGICAL ASSOCIATES PC, 701 UNIVERSITY BLVD E SUITE 606, TUSCALOOSA, AL 35401-7411
32449896 UNIVIVERSITY ORAL AND FACIAL SURGERY, P.C., 651 HELEN KELLER BLVD, TUSCALOOSA, AL 354042983
32449930 UNM MEDICAL GROUP, INC., P O BOX 912137, DENVER, CO 802912137
32449932 + UPA AB LLC, 30 BERGEN STREET, NEWARK, NJ 07107-3000
32449933 + UPMC - WMHS SPECIALTY SERVICES, P O BOX 223694, PITTSBURGH, PA 15251-2694
32449934 UPMC ALTOONA PHYS, P O BOX 382007, PITTSBURGH, PA 152516100
32449935 + UPMC WM INPATIENT, PO BOX 223694, PITTSBURGH, PA 15251-2694
32449936 + UPPER CHESAPEAKE EMERGENCY, P O BOX 412312, BOSTON, MA 02241-2312
32449937 UROLOGIC SPECIALISTS OF CENTRAL FLORIDA, PLLC, 575 S. WICKHAM RD, STE A, MELBOURNE, FL 329041170

32449938    + UROLOGY ASSOC OF MOBILE, 168 MOBILE INFIRMARY BLVD, MOBILE, AL 36607-3510
32449940    + UROLOGY CLINIC OF SOUTH ALABAMA LLC, 215 MEDICAL PARK DRIVE, SUITE 2, ANDALUSIA, AL 36420-5355
32449942    ++ UROLOGY SPECIALISTS PC, 4704 WHITESBURG DR SW SUITE 100, HUNTSVILLE AL 35802-4302 address filed with court:,
                 UROLOGY SPECIALISTS PC, 4704 WHITESBURG DR STE 100, HUNTSVILLE, AL 35802
32449943       US ANESTHESIA PARTNER OF COLORADO INC, P O BOX 840862, DALLAS, TX 752840862
32449944       USA CHILDREN AND WOMEN PHYSICIAN, P O BOX 40480, MOBILE, AL 366440480
32449945       USA HEALTH ANESTHESIA BILLING, P O BOX 40787, MOBILE, AL 366400787
32449946    + USA HEALTH COMMUNITY PROVIDERS LLC, PO BOX 36258, BELFAST, ME 04915-1204
32449948       USA HEALTH PHYSICIAN BILLING, PO BOX 746450, ATLANTA, GA 303746450
32449950    + USA HEALTH PHYSICIAN BILLING, 1601 CENTER STREET, STE 3N, MOBILE, AL 36604-1541
32449949    + USA HEALTH PHYSICIAN BILLING, 2451 UNIVERSITY HOSPITAL DR, MASTIN 102, MOBILE, AL 36617-2300
32449951    + USA MEDICAL CENTER PHYSICIAN GROUP, 2451 UNIVERSITY HOSPITAL DR, MOBILE, AL 36617-2300
32449952    + USACS INTERGRATED ACUTE SERVICES OF MARYLAND,, P O BOX 23440, BELFAST, ME 04915-4485
32449953       UT OMS SPECIALTY DENTAL SERVICES, PLLC D/B/A,, PO BOX 950521, SAINT LOUIS, MO 631950521
32449897       Unknown Creditor 1, PO BOX 825766, PHILADELPHIA, PA 191825766
32449898    + Unknown Creditor 10, PO BOX 14152, BELFAST, ME 04915-4032
32449899       Unknown Creditor 11, PO BOX 824173, PHILADELPHIA, PA 191824173
32449900       Unknown Creditor 12, PO BOX 2270, BURLINGTON, NC 272162270
32449901       Unknown Creditor 13, PO BOX 62643, BALTIMORE, MD 212642643
32449902       Unknown Creditor 14, PO BOX 650846, DALLAS, TX 752650846
32449903    + Unknown Creditor 15, PO BOX 14152, BELFAST, ME 04915-4032
32449904       Unknown Creditor 16, PO BOX 951326, CLEVELAND, OH 441930011
32449905    + Unknown Creditor 17, 1930 BISHOP LN, LOUISVILLE, KY 40218-1921
32449906       Unknown Creditor 18, PO BOX 64313, BALTIMORE, MD 212644313
32449907    + Unknown Creditor 19, PO BOX 14152, BELFAST, ME 04915-4032
32449908    + Unknown Creditor 2, PO BOX 589, BRADENTON, FL 34206-0589
32449909       Unknown Creditor 20, PO BOX 824173, PHILADELPHIA, PA 191824173
32449910       Unknown Creditor 21, PO BOX 2270, BURLINGTON, NC 272162270
32449911    + Unknown Creditor 22, P. O. BOX 18181, NEWARK, NJ 07191-8181
32449912       Unknown Creditor 23, PO BOX 2270, BURLINGTON, NC 272162270
32449913       Unknown Creditor 24, PO BOX 776351, CHICAGO, IL 606776351
32449914    + Unknown Creditor 25, 25 CROSSROADS DRIVE, OWINGS MILLS, MD 21117-5421
32449915       Unknown Creditor 25, 2000 CAMPBELL DR, TORRINGTON, WY 822401528
32449917    + Unknown Creditor 26, PO BOX 37970, BELFAST, ME 04915-1221
32449916    + Unknown Creditor 26, PO BOX 776351, CHICAGO, IL 60677-6351
32449918       Unknown Creditor 27, PO BOX 776351, CHICAGO, IL 606776351
32449919    + Unknown Creditor 28, PO BOX 14152, BELFAST, ME 04915-4032
32449920       Unknown Creditor 29, PO BOX 64588, BALTIMORE, MD 212644588
32449921    + Unknown Creditor 3, PO BOX 676171, DALLAS, TX 75267-6171
32449922       Unknown Creditor 30, PO BOX 64250, BALTIMORE, MD 212644250
32449923       Unknown Creditor 31, PO BOX 79831, BALTIMORE, MD 212790831
32449924       Unknown Creditor 4, PO BOX 676171, DALLAS, TX 752676171
32449925    + Unknown Creditor 5, 101 RIVERFRONT BLVD STE 710, BRADENTON, FL 34205-8823
32449926    + Unknown Creditor 6, PO BOX 14152, BELFAST, ME 04915-4032
32449927    + Unknown Creditor 7, PO BOX 14152, BELFAST, ME 04915-4032
32449928       Unknown Creditor 8, PO BOX 708, WEST PLAINS, MO 657750708
32449929    + Unknown Creditor 9, PO BOX 14152, BELFAST, ME 04915-4032
32449954    + VALLEY PATHOLOGY, PO BOX 2687, DECATUR, AL 35602-2687
32449955       VALLEY PULMONARY & CRITICAL CARE PC, 1101 SOMERVILLE ROAD SE, DECATUR, AL 356013242
32449956    + VALLEY REGIONAL ENTERPRISES, INC, DBA VALLEY, PO BOX 1910, WINCHESTER, VA 22604-8060
32449958    + VASCULAR ASSOCIATES OF SOUTH ALABAMA, 1551 OLD SHELL ROAD, MOBILE, AL 36604-1354
32449959    + VASCULAR CENTER OF NAPLES, 1875 VETERANS PARK DR STE 2203, NAPLES, FL 34109-0596
32449960       VASCULAR SPECIALTY SERVICES INC, P O BOX 824173, PHILADELPHIA, PA 191824173
32449961       VASCULAR SURGERY ASSOCIATES, 7900 SHRADER RD, RICHMOND, VA 232944215
32449963    + VAUGHAN PHYSICIAN PRACTICES LLC, PO BOX 24713, BELFAST, ME 04915-4498
32449962    + VAUGHAN PHYSICIAN PRACTICES LLC, 200 VAUGHAN MEMORIAL DR, SELMA, AL 36701-6508
32449964       VCU HEALTH SYSTEM DBA MED COLLEGE OF VA, PO BOX 718997, PHILADELPHIA, PA 191718997
32449965       VCU ORAL FACIAL SURGERY AND SERVICES LLC, 520 N 12TH STREET, RICHMOND, VA 232985064
32449966       VERA, ALBERTO F, 15275 COLLIER BLVD, NAPLES, FL 341196750
32449967       VERACYTE LABS SD, 6925 LUSK BLVD, SAN DIEGO, CA 921212789
32449968       VERACYTE, INC, P O BOX 885173, LOS ANGELES, CA 900885173
32449969       VESPER MEDICAL TRANSPORT, PO BOX 38746, BALTIMORE, MD 212318746
32449970    + VIERA HOSPITAL, 3300 FISKE BLVD, ROCKLEDGE, FL 32955-4306

32449971   + VINCENTIAN PHYSICIAN SERVICES LLC, P O BOX 18947, BELFAST, ME 04915-4084
32449973   + VIRGINIA ORAL & FACIAL SURGERY, 11545 A NUCKOLS ROAD, GLEN ALLEN, VA 23059-5666
32449975     VIVID PATHOLOGY PA, 5700 SOUTHWYCK BLVD, TOLEDO, OH 436141509
32449976     VOLUNTEER FIRE COMPANY OF HALFWAY, P O BOX 726, NEW CUMBERLAND, PA 170700726
32449977   + VOYAGER PHYSICAL THERAPY INC, 4436 VICKSBURG DR, BIRMINGHAM, AL 35210-3038
32483306   + Vicki Smith, 2004 Boise Drive, Odessa, TX 79762-2107
32449979     W FLORIDA CARDIOLOGY NETWORK, P O BOX 741436, ATLANTA, GA 303741436
32449980   + W DAVID HEWITT, PO BOX 242848, MONTGOMERY, AL 36124-2848
32449981   + WAGUIH EL MASRY MD, 250 2ND ST E, STE 3B, BRADENTON, FL 34208-1027
32449982   + WASHINGTON HOSPITAL CENTER, PO BOX 418203, BOSTON, MA 02241-8203
32449983   + WASHINGTON HOSPITAL CENTER PHYSICIAN, P O BOX 417480, BOSTON, MA 02241-7480
32449984   + WASHINGTON UNIVERSITY, DEPT OF PATHOLOGY, PO BOX 60352, SAINT LOUIS, MO 63160-0352
32449985   + WASHINGTON UNIVERSITY, DEPT OF RADIOLOGY, PO BOX 60352, SAINT LOUIS, MO 63160-0352
32449986   + WAWAYANDA EMERGENCY MEDICAL SERVICES TOWN OF, 80 RIDGEBURY HILL ROAD, SLATE HILL, NY 10973-4231
32449987   + WEBER, FRANK, DDS L, 12 EAST CROSS TRAIL, DANBURY, CT 06810-1521
32449989   + WEISS, CARL B, PO BOX 1355, CHESTERFIELD, VA 23832-9103
32449990     WEST AL PHYSICIAN ASSOCIATES LLC, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770
32449991   + WEST AL SURGICAL ASSOCIATES, 3901 GREENSBORO AVE, SUITE A, TUSCALOOSA, AL 35405-3771
32449992     WEST AL VASCULAR SURGERY, 3901 GREENSBORO AVE, TUSCALOOSA, AL 354053770
32449993     WEST ALABAMA ANESTHESIA, PO BOX 934828, ATLANTA, GA 311934828
32449994   + WEST ALABAMA INFECTIOUS DISEASE, 3901 GREENSBORO AVE, TUSCALOOSA, AL 35405-3770
32449995   + WEST ALABAMA PALLIATIVE CARE SERVICES, LLC, 3901 GREENSBORO AVE, STE A, TUSCALOOSA, AL 35405-3771
32449996     WEST ALABAMA PHYS ASSOC, LLC DBA WEST ALABAMA, 701 UNIV BLVD EAST SUTIE 908, TUSCALOOSA, AL
             354012086
32449997     WEST ALABAMA PHYSICIAN ASSOCIATES LLC, D/B/A, 3901 GREENSBORO AVE STE A, TUSCALOOSA, AL 354053771
32449998   + WEST FL PHYSICIANS NETWORK, 2020 59TH ST WEST, BRADENTON, FL 34209-4604
32449999     WEST FLORIDA RADIOLOGY ASSOCIATES, PO BOX 162553, ALTAMONTE SPRINGS, FL 327162553
32450000   + WEST FLORIDA TRAUMA NETWORK, LLC, PO BOX 741661, ATLANTA, GA 30374-1661
32450001   + WEST JEFFERSON RADIOLOGY LLC, PO BOX 11407, DEPT 8093, BIRMINGHAM, AL 35246-3035
32450002     WEST RIVER ANESTHESIOLOGY CONSULTANT, P. O. BOX 2760, RAPID CITY, SD 577092760
32450003   + WESTCHESTER HEALTHCARE CORP PHYS, 100 WOODS ROAD, VALHALLA, NY 10595-1530
32450004   + WESTCHESTER MEDICAL CENTER, 100 WOODS ROAD, VALHALLA, NY 10595-1530
32450005   + WESTERN HEALTHCARE SERVICES, 3933 S. BROADWAY, SAINT LOUIS, MO 63118-4601
32450006   + WESTERN MARYLAND OUTPATIENT DIAGNOSTIC CENTER, P O BOX 223694, PITTSBURGH, PA 15251-2694
32450007   + WESTERN MARYLAND REGIONAL MEDICAL CENTER (INV, P O BOX 223694, PITTSBURGH, PA 15251-2694
32450008   + WESTERN PATHOLOGY CONSULTANTS, PC, PO BOX 1886, SCOTTSBLUFF, NE 69363-1886
32450009   + WESTERN PLAINS FOOT CENTER, 7076 ROAD 55F, TORRINGTON, WY 82240-7771
32450010     WESTON COUNTY HEALTH SERVICES, 1124 WASHINGTON BLVD, NEWCASTLE, WY 827012972
32450011   + WESTON COUNTY HEALTH SERVICES PHYS, 1124 WASHINGTON BLVD, NEWCASTLE, WY 82701-2972
32450012   + WETUMPKA HOSPITALISTS PC, 2257 TAYLOR ROAD SUITE 2, MONTGOMERY, AL 36117-7790
32450013     WH SERVICES ATMORE LLLC, PO BOX 224892, DALLAS, TX 752224892
32450015   + WILLIAMSPORT VF EMS CO INC, 892 NEW CASTLE RD, DENTON, MD 21629
32450016   + WILSON ANESTHESIA SERVICES, LLC, 4100 INTERNATIONAL PLZ, STE 800, FORT WORTH, TX 76109-4839
32450017   + WIREGRASS CLINIC LLC, PO BOX 5266, BELFAST, ME 04915-5200
32450018     WIREGRASS NEUROLOGY, 1369 W MAIN ST, STE 2, DOTHAN, AL 363011309
32450019   + WIREGRASS RADIATION ONCOLOGY, PO BOX 11407 DEPT 2131, BIRMINGHAM, AL 35246-3035
32450020   + WIREGRASS SURGICAL ASSOCIATES, 1118 ROSS CLARK CIRCLE STE 310, DOTHAN, AL 36301-3002
32450021     WIREGRASS UROLOGY PC, 4300 W MAIN ST SUITE 102, DOTHAN, AL 363051306
32450022     WOMENS DIAGNOSTIC CENTER, P O BOX 742377, ATLANTA, GA 303742377
32450023     WOODLANDS MEDICAL SPECIALISTS, 4724 NORTH DAVIS HIGHWAY, PENSACOLA, FL 325032339
32450024   + WYOMING ANESTHESIA LLC, P O BOX 3810, SALT LAKE CITY, UT 84110-3810
32450025     WYOMING CARDIOPULMONARY SERVICES, P. O. BOX 51230, CASPER, WY 826051230
32450026   + WYOMING CENTER FOR SIGHT, 1421 WILKINS CIRCLE, CASPER, WY 82601-1337
32450027   + WYOMING MEDICAL CENTER, 1233 E. 2ND STREET, CASPER, WY 82601-2988
32450028   + WYOMING NEUROLOGIC ASSOCIATES, LLC, P O BOX 18812, BELFAST, ME 04915-4083
32450029   + WYOMING OTOLARYNGOLOGY PC, 2210 KING BLVD, CASPER, WY 82604-3165
32450030   + WYOMING RETINA ASSOCIATES, 307 S. JACKSON STREET, CASPER, WY 82601-2908
32450031     XIONGYING CHEN, MD PC, PO BOX 242848, MONTGOMERY, AL 361242848
32450032   + ZAMAN, QAMAR, 12502 WILLOWBROOK RD, SUITE 580, CUMBERLAND, MD 21502-6594
32450033   + ZOLL LIFECOR CORP., 121 GAMMA DR, PITTSBURGH, PA 15238-2919

TOTAL: 1454

District/off: 113A-2                      User: admin                                    Page 25 of 31

Date Rcvd: May 19, 2026                   Form ID: 309F1                                  Total Noticed: 1551

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mike@dallagolaw.com | May 19 2026 23:16:00 | Michael R Dal Lago, 999 Vanderbilt Beach Road, Suite 200, Naples, FL 34108 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | May 19 2026 23:19:00 | United States Trustee - FTM, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602-3949 |
| 32448456 | Email/Text: govtaudits@labcorp.com | May 19 2026 23:18:00 | ACCUPATH DIAGNOSTIC LABORATORIES, P O BOX 2270, BURLINGTON, NC 272162270 |
| 32448463 | ^ MEBN | May 19 2026 23:17:56 | ADVANCED RADIOLOGY PA, 26999 NETWORK PLACE, CHICAGO, IL 606731269 |
| 32449427 | Email/Text: akron_patient_services@teamhealth.com | May 19 2026 23:17:00 | NORTHWEST EMERGENCY PHYSICIANS, PO BOX 634720, CINCINNATI, OH 452634720 |
| 32448488 | + Email/Text: credentialing@medexbillingservice.com | May 19 2026 23:18:00 | ALABAMA COSTAL RADIOLOGY, PC, PO BOX 9369, MOBILE, AL 36691-0369 |
| 32448499 | Email/Text: ebrady@alapath.com | May 19 2026 23:18:00 | ALABAMA PATHOLOGY ASSC, 225 B WINTON BLOUNT LOOP, MONTGOMERY, AL 361173507 |
| 32449475 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | PARAGON CONTRACTING SERVICES INC, PO BOX 634710, CINCINNATI, OH 452634710 |
| 32449476 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | PARAGON EMERGENCY SERVICES INC, PO BOX 635774, CINCINNATI, OH 452635774 |
| 32449693 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | SOUTHWEST FLORIDA EMERGENCY MANAGEMENT INC, PO BOX 636553, CINCINNATI, OH 452636553 |
| 32448873 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | EMERGENCY COVERAGE CORPORATION, PO BOX 636019, CINCINNATI, OH 452636019 |
| 32448882 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | EMERGENCY SERVICES OF MOBILE PC, P.O. BOX 637943, CINCINNATI, OH 45263 |
| 32449106 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | INPHYNET CONTRACTING SERVICES INC, PO BOX 634702, CINCINNATI, OH 452634702 |
| 32448518 | + Email/Text: bankruptcynotifications@tridentcare.com | May 19 2026 23:18:00 | AMERICAN DIAGNOSTIC SERVICES INC, 930 RIDGEBROOK RD, SPARKS GLENCOE, MD 21152-9390 |
| 32448581 | Email/Text: sjennings@echca.org | May 19 2026 23:18:00 | ATMORE URGENT CARE, 401 MEDICAL PARK DR, ATMORE, AL 365023016 |
| 32448599 | + Email/Text: CBOBankruptcy@baptistfirst.org | May 19 2026 23:18:00 | BAPTIST HEALTH PHYSICIAN GROUP, 301 BROWN SPRINGS RD, MONTGOMERY, AL 36117-7005 |
| 32448607 | Email/Text: jtidwell@medsouthinc.net | May 19 2026 23:18:00 | BAY HOME MEDICAL SERVICES INC, 910 NICHOLS AVENUE, FAIRHOPE, AL 365323684 |
| 32448616 | ^ MEBN | May 19 2026 23:15:07 | BIOREFERENCE LABORATORIES, 481 EDWARD H ROSS DRIVE, PO BOX 650 ATTENTION: LES GOUGH, ELMWOOD PARK, NJ 07407-3128 |
| 32448618 | + Email/Text: businessoffice@bgapc.com | May 19 2026 23:16:00 | BIRMINGHAM GASTROENTEROLOGY ASSOCIATES PC, 1 INDEPENDENCE PLAZA SUITE 900, BIRMINGHAM, AL 35209-2643 |
| 32448624 | + Email/Text: dgarrett@BMIsurgery.com | May 19 2026 23:18:00 | BIRMINGHAM MINIMALLY INVASIVE SURGERY PC, 48 MEDICAL PARK E DR STE 150, BIRMINGHAM, AL 35235-3456 |
| 32448625 | + Email/Text: sherrie.mccay@brgimaging.com | May 19 2026 23:18:00 | BIRMINGHAM RADIOLOGICAL GROUP PC, |

District/off: 113A-2

Date Rcvd: May 19, 2026

User: admin

Form ID: 309F1

Page 26 of 31

Total Noticed: 1551

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO BOX 2514, BIRMINGHAM, AL 35201-2514 |
| 32448604 | Email/Text: rcmbr@bjc.org | May 19 2026 23:18:00 | BARNES JEWISH HOSPITAL, PO BOX 954540, SAINT LOUIS, MO 631954540 |
| 32448642 | Email/Text: CSCBNC@cscglobal.com | May 19 2026 23:18:00 | BON SECOURS ST. MARY'S HOSPITAL, 5801 BREMO RD, RICHMOND, VA 232261907 |
| 32448676 | + Email/Text: CHosey@cardassoc.com | May 19 2026 23:18:00 | CARDIOLOGY ASSOCIATES, 6701 AIRPORT BLVD D330, MOBILE, AL 36608-6758 |
| 32448679 | Email/Text: ccsterling3@yahoo.com | May 19 2026 23:19:00 | CARDIOLOGY ASSOCIATES OF WEST ALABAMA, 4401 WATERMELON ROAD, NORTHPORT, AL 354735197 |
| 32448685 | + Email/PDF: ais.norton.ebn@aisinfo.com | May 19 2026 23:20:16 | CARDIOTHORACIC SURGERY OF LOUISVILLE, PO BOX 950245, LOUISVILLE, KY 40295-0245 |
| 32448708 | Email/Text: wfish@ckyrad.com | May 19 2026 23:19:00 | CENTRAL KENTUCKY RADIOLOGY, 1218 SOUTH BROADWAY SUITE 310, LEXINGTON, KY 405042759 |
| 32448984 | Email/Text: bankruptcy.notices@vituity.com | May 19 2026 23:17:00 | GALEN INPATIENT PHYSICIANS, 1601 CUMMINS DR STE D, MODESTO, CA 953586411 |
| 32448720 | Email/Text: businessoffice@crmcwy.org | May 19 2026 23:18:00 | CHEYENNE REGIONAL MEDICAL GROUP, P O BOX 20970, CHEYENNE, WY 820037020 |
| 32448739 | + Email/Text: lgaither@hiwaay.net | May 19 2026 23:18:00 | CLINIC FOR COLON & RECTAL SURGERY PA, 115 MANNING DRIVE STE D101, HUNTSVILLE, AL 35801-4341 |
| 32448756 | + Email/Text: cnunnelley@anesthesiaoffice.net | May 19 2026 23:19:00 | COMMONWEALTH ANESTHESIA PSC, P.O. BOX 24576, LEXINGTON, KY 40524-4576 |
| 32448769 | + Email/Text: emcbee@huntsvillecas.com | May 19 2026 23:17:00 | COMPREHENSIVE ANESTHESIA SERVICES PC, 709 WARD AVE, HUNTSVILLE, AL 35801-3659 |
| 32448777 | + Email/Text: cstortz@stormontvail.org | May 19 2026 23:17:00 | COTTON O'NEIL, 901 SW GARFIELD AVENUE, TOPEKA, KS 66606-1695 |
| 32448818 | Email/Text: aterry@docorthopaedic.com | May 19 2026 23:18:00 | DECATUR ORTHOPAEDIC CLINIC, 1107 14TH AVE SE, STE 300, DECATUR, AL 356013597 |
| 32448837 | Email/Text: hpeterson@dhawy.com | May 19 2026 23:17:00 | DIGESTIVE HEALTH ASSOCIATES, 7212 COMMONS CIRCLE, CHEYENNE, WY 82009 |
| 32448838 | ^ MEBN | May 19 2026 23:19:12 | DIGESTIVE HEALTH SPECIALISTS, 480 HONEYSUCKLE RD, DOTHAN, AL 36305-1156 |
| 32448839 | Email/Text: billing@divrad.com | May 19 2026 23:17:00 | DIVERSIFIED RADIOLOGY OF COLORADO, P O BOX 173840, DENVER, CO 802173840 |
| 32448680 | Email/Text: bankruptcies@dothanspecialty.com | May 19 2026 23:18:00 | CARDIOLOGY ASSOCIATES, PA, 4300 WEST MAIN STREET SUITE 102, DOTHAN, AL 36305 |
| 32445010 | Email/Text: BNC_Notices@floridarevenue.com | May 19 2026 23:16:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 32448858 | + Email/Text: esamanager2015@gmail.com | May 19 2026 23:19:00 | EASTERN SURGICAL ASSOCIATES, 52 MEDICAL PARK EAST DR, BIRMINGHAM, AL 35235-3430 |
| 32448878 | ^ MEBN | May 19 2026 23:15:09 | EMERGENCY PHYS OF CENTRAL FL, LLP, P O BOX 628296, ORLANDO, FL 328628296 |
| 32448883 | + Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | May 19 2026 23:17:00 | EMERGENCY SERVICES OF MONTGOMERY, PO BOX 637944, CINCINNATI, OH 45263-7944 |
| 32448905 | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | May 19 2026 23:18:00 | F & S RADIOLOGY PC, P O BOX 3371, |

District/off: 113A-2

Date Rcvd: May 19, 2026

User: admin

Form ID: 309F1

Page 27 of 31

Total Noticed: 1551

|  |  |  |  |
|---|---|---|---|
|  |  |  | INDIANAPOLIS, IN 462063371 |
| 32449042 |  | Email/Text: jennifer@haynesneuro.com | |
|  |  | May 19 2026 23:19:00 | HAYNES NEUROSURGICAL GROUP PA, 801 PRINCETON AVE SW, STE 310, BIRMINGHAM, AL 352111307 |
| 32449057 | + | Email/Text: msullivan@heartsouthpc.com | |
|  |  | May 19 2026 23:17:00 | HEART SOUTH CARDIOVASCULAR GROUP PC, 1022 NORTH FIRST ST, SUITE 500, ALABASTER, AL 35007-8740 |
| 32449060 |  | Email/Text: jabaker@theheartcenter.md | |
|  |  | May 19 2026 23:18:00 | HH HEART CENTER LLC, PO BOX 040005, HUNTSVILLE, AL 358044005 |
| 32449081 | + | Email/Text: sjohnson@hsvheartmds.com | |
|  |  | May 19 2026 23:19:00 | HUNTSVILLE CARDIOVASCULAR CLINIC PC, 4601 WHITESBURG DR SUITE 201, HUNTSVILLE, AL 35802-1678 |
| 32449083 | ^ | MEBN | |
|  |  | May 19 2026 23:17:00 | HUNTSVILLE HOSPITAL PHYSICIANS, DEPT 1561 PO BOX 11407, BIRMINGHAM, AL 352461156 |
| 32449084 |  | Email/Text: heather.schilling@hhsys.org | |
|  |  | May 19 2026 23:17:00 | HUNTSVILLE HOSPITAL SPINE AND NEURO, 201 GOVERNORS DR, 1ST FLOOR, HUNTSVILLE, AL 358015171 |
| 32449115 | + | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | |
|  |  | May 19 2026 23:17:00 | INTERMOUNTAIN MEDICAL CENTER, 5121 S COTTONWOOD ST, MURRAY, UT 84107-5701 |
| 32445009 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  |  | May 19 2026 23:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32449133 | + | Email/Text: ebn@rwjbh.org | |
|  |  | May 19 2026 23:19:00 | JERSEY CITY MEDICAL CENTER, 355 GRAND STREET, JERSEY CITY, NJ 07302-4321 |
| 32448894 |  | Email/Text: govtaudits@labcorp.com | |
|  |  | May 19 2026 23:18:00 | ESOTERIX GENETIC LABORATORIES LLC, P O BOX 2270, BURLINGTON, NC 27216 |
| 32449202 |  | Email/Text: govtaudits@labcorp.com | |
|  |  | May 19 2026 23:18:00 | LABORATORY CORPORATION OF AMERICA, P.O. BOX 2270, BURLINGTON, NC 27216 |
| 32449203 |  | Email/Text: govtaudits@labcorp.com | |
|  |  | May 19 2026 23:18:00 | LABORATORY CORPORATION OF AMERICA HOLDINGS, PO BOX 2270, BURLINGTON, NC 272162270 |
| 32449222 | + | Email/Text: tdyson@woodholmegi.com | |
|  |  | May 19 2026 23:18:18 | LIFEBRIDGE COMMUNITY GASTROENTEROLOGY, LLC, 1838 GREENE TREE RD STE 400, BALTIMORE, MD 21208-7103 |
| 32449246 | + | Email/Text: NotificationEmail.atlcbo@uhsinc.com | |
|  |  | May 19 2026 23:18:00 | MANATEE MEMORIAL HOSPITAL, PO BOX 404413, ATLANTA, GA 30384-4413 |
| 32449274 |  | Email/Text: aaron.yarber@amgh.us | |
|  |  | May 19 2026 23:19:18 | MED-TRANS CORP, P.O. BOX 708, WEST PLAINS, MO 657750708 |
| 32449281 |  | Email/Text: LASWEATT@MEDEVACALABAMA.COM | |
|  |  | May 19 2026 23:18:00 | MEDEVAC ALABAMA, 61 ST JOSEPH ST, MOBILE, AL 366023530 |
| 32449320 | + | Email/Text: jjasper@innovativeventures.com | |
|  |  | May 19 2026 23:18:00 | METRO INFECTIOUS DISEASE CONSULTANTS LLC, 901 MCCLINTOCK DRIVE STE 202, WILLOWBROOK, IL 60527-0872 |
| 32449329 | ^ | MEBN | |
|  |  | May 19 2026 23:18:45 | MIDDLETOWN MEDICAL PC, 111 MALTESE DRIVE, MIDDLETOWN, NY 10940-2141 |
| 32449332 | + | Email/Text: coshea@mobheart.com | |
|  |  | May 19 2026 23:17:00 | MOBILE HEART SPECIALIST, 6701 AIRPORT BLVD SUITE A107, MOBILE, AL 36608-6774 |
| 32449335 | + | Email/Text: dcstanson@yahoo.com | |
|  |  | May 19 2026 23:19:00 | MODY & MILLER MD PA, 7310 RITCHIE HIGHWAY, SUITE 710, GLEN BURNIE, MD 21061-3294 |
| 32449344 | ^ | MEBN | |

| | | | | |
|---|---|---|---|---|
| | | | May 19 2026 23:15:59 | MONTGOMERY RADIOLOGY ASSOCIATES PA, PO BOX 830525 DEPT #SF128, BIRMINGHAM, AL 35283-0525 |
| 32449350 | ^ | MEBN | | |
| | | | May 19 2026 23:16:17 | MONUMENT PATHOLOGISTS INC, P O BOX 91726, RICHMOND, VA 232911726 |
| 32449931 | | Email/Text: PFSAcctRecovery@nebraskamed.com | | |
| | | | May 19 2026 23:18:00 | UNMC PHYSICIANS CORPORATION, P O BOX 30014, OMAHA, NE 681031114 |
| 32449378 | + | Email/Text: kelly@neurologicalsurgery.co | | |
| | | | May 19 2026 23:19:00 | NEUROLOGICAL SURGERY ASSOCIATES PC, 513 BROOKWOOD BLVD, BIRMINGHAM, AL 35209-7807 |
| 32449390 | | Email/Text: lccbo@lexclin.com | | |
| | | | May 19 2026 23:19:00 | NEW LEXINGTON CLINIC, PO BOX 11790, LEXINGTON, KY 405781790 |
| 32449428 | + | Email/PDF: ais.norton.ebn@aisinfo.com | | |
| | | | May 19 2026 23:20:30 | NORTON AUDUBON HOSPITAL, 1 AUDUBON PLAZA DR, LOUISVILLE, KY 40217-1397 |
| 32449429 | | Email/PDF: ais.norton.ebn@aisinfo.com | | |
| | | | May 19 2026 23:20:24 | NORTON BROWNSBORO HOSPITAL, 4960 NORTON HEALTHCARE BLVD, LOUISVILLE, KY 402412831 |
| 32449431 | + | Email/PDF: ais.norton.ebn@aisinfo.com | | |
| | | | May 19 2026 23:20:30 | NORTON HOSPITAL, 200 E CHESTNUT ST, LOUISVILLE, KY 40202-1800 |
| 32449445 | | Email/Text: bhill@ccihsv.com | | |
| | | | May 19 2026 23:17:00 | ONCOLOGY SPECIALTIES PC, PO BOX 18428, HUNTSVILLE, AL 358048428 |
| 32449453 | + | Email/Text: ssigna@orangepathology.com | | |
| | | | May 19 2026 23:17:00 | ORANGE PATHOLOGY ASSOC PC, PO BOX 911, RAMSEY, NJ 07446-0911 |
| 32449454 | | Email/Text: R-BankruptcyNotifications@orlandohealth.com | | |
| | | | May 19 2026 23:17:00 | ORLANDO HEALTH PHYSICIAN GROUP, PO BOX 919741, ORLANDO, FL 328915092 |
| 32449534 | | Email/Text: alexandra@prestigecardiology.com | | |
| | | | May 19 2026 23:17:00 | PRESTIGE CARDIOLOGY CONSULTANTS LLC, 1765 BERGLUND LN, MELBOURNE, FL 329406230 |
| 32449549 | | Email/Text: bankruptcy@padothan.com | | |
| | | | May 19 2026 23:19:18 | PULMONARY ASSOCIATES PA, PO BOX 2266, DOTHAN, AL 36302 |
| 32449558 | ^ | MEBN | | |
| | | | May 19 2026 23:16:30 | RADIOLOGY ASSOC. OF RICHMOND, P O BOX 13343, RICHMOND, VA 232250343 |
| 32449565 | | Email/Text: akarpin@mbms.net | | |
| | | | May 19 2026 23:18:00 | RADIOLOGY IMAGING ASSOCIATES PC, P O BOX 223862, PITTSBURGH, PA 152512862 |
| 32449568 | + | Email/Text: rohnotices@radhunt.com | | |
| | | | May 19 2026 23:17:00 | RADIOLOGY OF HUNTSVILLE PC, 2006 FRANKLIN STREET, SUITE 200, HUNTSVILLE, AL 35801-4537 |
| 32449572 | + | Email/Text: nordmantm@rcmed.net | | |
| | | | May 19 2026 23:18:00 | RAPID CITY MEDICAL CENTER PHY, P. O. BOX 6020, RAPID CITY, SD 57709-6020 |
| 32449580 | | Email/Text: cindy@ccrsi.com | | |
| | | | May 19 2026 23:18:00 | REGIONAL PARAMEDICAL SERVICES INC, PO BOX 11407, DEPT 1633, BIRMINGHAM, AL 352461633 |
| 32449621 | | Email/Text: legal@pims-inc.com | | |
| | | | May 19 2026 23:18:00 | RUFFOLO HOOPER & ASSOCIATES MD PA, PO BOX 918377, ORLANDO, FL 328918377 |
| 32449724 | | Email/Text: cstortz@stormontvail.org | | |
| | | | May 19 2026 23:17:00 | STORMONT VAIL HOSPITAL, 1500 SOUTHWEST 10TH AVENUE, TOPEKA, KS 66604 |
| 32449769 | + | Email/Text: lwalters@medctrbarbour.org | | |
| | | | May 19 2026 23:18:00 | THE HEALTHCARE AUTHORITY OF THE CITY OF EUFAU, 820 W WASHINGTON ST, EUFAULA, AL 36027-1855 |
| 32449771 | | Email/Text: atillery@hughston.com | | |
| | | | May 19 2026 23:18:00 | THE HUGHSTON CLINIC, PC, 6262 VETERANS PARKWAY, COLUMBUS, GA 319093540 |
| 32449776 | | Email/Text: athomas@theorthogroup.com | | |

| Recip ID | Bypass | Email/Text | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | May 19 2026 23:18:00 | THE ORTHOPAEDIC GROUP, PO BOX 86144, MOBILE, AL 366896144 |
| 32449877 | + | Email/Text: cfry@uabmc.edu | May 19 2026 23:17:00 | UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDAT, PO BOX 55309, BIRMINGHAM, AL 35255-5309 |
| 32449884 | + | Email/Text: UMCMG_CBO_Financial_Adjustment_Review2@umm.edu | May 19 2026 23:16:00 | UNIVERSITY OF MARYLAND CAPITAL REGION HLTH ME, P O BOX 418646, BOSTON, MA 02241-8646 |
| 32449885 | + | Email/Text: UMCMG_CBO_Financial_Adjustment_Review2@umm.edu | May 19 2026 23:16:00 | UNIVERSITY OF MARYLAND COMMUNITY MEDICAL GROU, P O BOX 419244, BOSTON, MA 02241-9244 |
| 32449889 | + | Email/Text: bnchospital@health.southalabama.edu | May 19 2026 23:18:00 | UNIVERSITY OF SOUTH ALABAMA HEALTH CARE AUTHO, P O BOX 21595, BELFAST, ME 04915-4112 |
| 32449939 | | Email/Text: lslaughter@urologyal.com | May 19 2026 23:18:00 | UROLOGY CENTERS OF ALABAMA PC, 3485 INDEPENDENCE DR, BIRMINGHAM, AL 35209 |
| 32449947 | + | Email/Text: bnchospital@health.southalabama.edu | May 19 2026 23:18:00 | USA HEALTH MCI BUSINESS SERVICES, LLC, PO BOX 40098, MOBILE, AL 36640-0098 |
| 32449957 | | Email/Text: SguthrieVVC@gmail.com | May 19 2026 23:17:00 | VALLEY VASCULAR CONSULTANTS PC, 201 SIVLEY ROAD, SUITE 530, HUNTSVILLE, AL 35801 |
| 32449972 | + | Email/Text: rscott@vacardio.com | May 19 2026 23:18:00 | VIRGINIA CARDIOVASCULAR SPECIALISTS, P O BOX 791183, BALTIMORE, MD 21279-1183 |
| 32449974 | ^ | MEBN | May 19 2026 23:18:42 | VIRTUAL RADIOLOGIC PROFESSIONALS, PO BOX 4246, CAROL STREAM, IL 601974246 |
| 32449978 | ^ | MEBN | May 19 2026 23:17:25 | VULCAN IMAGING ASSOCIATES, PO BOX 678746, DALLAS, TX 75267-8746 |
| 32450014 | | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | May 19 2026 23:18:00 | WILLIAMS STATION ER PHYS LLC, P O BOX 80160, PHILADELPHIA, PA 191011160 |

TOTAL: 97

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32448731 | | CITY OF POCOMOKE |
| 32448741 | | CLINICAL INDEPENDENT LABORATORY |
| 32448918 | | FLORIDA CARDIOVASCULAR ASSOCIATION PA |
| 32449182 | | K VINES MD, PC |
| 32449204 | | LAKEWOOD RANCH MEDICAL CENTER |
| 32449644 | | SHARPSBURG AREA EMS |
| 32448721 | * | CHEYENNE REGIONAL MEDICAL GROUP, P O BOX 20970, CHEYENNE, WY 820037020 |
| 32448964 | * | FPI - UNIVERSITY OF MARYLAND MEDICAL GROUP -, PO BOX 64442, BALTIMORE, MD 212644442 |
| 32449028 | * | HANGER PROSTHETICS & ORTHOTICS INC, PO BOX 650846, DALLAS, TX 752650846 |
| 32449031 | * | HANGER PROSTHETICS AND ORTHOTICS - AL, PO BOX 650846, DALLAS, TX 752650846 |
| 32449033 | * | HANGER PROSTHETICS AND ORTHOTICS INC, PO BOX 650846, DALLAS, TX 752650846 |
| 32449085 | * | HUNTSVILLE HOSPITAL SPINE AND NEURO, 201 GOVERNORS DR 1ST FLOOR, HUNTSVILLE, AL 358015171 |
| 32449124 | *+ | JACKSON HOSPITAL & CLINIC INC, PO BOX 14152, BELFAST, ME 04915-4032 |
| 32449127 | *+ | JACKSON HOSPITAL & CLINIC, INC, PO BOX 14152, BELFAST, ME 04915-4032 |
| 32449128 | *+ | JACKSON HOSPITAL & CLINIC, INC., PO BOX 14152, BELFAST, ME 04915-4032 |
| 32449279 | * | MED-TRANS CORPORATION, P. O. BOX 708, WEST PLAINS, MO 657750708 |
| 32449716 | * | ST PAUL PLACE SPEC INC, PO BOX 824173, PHILADELPHIA, PA 191824173 |
| 32449773 | *+ | THE JOHNS HOPKINS HOSPITAL, PO BOX 418297, BOSTON, MA 02241-8297 |
| 32449775 | * | THE ORTHOPAEDIC CENTER, P O BOX 11407, Dept 8125, BIRMINGHAM, AL 352468125 |
| 32449790 | * | TIDALHEALTH SPECIALTY CARE, LLC, PO BOX 825461, PHILADELPHIA, PA 191825461 |

| | | |
|---|---|---|
| 32449815 | *+ | TUSCALOOSA SAFE CENTER *, 1601 UNIVERSITY BLVD EAST, STE 150, TUSCALOOSA, AL 35404-2920 |
| 32449892 | *+ | UNIVERSITY PHYSICIAN ASSOCIATES, 30 BERGEN STREET, NEWARK, NJ 07107-3000 |
| 32448568 | ##+ | ASSOCIATES IN GASTROENTEROLOGY PC, 809 SHONEY DRIVE SUITE 202, HUNTSVILLE, AL 35801-5309 |
| 32448649 | ## | BREG INC, 2885 LOKER AVE EAST, CARLSBAD, CA 920106626 |
| 32448735 | ##+ | CLASSIC AIR CARE LLC, 1010 N 500 E #200, NORTH SALT LAKE, UT 84054-1952 |
| 32448757 | ##+ | COMMONWEALTH FOOT AND ANKLE, 1915 BISHOP LANE, LOUISVILLE, KY 40218-1901 |
| 32448772 | ##+ | COMPRESSION SOLUTIONS INC, 817 E 4TH STREET, TULSA, OK 74120-3007 |
| 32448784 | ##+ | CRESTVIEW OPEN MRI, 194 E. REDSTONE AVE SUITE A, CRESTVIEW, FL 32539-5368 |
| 32448836 | ## | DIGESTIVE DISEASES ASSOCIATES, 1201 SOMERVILLE RD SE, DECATUR, AL 356014340 |
| 32448854 | ##+ | EASTERN NEPHROLOGY P.C., 48 MEDICAL PARK DRIVE STE 151, BIRMINGHAM, AL 35235-3457 |
| 32448887 | ##+ | ENDOCRINOLOGY INSTITUTE OF SOUTH FLORIDA, 4061 BONITA BEACH RD, #101, BONITA SPRINGS, FL 34134-4073 |
| 32448900 | ## | EYE CENTER OF NORTHERN COLORADO PC, 1725 E PROSPECT ROAD, FORT COLLINS, CO 805251307 |
| 32449016 | ##+ | GUARDIAN FLIGHT LLC, 10888 SOUTH 300 WEST, SOUTH JORDAN, UT 84095-4043 |
| 32449059 | ##+ | HH HEALTH SYSTEM EMERGENCY MEDICAL SERVICES L, PO BOX 429, ASHEBORO, NC 27204-0429 |
| 32449187 | ##+ | KHAWAND, CAMILLE, 105 PINE BLUFF RD STE 7A, SALISBURY, MD 21801-7114 |
| 32449196 | ##+ | KNAPP, DAVID J, 1245 EAST SOUTH BLVD, MONTGOMERY, AL 36116-2315 |
| 32449232 | ##+ | LIMESTONE INTERNAL MEDICINE CENTER, 101 FITNESS WAY, SUITE 2500, ATHENS, AL 35611-2484 |
| 32449243 | ## | MAIN STREET ANESTHESIA OF NEW MEXICO, P O BOX 225135, DALLAS, TX 752225135 |
| 32449403 | ## | NORTH AMER PARTNERS IN ANESTH, P O BOX 108, GLEN HEAD, NY 115450108 |
| 32449500 | ## | PEPPERELL PRINMARY CARE PC, 1245 E SOUTH BLVD, MONTGOMERY, AL 361162315 |
| 32449512 | ## | PHYSYNERGY, LLC, P O BOX 52404, LAFAYETTE, LA 705052404 |
| 32449526 | ##+ | PRECISION ORTHOPEDICS, 14207 PARK CENTER DR, STE 108, LAUREL, MD 20707-5254 |
| 32449551 | ##+ | PULSE MEDICAL TRANSPORTATION, 24 ANDREWS DRIVE, WOODLAND PARK, NJ 07424-2640 |
| 32449596 | ##+ | RHEUMATOLOGY ASSOCIATES OF NORTH ALABAMA, 720 GALLATIN STREET, STE 500, HUNTSVILLE, AL 35801-4418 |
| 32449608 | ## | RIVERVIEW CARDIAC SURGERY PA, 5304 4TH AVE CIRCLE EAST, BRADENTON, FL 342085624 |
| 32449636 | ## | SCOTTSBLUFF UROLOGY ASSOC PC, 3911 AVENUE B SUITE 2200, SCOTTSBLUFF, NE 693614617 |
| 32449675 | ##+ | SOUTHEASTERN CARDIO CONS, 2055 EAST SOUTH BOULEVARD, SUITE 403, MONTGOMERY, AL 36116-2098 |
| 32449941 | ## | UROLOGY CLINIC PC, 2710 HARNEY STE 200, LARAMIE, WY 820722899 |
| 32449988 | ## | WEINSTEIN EYE ASSOCIATES, PA, 5743 CRAIN HIGHWAY, UPPER MARLBORO, MD 207724101 |

TOTAL: 6 Undeliverable, 16 Duplicate, 27 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adisley Cortez-Rodriguez | |
| | on behalf of U.S. Trustee United States Trustee - FTM adisley.m.cortez-rodriguez@usdoj.gov |
| Conor McLaughlin | |
| | on behalf of U.S. Trustee United States Trustee - FTM conor.mclaughlin@usdoj.gov |
| Michael R Dal Lago | |
| | on behalf of Debtor YesCare Corp. mike@dallagolaw.com kim@dallagolaw.com,fbravo@dallagolaw.com,11530@notices.nextchapterbk.com,fvazquez@dallagolaw.com,ablakley@dallagolaw.com |

District/off: 113A-2                          User: admin                                      Page 31 of 31

Date Rcvd: May 19, 2026                       Form ID: 309F1                                   Total Noticed: 1551

United States Trustee - FTM

           USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor | **YesCare Corp.** | EIN: 88–0655961 |
| | Name | |
| United States Bankruptcy Court  Middle District of Florida | | Date case filed for chapter:    11    5/8/26 |
| Case number:  **2:26–bk–01089–FMR** | | Date Notice Issued: **5/19/26** |

Official Form 309F1 (For Corporations or Partnerships) *(Amended to Correct Telephonic Conference Line Information)*

## Notice of Chapter 11 Bankruptcy Case                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | YesCare Corp. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 205 Powell Place<br>Ste 104<br>Brentwood, TN 37027 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael R Dal Lago<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108 | Contact phone  (239) 571–6877<br><br>Email:  mike@dallagolaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue<br>Suite 555<br>Tampa, FL 33602–3899 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: May 19, 2026 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **June 29, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Ft. Myers Cases), Call in Number: 844–767–5651, Passcode: 7967901#.** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**          page 1

Debtor **YesCare Corp.**                                                      Case number **2:26–bk–01089–FMR**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim: July 17, 2026** | |
| | **For a governmental unit: 180 days from the date of filing** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: | |
| | • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:   No later than the first date set for the hearing on confirmation.** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **12. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |