**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

|  |  |
|---|---|
| In re: | Chapter 11 Cases |
| CHS FL, LLC, *et al.*,[1] | Case No. 26-01087-FMR |
| Debtors. | Jointly Administered |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS,**
**AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors-in-possession (the "**Debtors**"), with the assistance of their advisors, have filed their Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of the Debtors.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses. Although the Debtors have made

---

[1] The address of the Lead Debtor is 3357 Tamiami Trail East, Naples, FL 34112. The last four digits of the Debtors' federal tax identification numbers are: (i) CHS FL, LLC (5547); (ii) CHS TX, Inc. (5886); (iii) CHS AL, LLC (0801); (iv) YesCare Corp. (5961); (v) CHS Care NY, LLC (4573); (vi) Corizon Health of New Mexico, LLC (4760); and (vii) CHS Care TX, LLC (6583).

111854720.1

reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or recategorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or recategorized.

James Sprouse, the Debtors' chief financial officer, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Sprouse has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Sprouse has not (and could not have) personally verified the accuracy of each and every statement and representation. Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

### Global Notes Overview and Methodology

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist and certain amounts reflect estimates and assumptions that are subject to revision based on future facts, circumstances, and information that become available over time. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation): (a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against one or more Debtors (as defined in section 105 of the Bankruptcy Code, a "**Claim**"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or any other Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules and Statements (including, without limitation, Schedule A/B and Schedule E/F) by the Debtors of any obligation between the Debtors and a third party is a

111854720.1

statement of what appears in the Debtors' books and records and may not accurately reflect whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations. For example, listing a Claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.      **Redacted Confidential Information.** On June 8, 2026, the Bankruptcy Court entered the *Order Granting Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix, and (B) A Consolidated List of the Top Thirty Unsecured Creditors; (II) Authorizing the Debtors to Suppress Certain Personally Identifiable Information for Individual Creditors, Employees and Parties in Interest, and (III) Granting Related Relief* [Docket No. 178] (the "**Matrix Order**"). Pursuant to the Matrix Order, the Debtors have redacted the home addresses of all individuals (including employees) on their Schedules and Statements and have filed separate Schedules under seal with the Bankruptcy Court.

3.      **Description of Case and "as of" Information Date.** On May 8 and May 13, 2026 (the "**Petition Dates**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. Debtor YesCare Corp. is the parent and direct or indirect owner of the remaining Debtors. The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On May 28, 2026, the United States Trustee appointed the Unsecured Creditors Committee pursuant to Bankruptcy Code section 1102(a)(1). *See* Docket No. 137.

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the Petition Dates, except as otherwise noted. In some instances, the Debtors have used estimates or prorated amounts where actual data as of the Petition Dates was not available.

4.      **Intercompany Balances.** The Debtors operate as an integrated enterprise and engage in various intercompany transactions in the ordinary course of business. As a result, the Debtors maintain intercompany receivables, payables, obligations, transfers, and other balances among themselves. The listing of any intercompany claim, receivable, payable, or obligation in the Schedules and Statements is based upon the Debtors' books and records as of the Petition Dates and is provided for informational purposes only. The Debtors have not completed a full reconciliation of all intercompany accounts and reserves all rights to amend, modify, reconcile, recharacterize, reclassify, offset, eliminate, or otherwise adjust any intercompany balance, transaction, or obligation. Nothing contained in the Schedules and Statements shall constitute an admission regarding the validity, priority, enforceability, allowance, characterization, ownership, or amount of any intercompany claim or obligation. The Debtors reserve all rights to assert that

111854720.1

any intercompany claim or obligation should be recharacterized, subordinated, disallowed, eliminated, set off, or otherwise treated differently than reflected in the Schedules and Statements, including in connection with any chapter 11 plan, substantive consolidation analysis, claims reconciliation process, or other proceeding in these chapter 11 cases.

5.      **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their property interests. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Dates. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtors, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtors' enterprise value.

6.      **Inventory**.  Inventory is reflected as net book value using the lower of cost or net realizable value under the first-in, first-out method of accounting. The Debtors have limited inventory and do not conduct physical inventories as part of their normal policies and procedures.

7.      **Recharacterization.** Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Dates and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

8.      **Liabilities.** The Debtors have sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all rights to amend, supplement, or otherwise modify their Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute

111854720.1

or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

9. **Property and Equipment**. Nothing in the Schedules or Statements (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission to the determination of the legal status of any lease (including whether any lease is a true lease or financing arrangement).

10. **Insiders**. For the purposes of the Schedules and Statements, the Debtors defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

11. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

12. **Executory Contracts and Unexpired Leases**. Although the Debtors have made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

13. **Classifications**. Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

14. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties (collectively, "**Causes of Action**") as assets in the Schedules and Statements, including,

5

without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (f) recoupment, and (g) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Dates, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

   a.    Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

   b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.    Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16.    **Estimates**. To prepare and file the Schedules in accordance with the deadline established in the chapter 11 cases, the Debtors' management and advisors were required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

17.    **Currency**. All amounts are reflected in U.S. dollars unless otherwise indicated.

18.    **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to customer incentives between the Debtors and their customers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19.    **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

111854720.1

**Specific Disclosures with respect to the Debtors' Schedules**

**Schedule A/B**

Part 1, Cash and Cash Equivalents. Cash is listed on Schedule A/B as of the Petition Dates. As described in several pleadings filed with the Bankruptcy Court, the Debtors have each obtained debtor in possession bank accounts since the Petition Dates, but as of the Petition Dates, the Debtors did not have any bank accounts.

Part 10, Intangibles and Intellectual Property.

Patents, Trademarks and/or other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Intangible Assets are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Patents and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

Part 11, Item 75 - Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtor, Rights to Setoff Claims and Intercompany Claims.

Failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or other warranty claims. Additionally, the Debtors may be party to pending litigation in which the Debtors have asserted, or the Debtors may assert, claims as a plaintiff or counter-claims as a defendant. Because such claims are unknown to the Debtors and its professionals and not quantifiable as of the Petition Dates, they are not listed in Item 75.

**Schedule D**

The Debtors may not have included on Schedule D all parties that may believe their Claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserves all rights as set forth in these Global Notes.

**Schedule E/F**

7

111854720.1

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' books and records as of the Petition Dates. Claims listed on Schedule E/F may have been aggregated by creditor name and remittance address and may include several dates of incurrence for the aggregate balance listed.

The Debtors have made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, trade creditors, consultants, and other service providers; however, the Debtors believe that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. Although the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F may reflect the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Dates.

**<u>Schedule G</u>**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Dates or is valid or enforceable. The Debtors hereby reserve their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that

111854720.1

may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all rights with respect to such agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or provider.

The Debtors reserve all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

## Specific Disclosures With Respect to the Debtors' Statements

### Statement Item 7- Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

The information provided in response to Item 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum, and does not include receipt of demand letters or legal notices.

### Statement Item 11- Payments related to bankruptcy

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Dates are listed on the applicable Debtors' response to Item 11 and were also included in the required attorney disclosures.

### Statement Item 16- Personally Identifiable Information

Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect certain customer information from various sources.  Examples of the types of information collected by the Debtors include, among other things, names, mailing addresses, telephone numbers, email addresses, and credit card information. The Debtors retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements.

111854720.1

**Fill in this information to identify the case:**

Debtor name: **YesCare Corp.**

United States Bankruptcy Court for the **MIDDLE** Division, District of **FLORIDA**

Case number (If known): **26-01089-FMR**

☐ **Check if this is an amended filing**

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from Schedule A/B ......... $ 0.00

   1b. **Total personal property:**
      Copy line 91A from Schedule A/B ......... $ 130,998.57

   1c. **Total of all property:**
      Copy line 92 from Schedule A/B ......... $ 130,998.57

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property:* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ......... $ 16,140,579.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims:* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F ......... $ 10,148,196.45

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ......... + $ 56,944,571.70

4. **Total liabilities:**
Lines 2 + 3a + 3b ......... $ 83,233,347.15

| Fill in this information to identify the case: |
| --- |
| Debtor name: YesCare Corp. |
| United States Bankruptcy Court for the **MIDDLE** Division, District of **FLORIDA** |
| Case number (If known): 26-01089-FMR |

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |
| 2. **Cash on hand** | $130,998.57 |
| 3. **Checking, savings, money market, or financial brokerage accounts** | |
| 4. **Other cash equivalents (Identify all)** | |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 130,998.57

---

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |
| 7. **Deposits, including security deposits and utility deposits** | |
| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0.00

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|--|----------------------------------------|

11. **Accounts receivable**

11 a. 90 days old or less: _____ - _____ = → _____

      face amount        doubtful or uncollectible accounts

11 b. Over 90 days old: _____ - _____ = → _____

      face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|--|
| $ 0.00 |

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|---------------------------------------------|----------------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:         % of ownership:

| 15.1. | See Attached Exhibit AB15 | 100 | $ Undetermined |
|-------|---------------------------|-----|----------------|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

|  |
|--|
| $ 0.00 |

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest (where available)** | **Valuation method used for current value** | **Current value of debtor's interest** |
|-------------------------|------------------------------------------|-----------------------------------------------------------|---------------------------------------------|----------------------------------------|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $ 0.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | $ 0.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $ 0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $ 0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

| 61.1. | yescarecorp.com | $ Undetermined | Net Book Value | $ Undetermined |
|---|---|---|---|---|

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

---

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

  ☑ No.

  ☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No.

  ☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No.

  ☐ Yes.

---

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

  ☐ No. Go to Part 12.

  ☑ Yes. Fill in the information below.

71. **Notes receivable**

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No.

  ☐ Yes.

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 130,998.57 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 0.00 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 0.00 | |
| 83 . Investments. Copy line 17, Part 4. | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 0.00 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 0.00 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 0.00 | |
| 88 . Real property. Copy line 56, Part 9. | | $ 0.00 |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | Undetermined | |
| 90 . All other assets. Copy line 78, Part 11. | $ 0.00 | |
| 91 . Total. Add lines 80 through 90 for each column. | 91a.  $ 130,998.57 | + 91b.  $ 0.00 |
| 92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92 | | 130,998.57 |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 4, QUESTION 15

NON-PUBLICLY TRADED STOCK AND INTERESTS IN
INCORPORATED AND UNINCORPORATED BUSINESSES,
INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP,
OR JOINT VENTURE

**YesCare Corp.**
**Case No. 26-01089-FMR**
**Schedule AB 15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.**

| Names of Entity | % of Ownership | Current Value of Debtor's Interest |
|---|---|---|
| CHS AL, LLC | 100% | Undetermined |
| CHS Care NY, LLC | 100% | Undetermined |
| CHS Care TX, LLC | 100% | Undetermined |
| CHS CO, LLC | 100% | Undetermined |
| CHS DE, LLC | 100% | Undetermined |
| CHS FL, LLC | 100% | Undetermined |
| CHS GA, LLC | 100% | Undetermined |
| CHS, IA, LLC | 100% | Undetermined |
| CHS IL, LLC | 100% | Undetermined |
| CHS IN, LLC | 100% | Undetermined |
| CHS KS, LLC | 100% | Undetermined |
| CHS KY, LLC | 100% | Undetermined |
| CHS MD, LLC | 100% | Undetermined |
| CHS MA, LLC | 100% | Undetermined |
| CHS MI, LLC | 100% | Undetermined |
| CHS MN, LLC | 100% | Undetermined |
| CHS MS, LLC | 100% | Undetermined |
| CHS MO, LLC | 100% | Undetermined |
| CHS New Jersey, LLC | 100% | Undetermined |
| CHS NV, LLC | 100% | Undetermined |
| CHS NH, LLC | 100% | Undetermined |
| CHS OK, LLC | 100% | Undetermined |
| CHS PA, LLC | 100% | Undetermined |
| CHS TN, LLC | 100% | Undetermined |
| CHS TX, Inc. | 100% | Undetermined |
| CHS VA, LLC | 100% | Undetermined |
| CHS WI, LLC | 100% | Undetermined |
| YesCare AR, LLC | 100% | Undetermined |
| YesCare Professional Solutions, LLC | 100% | Undetermined |
| | **Grand Total:** | **Undetermined** |

**Fill in this information to identify the case:**

Debtor name: **YesCare Corp.**
United States Bankruptcy Court for the **MIDDLE** Division, District of **FLORIDA**
Case number (If known): **26-01089-FMR**

☐ **Check if this is an amended filing**

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Creditor's name**<br>Cortland Capital Market Services LLC<br>**Creditor's mailing address**<br>As Collateral Agent<br>225 W Washington St, 21st Fl<br>Chicago, IL 60606<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** _ _ _ _<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All personal property of Debtor including, without limitation: Accounts; Chattel Paper; Commercial Tort Claims; Documents; General Intangibles (including Payment Intangibles); Goods (including Inventory and Equipment); Instruments; Insurance; Intellectual<br>**Describe the lien**<br>UCC-1 Financing Statement No. 220024839979 filed 05/16/2022 with Texas — Secretary of State (Credit Facility - Collateral Agent)<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined | Undetermined |
| **2.2 Creditor's name**<br>M2 LoanCo LLC<br>**Creditor's mailing address**<br>7 World Trade Ctr, 46th Fl<br>New York, NY 10007<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** _ _ _ _<br>**Do multiple creditors have an interest in the same property?**<br>☐ No.<br>☑ Yes. Have you already specified the relative priority?<br>  ☑ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All post-petition accounts receivable and other assets of the Debtors' estates, together with all proceeds and profits thereof.<br>**Describe the lien**<br>Valid and perfected first priority replacement liens and security interest in and a lien, effective as of the Petition Date, to the same extent, validity and priority that existed on the Petition Date. The Lender is also entitled to a super-priority claim<br>**Is the creditor an insider or related party?**<br>☐ No.<br>☑ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,140,579.00 | Undetermined |

| | | |
| --- | --- | --- |
| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $16,140,579.00 |

| Official Form 206D | Schedule D: Creditors Who Have Claims Secured by Property | Page 1 of 3 |
| --- | --- | --- |

Debtor     YesCare Corp.                                    Case number *(if known)* 2:26-bk-01089-FMR
           Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Amount of claim*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Value of collateral that*<br>**Value of collateral that**<br>**supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | |
|---|---|---|
| **2.3** **Creditor's name**<br>Sunz Insurance Solutions, LLC<br>**Creditor's mailing address**<br>1301 6th Ave W<br>Bradenton, FL 34205<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All personal property of Debtor including, without limitation: Accounts; Chattel Paper; Commercial Tort Claims; Documents; General Intangibles (including Payment Intangibles); Goods (including Inventory and Equipment); Instruments; Insurance; Intellectual<br>**Describe the lien**<br>UCC-1 Financing Statement No. 230053595951 filed 12/08/2023 with Texas — Secretary of State (Workers' Compensation Insurance Program Security Agreement)<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined     Undetermined |
| **2.4** **Creditor's name**<br>Sunz Insurance Solutions, LLC<br>**Creditor's mailing address**<br>1301 6th Ave W<br>Bradenton, FL 34205<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All personal property of Debtor including, without limitation: Accounts; Chattel Paper; Commercial Tort Claims; Documents; General Intangibles (including Payment Intangibles); Goods (including Inventory and Equipment); Instruments; Insurance; Intellectual<br>**Describe the lien**<br>UCC-1 Financing Statement No. 240007704812 filed 01/31/2024 with Texas — Secretary of State (Workers' Compensation Insurance Program Security Agreement)<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined     Undetermined |
| **2.5** **Creditor's name**<br>Sunz Insurance Solutions, LLC<br>**Creditor's mailing address**<br>1301 6th Ave W<br>Bradenton, FL 34205<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All personal property of Debtor including, without limitation: Accounts; Chattel Paper; Commercial Tort Claims; Documents; General Intangibles (including Payment Intangibles); Goods (including Inventory and Equipment); Instruments; Insurance; Intellectual<br>**Describe the lien**<br>UCC-1 Financing Statement No. 250003588334 filed 01/27/2025 with Texas — Secretary of State (Workers' Compensation Insurance Program Security Agreement)<br>**Is the creditor an insider or related party?**<br>☑ No.<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Undetermined     Undetermined |

Debtor      YesCare Corp.                                              Case number (if known) 2:26-bk-01089-FMR

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name: **YesCare Corp.**

United States Bankruptcy Court for the **MIDDLE** Division, District of **FLORIDA**

Case number (If known): **26-01089-FMR**

☐ **Check if this is an amended filing**

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C.   § 507).**

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
| --- | --- | --- | --- |
| **2.1** **Priority creditor's name and mailing address** <br> Aaniyah Dortch <br> Address Redacted <br> **Date or dates debt was incurred** <br> 05/07/2026 <br><br> **Last 4 digits of account number**      0 4 5 9 <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis of claim:** <br> Wages <br> **Is the claim subject to offset?** <br> ☒ No. <br> ☐ Yes. | $1,531.20 | $1,531.20 |
| **2.2** **Priority creditor's name and mailing address** <br> Aaron Daugherty <br> Address Redacted <br> **Date or dates debt was incurred** <br> 05/07/2026 <br><br> **Last 4 digits of account number**      7 7 7 1 <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) <br><br> Employee Related | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br> **Basis of claim:** <br> PTO <br> **Is the claim subject to offset?** <br> ☒ No. <br> ☐ Yes. | $1,387.20 | Unknown |
| **2.3** **Priority creditor's name and mailing address** <br> Aaron Daugherty <br> Address Redacted <br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number**      7 7 7 1 <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis of claim:** <br> 401K Contribution <br> **Is the claim subject to offset?** <br> ☒ No. <br> ☐ Yes. | $1,610.72 | $1,610.72 |
| **2.4** **Priority creditor's name and mailing address** <br> Abel Shete <br> Address Redacted <br> **Date or dates debt was incurred** <br> 05/07/2026 <br><br> **Last 4 digits of account number**      0 3 8 7 <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis of claim:** <br> Wages <br> **Is the claim subject to offset?** <br> ☒ No. <br> ☐ Yes. | $1,142.70 | $1,142.70 |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.5 Priority creditor's name and mailing address**
Abigail D Honsinger
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 1 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,888.62    Priority amount: $1,888.62

---

**2.6 Priority creditor's name and mailing address**
Abigail Dobbins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 6 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $646.90    Priority amount: Unknown

---

**2.7 Priority creditor's name and mailing address**
Abigail Dobbins
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 6 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $975.11    Priority amount: $975.11

---

**2.8 Priority creditor's name and mailing address**
Abigail G Agyemang
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 1 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,483.91    Priority amount: $3,483.91

---

**2.9 Priority creditor's name and mailing address**
Abigail Jernigan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 7 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,784.90    Priority amount: $1,784.90

---

**2.10 Priority creditor's name and mailing address**
Abigayle Faucette
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 3 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,278.18    Priority amount: $1,278.18

---

Debtor    YesCare Corp    Date incurred Unknown    Case No. 26-01089-FMR
                          Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.11 Priority creditor's name and mailing address**
Abla J Emeyinola
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $597.45    Priority amount: $597.45

---

**2.12 Priority creditor's name and mailing address**
Abreascia Crockett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 0 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,847.74    Priority amount: $3,847.74

---

**2.13 Priority creditor's name and mailing address**
Abu Kalokoh
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 9 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $14,709.56    Priority amount: $14,709.56

---

**2.14 Priority creditor's name and mailing address**
Adaja S Harrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 2 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,807.51    Priority amount: $2,807.51

---

**2.15 Priority creditor's name and mailing address**
Adam Romero
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 2 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,503.75    Priority amount: Unknown

---

**2.16 Priority creditor's name and mailing address**
Adam Romero
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 2 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,941.75    Priority amount: $1,941.75

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 3 of 761

Debtor     YesCare Corp.                                    Case number (if known) 2:26-bk-01089-FMR
           Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.17** **Priority creditor's name and mailing address**
Adamar Gonzalez-Figueroa
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,213.93    Priority amount: $4,213.93

**2.18** **Priority creditor's name and mailing address**
Adebukola M Obayande
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $728.57    Priority amount: $728.57

**2.19** **Priority creditor's name and mailing address**
Adenike A Ogundipe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,626.27    Priority amount: $3,626.27

**2.20** **Priority creditor's name and mailing address**
Adeola O Ifekoya
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 5 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,083.54    Priority amount: $1,083.54

**2.21** **Priority creditor's name and mailing address**
Adisa Soumaila
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 1 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $793.32    Priority amount: $793.32

**2.22** **Priority creditor's name and mailing address**
Adrea J Dabney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 4 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,842.23    Priority amount: $1,842.23

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.23** **Priority creditor's name and mailing address**
Adrea J Dabney
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 4 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $933.54     $933.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.24** **Priority creditor's name and mailing address**
Adreanne D Freeman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 0 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $655.32     $655.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.25** **Priority creditor's name and mailing address**
Adrian A Rodriquez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 4 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $4,350.72     Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.26** **Priority creditor's name and mailing address**
Adrian A Rodriquez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 4 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,874.67     $1,874.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.27** **Priority creditor's name and mailing address**
Adrian Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 2 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,230.58     $1,230.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.28** **Priority creditor's name and mailing address**
Adriana Wagner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     3 7 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,003.57     $2,003.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 1:        Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.29  Priority creditor's name and mailing address**
Adrien Pettway
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number        5 2 0 0**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,160.91    $3,160.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.30  Priority creditor's name and mailing address**
Akebia Bayne
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number        5 3 4 8**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $4,261.09    $4,261.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.31  Priority creditor's name and mailing address**
Akinwunmi A Adekunle
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number        7 0 6 5**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,592.37    $1,592.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.32  Priority creditor's name and mailing address**
Akira S Coles
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number        8 0 1 3**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $2,657.38    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.33  Priority creditor's name and mailing address**
Akira S Coles
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number        8 0 1 3**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,089.90    $2,089.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.34  Priority creditor's name and mailing address**
Akunna Onwuka
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number        8 0 7 0**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,415.33    $5,415.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.35** **Priority creditor's name and mailing address**
Alaina Edwards
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 7 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,031.16    Priority amount: $5,031.16

---

**2.36** **Priority creditor's name and mailing address**
Alaiya Hutchinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.37** **Priority creditor's name and mailing address**
Aleah M Morse
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,760.84    Priority amount: $3,760.84

---

**2.38** **Priority creditor's name and mailing address**
Aleeta Corpening
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 2 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,876.74    Priority amount: $4,876.74

---

**2.39** **Priority creditor's name and mailing address**
Alegneta T Abdi
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,065.95    Priority amount: $2,065.95

---

**2.40** **Priority creditor's name and mailing address**
Alejandra R Sanchez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 1 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $-1,054.01    Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.41** **Priority creditor's name and mailing address**
Alejandro D Gonzalez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 8 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,422.08    Priority amount Unknown

---

**2.42** **Priority creditor's name and mailing address**
Alejandro D Gonzalez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 8 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,476.65    Priority amount $1,476.65

---

**2.43** **Priority creditor's name and mailing address**
Alesha Jewett
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,742.86    Priority amount $2,742.86

---

**2.44** **Priority creditor's name and mailing address**
Alexandria D Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 5 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,560.37    Priority amount $2,560.37

---

**2.45** **Priority creditor's name and mailing address**
Alexandria N Huffman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,301.96    Priority amount $1,301.96

---

**2.46** **Priority creditor's name and mailing address**
Alexandria S Oliphant
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 8 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $7,614.43    Priority amount $7,614.43

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.47 Priority creditor's name and mailing address**
Alexandria S Oliphant
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   2 8 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,231.82    Priority amount: $1,231.82

**2.48 Priority creditor's name and mailing address**
Alexis Dumas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 8 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,535.14    Priority amount: $2,535.14

**2.49 Priority creditor's name and mailing address**
Alexis K Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   4 8 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,007.61    Priority amount: $2,007.61

**2.50 Priority creditor's name and mailing address**
Alexis M Terzo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,973.02    Priority amount: Unknown

**2.51 Priority creditor's name and mailing address**
Alexis M Terzo
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   7 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $102.45    Priority amount: $102.45

**2.52 Priority creditor's name and mailing address**
Alexis O Crespo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 5 6 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,222.69    Priority amount: Unknown

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 9 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.53 Priority creditor's name and mailing address**
Alexis O Crespo
Address Redacted
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**      9 5 6 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,910.58    Priority amount: $1,910.58

---

**2.54 Priority creditor's name and mailing address**
Alfreda J Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      5 0 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,638.60    Priority amount: $1,638.60

---

**2.55 Priority creditor's name and mailing address**
Aliah C Blythe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 6 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $490.72    Priority amount: Unknown

---

**2.56 Priority creditor's name and mailing address**
Aliayah A Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 4 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,779.73    Priority amount: $2,779.73

---

**2.57 Priority creditor's name and mailing address**
Alice C Clevenger
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      1 6 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,769.24    Priority amount: $8,769.24

---

**2.58 Priority creditor's name and mailing address**
Alicia A Price
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      2 3 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,948.03    Priority amount: $2,948.03

---

## Part 1:     Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.59** **Priority creditor's name and mailing address**
Alicia Beth Kidd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 2 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $583.39     $583.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.60** **Priority creditor's name and mailing address**
Alicia Daniels
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 8 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,774.31     $1,774.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.61** **Priority creditor's name and mailing address**
Alicia Hawthorne
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 2 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,135.53     $4,135.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.62** **Priority creditor's name and mailing address**
Alicia Huffman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 3 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,369.92     $1,369.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.63** **Priority creditor's name and mailing address**
Alicia J Foster
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 6 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,876.13     $2,876.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.64** **Priority creditor's name and mailing address**
Alicia L Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,244.81     $4,244.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.65 Priority creditor's name and mailing address**
Alicia L Jackson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 7 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,150.94    Priority amount: $2,150.94

**2.66 Priority creditor's name and mailing address**
Alisha A Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,335.89    Priority amount: $4,335.89

**2.67 Priority creditor's name and mailing address**
Alisha Pate
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 0 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,265.19    Priority amount: $3,265.19

**2.68 Priority creditor's name and mailing address**
Alisihia Pearson-Ford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 8 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,959.59    Priority amount: $3,959.59

**2.69 Priority creditor's name and mailing address**
Alison L Carroll
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,474.53    Priority amount: $1,474.53

**2.70 Priority creditor's name and mailing address**
Alison L Sherman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 3 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,203.37    Priority amount: $5,203.37

Debtor    YesCare Corp    Case number *(if known)* 2:26-bk-01089-FMR

Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.71** **Priority creditor's name and mailing address**
Alivee N Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 4 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.72** **Priority creditor's name and mailing address**
Allison Billups
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 4 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,546.06    Priority amount: $1,546.06

---

**2.73** **Priority creditor's name and mailing address**
Allison T Raines
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,248.58    Priority amount: $4,248.58

---

**2.74** **Priority creditor's name and mailing address**
Allison T Raines
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,142.37    Priority amount: $2,142.37

---

**2.75** **Priority creditor's name and mailing address**
Allison White
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 8 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,299.49    Priority amount: $2,299.49

---

**2.76** **Priority creditor's name and mailing address**
Allison Y Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 0 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,738.11    Priority amount: $1,738.11

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | | |

**2.77 Priority creditor's name and mailing address**
Alma Parks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 2 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $196.88    Priority amount: $196.88

---

**2.78 Priority creditor's name and mailing address**
Altisha C Burton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 7 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,771.23    Priority amount: $3,771.23

---

**2.79 Priority creditor's name and mailing address**
Alysa Carpenter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     6 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,619.87    Priority amount: $3,619.87

---

**2.80 Priority creditor's name and mailing address**
Alyssa Rivera-Santiago
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 0 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $596.14    Priority amount: $596.14

---

**2.81 Priority creditor's name and mailing address**
Alyssa Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     4 8 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,491.20    Priority amount: Unknown

---

**2.82 Priority creditor's name and mailing address**
Amanda Blake
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     8 7 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,678.68    Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.83** **Priority creditor's name and mailing address**
Amanda Delgado
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 0 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $460.85    Priority amount: Unknown

---

**2.84** **Priority creditor's name and mailing address**
Amanda Delgado
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 0 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $833.21    Priority amount: $833.21

---

**2.85** **Priority creditor's name and mailing address**
Amanda F King
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 1 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $277.80    Priority amount: $277.80

---

**2.86** **Priority creditor's name and mailing address**
Amanda Kilgore
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 0 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,942.31    Priority amount: $2,942.31

---

**2.87** **Priority creditor's name and mailing address**
Amanda Kilgore
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 0 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,258.68    Priority amount: $1,258.68

---

**2.88** **Priority creditor's name and mailing address**
Amanda L Nevin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      3 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $18,155.29    Priority amount: $17,150.00

---

Debtor    YesCare Corp    Name    Case number *(if known)* 26-01089-FMR

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.89** **Priority creditor's name and mailing address**
Amanda L Steinert
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 5 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,799.87    Priority amount: $4,799.87

**2.90** **Priority creditor's name and mailing address**
Amanda M Parsons
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,690.32    Priority amount: $1,690.32

**2.91** **Priority creditor's name and mailing address**
Amanda M Parsons
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $885.82    Priority amount: $885.82

**2.92** **Priority creditor's name and mailing address**
Amanda Perkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,733.75    Priority amount: $1,733.75

**2.93** **Priority creditor's name and mailing address**
Amanda R Boyd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 1 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,448.60    Priority amount: $10,448.60

**2.94** **Priority creditor's name and mailing address**
Amanda Robbins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 7 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,291.61    Priority amount: $5,291.61

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.95 Priority creditor's name and mailing address**
Amanda Robbins
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 7 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** 401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $878.53    Priority amount $878.53

**2.96 Priority creditor's name and mailing address**
Amarilis Legrand
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 7 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,489.20    Unknown

**2.97 Priority creditor's name and mailing address**
Amber Brooks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$0.00    Unknown

**2.98 Priority creditor's name and mailing address**
Amber E Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 5 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,535.40    $1,535.40

**2.99 Priority creditor's name and mailing address**
Amber F Roos
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,103.59    $3,103.59

**2.100 Priority creditor's name and mailing address**
Amber G Steinhauer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,599.43    Unknown

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 17 of 761

Name

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.101 Priority creditor's name and mailing address**
Amber Knight
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,839.80  Priority amount: $4,839.80

**2.102 Priority creditor's name and mailing address**
Amber L Roark
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 6 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $761.70  Priority amount: $761.70

**2.103 Priority creditor's name and mailing address**
Amber L Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 2 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.51  Priority amount: $0.51

**2.104 Priority creditor's name and mailing address**
Amber McInarnay
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,154.78  Priority amount: $1,154.78

**2.105 Priority creditor's name and mailing address**
Amber P Childs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 0 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,141.40  Priority amount: Unknown

**2.106 Priority creditor's name and mailing address**
Amber P Childs
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 0 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $335.25  Priority amount: $335.25

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.107** **Priority creditor's name and mailing address**
Amber Plummer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      5 6 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,825.03     $1,825.03

---

**2.108** **Priority creditor's name and mailing address**
Amber R Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      4 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,784.82     $2,784.82

---

**2.109** **Priority creditor's name and mailing address**
Amber Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      9 4 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$0.00     Unknown

---

**2.110** **Priority creditor's name and mailing address**
Amenra F Tuason
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      4 9 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$28,323.76     $17,150.00

---

**2.111** **Priority creditor's name and mailing address**
Amie K Sormana
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      0 8 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,889.12     $5,889.12

---

**2.112** **Priority creditor's name and mailing address**
Amie K Sormana
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      0 8 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,576.59     $1,576.59

---

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.113** **Priority creditor's name and mailing address**
Amie Nelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 8 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,020.00 — Unknown

---

**2.114** **Priority creditor's name and mailing address**
Aminah Allen
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 2 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,048.99 — $3,048.99

---

**2.115** **Priority creditor's name and mailing address**
Aminat B Saadu
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 3 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,069.55 — $10,069.55

---

**2.116** **Priority creditor's name and mailing address**
Aminat B Saadu
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 3 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,315.99 — $2,315.99

---

**2.117** **Priority creditor's name and mailing address**
Amy B Edwards
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 8 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,962.81 — $3,962.81

---

**2.118** **Priority creditor's name and mailing address**
Amy B Edwards
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 8 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,336.68 — $1,336.68

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.119** **Priority creditor's name and mailing address**
Amy Coole Cox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       0 4 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,933.11    Priority amount: $1,933.11

---

**2.120** **Priority creditor's name and mailing address**
Amy Harlin Thornton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       0 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $604.80    Priority amount: $604.80

---

**2.121** **Priority creditor's name and mailing address**
Amy J Greene
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       8 9 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,180.82    Priority amount: $7,180.82

---

**2.122** **Priority creditor's name and mailing address**
Amy J Greene
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       8 9 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,214.70    Priority amount: $1,214.70

---

**2.123** **Priority creditor's name and mailing address**
Amy L Craft
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       7 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,495.88    Priority amount: $4,495.88

---

**2.124** **Priority creditor's name and mailing address**
Amy M Govero
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       6 4 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,150.63    Priority amount: $9,150.63

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | | |

**2.125**   **Priority creditor's name and mailing address**
Amy M Woods
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     1 7 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $5,908.80      $5,908.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.126**   **Priority creditor's name and mailing address**
Amy M Woods
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     1 7 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,994.16      $2,994.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.127**   **Priority creditor's name and mailing address**
Amy Matthews
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     1 6 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,954.71      $2,954.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.128**   **Priority creditor's name and mailing address**
Amy Roberts
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     8 9 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,534.20      $4,534.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.129**   **Priority creditor's name and mailing address**
Amy Roberts
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     8 9 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,994.59      $1,994.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.130**   **Priority creditor's name and mailing address**
Amy Whitfield
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     6 2 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $4,903.85      Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor     YesCare Corp.

Name

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.131** **Priority creditor's name and mailing address**
Anadhika Prashad
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 4 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

**2.132** **Priority creditor's name and mailing address**
Anah Hattaway
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,737.31     Priority amount: $2,737.31

**2.133** **Priority creditor's name and mailing address**
Anastasiia Redding
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,781.52     Priority amount: $7,781.52

**2.134** **Priority creditor's name and mailing address**
Andrea A Julian
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 2 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,918.52     Priority amount: $2,918.52

**2.135** **Priority creditor's name and mailing address**
Andrea A Julian
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 2 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $256.77     Priority amount: $256.77

**2.136** **Priority creditor's name and mailing address**
Andrea Fenwick
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.75     Priority amount: $0.75

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 23 of 761

Debtor    YesCare Corp _____    Date _____ if known _____
          Name

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.137** **Priority creditor's name and mailing address**
Andrea J Araujo Talledo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 6 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,502.82    Priority amount: $8,502.82

---

**2.138** **Priority creditor's name and mailing address**
Andrea J Tibedeau
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 8 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,467.20    Priority amount: Unknown

---

**2.139** **Priority creditor's name and mailing address**
Andrea Mudd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 4 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,589.07    Priority amount: $5,589.07

---

**2.140** **Priority creditor's name and mailing address**
Andria J Bradley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $108.68    Priority amount: $108.68

---

**2.141** **Priority creditor's name and mailing address**
Anedra F Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 1 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,763.27    Priority amount: $4,763.27

---

**2.142** **Priority creditor's name and mailing address**
Aneshia Nunley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 5 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,157.14    Priority amount: $1,157.14

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 24 of 761

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.143** **Priority creditor's name and mailing address**
Angel Badea
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,649.23    $5,649.23

---

**2.144** **Priority creditor's name and mailing address**
Angel J Terrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 4 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,578.47    $2,578.47

---

**2.145** **Priority creditor's name and mailing address**
Angel J Terrell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 4 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$229.31    $229.31

---

**2.146** **Priority creditor's name and mailing address**
Angel Marie Ingabire
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,615.86    $5,615.86

---

**2.147** **Priority creditor's name and mailing address**
Angel Marie Ingabire
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$113.05    $113.05

---

**2.148** **Priority creditor's name and mailing address**
Angel Phillips
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,906.55    $2,906.55

---

Debtor    YesCare Corp _____    Date or dates if known _____

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.149 Priority creditor's name and mailing address**
Angela B Kirdy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 3 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,901.94    Priority amount: $1,901.94

---

**2.150 Priority creditor's name and mailing address**
Angela Baerwalde
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 7 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,338.24    Priority amount: Unknown

---

**2.151 Priority creditor's name and mailing address**
Angela Barrera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 0 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,494.04    Priority amount: $4,494.04

---

**2.152 Priority creditor's name and mailing address**
Angela Brewer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 3 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,159.51    Priority amount: $4,159.51

---

**2.153 Priority creditor's name and mailing address**
Angela Collins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 3 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,240.04    Priority amount: $1,240.04

---

**2.154 Priority creditor's name and mailing address**
Angela D Adams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 4 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,376.02    Priority amount: $5,376.02

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 26 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.155** **Priority creditor's name and mailing address**
Angela England
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 1 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,878.62     Priority amount: $3,878.62

**2.156** **Priority creditor's name and mailing address**
Angela G Giannetta
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 0 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,720.00     Priority amount: Unknown

**2.157** **Priority creditor's name and mailing address**
Angela Jordan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 8 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,747.90     Priority amount: $1,747.90

**2.158** **Priority creditor's name and mailing address**
Angela L Griffin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 8 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,403.86     Priority amount: $3,403.86

**2.159** **Priority creditor's name and mailing address**
Angela M Horvath
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 4 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,028.57     Priority amount: $1,028.57

**2.160** **Priority creditor's name and mailing address**
Angela N Jordan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 7 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $346.20     Priority amount: $346.20

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.161** **Priority creditor's name and mailing address**
Angela Nelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 4 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $852.00    $852.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.162** **Priority creditor's name and mailing address**
Angela Rudd
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 1 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,641.59    $2,641.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.163** **Priority creditor's name and mailing address**
Angela Stewart
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 5 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $0.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.164** **Priority creditor's name and mailing address**
Angela T Foster
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     8 6 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,108.96    $3,108.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.165** **Priority creditor's name and mailing address**
Angela T Lamar
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     7 0 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,846.16    $3,846.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.166** **Priority creditor's name and mailing address**
Angela Twyman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     7 3 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,117.01    $2,117.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.167** **Priority creditor's name and mailing address**
Angelia Cooper
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        9 1 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,472.27     $1,472.27

---

**2.168** **Priority creditor's name and mailing address**
Angelica Benavidez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        8 9 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,847.69     $1,847.69

---

**2.169** **Priority creditor's name and mailing address**
Angelica Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        4 9 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,271.15     $1,271.15

---

**2.170** **Priority creditor's name and mailing address**
Angelica Nicholls
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        5 0 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$204.45     Unknown

---

**2.171** **Priority creditor's name and mailing address**
Angelique Mallard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        5 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,767.12     $3,767.12

---

**2.172** **Priority creditor's name and mailing address**
Angelique Woods
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        9 9 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,504.00     $3,504.00

---

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.173 Priority creditor's name and mailing address**
Angie D Gauldin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    1 5 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,812.28    $3,812.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.174 Priority creditor's name and mailing address**
Angie D Gauldin
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    1 5 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,931.88    $1,931.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.175 Priority creditor's name and mailing address**
Angiela Brazier-Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    9 8 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,227.33    $1,227.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.176 Priority creditor's name and mailing address**
Aniece Thermidor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    8 9 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $2,800.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.177 Priority creditor's name and mailing address**
Anijah A Turlington
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    7 0 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $258.40    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.178 Priority creditor's name and mailing address**
Anisa Brown Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    9 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $608.33    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor    YesCare Corp _____    date incurred 2 (if known) _____005289001680
Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.179** **Priority creditor's name and mailing address**
Anisha Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       7 3 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $365.95    Priority amount: $365.95

---

**2.180** **Priority creditor's name and mailing address**
Anita D Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       2 0 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,923.08    Priority amount: $4,923.08

---

**2.181** **Priority creditor's name and mailing address**
Anita Dorris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       8 4 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,375.43    Priority amount: $6,375.43

---

**2.182** **Priority creditor's name and mailing address**
Anita Dorris
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number       8 4 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,862.34    Priority amount: $1,862.34

---

**2.183** **Priority creditor's name and mailing address**
Anita Perry
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       5 0 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,213.84    Priority amount: $4,213.84

---

**2.184** **Priority creditor's name and mailing address**
Anjum Chatha
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       0 8 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,822.32    Priority amount: $9,822.32

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 31 of 761

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.185** **Priority creditor's name and mailing address**
Anna E Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     8 2 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $1,720.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.186** **Priority creditor's name and mailing address**
Anna E Brown
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     8 2 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $869.97    $869.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.187** **Priority creditor's name and mailing address**
Anna Owens
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     5 5 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,285.02    $4,285.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.188** **Priority creditor's name and mailing address**
AnnaMarie R Irwin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     6 2 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,634.51    $4,634.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.189** **Priority creditor's name and mailing address**
Annamma Thomas-Kayyalathu
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     4 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $1,891.92    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.190** **Priority creditor's name and mailing address**
Annamma Thomas-Kayyalathu
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     4 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,563.86    $1,563.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

## Part 1:     Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.191** **Priority creditor's name and mailing address**
Anne B Nevitt
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     9 2 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $803.52    $803.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.192** **Priority creditor's name and mailing address**
Anne M Ballard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     8 5 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $971.71    $971.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.193** **Priority creditor's name and mailing address**
Annette Baxter-Holland
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     1 3 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,649.23    $5,649.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.194** **Priority creditor's name and mailing address**
Annette L Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     4 7 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,194.48    $3,194.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.195** **Priority creditor's name and mailing address**
Annie A Koku
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 9 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $930.41    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.196** **Priority creditor's name and mailing address**
Annie Anthony
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 1 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,397.50    $1,397.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor    YesCare Corp    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 56 of 845
Case number (if known) 2:26-bk-01089-FMR
Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.197** **Priority creditor's name and mailing address**
Annie Burns
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 0 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,040.60    Priority amount: $1,040.60

---

**2.198** **Priority creditor's name and mailing address**
Annie H Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 5 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $855.40    Priority amount: $855.40

---

**2.199** **Priority creditor's name and mailing address**
Annie Rivers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,746.55    Priority amount: $3,746.55

---

**2.200** **Priority creditor's name and mailing address**
Anquanette Lawson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 7 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $851.17    Priority amount: $851.17

---

**2.201** **Priority creditor's name and mailing address**
Anthony Adeleye
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 9 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,032.81    Priority amount: $10,032.81

---

**2.202** **Priority creditor's name and mailing address**
Anthony K Waters
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 7 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $25,684.62    Priority amount: $17,150.00

---

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.203** **Priority creditor's name and mailing address**
Anthony K Waters
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     8 7 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,565.00    Priority amount: $5,565.00

---

**2.204** **Priority creditor's name and mailing address**
Anthony Roberts
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     0 2 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,110.58    Priority amount: $4,110.58

---

**2.205** **Priority creditor's name and mailing address**
Anthony W Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 8 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,390.86    Priority amount: $3,390.86

---

**2.206** **Priority creditor's name and mailing address**
Antoinette C Hall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,050.77    Priority amount: $4,050.77

---

**2.207** **Priority creditor's name and mailing address**
Antoinette D Hess
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 3 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,487.96    Priority amount: Unknown

---

**2.208** **Priority creditor's name and mailing address**
Antonae Wallace
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     0 2 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

Debtor YesCare Corp _Case No. (if known) 2:26-bk-01089-FMR_
Name

| Part 1: | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.209** **Priority creditor's name and mailing address**
Antonia D Hardin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 7 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,553.08 | $3,553.08

**2.210** **Priority creditor's name and mailing address**
Antonio J Briggs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 3 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,411.57 | $6,411.57

**2.211** **Priority creditor's name and mailing address**
Antwinette M White
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 5 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,431.60 | $1,431.60

**2.212** **Priority creditor's name and mailing address**
Anzondria P Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 0 0 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,024.19 | $7,024.19

**2.213** **Priority creditor's name and mailing address**
April D Anderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 4 8 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,899.80 | $2,899.80

**2.214** **Priority creditor's name and mailing address**
April D Anderson
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number** 4 8 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,468.16 | $1,468.16

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.215** **Priority creditor's name and mailing address**
April Danner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 2 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,668.50 — $1,668.50

---

**2.216** **Priority creditor's name and mailing address**
April M Budzeak
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,017.95 — $2,017.95

---

**2.217** **Priority creditor's name and mailing address**
April M Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 6 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,125.24 — $2,125.24

---

**2.218** **Priority creditor's name and mailing address**
April R King
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 7 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,605.60 — $1,605.60

---

**2.219** **Priority creditor's name and mailing address**
Aqila Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 8 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,812.80 — Unknown

---

**2.220** **Priority creditor's name and mailing address**
Aqila Lewis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 8 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$916.84 — $916.84

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.221** **Priority creditor's name and mailing address**
Aquilla J Lee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       6 4 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $655.76    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.222** **Priority creditor's name and mailing address**
Aquilla Ware
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       0 1 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,453.14    $4,453.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.223** **Priority creditor's name and mailing address**
Araceli Perez
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**       9 0 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $727.32    $727.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.224** **Priority creditor's name and mailing address**
Arelis Lovin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       8 5 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $738.21    $738.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.225** **Priority creditor's name and mailing address**
Arianna Hernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       0 3 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,443.00    $1,443.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.226** **Priority creditor's name and mailing address**
Arianne L Murphy-Flores
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       9 8 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $812.13    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor    YesCare Corp.    Case number (if known) 26-01089-FMR

Name

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.227** **Priority creditor's name and mailing address**
Ariauna Gray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 1 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $355.18    Priority amount: $355.18

**2.228** **Priority creditor's name and mailing address**
Ariel Crocker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 2 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,097.76    Priority amount: $4,097.76

**2.229** **Priority creditor's name and mailing address**
Ariel J Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 5 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,208.95    Priority amount: $2,208.95

**2.230** **Priority creditor's name and mailing address**
Ariel Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 3 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,006.47    Priority amount: $2,006.47

**2.231** **Priority creditor's name and mailing address**
Arinola Akingbesote
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 1 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,762.13    Priority amount: $5,762.13

**2.232** **Priority creditor's name and mailing address**
Arinola Akingbesote
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        8 1 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,737.21    Priority amount: $2,737.21

Debtor        YesCare Corp.                                      Case number (if known) _____
              Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.233** **Priority creditor's name and mailing address**
Arisbel S Corona
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    7 7 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,338.24      Priority amount: Unknown

---

**2.234** **Priority creditor's name and mailing address**
Arista B Hunter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    9 5 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,711.98      Priority amount: $1,711.98

---

**2.235** **Priority creditor's name and mailing address**
Arlene Thelon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    8 8 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,574.08      Priority amount: $3,574.08

---

**2.236** **Priority creditor's name and mailing address**
Armani Rivera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    0 1 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00      Priority amount: Unknown

---

**2.237** **Priority creditor's name and mailing address**
Arnaldo Jimenez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    9 7 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $947.36      Priority amount: $947.36

---

**2.238** **Priority creditor's name and mailing address**
Artavia S Glover
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    9 7 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $579.57      Priority amount: $579.57

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.239** **Priority creditor's name and mailing address**
Arteria L Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 4 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,772.80    Priority amount: $1,772.80

**2.240** **Priority creditor's name and mailing address**
Arthur Goodman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,878.65    Priority amount: $2,878.65

**2.241** **Priority creditor's name and mailing address**
Arthur J Gutierrez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 5 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $191.72    Priority amount: Unknown

**2.242** **Priority creditor's name and mailing address**
Arvouris Radford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,135.74    Priority amount: $3,135.74

**2.243** **Priority creditor's name and mailing address**
Arzu Pajotte
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 2 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.244** **Priority creditor's name and mailing address**
Ashante Wallace
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $932.80    Priority amount: $932.80

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.245** **Priority creditor's name and mailing address**
Ashanty Rivers
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 1 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,680.00    Priority amount: $1,680.00

**2.246** **Priority creditor's name and mailing address**
Asharia Cockrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 4 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,173.90    Priority amount: $1,173.90

**2.247** **Priority creditor's name and mailing address**
Ashlee E Cox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    6 4 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,720.28    Priority amount: Unknown

**2.248** **Priority creditor's name and mailing address**
Ashleigh M Keeling
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    6 2 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,093.37    Priority amount: Unknown

**2.249** **Priority creditor's name and mailing address**
Ashleigh Maxwell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 2 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,354.77    Priority amount: $2,354.77

**2.250** **Priority creditor's name and mailing address**
Ashley C Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    3 6 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,910.00    Priority amount: $5,910.00

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.251** **Priority creditor's name and mailing address**
Ashley D Ford
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**     9 6 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $787.50     $787.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.252** **Priority creditor's name and mailing address**
Ashley D Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**     6 7 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $1,551.63     $1,551.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.253** **Priority creditor's name and mailing address**
Ashley D Harris
Address Redacted
**Date or dates debt was incurred**


 **Last 4 digits of account number**     6 7 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $352.87     $352.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.254** **Priority creditor's name and mailing address**
Ashley E Lathon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**     6 6 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $2,889.55     $2,889.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.255** **Priority creditor's name and mailing address**
Ashley F Martens
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**     6 3 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $1,629.64     $1,629.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.256** **Priority creditor's name and mailing address**
Ashley Flynn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**     8 2 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $395.55     $395.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.257** **Priority creditor's name and mailing address**
Ashley Frost
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     0 3 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $1,332.15    $1,332.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.258** **Priority creditor's name and mailing address**
Ashley G Andrews
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     5 9 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $3,054.32    $3,054.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.259** **Priority creditor's name and mailing address**
Ashley Hayes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     1 2 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $1,570.93    $1,570.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.260** **Priority creditor's name and mailing address**
Ashley Hughes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     1 0 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $11,802.31    $11,802.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.261** **Priority creditor's name and mailing address**
Ashley Hughes
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     1 0 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $1,328.34    $1,328.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.262** **Priority creditor's name and mailing address**
Ashley J Phelps
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     2 9 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $14,102.56    $14,102.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor      YesCare Corp                                      Case number *(if known)* 26-01089-FMR
            Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.263** **Priority creditor's name and mailing address**
Ashley J Phelps
Address Redacted
**Date or dates debt was incurred**

 Last 4 digits of account number        2 9 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $4,000.00 — $4,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.264** **Priority creditor's name and mailing address**
Ashley Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 Last 4 digits of account number        5 9 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $524.19 — $524.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.265** **Priority creditor's name and mailing address**
Ashley M Barnes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 Last 4 digits of account number        2 7 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $12,397.03 — $12,397.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.266** **Priority creditor's name and mailing address**
Ashley M Barnes
Address Redacted
**Date or dates debt was incurred**

 Last 4 digits of account number        2 7 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,984.15 — $1,984.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.267** **Priority creditor's name and mailing address**
Ashley N Crowell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 Last 4 digits of account number        7 1 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,958.46 — $2,958.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.268** **Priority creditor's name and mailing address**
Ashley R Stallings
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 Last 4 digits of account number        7 7 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $859.75 — $859.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.269** **Priority creditor's name and mailing address**
Ashley R Stallings
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 7 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: **$615.21** — **$615.21**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.270** **Priority creditor's name and mailing address**
Ashley Squires
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 1 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: **$505.15** — **$505.15**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.271** **Priority creditor's name and mailing address**
Ashley Stallworth
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 7 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: **$3,900.58** — **$3,900.58**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.272** **Priority creditor's name and mailing address**
Ashley T Biller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 3 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: **$153.77** — **$153.77**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.273** **Priority creditor's name and mailing address**
Ashley Turner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: **$1,153.25** — **$1,153.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.274** **Priority creditor's name and mailing address**
Ashton J Welsh
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 4 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is: **$512.52** — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.275** **Priority creditor's name and mailing address**
Astrid Dietsch
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 0 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,854.13 | $2,854.13

**2.276** **Priority creditor's name and mailing address**
Astrid S Marzano
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 2 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,787.00 | $1,787.00

**2.277** **Priority creditor's name and mailing address**
Audie Oranie
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 0 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,679.23 | Unknown

**2.278** **Priority creditor's name and mailing address**
Audie Oranie
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 0 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,481.18 | $1,481.18

**2.279** **Priority creditor's name and mailing address**
Audrey Scarborough
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$0.00 | Unknown

**2.280** **Priority creditor's name and mailing address**
Audrice Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 2 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,135.37 | $4,135.37

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims Page 47 of 761

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.281** **Priority creditor's name and mailing address**
Audrice Johnson
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    8 2 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $564.73    $564.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.282** **Priority creditor's name and mailing address**
Aushika L Dawson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    0 1 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,939.12    $1,939.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.283** **Priority creditor's name and mailing address**
Aushlie Coles
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    0 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,363.50    $2,363.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.284** **Priority creditor's name and mailing address**
Avery C Anaje
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    0 9 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $15,898.76    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.285** **Priority creditor's name and mailing address**
Avery C Anaje
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    0 9 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,160.60    $4,160.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.286** **Priority creditor's name and mailing address**
Avery Russell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    0 0 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,259.86    $2,259.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.287** **Priority creditor's name and mailing address**
Avrohom Goldman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     3 7 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $10,964.00    $10,964.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.288** **Priority creditor's name and mailing address**
Azadia K Daffin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     5 5 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $1,555.83    $1,555.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.289** **Priority creditor's name and mailing address**
Azar Sheikholeslami
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     5 1 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $16,211.54    $16,211.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.290** **Priority creditor's name and mailing address**
Azar Sheikholeslami
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     5 1 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $8,078.87    $8,078.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.291** **Priority creditor's name and mailing address**
Bahayyah N Darden
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     3 5 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $1,748.32    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.292** **Priority creditor's name and mailing address**
Bahayyah N Darden
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     3 5 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $1,100.88    $1,100.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor    YesCare Corp    _____    Case number (if known) 26-01089-FMR
Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.293** **Priority creditor's name and mailing address**
Balinder Chahal
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      2 6 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,346.43          $8,346.43

**2.294** **Priority creditor's name and mailing address**
Bandhan Chakraborty
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      1 4 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,550.00          $8,550.00

**2.295** **Priority creditor's name and mailing address**
Bangalie W Koroma
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      0 5 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,023.55          $4,023.55

**2.296** **Priority creditor's name and mailing address**
Bangalie W Koroma
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      0 5 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$935.71          $935.71

**2.297** **Priority creditor's name and mailing address**
Barbara Dawson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      2 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,824.48          $3,824.48

**2.298** **Priority creditor's name and mailing address**
Barbara Dawson
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      2 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,400.00          $1,400.00

Debtor    YesCare Corp    Date 06/23/26 (if known)    2:26-bk-01089-FMR

Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.299** **Priority creditor's name and mailing address**
Barbara J Adams Mckennedy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 0 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,347.47    Priority amount: Unknown

---

**2.300** **Priority creditor's name and mailing address**
Barbara J Coe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        5 4 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,526.51    Priority amount: $2,526.51

---

**2.301** **Priority creditor's name and mailing address**
Barbara Roberts Harvey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 3 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.302** **Priority creditor's name and mailing address**
Barbara Shennon Lambeth
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 4 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,619.47    Priority amount: $3,619.47

---

**2.303** **Priority creditor's name and mailing address**
Beatrice Matthews
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 1 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,977.12    Priority amount: Unknown

---

**2.304** **Priority creditor's name and mailing address**
Becky Worthington
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 8 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $44.00    Priority amount: $44.00

---

Debtor   YesCare Corp   _Case number (if known)_ 26-bk-01089-FMR
         Name

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.305 Priority creditor's name and mailing address**
Belinda Hallback
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 4 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,266.82    Priority amount: $2,266.82

---

**2.306 Priority creditor's name and mailing address**
Belinda Marquez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 5 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.307 Priority creditor's name and mailing address**
Benjamin A Warren
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 5 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,440.00    Priority amount: Unknown

---

**2.308 Priority creditor's name and mailing address**
Benjamin M Pittman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 5 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,472.82    Priority amount: Unknown

---

**2.309 Priority creditor's name and mailing address**
Bernadette M Holloman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $30.69    Priority amount: Unknown

---

**2.310 Priority creditor's name and mailing address**
Bernice D Ricks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 3 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,581.09    Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.311** **Priority creditor's name and mailing address**
Bernice Wunder
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 7 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,233.53      $2,233.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.312** **Priority creditor's name and mailing address**
Bessie L McLendon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    2 7 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,026.00      $3,026.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.313** **Priority creditor's name and mailing address**
Beth Colosi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    2 9 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $639.42      $639.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.314** **Priority creditor's name and mailing address**
Beth H Long
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    1 7 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,301.98      $2,301.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.315** **Priority creditor's name and mailing address**
Beth S Sickler
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    2 0 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $8,106.66      $8,106.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.316** **Priority creditor's name and mailing address**
Bethany J Cole
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 1 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $6,833.19      $6,833.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.317** **Priority creditor's name and mailing address**
Bethany Turner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        5 6 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,897.95     Priority amount: $2,897.95

---

**2.318** **Priority creditor's name and mailing address**
Beverly C Little
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        5 0 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,013.81     Priority amount: $3,013.81

---

**2.319** **Priority creditor's name and mailing address**
Beverly Fernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 4 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,485.71     Priority amount: $5,485.71

---

**2.320** **Priority creditor's name and mailing address**
Beverly M Rice
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        7 4 1 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,192.37     Priority amount: $9,192.37

---

**2.321** **Priority creditor's name and mailing address**
Beverly M Rice
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        7 4 1 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $875.03     Priority amount: $875.03

---

**2.322** **Priority creditor's name and mailing address**
Bianca Ephriam Steele
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 4 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $334.95     Priority amount: $334.95

---

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.323** **Priority creditor's name and mailing address**
Bianca Jones
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 7 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $825.73     $825.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.324** **Priority creditor's name and mailing address**
Bilin V Zacharia
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 5 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $1,035.29     $1,035.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.325** **Priority creditor's name and mailing address**
Billie Vaughan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 0 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $4,924.01     $4,924.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.326** **Priority creditor's name and mailing address**
Billie Vaughan
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 0 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $2,541.49     $2,541.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.327** **Priority creditor's name and mailing address**
Bindu Sojappan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 6 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $3,896.34     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.328** **Priority creditor's name and mailing address**
Blondell L Goodman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 5 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $-3.90     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor     YesCare Corp.    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 78 of 845

Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.329** **Priority creditor's name and mailing address**
Blondell L Goodman
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     1 5 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,051.78     $1,051.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.330** **Priority creditor's name and mailing address**
Bobbi D Edwards
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,409.20     $4,409.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.331** **Priority creditor's name and mailing address**
Bobbi D Edwards
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,083.90     $2,083.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.332** **Priority creditor's name and mailing address**
Bobbi Poston
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 3 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,734.64     $2,734.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.333** **Priority creditor's name and mailing address**
Bobbie F Janis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     3 8 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,918.58     $3,918.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.334** **Priority creditor's name and mailing address**
Bobbie J Cagle
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     4 9 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,974.69     $1,974.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.335**   **Priority creditor's name and mailing address**
Bobbie J Cagle
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     4 9 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,007.37    Priority amount: $1,007.37

---

**2.336**   **Priority creditor's name and mailing address**
Bonita Joy Henderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 1 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,003.18    Priority amount: $3,003.18

---

**2.337**   **Priority creditor's name and mailing address**
Booker McCain
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 3 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,775.29    Priority amount: $1,775.29

---

**2.338**   **Priority creditor's name and mailing address**
Bradley S Edmonds
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     4 8 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $12,680.18    Priority amount: $12,680.18

---

**2.339**   **Priority creditor's name and mailing address**
Bradley S Edmonds
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     4 8 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,936.90    Priority amount: $6,936.90

---

**2.340**   **Priority creditor's name and mailing address**
Braleigh E Smitherman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 6 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,785.63    Priority amount: $2,785.63

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.341** **Priority creditor's name and mailing address**
Braleigh E Smitherman
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     5 6 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $516.94     $516.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.342** **Priority creditor's name and mailing address**
Brandi Barnes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 3 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $4,807.69     $4,807.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.343** **Priority creditor's name and mailing address**
Brandi Deere
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 9 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,333.22     $3,333.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.344** **Priority creditor's name and mailing address**
Brandi E Dawson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 3 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $1,463.98     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.345** **Priority creditor's name and mailing address**
Brandi Holcomb
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     5 2 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $697.05     $697.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.346** **Priority creditor's name and mailing address**
Brandi Joplin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     5 0 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $6,696.20     $6,696.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor       YesCare Corp.                                              Case number (if known) 2:26-bk-01089-FMR
             Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.347** **Priority creditor's name and mailing address**
Brandi S Alexander
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**         7 4 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is: $1,942.13    $1,942.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.348** **Priority creditor's name and mailing address**
Brandi S Alexander
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**         7 4 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is: $336.66    $336.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.349** **Priority creditor's name and mailing address**
Brandie Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**         8 1 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is: $5,288.46    $5,288.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.350** **Priority creditor's name and mailing address**
Brandon L Garcia
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**         9 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is: $0.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.351** **Priority creditor's name and mailing address**
Brandon Moten
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**         5 3 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is: $3,574.09    $3,574.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.352** **Priority creditor's name and mailing address**
Brandon Valdivia
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**         8 8 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is: $4,847.82    $4,847.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 59 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.353 Priority creditor's name and mailing address**
Brandy D Greer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 8 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,827.52  Priority amount: $1,827.52

---

**2.354 Priority creditor's name and mailing address**
Brandy D Greer
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 8 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $685.91  Priority amount: $685.91

---

**2.355 Priority creditor's name and mailing address**
Brandy Julius
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,175.92  Priority amount: $3,175.92

---

**2.356 Priority creditor's name and mailing address**
Brandy Rosser
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 3 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,117.82  Priority amount: $3,117.82

---

**2.357 Priority creditor's name and mailing address**
Brashe Rogers
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 6 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00  Priority amount: Unknown

---

**2.358 Priority creditor's name and mailing address**
Breanna L Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 9 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,328.80  Priority amount: Unknown

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.359** **Priority creditor's name and mailing address**
Breanna L Miller
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number** 2 9 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,603.48  Priority amount $1,603.48

---

**2.360** **Priority creditor's name and mailing address**
Breanna Milner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number** 9 4 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,006.25  Priority amount $2,006.25

---

**2.361** **Priority creditor's name and mailing address**
Breida L Powell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number** 5 1 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,861.80  Priority amount $1,861.80

---

**2.362** **Priority creditor's name and mailing address**
Brenda DAngelo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number** 9 7 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $346.06  Priority amount $346.06

---

**2.363** **Priority creditor's name and mailing address**
Brenda L Beck-Mendoza
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number** 2 0 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $923.43  Priority amount Unknown

---

**2.364** **Priority creditor's name and mailing address**
Brenda L Beck-Mendoza
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number** 2 0 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $756.62  Priority amount $756.62

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.365 Priority creditor's name and mailing address**
Brenda MacLeod
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 2 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,169.77    Priority amount: $2,169.77

**2.366 Priority creditor's name and mailing address**
Brenda McKee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 4 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,543.84    Priority amount: $3,543.84

**2.367 Priority creditor's name and mailing address**
Brenda Shore
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 8 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,260.57    Priority amount: $1,260.57

**2.368 Priority creditor's name and mailing address**
Brenda Welker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 2 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,472.00    Priority amount: $1,472.00

**2.369 Priority creditor's name and mailing address**
Brian Gawronski
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 0 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $24,129.28    Priority amount: $17,150.00

**2.370 Priority creditor's name and mailing address**
Brian Gawronski
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 0 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,006.84    Priority amount: $10,006.84

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.371** **Priority creditor's name and mailing address**
Brian Hawkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 8 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,231.60    Priority amount: $1,231.60

**2.372** **Priority creditor's name and mailing address**
Brian Schaal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,530.00    Priority amount: Unknown

**2.373** **Priority creditor's name and mailing address**
Brian Schaal
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,803.49    Priority amount: $1,803.49

**2.374** **Priority creditor's name and mailing address**
Briana George
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,897.71    Priority amount: $1,897.71

**2.375** **Priority creditor's name and mailing address**
Briana Hollywood Roberson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,295.79    Priority amount: $1,295.79

**2.376** **Priority creditor's name and mailing address**
Briana Mcneil
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 2 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,655.60    Priority amount: Unknown

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.377** **Priority creditor's name and mailing address**
Briana Mcneil
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number    4 2 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,937.53    $2,937.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.378** **Priority creditor's name and mailing address**
Briana Renois Antwi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    9 7 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.379** **Priority creditor's name and mailing address**
Brianna Eichele
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    8 8 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,862.72    $2,862.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.380** **Priority creditor's name and mailing address**
Briauna Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    0 2 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $784.00    $784.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.381** **Priority creditor's name and mailing address**
Bridgett Cook Adams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    0 4 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,398.36    $1,398.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.382** **Priority creditor's name and mailing address**
Bridgett D Bennett
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    0 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,726.08    $2,726.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor    YesCare Corp.    Case number *(if known)* 2:26-bk-01089-FMR

Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.383** **Priority creditor's name and mailing address**
Bridgett D Bennett
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      0 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,244.96    $1,244.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.384** **Priority creditor's name and mailing address**
Brigitte Y Strickland
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      6 8 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $3,561.19    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.385** **Priority creditor's name and mailing address**
Brion Pasquale
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 8 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $709.21    $709.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.386** **Priority creditor's name and mailing address**
Britt W Herron
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 1 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,741.36    $1,741.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.387** **Priority creditor's name and mailing address**
Britt W Herron
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      9 1 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,649.20    $2,649.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.388** **Priority creditor's name and mailing address**
Brittany A VanHouten
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 9 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,047.17    $2,047.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 65 of 761

Debtor    YesCare Corp _____ Date or dates if known _____ 00089 FMR
          Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.389** **Priority creditor's name and mailing address**
Brittany C Savage
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        8 7 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.390** **Priority creditor's name and mailing address**
Brittany Chapman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        4 8 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,806.54    Priority amount: $3,806.54

---

**2.391** **Priority creditor's name and mailing address**
Brittany Clegg
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 8 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,560.02    Priority amount: Unknown

---

**2.392** **Priority creditor's name and mailing address**
Brittany Clegg
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**        9 8 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,541.10    Priority amount: $2,541.10

---

**2.393** **Priority creditor's name and mailing address**
Brittany Dambro
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 9 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.394** **Priority creditor's name and mailing address**
Brittany Elkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        7 2 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,656.68    Priority amount: $8,656.68

---

Debtor   YesCare Corp   Case number (if known) 2:26-bk-01089-FMR
Name

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.395** **Priority creditor's name and mailing address**
Brittany Elkins
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number       7 2 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:   $1,156.20   $1,156.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.396** **Priority creditor's name and mailing address**
Brittany Jones Minor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       9 9 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:   $0.00   Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.397** **Priority creditor's name and mailing address**
Brittany K Flenory
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       6 4 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:   $2,002.49   $2,002.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.398** **Priority creditor's name and mailing address**
Brittany Lundy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       7 3 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:   $8,003.41   $8,003.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.399** **Priority creditor's name and mailing address**
Brittany R Cain-Whiting
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       4 9 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:   $4,383.10   $4,383.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.400** **Priority creditor's name and mailing address**
Brittany S Hubbs
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       5 1 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:   $3,039.30   $3,039.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor       YesCare Corp.                                          Case number (if known) 2:26-bk-01089-FMR
             Name

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.401** **Priority creditor's name and mailing address**
Brittany S Hubbs
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        5 1 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,575.68     $1,575.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.402** **Priority creditor's name and mailing address**
Brittany S Murry
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        5 1 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $4,847.59     $4,847.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.403** **Priority creditor's name and mailing address**
Brittany S Peters
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        9 9 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $2,663.36     $2,663.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.404** **Priority creditor's name and mailing address**
Brittany Spangler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        9 9 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $2,695.92     $2,695.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.405** **Priority creditor's name and mailing address**
Brittany Wyche
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        0 1 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,293.36     $1,293.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.406** **Priority creditor's name and mailing address**
Brooke A Raulerson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        9 5 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $2,699.23     $2,699.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 68 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.407** **Priority creditor's name and mailing address**
Brooke M Alexander
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**       2 3 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $11,213.31   $11,213.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.408** **Priority creditor's name and mailing address**
Brooke M Alexander
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**       2 3 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $1,948.41   $1,948.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.409** **Priority creditor's name and mailing address**
Brooks T Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**       4 9 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $1,614.21   $1,614.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.410** **Priority creditor's name and mailing address**
Bruce E Sobers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**       5 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $10,315.20   Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.411** **Priority creditor's name and mailing address**
Bruce E Sobers
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**       5 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $3,842.10   $3,842.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.412** **Priority creditor's name and mailing address**
Bruce M Anaya
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**       4 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $4,101.39   $4,101.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.413** **Priority creditor's name and mailing address**
Bruce M Anaya
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $675.06      $675.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.414** **Priority creditor's name and mailing address**
Bruce Teal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 1 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $29,220.35      $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.415** **Priority creditor's name and mailing address**
Bryan Harrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 0 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,680.00      $2,680.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.416** **Priority creditor's name and mailing address**
Brynne Backus
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 8 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,270.23      $2,270.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.417** **Priority creditor's name and mailing address**
Bukola G Akinade
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 7 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,328.91      $3,328.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.418** **Priority creditor's name and mailing address**
Burgundy Lester
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 3 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,382.45      $1,382.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.419** **Priority creditor's name and mailing address**
Bynisha Robertson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 Last 4 digits of account number      7 3 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $955.80    Priority amount: Unknown

---

**2.420** **Priority creditor's name and mailing address**
Caitlin Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 Last 4 digits of account number      9 9 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,864.00    Priority amount: $2,864.00

---

**2.421** **Priority creditor's name and mailing address**
Caitlin Papovich
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 Last 4 digits of account number      7 6 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,062.87    Priority amount: $7,062.87

---

**2.422** **Priority creditor's name and mailing address**
Caitlin Papovich
Address Redacted
**Date or dates debt was incurred**

 Last 4 digits of account number      7 6 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $396.11    Priority amount: $396.11

---

**2.423** **Priority creditor's name and mailing address**
Caitlyn B Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 Last 4 digits of account number      6 6 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,237.26    Priority amount: $5,237.26

---

**2.424** **Priority creditor's name and mailing address**
Calita Banks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 Last 4 digits of account number      5 1 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,474.53    Priority amount: $1,474.53

---

Debtor      YesCare Corp _____ Case number _(if known)_ _____
            Name

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.425** **Priority creditor's name and mailing address**
Callie Anson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,532.71    Priority amount: $3,532.71

---

**2.426** **Priority creditor's name and mailing address**
Callie Gillespie
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 1 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,260.17    Priority amount: $3,260.17

---

**2.427** **Priority creditor's name and mailing address**
Calmesha Hinton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 0 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,962.00    Priority amount: $1,962.00

---

**2.428** **Priority creditor's name and mailing address**
Cameron W Thoma
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    6 7 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,802.23    Priority amount: $5,802.23

---

**2.429** **Priority creditor's name and mailing address**
Cameron W Thoma
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    6 7 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,958.00    Priority amount: $2,958.00

---

**2.430** **Priority creditor's name and mailing address**
Cana Key
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 3 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,337.21    Priority amount: $2,337.21

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.431** **Priority creditor's name and mailing address**
Canaan Reese
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 7 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,429.84          $1,429.84

---

**2.432** **Priority creditor's name and mailing address**
Candice M Gibson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 7 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$246.53          $246.53

---

**2.433** **Priority creditor's name and mailing address**
Candice Whitt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 0 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,532.97          $5,532.97

---

**2.434** **Priority creditor's name and mailing address**
Canesha L Bennett
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 1 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$485.99          $485.99

---

**2.435** **Priority creditor's name and mailing address**
Cari C Randolph
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      2 6 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$19.93          Unknown

---

**2.436** **Priority creditor's name and mailing address**
Carime Bibb
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 9 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,234.57          $3,234.57

---

Debtor    YesCare Corp    _____    Case number (if known) 2:26-bk-01089-FMR
         Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.437** **Priority creditor's name and mailing address**
Carime Bibb
Address Redacted
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**    4 9 2 3
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $1,685.40    $1,685.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.438** **Priority creditor's name and mailing address**
Carissa Cox-Horan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 4 4 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $4,432.32    $4,432.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.439** **Priority creditor's name and mailing address**
Carissa Cox-Horan
Address Redacted
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**    7 4 4 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $372.19    $372.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.440** **Priority creditor's name and mailing address**
Carissa L Humphres
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 3 3 5
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $2,390.44    $2,390.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.441** **Priority creditor's name and mailing address**
Carl Wittenberg
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 0 0 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $11,396.41    $11,396.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.442** **Priority creditor's name and mailing address**
Carl Wittenberg
Address Redacted
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**    8 0 0 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $2,800.00    $2,800.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor    YesCare Corp _____    Case number _(if known)_ 2:26-bk-01089-FMR

    Name

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.443** **Priority creditor's name and mailing address**
Carla A Ortega Pate
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 2 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**        $4,122.60        $4,122.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.444** **Priority creditor's name and mailing address**
Carla Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**        $867.23        $867.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.445** **Priority creditor's name and mailing address**
Carla Moorer
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 9 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**        $301.13        $301.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.446** **Priority creditor's name and mailing address**
Carlina Burkett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        0 1 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**        $4,171.79        $4,171.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.447** **Priority creditor's name and mailing address**
Carlos Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        4 7 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**        $2,418.54        $2,418.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.448** **Priority creditor's name and mailing address**
Carlyn Burks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        8 3 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**        $881.72        $881.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 75 of 761

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.449** **Priority creditor's name and mailing address**
Carmerletha Lee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      5 7 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,449.55    Priority amount: $3,449.55

---

**2.450** **Priority creditor's name and mailing address**
Carol A Steeley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      0 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,023.88    Priority amount: Unknown

---

**2.451** **Priority creditor's name and mailing address**
Carol A Steeley
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      0 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,094.26    Priority amount: $1,094.26

---

**2.452** **Priority creditor's name and mailing address**
Carol Bowman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      3 9 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,229.20    Priority amount: Unknown

---

**2.453** **Priority creditor's name and mailing address**
Carolina Grace
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      9 4 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,858.75    Priority amount: $6,858.75

---

**2.454** **Priority creditor's name and mailing address**
Carolyn Gilbert Caldwell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**      6 8 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,130.30    Priority amount: $2,130.30

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.455** **Priority creditor's name and mailing address**
Carolyn Jansen Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 2 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,354.57    $5,354.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.456** **Priority creditor's name and mailing address**
Carolyn Jansen Murray
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 2 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,539.38    $2,539.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.457** **Priority creditor's name and mailing address**
Carrie Dunn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 4 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,809.63    $1,809.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.458** **Priority creditor's name and mailing address**
Carrie L Catalano
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 3 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $4,262.48    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.459** **Priority creditor's name and mailing address**
Casey M Dunkin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,248.58    $5,248.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.460** **Priority creditor's name and mailing address**
Casey N Horton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 1 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $6,316.99    $6,316.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor    YesCare Corp     _Case number (if known)_

Name

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.461** **Priority creditor's name and mailing address**
Casey N Horton
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 1 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $253.98     $253.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.462** **Priority creditor's name and mailing address**
Casey W Ingram
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $4,501.97     $4,501.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.463** **Priority creditor's name and mailing address**
Casie L Slate
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 8 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $505.48     $505.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.464** **Priority creditor's name and mailing address**
Cassie C Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,583.95     $2,583.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.465** **Priority creditor's name and mailing address**
Cassie C Thompson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $574.99     $574.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.466** **Priority creditor's name and mailing address**
Catherine A Gorman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,252.09     $1,252.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor     YesCare Corp     Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 101 of 845
                                                              Case number (if known)
            Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.467** **Priority creditor's name and mailing address**
Catherine A Gorman
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    6 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $981.79    Priority amount: $981.79

**2.468** **Priority creditor's name and mailing address**
Catherine B Sweeney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    2 4 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,702.01    Priority amount: $4,702.01

**2.469** **Priority creditor's name and mailing address**
Catherine L Klinner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 5 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,757.10    Priority amount: $3,757.10

**2.470** **Priority creditor's name and mailing address**
Catherine Newlin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    7 7 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,580.18    Priority amount: $4,580.18

**2.471** **Priority creditor's name and mailing address**
Cathy Clifton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 1 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,048.00    Priority amount: $3,048.00

**2.472** **Priority creditor's name and mailing address**
Cathy Hill Posey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    1 9 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,512.00    Priority amount: $5,512.00

Debtor    YesCare Co _____    _Case number (if known)_____
          Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.473** **Priority creditor's name and mailing address**
Cayden Adkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 8 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.14    Priority amount: Unknown

---

**2.474** **Priority creditor's name and mailing address**
Cecelia Francis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 9 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.475** **Priority creditor's name and mailing address**
Cedric B Swinney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 3 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,858.82    Priority amount: $3,858.82

---

**2.476** **Priority creditor's name and mailing address**
Celeste C Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        4 2 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,897.35    Priority amount: $4,897.35

---

**2.477** **Priority creditor's name and mailing address**
Celeste T Hunter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,918.28    Priority amount: $5,918.28

---

**2.478** **Priority creditor's name and mailing address**
Celeste T Hunter
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        9 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,066.76    Priority amount: $3,066.76

---

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.479 Priority creditor's name and mailing address**
Celia R Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 6 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $12,005.66    Priority amount: $12,005.66

**2.480 Priority creditor's name and mailing address**
Celia R Brown
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 6 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,573.11    Priority amount: $2,573.11

**2.481 Priority creditor's name and mailing address**
Chakasha Richards
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 2 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,123.46    Priority amount: Unknown

**2.482 Priority creditor's name and mailing address**
Chakasha Richards
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 2 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,812.32    Priority amount: $1,812.32

**2.483 Priority creditor's name and mailing address**
ChaKevia Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 7 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,713.61    Priority amount: $1,713.61

**2.484 Priority creditor's name and mailing address**
Chakya Carter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 4 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,430.10    Priority amount: $2,430.10

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.485** **Priority creditor's name and mailing address**
Chanda G Back
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    8 7 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,117.24    Priority amount: $3,117.24

---

**2.486** **Priority creditor's name and mailing address**
Chandler L Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    8 7 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,417.35    Priority amount: $2,417.35

---

**2.487** **Priority creditor's name and mailing address**
Chandreka Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    8 1 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,864.00    Priority amount: $2,864.00

---

**2.488** **Priority creditor's name and mailing address**
Chanelle Rollins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    6 8 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,232.59    Priority amount: Unknown

---

**2.489** **Priority creditor's name and mailing address**
Chanta Y Simpson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 9 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,161.72    Priority amount: $4,161.72

---

**2.490** **Priority creditor's name and mailing address**
Chantale K Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    5 5 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,549.46    Priority amount: $3,549.46

---

Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.491** **Priority creditor's name and mailing address**
Chantilla Nix
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    8 7 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $703.53    Priority amount: $703.53

---

**2.492** **Priority creditor's name and mailing address**
Charderrick L Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    7 5 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,592.73    Priority amount: $4,592.73

---

**2.493** **Priority creditor's name and mailing address**
Charee Hopkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    7 2 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,850.97    Priority amount: $4,850.97

---

**2.494** **Priority creditor's name and mailing address**
Charlene D Kinley Richardson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    5 4 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,115.09    Priority amount: $6,115.09

---

**2.495** **Priority creditor's name and mailing address**
Charlene D Kinley Richardson
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**    5 4 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,587.10    Priority amount: $1,587.10

---

**2.496** **Priority creditor's name and mailing address**
Charlene H Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    9 1 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,189.01    Priority amount: $3,189.01

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.497 Priority creditor's name and mailing address**
Charlene Miles
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        2 9 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,132.16   Priority amount: $5,132.16

---

**2.498 Priority creditor's name and mailing address**
Charlene R Fresses
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        1 2 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,165.93   Priority amount: Unknown

---

**2.499 Priority creditor's name and mailing address**
Charles D Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        8 2 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,863.57   Priority amount: $2,863.57

---

**2.500 Priority creditor's name and mailing address**
Charles Kessler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        0 4 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,432.00   Priority amount: $1,432.00

---

**2.501 Priority creditor's name and mailing address**
Charles L Woodley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        1 6 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,433.85   Priority amount: $6,433.85

---

**2.502 Priority creditor's name and mailing address**
Charles L Woodley
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**        1 6 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,296.80   Priority amount: $3,296.80

---

Name

---

**Part 1:**     **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.503** **Priority creditor's name and mailing address**
Charles V McBryde Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**      4 8 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,527.82      $4,527.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.504** **Priority creditor's name and mailing address**
Charlet N Pendergrass
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**      8 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $69.27      Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.505** **Priority creditor's name and mailing address**
Charlett Fentress
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**      4 4 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $4,491.20      Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.506** **Priority creditor's name and mailing address**
Charlett Fentress
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**      4 4 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,248.10      $1,248.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.507** **Priority creditor's name and mailing address**
Charlie Maddox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**      0 2 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,111.79      $4,111.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.508** **Priority creditor's name and mailing address**
Charlotte M Sexton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**      9 2 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,396.36      $2,396.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

## Part 1:     Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.509** **Priority creditor's name and mailing address**
Charlotte Shult
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 6 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,834.25    Priority amount: $1,834.25

---

**2.510** **Priority creditor's name and mailing address**
Charmane A Battey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 6 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,371.43    Priority amount: $1,371.43

---

**2.511** **Priority creditor's name and mailing address**
Charquindra J Stone
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    6 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,802.08    Priority amount: $5,802.08

---

**2.512** **Priority creditor's name and mailing address**
Chasity Z Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    6 0 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $417.72    Priority amount: $417.72

---

**2.513** **Priority creditor's name and mailing address**
Chelsea A Paolella
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 1 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,840.19    Priority amount: Unknown

---

**2.514** **Priority creditor's name and mailing address**
Chelsea Benefield
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 9 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,551.70    Priority amount: $1,551.70

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.515 Priority creditor's name and mailing address**
Chelsea M Perkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       9 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,204.14        Priority amount: $1,204.14

**2.516 Priority creditor's name and mailing address**
Chelsea N McCormick
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       9 3 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,641.25        Priority amount: $4,641.25

**2.517 Priority creditor's name and mailing address**
Chelsea R Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       8 4 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,950.00        Priority amount: $1,950.00

**2.518 Priority creditor's name and mailing address**
Chelsee Russell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       0 1 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,816.00        Priority amount: $5,816.00

**2.519 Priority creditor's name and mailing address**
Chelsy K Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       7 4 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,939.98        Priority amount: $1,939.98

**2.520 Priority creditor's name and mailing address**
Cheryl D Baldwin Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       3 0 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,241.49        Priority amount: Unknown

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.521** **Priority creditor's name and mailing address**
Cheryl Freeman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 1 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,434.62    Priority amount: $3,434.62

---

**2.522** **Priority creditor's name and mailing address**
Cheryl L Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 6 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,943.86    Priority amount: $2,943.86

---

**2.523** **Priority creditor's name and mailing address**
Cheryl P Cole-Green
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 2 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,453.85    Priority amount: $7,453.85

---

**2.524** **Priority creditor's name and mailing address**
Cheryl P Cole-Green
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 2 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,493.22    Priority amount: $1,493.22

---

**2.525** **Priority creditor's name and mailing address**
Cheryl Prestley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 8 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,232.16    Priority amount: $2,232.16

---

**2.526** **Priority creditor's name and mailing address**
Cheryl W Peterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 6 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,658.33    Priority amount: $4,658.33

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.527** **Priority creditor's name and mailing address**
Cheyenne Beld
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**      7 2 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,870.04     Priority amount: $3,870.04

---

**2.528** **Priority creditor's name and mailing address**
Cheyenne Beld
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      7 2 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,626.68     Priority amount: $1,626.68

---

**2.529** **Priority creditor's name and mailing address**
Cheyenne P Holland
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**      3 0 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,340.59     Priority amount: Unknown

---

**2.530** **Priority creditor's name and mailing address**
Cheyenne P Holland
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      3 0 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $990.75     Priority amount: $990.75

---

**2.531** **Priority creditor's name and mailing address**
Chiamaka R Opara
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**      7 3 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,609.21     Priority amount: $5,609.21

---

**2.532** **Priority creditor's name and mailing address**
Chiamaka R Opara
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      7 3 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,101.74     Priority amount: $1,101.74

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.533** **Priority creditor's name and mailing address**
Chiawuotu E Ajoku
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 0 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,522.52 — Unknown

---

**2.534** **Priority creditor's name and mailing address**
Chioma Udemba
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,144.36 — $2,144.36

---

**2.535** **Priority creditor's name and mailing address**
Chiquita Rumph
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 7 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,581.00 — $1,581.00

---

**2.536** **Priority creditor's name and mailing address**
Christa Sligh
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 5 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,440.00 — $7,440.00

---

**2.537** **Priority creditor's name and mailing address**
Christina A Evans-Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,936.00 — $1,936.00

---

**2.538** **Priority creditor's name and mailing address**
Christina D Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 1 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,829.31 — $12,829.31

---

Debtor    YesCare Corp.   Case 2:26-bk-01089-FMR   Doc 22   Filed 06/23/26   Case number (if known)   Page 113 of 845

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.539** **Priority creditor's name and mailing address**
Christina Ewing
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 6 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,118.74    $3,118.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.540** **Priority creditor's name and mailing address**
Christina Hicks Love
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    8 6 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,733.60    $2,733.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.541** **Priority creditor's name and mailing address**
Christina K Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    7 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,138.64    $2,138.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.542** **Priority creditor's name and mailing address**
Christina Kline
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 1 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $0.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.543** **Priority creditor's name and mailing address**
Christina L Barber
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    6 7 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,017.35    $2,017.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.544** **Priority creditor's name and mailing address**
Christina Leaird
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    1 4 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,254.88    $3,254.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor    YesCare Corp.    _Case number (if known)_ 2:26-bk-01089-FMR

Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.545 Priority creditor's name and mailing address**
Christina M Stump
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 4 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $-3,749.43    Priority amount: Unknown

---

**2.546 Priority creditor's name and mailing address**
Christina M Stump
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 4 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,251.67    Priority amount: $2,251.67

---

**2.547 Priority creditor's name and mailing address**
Christina M Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 3 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,554.28    Priority amount: $2,554.28

---

**2.548 Priority creditor's name and mailing address**
Christina Penton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,415.63    Priority amount: $3,415.63

---

**2.549 Priority creditor's name and mailing address**
Christina Stever
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 9 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $904.78    Priority amount: Unknown

---

**2.550 Priority creditor's name and mailing address**
Christina Stever
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 9 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,021.00    Priority amount: $1,021.00

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.551** **Priority creditor's name and mailing address**
Christina Vaughans
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 1 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,727.66    Priority amount: $5,727.66

---

**2.552** **Priority creditor's name and mailing address**
Christina Vaughans
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 1 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,043.80    Priority amount: $2,043.80

---

**2.553** **Priority creditor's name and mailing address**
Christine A Bendig
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 0 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,320.13    Priority amount: Unknown

---

**2.554** **Priority creditor's name and mailing address**
Christine A Bendig
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 0 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,502.22    Priority amount: $1,502.22

---

**2.555** **Priority creditor's name and mailing address**
Christine B Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 8 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $13,037.54    Priority amount: $13,037.54

---

**2.556** **Priority creditor's name and mailing address**
Christine Foreman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 3 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,426.60    Priority amount: Unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.557** **Priority creditor's name and mailing address**
Christine Lee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 4 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,037.75    Priority amount: $3,037.75

---

**2.558** **Priority creditor's name and mailing address**
Christopher Anglin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 3 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $354.06    Priority amount: $354.06

---

**2.559** **Priority creditor's name and mailing address**
Christopher Diana
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 1 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,625.32    Priority amount: Unknown

---

**2.560** **Priority creditor's name and mailing address**
Christopher Lister
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 1 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,406.08    Priority amount: $6,406.08

---

**2.561** **Priority creditor's name and mailing address**
Christopher Long
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 7 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.562** **Priority creditor's name and mailing address**
Christopher S Michaelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 6 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $14,936.00    Priority amount: $14,936.00

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.563** **Priority creditor's name and mailing address**
Christopher S Michaelson
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      5 6 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,403.30  Priority amount: $2,403.30

---

**2.564** **Priority creditor's name and mailing address**
Christopher Vangelder
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      6 4 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,800.00  Priority amount: $1,800.00

---

**2.565** **Priority creditor's name and mailing address**
Christopher VanGelder
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**      6 4 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,400.27  Priority amount: $1,400.27

---

**2.566** **Priority creditor's name and mailing address**
Christopher Weidner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**      5 6 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,772.27  Priority amount: $2,772.27

---

**2.567** **Priority creditor's name and mailing address**
Christopher Weidner
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**      5 6 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $983.67  Priority amount: $983.67

---

**2.568** **Priority creditor's name and mailing address**
Christy Ayers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**      6 7 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,154.48  Priority amount: $3,154.48

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.569** **Priority creditor's name and mailing address**
Christy L Bateman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 5 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $2,268.42     $2,268.42
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
□ Yes.

---

**2.570** **Priority creditor's name and mailing address**
Christy L Metcalfe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $3,043.34     $3,043.34
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
□ Yes.

---

**2.571** **Priority creditor's name and mailing address**
Christy S Duncan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 2 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $4,212.47     $4,212.47
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
□ Yes.

---

**2.572** **Priority creditor's name and mailing address**
Chrystal Knickle
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 8 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $4,327.92     $4,327.92
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
□ Yes.

---

**2.573** **Priority creditor's name and mailing address**
Chrystal Peters
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 8 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $1,919.73     $1,919.73
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
□ Yes.

---

**2.574** **Priority creditor's name and mailing address**
Chukwuemeka P Okpalaelechi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 7 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $1,821.10     $1,821.10
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
□ Yes.

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.575** **Priority creditor's name and mailing address**
Chukwuma N Mbaleme
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     4 0 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,589.62    Priority amount: $7,589.62

---

**2.576** **Priority creditor's name and mailing address**
Ciji Lukins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     9 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,948.31    Priority amount: $1,948.31

---

**2.577** **Priority creditor's name and mailing address**
Cindy Hill
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     0 2 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,121.57    Priority amount: Unknown

---

**2.578** **Priority creditor's name and mailing address**
Cindy Hill
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     0 2 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,636.10    Priority amount: $1,636.10

---

**2.579** **Priority creditor's name and mailing address**
Cindy Munoz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     9 4 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,139.29    Priority amount: $4,139.29

---

**2.580** **Priority creditor's name and mailing address**
Ciyordrlla T Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     5 1 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,789.90    Priority amount: $1,789.90

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.581** **Priority creditor's name and mailing address**
Claire M Sanders
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    6 3 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $454.33    Priority amount: Unknown

---

**2.582** **Priority creditor's name and mailing address**
Clarissa Herbin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    9 9 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.583** **Priority creditor's name and mailing address**
Claudia V Glass
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    0 2 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,269.81    Priority amount: Unknown

---

**2.584** **Priority creditor's name and mailing address**
Claudia V Glass
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**    0 2 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $315.98    Priority amount: $315.98

---

**2.585** **Priority creditor's name and mailing address**
Claudio O Borimonoff
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    3 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,826.81    Priority amount: $8,826.81

---

**2.586** **Priority creditor's name and mailing address**
Claudio O Borimonoff
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**    3 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,000.00    Priority amount: $3,000.00

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.587** **Priority creditor's name and mailing address**
Clayton E Wheat
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 9 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,059.69    Priority amount: $9,059.69

**2.588** **Priority creditor's name and mailing address**
Clayton E Wheat
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 1 9 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,111.82    Priority amount: $3,111.82

**2.589** **Priority creditor's name and mailing address**
Colette Nunamann
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 8 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,382.54    Priority amount: $5,382.54

**2.590** **Priority creditor's name and mailing address**
Collan Darnall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 2 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $900.00    Priority amount: $900.00

**2.591** **Priority creditor's name and mailing address**
Colleen A Rios
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 7 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.592** **Priority creditor's name and mailing address**
Colleen Bristow
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,724.14    Priority amount: Unknown

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.593** **Priority creditor's name and mailing address**
Comfort Ovuh
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 8 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,355.45    Priority amount: $6,355.45

---

**2.594** **Priority creditor's name and mailing address**
Comfort Ovuh
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 8 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $454.96    Priority amount: $454.96

---

**2.595** **Priority creditor's name and mailing address**
Conchita Renfroe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,845.42    Priority amount: $1,845.42

---

**2.596** **Priority creditor's name and mailing address**
Connecyt Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 0 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,568.00    Priority amount: $4,568.00

---

**2.597** **Priority creditor's name and mailing address**
Conner Mckeehan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 2 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,858.82    Priority amount: $3,858.82

---

**2.598** **Priority creditor's name and mailing address**
Connie D Craft
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 1 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,112.71    Priority amount: $3,112.71

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.599** **Priority creditor's name and mailing address**
Connie D Woodhouse
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 1 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,135.50    Priority amount: $4,135.50

**2.600** **Priority creditor's name and mailing address**
Constance Phillips
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 0 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $534.85    Priority amount: $534.85

**2.601** **Priority creditor's name and mailing address**
Constance T Talley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     1 8 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,641.79    Priority amount: $4,641.79

**2.602** **Priority creditor's name and mailing address**
Constance Torbert
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 0 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,097.41    Priority amount: $4,097.41

**2.603** **Priority creditor's name and mailing address**
Contia S Fitzpatrick
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 3 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,155.74    Priority amount: $2,155.74

**2.604** **Priority creditor's name and mailing address**
Contia S Fitzpatrick
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 3 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $653.37    Priority amount: $653.37

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.605** **Priority creditor's name and mailing address**
Cora Bensing
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    7 7 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,403.85    Priority amount: Unknown

---

**2.606** **Priority creditor's name and mailing address**
Corbin Murphy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    4 8 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,002.29    Priority amount: $5,002.29

---

**2.607** **Priority creditor's name and mailing address**
Coretta Webster
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 1 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,722.33    Priority amount: $2,722.33

---

**2.608** **Priority creditor's name and mailing address**
Corina L Ruottinen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 2 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.609** **Priority creditor's name and mailing address**
Cornelius Gilcrest
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 3 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,836.09    Priority amount: $1,836.09

---

**2.610** **Priority creditor's name and mailing address**
Courtney Glover
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    7 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $873.88    Priority amount: $873.88

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.611** **Priority creditor's name and mailing address**
Courtney L Penning
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      7 5 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,307.64    Priority amount: $6,307.64

---

**2.612** **Priority creditor's name and mailing address**
Courtney L Penning
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**      7 5 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,200.00    Priority amount: $2,200.00

---

**2.613** **Priority creditor's name and mailing address**
Courtney Redd
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      7 3 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,577.35    Priority amount: $3,577.35

---

**2.614** **Priority creditor's name and mailing address**
Coy Flenory
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      0 0 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,079.05    Priority amount: $4,079.05

---

**2.615** **Priority creditor's name and mailing address**
Craig Cole
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      0 4 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,869.71    Priority amount: $2,869.71

---

**2.616** **Priority creditor's name and mailing address**
Crista E Frazier
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      6 3 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $372.72    Priority amount: $372.72

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.617** **Priority creditor's name and mailing address**
Cristalle Huffman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 6 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**      $589.15      $589.15
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**2.618** **Priority creditor's name and mailing address**
Cristina Occeus
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 7 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**      $1,387.20      Unknown
Check all that apply.
☐  Contingent
☑  Unliquidated
☐  Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**2.619** **Priority creditor's name and mailing address**
Cristina Occeus
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        7 7 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**      $1,785.59      $1,785.59
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**2.620** **Priority creditor's name and mailing address**
Crystal A Freels
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 0 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**      $7,584.33      $7,584.33
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**2.621** **Priority creditor's name and mailing address**
Crystal A Malden
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        2 3 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**      $3,181.50      $3,181.50
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**2.622** **Priority creditor's name and mailing address**
Crystal August
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 6 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**      $3,892.42      $3,892.42
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑  No.
☐  Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.623** **Priority creditor's name and mailing address**
Crystal August
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     6 6 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,233.04    Priority amount: $2,233.04

**2.624** **Priority creditor's name and mailing address**
Crystal Baker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 7 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.625** **Priority creditor's name and mailing address**
Crystal D Holland
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 9 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,476.64    Priority amount: $2,476.64

**2.626** **Priority creditor's name and mailing address**
Crystal D Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 9 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,516.39    Priority amount: Unknown

**2.627** **Priority creditor's name and mailing address**
Crystal D Martin
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     9 9 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $531.10    Priority amount: $531.10

**2.628** **Priority creditor's name and mailing address**
Crystal Davis-Moncrief
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 1 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,778.31    Priority amount: $5,778.31

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.629** **Priority creditor's name and mailing address**
Crystal Gold
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2.95    Priority amount: $2.95

---

**2.630** **Priority creditor's name and mailing address**
Crystal Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 1 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,510.60    Priority amount: $1,510.60

---

**2.631** **Priority creditor's name and mailing address**
Crystal L Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 5 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,191.20    Priority amount: $2,191.20

---

**2.632** **Priority creditor's name and mailing address**
Crystal M Mcnair
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 0 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,160.40    Priority amount: Unknown

---

**2.633** **Priority creditor's name and mailing address**
Crystal M Nelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 1 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,710.13    Priority amount: $3,710.13

---

**2.634** **Priority creditor's name and mailing address**
Crystal M Ojeda
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 5 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,440.00    Priority amount: Unknown

---

Debtor   YesCare Co   Case 2:26-bk-01089-FMR   Doc 22   Filed 06/23/26   Page 129 of 845
Name
_Case number (if known)_

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.635** **Priority creditor's name and mailing address**
Crystal N Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 4 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $260.78    Priority amount: Unknown

---

**2.636** **Priority creditor's name and mailing address**
Crystal Rose
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 3 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.637** **Priority creditor's name and mailing address**
Crystal Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      7 8 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,199.89    Priority amount: $2,199.89

---

**2.638** **Priority creditor's name and mailing address**
Crystal Short
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 2 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,432.68    Priority amount: $2,432.68

---

**2.639** **Priority creditor's name and mailing address**
Crystal Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 6 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,358.00    Priority amount: $1,358.00

---

**2.640** **Priority creditor's name and mailing address**
Cydney Terryn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 6 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,950.00    Priority amount: $1,950.00

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.641** **Priority creditor's name and mailing address**
Cyndra S Daniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 0 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,265.33   $3,265.33

---

**2.642** **Priority creditor's name and mailing address**
Cynthia C Ejefobihi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 3 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$570.60   $570.60

---

**2.643** **Priority creditor's name and mailing address**
Cynthia D Prather
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 2 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,426.56   $8,426.56

---

**2.644** **Priority creditor's name and mailing address**
Cynthia J Schupp
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 8 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,496.72   $2,496.72

---

**2.645** **Priority creditor's name and mailing address**
Cynthia J Stephenson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 1 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,348.96   $3,348.96

---

**2.646** **Priority creditor's name and mailing address**
Cynthia K Langley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 2 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$920.40   $920.40

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.647** **Priority creditor's name and mailing address**
Cynthia M Wardell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 6 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,389.23    $3,389.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.648** **Priority creditor's name and mailing address**
Cynthia M Wardell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 6 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,317.89    $1,317.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.649** **Priority creditor's name and mailing address**
Cynthia N Musgrove
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 6 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $7,539.93    $7,539.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.650** **Priority creditor's name and mailing address**
Cynthia N Musgrove
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 6 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,000.00    $2,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.651** **Priority creditor's name and mailing address**
Cynthia P Lerma
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $379.98    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.652** **Priority creditor's name and mailing address**
Cynthia Pringle
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 6 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,680.00    $1,680.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.653 Priority creditor's name and mailing address**
Cynthia V Allison
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 0 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,644.17    $3,644.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.654 Priority creditor's name and mailing address**
Cynthia V Anthony
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 8 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,641.51    $1,641.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.655 Priority creditor's name and mailing address**
Dafina G Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 7 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,325.04    $6,325.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.656 Priority creditor's name and mailing address**
Dafina G Lewis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 7 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $759.98    $759.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.657 Priority creditor's name and mailing address**
Daisha E Fenn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 5 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,289.89    $2,289.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.658 Priority creditor's name and mailing address**
Dakia Langerston
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 4 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.659** **Priority creditor's name and mailing address**
Dakis Fredrick
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 0 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $679.19    Priority amount: $679.19

---

**2.660** **Priority creditor's name and mailing address**
Dalana Martin-Haley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 7 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,172.30    Priority amount: $9,172.30

---

**2.661** **Priority creditor's name and mailing address**
Dale E Moreno
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      1 0 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $40,273.72    Priority amount: $17,150.00

---

**2.662** **Priority creditor's name and mailing address**
Dale M Chatman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      2 9 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,315.95    Priority amount: $6,315.95

---

**2.663** **Priority creditor's name and mailing address**
Dale Ololade
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 4 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,826.44    Priority amount: $2,826.44

---

**2.664** **Priority creditor's name and mailing address**
DaMarcus J Foxx
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 9 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,836.24    Priority amount: $1,836.24

---

Debtor    YesCare Corp. _(if known)_

Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

---

**2.665** **Priority creditor's name and mailing address**
Damaris J Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,152.31    Priority amount: $7,152.31

---

**2.666** **Priority creditor's name and mailing address**
Damecia L Jefferson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 7 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $757.72    Priority amount: $757.72

---

**2.667** **Priority creditor's name and mailing address**
DaMecia L Jefferson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,919.30    Priority amount: $1,919.30

---

**2.668** **Priority creditor's name and mailing address**
Damien Ledbetter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 4 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,250.51    Priority amount: $2,250.51

---

**2.669** **Priority creditor's name and mailing address**
Dammy Sanou-Adekanmbi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,038.80    Priority amount: Unknown

---

**2.670** **Priority creditor's name and mailing address**
Dana Bell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 4 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $26,356.43    Priority amount: $17,150.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.671** **Priority creditor's name and mailing address**
Dana Bell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 4 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,442.27      $4,442.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.672** **Priority creditor's name and mailing address**
Dana Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 9 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,080.29      $1,080.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.673** **Priority creditor's name and mailing address**
Dana Longmire
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,645.10      $1,645.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.674** **Priority creditor's name and mailing address**
Dana Quick
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 4 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $280.93      $280.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.675** **Priority creditor's name and mailing address**
Dandria McLean
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 0 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,295.34      $3,295.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.676** **Priority creditor's name and mailing address**
Daneisha Mcbride
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 9 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $0.00      Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.677** **Priority creditor's name and mailing address**
Daniel Hernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 2 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00 — Priority amount: Unknown

---

**2.678** **Priority creditor's name and mailing address**
Daniel Pino
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 7 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,436.16 — Priority amount: Unknown

---

**2.679** **Priority creditor's name and mailing address**
Daniela I Leetch
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 0 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,329.24 — Priority amount: $4,329.24

---

**2.680** **Priority creditor's name and mailing address**
Daniela Lopez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 2 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,048.83 — Priority amount: $4,048.83

---

**2.681** **Priority creditor's name and mailing address**
Daniella Gavito
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 4 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,428.57 — Priority amount: $5,428.57

---

**2.682** **Priority creditor's name and mailing address**
Danielle A Beech
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 2 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,598.09 — Priority amount: $5,598.09

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Name

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.683** **Priority creditor's name and mailing address**
Danielle Alford
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 8 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,787.07     $3,787.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.684** **Priority creditor's name and mailing address**
Danielle Buday
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 1 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $0.00     Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.685** **Priority creditor's name and mailing address**
Danielle E Dedrick
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 8 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,623.45     $1,623.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.686** **Priority creditor's name and mailing address**
Danielle Hultberg
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 0 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $6,323.29     $6,323.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.687** **Priority creditor's name and mailing address**
Danielle Hunter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    6 7 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,709.93     $2,709.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.688** **Priority creditor's name and mailing address**
Danielle L Square
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 5 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,009.80     $4,009.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.689** **Priority creditor's name and mailing address**
Danielle Marr-Riggio
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**          8 3 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,753.50     Priority amount: $7,753.50

---

**2.690** **Priority creditor's name and mailing address**
Danielle Mcgettigan-Tischler
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**          8 2 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,692.78     Priority amount: Unknown

---

**2.691** **Priority creditor's name and mailing address**
Danielle Mcgettigan-Tischler
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**          8 2 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,836.19     Priority amount: $1,836.19

---

**2.692** **Priority creditor's name and mailing address**
Danielle Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**          2 0 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $18.24     Priority amount: Unknown

---

**2.693** **Priority creditor's name and mailing address**
Danielle O Dubose
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**          3 0 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.694** **Priority creditor's name and mailing address**
Danielle T Lewis-Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**          0 1 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,754.08     Priority amount: Unknown

---

Debtor   YesCare Corp _____   _____
         Name   Case number *(if known)* FMR

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.695** **Priority creditor's name and mailing address**
Danielle T Lewis-Thomas
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   0 1 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $1,653.07   $1,653.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.696** **Priority creditor's name and mailing address**
Danielle Talent
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 6 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $5,295.14   $5,295.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.697** **Priority creditor's name and mailing address**
Danielle Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   0 0 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $3,385.94   $3,385.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.698** **Priority creditor's name and mailing address**
Danita Pleasant
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 1 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**  $431.10   Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.699** **Priority creditor's name and mailing address**
Danny L Donaldson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 9 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $2,956.09   $2,956.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.700** **Priority creditor's name and mailing address**
Danyell L Carroll
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   3 3 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $3,960.32   $3,960.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 117 of 761

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.701 Priority creditor's name and mailing address**
Darcia Campbell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,714.24    $2,714.24

---

**2.702 Priority creditor's name and mailing address**
Darcia J Wilkinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 0 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,335.64    $7,335.64

---

**2.703 Priority creditor's name and mailing address**
Darcia J Wilkinson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 0 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,499.94    $1,499.94

---

**2.704 Priority creditor's name and mailing address**
Darian Ferguson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 0 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$777.25    Unknown

---

**2.705 Priority creditor's name and mailing address**
Darlene Brodie
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 8 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$500.63    Unknown

---

**2.706 Priority creditor's name and mailing address**
Darlene Christian
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$0.00    Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.707** **Priority creditor's name and mailing address**
Darlene Jerman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 9 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,990.54    Priority amount: $3,990.54

**2.708** **Priority creditor's name and mailing address**
Darlington Onyeberechi
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 0 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,477.91    Priority amount: $2,477.91

**2.709** **Priority creditor's name and mailing address**
Darryl E Ellis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,529.80    Priority amount: $4,529.80

**2.710** **Priority creditor's name and mailing address**
Darryl E Ellis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,320.63    Priority amount: $2,320.63

**2.711** **Priority creditor's name and mailing address**
Dartannica Anderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 6 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,852.97    Priority amount: $1,852.97

**2.712** **Priority creditor's name and mailing address**
Darthey D Douglas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 0 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,912.80    Priority amount: $2,912.80

Debtor YesCare Co... Case 2:26-bk-01089-FMR Doc 22 Filed 06/23/26 Page 142 of 845
Name
*Case number (if known)*

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.713** **Priority creditor's name and mailing address**
Dashon N Brodie
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 7 4 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $234.59  Priority amount: Unknown

---

**2.714** **Priority creditor's name and mailing address**
David Birmingham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 8 8 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $834.01  Priority amount: $834.01

---

**2.715** **Priority creditor's name and mailing address**
David Blencoe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 9 9 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,773.83  Priority amount: $1,773.83

---

**2.716** **Priority creditor's name and mailing address**
David G Barraza
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 4 9 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,484.84  Priority amount: $5,484.84

---

**2.717** **Priority creditor's name and mailing address**
David G Barraza
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number** 4 9 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,637.58  Priority amount: $2,637.58

---

**2.718** **Priority creditor's name and mailing address**
David L Estep Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number** 4 8 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $16,525.39  Priority amount: $16,525.39

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.719** **Priority creditor's name and mailing address**
David L Estep Jr
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 8 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,484.39   Priority amount: $8,484.39

---

**2.720** **Priority creditor's name and mailing address**
David L Liburd
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 7 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $316.71   Priority amount: $316.71

---

**2.721** **Priority creditor's name and mailing address**
David L Turner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,445.60   Priority amount: $7,445.60

---

**2.722** **Priority creditor's name and mailing address**
David Pohl
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 8 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,399.17   Priority amount: Unknown

---

**2.723** **Priority creditor's name and mailing address**
David R Trzcinski
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 8 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,847.60   Priority amount: $4,847.60

---

**2.724** **Priority creditor's name and mailing address**
David R Trzcinski
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 8 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,456.41   Priority amount: $2,456.41

---

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.725** **Priority creditor's name and mailing address**
David S Gams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     1 3 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $11,432.19     $11,432.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.726** **Priority creditor's name and mailing address**
David S Gams
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     1 3 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $5,793.01     $5,793.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.727** **Priority creditor's name and mailing address**
David Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 7 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $5,003.71     $5,003.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.728** **Priority creditor's name and mailing address**
David Wright
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 7 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $2,880.00     $2,880.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.729** **Priority creditor's name and mailing address**
David Young
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 6 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $1,806.62     $1,806.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.730** **Priority creditor's name and mailing address**
Dawn Denson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 9 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**     $3,504.00     $3,504.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.731** **Priority creditor's name and mailing address**
Dawn E Snelling
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 0 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,598.86    Priority amount: $6,598.86

---

**2.732** **Priority creditor's name and mailing address**
Dawn M Hardy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 9 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,525.21    Priority amount: $3,525.21

---

**2.733** **Priority creditor's name and mailing address**
Dawn M Thorpe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 5 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.32    Priority amount: Unknown

---

**2.734** **Priority creditor's name and mailing address**
Dawn M Welch
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 3 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,953.48    Priority amount: $7,953.48

---

**2.735** **Priority creditor's name and mailing address**
Dawn M Welch
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 3 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $346.24    Priority amount: $346.24

---

**2.736** **Priority creditor's name and mailing address**
Dawn Mustain
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 5 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,508.48    Priority amount: $1,508.48

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.737** **Priority creditor's name and mailing address**
Dawn Mustain
Address Redacted
**Date or dates debt was incurred**

_____
  **Last 4 digits of account number**     7 5 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,734.87    Priority amount: $1,734.87

---

**2.738** **Priority creditor's name and mailing address**
Dawn N Mullett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     7 9 7 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,407.15    Priority amount: $4,407.15

---

**2.739** **Priority creditor's name and mailing address**
Dawn N Mullett
Address Redacted
**Date or dates debt was incurred**

_____
  **Last 4 digits of account number**     7 9 7 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $952.08    Priority amount: $952.08

---

**2.740** **Priority creditor's name and mailing address**
Dawn Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 1 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,799.00    Priority amount: $1,799.00

---

**2.741** **Priority creditor's name and mailing address**
Deanna Haddock
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 1 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,575.94    Priority amount: $2,575.94

---

**2.742** **Priority creditor's name and mailing address**
DeAnna K Hutchins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 0 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,259.03    Priority amount: $1,259.03

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | | |

**2.743** **Priority creditor's name and mailing address**
Deanna S Hillary
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 5 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,746.82   Priority amount: $2,746.82

**2.744** **Priority creditor's name and mailing address**
Deansa Dickerson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $222.07   Priority amount: $222.07

**2.745** **Priority creditor's name and mailing address**
Debbie Crouch
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,912.00   Priority amount: $3,912.00

**2.746** **Priority creditor's name and mailing address**
Debbie Crouch
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,876.02   Priority amount: $1,876.02

**2.747** **Priority creditor's name and mailing address**
Debbra J Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 4 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

**2.748** **Priority creditor's name and mailing address**
Deborah A Barnes-Stinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 9 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,536.60   Priority amount: $1,536.60

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.749** **Priority creditor's name and mailing address**
Deborah A Barnes-Stinson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 9 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $159.19    Priority amount: $159.19

---

**2.750** **Priority creditor's name and mailing address**
Deborah B Bunn
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      1 9 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,974.07    Priority amount: $1,974.07

---

**2.751** **Priority creditor's name and mailing address**
Deborah Kinsey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 0 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,937.00    Priority amount: $2,937.00

---

**2.752** **Priority creditor's name and mailing address**
Deborah L Greenspan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      2 9 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,872.13    Priority amount: Unknown

---

**2.753** **Priority creditor's name and mailing address**
Deborah L Greenspan
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      2 9 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,904.73    Priority amount: $1,904.73

---

**2.754** **Priority creditor's name and mailing address**
Deborah Reynolds
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 8 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,949.99    Priority amount: $1,949.99

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.755** **Priority creditor's name and mailing address**
Deborah S Calliham
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 3 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,742.96    Priority amount: $1,742.96

---

**2.756** **Priority creditor's name and mailing address**
Deborah S Calliham
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 3 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,773.16    Priority amount: $1,773.16

---

**2.757** **Priority creditor's name and mailing address**
Deborah Wetz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,204.03    Priority amount: $4,204.03

---

**2.758** **Priority creditor's name and mailing address**
Deborah Wetz
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 1 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $947.70    Priority amount: $947.70

---

**2.759** **Priority creditor's name and mailing address**
Debra A D Aquilante
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,573.70    Priority amount: Unknown

---

**2.760** **Priority creditor's name and mailing address**
Debra A D Aquilante
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,232.20    Priority amount: $5,232.20

---

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.761** **Priority creditor's name and mailing address**
Debra D Bell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 0 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $3,557.22     $3,557.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.762** **Priority creditor's name and mailing address**
Debra Mambo
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 1 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $1,981.45     $1,981.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.763** **Priority creditor's name and mailing address**
Debra Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 2 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $3,683.69     $3,683.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.764** **Priority creditor's name and mailing address**
Deirdra Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 7 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**     $1,708.80     $1,708.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.765** **Priority creditor's name and mailing address**
Deja Z Fogg
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 6 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**     $165.83     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.766** **Priority creditor's name and mailing address**
Dejour Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     4 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**     $1,732.79     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 128 of 761

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.767** **Priority creditor's name and mailing address**
Dejuan M Edwards
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    3 9 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $13,464.00   Priority amount: Unknown

---

**2.768** **Priority creditor's name and mailing address**
Dejuan M Edwards
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**    3 9 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,843.08   Priority amount: $2,843.08

---

**2.769** **Priority creditor's name and mailing address**
Delandria S Julmiste
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    6 8 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,892.71   Priority amount: $9,892.71

---

**2.770** **Priority creditor's name and mailing address**
Delandria S Julmiste
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**    6 8 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $545.76   Priority amount: $545.76

---

**2.771** **Priority creditor's name and mailing address**
Delecia D Vason
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    8 5 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,915.46   Priority amount: $1,915.46

---

**2.772** **Priority creditor's name and mailing address**
Delisa Dandridge
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**    5 4 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,132.59   Priority amount: $2,132.59

---

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.773** **Priority creditor's name and mailing address**
Dellana Reeves
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,145.56    Priority amount: Unknown

---

**2.774** **Priority creditor's name and mailing address**
Dellana Reeves
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $713.58    Priority amount: $713.58

---

**2.775** **Priority creditor's name and mailing address**
Dellena Hale
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.776** **Priority creditor's name and mailing address**
Delores K Luna
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 8 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,566.57    Priority amount: $3,566.57

---

**2.777** **Priority creditor's name and mailing address**
Deloria J Wilson-Ellis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,303.84    Priority amount: $2,303.84

---

**2.778** **Priority creditor's name and mailing address**
Deloria J Wilson-Ellis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 2 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $959.06    Priority amount: $959.06

---

Debtor    YesCare Corp    _____    _Case number (if known)_ _____
                                    Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.779** **Priority creditor's name and mailing address**
Demetria M Porter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    6 7 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $380.11    $380.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.780** **Priority creditor's name and mailing address**
Demetrius Biggs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    8 1 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $8,201.34    $8,201.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.781** **Priority creditor's name and mailing address**
Demetrius S Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    2 8 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $4,920.23    $4,920.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.782** **Priority creditor's name and mailing address**
Denelda J Stephens
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    1 9 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $3,463.79    $3,463.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.783** **Priority creditor's name and mailing address**
Denise Gonzalez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    8 0 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    $1,784.79    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.784** **Priority creditor's name and mailing address**
Denise L Mason
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    6 5 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $1,312.06    $1,312.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.785 Priority creditor's name and mailing address**
Denise Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 7 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,629.03    $4,629.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.786 Priority creditor's name and mailing address**
Dennis F Wade
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    2 6 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $25,708.92    $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.787 Priority creditor's name and mailing address**
Dennis F Wade
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    2 6 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $7,000.00    $7,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.788 Priority creditor's name and mailing address**
Denzell A Pettaway
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,169.36    $4,169.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.789 Priority creditor's name and mailing address**
Derek Sheedy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 1 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,493.01    $3,493.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.790 Priority creditor's name and mailing address**
Deric Timmerman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    3 8 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $2,465.61    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.791** **Priority creditor's name and mailing address**
Deric Timmerman
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**　　　3 8 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,338.04　　Priority amount $2,338.04

---

**2.792** **Priority creditor's name and mailing address**
Derlin Collazo Berrios
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**　　　9 4 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,293.61　　Priority amount $2,293.61

---

**2.793** **Priority creditor's name and mailing address**
Derrick E Rodgers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**　　　5 0 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,884.83　　Priority amount $1,884.83

---

**2.794** **Priority creditor's name and mailing address**
Derritta C Ford Gainer
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**　　　9 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $3,523.23　　Priority amount $3,523.23

---

**2.795** **Priority creditor's name and mailing address**
Desadria T Mccrary
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**　　　8 3 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,055.00　　Priority amount $1,055.00

---

**2.796** **Priority creditor's name and mailing address**
Desean Lyons
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**　　　3 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,309.71　　Priority amount Unknown

---

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.797** **Priority creditor's name and mailing address**
Deshandra Danzey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        0 3 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,766.53        Priority amount: $2,766.53

---

**2.798** **Priority creditor's name and mailing address**
Destany King
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        5 8 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $19.23        Priority amount: $19.23

---

**2.799** **Priority creditor's name and mailing address**
Destiny Fernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        8 7 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,727.68        Priority amount: $1,727.68

---

**2.800** **Priority creditor's name and mailing address**
Destiny Horton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        5 3 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $779.05        Priority amount: $779.05

---

**2.801** **Priority creditor's name and mailing address**
Diamond Henry
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        4 9 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,294.35        Priority amount: Unknown

---

**2.802** **Priority creditor's name and mailing address**
Dian E Anzivino
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        3 9 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,789.75        Priority amount: $1,789.75

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.803**  **Priority creditor's name and mailing address**
Diana Fox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       9 7 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

*Total claim:* $0.00       *Priority amount:* Unknown

---

**2.804**  **Priority creditor's name and mailing address**
Diana G Pina Loera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       7 7 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

*Total claim:* $1,787.04       *Priority amount:* Unknown

---

**2.805**  **Priority creditor's name and mailing address**
Diana L Klein
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       6 5 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

*Total claim:* $3,199.72       *Priority amount:* $3,199.72

---

**2.806**  **Priority creditor's name and mailing address**
Diana Montemayor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       6 9 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

*Total claim:* $7,294.11       *Priority amount:* $7,294.11

---

**2.807**  **Priority creditor's name and mailing address**
Diane B Mccolgan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number       6 5 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

*Total claim:* $1,251.30       *Priority amount:* Unknown

---

**2.808**  **Priority creditor's name and mailing address**
Diane B Mccolgan
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number       6 5 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

*Total claim:* $2,838.54       *Priority amount:* $2,838.54

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.809** **Priority creditor's name and mailing address**
Diane H Robare
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 9 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,227.08    $4,227.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.810** **Priority creditor's name and mailing address**
Diane L Conner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    6 7 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $367.95    $367.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.811** **Priority creditor's name and mailing address**
Dianna L Gadacz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 6 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,168.61    $5,168.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.812** **Priority creditor's name and mailing address**
Dianna R Valerio
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 7 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,783.93    $1,783.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.813** **Priority creditor's name and mailing address**
Dianne Ferrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    2 5 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,779.93    $3,779.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.814** **Priority creditor's name and mailing address**
Dina M Pinera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 2 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,180.89    $5,180.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.815** **Priority creditor's name and mailing address**
Dionna A Pettway
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     0 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $4,825.63    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.816** **Priority creditor's name and mailing address**
Dionna A Pettway
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     0 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $487.39    $487.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.817** **Priority creditor's name and mailing address**
Dixie Kidd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     5 5 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $9,189.07    $9,189.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.818** **Priority creditor's name and mailing address**
Dixie Kidd
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     5 5 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,429.31    $4,429.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.819** **Priority creditor's name and mailing address**
Diyamon Alston
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     0 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,377.86    $1,377.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.820** **Priority creditor's name and mailing address**
DMarcus J Reed
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     9 5 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,048.00    $3,048.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.821** **Priority creditor's name and mailing address**
Domineka D Deary
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $883.57    $883.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.822** **Priority creditor's name and mailing address**
Domineka D Deary
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $232.88    $232.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.823** **Priority creditor's name and mailing address**
Dominica Chude
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 2 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    $69.38    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.824** **Priority creditor's name and mailing address**
Dominique Della Penna
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 9 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    $6,481.20    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.825** **Priority creditor's name and mailing address**
Dominique Juste
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 8 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $2,734.29    $2,734.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.826** **Priority creditor's name and mailing address**
Dominique Lawson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 4 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $1,830.40    $1,830.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor    YesCare Co...    _Case number (if known)_..._FMR_
    Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.827** **Priority creditor's name and mailing address**
Dominique Lawson
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number      5 4 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $17.94    $17.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.828** **Priority creditor's name and mailing address**
Dominique Long
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      5 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    $1,741.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.829** **Priority creditor's name and mailing address**
Dominique Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      0 3 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $2,395.80    $2,395.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.830** **Priority creditor's name and mailing address**
Dominique S Duncan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      6 0 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $937.69    $937.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.831** **Priority creditor's name and mailing address**
Dominique S Duncan
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number      6 0 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $14.96    $14.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.832** **Priority creditor's name and mailing address**
Donald F McArthur
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      1 9 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    $4,921.54    $4,921.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.833** **Priority creditor's name and mailing address**
Donaldson Jeoboham
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 4 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,499.45    Priority amount: Unknown

---

**2.834** **Priority creditor's name and mailing address**
Donna Dollar
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 9 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,549.25    Priority amount: $3,549.25

---

**2.835** **Priority creditor's name and mailing address**
Donna K Steinkamp
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    1 0 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,528.00    Priority amount: Unknown

---

**2.836** **Priority creditor's name and mailing address**
Donna K Steinkamp
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    1 0 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,651.38    Priority amount: $1,651.38

---

**2.837** **Priority creditor's name and mailing address**
Donna M Engler
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 3 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,051.93    Priority amount: $4,051.93

---

**2.838** **Priority creditor's name and mailing address**
Donna M Engler
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    9 3 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,065.28    Priority amount: $1,065.28

---

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | **Total claim** | **Priority amount** |

**2.839** **Priority creditor's name and mailing address**
Donna M O`Brien
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      2 4 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**  $4,914.45    $4,914.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.840** **Priority creditor's name and mailing address**
Donna McDonnell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      2 6 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**  $5,503.11    $5,503.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.841** **Priority creditor's name and mailing address**
Donna Schafer
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 1 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**  $4,221.86    $4,221.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.842** **Priority creditor's name and mailing address**
Donna Seely
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 8 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**  $0.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.843** **Priority creditor's name and mailing address**
Donnetta Phillips Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 9 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**  $3,885.97    $3,885.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.844** **Priority creditor's name and mailing address**
Dontranease Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 5 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**  $1,467.23    $1,467.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor  YesCare Corp. _____ *Case number (if known)* _____

Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.845** **Priority creditor's name and mailing address**
Dora L Mahaffey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 3 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,522.23  Priority amount: $2,522.23

---

**2.846** **Priority creditor's name and mailing address**
Doran Hatton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,761.27  Priority amount: $2,761.27

---

**2.847** **Priority creditor's name and mailing address**
Doree B Mobley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 7 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,154.91  Priority amount: $3,154.91

---

**2.848** **Priority creditor's name and mailing address**
Dorian Jacobs
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 9 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $17,268.26  Priority amount: Unknown

---

**2.849** **Priority creditor's name and mailing address**
Doris B Cureton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 1 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,094.88  Priority amount: $3,094.88

---

**2.850** **Priority creditor's name and mailing address**
Dorothy A Coates
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 6 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,543.46  Priority amount: $2,543.46

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.851** **Priority creditor's name and mailing address**
Dorothy A Hicks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       0 2 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,639.96        $7,639.96

---

**2.852** **Priority creditor's name and mailing address**
Dorothy L Coogan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       9 8 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,680.00        $5,680.00

---

**2.853** **Priority creditor's name and mailing address**
Dorothy Montgomery
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       9 2 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,504.00        $3,504.00

---

**2.854** **Priority creditor's name and mailing address**
Douglas Grant
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       0 1 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,847.50        $3,847.50

---

**2.855** **Priority creditor's name and mailing address**
Douglas R Green Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       1 8 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,144.86        $4,144.86

---

**2.856** **Priority creditor's name and mailing address**
Drystal Lavender
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**       0 2 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$846.31        $846.31

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | **Total claim** | **Priority amount** |

**2.857** **Priority creditor's name and mailing address**
Drystal Lavender
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   0 2 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,100.00 — Priority amount: $1,100.00

**2.858** **Priority creditor's name and mailing address**
Dun-Weah Mayson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   9 2 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,126.55 — Priority amount: Unknown

**2.859** **Priority creditor's name and mailing address**
Dustin C Vickers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   5 8 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,892.53 — Priority amount: $2,892.53

**2.860** **Priority creditor's name and mailing address**
Dyamond A Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   6 5 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,044.79 — Priority amount: $1,044.79

**2.861** **Priority creditor's name and mailing address**
Dyjerlynn Copeland
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   0 3 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,225.00 — Priority amount: $4,225.00

**2.862** **Priority creditor's name and mailing address**
Dyshaundra Gray-Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   4 7 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,641.26 — Priority amount: $2,641.26

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.863** **Priority creditor's name and mailing address**
Dystany Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**   2 9 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,203.34   Priority amount: $4,203.34

---

**2.864** **Priority creditor's name and mailing address**
Earkayla Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**   8 5 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,883.23   Priority amount: $2,883.23

---

**2.865** **Priority creditor's name and mailing address**
Earl C Joyner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**   0 3 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $11,860.56   Priority amount: $11,860.56

---

**2.866** **Priority creditor's name and mailing address**
Ebonee D Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**   1 9 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,666.22   Priority amount: $1,666.22

---

**2.867** **Priority creditor's name and mailing address**
Eboni Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**   2 5 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,352.90   Priority amount: $3,352.90

---

**2.868** **Priority creditor's name and mailing address**
Ebony Mccord
Address Redacted
**Date or dates debt was incurred**


  **Last 4 digits of account number**   5 1 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $199.76   Priority amount: $199.76

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.869 Priority creditor's name and mailing address**
Ebony McCord
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 1 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,351.52     $3,351.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.870 Priority creditor's name and mailing address**
Eddie Bea Scarver
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 0 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,138.60     $2,138.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.871 Priority creditor's name and mailing address**
Eddie Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 4 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $7,396.77     $7,396.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.872 Priority creditor's name and mailing address**
Eddrionna J Miree
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 9 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,442.25     $3,442.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.873 Priority creditor's name and mailing address**
Eddy Torres
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $1,500.00     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.874 Priority creditor's name and mailing address**
Eden Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 2 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $12,127.26     $12,127.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.875** **Priority creditor's name and mailing address**
Edgardo Gomez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 1 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,051.81    Priority amount: $3,051.81

**2.876** **Priority creditor's name and mailing address**
Edjulana Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,480.34    Priority amount: $3,480.34

**2.877** **Priority creditor's name and mailing address**
Edna Whigham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,352.50    Priority amount: $1,352.50

**2.878** **Priority creditor's name and mailing address**
Eduardo Sanchez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,917.05    Priority amount: $2,917.05

**2.879** **Priority creditor's name and mailing address**
Edwina E Mccall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 5 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,771.60    Priority amount: Unknown

**2.880** **Priority creditor's name and mailing address**
Elgee Ellis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

<table>
<tr><td colspan="2"><strong>Part 1:</strong></td><td><strong>Additional Page</strong></td><td></td><td></td></tr>
<tr><td colspan="3">Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.</td><td><strong>Total claim</strong></td><td><strong>Priority amount</strong></td></tr>
</table>

**2.881** **Priority creditor's name and mailing address**
Elihu J Lowery III
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     6 3 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $201.37    Priority amount $201.37

---

**2.882** **Priority creditor's name and mailing address**
Elijah Mcclanahan
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     7 2 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $1,526.02    Priority amount $1,526.02

---

**2.883** **Priority creditor's name and mailing address**
Elijah McClanahan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     7 2 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $6,994.94    Priority amount $6,994.94

---

**2.884** **Priority creditor's name and mailing address**
Elisabeth S Wood
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     2 9 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $4,242.80    Priority amount $4,242.80

---

**2.885** **Priority creditor's name and mailing address**
Elizabeth A Fuller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     3 4 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $2,124.27    Priority amount $2,124.27

---

**2.886** **Priority creditor's name and mailing address**
Elizabeth A Winters
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     7 4 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $6,130.13    Priority amount $6,130.13

---

Debtor   YesCare Corp.                  *Case number (if known)*
                Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.887** **Priority creditor's name and mailing address**
Elizabeth A Winters
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      7 4 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,772.13   $2,772.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.888** **Priority creditor's name and mailing address**
Elizabeth C Atterberry
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 1 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $756.84   $756.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.889** **Priority creditor's name and mailing address**
Elizabeth Carrillo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      6 6 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.23   Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.890** **Priority creditor's name and mailing address**
Elizabeth Dolan-Bird
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      5 1 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,131.10   Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.891** **Priority creditor's name and mailing address**
Elizabeth Engler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      1 0 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,761.96   $6,761.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.892** **Priority creditor's name and mailing address**
Elizabeth Engler
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      1 0 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,629.27   $1,629.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.893** **Priority creditor's name and mailing address**
Elizabeth G Martinez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 7 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,497.63    $2,497.63

---

**2.894** **Priority creditor's name and mailing address**
Elizabeth Gayle
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        0 1 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$0.00    Unknown

---

**2.895** **Priority creditor's name and mailing address**
Elizabeth Harwood
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        2 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,431.95    $3,431.95

---

**2.896** **Priority creditor's name and mailing address**
Elizabeth Hurst
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        4 9 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,018.31    $3,018.31

---

**2.897** **Priority creditor's name and mailing address**
Elizabeth King
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        9 8 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,681.81    $3,681.81

---

**2.898** **Priority creditor's name and mailing address**
Elizabeth M DeVries
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**        8 2 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,329.65    $8,329.65

---

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.899** **Priority creditor's name and mailing address**
Elizabeth Sims
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 6 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,172.00    Priority amount: $2,172.00

---

**2.900** **Priority creditor's name and mailing address**
Elizabeth Tovar
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 9 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,615.27    Priority amount: Unknown

---

**2.901** **Priority creditor's name and mailing address**
Ellen Ansah
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 5 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,304.57    Priority amount: $1,304.57

---

**2.902** **Priority creditor's name and mailing address**
Ellen F Pass
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     7 0 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,003.70    Priority amount: $3,003.70

---

**2.903** **Priority creditor's name and mailing address**
Ellen P Gray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     1 8 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,429.89    Priority amount: $6,429.89

---

**2.904** **Priority creditor's name and mailing address**
Ellen Wiener
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 8 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,391.18    Priority amount: Unknown

---

Debtor    YesCare Co    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 174 of 845
                                                                                            Case number (if known)
          Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | **Total claim** | **Priority amount** |

**2.905** **Priority creditor's name and mailing address**
Ellen Wiener
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 8 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,448.51    $2,448.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.906** **Priority creditor's name and mailing address**
Elliott Fletcher
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 2 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $13,728.98    $13,728.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.907** **Priority creditor's name and mailing address**
Emily Bailey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 7 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,759.30    $6,759.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.908** **Priority creditor's name and mailing address**
Emily M Nilsen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 0 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.909** **Priority creditor's name and mailing address**
Emily M Szeliga
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 1 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $12,423.08    $12,423.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.910** **Priority creditor's name and mailing address**
Emily M Szeliga
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 1 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,400.00    $3,400.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.911** **Priority creditor's name and mailing address**
Emily O Bello
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 7 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $13,237.94    $13,237.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.912** **Priority creditor's name and mailing address**
Emily O Bello
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 7 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,467.12    $2,467.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.913** **Priority creditor's name and mailing address**
Emily Postle
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 3 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,205.43    $2,205.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.914** **Priority creditor's name and mailing address**
Emma La Voie
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 4 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,625.14    $1,625.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.915** **Priority creditor's name and mailing address**
Emmalee J Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 6 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,501.43    $1,501.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.916** **Priority creditor's name and mailing address**
Emmani Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 9 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $969.86    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.917** **Priority creditor's name and mailing address**
Emmanuel Noel
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     9 2 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,811.43    $2,811.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.918** **Priority creditor's name and mailing address**
Emmanuel O Marinho
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     1 4 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $7,156.22    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.919** **Priority creditor's name and mailing address**
Emmanuel O Marinho
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     1 4 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,802.92    $2,802.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.920** **Priority creditor's name and mailing address**
Emmy L Austin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     8 1 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $4,910.69    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.921** **Priority creditor's name and mailing address**
Emonnie Bell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     0 1 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,340.79    $1,340.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.922** **Priority creditor's name and mailing address**
Ena Cade
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**     3 8 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $2,559.39    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.923** **Priority creditor's name and mailing address**
Ena Cade
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number     3 8 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,340.69    Priority amount: $1,340.69

---

**2.924** **Priority creditor's name and mailing address**
Endora Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number     9 8 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $432.48    Priority amount: $432.48

---

**2.925** **Priority creditor's name and mailing address**
Engracia D Castelo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number     4 8 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,490.55    Priority amount: Unknown

---

**2.926** **Priority creditor's name and mailing address**
Engracia D Castelo
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number     4 8 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,703.21    Priority amount: $2,703.21

---

**2.927** **Priority creditor's name and mailing address**
Era Arrington
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number     3 0 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,978.73    Priority amount: $2,978.73

---

**2.928** **Priority creditor's name and mailing address**
Erica J Barrows
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number     7 1 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,494.70    Priority amount: $5,494.70

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.929 Priority creditor's name and mailing address**
Erica L Epperson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    8 3 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,239.46   Priority amount: $2,239.46

---

**2.930 Priority creditor's name and mailing address**
Erica White
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    7 7 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $532.60   Priority amount: Unknown

---

**2.931 Priority creditor's name and mailing address**
Erich Mbu
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    8 5 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,659.56   Priority amount: Unknown

---

**2.932 Priority creditor's name and mailing address**
Erik B Rosenquist
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    0 2 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,826.56   Priority amount: $1,826.56

---

**2.933 Priority creditor's name and mailing address**
Erik B Rosenquist
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**    0 2 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,440.00   Priority amount: $1,440.00

---

**2.934 Priority creditor's name and mailing address**
Erika Burns
Address Redacted
**Date or dates debt was incurred**
05/07/2026
 **Last 4 digits of account number**    8 1 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,585.70   Priority amount: $1,585.70

---

Debtor   YesCare Corp.

Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.935 Priority creditor's name and mailing address**
Erika Crawford
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $23,917.05   Priority amount: $17,150.00

**2.936 Priority creditor's name and mailing address**
Erika Crawford
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 3 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,988.90   Priority amount: $3,988.90

**2.937 Priority creditor's name and mailing address**
Erika M Herman Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 6 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $989.36   Priority amount: $989.36

**2.938 Priority creditor's name and mailing address**
Erin Murphy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,970.90   Priority amount: $1,970.90

**2.939 Priority creditor's name and mailing address**
Erin N Ruiz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

**2.940 Priority creditor's name and mailing address**
Errikka Black
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 7 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,331.27   Priority amount: $2,331.27

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.941 Priority creditor's name and mailing address**
Erwinique U Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 6 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $2,217.08 | $2,217.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.942 Priority creditor's name and mailing address**
Eskedar Mulugeta
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $8,549.16 | $8,549.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.943 Priority creditor's name and mailing address**
Eskedar Mulugeta
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,536.88 | $1,536.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.944 Priority creditor's name and mailing address**
Esther M Adepetu
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $547.29 | $547.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.945 Priority creditor's name and mailing address**
Ethan Gunn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 6 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,826.00 | $1,826.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.946 Priority creditor's name and mailing address**
Ethel Gowdy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 3 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $2,059.22 | $2,059.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.947** **Priority creditor's name and mailing address**
Eujudice Fevrier
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        7 9 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,769.34    Priority amount: Unknown

---

**2.948** **Priority creditor's name and mailing address**
Eujudice Fevrier
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        7 9 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $412.75    Priority amount: $412.75

---

**2.949** **Priority creditor's name and mailing address**
Eunice McKinnes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 1 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $554.47    Priority amount: $554.47

---

**2.950** **Priority creditor's name and mailing address**
Eva Holmes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 0 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,304.58    Priority amount: $9,304.58

---

**2.951** **Priority creditor's name and mailing address**
Eva J Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        5 0 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,013.80    Priority amount: $3,013.80

---

**2.952** **Priority creditor's name and mailing address**
Evelyn Green
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        2 7 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,940.00    Priority amount: $1,940.00

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.953** **Priority creditor's name and mailing address**
Evelyn Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    2 9 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,436.03    Priority amount: Unknown

**2.954** **Priority creditor's name and mailing address**
Evelyn N Cintron
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    2 9 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,140.40    Priority amount: Unknown

**2.955** **Priority creditor's name and mailing address**
Evelyn Sidney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    4 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,972.60    Priority amount: $1,972.60

**2.956** **Priority creditor's name and mailing address**
Evie Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    8 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,947.75    Priority amount: $3,947.75

**2.957** **Priority creditor's name and mailing address**
Faith E Stone
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    5 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,148.00    Priority amount: $1,148.00

**2.958** **Priority creditor's name and mailing address**
Faith Morris
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    7 0 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,170.89    Priority amount: $1,170.89

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.959** **Priority creditor's name and mailing address**
Faith Rima
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 0 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,109.18   Priority amount: $4,109.18

---

**2.960** **Priority creditor's name and mailing address**
Faith Rima
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 0 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,076.37   Priority amount: $1,076.37

---

**2.961** **Priority creditor's name and mailing address**
Fallon M Miles
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      7 4 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,608.67   Priority amount: $2,608.67

---

**2.962** **Priority creditor's name and mailing address**
Fanta Rowley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 1 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

**2.963** **Priority creditor's name and mailing address**
Fantasia Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 8 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,368.61   Priority amount: $1,368.61

---

**2.964** **Priority creditor's name and mailing address**
Fareeda Jacobs
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 3 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.965** **Priority creditor's name and mailing address**
Farrah E Bata
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 2 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,582.47    Priority amount: $4,582.47

---

**2.966** **Priority creditor's name and mailing address**
Fatima Dickens
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.967** **Priority creditor's name and mailing address**
Faye D Duke
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 1 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,198.93    Priority amount: $1,198.93

---

**2.968** **Priority creditor's name and mailing address**
Fehintolu Adebote
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 0 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,038.80    Priority amount: Unknown

---

**2.969** **Priority creditor's name and mailing address**
Fehintolu Adebote
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 0 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,650.58    Priority amount: $3,650.58

---

**2.970** **Priority creditor's name and mailing address**
Felecia A Paulk-Smart
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,214.19    Priority amount: $4,214.19

---

| **Part 1:** | **Additional Page** |
|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.971** **Priority creditor's name and mailing address**
Felicia Torres
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 4 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim** $0.00    **Priority amount** Unknown

---

**2.972** **Priority creditor's name and mailing address**
Felicia V Bieber
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    3 8 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim** $1,198.80    **Priority amount** Unknown

---

**2.973** **Priority creditor's name and mailing address**
Felicia V Cancino
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim** $2,945.09    **Priority amount** Unknown

---

**2.974** **Priority creditor's name and mailing address**
Felix R Dulanto
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 6 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim** $10,282.47    **Priority amount** $10,282.47

---

**2.975** **Priority creditor's name and mailing address**
Felix Rodriguez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 7 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim** $15,085.36    **Priority amount** $15,085.36

---

**2.976** **Priority creditor's name and mailing address**
Felix S Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 5 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim** $3,295.91    **Priority amount** Unknown

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.977** **Priority creditor's name and mailing address**
Florence Mokszycki
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 3 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,477.55     Priority amount: $4,477.55

**2.978** **Priority creditor's name and mailing address**
Florence Mokszycki
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 3 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,154.47     Priority amount: $2,154.47

**2.979** **Priority creditor's name and mailing address**
Florita A Barley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 6 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,313.84     Priority amount: $3,313.84

**2.980** **Priority creditor's name and mailing address**
Floyd R Merrill III
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 8 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,791.60     Priority amount: $1,791.60

**2.981** **Priority creditor's name and mailing address**
Fluchia Brunson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,413.32     Priority amount: $2,413.32

**2.982** **Priority creditor's name and mailing address**
Fluchia Brunson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,203.57     Priority amount: $1,203.57

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 164 of 761

Debtor    YesCare Co    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 187 of 845
Case number (if known) FMR
Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.983** **Priority creditor's name and mailing address**
Folakemi T Akintomide
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        7 3 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,802.23    Priority amount: Unknown

---

**2.984** **Priority creditor's name and mailing address**
Folakemi T Akintomide
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**        7 3 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,079.19    Priority amount: $4,079.19

---

**2.985** **Priority creditor's name and mailing address**
Fortunate Ovbiagele
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        5 1 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $15,949.26    Priority amount: $15,949.26

---

**2.986** **Priority creditor's name and mailing address**
Frances Borges
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        2 5 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,140.02    Priority amount: Unknown

---

**2.987** **Priority creditor's name and mailing address**
Frances S Kpundeh
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        2 0 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,747.53    Priority amount: $9,747.53

---

**2.988** **Priority creditor's name and mailing address**
Frances Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**        0 0 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,393.89    Priority amount: $3,393.89

---

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.989** **Priority creditor's name and mailing address**
Francesca A Ortiz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.990** **Priority creditor's name and mailing address**
Francine Bassett
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,262.86    Priority amount: $2,262.86

---

**2.991** **Priority creditor's name and mailing address**
Francisca E Umana de Ramirez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,949.57    Priority amount: $2,949.57

---

**2.992** **Priority creditor's name and mailing address**
Frankalyn Piazza
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 1 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $721.52    Priority amount: $721.52

---

**2.993** **Priority creditor's name and mailing address**
Franshun R Steele
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 2 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,752.55    Priority amount: $4,752.55

---

**2.994** **Priority creditor's name and mailing address**
Franshun R Steele
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 2 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,515.99    Priority amount: $2,515.99

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.995** **Priority creditor's name and mailing address**
Frederick P Garcia
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,428.61        $2,428.61

**2.996** **Priority creditor's name and mailing address**
Frenisha Dixon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 9 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,632.71        $1,632.71

**2.997** **Priority creditor's name and mailing address**
Gabriel Lee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 2 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$621.00        $621.00

**2.998** **Priority creditor's name and mailing address**
Gabriella Ray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 4 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,049.96        $1,049.96

**2.999** **Priority creditor's name and mailing address**
Gabrielle Arteaga
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,505.59        $3,505.59

**2.1000** **Priority creditor's name and mailing address**
Gabrielle Arteaga
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        8 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$206.34        $206.34

## Part 1:          Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1001** **Priority creditor's name and mailing address**
Gabrielle Wooten
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 4 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,869.44    $1,869.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1002** **Priority creditor's name and mailing address**
Gail Fair
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 0 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $11,850.56    $11,850.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1003** **Priority creditor's name and mailing address**
Gail Fair
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 0 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,063.89    $2,063.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1004** **Priority creditor's name and mailing address**
Galina Ostrovsky
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $600.00    $600.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1005** **Priority creditor's name and mailing address**
Gary Lindtner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 6 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,652.72    $3,652.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1006** **Priority creditor's name and mailing address**
Genice G Daye
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 1 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $7,251.20    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1007** **Priority creditor's name and mailing address**
George H Gowdy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     2 7 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,450.97    $3,450.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1008** **Priority creditor's name and mailing address**
George H Gowdy
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     2 7 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,457.86    $1,457.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1009** **Priority creditor's name and mailing address**
George Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     0 4 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,375.00    $3,375.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1010** **Priority creditor's name and mailing address**
Georgia Wostrel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     0 0 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $7,257.10    $7,257.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1011** **Priority creditor's name and mailing address**
Geraldine S DAmato
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 3 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,408.63    $2,408.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1012** **Priority creditor's name and mailing address**
Gilbert Meadows
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     5 5 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $5,510.50    $5,510.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1013** **Priority creditor's name and mailing address**
Gina Kotlinski
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     2 6 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,145.17    Priority amount: $3,145.17

---

**2.1014** **Priority creditor's name and mailing address**
Gina Vincent
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     0 3 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,653.43    Priority amount: $1,653.43

---

**2.1015** **Priority creditor's name and mailing address**
Glenda A Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     5 5 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,337.60    Priority amount: $1,337.60

---

**2.1016** **Priority creditor's name and mailing address**
Glenda F Newell-Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     4 3 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $26,168.48    Priority amount: Unknown

---

**2.1017** **Priority creditor's name and mailing address**
Glenda F Newell-Harris
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     4 3 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,188.81    Priority amount: $7,188.81

---

**2.1018** **Priority creditor's name and mailing address**
Glenda H Porter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     5 1 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,672.00    Priority amount: $1,672.00

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1019** **Priority creditor's name and mailing address**
Glenique L Hampshire
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     6 3 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,233.90   $1,233.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1020** **Priority creditor's name and mailing address**
Glennis Reed
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     8 7 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $5,074.73   $5,074.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1021** **Priority creditor's name and mailing address**
Glennis Reed
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     8 7 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,045.25   $1,045.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1022** **Priority creditor's name and mailing address**
Gloria Chomicki
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     4 4 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $3,431.34   Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1023** **Priority creditor's name and mailing address**
Gloria Hernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 2 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $5,332.35   $5,332.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1024** **Priority creditor's name and mailing address**
Gloria J Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     0 0 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $617.50   $617.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1025** **Priority creditor's name and mailing address**
Gloria S Thrift
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 3 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,319.20  Priority amount: $4,319.20

---

**2.1026** **Priority creditor's name and mailing address**
Grace Foley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,308.59  Priority amount: $4,308.59

---

**2.1027** **Priority creditor's name and mailing address**
Greg Egbert
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 0 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,307.69  Priority amount: $8,307.69

---

**2.1028** **Priority creditor's name and mailing address**
Gregory Flentje
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 9 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $23,565.30  Priority amount: Unknown

---

**2.1029** **Priority creditor's name and mailing address**
Gregory Horn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 4 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,202.98  Priority amount: $3,202.98

---

**2.1030** **Priority creditor's name and mailing address**
Gretchen L Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 9 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,361.81  Priority amount: $3,361.81

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1031** **Priority creditor's name and mailing address**
Gricelda Rogers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,507.81 | $4,507.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1032** **Priority creditor's name and mailing address**
Guila Nicolas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 0 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $2,448.00 | Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1033** **Priority creditor's name and mailing address**
Guila Nicolas
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 0 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $752.33 | $752.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1034** **Priority creditor's name and mailing address**
Guilaine Jean-Gilles
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 4 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,446.02 | $1,446.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1035** **Priority creditor's name and mailing address**
Guillaume C Anthony
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 1 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,286.07 | $4,286.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1036** **Priority creditor's name and mailing address**
Gwen M Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 6 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $500.00 | $500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1037** **Priority creditor's name and mailing address**
Gwendolyn D Purifoy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      1 4 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,644.04    Priority amount: $3,644.04

**2.1038** **Priority creditor's name and mailing address**
Gwendolyn D Purifoy
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      1 4 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,598.87    Priority amount: $1,598.87

**2.1039** **Priority creditor's name and mailing address**
Haley Mace
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 1 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $752.27    Priority amount: $752.27

**2.1040** **Priority creditor's name and mailing address**
Haley N Skinner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 6 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,847.91    Priority amount: $2,847.91

**2.1041** **Priority creditor's name and mailing address**
Haley S Stasica
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 8 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,717.41    Priority amount: $2,717.41

**2.1042** **Priority creditor's name and mailing address**
Halley C Anderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,362.82    Priority amount: $2,362.82

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1043** **Priority creditor's name and mailing address**
Halley C Anderson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $37.07    Priority amount: $37.07

---

**2.1044** **Priority creditor's name and mailing address**
Hannah F Willis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 4 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,948.25    Priority amount: $1,948.25

---

**2.1045** **Priority creditor's name and mailing address**
Hannah Mueller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 3 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,980.55    Priority amount: $1,980.55

---

**2.1046** **Priority creditor's name and mailing address**
Hannah Wibbels
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 1 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,328.50    Priority amount: $2,328.50

---

**2.1047** **Priority creditor's name and mailing address**
Harrel J Lanier Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 7 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,235.35    Priority amount: $1,235.35

---

**2.1048** **Priority creditor's name and mailing address**
Harrison S Hill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 3 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $16,593.21    Priority amount: $16,593.21

---

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1049** **Priority creditor's name and mailing address**
Harrison S Hill
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 3 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,978.98    Priority amount: $7,978.98

---

**2.1050** **Priority creditor's name and mailing address**
Hawa Bono Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 5 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,390.86    Priority amount: Unknown

---

**2.1051** **Priority creditor's name and mailing address**
Heather Gardner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 7 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,566.71    Priority amount: $7,566.71

---

**2.1052** **Priority creditor's name and mailing address**
Heather Gardner
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 7 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,000.00    Priority amount: $2,000.00

---

**2.1053** **Priority creditor's name and mailing address**
Heather Hill-Cole
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 0 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $347.10    Priority amount: Unknown

---

**2.1054** **Priority creditor's name and mailing address**
Heather Hill-Cole
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $837.72    Priority amount: $837.72

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1055**   **Priority creditor's name and mailing address**
Heather L Schmitt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    7 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $7,490.31     $7,490.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1056**   **Priority creditor's name and mailing address**
Heather L Schmitt
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    7 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,153.28     $2,153.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1057**   **Priority creditor's name and mailing address**
Heather Murphy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    0 1 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $409.11     $409.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1058**   **Priority creditor's name and mailing address**
Heather Newman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    7 5 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,010.13     $3,010.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1059**   **Priority creditor's name and mailing address**
Heather Wentworth
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    0 4 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,347.31     $1,347.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1060**   **Priority creditor's name and mailing address**
Heather Winget
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**    6 3 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,350.16     $4,350.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1061** **Priority creditor's name and mailing address**
Helena P Reid
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 3 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $0.00   Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1062** **Priority creditor's name and mailing address**
Helga Faust
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 3 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,452.83   $4,452.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1063** **Priority creditor's name and mailing address**
Henley L Barrett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        1 8 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $6,385.79   $6,385.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1064** **Priority creditor's name and mailing address**
Henley L Barrett
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        1 8 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,639.23   $2,639.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1065** **Priority creditor's name and mailing address**
Henry S Kendrick
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 6 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $6,000.00   $6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1066** **Priority creditor's name and mailing address**
Herman D Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 0 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $8,897.53   $8,897.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor     YesCare Co...Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26  Page 201 of 845
                                                                  Case number (if known)
        Name

## Part 1:     Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1067** **Priority creditor's name and mailing address**
Herman Nesby Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**          5 2 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,723.10     Priority amount: $1,723.10

**2.1068** **Priority creditor's name and mailing address**
Hester Graves
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**          0 3 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,764.71     Priority amount: $3,764.71

**2.1069** **Priority creditor's name and mailing address**
Hilda M Schau
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**          5 4 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,674.98     Priority amount: $3,674.98

**2.1070** **Priority creditor's name and mailing address**
Hobert J Sharpton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**          5 4 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,878.42     Priority amount: $10,878.42

**2.1071** **Priority creditor's name and mailing address**
Hobert J Sharpton
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**          5 4 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,820.73     Priority amount: $3,820.73

**2.1072** **Priority creditor's name and mailing address**
Holly Dowell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**          0 0 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $138.00     Priority amount: $138.00

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1073** **Priority creditor's name and mailing address**
Holly L Demierre
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 4 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,498.37     Priority amount: $7,498.37

**2.1074** **Priority creditor's name and mailing address**
Holly L Tanenbaum-Kuttruf
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 8 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $353.57     Priority amount: $353.57

**2.1075** **Priority creditor's name and mailing address**
Holly Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 8 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,932.08     Priority amount: $2,932.08

**2.1076** **Priority creditor's name and mailing address**
Holly Wilburn
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,800.00     Priority amount: $4,800.00

**2.1077** **Priority creditor's name and mailing address**
Hope Acreman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 1 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,571.56     Priority amount: $2,571.56

**2.1078** **Priority creditor's name and mailing address**
Hope E Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 7 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,244.14     Priority amount: $1,244.14

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1079**   **Priority creditor's name and mailing address**
Houston Hartz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 8 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $7,315.39     $7,315.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1080**   **Priority creditor's name and mailing address**
Howie Hu
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,387.71     $1,387.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1081**   **Priority creditor's name and mailing address**
Hunter Burns
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 6 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,283.13     $2,283.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1082**   **Priority creditor's name and mailing address**
Hunter Downing
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 2 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $6,835.50     $6,835.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1083**   **Priority creditor's name and mailing address**
Ileanexi Soto
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $1,968.24     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1084**   **Priority creditor's name and mailing address**
Ileanexi Soto
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,248.30     $1,248.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1085** **Priority creditor's name and mailing address**
Ilemobayo Awosika
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      1 1 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,323.18      Priority amount: $8,323.18

---

**2.1086** **Priority creditor's name and mailing address**
Illera S Azmitia
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 2 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,459.71      Priority amount: $1,459.71

---

**2.1087** **Priority creditor's name and mailing address**
Imani Moses
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 1 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $906.00      Priority amount: Unknown

---

**2.1088** **Priority creditor's name and mailing address**
Inalvis La O Miniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 2 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,989.60      Priority amount: $3,989.60

---

**2.1089** **Priority creditor's name and mailing address**
India B Peterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 5 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $269.64      Priority amount: Unknown

---

**2.1090** **Priority creditor's name and mailing address**
India B Peterson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 5 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $681.11      Priority amount: $681.11

---

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1091** **Priority creditor's name and mailing address**
Indira H Barksdale
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   4 4 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
☑ Unliquidated
□ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1092** **Priority creditor's name and mailing address**
Insuk S Helms
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   3 4 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $4,708.74    Priority amount: $4,708.74

---

**2.1093** **Priority creditor's name and mailing address**
Irene L Simms
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   2 9 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
☑ Unliquidated
□ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $1,816.54    Priority amount: Unknown

---

**2.1094** **Priority creditor's name and mailing address**
Irene M Ross
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   5 6 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $1,827.64    Priority amount: $1,827.64

---

**2.1095** **Priority creditor's name and mailing address**
Iris L Montgomery
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   3 0 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $3,013.82    Priority amount: $3,013.82

---

**2.1096** **Priority creditor's name and mailing address**
Iris L Montgomery
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   3 0 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $1,564.43    Priority amount: $1,564.43

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1097** **Priority creditor's name and mailing address**
Iris Reasor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 8 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,609.43    Priority amount: $3,609.43

**2.1098** **Priority creditor's name and mailing address**
Isa C Perkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 7 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,062.86    Priority amount: $2,062.86

**2.1099** **Priority creditor's name and mailing address**
Isake D Perez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 8 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,851.88    Priority amount: $1,851.88

**2.1100** **Priority creditor's name and mailing address**
Itayi M Ndiamba
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 8 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,060.66    Priority amount: $1,060.66

**2.1101** **Priority creditor's name and mailing address**
Ivy F Cross
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 4 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $392.00    Priority amount: $392.00

**2.1102** **Priority creditor's name and mailing address**
Iwona K Jaundoo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 5 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $888.77    Priority amount: $888.77

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.1103** Priority creditor's name and mailing address
Iwona K Jaundoo
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number 3 5 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $805.92 — Priority amount: $805.92

---

**2.1104** Priority creditor's name and mailing address
Jacelyn Gross
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number 9 3 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,864.00 — Priority amount: $2,864.00

---

**2.1105** Priority creditor's name and mailing address
Jachala Ezell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number 9 3 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,120.45 — Priority amount: $2,120.45

---

**2.1106** Priority creditor's name and mailing address
Jacinta A Reason-Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number 3 0 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $772.05 — Priority amount: Unknown

---

**2.1107** Priority creditor's name and mailing address
Jack Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number 9 3 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,062.00 — Priority amount: $7,062.00

---

**2.1108** Priority creditor's name and mailing address
Jack R Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number 0 7 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,466.30 — Priority amount: $3,466.30

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1109** **Priority creditor's name and mailing address**
Jack R Thomas
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      0 7 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,700.62      Priority amount: $1,700.62

---

**2.1110** **Priority creditor's name and mailing address**
Jacki Pedigo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      3 0 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,655.37      Priority amount: $4,655.37

---

**2.1111** **Priority creditor's name and mailing address**
Jackie L Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 9 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,538.40      Priority amount: $2,538.40

---

**2.1112** **Priority creditor's name and mailing address**
Jackie L Pritchard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 0 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $316.21      Priority amount: $316.21

---

**2.1113** **Priority creditor's name and mailing address**
Jacqueline D Chandler
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      1 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $325.25      Priority amount: $325.25

---

**2.1114** **Priority creditor's name and mailing address**
Jacqueline E Simmons
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 8 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,032.35      Priority amount: $4,032.35

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

### 2.1115

**Priority creditor's name and mailing address**
Jacqueline E Troupe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 8 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,149.20    Priority amount: Unknown

### 2.1116

**Priority creditor's name and mailing address**
Jacqueline E Troupe
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 8 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,692.47    Priority amount: $1,692.47

### 2.1117

**Priority creditor's name and mailing address**
Jacqueline Heyward
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 6 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $364.42    Priority amount: Unknown

### 2.1118

**Priority creditor's name and mailing address**
Jacqueline J Frye
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 3 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,521.02    Priority amount: $1,521.02

### 2.1119

**Priority creditor's name and mailing address**
Jacqueline L O'Connor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 4 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,645.99    Priority amount: Unknown

### 2.1120

**Priority creditor's name and mailing address**
Jacqueline L O'Connor
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 4 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,071.30    Priority amount: $2,071.30

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1121** **Priority creditor's name and mailing address**
Jacqueline Morton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,039.09     Priority amount: $4,039.09

**2.1122** **Priority creditor's name and mailing address**
Jacqueline R Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 3 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,924.82     Priority amount: $4,924.82

**2.1123** **Priority creditor's name and mailing address**
Jacqueline Singleton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 4 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,753.26     Priority amount: $1,753.26

**2.1124** **Priority creditor's name and mailing address**
Jacqueline Tomasco
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 8 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

**2.1125** **Priority creditor's name and mailing address**
Jacqueline V Gardner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 3 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,363.79     Priority amount: $2,363.79

**2.1126** **Priority creditor's name and mailing address**
Jacqueline Weber
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 5 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,137.21     Priority amount: $1,137.21

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1127** | **Priority creditor's name and mailing address**
Jacquelyn P Stewart
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 4 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,481.02    Priority amount: $3,481.02

---

**2.1128** | **Priority creditor's name and mailing address**
Jacques Watson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,039.30    Priority amount: $3,039.30

---

**2.1129** | **Priority creditor's name and mailing address**
Jacques Watson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,028.01    Priority amount: $1,028.01

---

**2.1130** | **Priority creditor's name and mailing address**
Jada M Gardner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,352.35    Priority amount: $3,352.35

---

**2.1131** | **Priority creditor's name and mailing address**
Jael M Montgomery
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 5 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,552.17    Priority amount: $2,552.17

---

**2.1132** | **Priority creditor's name and mailing address**
Jaidyn Rothermel
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 5 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $400.01    Priority amount: Unknown

---

Debtor      YesCare Corp _____   Case number *(if known)* _____

Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.1133** **Priority creditor's name and mailing address**
Jaima Borders
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 2 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,768.67      $1,768.67

---

**2.1134** **Priority creditor's name and mailing address**
Jaime L Carothers
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 1 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$8,066.86      $8,066.86

---

**2.1135** **Priority creditor's name and mailing address**
Jaime L Carothers
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      6 1 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,200.00      $2,200.00

---

**2.1136** **Priority creditor's name and mailing address**
Jaime M Vargas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 1 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,215.53      Unknown

---

**2.1137** **Priority creditor's name and mailing address**
Jaimee Hutson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 8 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$249.40      $249.40

---

**2.1138** **Priority creditor's name and mailing address**
Jakuira Plummer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      1 5 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,118.38      Unknown

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 190 of 761

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1139** | **Priority creditor's name and mailing address**
Jalisa B Kelly
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 4 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,241.00    Priority amount: $2,241.00

---

**2.1140** | **Priority creditor's name and mailing address**
Jalisa Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 3 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,524.19    Priority amount: Unknown

---

**2.1141** | **Priority creditor's name and mailing address**
Jameia Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 4 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,199.62    Priority amount: Unknown

---

**2.1142** | **Priority creditor's name and mailing address**
Jameia Jenkins
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 4 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,186.52    Priority amount: $2,186.52

---

**2.1143** | **Priority creditor's name and mailing address**
Jameka L Caffie
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 0 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,213.84    Priority amount: $4,213.84

---

**2.1144** | **Priority creditor's name and mailing address**
Jameka L Caffie
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 0 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $890.66    Priority amount: $890.66

                 Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1145** **Priority creditor's name and mailing address**
Jameka L Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     1 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,798.24      $2,798.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1146** **Priority creditor's name and mailing address**
James C Mitchell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     2 0 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $6,466.97      $6,466.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1147** **Priority creditor's name and mailing address**
James D Butler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 1 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,978.28      $5,978.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1148** **Priority creditor's name and mailing address**
James G Mccoy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     4 3 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $5,026.81      Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1149** **Priority creditor's name and mailing address**
James G Mccoy
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     4 3 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,916.64      $1,916.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1150** **Priority creditor's name and mailing address**
James L Turner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $726.86      $726.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.1151** **Priority creditor's name and mailing address**
James Norman Iii
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   5 2 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,433.05     Priority amount: $3,433.05

---

**2.1152** **Priority creditor's name and mailing address**
James Norman III
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   5 2 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,700.06     Priority amount: $5,700.06

---

**2.1153** **Priority creditor's name and mailing address**
James P Tinney III
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   8 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,537.12     Priority amount: $5,537.12

---

**2.1154** **Priority creditor's name and mailing address**
James R Dierkes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   8 8 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,079.31     Priority amount: $3,079.31

---

**2.1155** **Priority creditor's name and mailing address**
James T Sprouse
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 4 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $25,734.56     Priority amount: $17,150.00

---

**2.1156** **Priority creditor's name and mailing address**
James T Sprouse
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   7 4 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,000.00     Priority amount: $7,000.00

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 193 of 761

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1157** | **Priority creditor's name and mailing address**
Jamesha Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  0 0 9 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
Employee Related

**As of the petition filing date, the claim is:** $0.00 | Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1158** | **Priority creditor's name and mailing address**
Jami Gardner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  9 9 5 8
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
Employee Related

**As of the petition filing date, the claim is:** $0.00 | Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1159** | **Priority creditor's name and mailing address**
Jamie Buchanan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  5 0 6 9
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,502.06 | $3,502.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1160** | **Priority creditor's name and mailing address**
Jamie E Grandy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  6 6 1 0
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
Employee Related

**As of the petition filing date, the claim is:** $2,359.52 | Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1161** | **Priority creditor's name and mailing address**
Jamie F Shirley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  5 1 0 8
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,788.60 | $3,788.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1162** | **Priority creditor's name and mailing address**
Jamie F Shirley
Address Redacted
**Date or dates debt was incurred**
**Last 4 digits of account number**  5 1 0 8
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,955.17 | $1,955.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1163** **Priority creditor's name and mailing address**
Jamila N Parker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $152.08 — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1164** **Priority creditor's name and mailing address**
Jamira Pierce
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,127.82 — $3,127.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1165** **Priority creditor's name and mailing address**
JaMyra Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 0 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,047.05 — $1,047.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1166** **Priority creditor's name and mailing address**
Janae N McNeil
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 8 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $456.70 — $456.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1167** **Priority creditor's name and mailing address**
Jane C John
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,536.30 — $5,536.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1168** **Priority creditor's name and mailing address**
Jane C John
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $887.11 — $887.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1169** | **Priority creditor's name and mailing address**
Janet E Diaz
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 9 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $4,281.24    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1170** | **Priority creditor's name and mailing address**
Janet Murphy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 8 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,814.12    $1,814.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1171** | **Priority creditor's name and mailing address**
Janetta Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,048.00    $3,048.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1172** | **Priority creditor's name and mailing address**
Janiqua Baker
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 4 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $584.50    $584.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1173** | **Priority creditor's name and mailing address**
Janisha N Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 4 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $3,345.15    $3,345.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1174** | **Priority creditor's name and mailing address**
Janna S Mills
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 7 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $1,974.83    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1175** **Priority creditor's name and mailing address**
Jannelle Franco
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,396.70   Priority amount: $3,396.70

---

**2.1176** **Priority creditor's name and mailing address**
Jaquel Daniels
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 1 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,127.55   Priority amount: $1,127.55

---

**2.1177** **Priority creditor's name and mailing address**
Jaquell C Brisbon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        4 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,355.25   Priority amount: Unknown

---

**2.1178** **Priority creditor's name and mailing address**
Jaquell C Brisbon
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        4 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $942.19   Priority amount: $942.19

---

**2.1179** **Priority creditor's name and mailing address**
Jared Doubrava
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 7 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,276.71   Priority amount: $1,276.71

---

**2.1180** **Priority creditor's name and mailing address**
Jared Doubrava
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        8 7 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,312.36   Priority amount: $1,312.36

Debtor   YesCare Co...   _Case number (if known)_ _____

Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1181** | **Priority creditor's name and mailing address**
Jarrad Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 4 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.11      Priority amount: Unknown

---

**2.1182** | **Priority creditor's name and mailing address**
Jasjeet K Gulati
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 1 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,574.08      Priority amount: $3,574.08

---

**2.1183** | **Priority creditor's name and mailing address**
Jasjeet K Gulati
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 1 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $441.50      Priority amount: $441.50

---

**2.1184** | **Priority creditor's name and mailing address**
Jasmin Sherrill-Flowers
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 1 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00      Priority amount: Unknown

---

**2.1185** | **Priority creditor's name and mailing address**
Jasmine Briggs
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 1 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $447.16      Priority amount: $447.16

---

**2.1186** | **Priority creditor's name and mailing address**
Jasmine Flowers
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 4 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,451.04      Priority amount: $2,451.04

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 198 of 761

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.1187** **Priority creditor's name and mailing address**
Jasmine J Craft
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 0 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,460.18    Priority amount: $2,460.18

---

**2.1188** **Priority creditor's name and mailing address**
Jasmine K James
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 2 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $145.30    Priority amount: $145.30

---

**2.1189** **Priority creditor's name and mailing address**
Jasmine Stafford
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 9 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,344.00    Priority amount: $3,344.00

---

**2.1190** **Priority creditor's name and mailing address**
Jasmine Terrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $773.98    Priority amount: Unknown

---

**2.1191** **Priority creditor's name and mailing address**
Jasmine Terrell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $349.02    Priority amount: $349.02

---

**2.1192** **Priority creditor's name and mailing address**
Jasmine Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 8 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,680.00    Priority amount: $2,680.00

---

Debtor    YesCare Co...        Case number (if known) ...

Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.1193  Priority creditor's name and mailing address**
Jason A Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        2 5 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**        $0.00        Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1194  Priority creditor's name and mailing address**
Jason B Mcdonald
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        5 0 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**        $2,345.04        $2,345.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1195  Priority creditor's name and mailing address**
Jason B McDonald
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        5 0 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**        $4,919.88        $4,919.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1196  Priority creditor's name and mailing address**
Jason J Duran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**        $11,307.69        Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1197  Priority creditor's name and mailing address**
Jason J Duran
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        8 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**        $2,939.95        $2,939.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1198  Priority creditor's name and mailing address**
Jason M Jenkins Sr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        3 0 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**        $3,140.40        Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1199** **Priority creditor's name and mailing address**
Jason Monplaisir
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 6 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,428.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1200** **Priority creditor's name and mailing address**
Jaspreet Uppal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $20,492.86    $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1201** **Priority creditor's name and mailing address**
Jayda Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 0 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,371.43    $1,371.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1202** **Priority creditor's name and mailing address**
Jaylene M Cunningham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 1 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $9,932.26    $9,932.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1203** **Priority creditor's name and mailing address**
Jaylene M Cunningham
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 1 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,140.69    $1,140.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1204** **Priority creditor's name and mailing address**
Jazmine Sinquefield
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 4 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,042.40    $2,042.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Debtor        YesCare Corp _____        Case number (if known) _____
              Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1205** **Priority creditor's name and mailing address**
Jean A Darbouze
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        1 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,697.85    Priority amount: $10,697.85

---

**2.1206** **Priority creditor's name and mailing address**
Jean A Darbouze
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        1 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,420.91    Priority amount: $5,420.91

---

**2.1207** **Priority creditor's name and mailing address**
Jean R Moise
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        2 1 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,108.61    Priority amount: Unknown

---

**2.1208** **Priority creditor's name and mailing address**
Jean R Moise
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        2 1 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $914.90    Priority amount: $914.90

---

**2.1209** **Priority creditor's name and mailing address**
Jeanette Holguin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 1 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $399.40    Priority amount: Unknown

---

**2.1210** **Priority creditor's name and mailing address**
Jeanette T Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 4 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,340.00    Priority amount: Unknown

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1211** **Priority creditor's name and mailing address**
Jeanne Sergio
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,224.14    Priority amount: $5,224.14

---

**2.1212** **Priority creditor's name and mailing address**
Jeannie Hodges
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 7 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,425.98    Priority amount: $4,425.98

---

**2.1213** **Priority creditor's name and mailing address**
Jeannie Hodges
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 7 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,315.16    Priority amount: $1,315.16

---

**2.1214** **Priority creditor's name and mailing address**
Jeff Cargile
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,419.09    Priority amount: $4,419.09

---

**2.1215** **Priority creditor's name and mailing address**
Jeffrey F Sholey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 8 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $46,569.48    Priority amount: $17,150.00

---

**2.1216** **Priority creditor's name and mailing address**
Jeffrey F Sholey
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 8 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,000.00    Priority amount: $10,000.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1217 Priority creditor's name and mailing address**
Jeffrey O Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 8 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,499.53    Priority amount: $4,499.53

**2.1218 Priority creditor's name and mailing address**
Jeffrey O Clark
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 8 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,280.04    Priority amount: $2,280.04

**2.1219 Priority creditor's name and mailing address**
Jeffrey Roth
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 9 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,341.74    Priority amount: $8,341.74

**2.1220 Priority creditor's name and mailing address**
Jenelle Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 3 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,057.04    Priority amount: $4,057.04

**2.1221 Priority creditor's name and mailing address**
Jenetha Oliver
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 0 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,051.44    Priority amount: $3,051.44

**2.1222 Priority creditor's name and mailing address**
Jenitha S Whigham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 5 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,389.01    Priority amount: $3,389.01

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1223** **Priority creditor's name and mailing address**
Jenitha S Whigham
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 5 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,629.17    Priority amount: $1,629.17

**2.1224** **Priority creditor's name and mailing address**
Jenitha V Devose
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        6 6 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $203.60    Priority amount: $203.60

**2.1225** **Priority creditor's name and mailing address**
Jenna Mynk
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 0 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,677.35    Priority amount: $3,677.35

**2.1226** **Priority creditor's name and mailing address**
Jennae Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 6 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,651.02    Priority amount: $4,651.02

**2.1227** **Priority creditor's name and mailing address**
Jennifer A Romanoff
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 0 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,152.27    Priority amount: $1,152.27

**2.1228** **Priority creditor's name and mailing address**
Jennifer Autman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        7 9 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,549.93    Priority amount: $2,549.93

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1229** **Priority creditor's name and mailing address**
Jennifer Bishop
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    1 4 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,577.62    Priority amount: $4,577.62

**2.1230** **Priority creditor's name and mailing address**
Jennifer Bishop
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    1 4 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,569.32    Priority amount: $2,569.32

**2.1231** **Priority creditor's name and mailing address**
Jennifer C Mann-Mackey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 9 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,615.40    Priority amount: $4,615.40

**2.1232** **Priority creditor's name and mailing address**
Jennifer C White
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    8 2 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $520.15    Priority amount: Unknown

**2.1233** **Priority creditor's name and mailing address**
Jennifer Cox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    5 4 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,062.57    Priority amount: $4,062.57

**2.1234** **Priority creditor's name and mailing address**
Jennifer Cox
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    5 4 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,197.16    Priority amount: $1,197.16

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1235** **Priority creditor's name and mailing address**
Jennifer Dill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 2 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,518.00        Priority amount: $1,518.00

---

**2.1236** **Priority creditor's name and mailing address**
Jennifer Eisel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 0 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,945.55        Priority amount: $3,945.55

---

**2.1237** **Priority creditor's name and mailing address**
Jennifer Fannin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 7 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,327.53        Priority amount: Unknown

---

**2.1238** **Priority creditor's name and mailing address**
Jennifer Fannin
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 7 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,588.72        Priority amount: $1,588.72

---

**2.1239** **Priority creditor's name and mailing address**
Jennifer Faust
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 7 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,628.59        Priority amount: $1,628.59

---

**2.1240** **Priority creditor's name and mailing address**
Jennifer Flores
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 1 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $838.93        Priority amount: $838.93

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1241** **Priority creditor's name and mailing address**
Jennifer G Kelly
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 2 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,450.90    Priority amount: $4,450.90

**2.1242** **Priority creditor's name and mailing address**
Jennifer Koppelman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 2 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,944.39    Priority amount: $6,944.39

**2.1243** **Priority creditor's name and mailing address**
Jennifer Koppelman
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 2 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,399.64    Priority amount: $1,399.64

**2.1244** **Priority creditor's name and mailing address**
Jennifer L Finger
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $20,383.54    Priority amount: $17,150.00

**2.1245** **Priority creditor's name and mailing address**
Jennifer L Finger
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,500.00    Priority amount: $4,500.00

**2.1246** **Priority creditor's name and mailing address**
Jennifer L Lyttle
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 3 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,976.04    Priority amount: $2,976.04

Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1247** **Priority creditor's name and mailing address**
Jennifer L Nixon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 8 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $13,258.23    Priority amount: $13,258.23

---

**2.1248** **Priority creditor's name and mailing address**
Jennifer L Nixon
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 8 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $323.05    Priority amount: $323.05

---

**2.1249** **Priority creditor's name and mailing address**
Jennifer L Vandiver
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 0 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,558.03    Priority amount: $1,558.03

---

**2.1250** **Priority creditor's name and mailing address**
Jennifer Landberg
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 7 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,784.19    Priority amount: Unknown

---

**2.1251** **Priority creditor's name and mailing address**
Jennifer Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 8 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,145.69    Priority amount: $3,145.69

---

**2.1252** **Priority creditor's name and mailing address**
Jennifer Moody
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,074.34    Priority amount: $5,074.34

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**    

Debtor    YesCare Corp    *Case number (if known)*

Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1253** **Priority creditor's name and mailing address**
Jennifer Moody
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number ____ 9 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $865.31    Priority amount: $865.31

---

**2.1254** **Priority creditor's name and mailing address**
Jennifer Oneal
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number ____ 3 5 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $558.24    Priority amount: Unknown

---

**2.1255** **Priority creditor's name and mailing address**
Jennifer Papp
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number ____ 8 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,986.00    Priority amount: Unknown

---

**2.1256** **Priority creditor's name and mailing address**
Jennifer Pullen
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number ____ 7 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,385.38    Priority amount: $4,385.38

---

**2.1257** **Priority creditor's name and mailing address**
Jennifer Pullen
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number ____ 7 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $416.95    Priority amount: $416.95

---

**2.1258** **Priority creditor's name and mailing address**
Jennifer R Ferguson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number ____ 6 6 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,088.21    Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1259** **Priority creditor's name and mailing address**
Jennifer S Frost
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 3 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,558.35  Priority amount: $6,558.35

---

**2.1260** **Priority creditor's name and mailing address**
Jennifer S Frost
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 3 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,430.53  Priority amount: $1,430.53

---

**2.1261** **Priority creditor's name and mailing address**
Jennifer S Key
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 0 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,739.53  Priority amount: $1,739.53

---

**2.1262** **Priority creditor's name and mailing address**
Jennifer Santiago
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,539.00  Priority amount: $1,539.00

---

**2.1263** **Priority creditor's name and mailing address**
Jennifer Simmons
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,422.83  Priority amount: $2,422.83

---

**2.1264** **Priority creditor's name and mailing address**
Jennimar Mendez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 1 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,912.82  Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|

**2.1265** **Priority creditor's name and mailing address**
Jennimar Mendez
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        3 1 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,904.48   Priority amount: $1,904.48

**2.1266** **Priority creditor's name and mailing address**
Jeremy L Marcano
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        8 9 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,993.20   Priority amount: $3,993.20

**2.1267** **Priority creditor's name and mailing address**
Jerill K Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        5 2 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,908.67   Priority amount: $10,908.67

**2.1268** **Priority creditor's name and mailing address**
Jerri Holladay
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        0 3 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,675.82   Priority amount: $2,675.82

**2.1269** **Priority creditor's name and mailing address**
Jerry E Robbins Ii
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        9 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,495.63   Priority amount: $7,495.63

**2.1270** **Priority creditor's name and mailing address**
Jerry E Robbins II
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number        9 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $15,494.77   Priority amount: $15,494.77

Debtor    YesCare Corp    _Case number (if known)_

Name

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1271** **Priority creditor's name and mailing address**
Jesse F Strickland
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 3 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,358.06    Priority amount: $5,358.06

---

**2.1272** **Priority creditor's name and mailing address**
Jesse F Strickland
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 3 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,973.07    Priority amount: $2,973.07

---

**2.1273** **Priority creditor's name and mailing address**
Jessica A Quinley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 8 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,793.75    Priority amount: $1,793.75

---

**2.1274** **Priority creditor's name and mailing address**
Jessica Bean
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 8 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,225.13    Priority amount: $1,225.13

---

**2.1275** **Priority creditor's name and mailing address**
Jessica Belizario
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,610.57    Priority amount: $1,610.57

---

**2.1276** **Priority creditor's name and mailing address**
Jessica Chavez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 213 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1277** | **Priority creditor's name and mailing address**
Jessica F Olivera Robledo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 7 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$495.57    Unknown

---

**2.1278** | **Priority creditor's name and mailing address**
Jessica F Sanchez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 7 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,879.08    $3,879.08

---

**2.1279** | **Priority creditor's name and mailing address**
Jessica F Sanchez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 7 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$127.24    $127.24

---

**2.1280** | **Priority creditor's name and mailing address**
Jessica Fenn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,346.93    $2,346.93

---

**2.1281** | **Priority creditor's name and mailing address**
Jessica Godziebiewski
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 6 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,502.43    $9,502.43

---

**2.1282** | **Priority creditor's name and mailing address**
Jessica Godziebiewski
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 6 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$641.82    $641.82

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 214 of 761

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1283** **Priority creditor's name and mailing address**
Jessica Gosby
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,525.05    Priority amount: $1,525.05

---

**2.1284** **Priority creditor's name and mailing address**
Jessica Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 0 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,391.67    Priority amount: $1,391.67

---

**2.1285** **Priority creditor's name and mailing address**
Jessica L Rivera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 9 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,986.40    Priority amount: Unknown

---

**2.1286** **Priority creditor's name and mailing address**
Jessica L Rivera
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 9 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,363.28    Priority amount: $1,363.28

---

**2.1287** **Priority creditor's name and mailing address**
Jessica Lacks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 8 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,514.57    Priority amount: $1,514.57

---

**2.1288** **Priority creditor's name and mailing address**
Jessica Lamarre
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 7 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $360.36    Priority amount: Unknown

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1289** **Priority creditor's name and mailing address**
Jessica M Holliday
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 3 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,737.33    Priority amount: $2,737.33

---

**2.1290** **Priority creditor's name and mailing address**
Jessica M Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.96    Priority amount: $0.96

---

**2.1291** **Priority creditor's name and mailing address**
Jessica M Williams
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 6 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $861.87    Priority amount: $861.87

---

**2.1292** **Priority creditor's name and mailing address**
Jessica Maddox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 0 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,745.70    Priority amount: $1,745.70

---

**2.1293** **Priority creditor's name and mailing address**
Jessica P Brazeal
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 3 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,050.77    Priority amount: $4,050.77

---

**2.1294** **Priority creditor's name and mailing address**
Jessica S Ivey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,097.96    Priority amount: $4,097.96

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | **Total claim** | **Priority amount** |

**2.1295** **Priority creditor's name and mailing address**
Jessica S Ivey
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 8 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,796.53    Priority amount: $1,796.53

---

**2.1296** **Priority creditor's name and mailing address**
Jessica Vernold
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 2 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,664.66    Priority amount: Unknown

---

**2.1297** **Priority creditor's name and mailing address**
Jessica Vernold
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      7 2 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $345.09    Priority amount: $345.09

---

**2.1298** **Priority creditor's name and mailing address**
Jewel A Carpentier
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 7 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,847.34    Priority amount: $1,847.34

---

**2.1299** **Priority creditor's name and mailing address**
Jewell Lewis-Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 3 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $602.26    Priority amount: $602.26

---

**2.1300** **Priority creditor's name and mailing address**
Jill J Dicavolo-Crowell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 0 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,067.71    Priority amount: $6,067.71

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1301**   **Priority creditor's name and mailing address**
Jill P Moldrem
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,222.80    $5,222.80

---

**2.1302**   **Priority creditor's name and mailing address**
Jill P Moldrem
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 1 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,129.67    $1,129.67

---

**2.1303**   **Priority creditor's name and mailing address**
Jillian Barone
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$615.91    $615.91

---

**2.1304**   **Priority creditor's name and mailing address**
Jillian Hilliker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 0 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,226.95    $4,226.95

---

**2.1305**   **Priority creditor's name and mailing address**
Jillian Hilliker
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 0 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,332.90    $1,332.90

---

**2.1306**   **Priority creditor's name and mailing address**
Jillian Volpe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 6 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,224.21    Unknown

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1307** **Priority creditor's name and mailing address**
Jillian Volpe
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 6 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,522.47    Priority amount: $2,522.47

---

**2.1308** **Priority creditor's name and mailing address**
Jimmie S Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 5 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,016.81    Priority amount: $3,016.81

---

**2.1309** **Priority creditor's name and mailing address**
Jimmie S Wilson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 5 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,055.94    Priority amount: $1,055.94

---

**2.1310** **Priority creditor's name and mailing address**
Jimmy R Maroney
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 6 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,285.50    Priority amount: $1,285.50

---

**2.1311** **Priority creditor's name and mailing address**
Jims K Idicula
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 6 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,241.26    Priority amount: Unknown

---

**2.1312** **Priority creditor's name and mailing address**
Jims K Idicula
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 6 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,462.12    Priority amount: $1,462.12

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1313** **Priority creditor's name and mailing address**
Jinena U Lebaquin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 0 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$10,235.37 | $10,235.37

**2.1314** **Priority creditor's name and mailing address**
Jinena U Lebaquin
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 0 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,668.47 | $2,668.47

**2.1315** **Priority creditor's name and mailing address**
Joanie N Vaughn
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,205.80 | $4,205.80

**2.1316** **Priority creditor's name and mailing address**
Joanna Brunelli
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 0 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$951.90 | $951.90

**2.1317** **Priority creditor's name and mailing address**
Joanna McGill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,517.19 | $3,517.19

**2.1318** **Priority creditor's name and mailing address**
Joanne Nasuti
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,225.05 | Unknown

     Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1319** **Priority creditor's name and mailing address**
Joanne Nasuti
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     9 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,133.11     Priority amount: $1,133.11

---

**2.1320** **Priority creditor's name and mailing address**
Joanne Washington
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 6 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,069.65     Priority amount: $3,069.65

---

**2.1321** **Priority creditor's name and mailing address**
Jodie R Forbus
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     5 8 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,814.29     Priority amount: $4,814.29

---

**2.1322** **Priority creditor's name and mailing address**
Joel R Schwartz
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     5 0 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,755.07     Priority amount: $4,755.07

---

**2.1323** **Priority creditor's name and mailing address**
John P Ebel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     1 5 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,823.62     Priority amount: $4,823.62

---

**2.1324** **Priority creditor's name and mailing address**
John P Ebel
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     1 5 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,769.80     Priority amount: $2,769.80

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor   YesCare Co...   *(if known)*

Name

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.1325** | **Priority creditor's name and mailing address**
John R Codina
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 5 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,065.87   |   $4,065.87

**2.1326** | **Priority creditor's name and mailing address**
John Rodriguez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 7 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,387.20   |   Unknown

**2.1327** | **Priority creditor's name and mailing address**
John T Biller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 4 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,213.74   |   $5,213.74

**2.1328** | **Priority creditor's name and mailing address**
John W Hudgens
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 4 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$0.00   |   Unknown

**2.1329** | **Priority creditor's name and mailing address**
John W Jordan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 2 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,684.60   |   $5,684.60

**2.1330** | **Priority creditor's name and mailing address**
Johnna Durham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 7 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,516.84   |   $4,516.84

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 222 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1331** **Priority creditor's name and mailing address**
Joi T Owens
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 3 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,394.40    Priority amount: $2,394.40

---

**2.1332** **Priority creditor's name and mailing address**
Jolene Pace
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 1 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,846.99    Priority amount: $3,846.99

---

**2.1333** **Priority creditor's name and mailing address**
Jonathan Matteson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     9 7 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,508.13    Priority amount: $3,508.13

---

**2.1334** **Priority creditor's name and mailing address**
Joni Lucious
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 0 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,161.48    Priority amount: $9,161.48

---

**2.1335** **Priority creditor's name and mailing address**
Jordyn Diggs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 0 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,659.09    Priority amount: $1,659.09

---

**2.1336** **Priority creditor's name and mailing address**
Jorge Batista Marrero
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     0 4 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,542.34    Priority amount: $2,542.34

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1337 Priority creditor's name and mailing address**
Jorge R Gilete-Sosa
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $35,673.80   Priority amount: $17,150.00

---

**2.1338 Priority creditor's name and mailing address**
Jorge R Gilete-Sosa
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,403.20   Priority amount: $5,403.20

---

**2.1339 Priority creditor's name and mailing address**
Jose Aguilar
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 8 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,522.45   Priority amount: $1,522.45

---

**2.1340 Priority creditor's name and mailing address**
Jose L Amador Mejias
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,746.51   Priority amount: $9,746.51

---

**2.1341 Priority creditor's name and mailing address**
Jose L Olivares Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 3 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,955.64   Priority amount: $4,955.64

---

**2.1342 Priority creditor's name and mailing address**
Joseph Bias
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 7 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,743.81   Priority amount: $9,743.81

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1343** **Priority creditor's name and mailing address**
Joseph Calleja
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     3 7 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,333.33    Priority amount: $5,333.33

**2.1344** **Priority creditor's name and mailing address**
Joseph M Ondomu
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 9 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,555.91    Priority amount: $5,555.91

**2.1345** **Priority creditor's name and mailing address**
Joseph M Ondomu
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     8 9 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,940.86    Priority amount: $1,940.86

**2.1346** **Priority creditor's name and mailing address**
Joseph P Kustra
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     2 9 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,481.20    Priority amount: Unknown

**2.1347** **Priority creditor's name and mailing address**
Joseph P Kustra
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     2 9 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,970.62    Priority amount: $2,970.62

**2.1348** **Priority creditor's name and mailing address**
Joseph Pastor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 8 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $40,420.31    Priority amount: $17,150.00

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1349** **Priority creditor's name and mailing address**
Joshua A Rohan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1350** **Priority creditor's name and mailing address**
Joshua Bennett
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 8 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,303.84    Priority amount: Unknown

---

**2.1351** **Priority creditor's name and mailing address**
Joshua Buck
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $16,088.24    Priority amount: $16,088.24

---

**2.1352** **Priority creditor's name and mailing address**
Joshua Buck
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 1 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,911.49    Priority amount: $3,911.49

---

**2.1353** **Priority creditor's name and mailing address**
Joshua Russaw
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,464.00    Priority amount: $2,464.00

---

**2.1354** **Priority creditor's name and mailing address**
Joslin M Frye
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,792.98    Priority amount: $2,792.98

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1355** **Priority creditor's name and mailing address**
Jovan Tugot
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   9 3 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,983.49    Priority amount: $3,983.49

---

**2.1356** **Priority creditor's name and mailing address**
Joy C Okeke
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   7 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,038.80    Priority amount: Unknown

---

**2.1357** **Priority creditor's name and mailing address**
Joy C Okeke
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   7 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,742.66    Priority amount: $4,742.66

---

**2.1358** **Priority creditor's name and mailing address**
Joy D Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   7 9 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $174.66    Priority amount: Unknown

---

**2.1359** **Priority creditor's name and mailing address**
Joyce B Armstrong
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   6 2 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,157.53    Priority amount: $2,157.53

---

**2.1360** **Priority creditor's name and mailing address**
Joyce Puckett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   8 7 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,934.58    Priority amount: $10,934.58

---

Debtor   YesCare Co...   *Case number (if known)* _____

Name

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.1361** **Priority creditor's name and mailing address**
Joyce Puckett
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 7 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,965.24     $1,965.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1362** **Priority creditor's name and mailing address**
Joycelin L Bentham
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 6 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $5,256.21     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1363** **Priority creditor's name and mailing address**
Joyceline Enninful
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 1 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $4,434.33     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1364** **Priority creditor's name and mailing address**
Juan M Bailey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 9 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,923.08     $6,923.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1365** **Priority creditor's name and mailing address**
Juavie Starks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 6 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,781.34     $3,781.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1366** **Priority creditor's name and mailing address**
Judith Richards
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     3 5 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $7,950.15     $7,950.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor   YesCare Corp.   Case number (if known) 2:26-bk-01089-FMR

Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.1367** **Priority creditor's name and mailing address**
Julia Austin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 9 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,750.19  Priority amount: $1,750.19

---

**2.1368** **Priority creditor's name and mailing address**
Julia C Stagner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 0 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $15,378.64  Priority amount: $15,378.64

---

**2.1369** **Priority creditor's name and mailing address**
Julia Demange
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 4 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $677.95  Priority amount: Unknown

---

**2.1370** **Priority creditor's name and mailing address**
Julie A Burns
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,019.89  Priority amount: $4,019.89

---

**2.1371** **Priority creditor's name and mailing address**
Julie Bowles
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 0 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,576.54  Priority amount: Unknown

---

**2.1372** **Priority creditor's name and mailing address**
Julie Bowles
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 1 0 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,333.63  Priority amount: $1,333.63

---

Debtor    YesCare Corp    _Case number (if known)_ _____

Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1373** **Priority creditor's name and mailing address**
Julie G Banker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   7 4 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $11,800.95  Priority amount: $11,800.95

**2.1374** **Priority creditor's name and mailing address**
Julie G Banker
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   7 4 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,488.73  Priority amount: $2,488.73

**2.1375** **Priority creditor's name and mailing address**
Julie N Sanders
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   2 1 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,738.44  Priority amount: $3,738.44

**2.1376** **Priority creditor's name and mailing address**
Julie Peoples
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   7 4 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,567.78  Priority amount: $1,567.78

**2.1377** **Priority creditor's name and mailing address**
Juliette J Herring
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   0 1 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,867.71  Priority amount: $1,867.71

**2.1378** **Priority creditor's name and mailing address**
June A Vanheusen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   6 2 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,832.23  Priority amount: $5,832.23

Debtor   YesCare Co...   
Name   *Case number (if known)* ...

## Part 1:   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1379** **Priority creditor's name and mailing address**
June A Vanheusen
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number     6 2 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,134.17 — $1,134.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1380** **Priority creditor's name and mailing address**
Junette C Europe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number     1 5 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is: $5,519.86 — Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1381** **Priority creditor's name and mailing address**
Junette C Europe
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number     1 5 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,817.40 — $1,817.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1382** **Priority creditor's name and mailing address**
Justice Poole
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number     0 4 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $554.70 — $554.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1383** **Priority creditor's name and mailing address**
Justin Mabson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number     0 3 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $3,110.86 — $3,110.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1384** **Priority creditor's name and mailing address**
Justin Tate
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number     0 2 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $1,114.56 — $1,114.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1385** **Priority creditor's name and mailing address**
Justina Dyal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  6 7 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,263.17  Priority amount: $8,263.17

**2.1386** **Priority creditor's name and mailing address**
Justina Dyal
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  6 7 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,285.04  Priority amount: $2,285.04

**2.1387** **Priority creditor's name and mailing address**
Kacy Kincaid
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  7 6 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $369.28  Priority amount: $369.28

**2.1388** **Priority creditor's name and mailing address**
Kafayat Bakarr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  9 2 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $851.50  Priority amount: $851.50

**2.1389** **Priority creditor's name and mailing address**
Kaitlin D Vincent
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  4 8 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,213.83  Priority amount: $4,213.83

**2.1390** **Priority creditor's name and mailing address**
Kaitlin D Vincent
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  4 8 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $493.18  Priority amount: $493.18

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1391 Priority creditor's name and mailing address**
Kaitlyn Simmons
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 2 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,720.22    Priority amount: $5,720.22

**2.1392 Priority creditor's name and mailing address**
Kaitlyn Wiley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,531.24    Priority amount: $4,531.24

**2.1393 Priority creditor's name and mailing address**
Kalada L Hall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $808.50    Priority amount: $808.50

**2.1394 Priority creditor's name and mailing address**
Kalifah Stevenson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 5 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.1395 Priority creditor's name and mailing address**
Kamill Chaitan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 4 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.1396 Priority creditor's name and mailing address**
Kandace B Ladd
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 4 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.07    Priority amount: Unknown

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1397** **Priority creditor's name and mailing address**
Kandai K Wilks-Fraser
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   3 3 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,640.00   Priority amount: Unknown

---

**2.1398** **Priority creditor's name and mailing address**
Kandai K Wilks-Fraser
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   3 3 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,335.15   Priority amount: $2,335.15

---

**2.1399** **Priority creditor's name and mailing address**
Kandie M Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   8 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,541.80   Priority amount: $3,541.80

---

**2.1400** **Priority creditor's name and mailing address**
Kandie M Smith
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   8 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $770.34   Priority amount: $770.34

---

**2.1401** **Priority creditor's name and mailing address**
Kangong N James Wilfred
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   9 6 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,693.97   Priority amount: $1,693.97

---

**2.1402** **Priority creditor's name and mailing address**
Karen Bias
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   5 8 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,769.96   Priority amount: $9,769.96

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1403** **Priority creditor's name and mailing address**
Karen Davies
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $19,471.76   Priority amount: $17,150.00

---

**2.1404** **Priority creditor's name and mailing address**
Karen Davies
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,150.03   Priority amount: $3,150.03

---

**2.1405** **Priority creditor's name and mailing address**
Karen Hykel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 7 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $32.57   Priority amount: $32.57

---

**2.1406** **Priority creditor's name and mailing address**
Karen L Marshall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 5 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,421.13   Priority amount: $5,421.13

---

**2.1407** **Priority creditor's name and mailing address**
Karen L Short
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 9 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,467.83   Priority amount: $2,467.83

---

**2.1408** **Priority creditor's name and mailing address**
Karen M Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 2 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,264.73   Priority amount: $1,264.73

---

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1409** **Priority creditor's name and mailing address**
Karen McClory
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 5 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $951.36    Priority amount: $951.36

**2.1410** **Priority creditor's name and mailing address**
Karen Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 2 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,921.28    Priority amount: $2,921.28

**2.1411** **Priority creditor's name and mailing address**
Karen P Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 9 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,560.69    Priority amount: $3,560.69

**2.1412** **Priority creditor's name and mailing address**
Karen R Mckinney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 0 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,988.20    Priority amount: Unknown

**2.1413** **Priority creditor's name and mailing address**
Karen R Mckinney
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 0 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,593.82    Priority amount: $3,593.82

**2.1414** **Priority creditor's name and mailing address**
Karen Stone
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 5 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,497.62    Priority amount: $7,497.62

Debtor    YesCare Co...    Case number (if known) ...
Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1415** **Priority creditor's name and mailing address**
Karen T Rhodes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 3 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,313.89   Priority amount: Unknown

---

**2.1416** **Priority creditor's name and mailing address**
Karen T Rhodes
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 3 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $390.33   Priority amount: $390.33

---

**2.1417** **Priority creditor's name and mailing address**
Karen Thompkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

**2.1418** **Priority creditor's name and mailing address**
Karen Van Reine
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 8 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,946.94   Priority amount: $6,946.94

---

**2.1419** **Priority creditor's name and mailing address**
Karen Van Reine
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 8 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,769.23   Priority amount: $1,769.23

---

**2.1420** **Priority creditor's name and mailing address**
Karilyn T White
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 3 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,840.91   Priority amount: $1,840.91

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1421**  **Priority creditor's name and mailing address**
Karla L Sapp
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 8 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $10,108.02   $10,108.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1422**  **Priority creditor's name and mailing address**
Karla L Sapp
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 8 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $1,653.34   $1,653.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1423**  **Priority creditor's name and mailing address**
Karoline Marzouk
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 2 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $4,952.89   $4,952.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1424**  **Priority creditor's name and mailing address**
Karyn Wood
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 4 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**  $0.00   Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1425**  **Priority creditor's name and mailing address**
Kassie Nichols
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 9 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  $2,095.81   $2,095.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1426**  **Priority creditor's name and mailing address**
Katelyn A Kirchhoff
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 0 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**  $469.24   Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1427** | **Priority creditor's name and mailing address**
KaTerria M Kelly
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 7 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,312.03 — Priority amount: $2,312.03

---

**2.1428** | **Priority creditor's name and mailing address**
Katherine Delgado
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        7 7 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.20 — Priority amount: Unknown

---

**2.1429** | **Priority creditor's name and mailing address**
Katherine Dunn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        5 0 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $14,710.96 — Priority amount: $14,710.96

---

**2.1430** | **Priority creditor's name and mailing address**
Katherine Dunn
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        5 0 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,326.06 — Priority amount: $7,326.06

---

**2.1431** | **Priority creditor's name and mailing address**
Katherine E Schmitz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        7 0 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00 — Priority amount: Unknown

---

**2.1432** | **Priority creditor's name and mailing address**
Katherine Gibson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        3 0 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,688.46 — Priority amount: $5,688.46

---

Debtor    YesCare Corp    _Case number (if known)_ _____

Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1433** **Priority creditor's name and mailing address**
Katherine J Wahner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,720.58     Priority amount: Unknown

---

**2.1434** **Priority creditor's name and mailing address**
Katherine L Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,662.73     Priority amount: $3,662.73

---

**2.1435** **Priority creditor's name and mailing address**
Katherine L Taylor
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 2 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $940.44     Priority amount: $940.44

---

**2.1436** **Priority creditor's name and mailing address**
Kathleen A Ransom Bell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.1437** **Priority creditor's name and mailing address**
Kathleen D Rikard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 5 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,125.09     Priority amount: $2,125.09

---

**2.1438** **Priority creditor's name and mailing address**
Kathleen J Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,276.57     Priority amount: $9,276.57

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 240 of 761

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1439** **Priority creditor's name and mailing address**
Kathleen J Patterson
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    0 0 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,618.55      $2,618.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1440** **Priority creditor's name and mailing address**
Kathleen M Bechen
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    4 9 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,113.05      $2,113.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1441** **Priority creditor's name and mailing address**
Kathleen Naze-Cutillo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    9 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $7,459.39      $7,459.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1442** **Priority creditor's name and mailing address**
Kathleen Wethington
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    0 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,468.09      $5,468.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1443** **Priority creditor's name and mailing address**
Kathryn B Craven
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    6 7 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $311.03      $311.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1444** **Priority creditor's name and mailing address**
Kathryn Bowman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

  **Last 4 digits of account number**    7 1 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $5,267.60      Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Debtor    YesCare Co    *Case number (if known)*_____

Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2.1445** **Priority creditor's name and mailing address**
Kathryn Callens
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 7 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,362.74          Priority amount: $1,362.74

---

**2.1446** **Priority creditor's name and mailing address**
Kathryn Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        4 9 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,929.43          Priority amount: $1,929.43

---

**2.1447** **Priority creditor's name and mailing address**
Kathryn U Sumpter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 5 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,710.69          Priority amount: $1,710.69

---

**2.1448** **Priority creditor's name and mailing address**
Kathy M Corbin-Greer
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 9 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,936.91          Priority amount: Unknown

---

**2.1449** **Priority creditor's name and mailing address**
Kathy M Corbin-Greer
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 9 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,402.72          Priority amount: $2,402.72

---

**2.1450** **Priority creditor's name and mailing address**
Katie A Gostischa
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 5 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,022.59          Priority amount: $4,022.59

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1451** Priority creditor's name and mailing address
Katina Ford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $6,728.84    $6,728.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1452** Priority creditor's name and mailing address
Katrena Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 7 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $3,832.06    $3,832.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1453** Priority creditor's name and mailing address
Katrice L Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 8 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $1,225.84    $1,225.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1454** Priority creditor's name and mailing address
Katrina Allen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 5 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $3,832.00    $3,832.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1455** Priority creditor's name and mailing address
Katrina James
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 4 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $4,550.77    $4,550.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1456** Priority creditor's name and mailing address
Katrina Nelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 7 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $2,158.75    $2,158.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1457** | **Priority creditor's name and mailing address**
Katrina Rodriguez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 4 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1458** | **Priority creditor's name and mailing address**
Katrina Rodriguez
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     9 4 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $65.53    Priority amount: $65.53

---

**2.1459** | **Priority creditor's name and mailing address**
Katrina Tarver
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     7 9 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,645.58    Priority amount: $2,645.58

---

**2.1460** | **Priority creditor's name and mailing address**
Kattie Stallworth
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,737.98    Priority amount: $3,737.98

---

**2.1461** | **Priority creditor's name and mailing address**
Kattie Stallworth
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     6 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,164.15    Priority amount: $2,164.15

---

**2.1462** | **Priority creditor's name and mailing address**
Kavina K Jani
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 4 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $637.50    Priority amount: $637.50

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1463** **Priority creditor's name and mailing address**
Kawana Nelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    9 5 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $0.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1464** **Priority creditor's name and mailing address**
Kayla Hatcher
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    5 5 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,177.86    $4,177.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1465** **Priority creditor's name and mailing address**
Kayla Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    6 6 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $1,260.00    $1,260.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1466** **Priority creditor's name and mailing address**
Kayla M Mccovery
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**    5 2 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $559.28    $559.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1467** **Priority creditor's name and mailing address**
Kayla M McCovery
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    5 2 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $4,269.30    $4,269.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1468** **Priority creditor's name and mailing address**
Kayla Vess
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    0 1 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**   $2,008.85    $2,008.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1469** **Priority creditor's name and mailing address**
Kaylyn Bowie
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      6 9 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,396.23    Priority amount: $3,396.23

**2.1470** **Priority creditor's name and mailing address**
KayNeisha S Dickerson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      8 6 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,030.52    Priority amount: $1,030.52

**2.1471** **Priority creditor's name and mailing address**
Kdijiyah Bryant
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      0 3 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,191.30    Priority amount: $1,191.30

**2.1472** **Priority creditor's name and mailing address**
Keeley M Burgess
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      4 7 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,959.41    Priority amount: $2,959.41

**2.1473** **Priority creditor's name and mailing address**
Keeley M Burgess
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**      4 7 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,448.78    Priority amount: $1,448.78

**2.1474** **Priority creditor's name and mailing address**
Kelisha Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**      1 5 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,791.69    Priority amount: $3,791.69

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1475** **Priority creditor's name and mailing address**
Kelley J Spring
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 2 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00 | Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1476** **Priority creditor's name and mailing address**
Kelli A Roseberry
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 0 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,590.44 | $3,590.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1477** **Priority creditor's name and mailing address**
Kellie D Mcgee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 3 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,025.83 | $3,025.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1478** **Priority creditor's name and mailing address**
Kellie Kirkbride
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 5 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $3,855.60 | Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1479** **Priority creditor's name and mailing address**
Kellie M Mcgee-Hunter
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 3 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $337.79 | $337.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.1480** **Priority creditor's name and mailing address**
Kellie Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 2 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,515.48 | $1,515.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1481 Priority creditor's name and mailing address**
Kelly Boettcher
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,663.20   Priority amount: Unknown

---

**2.1482 Priority creditor's name and mailing address**
Kelly Boettcher
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,572.80   Priority amount: $2,572.80

---

**2.1483 Priority creditor's name and mailing address**
Kelly Brutus
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 1 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,011.37   Priority amount: Unknown

---

**2.1484 Priority creditor's name and mailing address**
Kelly D Rivard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 3 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,893.60   Priority amount: $2,893.60

---

**2.1485 Priority creditor's name and mailing address**
Kelly Devane
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 1 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,266.61   Priority amount: $1,266.61

---

**2.1486 Priority creditor's name and mailing address**
Kelly Hastings
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,377.03   Priority amount: $3,377.03

---

### Part 1:     Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1487**   **Priority creditor's name and mailing address**
Kelly L Stith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 3 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,692.88    Priority amount: $3,692.88

---

**2.1488**   **Priority creditor's name and mailing address**
Kelsey M Briceno Mcgill
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1489**   **Priority creditor's name and mailing address**
Kelsey Romanoff
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,110.69    Priority amount: $1,110.69

---

**2.1490**   **Priority creditor's name and mailing address**
Keltni G Prescott
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 7 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,297.09    Priority amount: $7,297.09

---

**2.1491**   **Priority creditor's name and mailing address**
Keltni G Prescott
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 7 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,006.89    Priority amount: $2,006.89

---

**2.1492**   **Priority creditor's name and mailing address**
Kendall Gilbert
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 1 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,741.92    Priority amount: $3,741.92

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1493** **Priority creditor's name and mailing address**
Kendel P Challinor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 1 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,999.20    Priority amount: Unknown

---

**2.1494** **Priority creditor's name and mailing address**
Kendel P Challinor
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 1 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,134.08    Priority amount: $2,134.08

---

**2.1495** **Priority creditor's name and mailing address**
Kendra D Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,249.50    Priority amount: $2,249.50

---

**2.1496** **Priority creditor's name and mailing address**
Kendra Green
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 1 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,225.53    Priority amount: $5,225.53

---

**2.1497** **Priority creditor's name and mailing address**
Kendra Poulson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1498** **Priority creditor's name and mailing address**
Kendra Reese
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 8 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,627.37    Priority amount: $4,627.37

---

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | | Total claim | Priority amount |
|--|--|--|--|--|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1499** 

**Priority creditor's name and mailing address**
Kendra Reese
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       7 8 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $728.10    Priority amount: $728.10

---

**2.1500**

**Priority creditor's name and mailing address**
Kendra Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       8 3 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,481.58    Priority amount: $2,481.58

---

**2.1501**

**Priority creditor's name and mailing address**
Kendral Guthridge
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       5 2 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,430.99    Priority amount: $1,430.99

---

**2.1502**

**Priority creditor's name and mailing address**
Kenlandra Battles
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       9 6 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $229.82    Priority amount: $229.82

---

**2.1503**

**Priority creditor's name and mailing address**
Kenneth Wynn
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       5 5 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,566.40    Priority amount: $7,566.40

---

**2.1504**

**Priority creditor's name and mailing address**
Kenyata Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       2 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,847.60    Priority amount: $4,847.60

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1505** **Priority creditor's name and mailing address**
Kenyata Patterson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,193.91 / $2,193.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1506** **Priority creditor's name and mailing address**
Keri L Sallee
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 6 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $10,363.22 / $10,363.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1507** **Priority creditor's name and mailing address**
Kerri Ellis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 2 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,684.00 / $1,684.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1508** **Priority creditor's name and mailing address**
Kerri Hall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,053.31 / $3,053.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1509** **Priority creditor's name and mailing address**
Kerry L Pruett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 2 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $4,681.00 / Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1510** **Priority creditor's name and mailing address**
Keshana Owens
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 8 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $2,357.36 / Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1511** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $29,629.97 | $17,150.00

Kevin Pettus
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 2 6 9 0

**Basis of claim:**
Wages and PTO

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1512** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,524.87 | Unknown

Kevin Raines
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 4 6 3

**Basis of claim:**
PTO

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Employee Related

---

**2.1513** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,038.73 | $2,038.73

Kevin Raines
Address Redacted
**Date or dates debt was incurred**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 4 6 3

**Basis of claim:**
401K Contribution

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1514** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00

Kevin Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 6 3 6 3

**Basis of claim:**
Wages

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1515** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,028.38 | $2,028.38

Keyeira S Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** 5 0 6 7

**Basis of claim:**
Wages

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1516** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,259.32 | Unknown

Keyshla Acevedo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number** 7 2 3 5

**Basis of claim:**
PTO

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Employee Related

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 253 of 761

## Part 1:     Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1517** **Priority creditor's name and mailing address**
Khadijah Abdul Hakim
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 4 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,177.05     Priority amount: Unknown

---

**2.1518** **Priority creditor's name and mailing address**
Khadijah M Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 7 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,011.29     Priority amount: Unknown

---

**2.1519** **Priority creditor's name and mailing address**
Khaleah Mitchell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,012.07     Priority amount: $2,012.07

---

**2.1520** **Priority creditor's name and mailing address**
Khaleah Mitchell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     1 7 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $359.02     Priority amount: $359.02

---

**2.1521** **Priority creditor's name and mailing address**
Khloe Karo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 5 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,972.70     Priority amount: Unknown

---

**2.1522** **Priority creditor's name and mailing address**
Kiana Callahan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 4 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,848.00     Priority amount: $1,848.00

---

Debtor    YesCare Co    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 277 of 845
Name
Case number (if known)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1523** **Priority creditor's name and mailing address**
Kiarya Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 2 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,846.90   $1,846.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1524** **Priority creditor's name and mailing address**
Kierra Shuford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 2 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $0.04   $0.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1525** **Priority creditor's name and mailing address**
Kim A Mccarley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     6 6 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,622.74   $2,622.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1526** **Priority creditor's name and mailing address**
Kim J Lawrence
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 7 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,886.76   $2,886.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1527** **Priority creditor's name and mailing address**
Kim N Demelo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     6 3 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $6,384.13   $6,384.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1528** **Priority creditor's name and mailing address**
Kim Parks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 7 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $9,435.06   $9,435.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor     YesCare Co_____   _____
                                              Case number *(if known)*
           Name

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1529** **Priority creditor's name and mailing address**
Kimberley Wells
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     1 7 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,781.88    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1530** **Priority creditor's name and mailing address**
Kimberly A May
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 2 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $579.36    $579.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1531** **Priority creditor's name and mailing address**
Kimberly A Parks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 7 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $10,446.71    $10,446.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1532** **Priority creditor's name and mailing address**
Kimberly A Sommers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 2 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $3,408.38    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1533** **Priority creditor's name and mailing address**
Kimberly A Steinert
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     6 4 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,650.56    $1,650.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1534** **Priority creditor's name and mailing address**
Kimberly Barefoot
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 4 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,387.37    $2,387.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.1535** **Priority creditor's name and mailing address**
Kimberly D Allen
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 6 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,474.26    Priority amount: Unknown

---

**2.1536** **Priority creditor's name and mailing address**
Kimberly D Allen
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 6 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,879.77    Priority amount: $1,879.77

---

**2.1537** **Priority creditor's name and mailing address**
Kimberly D Bowman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 8 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,129.00    Priority amount: $4,129.00

---

**2.1538** **Priority creditor's name and mailing address**
Kimberly D Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,532.33    Priority amount: $1,532.33

---

**2.1539** **Priority creditor's name and mailing address**
Kimberly D Peterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 2 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,123.38    Priority amount: $2,123.38

---

**2.1540** **Priority creditor's name and mailing address**
Kimberly Daniels
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 8 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,217.60    Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1541** **Priority creditor's name and mailing address**
Kimberly Daniels
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     0 8 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,840.00     Priority amount: $2,840.00

---

**2.1542** **Priority creditor's name and mailing address**
Kimberly E Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     6 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,055.35     Priority amount: $3,055.35

---

**2.1543** **Priority creditor's name and mailing address**
Kimberly Earl
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 2 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,881.60     Priority amount: Unknown

---

**2.1544** **Priority creditor's name and mailing address**
Kimberly Frank
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 1 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,787.20     Priority amount: $2,787.20

---

**2.1545** **Priority creditor's name and mailing address**
Kimberly Green
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 4 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,481.63     Priority amount: $7,481.63

---

**2.1546** **Priority creditor's name and mailing address**
Kimberly Hill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 3 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,188.17     Priority amount: $4,188.17

---

| Part 1: | Additional Page | | | |
|---------|-----------------|--|--|--|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|--|--|--|--|--|

**2.1547** **Priority creditor's name and mailing address**
Kimberly Hollingsworth
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 1 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,291.35     $6,291.35

---

**2.1548** **Priority creditor's name and mailing address**
Kimberly Hollingsworth
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 1 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,741.01     $1,741.01

---

**2.1549** **Priority creditor's name and mailing address**
Kimberly Hughes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 0 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,734.70     $5,734.70

---

**2.1550** **Priority creditor's name and mailing address**
Kimberly L Mcneal
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 9 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,799.98     $1,799.98

---

**2.1551** **Priority creditor's name and mailing address**
Kimberly L McNeal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 9 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,956.06     $5,956.06

---

**2.1552** **Priority creditor's name and mailing address**
Kimberly M Jaggars
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 2 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,161.99     $4,161.99

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1553** **Priority creditor's name and mailing address**
Kimberly M Jaggars
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        5 2 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,109.00    $2,109.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1554** **Priority creditor's name and mailing address**
Kimberly M Sanders
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number        4 9 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,227.87    $4,227.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1555** **Priority creditor's name and mailing address**
Kimberly M Sanders
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        4 9 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,142.37    $2,142.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1556** **Priority creditor's name and mailing address**
Kimberly M Simpson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number        4 8 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,847.60    $4,847.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1557** **Priority creditor's name and mailing address**
Kimberly M Simpson
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        4 8 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $614.13    $614.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1558** **Priority creditor's name and mailing address**
Kimberly Mccants
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number        9 4 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,207.74    $1,207.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 260 of 761

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1559**   **Priority creditor's name and mailing address**
Kimberly McCants
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    9 4 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,687.29     $4,687.29

**2.1560**   **Priority creditor's name and mailing address**
Kimberly N Friel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    4 0 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,382.03     $6,382.03

**2.1561**   **Priority creditor's name and mailing address**
Kimberly Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    9 8 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,386.72     $5,386.72

**2.1562**   **Priority creditor's name and mailing address**
Kimberly R Snapp
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    8 0 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,406.28     $8,406.28

**2.1563**   **Priority creditor's name and mailing address**
Kimberly R Snapp
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    8 0 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,246.87     $2,246.87

**2.1564**   **Priority creditor's name and mailing address**
Kimberly S Randolph
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    4 1 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,923.08     $6,923.08

## Part 1:  Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1565** **Priority creditor's name and mailing address**
Kimberly S Randolph
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 1 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,519.05     Priority amount: $2,519.05

---

**2.1566** **Priority creditor's name and mailing address**
Kimberly Surles
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      4 8 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,512.00     Priority amount: $5,512.00

---

**2.1567** **Priority creditor's name and mailing address**
Kimberly Surles
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 8 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,172.92     Priority amount: $2,172.92

---

**2.1568** **Priority creditor's name and mailing address**
Kimberly Zullo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 9 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,160.57     Priority amount: $2,160.57

---

**2.1569** **Priority creditor's name and mailing address**
Kimberlyn Breaden
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 1 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $948.99     Priority amount: $948.99

---

**2.1570** **Priority creditor's name and mailing address**
Kimberlyn Cheatham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      6 3 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,377.30     Priority amount: $1,377.30

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1571 Priority creditor's name and mailing address**
Kingsley Uzo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       7 5 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,589.21   Priority amount: $2,589.21

---

**2.1572 Priority creditor's name and mailing address**
Kinley Cairns
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       0 2 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,018.90   Priority amount: $1,018.90

---

**2.1573 Priority creditor's name and mailing address**
Kinwin Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       0 3 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $542.30   Priority amount: $542.30

---

**2.1574 Priority creditor's name and mailing address**
Kiren George
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       9 1 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,293.57   Priority amount: $3,293.57

---

**2.1575 Priority creditor's name and mailing address**
Kirk J Anderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       7 5 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,603.71   Priority amount: $9,603.71

---

**2.1576 Priority creditor's name and mailing address**
Kirk J Anderson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       7 5 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,954.74   Priority amount: $1,954.74

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 263 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1577** **Priority creditor's name and mailing address**
Kirsten D Lane
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 1 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,874.85    Priority amount: $3,874.85

---

**2.1578** **Priority creditor's name and mailing address**
Kirsten Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,838.25    Priority amount: $1,838.25

---

**2.1579** **Priority creditor's name and mailing address**
Kishari Muse
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 7 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,467.22    Priority amount: $1,467.22

---

**2.1580** **Priority creditor's name and mailing address**
Kizzy K Evans
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 1 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $773.98    Priority amount: Unknown

---

**2.1581** **Priority creditor's name and mailing address**
Korina B Gray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,468.09    Priority amount: $5,468.09

---

**2.1582** **Priority creditor's name and mailing address**
Korina B Gray
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,501.29    Priority amount: $1,501.29

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1583** **Priority creditor's name and mailing address**
Kristen Crawford
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 2 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,184.29    Priority amount: $3,184.29

---

**2.1584** **Priority creditor's name and mailing address**
Kristen Jochimsen
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 6 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,011.15    Priority amount: $9,011.15

---

**2.1585** **Priority creditor's name and mailing address**
Kristen Jochimsen
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 6 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,049.23    Priority amount: $2,049.23

---

**2.1586** **Priority creditor's name and mailing address**
Kristi A Stewart
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 0 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,896.18    Priority amount: $5,896.18

---

**2.1587** **Priority creditor's name and mailing address**
Kristi A Stewart
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 0 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,460.31    Priority amount: $2,460.31

---

**2.1588** **Priority creditor's name and mailing address**
Kristi Benner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,314.41    Priority amount: $4,314.41

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1589 Priority creditor's name and mailing address**
Kristi Cowan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 6 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,845.25 $1,845.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1590 Priority creditor's name and mailing address**
Kristi Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 3 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,948.94 $2,948.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1591 Priority creditor's name and mailing address**
Kristi S Kinard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $4,383.51 $4,383.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1592 Priority creditor's name and mailing address**
Kristi S Kinard
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 1 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,207.14 $2,207.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1593 Priority creditor's name and mailing address**
Kristie E Morss
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,392.73 $1,392.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1594 Priority creditor's name and mailing address**
Kristie E Morss
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,813.84 $1,813.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1595** **Priority creditor's name and mailing address**
Kristie Trice
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    6 7 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,287.39    Priority amount: Unknown

---

**2.1596** **Priority creditor's name and mailing address**
Kristie Trice
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    6 7 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,887.36    Priority amount: $1,887.36

---

**2.1597** **Priority creditor's name and mailing address**
Kristin Berry
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    1 3 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $16,336.76    Priority amount: $16,336.76

---

**2.1598** **Priority creditor's name and mailing address**
Kristin Berry
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    1 3 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $880.35    Priority amount: $880.35

---

**2.1599** **Priority creditor's name and mailing address**
Kristin Outwater
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    8 7 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,120.05    Priority amount: $4,120.05

---

**2.1600** **Priority creditor's name and mailing address**
Kristina A Montgomery
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    4 3 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,927.55    Priority amount: $9,927.55

---

Debtor YesCare Corp. Case 2:26-bk-01089-FMR Doc 22 Filed 06/23/26 *Case number (if known)* Page 290 of 845

Name

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

### 2.1601
**Priority creditor's name and mailing address**
Kristina Hagan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       5 1 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,931.62   Priority amount: $3,931.62

### 2.1602
**Priority creditor's name and mailing address**
Kristina M Troutman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       2 6 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,174.56   Priority amount: $9,174.56

### 2.1603
**Priority creditor's name and mailing address**
Kristy Benjamin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       8 8 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $214.60   Priority amount: $214.60

### 2.1604
**Priority creditor's name and mailing address**
Kristy Bragg
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       0 7 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $979.06   Priority amount: $979.06

### 2.1605
**Priority creditor's name and mailing address**
Kristy L Godwin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       6 5 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,306.50   Priority amount: $3,306.50

### 2.1606
**Priority creditor's name and mailing address**
Kristy L Godwin
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       6 5 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,654.45   Priority amount: $1,654.45

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1607** **Priority creditor's name and mailing address**
Kristy N Drake
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,281.47   Priority amount: $2,281.47

---

**2.1608** **Priority creditor's name and mailing address**
Krystal Marie Caraballo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,028.62   Priority amount: Unknown

---

**2.1609** **Priority creditor's name and mailing address**
Kungchiha Jeoboham
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $12,526.40   Priority amount: Unknown

---

**2.1610** **Priority creditor's name and mailing address**
Kungchiha Jeoboham
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,045.81   Priority amount: $3,045.81

---

**2.1611** **Priority creditor's name and mailing address**
Kurtisia Crosby
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 4 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,320.29   Priority amount: $1,320.29

---

**2.1612** **Priority creditor's name and mailing address**
Kyle L Longmire
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 3 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,692.31   Priority amount: $2,692.31

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1613** **Priority creditor's name and mailing address**
Kyle Neal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     0 0 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $695.95    Priority amount: $695.95

---

**2.1614** **Priority creditor's name and mailing address**
Kyosha Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 3 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $141.49    Priority amount: Unknown

---

**2.1615** **Priority creditor's name and mailing address**
LaBreska L McKenzie
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 4 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,159.52    Priority amount: $8,159.52

---

**2.1616** **Priority creditor's name and mailing address**
Lacara Mitchell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,756.91    Priority amount: Unknown

---

**2.1617** **Priority creditor's name and mailing address**
LaCharla Kirksey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 9 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $742.20    Priority amount: $742.20

---

**2.1618** **Priority creditor's name and mailing address**
Lachelle Lee
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     0 0 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,990.00    Priority amount: $1,990.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 270 of 761

Debtor    YesCare Corp _____  *Case number (if known)* 2:26-bk-01089-FMR
Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1619** **Priority creditor's name and mailing address**
Lacy L Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 9 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,808.78    Priority amount: $4,808.78

---

**2.1620** **Priority creditor's name and mailing address**
Ladarius D Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $736.83    Priority amount: $736.83

---

**2.1621** **Priority creditor's name and mailing address**
Ladonna M Pope
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 6 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $275.61    Priority amount: $275.61

---

**2.1622** **Priority creditor's name and mailing address**
Lajunba Waugh
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,460.95    Priority amount: $2,460.95

---

**2.1623** **Priority creditor's name and mailing address**
Lajunba Waugh
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 2 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,047.33    Priority amount: $1,047.33

---

**2.1624** **Priority creditor's name and mailing address**
Lakecia M Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 8 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,079.77    Priority amount: $3,079.77

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 271 of 761

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1625** **Priority creditor's name and mailing address**
LaKeithia Hill
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 7 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,864.00 · $2,864.00

---

**2.1626** **Priority creditor's name and mailing address**
Lakeshia Baker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 8 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,355.80 · $3,355.80

---

**2.1627** **Priority creditor's name and mailing address**
Lakeshia Baker
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 8 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,705.14 · $1,705.14

---

**2.1628** **Priority creditor's name and mailing address**
Lakeshia Crenshaw
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 0 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,442.06 · $3,442.06

---

**2.1629** **Priority creditor's name and mailing address**
Lakisha Knight
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 4 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,684.47 · $1,684.47

---

**2.1630** **Priority creditor's name and mailing address**
LaKisha Knight
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 4 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,530.00 · $2,530.00

---

Debtor    YesCare Corp    _Case number (if known)_

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1631** **Priority creditor's name and mailing address**
Lalitha Trivikram
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    $29,232.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1632** **Priority creditor's name and mailing address**
Lalitha Trivikram
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 2 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $7,297.98    $7,297.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1633** **Priority creditor's name and mailing address**
LaMeika Abner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $1,897.20    $1,897.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1634** **Priority creditor's name and mailing address**
Lamonica Sims
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 9 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $19.23    $19.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1635** **Priority creditor's name and mailing address**
Lamya L Singh
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 7 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    $0.00    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.1636** **Priority creditor's name and mailing address**
Lance Morris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:    $920.00    $920.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 273 of 761

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1637** **Priority creditor's name and mailing address**
Lanita Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 6 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,795.11    Priority amount: $1,795.11

---

**2.1638** **Priority creditor's name and mailing address**
LaQiandria Young
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 9 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,497.94    Priority amount: $1,497.94

---

**2.1639** **Priority creditor's name and mailing address**
Laquanda Hall Chappell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 8 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,921.28    Priority amount: $2,921.28

---

**2.1640** **Priority creditor's name and mailing address**
Laquesha R Reaves
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 9 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $530.44    Priority amount: Unknown

---

**2.1641** **Priority creditor's name and mailing address**
LaQuisha M Banks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,645.35    Priority amount: $1,645.35

---

**2.1642** **Priority creditor's name and mailing address**
Laquista Shepherd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 2 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,672.01    Priority amount: $1,672.01

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.1643** **Priority creditor's name and mailing address**
LaRonda Ross
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 4 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,803.47    Priority amount: $1,803.47

**2.1644** **Priority creditor's name and mailing address**
Lasandra Williams
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,084.14    Priority amount: $1,084.14

**2.1645** **Priority creditor's name and mailing address**
LaSandra Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,980.64    Priority amount: $1,980.64

**2.1646** **Priority creditor's name and mailing address**
LaShanda T White
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 6 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,830.66    Priority amount: $1,830.66

**2.1647** **Priority creditor's name and mailing address**
Lasheka Fussell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 9 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1.47    Priority amount: Unknown

**2.1648** **Priority creditor's name and mailing address**
Lashena Simms
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 7 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1649** **Priority creditor's name and mailing address**
LaShun A Young
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 2 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,435.05    Priority amount: $5,435.05

**2.1650** **Priority creditor's name and mailing address**
LaShunda Brantley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 2 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,912.00    Priority amount: $3,912.00

**2.1651** **Priority creditor's name and mailing address**
Lashundia Cooks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,788.21    Priority amount: $1,788.21

**2.1652** **Priority creditor's name and mailing address**
Latasha C Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 5 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $380.00    Priority amount: $380.00

**2.1653** **Priority creditor's name and mailing address**
LaTasha Daniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 7 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,476.91    Priority amount: $6,476.91

**2.1654** **Priority creditor's name and mailing address**
LaTasha Hunter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 1 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,758.75    Priority amount: $1,758.75

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1655** **Priority creditor's name and mailing address**
Latasha Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number** 0 4 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,850.80    Priority amount: $1,850.80

**2.1656** **Priority creditor's name and mailing address**
Latasha M Shoulders
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number** 2 5 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,145.34    Priority amount: $3,145.34

**2.1657** **Priority creditor's name and mailing address**
LaTerrika Gray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number** 0 0 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,921.45    Priority amount: $1,921.45

**2.1658** **Priority creditor's name and mailing address**
Latia Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number** 9 8 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.1659** **Priority creditor's name and mailing address**
LaTiah Wheeler-Corcino
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number** 8 5 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,366.30    Priority amount: $1,366.30

**2.1660** **Priority creditor's name and mailing address**
Laticsha M Springs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number** 5 5 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,323.18    Priority amount: $3,323.18

Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1661** **Priority creditor's name and mailing address**
LaTonia J Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,871.50    Priority amount: $2,871.50

---

**2.1662** **Priority creditor's name and mailing address**
LaTonya Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 1 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1.52    Priority amount: $1.52

---

**2.1663** **Priority creditor's name and mailing address**
LaTonya Greene
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 1 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $11,753.24    Priority amount: $11,753.24

---

**2.1664** **Priority creditor's name and mailing address**
Latonya Jones
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 6 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,330.72    Priority amount: $1,330.72

---

**2.1665** **Priority creditor's name and mailing address**
LaTonya Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 6 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,627.27    Priority amount: $3,627.27

---

**2.1666** **Priority creditor's name and mailing address**
LaTonya M Blanks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 8 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,401.04    Priority amount: $2,401.04

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1667** **Priority creditor's name and mailing address**
Latonya Marchman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 4 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,396.78    Priority amount: $5,396.78

---

**2.1668** **Priority creditor's name and mailing address**
Latoya Clarke
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 5 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1669** **Priority creditor's name and mailing address**
Latoya D Upshaw
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,841.19    Priority amount: $1,841.19

---

**2.1670** **Priority creditor's name and mailing address**
Latoya N Florence
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 3 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,981.04    Priority amount: $5,981.04

---

**2.1671** **Priority creditor's name and mailing address**
LaTreece Goldthwaite Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,680.74    Priority amount: $2,680.74

---

**2.1672** **Priority creditor's name and mailing address**
Latunya Hammond
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 4 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1673 Priority creditor's name and mailing address**
LaTyona C Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　0 4 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,510.05　　Priority amount: $1,510.05

**2.1674 Priority creditor's name and mailing address**
Laura E Driggers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　1 5 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,099.99　　Priority amount: $5,099.99

**2.1675 Priority creditor's name and mailing address**
Laura E Driggers
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**　　1 5 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,564.82　　Priority amount: $2,564.82

**2.1676 Priority creditor's name and mailing address**
Laura Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　8 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,074.25　　Priority amount: $3,074.25

**2.1677 Priority creditor's name and mailing address**
Laura Sweet
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　0 3 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,913.43　　Priority amount: $1,913.43

**2.1678 Priority creditor's name and mailing address**
Laura Tate
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　0 2 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,800.00　　Priority amount: $4,800.00

Debtor YesCare Corp *Case number (if known)*

Name

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1679** **Priority creditor's name and mailing address**
Lauren House
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,351.54
Priority amount: $4,351.54

---

**2.1680** **Priority creditor's name and mailing address**
Lauren Phipps
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 0 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,956.10
Priority amount: Unknown

---

**2.1681** **Priority creditor's name and mailing address**
Lauren Phipps
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 0 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,902.02
Priority amount: $1,902.02

---

**2.1682** **Priority creditor's name and mailing address**
Lauren Rice
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,631.81
Priority amount: $2,631.81

---

**2.1683** **Priority creditor's name and mailing address**
Laurie S Agerton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 6 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,687.32
Priority amount: $2,687.32

---

**2.1684** **Priority creditor's name and mailing address**
LaVerne Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,682.48
Priority amount: $9,682.48

---

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims Page 281 of 761

| Part 1: | Additional Page |
|---------|-----------------|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.1685**   **Priority creditor's name and mailing address**
Lawanda Mckinnon
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     3 9 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    **$952.39**     **$952.39**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1686**   **Priority creditor's name and mailing address**
Lawanda Mckinnon
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     3 9 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    **$599.95**     **$599.95**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1687**   **Priority creditor's name and mailing address**
Lawrence Alexander
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     1 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    **$17,122.45**     **$17,122.45**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1688**   **Priority creditor's name and mailing address**
Layla Langfeldt
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     8 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:    **$1,327.23**     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1689**   **Priority creditor's name and mailing address**
Lea Jarrett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     7 8 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    **$5,622.24**     **$5,622.24**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1690**   **Priority creditor's name and mailing address**
Leah Thornhill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     5 8 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:    **$158.70**     **$158.70**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1691** **Priority creditor's name and mailing address**
Leann K Stern
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       2 5 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,958.56    Priority amount: Unknown

---

**2.1692** **Priority creditor's name and mailing address**
Leann K Stern
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       2 5 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,928.14    Priority amount: $1,928.14

---

**2.1693** **Priority creditor's name and mailing address**
LeAnne Conkling
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,393.80    Priority amount: $2,393.80

---

**2.1694** **Priority creditor's name and mailing address**
Leanne G Minton
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       4 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,098.45    Priority amount: $2,098.45

---

**2.1695** **Priority creditor's name and mailing address**
LeAnne G Minton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       4 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,249.87    Priority amount: $4,249.87

---

**2.1696** **Priority creditor's name and mailing address**
Learnetta D Battle
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 7 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $885.42    Priority amount: $885.42

Name

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1697** **Priority creditor's name and mailing address**
Lecresha M Pitts
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 5 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $451.32    $451.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1698** **Priority creditor's name and mailing address**
LeCresha M Pitts
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 5 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $4,856.48    $4,856.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1699** **Priority creditor's name and mailing address**
Lee F Cunningham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,572.90    $1,572.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1700** **Priority creditor's name and mailing address**
Leighann Morgan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,368.00    $1,368.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1701** **Priority creditor's name and mailing address**
Lekeisha D Mcloyd
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 2 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,444.16    $1,444.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1702** **Priority creditor's name and mailing address**
Lekeisha D McLoyd
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 2 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,640.39    $3,640.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1703** **Priority creditor's name and mailing address**
Lenada Lynn
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 5 6 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:   $38.46    $38.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1704** **Priority creditor's name and mailing address**
Lenard Lenger
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 0 0 3
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:   $2,749.92    $2,749.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1705** **Priority creditor's name and mailing address**
Lenita S Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 2 2 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:   $648.91    $648.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1706** **Priority creditor's name and mailing address**
Lenora Bradley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 9 9 3
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:   $4,633.87    $4,633.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1707** **Priority creditor's name and mailing address**
Lenora Jones-King
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 9 7 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
Employee Related

As of the petition filing date, the claim is:   $4,171.20    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1708** **Priority creditor's name and mailing address**
Leonard V Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 7 2 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:   $6,779.34    $6,779.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1709** **Priority creditor's name and mailing address**
Leonardo Pitts
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 3 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,864.35    Priority amount: $2,864.35

**2.1710** **Priority creditor's name and mailing address**
Leonora C Muhammad
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 4 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $11,050.59    Priority amount: $11,050.59

**2.1711** **Priority creditor's name and mailing address**
Leonora C Muhammad
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 4 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,901.15    Priority amount: $3,901.15

**2.1712** **Priority creditor's name and mailing address**
Leslie Dahill
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 0 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,184.77    Priority amount: $1,184.77

**2.1713** **Priority creditor's name and mailing address**
Leslie E Mitchell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,900.04    Priority amount: $3,900.04

**2.1714** **Priority creditor's name and mailing address**
Leslie E Mitchell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 7 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,310.73    Priority amount: $1,310.73

Debtor    YesCare Corp.    _Case number (if known)_ _____

Name

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1715** **Priority creditor's name and mailing address**
Leslie M Bailey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $1,408.95    Priority amount: $1,408.95

---

**2.1716** **Priority creditor's name and mailing address**
Leslie Payton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 8 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:** Wages and PTO
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $5,238.23    Priority amount: $5,238.23

---

**2.1717** **Priority creditor's name and mailing address**
Leslie R Duff
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 5 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:** Wages and PTO
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $8,444.16    Priority amount: $8,444.16

---

**2.1718** **Priority creditor's name and mailing address**
Leslie R Pray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 7 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $1,624.62    Priority amount: $1,624.62

---

**2.1719** **Priority creditor's name and mailing address**
Leslie R Pray
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 7 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:** 401K Contribution
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $718.54    Priority amount: $718.54

---

**2.1720** **Priority creditor's name and mailing address**
Leticia Y Delarosa
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 0 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:** 401K Contribution
**Is the claim subject to offset?**
☑ No.
□ Yes.

Total claim: $1,350.00    Priority amount: $1,350.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    YesCare Corp.    *Case number (if known)*

Name

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1721** **Priority creditor's name and mailing address**
LeTina Pride
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 9 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,196.84    Priority amount: $7,196.84

---

**2.1722** **Priority creditor's name and mailing address**
Letisha Hogans
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 3 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1723** **Priority creditor's name and mailing address**
Levi Allen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,090.05    Priority amount: $7,090.05

---

**2.1724** **Priority creditor's name and mailing address**
Lexus Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 4 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1725** **Priority creditor's name and mailing address**
Li Li
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 9 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,741.02    Priority amount: $5,741.02

---

**2.1726** **Priority creditor's name and mailing address**
Linda D Gilchrist
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 2 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,297.66    Priority amount: $3,297.66

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1727** **Priority creditor's name and mailing address**
Linda F McKillion
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 0 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,089.83   Priority amount: $3,089.83

**2.1728** **Priority creditor's name and mailing address**
Linda Hajir
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 9 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,104.00   Priority amount: Unknown

**2.1729** **Priority creditor's name and mailing address**
Linda Heilman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 7 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $107.14   Priority amount: $107.14

**2.1730** **Priority creditor's name and mailing address**
Linda K Bowling
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 8 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,461.53   Priority amount: $4,461.53

**2.1731** **Priority creditor's name and mailing address**
Linda K Krantz
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 7 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $801.29   Priority amount: $801.29

**2.1732** **Priority creditor's name and mailing address**
Linda M Garcia
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,891.63   Priority amount: $1,891.63

Debtor    YesCare Corp    *Case number (if known)*

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1733** **Priority creditor's name and mailing address**
Linda M Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 3 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,303.52          $2,303.52

---

**2.1734** **Priority creditor's name and mailing address**
Linda Reeves
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       7 0 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,954.74          $2,954.74

---

**2.1735** **Priority creditor's name and mailing address**
Lindsay H Stallings
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 6 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$278.20          $278.20

---

**2.1736** **Priority creditor's name and mailing address**
Lindsay Pope
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       7 4 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,524.55          $1,524.55

---

**2.1737** **Priority creditor's name and mailing address**
Lindsay Pope
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       7 4 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$453.14          $453.14

---

**2.1738** **Priority creditor's name and mailing address**
Lindsey Case
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       9 3 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,965.18          $2,965.18

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 290 of 761

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1739** **Priority creditor's name and mailing address**
Lisa A Fauntleroy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 1 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,772.36    Priority amount: Unknown

---

**2.1740** **Priority creditor's name and mailing address**
Lisa A Fauntleroy
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 1 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,746.10    Priority amount: $2,746.10

---

**2.1741** **Priority creditor's name and mailing address**
Lisa Brentzel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,242.44    Priority amount: $4,242.44

---

**2.1742** **Priority creditor's name and mailing address**
Lisa Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 4 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,754.80    Priority amount: $1,754.80

---

**2.1743** **Priority creditor's name and mailing address**
Lisa C Devoe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 0 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $999.33    Priority amount: Unknown

---

**2.1744** **Priority creditor's name and mailing address**
Lisa C Devoe
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 0 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,460.81    Priority amount: $1,460.81

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1745** **Priority creditor's name and mailing address**
Lisa D Ford-Crawford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 6 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $15,108.77    $15,108.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1746** **Priority creditor's name and mailing address**
Lisa F Brady
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 7 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,031.00    $3,031.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1747** **Priority creditor's name and mailing address**
Lisa L Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 7 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $2,993.42    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1748** **Priority creditor's name and mailing address**
Lisa M Chapman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 7 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,114.26    $1,114.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1749** **Priority creditor's name and mailing address**
Lisa M Koronich
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 4 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $4,461.54    $4,461.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1750** **Priority creditor's name and mailing address**
Lisa M Roy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 2 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,049.68    $2,049.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1751** **Priority creditor's name and mailing address**
Lisa M Roy
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     8 2 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,733.16      $1,733.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1752** **Priority creditor's name and mailing address**
Lisa M Stone
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     3 5 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $6,788.22      $6,788.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1753** **Priority creditor's name and mailing address**
Lisa M Stone
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     3 5 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $2,201.67      $2,201.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1754** **Priority creditor's name and mailing address**
Lisa M Whitehead
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     5 3 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,271.67      $3,271.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1755** **Priority creditor's name and mailing address**
Lisa Quinn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     2 4 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $1,898.80      Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1756** **Priority creditor's name and mailing address**
Lisa Tice
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     3 0 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,323.80      $3,323.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1757** **Priority creditor's name and mailing address**
Lisa V Watts
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 2 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $345.00    Priority amount: $345.00

---

**2.1758** **Priority creditor's name and mailing address**
Lisandro Dieguez Velez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 7 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,121.00    Priority amount: Unknown

---

**2.1759** **Priority creditor's name and mailing address**
Logan Moody
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,741.60    Priority amount: $7,741.60

---

**2.1760** **Priority creditor's name and mailing address**
Lois A Quaid
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 6 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,944.32    Priority amount: $1,944.32

---

**2.1761** **Priority creditor's name and mailing address**
Lois T Komolafe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 7 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,144.29    Priority amount: $1,144.29

---

**2.1762** **Priority creditor's name and mailing address**
Lora Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,186.45    Priority amount: $3,186.45

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1763** **Priority creditor's name and mailing address**
Lora Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 8 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $13,608.80    Priority amount: $13,608.80

---

**2.1764** **Priority creditor's name and mailing address**
Lorene Daniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 0 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,903.72    Priority amount: $4,903.72

---

**2.1765** **Priority creditor's name and mailing address**
Loretta George
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 5 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,133.90    Priority amount: Unknown

---

**2.1766** **Priority creditor's name and mailing address**
Loretta Jeffery
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 8 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,506.58    Priority amount: $2,506.58

---

**2.1767** **Priority creditor's name and mailing address**
Loretta Jeffery
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 8 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,369.18    Priority amount: $1,369.18

---

**2.1768** **Priority creditor's name and mailing address**
Loretta Trinco
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,951.68    Priority amount: $3,951.68

---

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1769** **Priority creditor's name and mailing address**
Lori Baker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     0 2 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,723.87     Priority amount: $2,723.87

---

**2.1770** **Priority creditor's name and mailing address**
Lori D Wings
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     0 8 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,499.98     Priority amount: $8,499.98

---

**2.1771** **Priority creditor's name and mailing address**
Lori D Wings
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     0 8 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $592.86     Priority amount: $592.86

---

**2.1772** **Priority creditor's name and mailing address**
Lori E Corsetti
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     3 2 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,408.86     Priority amount: Unknown

---

**2.1773** **Priority creditor's name and mailing address**
Lori E Corsetti
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     3 2 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,986.15     Priority amount: $1,986.15

---

**2.1774** **Priority creditor's name and mailing address**
Lori Hall
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     9 3 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,457.45     Priority amount: $3,457.45

---

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1775** **Priority creditor's name and mailing address**
Lori Hatcher
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 9 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,389.06    Priority amount: $2,389.06

**2.1776** **Priority creditor's name and mailing address**
Lori J Pollard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 2 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,145.71    Priority amount: $3,145.71

**2.1777** **Priority creditor's name and mailing address**
Lori L Tatalovich
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 7 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,939.20    Priority amount: Unknown

**2.1778** **Priority creditor's name and mailing address**
Lori Morrison
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,272.54    Priority amount: $4,272.54

**2.1779** **Priority creditor's name and mailing address**
Lori Morrison
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,413.23    Priority amount: $1,413.23

**2.1780** **Priority creditor's name and mailing address**
Lori S Olsen King
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 7 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,096.36    Priority amount: $2,096.36

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1781** **Priority creditor's name and mailing address**
Lorinda B Cowan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　9 6 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,174.89　　$5,174.89

---

**2.1782** **Priority creditor's name and mailing address**
Lorraine Graves
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　0 0 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,084.03　　$3,084.03

---

**2.1783** **Priority creditor's name and mailing address**
Lorraine Hagan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　2 6 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,877.38　　$3,877.38

---

**2.1784** **Priority creditor's name and mailing address**
Lorraine L England
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　5 1 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,119.00　　$4,119.00

---

**2.1785** **Priority creditor's name and mailing address**
Lorraine L England
Address Redacted
**Date or dates debt was incurred**

　**Last 4 digits of account number**　　5 1 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,155.57　　$2,155.57

---

**2.1786** **Priority creditor's name and mailing address**
Loudie Pierre
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　7 8 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,387.20　　Unknown

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1787** **Priority creditor's name and mailing address**
Loudie Pierre
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       7 8 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,746.16       $1,746.16

---

**2.1788** **Priority creditor's name and mailing address**
Louise P Swinney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       9 3 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$479.64       $479.64

---

**2.1789** **Priority creditor's name and mailing address**
Lovin N Worthy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       8 8 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$0.00       Unknown

---

**2.1790** **Priority creditor's name and mailing address**
Lu Wilson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       7 5 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$766.56       $766.56

---

**2.1791** **Priority creditor's name and mailing address**
Lucille H Cleveland Tookes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       9 1 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$457.86       Unknown

---

**2.1792** **Priority creditor's name and mailing address**
Lucille R Ford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       0 3 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,053.75       $2,053.75

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 299 of 761

Debtor     YesCare Corp.    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 322 of 845

Name    Case number *(if known)*

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1793**   **Priority creditor's name and mailing address**
Lucretia Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 9 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,460.21    Priority amount: $1,460.21

---

**2.1794**   **Priority creditor's name and mailing address**
Lucy Thuo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,849.38    Priority amount: $5,849.38

---

**2.1795**   **Priority creditor's name and mailing address**
Lucy Thuo
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,964.04    Priority amount: $2,964.04

---

**2.1796**   **Priority creditor's name and mailing address**
Lucyna O Frendi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 1 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,106.83    Priority amount: $7,106.83

---

**2.1797**   **Priority creditor's name and mailing address**
Luisa L Sanchez Louis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 3 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,294.56    Priority amount: Unknown

---

**2.1798**   **Priority creditor's name and mailing address**
Lydia Durrance
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $839.00    Priority amount: $839.00

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.1799** **Priority creditor's name and mailing address**
Lynay R Goodman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     3 8 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,617.43    Priority amount: Unknown

---

**2.1800** **Priority creditor's name and mailing address**
Lynda A Witkowski
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     4 9 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,105.58    Priority amount: Unknown

---

**2.1801** **Priority creditor's name and mailing address**
Lynda A Witkowski
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     4 9 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,955.83    Priority amount: $2,955.83

---

**2.1802** **Priority creditor's name and mailing address**
Lyndia J Likely
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     5 8 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,600.16    Priority amount: $2,600.16

---

**2.1803** **Priority creditor's name and mailing address**
Lyndsie Crimmins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     0 0 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,189.38    Priority amount: $1,189.38

---

**2.1804** **Priority creditor's name and mailing address**
Lynette Corbitt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     1 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,322.12    Priority amount: $1,322.12

---

Debtor    YesCare Corp.    _Case number (if known)_____
          Name

| Part 1: | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1805** **Priority creditor's name and mailing address**
Lynette Corbitt
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     1 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:  $1,700.00 | $1,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1806** **Priority creditor's name and mailing address**
Lynn Broom
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     1 3 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:  $6,193.68 | Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1807** **Priority creditor's name and mailing address**
Lynn Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 1 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:  $4,412.30 | $4,412.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1808** **Priority creditor's name and mailing address**
Lynn Harris
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 1 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:  $196.28 | $196.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1809** **Priority creditor's name and mailing address**
Lynn Wendover
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 7 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:  $2,909.21 | $2,909.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1810** **Priority creditor's name and mailing address**
Mackenzie Bruin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 0 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:  $0.30 | $0.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 302 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.1811** **Priority creditor's name and mailing address**
Macy B Neal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　9 4 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,800.00　　$1,800.00

---

**2.1812** **Priority creditor's name and mailing address**
Macy Hart
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　0 2 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,533.26　　$1,533.26

---

**2.1813** **Priority creditor's name and mailing address**
Madalyn Patterson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　7 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,073.23　　Unknown

---

**2.1814** **Priority creditor's name and mailing address**
Madalyn Patterson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**　　7 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,825.05　　$1,825.05

---

**2.1815** **Priority creditor's name and mailing address**
Madelein Cat Phuong H Tran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　8 0 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,064.42　　$3,064.42

---

**2.1816** **Priority creditor's name and mailing address**
Madeline Justiniano
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**　　0 0 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$0.00　　Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1817** | **Priority creditor's name and mailing address**
Maegan A Purdy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 0 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,710.86        $1,710.86

---

**2.1818** | **Priority creditor's name and mailing address**
Mahalian Boykin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      4 9 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,297.98        $3,297.98

---

**2.1819** | **Priority creditor's name and mailing address**
Mahalian Stewart
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      4 9 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,790.44        $1,790.44

---

**2.1820** | **Priority creditor's name and mailing address**
Maida M Wheeler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      5 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,946.85        $1,946.85

---

**2.1821** | **Priority creditor's name and mailing address**
Mala B Subran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 7 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,582.14        $2,582.14

---

**2.1822** | **Priority creditor's name and mailing address**
Malaika Wootson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 4 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,157.30        $1,157.30

---

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1823** **Priority creditor's name and mailing address**
Malana Morrison
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        4 4 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,686.63    Priority amount: $4,686.63

---

**2.1824** **Priority creditor's name and mailing address**
Mamie D Danzey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        5 0 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,513.29    Priority amount: $2,513.29

---

**2.1825** **Priority creditor's name and mailing address**
Mandip Bartels
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        2 6 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,472.58    Priority amount: $4,472.58

---

**2.1826** **Priority creditor's name and mailing address**
Manoj Chandran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        9 3 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $19,363.93    Priority amount: $17,150.00

---

**2.1827** **Priority creditor's name and mailing address**
Marbra Chandler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        5 0 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,817.81    Priority amount: $3,817.81

---

**2.1828** **Priority creditor's name and mailing address**
Marc Krank
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**        2 2 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,108.59    Priority amount: $8,108.59

Debtor    YesCare Corp.
_Name_

Case number _(if known)_

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1829** **Priority creditor's name and mailing address**
Marc Krank
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        2 2 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,766.97  Priority amount: $1,766.97

**2.1830** **Priority creditor's name and mailing address**
Marcia L Joiner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 8 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,264.00  Priority amount: $3,264.00

**2.1831** **Priority creditor's name and mailing address**
Marcial J Mendez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 4 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,882.91  Priority amount: $4,882.91

**2.1832** **Priority creditor's name and mailing address**
Margaret L Guilford
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        1 6 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,118.97  Priority amount: $3,118.97

**2.1833** **Priority creditor's name and mailing address**
Margaret L Guilford
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        1 6 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,570.47  Priority amount: $1,570.47

**2.1834** **Priority creditor's name and mailing address**
Margaret M Munguia
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 5 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00  Priority amount: Unknown

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1835** **Priority creditor's name and mailing address**
Margarita H Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 7 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $10,797.77 — $10,797.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1836** **Priority creditor's name and mailing address**
Margie Gomez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 7 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $22,720.00 — Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1837** **Priority creditor's name and mailing address**
Margie Gomez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 7 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,985.74 — $5,985.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1838** **Priority creditor's name and mailing address**
Maria Arbuzova
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 8 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,530.00 — Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1839** **Priority creditor's name and mailing address**
Maria Braxton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 4 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,442.64 — $5,442.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.1840** **Priority creditor's name and mailing address**
Maria Campos
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 6 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $4,826.88 — Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1841** **Priority creditor's name and mailing address**
Maria Esparza
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 9 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $606.43    Priority amount: $606.43

---

**2.1842** **Priority creditor's name and mailing address**
Maria L Rodriguez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     3 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,247.30    Priority amount: Unknown

---

**2.1843** **Priority creditor's name and mailing address**
Maria L Rodriguez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     3 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,434.79    Priority amount: $1,434.79

---

**2.1844** **Priority creditor's name and mailing address**
Maria O'Neal
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $17,489.99    Priority amount: $17,150.00

---

**2.1845** **Priority creditor's name and mailing address**
Maria O'Neal
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     1 7 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,780.07    Priority amount: $3,780.07

---

**2.1846** **Priority creditor's name and mailing address**
Maria Soto Vazquez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $886.69    Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.1847** **Priority creditor's name and mailing address**
Mariam Scaife
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       8 8 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1848** **Priority creditor's name and mailing address**
Mariann Rahmani
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       0 7 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,205.54    Priority amount: $8,205.54

---

**2.1849** **Priority creditor's name and mailing address**
Mariann Rahmani
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**       0 7 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,181.42    Priority amount: $2,181.42

---

**2.1850** **Priority creditor's name and mailing address**
Marianne Buss
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       9 9 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,202.97    Priority amount: $4,202.97

---

**2.1851** **Priority creditor's name and mailing address**
Marianne Kapraun
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       7 7 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,939.20    Priority amount: Unknown

---

**2.1852** **Priority creditor's name and mailing address**
Mariben R Geonzon Gonzales
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       9 0 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,466.31    Priority amount: Unknown

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1853** | **Priority creditor's name and mailing address**
Mariben R Geonzon Gonzales
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number    9 0 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,105.73    Priority amount: $3,105.73

---

**2.1854** | **Priority creditor's name and mailing address**
Marie A Holder
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    2 9 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $25,214.40    Priority amount: Unknown

---

**2.1855** | **Priority creditor's name and mailing address**
Marie Rivera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    0 3 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,316.79    Priority amount: $1,316.79

---

**2.1856** | **Priority creditor's name and mailing address**
Marie T Brumfield-Gooch
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    0 7 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,821.63    Priority amount: $8,821.63

---

**2.1857** | **Priority creditor's name and mailing address**
Marie T Brumfield-Gooch
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number    0 7 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,307.72    Priority amount: $2,307.72

---

**2.1858** | **Priority creditor's name and mailing address**
Marietta Burrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    7 5 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,187.65    Priority amount: $2,187.65

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1859**

**Priority creditor's name and mailing address**
Mariette Gray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 8 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,479.93    Priority amount: $4,479.93

---

**2.1860**

**Priority creditor's name and mailing address**
Marilyn Pena
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 6 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,375.64    Priority amount: $3,375.64

---

**2.1861**

**Priority creditor's name and mailing address**
Marina Maisonave
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      7 8 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $348.19    Priority amount: Unknown

---

**2.1862**

**Priority creditor's name and mailing address**
Marina Maisonave
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      7 8 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,870.96    Priority amount: $1,870.96

---

**2.1863**

**Priority creditor's name and mailing address**
Marion Coyne
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      7 7 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,498.64    Priority amount: $9,498.64

---

**2.1864**

**Priority creditor's name and mailing address**
Marion Coyne
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      7 7 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,597.24    Priority amount: $3,597.24

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1865** **Priority creditor's name and mailing address**
Marion E McCrimon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 3 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,235.82    Priority amount: $3,235.82

**2.1866** **Priority creditor's name and mailing address**
Marisa Maniscalco
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 4 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,680.82    Priority amount: $10,680.82

**2.1867** **Priority creditor's name and mailing address**
Marisa Maniscalco
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 4 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,050.15    Priority amount: $1,050.15

**2.1868** **Priority creditor's name and mailing address**
Marisela Duran
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 4 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

**2.1869** **Priority creditor's name and mailing address**
Marisol Capellan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 9 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,761.34    Priority amount: Unknown

**2.1870** **Priority creditor's name and mailing address**
Marisol Capellan
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 9 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $913.93    Priority amount: $913.93

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1871** **Priority creditor's name and mailing address**
Marissa Arnold
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$437.40    $437.40

---

**2.1872** **Priority creditor's name and mailing address**
Marita R Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 3 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,461.68    $5,461.68

---

**2.1873** **Priority creditor's name and mailing address**
Mark Burger
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 7 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$15,869.47    $15,869.47

---

**2.1874** **Priority creditor's name and mailing address**
Mark Burger
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 7 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,993.67    $7,993.67

---

**2.1875** **Priority creditor's name and mailing address**
Mark E Coleman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,201.79    $5,201.79

---

**2.1876** **Priority creditor's name and mailing address**
Mark Keckley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,685.15    $1,685.15

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1877** **Priority creditor's name and mailing address**
Mark Lopez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 0 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $3,841.98  Priority amount $3,841.98

---

**2.1878** **Priority creditor's name and mailing address**
Mark Morales
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 2 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $23,530.50  Priority amount Unknown

---

**2.1879** **Priority creditor's name and mailing address**
Mark Rothschild
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 0 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $3,562.79  Priority amount Unknown

---

**2.1880** **Priority creditor's name and mailing address**
Mark Rothschild
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 0 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,926.08  Priority amount $1,926.08

---

**2.1881** **Priority creditor's name and mailing address**
Marketta K Shaw
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $3,866.52  Priority amount Unknown

---

**2.1882** **Priority creditor's name and mailing address**
Marketta K Shaw
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 6 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,792.05  Priority amount $1,792.05

Debtor    YesCare Co    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 337 of 845
*Case number (if known)*
Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1883** **Priority creditor's name and mailing address**
Marla Mulraney
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 7 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,010.23    Priority amount: $3,010.23

---

**2.1884** **Priority creditor's name and mailing address**
Marla Mulraney
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 7 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,554.72    Priority amount: $1,554.72

---

**2.1885** **Priority creditor's name and mailing address**
Marlene B Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 9 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,425.60    Priority amount: $5,425.60

---

**2.1886** **Priority creditor's name and mailing address**
Marlene Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 9 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,935.26    Priority amount: Unknown

---

**2.1887** **Priority creditor's name and mailing address**
Marnika Brown-Whiteside
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 2 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,844.03    Priority amount: $2,844.03

---

**2.1888** **Priority creditor's name and mailing address**
MarQuanda Glaze
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 9 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $753.43    Priority amount: $753.43

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1889** **Priority creditor's name and mailing address**
Marquita L Sanders
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        1 9 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,636.91    Priority amount: $1,636.91

---

**2.1890** **Priority creditor's name and mailing address**
Marria Dunlap
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 3 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,459.50    Priority amount: $1,459.50

---

**2.1891** **Priority creditor's name and mailing address**
Marsha A McMahan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 8 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,813.41    Priority amount: $1,813.41

---

**2.1892** **Priority creditor's name and mailing address**
Marshal P Stasica
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        4 8 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,576.50    Priority amount: $3,576.50

---

**2.1893** **Priority creditor's name and mailing address**
Marshal P Stasica
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        4 8 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,906.88    Priority amount: $1,906.88

---

**2.1894** **Priority creditor's name and mailing address**
Martha A Knighton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 3 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $35,965.87    Priority amount: $17,150.00

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1895** **Priority creditor's name and mailing address**
Martha Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  0 5 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,085.00  $2,085.00

---

**2.1896** **Priority creditor's name and mailing address**
Martin C Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  5 0 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,860.39  $1,860.39

---

**2.1897** **Priority creditor's name and mailing address**
Martineiqua D Mckee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  4 7 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,985.32  $1,985.32

---

**2.1898** **Priority creditor's name and mailing address**
Marva J Mallory
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  9 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$653.81  Unknown

---

**2.1899** **Priority creditor's name and mailing address**
Marvin Shelton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  4 9 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,979.52  $2,979.52

---

**2.1900** **Priority creditor's name and mailing address**
Mary A Helms
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  5 1 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,196.63  $1,196.63

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1901** | **Priority creditor's name and mailing address**
Mary A Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     5 1 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,917.40      $1,917.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1902** | **Priority creditor's name and mailing address**
Mary A Shine
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     4 2 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $704.50      $704.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1903** | **Priority creditor's name and mailing address**
Mary Ann M Mazzeo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     8 4 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,076.11      $5,076.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1904** | **Priority creditor's name and mailing address**
Mary Arnold
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     8 4 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $572.19      $572.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1905** | **Priority creditor's name and mailing address**
Mary Barrett-Evans
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**     6 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,828.23      $5,828.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.1906** | **Priority creditor's name and mailing address**
Mary Barrett-Evans
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**     6 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,598.82      $2,598.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

### 2.1907
**Priority creditor's name and mailing address**
Mary Beverly
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    7 0 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,809.35    Priority amount: $4,809.35

### 2.1908
**Priority creditor's name and mailing address**
Mary Burks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    0 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,713.70    Priority amount: $3,713.70

### 2.1909
**Priority creditor's name and mailing address**
Mary Cobak
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    6 5 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,051.81    Priority amount: $5,051.81

### 2.1910
**Priority creditor's name and mailing address**
Mary Cobak
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    6 5 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,234.88    Priority amount: $1,234.88

### 2.1911
**Priority creditor's name and mailing address**
Mary Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    5 7 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,810.61    Priority amount: Unknown

### 2.1912
**Priority creditor's name and mailing address**
Mary Davis
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    5 7 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,605.11    Priority amount: $1,605.11

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

| 2.1913 | **Priority creditor's name and mailing address**<br>Mary Delaine<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br><br>**Last 4 digits of account number**     0 3 8 2<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,936.00 | $1,936.00 |
| 2.1914 | **Priority creditor's name and mailing address**<br>Mary Graves<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br><br>**Last 4 digits of account number**     3 0 9 4<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $2,200.79 | $2,200.79 |
| 2.1915 | **Priority creditor's name and mailing address**<br>Mary J Patterson<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br><br>**Last 4 digits of account number**     8 5 7 9<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $4,008.05 | $4,008.05 |
| 2.1916 | **Priority creditor's name and mailing address**<br>Mary Jo Casadevall Ali<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br><br>**Last 4 digits of account number**     6 8 1 7<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $12,421.68 | $12,421.68 |
| 2.1917 | **Priority creditor's name and mailing address**<br>Mary Jo Casadevall Ali<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**     6 8 1 7<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $2,779.95 | $2,779.95 |
| 2.1918 | **Priority creditor's name and mailing address**<br>Mary K Dollard<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br><br>**Last 4 digits of account number**     8 8 6 9<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $5,974.55 | $5,974.55 |

Debtor    YesCare Corp.    *Case number (if known)* 2:26-bk-01089-FMR
Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| **2.1919** | **Priority creditor's name and mailing address** Mary K Kringle Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 9 7 9 9 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $3,418.59 | $3,418.59 |
| **2.1920** | **Priority creditor's name and mailing address** Mary Loftus Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 2 5 8 7 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) Employee Related | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☒ Unliquidated ☐ Disputed **Basis of claim:** PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $3,932.71 | Unknown |
| **2.1921** | **Priority creditor's name and mailing address** Mary Mathews Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 2 5 8 7 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) Employee Related | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☒ Unliquidated ☐ Disputed **Basis of claim:** PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $1,448.60 | Unknown |
| **2.1922** | **Priority creditor's name and mailing address** Mary Muchiri Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 7 4 5 3 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) Employee Related | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☒ Unliquidated ☐ Disputed **Basis of claim:** PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $1,490.15 | Unknown |
| **2.1923** | **Priority creditor's name and mailing address** Mary Muchiri Address Redacted **Date or dates debt was incurred** **Last 4 digits of account number** 7 4 5 3 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** 401K Contribution **Is the claim subject to offset?** ☒ No. ☐ Yes. | $1,784.85 | $1,784.85 |
| **2.1924** | **Priority creditor's name and mailing address** Mary S Gruss Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 7 2 8 4 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages and PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $5,826.76 | $5,826.76 |

Debtor YesCare Corp. Case 2:26-bk-01089-FMR Doc 22 Filed 06/23/26 Page 344 of 845
Name
*Case number (if known)* _FILL_

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1925** **Priority creditor's name and mailing address**
Mary Thrower
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 4 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $16,161.02 — Priority amount: $16,161.02

---

**2.1926** **Priority creditor's name and mailing address**
Mary Thrower
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 4 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,038.49 — Priority amount: $8,038.49

---

**2.1927** **Priority creditor's name and mailing address**
Maryam Nabavi
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 1 0 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $21,969.23 — Priority amount: Unknown

---

**2.1928** **Priority creditor's name and mailing address**
Maryam Nabavi
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 1 0 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,095.83 — Priority amount: $7,095.83

---

**2.1929** **Priority creditor's name and mailing address**
Masonda S Wheatley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 1 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $15,230.77 — Priority amount: $15,230.77

---

**2.1930** **Priority creditor's name and mailing address**
Matthew A Aguilar
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 4 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,613.61 — Priority amount: Unknown

---

Debtor    YesCare Corp    _____    Case number (if known) _____
                                    Name

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1931** **Priority creditor's name and mailing address**
Matthew C Palmer
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 7 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,998.06    Priority amount $2,998.06

---

**2.1932** **Priority creditor's name and mailing address**
Matthew Cryer
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 6 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,822.88    Priority amount $2,822.88

---

**2.1933** **Priority creditor's name and mailing address**
Matthew Jonas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      4 6 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $6,253.64    Priority amount Unknown

---

**2.1934** **Priority creditor's name and mailing address**
Matthew R Vanderberry
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 8 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $4,048.05    Priority amount $4,048.05

---

**2.1935** **Priority creditor's name and mailing address**
Maureen Baxter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 7 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $1,735.57    Priority amount $1,735.57

---

**2.1936** **Priority creditor's name and mailing address**
Maureen S Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      3 2 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim $2,285.76    Priority amount Unknown

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 323 of 761

## Part 1:          Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.1937** **Priority creditor's name and mailing address**
Maureen S Jones
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     3 2 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,955.94     Priority amount: $1,955.94

**2.1938** **Priority creditor's name and mailing address**
Maxine S Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     6 6 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,872.70     Priority amount: $1,872.70

**2.1939** **Priority creditor's name and mailing address**
Maya A Murphy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 7 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $433.71     Priority amount: $433.71

**2.1940** **Priority creditor's name and mailing address**
Maya N Abrams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 4 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,264.00     Priority amount: $3,264.00

**2.1941** **Priority creditor's name and mailing address**
Maya Patterson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     9 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,000.00     Priority amount: $4,000.00

**2.1942** **Priority creditor's name and mailing address**
Maya Weatherspoon
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 1 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,138.08     Priority amount: $9,138.08

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1943** **Priority creditor's name and mailing address**
Maya Weatherspoon
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 1 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,688.30 — Priority amount: $2,688.30

---

**2.1944** **Priority creditor's name and mailing address**
Mayumi Traylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 2 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $67.86 — Priority amount: $67.86

---

**2.1945** **Priority creditor's name and mailing address**
McKenzie Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 4 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,383.41 — Priority amount: $1,383.41

---

**2.1946** **Priority creditor's name and mailing address**
Mechelle Porter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 0 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,495.54 — Priority amount: $5,495.54

---

**2.1947** **Priority creditor's name and mailing address**
Megan A Huber
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 3 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,536.39 — Priority amount: $1,536.39

---

**2.1948** **Priority creditor's name and mailing address**
Megan E Wolfe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,803.97 — Priority amount: $1,803.97

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1949**  **Priority creditor's name and mailing address**
Megan Harbison
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 7 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,422.91    Priority amount: $2,422.91

---

**2.1950**  **Priority creditor's name and mailing address**
Meiko T King
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    5 6 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $544.90    Priority amount: $544.90

---

**2.1951**  **Priority creditor's name and mailing address**
Meko Streeter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 2 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,616.61    Priority amount: $2,616.61

---

**2.1952**  **Priority creditor's name and mailing address**
Melanie J Norton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 5 7 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,393.60    Priority amount: Unknown

---

**2.1953**  **Priority creditor's name and mailing address**
Melanie J Norton
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    9 5 7 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,366.72    Priority amount: $2,366.72

---

**2.1954**  **Priority creditor's name and mailing address**
Melanie Morrow
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    5 2 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,676.94    Priority amount: $3,676.94

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | Total claim | Priority amount |

### 2.1955

**Priority creditor's name and mailing address**
Melanie Sands
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 3 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,019.43    Priority amount: $2,019.43

### 2.1956

**Priority creditor's name and mailing address**
Melanie Stone
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,246.48    Priority amount: $3,246.48

### 2.1957

**Priority creditor's name and mailing address**
Melinda Shaffer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 2 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $752.63    Priority amount: $752.63

### 2.1958

**Priority creditor's name and mailing address**
Melissa A Wasdin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        6 1 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,683.76    Priority amount: $3,683.76

### 2.1959

**Priority creditor's name and mailing address**
Melissa Bland
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 6 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,099.94    Priority amount: $3,099.94

### 2.1960

**Priority creditor's name and mailing address**
Melissa C Dever
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 3 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,358.06    Priority amount: $7,358.06

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1961** | **Priority creditor's name and mailing address**
Melissa C Dever
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 3 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,591.01     $1,591.01

---

**2.1962** | **Priority creditor's name and mailing address**
Melissa D Alexander
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 1 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,696.00     $3,696.00

---

**2.1963** | **Priority creditor's name and mailing address**
Melissa D Alexander
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 1 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$362.54     $362.54

---

**2.1964** | **Priority creditor's name and mailing address**
Melissa D De Belen-Del Rosario
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 1 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$0.15     Unknown

---

**2.1965** | **Priority creditor's name and mailing address**
Melissa E Beaven
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 4 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,457.70     $10,457.70

---

**2.1966** | **Priority creditor's name and mailing address**
Melissa E Beaven
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 4 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,989.76     $1,989.76

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.1967** | **Priority creditor's name and mailing address**
Melissa Francis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 5 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $575.37    Priority amount: $575.37

**2.1968** | **Priority creditor's name and mailing address**
Melissa Gonska
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,134.00    Priority amount: Unknown

**2.1969** | **Priority creditor's name and mailing address**
Melissa Gonska
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,343.72    Priority amount: $3,343.72

**2.1970** | **Priority creditor's name and mailing address**
Melissa J Mason
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 8 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,326.01    Priority amount: $3,326.01

**2.1971** | **Priority creditor's name and mailing address**
Melissa Keller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 8 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $32.97    Priority amount: $32.97

**2.1972** | **Priority creditor's name and mailing address**
Melissa L Bird
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 0 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,921.60    Priority amount: Unknown

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.1973** **Priority creditor's name and mailing address**
Melissa L Bird
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    3 0 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,879.56    Priority amount: $1,879.56

---

**2.1974** **Priority creditor's name and mailing address**
Melissa L Kulenski
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    8 2 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $397.23    Priority amount: Unknown

---

**2.1975** **Priority creditor's name and mailing address**
Melissa L Wester
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    5 6 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,818.90    Priority amount: $2,818.90

---

**2.1976** **Priority creditor's name and mailing address**
Melissa Lebron
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    0 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $11,884.80    Priority amount: Unknown

---

**2.1977** **Priority creditor's name and mailing address**
Melissa Lebron
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    0 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,991.25    Priority amount: $2,991.25

---

**2.1978** **Priority creditor's name and mailing address**
Melissa M Chovan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    9 5 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,504.00    Priority amount: $3,504.00

---

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.1979** **Priority creditor's name and mailing address**
Melissa M Mckenzie
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 8 3 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,791.70   Priority amount: $2,791.70

---

**2.1980** **Priority creditor's name and mailing address**
Melissa Morgan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,916.21   Priority amount: $4,916.21

---

**2.1981** **Priority creditor's name and mailing address**
Melissa Odagis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 6 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $44.93   Priority amount: $44.93

---

**2.1982** **Priority creditor's name and mailing address**
Melissa R Clarke
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 5 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

**2.1983** **Priority creditor's name and mailing address**
Melissa Rogers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,134.41   Priority amount: $3,134.41

---

**2.1984** **Priority creditor's name and mailing address**
Melissa Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 2 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $856.45   Priority amount: $856.45

---

Debtor    YesCare Corp.
_____    Case number *(if known)* _____
Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1985** **Priority creditor's name and mailing address**
Melissa Wilkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,222.00   Priority amount: $2,222.00

---

**2.1986** **Priority creditor's name and mailing address**
Mellenie Thornton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,522.20   Priority amount: $1,522.20

---

**2.1987** **Priority creditor's name and mailing address**
Melvin L Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,965.83   Priority amount: $3,965.83

---

**2.1988** **Priority creditor's name and mailing address**
Meredith C Pippin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 4 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,286.14   Priority amount: $10,286.14

---

**2.1989** **Priority creditor's name and mailing address**
Metrica L Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 3 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,809.95   Priority amount: $2,809.95

---

**2.1990** **Priority creditor's name and mailing address**
Mia D Aliff
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 6 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,272.98   Priority amount: $1,272.98

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.1991**

**Priority creditor's name and mailing address**
Mia S Brackin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 1 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,182.41    Priority amount: Unknown

---

**2.1992**

**Priority creditor's name and mailing address**
Mia S Marshall
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 9 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $520.57    Priority amount: Unknown

---

**2.1993**

**Priority creditor's name and mailing address**
Miaya Hooks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 4 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,809.66    Priority amount: $1,809.66

---

**2.1994**

**Priority creditor's name and mailing address**
Mica Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 4 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.1995**

**Priority creditor's name and mailing address**
Michael A Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,543.60    Priority amount: $8,543.60

---

**2.1996**

**Priority creditor's name and mailing address**
Michael A Walker
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     7 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,035.79    Priority amount: $2,035.79

---

Debtor    YesCare Corp.   Case 2:26-bk-01089-FMR   Doc 22   Filed 06/23/26   Page 356 of 845

Name    Case number *(if known)*

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1997** **Priority creditor's name and mailing address**
Michael Bailey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,320.00 — Priority amount: $5,320.00

---

**2.1998** **Priority creditor's name and mailing address**
Michael Boafo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,557.56 — Priority amount: $5,557.56

---

**2.1999** **Priority creditor's name and mailing address**
Michael C Hayden
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 9 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $251.38 — Priority amount: $251.38

---

**2.2000** **Priority creditor's name and mailing address**
Michael Crooks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 0 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $13,455.21 — Priority amount: $13,455.21

---

**2.2001** **Priority creditor's name and mailing address**
Michael Crooks
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 0 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,815.11 — Priority amount: $2,815.11

---

**2.2002** **Priority creditor's name and mailing address**
Michael Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,204.86 — Priority amount: $3,204.86

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2003** **Priority creditor's name and mailing address**
Michael Davis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   3 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $4,160.00   $4,160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2004** **Priority creditor's name and mailing address**
Michael Delucia
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   2 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,850.63   $6,850.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2005** **Priority creditor's name and mailing address**
Michael Delucia
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   2 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,371.30   $1,371.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2006** **Priority creditor's name and mailing address**
Michael E Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   4 8 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $20,230.77   $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2007** **Priority creditor's name and mailing address**
Michael E Smith
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   4 8 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,600.79   $3,600.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2008** **Priority creditor's name and mailing address**
Michael L Gallagher
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   4 1 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $14,223.48   $14,223.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Debtor    YesCare Corp    Case number (*if known*)

Name

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2009**

**Priority creditor's name and mailing address**
Michael Montino
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,849.28    Priority amount: $1,849.28

**2.2010**

**Priority creditor's name and mailing address**
Michael Montino
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $752.06    Priority amount: $752.06

**2.2011**

**Priority creditor's name and mailing address**
Michael Ndukwe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $577.20    Priority amount: Unknown

**2.2012**

**Priority creditor's name and mailing address**
Michael Ndukwe
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 2 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,399.76    Priority amount: $2,399.76

**2.2013**

**Priority creditor's name and mailing address**
Michael Nwafor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 9 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,364.80    Priority amount: Unknown

**2.2014**

**Priority creditor's name and mailing address**
Michael Nwafor
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 9 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $822.45    Priority amount: $822.45

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 336 of 761

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2015** | **Priority creditor's name and mailing address**
Michael Olson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,158.80      $4,158.80

**2.2016** | **Priority creditor's name and mailing address**
Michael Olson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      8 0 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,799.98      $1,799.98

**2.2017** | **Priority creditor's name and mailing address**
Michael R Casey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 3 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,956.63      $2,956.63

**2.2018** | **Priority creditor's name and mailing address**
Michael Rich
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,957.69      $10,957.69

**2.2019** | **Priority creditor's name and mailing address**
Michael Rich
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      0 4 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,108.00      $3,108.00

**2.2020** | **Priority creditor's name and mailing address**
Michael S Hair
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 1 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,664.20      $7,664.20

Debtor      YesCare Corp.      _Case number (if known)_ _____
            Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2021** **Priority creditor's name and mailing address**
Michael S Hair
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 1 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,873.56    Priority amount: $1,873.56

---

**2.2022** **Priority creditor's name and mailing address**
Michael Zavala
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 3 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,081.81    Priority amount: $5,081.81

---

**2.2023** **Priority creditor's name and mailing address**
Michaela Sledge
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $755.90    Priority amount: $755.90

---

**2.2024** **Priority creditor's name and mailing address**
Michele Acklen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 2 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,431.65    Priority amount: $3,431.65

---

**2.2025** **Priority creditor's name and mailing address**
Michele Guilford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,019.64    Priority amount: $3,019.64

---

**2.2026** **Priority creditor's name and mailing address**
Michele M Brannon
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 6 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,322.79    Priority amount: $3,322.79

---

Debtor YesCare Corp _Case number (if known)_

Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2027** **Priority creditor's name and mailing address**
Michelle A Bessette Guschke
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 6 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,347.29  Priority amount: $4,347.29

**2.2028** **Priority creditor's name and mailing address**
Michelle A Bessette Guschke
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 6 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,150.98  Priority amount: $2,150.98

**2.2029** **Priority creditor's name and mailing address**
Michelle Cochran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 2 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $395.36  Priority amount: $395.36

**2.2030** **Priority creditor's name and mailing address**
Michelle D Trauger
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 5 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,083.46  Priority amount: $7,083.46

**2.2031** **Priority creditor's name and mailing address**
Michelle D Waford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 0 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,950.98  Priority amount: $1,950.98

**2.2032** **Priority creditor's name and mailing address**
Michelle Kuchis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 5 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,332.13  Priority amount: $10,332.13

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2033** **Priority creditor's name and mailing address**
Michelle Kuchis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   2 5 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $3,746.42     $3,746.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2034** **Priority creditor's name and mailing address**
Michelle R Morton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   1 9 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $10,471.86     $10,471.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2035** **Priority creditor's name and mailing address**
Michelle S Jennings
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   5 8 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $823.73     $823.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2036** **Priority creditor's name and mailing address**
Michelle Simmons
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   5 2 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $3,238.77     $3,238.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2037** **Priority creditor's name and mailing address**
Migdalia Garcia
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   2 9 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**   $2,760.00     Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2038** **Priority creditor's name and mailing address**
Mikayla Watkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 3 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**   $1,342.70     $1,342.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2039** | **Priority creditor's name and mailing address**
Miles J Spiller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 9 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,577.60    Priority amount: Unknown

---

**2.2040** | **Priority creditor's name and mailing address**
Miles J Spiller
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 9 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,941.48    Priority amount: $1,941.48

---

**2.2041** | **Priority creditor's name and mailing address**
Millie Smitter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 0 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,273.84    Priority amount: $3,273.84

---

**2.2042** | **Priority creditor's name and mailing address**
Minela Petit-Homme
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 4 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,917.60    Priority amount: Unknown

---

**2.2043** | **Priority creditor's name and mailing address**
Minela Petit-Homme
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 4 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,998.52    Priority amount: $1,998.52

---

**2.2044** | **Priority creditor's name and mailing address**
Minerva Estrada
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 5 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,412.73    Priority amount: Unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 341 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2045** **Priority creditor's name and mailing address**
Miriam N Mukuha
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    5 0 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,887.84    $5,887.84

---

**2.2046** **Priority creditor's name and mailing address**
Miriam N Mukuha
Address Redacted
**Date or dates debt was incurred**

  **Last 4 digits of account number**    5 0 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,964.05    $2,964.05

---

**2.2047** **Priority creditor's name and mailing address**
Misti D Broadnax
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    5 2 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$423.20    $423.20

---

**2.2048** **Priority creditor's name and mailing address**
Misti Welch
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    4 8 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,086.93    $2,086.93

---

**2.2049** **Priority creditor's name and mailing address**
Mistie D Creel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 7 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,373.76    $1,373.76

---

**2.2050** **Priority creditor's name and mailing address**
Mitchell R Kilpatrick
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    4 7 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,886.06    $4,886.06

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2051** **Priority creditor's name and mailing address**
Mitchell R Kilpatrick
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 7 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,512.76 | $2,512.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2052** **Priority creditor's name and mailing address**
Mitchell Rowell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 8 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,420.15 | $3,420.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2053** **Priority creditor's name and mailing address**
Mitchell Rowell
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 8 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,728.22 | $1,728.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2054** **Priority creditor's name and mailing address**
Mitzi Devine
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 4 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,341.06 | $2,341.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2055** **Priority creditor's name and mailing address**
Modupe O Oyedotun
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $365.57 | $365.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2056** **Priority creditor's name and mailing address**
Mohammed A Haque
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 1 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $20,808.00 | Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| **Part 1:** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2057** **Priority creditor's name and mailing address**
Molly Olshin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 3 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2058** **Priority creditor's name and mailing address**
Mona Payne
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     1 7 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,744.23     Priority amount: $5,744.23

---

**2.2059** **Priority creditor's name and mailing address**
Monesha Franklin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     4 7 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,808.30     Priority amount: $1,808.30

---

**2.2060** **Priority creditor's name and mailing address**
Monesha Franklin
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     4 7 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $920.71     Priority amount: $920.71

---

**2.2061** **Priority creditor's name and mailing address**
Monica A Devito
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     7 6 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,646.00     Priority amount: $2,646.00

---

**2.2062** **Priority creditor's name and mailing address**
Monica A DeVito
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     7 6 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,356.51     Priority amount: $6,356.51

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2063** **Priority creditor's name and mailing address**
Monica A Thompkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    5 0 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,773.96   Priority amount: $1,773.96

---

**2.2064** **Priority creditor's name and mailing address**
Monica Daniel-Marshall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    6 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,769.13   Priority amount: $4,769.13

---

**2.2065** **Priority creditor's name and mailing address**
Monica Hinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    5 2 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,033.00   Priority amount: $1,033.00

---

**2.2066** **Priority creditor's name and mailing address**
Monica Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    4 8 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,810.09   Priority amount: $2,810.09

---

**2.2067** **Priority creditor's name and mailing address**
Monica Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    7 7 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.27   Priority amount: Unknown

---

**2.2068** **Priority creditor's name and mailing address**
Monica L Gann
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    3 3 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,568.10   Priority amount: $1,568.10

---

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2069** **Priority creditor's name and mailing address**
Monica L Gann
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 3 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$793.63   $793.63

---

**2.2070** **Priority creditor's name and mailing address**
Monica M Lampley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 8 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,788.10   $2,788.10

---

**2.2071** **Priority creditor's name and mailing address**
Monica Oliver Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 7 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,757.72   $1,757.72

---

**2.2072** **Priority creditor's name and mailing address**
Monica Oliver Brown
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 7 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$593.11   $593.11

---

**2.2073** **Priority creditor's name and mailing address**
Monica Rhodes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 5 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$6,319.23   $6,319.23

---

**2.2074** **Priority creditor's name and mailing address**
Monica Summerville
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,913.55   $3,913.55

---

## Part 1:  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2075** **Priority creditor's name and mailing address**
Monikka D Cannon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 8 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,546.21       Priority amount: $1,546.21

---

**2.2076** **Priority creditor's name and mailing address**
Monique Flambert
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 8 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,517.30       Priority amount: Unknown

---

**2.2077** **Priority creditor's name and mailing address**
Monique Flambert
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      6 8 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,164.11       Priority amount: $1,164.11

---

**2.2078** **Priority creditor's name and mailing address**
Monique Pommells
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 1 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,237.30       Priority amount: $4,237.30

---

**2.2079** **Priority creditor's name and mailing address**
Monique Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 8 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,324.40       Priority amount: Unknown

---

**2.2080** **Priority creditor's name and mailing address**
Monsurat J Yusuf
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      3 0 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,410.96       Priority amount: $1,410.96

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2081** **Priority creditor's name and mailing address**
Monvyn Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2082** **Priority creditor's name and mailing address**
Morgan Nix
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 8 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,426.14    Priority amount: $5,426.14

---

**2.2083** **Priority creditor's name and mailing address**
Morgan R Caudill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 8 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,677.94    Priority amount: $4,677.94

---

**2.2084** **Priority creditor's name and mailing address**
Morgan R Caudill
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 8 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $220.38    Priority amount: $220.38

---

**2.2085** **Priority creditor's name and mailing address**
Morgan V Brost
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 1 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $635.39    Priority amount: $635.39

---

**2.2086** **Priority creditor's name and mailing address**
Moriah Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

Debtor YesCare Corp. _____ Case number (if known) _____
Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2087** **Priority creditor's name and mailing address**
Morris D Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 5 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,768.43 — $1,768.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2088** **Priority creditor's name and mailing address**
Morris W Cochran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $12,611.79 — $12,611.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2089** **Priority creditor's name and mailing address**
Moya Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 8 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,934.81 — $1,934.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2090** **Priority creditor's name and mailing address**
Muawi Parks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00 — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2091** **Priority creditor's name and mailing address**
Myasha R Phillips
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 5 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,177.78 — $4,177.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2092** **Priority creditor's name and mailing address**
Myasha R Phillips
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 5 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,301.97 — $2,301.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

## Part 1:     Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2093**   **Priority creditor's name and mailing address**
Myrtis E Dunnican
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    1 7 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,774.36    Priority amount: $1,774.36

---

**2.2094**   **Priority creditor's name and mailing address**
Nachelle Addison
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    0 2 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $361.60    Priority amount: $361.60

---

**2.2095**   **Priority creditor's name and mailing address**
Nadeyone Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    0 0 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,448.00    Priority amount: $1,448.00

---

**2.2096**   **Priority creditor's name and mailing address**
Nadine Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    6 5 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,815.01    Priority amount: Unknown

---

**2.2097**   **Priority creditor's name and mailing address**
Nadine Martin
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**    6 5 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,914.71    Priority amount: $1,914.71

---

**2.2098**   **Priority creditor's name and mailing address**
Nagui Zarifa
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**    8 4 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,638.07    Priority amount: $2,638.07

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2099** **Priority creditor's name and mailing address**
Najah Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   0 1 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

**2.2100** **Priority creditor's name and mailing address**
Nak Yong Kim
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   9 9 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,412.82   Priority amount: $4,412.82

---

**2.2101** **Priority creditor's name and mailing address**
Nancy Broadway
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   0 8 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $11,091.14   Priority amount: $11,091.14

---

**2.2102** **Priority creditor's name and mailing address**
Nancy C James
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   3 7 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,609.23   Priority amount: $3,609.23

---

**2.2103** **Priority creditor's name and mailing address**
Nancy C James
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   3 7 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,842.83   Priority amount: $1,842.83

---

**2.2104** **Priority creditor's name and mailing address**
Nancy Filius
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**   7 7 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $838.27   Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2105** **Priority creditor's name and mailing address**
Nancy Laffold
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 7 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $872.79 / $872.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2106** **Priority creditor's name and mailing address**
Nancy Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 4 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,494.93 / $3,494.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2107** **Priority creditor's name and mailing address**
Nancy Smith
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 4 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $3,607.06 / $3,607.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2108** **Priority creditor's name and mailing address**
Naomi Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 3 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,313.60 / $1,313.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2109** **Priority creditor's name and mailing address**
Naomis Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 6 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00 / Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2110** **Priority creditor's name and mailing address**
NaQuelle D McGhee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 5 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,156.96 / $2,156.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2111** **Priority creditor's name and mailing address**
Narquissa P Carson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 0 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,635.25    Priority amount: $1,635.25

---

**2.2112** **Priority creditor's name and mailing address**
Nashae Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 5 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2113** **Priority creditor's name and mailing address**
Nashunda Carr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2114** **Priority creditor's name and mailing address**
Natali Nettles
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 7 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $793.75    Priority amount: $793.75

---

**2.2115** **Priority creditor's name and mailing address**
Natalie Brogden
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,486.70    Priority amount: $2,486.70

---

**2.2116** **Priority creditor's name and mailing address**
Natalie Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 8 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,244.85    Priority amount: $2,244.85

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2117** **Priority creditor's name and mailing address**
Natalie I Lindsey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 1 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,864.65    Priority amount: $3,864.65

---

**2.2118** **Priority creditor's name and mailing address**
Natalie I Lindsey
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      9 1 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,149.31    Priority amount: $1,149.31

---

**2.2119** **Priority creditor's name and mailing address**
Natalie Kosechata
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 1 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,484.61    Priority amount: $1,484.61

---

**2.2120** **Priority creditor's name and mailing address**
Natalie P Guin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 8 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,623.02    Priority amount: $4,623.02

---

**2.2121** **Priority creditor's name and mailing address**
Natalie P Guin
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 8 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,987.50    Priority amount: $1,987.50

---

**2.2122** **Priority creditor's name and mailing address**
Nataoshia N Dennis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 3 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,702.55    Priority amount: $1,702.55

---

Debtor   YesCare Corp   _Case number (if known)_ _____

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2123** **Priority creditor's name and mailing address**
Natasha Gil
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        0 0 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $560.00   Priority amount: $560.00

---

**2.2124** **Priority creditor's name and mailing address**
Natasha Robinson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        2 2 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $801.58   Priority amount: $801.58

---

**2.2125** **Priority creditor's name and mailing address**
Nathan Maceyko
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        8 0 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,488.29   Priority amount: $3,488.29

---

**2.2126** **Priority creditor's name and mailing address**
Nathan Maceyko
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        8 0 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,701.46   Priority amount: $1,701.46

---

**2.2127** **Priority creditor's name and mailing address**
Naziree Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 6 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,950.03   Priority amount: $1,950.03

---

**2.2128** **Priority creditor's name and mailing address**
Nearesa Myrie
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        9 8 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 355 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2129** | **Priority creditor's name and mailing address**
Nedra A Hamilton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 5 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,854.00 — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2130** | **Priority creditor's name and mailing address**
Neekra A Swanson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 6 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $449.10 — $449.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2131** | **Priority creditor's name and mailing address**
Nerissa L Tucker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 2 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $952.00 — $952.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2132** | **Priority creditor's name and mailing address**
Nettie Flennory
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 6 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,723.27 — $3,723.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2133** | **Priority creditor's name and mailing address**
Niayah Parson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 9 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00 — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2134** | **Priority creditor's name and mailing address**
Nicholas A Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 9 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,394.37 — $4,394.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Debtor   YesCare Co   Case 2:26-bk-01089-FMR   Doc 22   Filed 06/23/26   Page 379 of 845
Case number (if known)
Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2135** **Priority creditor's name and mailing address**
Nicholas Gable
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 5 5 1
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $6,548.21   $6,548.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2136** **Priority creditor's name and mailing address**
Nicholas J Ruscin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     4 7 6 0
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $7,853.51   $7,853.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2137** **Priority creditor's name and mailing address**
Nicole Bertram
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 2 0 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,500.06   $3,500.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2138** **Priority creditor's name and mailing address**
Nicole Hopkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 4 4 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $979.20   $979.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2139** **Priority creditor's name and mailing address**
Nicole Kaye
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 7 2 5
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $6,397.08   $6,397.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2140** **Priority creditor's name and mailing address**
Nicole Kaye
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 7 2 5
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,631.76   $2,631.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2141 Priority creditor's name and mailing address**
Nicole M Thornton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 1 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $4,199.99 / Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2142 Priority creditor's name and mailing address**
Nicole R Hurst
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $2,240.60 / Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2143 Priority creditor's name and mailing address**
Nicole R Hurst
Address Redacted
**Date or dates debt was incurred**
**Last 4 digits of account number** 0 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,004.52 / $2,004.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** 401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2144 Priority creditor's name and mailing address**
Nicole S Gyotoku
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,555.30 / $4,555.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2145 Priority creditor's name and mailing address**
Nicole Sisco
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 8 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,008.71 / $4,008.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2146 Priority creditor's name and mailing address**
Nikki Bright
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 9 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,699.53 / $2,699.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2147 Priority creditor's name and mailing address**
Nikkita N Shambray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 9 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,648.64 — Priority amount: $4,648.64

**2.2148 Priority creditor's name and mailing address**
Nikole K Rodriguez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,244.90 — Priority amount: Unknown

**2.2149 Priority creditor's name and mailing address**
Nikole K Rodriguez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,937.87 — Priority amount: $1,937.87

**2.2150 Priority creditor's name and mailing address**
Nina Talavera
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,574.04 — Priority amount: $7,574.04

**2.2151 Priority creditor's name and mailing address**
Nisce T Thicklin-Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 2 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,995.90 — Priority amount: $3,995.90

**2.2152 Priority creditor's name and mailing address**
Noah Anderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 7 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,272.99 — Priority amount: $3,272.99

Debtor YesCare Corp. _____ Case number (if known) _____
Name

| Part 1: | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2153** **Priority creditor's name and mailing address**
Noah D Campbell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $324.00 Priority amount: $324.00

---

**2.2154** **Priority creditor's name and mailing address**
Noel C Joplin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 4 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,152.14 Priority amount: $2,152.14

---

**2.2155** **Priority creditor's name and mailing address**
Noelle Arroyo
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 8 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $575.31 Priority amount: Unknown

---

**2.2156** **Priority creditor's name and mailing address**
Norma D Daniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 3 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,645.60 Priority amount: $4,645.60

---

**2.2157** **Priority creditor's name and mailing address**
Norma J Donaldson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 9 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,011.71 Priority amount: $3,011.71

---

**2.2158** **Priority creditor's name and mailing address**
Nyjirah Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 2 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,220.20 Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2159** | **Priority creditor's name and mailing address**
Obakanyinsola Adegbola
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 8 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,160.40    Priority amount: Unknown

---

**2.2160** | **Priority creditor's name and mailing address**
Octavia Ingram
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 6 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $170.00    Priority amount: $170.00

---

**2.2161** | **Priority creditor's name and mailing address**
Octavia L Burks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 4 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,074.79    Priority amount: $2,074.79

---

**2.2162** | **Priority creditor's name and mailing address**
Olasumbo F Momodu
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2163** | **Priority creditor's name and mailing address**
Olga Majewski
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,591.45    Priority amount: $5,591.45

---

**2.2164** | **Priority creditor's name and mailing address**
Olga Majewski
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 8 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,153.15    Priority amount: $2,153.15

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2165** **Priority creditor's name and mailing address**
Olin B Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 8 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,970.46    $2,970.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2166** **Priority creditor's name and mailing address**
Olisaemeka Akamnonu
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $19,000.00    $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2167** **Priority creditor's name and mailing address**
Olisaemeka Akamnonu
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 7 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $6,840.00    $6,840.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2168** **Priority creditor's name and mailing address**
Olivia D Robison
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,790.22    $1,790.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2169** **Priority creditor's name and mailing address**
Olivia D Robison
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $968.59    $968.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2170** **Priority creditor's name and mailing address**
Olivia Hernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 9 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Debtor      YesCare Co                                  _Case number (if known)_ _____
            Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2171** **Priority creditor's name and mailing address**
Oluwatoyin B Akintomowo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 1 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,086.43      Priority amount: $1,086.43

---

**2.2172** **Priority creditor's name and mailing address**
Oluwatoyin M Akingbulugbe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,566.37      Priority amount: $3,566.37

---

**2.2173** **Priority creditor's name and mailing address**
Omowumi Olawumi
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,701.49      Priority amount: $2,701.49

---

**2.2174** **Priority creditor's name and mailing address**
Oneida L Conley-Gargus
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 0 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,199.95      Priority amount: $9,199.95

---

**2.2175** **Priority creditor's name and mailing address**
Oneida L Conley-Gargus
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 0 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,317.97      Priority amount: $1,317.97

---

**2.2176** **Priority creditor's name and mailing address**
Ontee L Tyler
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,751.07      Priority amount: $4,751.07

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 363 of 761

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2177** **Priority creditor's name and mailing address**
Ontee L Tyler
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number    9 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $66.25    Priority amount: $66.25

---

**2.2178** **Priority creditor's name and mailing address**
Onyinye Marshall
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    7 6 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,409.12    Priority amount: Unknown

---

**2.2179** **Priority creditor's name and mailing address**
Onyinye Marshall
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number    7 6 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,323.13    Priority amount: $3,323.13

---

**2.2180** **Priority creditor's name and mailing address**
Onyinyechi Nwude
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    7 4 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,928.99    Priority amount: $5,928.99

---

**2.2181** **Priority creditor's name and mailing address**
Ora N Grant
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number    5 0 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,309.19    Priority amount: $2,309.19

---

**2.2182** **Priority creditor's name and mailing address**
Ora N Grant
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number    5 0 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,170.13    Priority amount: $1,170.13

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2183** **Priority creditor's name and mailing address**
Osaretin Emwanta
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 6 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,352.95    $1,352.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2184** **Priority creditor's name and mailing address**
Otis Locke
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,253.97    $3,253.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2185** **Priority creditor's name and mailing address**
Otis Locke
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 4 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,824.96    $1,824.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2186** **Priority creditor's name and mailing address**
Paige A Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 1 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,847.60    $4,847.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2187** **Priority creditor's name and mailing address**
Paige Booth
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 1 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $457.73    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2188** **Priority creditor's name and mailing address**
Paige L Spratt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $1,791.32    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2189** | **Priority creditor's name and mailing address**
Paige L Spratt
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   0 3 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,049.14   Priority amount: $1,049.14

**2.2190** | **Priority creditor's name and mailing address**
Paige Ryder
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,642.33   Priority amount: $4,642.33

**2.2191** | **Priority creditor's name and mailing address**
Palmira Avila
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   0 0 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,433.97   Priority amount: $2,433.97

**2.2192** | **Priority creditor's name and mailing address**
Pamela D Lambert
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   5 7 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,621.16   Priority amount: $1,621.16

**2.2193** | **Priority creditor's name and mailing address**
Pamela DeSpirito
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 3 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,233.46   Priority amount: $1,233.46

**2.2194** | **Priority creditor's name and mailing address**
Pamela Godwin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 5 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,526.69   Priority amount: $4,526.69

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2195** **Priority creditor's name and mailing address**
Pamela Goodwin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 8 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,865.29  Priority amount: $3,865.29

---

**2.2196** **Priority creditor's name and mailing address**
Pamela J Harrison
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 1 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,928.98  Priority amount: $4,928.98

---

**2.2197** **Priority creditor's name and mailing address**
Pamela L Chitty
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,192.30  Priority amount: $4,192.30

---

**2.2198** **Priority creditor's name and mailing address**
Pamela N Barber
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,282.46  Priority amount: $10,282.46

---

**2.2199** **Priority creditor's name and mailing address**
Pamela Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 5 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,612.54  Priority amount: $3,612.54

---

**2.2200** **Priority creditor's name and mailing address**
Pamela Tensley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 5 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,734.68  Priority amount: $1,734.68

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2201** **Priority creditor's name and mailing address**
Parveen Kumar
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     4 8 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $15,850.20    $15,850.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2202** **Priority creditor's name and mailing address**
Parveen Kumar
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     4 8 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $8,239.53    $8,239.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2203** **Priority creditor's name and mailing address**
Patience Drain
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     9 9 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,340.40    $1,340.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2204** **Priority creditor's name and mailing address**
Patrice D Yarber
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     5 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,872.68    $1,872.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2205** **Priority creditor's name and mailing address**
Patrice D Yarber
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     5 9 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,025.20    $1,025.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2206** **Priority creditor's name and mailing address**
Patrice Womack
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**     5 3 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $4,435.17    $4,435.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2207** **Priority creditor's name and mailing address**
Patricia A Brewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 0 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $7,112.17 | $7,112.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2208** **Priority creditor's name and mailing address**
Patricia A Lofland
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $8,124.83 | Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2209** **Priority creditor's name and mailing address**
Patricia A Schmidt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 2 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $41,948.73 | $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2210** **Priority creditor's name and mailing address**
Patricia A Schmidt
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 2 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $7,957.45 | $7,957.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2211** **Priority creditor's name and mailing address**
Patricia A Stark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 6 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,011.46 | $5,011.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2212** **Priority creditor's name and mailing address**
Patricia A Whitman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 6 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $4,883.81 | Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 369 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.2213** **Priority creditor's name and mailing address**
Patricia E Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     7 6 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $566.06    Priority amount: $566.06

---

**2.2214** **Priority creditor's name and mailing address**
Patricia J Lemaster
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     8 9 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,113.76    Priority amount: $3,113.76

---

**2.2215** **Priority creditor's name and mailing address**
Patricia J Tompkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     1 5 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,570.06    Priority amount: $9,570.06

---

**2.2216** **Priority creditor's name and mailing address**
Patricia J Tompkins
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     1 5 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $807.75    Priority amount: $807.75

---

**2.2217** **Priority creditor's name and mailing address**
Patricia Leara
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 2 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,211.12    Priority amount: $5,211.12

---

**2.2218** **Priority creditor's name and mailing address**
Patricia Leara
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     9 2 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,886.26    Priority amount: $1,886.26

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 370 of 761

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | **Total claim** | **Priority amount** |

**2.2219** **Priority creditor's name and mailing address**
Patricia M Soto
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 8 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,741.62    Priority amount: Unknown

---

**2.2220** **Priority creditor's name and mailing address**
Patricia M Soto
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    0 8 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,019.11    Priority amount: $2,019.11

---

**2.2221** **Priority creditor's name and mailing address**
Patrick Delaney
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,528.24    Priority amount: $4,528.24

---

**2.2222** **Priority creditor's name and mailing address**
Patty Hatton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 6 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,945.98    Priority amount: $6,945.98

---

**2.2223** **Priority creditor's name and mailing address**
Patty Hatton
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 6 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,316.62    Priority amount: $1,316.62

---

**2.2224** **Priority creditor's name and mailing address**
Paul Gates
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 2 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,506.16    Priority amount: $4,506.16

---

Debtor     YesCare Corp.   Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26   Page 394 of 845

Name

## Part 1:     Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2225** **Priority creditor's name and mailing address**
Paul L Klausing
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     7 2 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,231.36    Priority amount: $5,231.36

---

**2.2226** **Priority creditor's name and mailing address**
Paul Thornton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     9 0 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,011.39    Priority amount: $5,011.39

---

**2.2227** **Priority creditor's name and mailing address**
Paul Thornton
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     9 0 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,270.50    Priority amount: $1,270.50

---

**2.2228** **Priority creditor's name and mailing address**
Paula M Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     6 9 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $192.27    Priority amount: Unknown

---

**2.2229** **Priority creditor's name and mailing address**
Paula Pierce
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     5 5 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,269.23    Priority amount: $3,269.23

---

**2.2230** **Priority creditor's name and mailing address**
Paula S Franklin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     7 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,059.79    Priority amount: $4,059.79

---

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2231** **Priority creditor's name and mailing address**
Paulen Niang
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2232** **Priority creditor's name and mailing address**
Peggy Gray
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 6 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,443.23    Priority amount: $2,443.23

---

**2.2233** **Priority creditor's name and mailing address**
Peggy Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 3 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,950.00    Priority amount: $1,950.00

---

**2.2234** **Priority creditor's name and mailing address**
Penny Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,025.53    Priority amount: $5,025.53

---

**2.2235** **Priority creditor's name and mailing address**
Penny Johnson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 7 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,719.13    Priority amount: $2,719.13

---

**2.2236** **Priority creditor's name and mailing address**
Perleshajonia L Scott-Beaumont
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,213.85    Priority amount: $4,213.85

---

Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

| 2.2237 | **Priority creditor's name and mailing address**<br>Peter J Fabiano<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number** 8 7 2 7<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,123.89 | $1,123.89 |

| 2.2238 | **Priority creditor's name and mailing address**<br>Peter J Fabiano<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** 8 7 2 7<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $891.66 | $891.66 |

| 2.2239 | **Priority creditor's name and mailing address**<br>Peter J Teravskis<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number** 8 4 1 2<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $2,587.50 | $2,587.50 |

| 2.2240 | **Priority creditor's name and mailing address**<br>Phetis Porter<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number** 5 3 6 2<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $3,168.19 | $3,168.19 |

| 2.2241 | **Priority creditor's name and mailing address**<br>Phetis Porter<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** 5 3 6 2<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,766.83 | $1,766.83 |

| 2.2242 | **Priority creditor's name and mailing address**<br>Philip D Serviss<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number** 9 7 1 6<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $3,205.28 | $3,205.28 |

Debtor     YesCare Co...     Case number *(if known)* ...

Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2243** | **Priority creditor's name and mailing address**
Phillis Langham
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,683.10     $1,683.10

---

**2.2244** | **Priority creditor's name and mailing address**
Phillis Langham
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$899.64     $899.64

---

**2.2245** | **Priority creditor's name and mailing address**
Phyllis Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     3 6 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,544.60     Unknown

---

**2.2246** | **Priority creditor's name and mailing address**
Phyllis Davis
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     3 6 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$791.26     $791.26

---

**2.2247** | **Priority creditor's name and mailing address**
Phyllis Kent
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 8 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,932.38     $1,932.38

---

**2.2248** | **Priority creditor's name and mailing address**
Precious L Simpson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 3 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$566.18     $566.18

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 375 of 761

Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2249**   **Priority creditor's name and mailing address**
PreOnda Calhoun
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     5 8 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,870.42     $3,870.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2250**   **Priority creditor's name and mailing address**
Priscilla I Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 1 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $6,184.36     $6,184.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2251**   **Priority creditor's name and mailing address**
Pwint P Phyu
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     3 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $17,855.23     $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2252**   **Priority creditor's name and mailing address**
Pwint P Phyu
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     3 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $8,022.50     $8,022.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2253**   **Priority creditor's name and mailing address**
Qingcong Zeng
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 1 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,160.00     $4,160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2254**   **Priority creditor's name and mailing address**
Queenisha Andrews
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     0 4 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $0.00     Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2255** **Priority creditor's name and mailing address**
Quenell Redden
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      7 1 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $210.47     Priority amount: Unknown

---

**2.2256** **Priority creditor's name and mailing address**
Quincy D Wilson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      6 9 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,160.40     Priority amount: Unknown

---

**2.2257** **Priority creditor's name and mailing address**
Rachael M Chapman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      4 0 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,067.30     Priority amount: Unknown

---

**2.2258** **Priority creditor's name and mailing address**
Rachael M Chapman
Address Redacted
**Date or dates debt was incurred**


**Last 4 digits of account number**      4 0 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,085.17     Priority amount: $2,085.17

---

**2.2259** **Priority creditor's name and mailing address**
Racheal I Adereni
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 6 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,081.54     Priority amount: $6,081.54

---

**2.2260** **Priority creditor's name and mailing address**
Racheal I Adereni
Address Redacted
**Date or dates debt was incurred**


**Last 4 digits of account number**      8 6 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,795.69     Priority amount: $1,795.69

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2261** **Priority creditor's name and mailing address**
Rachel Browne
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 1 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,309.62    Priority amount: Unknown

---

**2.2262** **Priority creditor's name and mailing address**
Rachel Dorsinvil
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 3 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,036.61    Priority amount: $3,036.61

---

**2.2263** **Priority creditor's name and mailing address**
Rachel Irish
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 8 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,414.26    Priority amount: $5,414.26

---

**2.2264** **Priority creditor's name and mailing address**
Rachel Irish
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 8 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,802.93    Priority amount: $1,802.93

---

**2.2265** **Priority creditor's name and mailing address**
Rachel Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 1 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,029.82    Priority amount: $3,029.82

---

**2.2266** **Priority creditor's name and mailing address**
Rachel M Evans
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 7 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,751.16    Priority amount: $1,751.16

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| **2.2267** | **Priority creditor's name and mailing address** Rachel Pursifull Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number**  9 3 7 3 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $2,680.00 | $2,680.00 |

| **2.2268** | **Priority creditor's name and mailing address** Rachel Pursifull Address Redacted **Date or dates debt was incurred** **Last 4 digits of account number**  9 3 7 3 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** 401K Contribution **Is the claim subject to offset?** ☒ No. ☐ Yes. | $160.80 | $160.80 |

| **2.2269** | **Priority creditor's name and mailing address** Rachel S Enochs Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number**  6 6 6 7 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages and PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $10,966.16 | $10,966.16 |

| **2.2270** | **Priority creditor's name and mailing address** Rachel S Enochs Address Redacted **Date or dates debt was incurred** **Last 4 digits of account number**  6 6 6 7 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** 401K Contribution **Is the claim subject to offset?** ☒ No. ☐ Yes. | $3,000.00 | $3,000.00 |

| **2.2271** | **Priority creditor's name and mailing address** Racquel Funcheon Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number**  6 0 9 7 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $1,192.93 | $1,192.93 |

| **2.2272** | **Priority creditor's name and mailing address** Rae N King Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number**  0 3 1 8 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $1,852.12 | $1,852.12 |

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2273** **Priority creditor's name and mailing address**
Ragina C Kelley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,606.80    Unknown

---

**2.2274** **Priority creditor's name and mailing address**
Raina G Benedith Osborne
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 1 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,062.89    $9,062.89

---

**2.2275** **Priority creditor's name and mailing address**
Ralph Mysel
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 9 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$550.29    $550.29

---

**2.2276** **Priority creditor's name and mailing address**
Ramey S Cook
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,376.83    $8,376.83

---

**2.2277** **Priority creditor's name and mailing address**
Ramey S Cook
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,607.66    $2,607.66

---

**2.2278** **Priority creditor's name and mailing address**
Ramon De La Rosa Perez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 5 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,271.66    $5,271.66

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2279** **Priority creditor's name and mailing address**
Ramona Adams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 4 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,214.60     $2,214.60

---

**2.2280** **Priority creditor's name and mailing address**
Ramona Peters
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 8 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,659.37     $4,659.37

---

**2.2281** **Priority creditor's name and mailing address**
Ramona Peters
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     7 8 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,370.79     $2,370.79

---

**2.2282** **Priority creditor's name and mailing address**
Randall J McDaniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 0 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,532.00     $7,532.00

---

**2.2283** **Priority creditor's name and mailing address**
Randy R Wilkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     2 0 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,535.01     $2,535.01

---

**2.2284** **Priority creditor's name and mailing address**
Ranjani Massey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 8 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,747.54     $3,747.54

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               Page 381 of 761

Debtor   YesCare Corp. _____   *Case number (if known)* _____
                Name

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2285** **Priority creditor's name and mailing address**
Ranjani Massey
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number      8 8 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,849.58   Priority amount: $1,849.58

**2.2286** **Priority creditor's name and mailing address**
Raquel Martin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      9 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,746.81   Priority amount: $1,746.81

**2.2287** **Priority creditor's name and mailing address**
Raquel Richardson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      8 7 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $332.25   Priority amount: $332.25

**2.2288** **Priority creditor's name and mailing address**
Raquia Spellman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      0 3 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,977.75   Priority amount: $2,977.75

**2.2289** **Priority creditor's name and mailing address**
Rasheena Briggins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      9 9 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,631.81   Priority amount: $2,631.81

**2.2290** **Priority creditor's name and mailing address**
Rashidah S Woods Byrd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number      9 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2291** **Priority creditor's name and mailing address**
Raymond Tilus
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,394.14    Priority amount: $1,394.14

---

**2.2292** **Priority creditor's name and mailing address**
Rayne Ilarraza
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 3 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,415.24    Priority amount: $5,415.24

---

**2.2293** **Priority creditor's name and mailing address**
Rayne Ilarraza
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 3 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,341.05    Priority amount: $2,341.05

---

**2.2294** **Priority creditor's name and mailing address**
Raynisha Odom
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 5 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,690.91    Priority amount: $5,690.91

---

**2.2295** **Priority creditor's name and mailing address**
Raysheen Dubose
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 1 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2296** **Priority creditor's name and mailing address**
Rebecah Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 1 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $577.61    Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

| 2.2297 | **Priority creditor's name and mailing address**<br>Rebecca B Burt<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,225.14 | $3,225.14 |
| | **Last 4 digits of account number** 8 6 2 8 | **Basis of claim:**<br>Wages | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | | |

| 2.2298 | **Priority creditor's name and mailing address**<br>Rebecca D Gwin<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,532.70 | $3,532.70 |
| | **Last 4 digits of account number** 5 4 2 3 | **Basis of claim:**<br>Wages | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | | |

| 2.2299 | **Priority creditor's name and mailing address**<br>Rebecca E Walker<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,300.53 | $6,300.53 |
| | **Last 4 digits of account number** 7 9 0 4 | **Basis of claim:**<br>Wages and PTO | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | | |

| 2.2300 | **Priority creditor's name and mailing address**<br>Rebecca E Walker<br>Address Redacted<br>**Date or dates debt was incurred** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,365.00 | $1,365.00 |
| | **Last 4 digits of account number** 7 9 0 4 | **Basis of claim:**<br>401K Contribution | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | | |

| 2.2301 | **Priority creditor's name and mailing address**<br>Rebecca Hensley<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,643.21 | $2,643.21 |
| | **Last 4 digits of account number** 7 6 6 3 | **Basis of claim:**<br>Wages | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | | |

| 2.2302 | **Priority creditor's name and mailing address**<br>Rebecca K Varney<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $6,481.20 | Unknown |
| | **Last 4 digits of account number** 3 0 2 2 | **Basis of claim:**<br>PTO | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)<br><br>Employee Related | **Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | | |

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2303** **Priority creditor's name and mailing address**
Rebecca K Varney
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 3 0 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,461.86    Priority amount: $3,461.86

---

**2.2304** **Priority creditor's name and mailing address**
Rebecca L Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 5 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,324.51    Priority amount: $2,324.51

---

**2.2305** **Priority creditor's name and mailing address**
Rebecca Nolan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,937.13    Priority amount: $4,937.13

---

**2.2306** **Priority creditor's name and mailing address**
Rebecca Palguta
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,410.98    Priority amount: $1,410.98

---

**2.2307** **Priority creditor's name and mailing address**
Rebecca R Raley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,181.48    Priority amount: $5,181.48

---

**2.2308** **Priority creditor's name and mailing address**
Rebecca S Hesemann
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,830.00    Priority amount: $7,830.00

---

Debtor        YesCare Co.        _Case number (if known)_
Name

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.2309** **Priority creditor's name and mailing address**
Rebecca Sherman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 1 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,776.39        Priority amount: $2,776.39

---

**2.2310** **Priority creditor's name and mailing address**
Rebekah D Stough
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 4 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,062.56        Priority amount: $4,062.56

---

**2.2311** **Priority creditor's name and mailing address**
Rebekah E Bingham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        1 6 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $355.65        Priority amount: $355.65

---

**2.2312** **Priority creditor's name and mailing address**
Reed Domer Shank
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        2 8 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,116.56        Priority amount: Unknown

---

**2.2313** **Priority creditor's name and mailing address**
Reed Domer Shank
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        2 8 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,157.22        Priority amount: $3,157.22

---

**2.2314** **Priority creditor's name and mailing address**
Regina Goode
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 1 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00        Priority amount: Unknown

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 386 of 761

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2315** **Priority creditor's name and mailing address**
Regina M Weaver
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 6 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,701.57    Priority amount: $5,701.57

---

**2.2316** **Priority creditor's name and mailing address**
Rene Gonzalez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     3 3 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $16,529.76    Priority amount: Unknown

---

**2.2317** **Priority creditor's name and mailing address**
Rene Long
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 1 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,310.86    Priority amount: $3,310.86

---

**2.2318** **Priority creditor's name and mailing address**
Rene Long
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 1 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,695.77    Priority amount: $1,695.77

---

**2.2319** **Priority creditor's name and mailing address**
Renee Donovan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     2 8 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,035.20    Priority amount: Unknown

---

**2.2320** **Priority creditor's name and mailing address**
Renee Donovan
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     2 8 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,511.68    Priority amount: $2,511.68

---

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.2321** **Priority creditor's name and mailing address**
Renee Roberts
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 0 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,140.40    Priority amount: Unknown

---

**2.2322** **Priority creditor's name and mailing address**
Renee Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 8 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,772.86    Priority amount: $2,772.86

---

**2.2323** **Priority creditor's name and mailing address**
Renee Thomas
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 8 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $656.58    Priority amount: $656.58

---

**2.2324** **Priority creditor's name and mailing address**
Renzell Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 3 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2325** **Priority creditor's name and mailing address**
Rhema Jordan Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,462.80    Priority amount: $1,462.80

---

**2.2326** **Priority creditor's name and mailing address**
Rhodie McLendon
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 5 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,964.52    Priority amount: $2,964.52

---

Debtor     YesCare Co...  Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26  Page 411 of 845
                    *Case number (if known)*
          Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

| 2.2327 | **Priority creditor's name and mailing address** Rhonda Gilliland Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 0 0 1 4 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $4,178.39 | $4,178.39 |

| 2.2328 | **Priority creditor's name and mailing address** Rhonda Kirkland Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 6 7 5 6 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages and PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $4,060.06 | $4,060.06 |

| 2.2329 | **Priority creditor's name and mailing address** Rhonda Miller Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 4 7 8 1 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $1,136.15 | $1,136.15 |

| 2.2330 | **Priority creditor's name and mailing address** Rhonda S Valenzuela Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 5 9 3 7 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages and PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $3,556.65 | $3,556.65 |

| 2.2331 | **Priority creditor's name and mailing address** Ricardo Arismendez Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 0 1 9 6 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis of claim:** Wages **Is the claim subject to offset?** ☒ No. ☐ Yes. | $794.19 | $794.19 |

| 2.2332 | **Priority creditor's name and mailing address** Richard E Barber Address Redacted **Date or dates debt was incurred** 05/07/2026 **Last 4 digits of account number** 9 3 7 5 Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) Employee Related | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☒ Unliquidated ☐ Disputed **Basis of claim:** PTO **Is the claim subject to offset?** ☒ No. ☐ Yes. | $0.00 | Unknown |

## Part 1:     Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2333** **Priority creditor's name and mailing address**
Richard E Barber
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**      9 3 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,126.72      $1,126.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2334** **Priority creditor's name and mailing address**
Richard R Kosierowski
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**      4 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $4,430.87      $4,430.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2335** **Priority creditor's name and mailing address**
Richard R Kosierowski
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**      4 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $5,571.43      $5,571.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2336** **Priority creditor's name and mailing address**
Riley Fira
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**      8 7 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $45.86      $45.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2337** **Priority creditor's name and mailing address**
Rita Acevedo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**      3 9 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $0.00      Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2338** **Priority creditor's name and mailing address**
Rivky Hersko
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**      3 9 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,990.54      $1,990.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Debtor      YesCare Corp                                    Case number (*if known*)

Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.2339** **Priority creditor's name and mailing address**
Rob Zambrano
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      7 8 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,777.25      Priority amount: Unknown

---

**2.2340** **Priority creditor's name and mailing address**
Robert A Mccauley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      1 9 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,787.20      Priority amount: Unknown

---

**2.2341** **Priority creditor's name and mailing address**
Robert B Hunter Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      9 6 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $16,384.61      Priority amount: $16,384.61

---

**2.2342** **Priority creditor's name and mailing address**
Robert B Roberts
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      8 6 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,525.60      Priority amount: $2,525.60

---

**2.2343** **Priority creditor's name and mailing address**
Robert Grace
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 7 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,244.15      Priority amount: $3,244.15

---

**2.2344** **Priority creditor's name and mailing address**
Robert J Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      5 0 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,692.60      Priority amount: $1,692.60

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 391 of 761

## Part 1:        Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2345** **Priority creditor's name and mailing address**
Robert Orrick
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 6 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**          $14,697.44          $14,697.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2346** **Priority creditor's name and mailing address**
Robert Permenter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 0 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**          $2,131.36          $2,131.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2347** **Priority creditor's name and mailing address**
Roberta L Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     2 2 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**          $-2,745.44          Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2348** **Priority creditor's name and mailing address**
Roberta L Moore
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     2 2 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**          $1,752.30          $1,752.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2349** **Priority creditor's name and mailing address**
Robin G Parsons-Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 8 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**          $4,578.52          $4,578.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2350** **Priority creditor's name and mailing address**
Robyn M Jump
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 1 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**          $637.86          $637.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Debtor        YesCare Corp.                                          Case number *(if known)*
              Name

## Part 1:        Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2351** **Priority creditor's name and mailing address**
Roderica S Lewis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 2 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,741.54      Priority amount: $1,741.54

---

**2.2352** **Priority creditor's name and mailing address**
Roland G Myers
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      4 1 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,709.38      Priority amount: Unknown

---

**2.2353** **Priority creditor's name and mailing address**
Rolanda Davis
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 0 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00      Priority amount: Unknown

---

**2.2354** **Priority creditor's name and mailing address**
Rolanda Faulkner Hamlin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 2 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,769.58      Priority amount: $4,769.58

---

**2.2355** **Priority creditor's name and mailing address**
Rolanda McGhee
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      5 1 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,680.43      Priority amount: $1,680.43

---

**2.2356** **Priority creditor's name and mailing address**
Roman S Point Du Jour
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 4 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,812.80      Priority amount: Unknown

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 393 of 761

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2357** **Priority creditor's name and mailing address**
Roman S Point Du Jour
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     0 4 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,714.55    Priority amount: $2,714.55

---

**2.2358** **Priority creditor's name and mailing address**
Romelly Sanchez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 1 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,365.39    Priority amount: $2,365.39

---

**2.2359** **Priority creditor's name and mailing address**
Romney J Proffitt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 9 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $13,000.47    Priority amount: $13,000.47

---

**2.2360** **Priority creditor's name and mailing address**
Romney J Proffitt
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     4 9 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,200.87    Priority amount: $1,200.87

---

**2.2361** **Priority creditor's name and mailing address**
Ron L Meffert
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 2 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,496.42    Priority amount: Unknown

---

**2.2362** **Priority creditor's name and mailing address**
Ron L Meffert
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     7 2 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,995.93    Priority amount: $1,995.93

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2363** **Priority creditor's name and mailing address**
Rona Murrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 0 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,447.99    Priority amount: $1,447.99

---

**2.2364** **Priority creditor's name and mailing address**
Ronald N Wood
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 1 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,606.80    Priority amount: Unknown

---

**2.2365** **Priority creditor's name and mailing address**
Ronda E Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $788.48    Priority amount: Unknown

---

**2.2366** **Priority creditor's name and mailing address**
Roneisha D Manragh
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 2 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $922.25    Priority amount: $922.25

---

**2.2367** **Priority creditor's name and mailing address**
Ronnesha Atkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $944.36    Priority amount: $944.36

---

**2.2368** **Priority creditor's name and mailing address**
Ronnie Cherian
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,698.93    Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2369** **Priority creditor's name and mailing address**
Ronnie Cherian
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 5 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,847.76    Priority amount: $1,847.76

---

**2.2370** **Priority creditor's name and mailing address**
Ronnie D Smith Jr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 1 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,841.90    Priority amount: $2,841.90

---

**2.2371** **Priority creditor's name and mailing address**
Roosevelt A Daniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 3 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,377.04    Priority amount: $7,377.04

---

**2.2372** **Priority creditor's name and mailing address**
Rosalie Ramos
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 4 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $241.25    Priority amount: Unknown

---

**2.2373** **Priority creditor's name and mailing address**
Rosalyn R Bell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,425.20    Priority amount: $1,425.20

---

**2.2374** **Priority creditor's name and mailing address**
Rosalynn Shirosky
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 1 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,912.00    Priority amount: $3,912.00

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2375** **Priority creditor's name and mailing address**
Rosalynn Shirosky
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 1 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,010.98     Priority amount: $2,010.98

---

**2.2376** **Priority creditor's name and mailing address**
Rose Irizarry
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 6 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2377** **Priority creditor's name and mailing address**
Rose Lee Ann Hernandez-Flores
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,709.27     Priority amount: Unknown

---

**2.2378** **Priority creditor's name and mailing address**
RoseAnne Clum-Cordingley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 8 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,173.56     Priority amount: $3,173.56

---

**2.2379** **Priority creditor's name and mailing address**
Rosemita Prosper
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 2 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,276.82     Priority amount: $1,276.82

---

**2.2380** **Priority creditor's name and mailing address**
Rosemita Prosper
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     8 2 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,655.47     Priority amount: $1,655.47

Debtor   YesCare Corp.   _Case number (if known)_
Name

## Part 1:     Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2381** **Priority creditor's name and mailing address**
Rosena Dulysse
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   4 5 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,482.66    Priority amount: Unknown

---

**2.2382** **Priority creditor's name and mailing address**
Rosena Dulysse
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   4 5 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,922.61    Priority amount: $1,922.61

---

**2.2383** **Priority creditor's name and mailing address**
Roushana C Jubilee
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   1 6 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,576.99    Priority amount: Unknown

---

**2.2384** **Priority creditor's name and mailing address**
Roushana C Jubilee
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   1 6 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $884.36    Priority amount: $884.36

---

**2.2385** **Priority creditor's name and mailing address**
Roxanne S Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   9 3 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,973.97    Priority amount: $2,973.97

---

**2.2386** **Priority creditor's name and mailing address**
Roy D Ary
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   9 5 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,040.00    Priority amount: $5,040.00

---

Debtor    YesCare Co_____    _____
          Name                 Case number (if known) _____

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2387** **Priority creditor's name and mailing address**
Royce Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 9 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $248.62    Priority amount: Unknown

---

**2.2388** **Priority creditor's name and mailing address**
Royce Howard
Address Redacted
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**    2 9 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $931.51    Priority amount: $931.51

---

**2.2389** **Priority creditor's name and mailing address**
Rubie Mendoza
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 2 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $926.79    Priority amount: $926.79

---

**2.2390** **Priority creditor's name and mailing address**
Rubirelza Polanco
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 3 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $784.00    Priority amount: Unknown

---

**2.2391** **Priority creditor's name and mailing address**
Ruby Burden
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 0 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,096.37    Priority amount: $5,096.37

---

**2.2392** **Priority creditor's name and mailing address**
Ruby Burden
Address Redacted
**Date or dates debt was incurred**
_____
**Last 4 digits of account number**    5 0 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,523.26    Priority amount: $2,523.26

---

## Part 1:     Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2393** **Priority creditor's name and mailing address**
Russell Shelkowitz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 0 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,346.79     Priority amount: $4,346.79

---

**2.2394** **Priority creditor's name and mailing address**
Ruth A Whitehead
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     2 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,769.24     Priority amount: $8,769.24

---

**2.2395** **Priority creditor's name and mailing address**
Ruth A Whitehead
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     2 0 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,200.03     Priority amount: $1,200.03

---

**2.2396** **Priority creditor's name and mailing address**
Ryan Adsuara
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 4 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,319.78     Priority amount: Unknown

---

**2.2397** **Priority creditor's name and mailing address**
Ryan Adsuara
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     4 4 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,125.57     Priority amount: $2,125.57

---

**2.2398** **Priority creditor's name and mailing address**
Ryan DiMaria
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 9 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,813.51     Priority amount: $4,813.51

---

Debtor     YesCare Corp.                                      Case number (if known)

Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2399** **Priority creditor's name and mailing address**
Ryan Draiss
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 4 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,729.90     Priority amount: $1,729.90

---

**2.2400** **Priority creditor's name and mailing address**
Rylie M Poteet
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 4 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2401** **Priority creditor's name and mailing address**
Ryshawn Gross
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 3 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2402** **Priority creditor's name and mailing address**
Saaiba S Newton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     6 7 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $379.87     Priority amount: Unknown

---

**2.2403** **Priority creditor's name and mailing address**
Saba T Asrat
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 5 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,062.06     Priority amount: $4,062.06

---

**2.2404** **Priority creditor's name and mailing address**
Saba T Asrat
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     9 5 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,376.08     Priority amount: $2,376.08

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 401 of 761

## Part 1: Additional Page

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

### 2.2405
**Priority creditor's name and mailing address**
Sabine S Lamont
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   5 0 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,914.35 — Priority amount: $4,914.35

### 2.2406
**Priority creditor's name and mailing address**
Sabrena Wingard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   8 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,256.64 — Priority amount: $1,256.64

### 2.2407
**Priority creditor's name and mailing address**
Sabrina Camilo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   1 6 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,640.57 — Priority amount: Unknown

### 2.2408
**Priority creditor's name and mailing address**
Sabrina Hanley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   0 3 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,099.00 — Priority amount: $4,099.00

### 2.2409
**Priority creditor's name and mailing address**
Sabrina N Ortiz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   7 1 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,633.66 — Priority amount: Unknown

### 2.2410
**Priority creditor's name and mailing address**
Sabrina S Heard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   1 2 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $380.34 — Priority amount: $380.34

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2411** | **Priority creditor's name and mailing address**
Sabrina T Tomka
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**      0 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,844.64    Priority amount: Unknown

---

**2.2412** | **Priority creditor's name and mailing address**
Sabrina T Tomka
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      0 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,233.83    Priority amount: $2,233.83

---

**2.2413** | **Priority creditor's name and mailing address**
Sade Lloyd
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,040.43    Priority amount: $2,040.43

---

**2.2414** | **Priority creditor's name and mailing address**
Sadia Khan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 4 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,141.25    Priority amount: $10,141.25

---

**2.2415** | **Priority creditor's name and mailing address**
Sadie Cook
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 2 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,907.78    Priority amount: $7,907.78

---

**2.2416** | **Priority creditor's name and mailing address**
Saeed Shah
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      5 6 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,800.00    Priority amount: $7,800.00

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2417** **Priority creditor's name and mailing address**
Salome W Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 7 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $161.50    Priority amount: $161.50

---

**2.2418** **Priority creditor's name and mailing address**
Sam Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 8 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,257.71    Priority amount: Unknown

---

**2.2419** **Priority creditor's name and mailing address**
Samantha Burnett
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 7 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $595.87    Priority amount: $595.87

---

**2.2420** **Priority creditor's name and mailing address**
Samantha C Bruton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 3 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,191.91    Priority amount: $3,191.91

---

**2.2421** **Priority creditor's name and mailing address**
Samantha Houston
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 9 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,223.80    Priority amount: $4,223.80

---

**2.2422** **Priority creditor's name and mailing address**
Samantha J Ramos
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 9 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $221.93    Priority amount: Unknown

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2423** **Priority creditor's name and mailing address**
Samantha J Ramos
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 9 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $127.73    Priority amount: $127.73

---

**2.2424** **Priority creditor's name and mailing address**
Samantha L Quinones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $601.71    Priority amount: $601.71

---

**2.2425** **Priority creditor's name and mailing address**
Samantha L Tomlin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,250.88    Priority amount: $1,250.88

---

**2.2426** **Priority creditor's name and mailing address**
Samantha R Long
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 3 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,844.33    Priority amount: Unknown

---

**2.2427** **Priority creditor's name and mailing address**
Samantha R Long
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 3 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,868.48    Priority amount: $1,868.48

---

**2.2428** **Priority creditor's name and mailing address**
Samuel J Wood
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 6 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2429** **Priority creditor's name and mailing address**
Samuel K Muchiri
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 9 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,104.70 — Priority amount: $4,104.70

**2.2430** **Priority creditor's name and mailing address**
Samuel K Nene
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 3 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00 — Priority amount: Unknown

**2.2431** **Priority creditor's name and mailing address**
Samuel K Nene
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 3 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,921.92 — Priority amount: $1,921.92

**2.2432** **Priority creditor's name and mailing address**
Samuel O Owuor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 3 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,224.55 — Priority amount: $1,224.55

**2.2433** **Priority creditor's name and mailing address**
Sandra C Stewart
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 1 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,731.63 — Priority amount: $5,731.63

**2.2434** **Priority creditor's name and mailing address**
Sandra C Stewart
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 1 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,142.67 — Priority amount: $1,142.67

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 406 of 761 |
|---|---|---|

## Part 1:　　Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2435** **Priority creditor's name and mailing address**
Sandra Ciccarelli
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**　　8 8 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00　　Priority amount: Unknown

---

**2.2436** **Priority creditor's name and mailing address**
Sandra D Hackworth
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**　　3 5 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $747.75　　Priority amount: $747.75

---

**2.2437** **Priority creditor's name and mailing address**
Sandra G Zakroff
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**　　4 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $11,076.93　　Priority amount: $11,076.93

---

**2.2438** **Priority creditor's name and mailing address**
Sandra G Zakroff
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**　　4 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,443.00　　Priority amount: $6,443.00

---

**2.2439** **Priority creditor's name and mailing address**
Sandra H Classen
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**　　9 4 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,402.35　　Priority amount: $3,402.35

---

**2.2440** **Priority creditor's name and mailing address**
Sandra J Conn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**　　8 6 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,904.44　　Priority amount: $5,904.44

---

Debtor     YesCare Corp     Case 2:26-bk-01089-FMR     Doc 22     Filed 06/23/26     Page 430 of 845
                                                                   *Case number (if known)*
           Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2441** | **Priority creditor's name and mailing address**
Sandra J White
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 1 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,104.21    $2,104.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2442** | **Priority creditor's name and mailing address**
Sandra Randolph
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 3 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,317.85    $2,317.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2443** | **Priority creditor's name and mailing address**
Sandra T Smith
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     6 6 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $736.48    $736.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2444** | **Priority creditor's name and mailing address**
Sandra V James
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 2 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $10,609.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2445** | **Priority creditor's name and mailing address**
Sandra V James
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     0 2 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $2,740.37    $2,740.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2446** | **Priority creditor's name and mailing address**
Sandra Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     3 6 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $4,836.37    $4,836.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2447** **Priority creditor's name and mailing address**
Sandra Z Sanders
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 8 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,838.92     Priority amount: $1,838.92

---

**2.2448** **Priority creditor's name and mailing address**
Sandrinia L Grayson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 8 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,852.30     Priority amount: $1,852.30

---

**2.2449** **Priority creditor's name and mailing address**
Sandy S Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 2 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,950.58     Priority amount: $2,950.58

---

**2.2450** **Priority creditor's name and mailing address**
Santresa C Perry
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 2 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $354.18     Priority amount: $354.18

---

**2.2451** **Priority creditor's name and mailing address**
Sanu R Yohannan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     0 6 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,481.46     Priority amount: Unknown

---

**2.2452** **Priority creditor's name and mailing address**
Sanu R Yohannan
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     0 6 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,158.26     Priority amount: $1,158.26

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2453** **Priority creditor's name and mailing address**
Sara Gabere
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 8 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $25,405.71    Priority amount: $17,150.00

---

**2.2454** **Priority creditor's name and mailing address**
Sara K Shaw
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 5 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,428.30    Priority amount: $8,428.30

---

**2.2455** **Priority creditor's name and mailing address**
Sara T Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 5 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,927.56    Priority amount: $3,927.56

---

**2.2456** **Priority creditor's name and mailing address**
Sara Woodall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 4 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,500.00    Priority amount: $2,500.00

---

**2.2457** **Priority creditor's name and mailing address**
Sarah A Derose
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 0 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $120.98    Priority amount: Unknown

---

**2.2458** **Priority creditor's name and mailing address**
Sarah A Derose
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 0 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $346.39    Priority amount: $346.39

---

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2459** **Priority creditor's name and mailing address**
Sarah A Glenn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 7 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2460** **Priority creditor's name and mailing address**
Sarah A Rudnik
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,686.80    Priority amount: Unknown

---

**2.2461** **Priority creditor's name and mailing address**
Sarah A Rudnik
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 6 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,694.38    Priority amount: $1,694.38

---

**2.2462** **Priority creditor's name and mailing address**
Sarah H Harrison
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 7 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,048.76    Priority amount: $1,048.76

---

**2.2463** **Priority creditor's name and mailing address**
Sarah J Mims
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 5 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,598.24    Priority amount: $2,598.24

---

**2.2464** **Priority creditor's name and mailing address**
Sarah L Harkness
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 0 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,043.39    Priority amount: $3,043.39

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 411 of 761

Debtor          YesCare Corp.          Case 2:26-bk-01089-FMR          Doc 22          Filed 06/23/26          Page 434 of 845

Name

Case number (if known) _____

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2465** **Priority creditor's name and mailing address**
Sarah M Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2466** **Priority creditor's name and mailing address**
Sarah Mars
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 2 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,729.77     Priority amount: $3,729.77

---

**2.2467** **Priority creditor's name and mailing address**
Sarah Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 1 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $598.26     Priority amount: $598.26

---

**2.2468** **Priority creditor's name and mailing address**
Sarah Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 0 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,472.00     Priority amount: $1,472.00

---

**2.2469** **Priority creditor's name and mailing address**
Saree Ath
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 3 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,603.64     Priority amount: $2,603.64

---

**2.2470** **Priority creditor's name and mailing address**
Sarina Ahmad-Stokes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 8 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2471** **Priority creditor's name and mailing address**
Sarita Schoenbachler
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 4 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $12,515.69    $12,515.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2472** **Priority creditor's name and mailing address**
Sasha Grey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 9 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $4,920.28    $4,920.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2473** **Priority creditor's name and mailing address**
Saundra L Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 8 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,339.03    $3,339.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2474** **Priority creditor's name and mailing address**
Saundra L Murray
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 8 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $1,732.21    $1,732.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2475** **Priority creditor's name and mailing address**
Savalla McLeod
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,621.00    $3,621.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2476** **Priority creditor's name and mailing address**
Savannah Lutz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**    $3,639.79    $3,639.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2477** **Priority creditor's name and mailing address**
Scarlett L Riley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 4 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,609.53   Priority amount: $9,609.53

**2.2478** **Priority creditor's name and mailing address**
Scharde Jubilee
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 3 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,015.02   Priority amount: Unknown

**2.2479** **Priority creditor's name and mailing address**
Scott King
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 3 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,004.61   Priority amount: $10,004.61

**2.2480** **Priority creditor's name and mailing address**
Scott King
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 3 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,000.00   Priority amount: $10,000.00

**2.2481** **Priority creditor's name and mailing address**
Sean K Riggs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 3 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,849.37   Priority amount: $5,849.37

**2.2482** **Priority creditor's name and mailing address**
Sean T McGowan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 6 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,280.82   Priority amount: $5,280.82

Debtor     YesCare Corp.     _Case Number (if known)_ _____

Name

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

**2.2483** **Priority creditor's name and mailing address**
Sebrina Cardwell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 1 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,148.58     Priority amount: $4,148.58

---

**2.2484** **Priority creditor's name and mailing address**
Secilia O Lopez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       8 3 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,877.16     Priority amount: $3,877.16

---

**2.2485** **Priority creditor's name and mailing address**
Selena L Gibbons
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,272.26     Priority amount: $1,272.26

---

**2.2486** **Priority creditor's name and mailing address**
Selena Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       5 3 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,238.74     Priority amount: $3,238.74

---

**2.2487** **Priority creditor's name and mailing address**
Selina Allcorn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       3 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,939.10     Priority amount: $2,939.10

---

**2.2488** **Priority creditor's name and mailing address**
Sequoia Young
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**       8 6 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,252.80     Priority amount: $2,252.80

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2489** **Priority creditor's name and mailing address**
Serena Elmore
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    9 9 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,973.22    Priority amount: $3,973.22

---

**2.2490** **Priority creditor's name and mailing address**
Serena Wallace
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    0 2 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $676.85    Priority amount: $676.85

---

**2.2491** **Priority creditor's name and mailing address**
Sergio L Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    5 2 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $682.49    Priority amount: $682.49

---

**2.2492** **Priority creditor's name and mailing address**
Shaina Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    9 8 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $426.46    Priority amount: $426.46

---

**2.2493** **Priority creditor's name and mailing address**
Shakiera T Barnes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    2 9 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,910.98    Priority amount: Unknown

---

**2.2494** **Priority creditor's name and mailing address**
Shakirah I Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    6 9 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $787.69    Priority amount: Unknown

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2495** **Priority creditor's name and mailing address**
Shakita R Hutson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $374.43    Priority amount: Unknown

---

**2.2496** **Priority creditor's name and mailing address**
Shalika D Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 1 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $496.67    Priority amount: Unknown

---

**2.2497** **Priority creditor's name and mailing address**
Shalonda Black
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 8 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,898.30    Priority amount: $1,898.30

---

**2.2498** **Priority creditor's name and mailing address**
Shalu M Punnoose
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 4 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,305.74    Priority amount: Unknown

---

**2.2499** **Priority creditor's name and mailing address**
Shalu M Punnoose
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    3 4 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,083.26    Priority amount: $1,083.26

---

**2.2500** **Priority creditor's name and mailing address**
Shamberlie Dotson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 8 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,547.33    Priority amount: $5,547.33

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.2501** **Priority creditor's name and mailing address**
Shameeka L Slocum
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 4 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$261.61    $261.61

---

**2.2502** **Priority creditor's name and mailing address**
Shameka D Gilcrease
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,249.13    $3,249.13

---

**2.2503** **Priority creditor's name and mailing address**
Shameka V McCray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 3 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,044.50    $1,044.50

---

**2.2504** **Priority creditor's name and mailing address**
Shametric S Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 4 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,231.31    $2,231.31

---

**2.2505** **Priority creditor's name and mailing address**
Shamika D Byrd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 3 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,163.60    $1,163.60

---

**2.2506** **Priority creditor's name and mailing address**
Shandreka T Clark
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 1 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,540.26    $2,540.26

Debtor YesCare Corp. _____  Case number *(if known)* _____
Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2507** | **Priority creditor's name and mailing address**
Shandreka T Clark
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 1 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,562.12 | Priority amount: $1,562.12

---

**2.2508** | **Priority creditor's name and mailing address**
Shaneka Cooks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $615.80 | Priority amount: $615.80

---

**2.2509** | **Priority creditor's name and mailing address**
Shanera Dunlap-Hoskins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 1 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $811.00 | Priority amount: Unknown

---

**2.2510** | **Priority creditor's name and mailing address**
Shanika Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 0 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,947.20 | Priority amount: $2,947.20

---

**2.2511** | **Priority creditor's name and mailing address**
Shanna Casey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $752.55 | Priority amount: $752.55

---

**2.2512** | **Priority creditor's name and mailing address**
Shanna L Briggs
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 5 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $731.47 | Priority amount: Unknown

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 419 of 761

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2513** | **Priority creditor's name and mailing address**
Shannon Lamond
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,624.80 — Priority amount: Unknown

---

**2.2514** | **Priority creditor's name and mailing address**
Shannon Lamond
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $432.06 — Priority amount: $432.06

---

**2.2515** | **Priority creditor's name and mailing address**
Shannon M Parente
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 0 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,029.20 — Priority amount: Unknown

---

**2.2516** | **Priority creditor's name and mailing address**
Shannon Prescott
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 8 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00 — Priority amount: Unknown

---

**2.2517** | **Priority creditor's name and mailing address**
Shantel M Milbourne
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 0 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00 — Priority amount: Unknown

---

**2.2518** | **Priority creditor's name and mailing address**
ShaQuanda McMillion
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 8 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,285.10 — Priority amount: $1,285.10

---

Debtor     YesCare Corp.                                          Case number (if known) Unknown
           Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2519** | **Priority creditor's name and mailing address**
Shaquille Stephenson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 0 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2520** | **Priority creditor's name and mailing address**
Shara Cole
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 2 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,758.18    Priority amount: $4,758.18

---

**2.2521** | **Priority creditor's name and mailing address**
Shareese Hamm
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 9 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,534.72    Priority amount: $1,534.72

---

**2.2522** | **Priority creditor's name and mailing address**
Shari H Collins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 6 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,732.72    Priority amount: $6,732.72

---

**2.2523** | **Priority creditor's name and mailing address**
Shari H Collins
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     7 6 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,509.22    Priority amount: $2,509.22

---

**2.2524** | **Priority creditor's name and mailing address**
Shari Heter
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 3 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,900.57    Priority amount: $2,900.57

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 421 of 761

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2525 Priority creditor's name and mailing address**
Shari Nehemiah
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,143.00 — $1,143.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2526 Priority creditor's name and mailing address**
Sharine Adkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 1 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $6,045.48 — $6,045.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2527 Priority creditor's name and mailing address**
Sharnita Wright
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 3 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,448.55 — $2,448.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2528 Priority creditor's name and mailing address**
Sharon A Monaco-Kelly
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 3 0 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,782.89 — $3,782.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2529 Priority creditor's name and mailing address**
Sharon A Northrup
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,790.11 — $5,790.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2530 Priority creditor's name and mailing address**
Sharon A Northrup
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 4 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,563.07 — $1,563.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 422 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2531** **Priority creditor's name and mailing address**
Sharon D Crosson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   6 5 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,822.21   Priority amount: $3,822.21

---

**2.2532** **Priority creditor's name and mailing address**
Sharon D Trimble
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   5 4 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,198.80   Priority amount: $2,198.80

---

**2.2533** **Priority creditor's name and mailing address**
Sharon D Trimble
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   5 4 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,115.41   Priority amount: $1,115.41

---

**2.2534** **Priority creditor's name and mailing address**
Sharon J Lopez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   8 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $-64.91   Priority amount: Unknown

---

**2.2535** **Priority creditor's name and mailing address**
Sharon J Lopez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   8 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $977.29   Priority amount: $977.29

---

**2.2536** **Priority creditor's name and mailing address**
Sharon Lindo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   0 0 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,615.06   Priority amount: $3,615.06

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2537** **Priority creditor's name and mailing address**
Sharon M Osbourne
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 7 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $-3,197.87    Priority amount: Unknown

---

**2.2538** **Priority creditor's name and mailing address**
Sharon M Osbourne
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      0 7 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,946.65    Priority amount: $1,946.65

---

**2.2539** **Priority creditor's name and mailing address**
Sharon R Lawrence
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      7 3 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,050.00    Priority amount: $1,050.00

---

**2.2540** **Priority creditor's name and mailing address**
Sharronda Jones-Oliver
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      1 9 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,013.80    Priority amount: $3,013.80

---

**2.2541** **Priority creditor's name and mailing address**
Shaun D Watson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,530.77    Priority amount: $3,530.77

---

**2.2542** **Priority creditor's name and mailing address**
Shawn L Irving
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 6 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,582.61    Priority amount: Unknown

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2543** **Priority creditor's name and mailing address**
Shawn L Irving
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 6 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$928.62     $928.62

---

**2.2544** **Priority creditor's name and mailing address**
Shawn R Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,648.03     $5,648.03

---

**2.2545** **Priority creditor's name and mailing address**
Shawn T Decker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 5 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,667.07     Unknown

---

**2.2546** **Priority creditor's name and mailing address**
Shawna J Kelly
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 5 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,192.76     $4,192.76

---

**2.2547** **Priority creditor's name and mailing address**
Shawna J Kelly
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 5 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$816.45     $816.45

---

**2.2548** **Priority creditor's name and mailing address**
Shawndolyn Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,705.72     $4,705.72

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2549**   **Priority creditor's name and mailing address**
Shayla Hardy
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 8 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $887.75    Priority amount: $887.75

---

**2.2550**   **Priority creditor's name and mailing address**
Shea Ludgood
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 7 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,849.38    Priority amount: $5,849.38

---

**2.2551**   **Priority creditor's name and mailing address**
Shea Ludgood
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 7 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,964.05    Priority amount: $2,964.05

---

**2.2552**   **Priority creditor's name and mailing address**
Sheena Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,120.20    Priority amount: $4,120.20

---

**2.2553**   **Priority creditor's name and mailing address**
Sheila K Schoff
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 2 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,562.40    Priority amount: $1,562.40

---

**2.2554**   **Priority creditor's name and mailing address**
Shelbi Leafdale
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 2 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

Debtor    YesCare Corp _____    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2555** **Priority creditor's name and mailing address**
Shelby P Lawrence
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  0 0 1 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,292.25    Priority amount: $9,292.25

---

**2.2556** **Priority creditor's name and mailing address**
Shelia A Pritchett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  9 6 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,855.90    Priority amount: $5,855.90

---

**2.2557** **Priority creditor's name and mailing address**
Shelley D Moseley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  7 5 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,926.60    Priority amount: $4,926.60

---

**2.2558** **Priority creditor's name and mailing address**
Shelley N Draper
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  4 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,514.01    Priority amount: $6,514.01

---

**2.2559** **Priority creditor's name and mailing address**
Shelley N Draper
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  4 7 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,255.89    Priority amount: $1,255.89

---

**2.2560** **Priority creditor's name and mailing address**
Shelly A Lavallee
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  3 7 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,000.00    Priority amount: $3,000.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 427 of 761

Debtor    YesCare Corp. _____   Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2561** **Priority creditor's name and mailing address**
Shelly A LaVallee
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number       3 7 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $10,974.78 — $10,974.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2562** **Priority creditor's name and mailing address**
Shemeka Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number       9 7 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $428.18 — $428.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2563** **Priority creditor's name and mailing address**
Shemekia Townsend
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number       9 1 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,922.13 — $1,922.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2564** **Priority creditor's name and mailing address**
Shemekia Townsend
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number       9 1 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $387.34 — $387.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2565** **Priority creditor's name and mailing address**
Sherika Furlow McDaniel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number       6 0 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $844.50 — $844.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2566** **Priority creditor's name and mailing address**
Sherika L Thomas-Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number       6 8 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,822.85 — $3,822.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Debtor      YesCare Corp.     Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26 *(if known)* Page 451 of 845

Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2567** | **Priority creditor's name and mailing address**
Sherika L Thomas-Miller
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 8 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $483.91    Priority amount: $483.91

---

**2.2568** | **Priority creditor's name and mailing address**
Sherina Evans
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,927.74    Priority amount: $5,927.74

---

**2.2569** | **Priority creditor's name and mailing address**
Shermone Y Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 1 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,952.79    Priority amount: $4,952.79

---

**2.2570** | **Priority creditor's name and mailing address**
Sherrell Neal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 4 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2571** | **Priority creditor's name and mailing address**
Sherri A Revard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 2 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,376.94    Priority amount: Unknown

---

**2.2572** | **Priority creditor's name and mailing address**
Sherri A Revard
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    7 2 7 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,012.30    Priority amount: $1,012.30

---

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2573** **Priority creditor's name and mailing address**
Sherrill A Gaskin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 0 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,108.96    $3,108.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2574** **Priority creditor's name and mailing address**
Sherry J Merritt
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 9 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $7,490.40    $7,490.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2575** **Priority creditor's name and mailing address**
Sherry L Newsome
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 4 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $6,494.11    $6,494.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2576** **Priority creditor's name and mailing address**
Sherry L Newsome
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 4 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,153.82    $1,153.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2577** **Priority creditor's name and mailing address**
Sherry Wells
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $-1,411.27    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2578** **Priority creditor's name and mailing address**
Sherry Wells
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $2,180.79    $2,180.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

---

**2.2579** **Priority creditor's name and mailing address**
Shianna N Hernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**       5 6 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,475.51    Priority amount: $3,475.51

---

**2.2580** **Priority creditor's name and mailing address**
Shirley D Jernigan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**       5 7 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,638.88    Priority amount: $1,638.88

---

**2.2581** **Priority creditor's name and mailing address**
Shirley J Turner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**       9 9 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,243.73    Priority amount: $2,243.73

---

**2.2582** **Priority creditor's name and mailing address**
Shirley K Locke
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**       9 1 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,238.59    Priority amount: $3,238.59

---

**2.2583** **Priority creditor's name and mailing address**
Shnala Banks MS
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**       5 9 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $196.33    Priority amount: $196.33

---

**2.2584** **Priority creditor's name and mailing address**
Shonkesia L Hunt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**       6 5 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,094.52    Priority amount: $3,094.52

---

Debtor YesCare Corp. Case 2:26-bk-01089-FMR Doc 22 Filed 06/23/26 *Case number (if known)* Page 454 of 845

Name

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

### 2.2585

**Priority creditor's name and mailing address**
Shuntee Hughes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 1 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $363.21  Priority amount: $363.21

### 2.2586

**Priority creditor's name and mailing address**
Shwanna Harris
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 5 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $942.58  Priority amount: Unknown

### 2.2587

**Priority creditor's name and mailing address**
Siani Faison
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 9 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $81.77  Priority amount: Unknown

### 2.2588

**Priority creditor's name and mailing address**
Sidney Bagwell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 7 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,906.92  Priority amount: $4,906.92

### 2.2589

**Priority creditor's name and mailing address**
Sigy George
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 7 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,830.40  Priority amount: Unknown

### 2.2590

**Priority creditor's name and mailing address**
Sigy George
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 7 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,236.94  Priority amount: $3,236.94

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

### 2.2591
**Priority creditor's name and mailing address**
Silverine R Lewars
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,959.05  Priority amount: Unknown

### 2.2592
**Priority creditor's name and mailing address**
Silverine R Lewars
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 2 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,362.88  Priority amount: $3,362.88

### 2.2593
**Priority creditor's name and mailing address**
Simone Houston
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 2 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00  Priority amount: Unknown

### 2.2594
**Priority creditor's name and mailing address**
Simone Houston
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 2 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,796.19  Priority amount: $2,796.19

### 2.2595
**Priority creditor's name and mailing address**
Simone R Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 9 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,935.24  Priority amount: Unknown

### 2.2596
**Priority creditor's name and mailing address**
Sineka Holmes
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 8 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,033.43  Priority amount: $2,033.43

Debtor    YesCare Corp.
_____
Name                                    *Case number (if known)* _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2597** **Priority creditor's name and mailing address**
Sineka Holmes
Address Redacted
**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    6 8 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,070.50    Priority amount: $1,070.50

---

**2.2598** **Priority creditor's name and mailing address**
Siobhan Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,936.00    Priority amount: $1,936.00

---

**2.2599** **Priority creditor's name and mailing address**
Sonya Files
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,940.51    Priority amount: $2,940.51

---

**2.2600** **Priority creditor's name and mailing address**
Sophia Connolly
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 2 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,727.10    Priority amount: $2,727.10

---

**2.2601** **Priority creditor's name and mailing address**
Sophia J Clemmons
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 9 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,875.66    Priority amount: $4,875.66

---

**2.2602** **Priority creditor's name and mailing address**
Sophia J Clemmons
Address Redacted
**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    1 9 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,160.14    Priority amount: $2,160.14

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2603**  **Priority creditor's name and mailing address**
Soukaina Serrabou
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 7 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:** PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2604**  **Priority creditor's name and mailing address**
Staci Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 3 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,807.70    Priority amount: $4,807.70

---

**2.2605**  **Priority creditor's name and mailing address**
Stacy D Ellis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 5 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,039.20    Priority amount: $4,039.20

---

**2.2606**  **Priority creditor's name and mailing address**
Stacy L Bradford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,016.95    Priority amount: $3,016.95

---

**2.2607**  **Priority creditor's name and mailing address**
Stacy M Hinkle
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 3 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $493.74    Priority amount: Unknown

---

**2.2608**  **Priority creditor's name and mailing address**
Stacy M Hinkle
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    1 3 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $115.12    Priority amount: $115.12

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2609** **Priority creditor's name and mailing address**
Stacy Mcintyre
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 1 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,089.00    Priority amount: Unknown

---

**2.2610** **Priority creditor's name and mailing address**
Stacy Wylie
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     5 7 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $12,564.69    Priority amount: $12,564.69

---

**2.2611** **Priority creditor's name and mailing address**
Starr Kimbrough
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     7 5 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,631.36    Priority amount: $1,631.36

---

**2.2612** **Priority creditor's name and mailing address**
Starr Kimbrough
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     7 5 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $848.79    Priority amount: $848.79

---

**2.2613** **Priority creditor's name and mailing address**
Steav Marcelin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     6 7 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,090.00    Priority amount: Unknown

---

**2.2614** **Priority creditor's name and mailing address**
Stephanie B Wyatt
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 5 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,050.78    Priority amount: $4,050.78

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2615** **Priority creditor's name and mailing address**
Stephanie Cruz
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 2 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $209.57 — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2616** **Priority creditor's name and mailing address**
Stephanie Daniels
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 8 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,930.68 — $4,930.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2617** **Priority creditor's name and mailing address**
Stephanie Doherty
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 9 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,047.50 — $5,047.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2618** **Priority creditor's name and mailing address**
Stephanie Godwin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 9 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,847.60 — $4,847.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2619** **Priority creditor's name and mailing address**
Stephanie L Schneider
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 3 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,816.80 — $2,816.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2620** **Priority creditor's name and mailing address**
Stephanie M Farnon
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 0 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $2,998.74 — Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2621** **Priority creditor's name and mailing address**
Stephanie M Farnon
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     7 0 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,407.69    Priority amount: $2,407.69

---

**2.2622** **Priority creditor's name and mailing address**
Stephanie M Murphree
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 0 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,043.82    Priority amount: $4,043.82

---

**2.2623** **Priority creditor's name and mailing address**
Stephanie M Murphree
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     5 0 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,046.09    Priority amount: $2,046.09

---

**2.2624** **Priority creditor's name and mailing address**
Stephanie Poole
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 5 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,431.56    Priority amount: $3,431.56

---

**2.2625** **Priority creditor's name and mailing address**
Stephanie Pound
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     8 5 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,703.58    Priority amount: $4,703.58

---

**2.2626** **Priority creditor's name and mailing address**
Stephanie R Screws
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 3 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $999.25    Priority amount: $999.25

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2627** **Priority creditor's name and mailing address**
Stephanie Shepherd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 4 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,200.61   Priority amount: $2,200.61

---

**2.2628** **Priority creditor's name and mailing address**
Stephen D Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,716.39   Priority amount: $2,716.39

---

**2.2629** **Priority creditor's name and mailing address**
Stephen D Brown
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 4 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,500.00   Priority amount: $3,500.00

---

**2.2630** **Priority creditor's name and mailing address**
Stephen M Schwartz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 0 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,158.80   Priority amount: Unknown

---

**2.2631** **Priority creditor's name and mailing address**
Stephie Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 5 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,924.72   Priority amount: $3,924.72

---

**2.2632** **Priority creditor's name and mailing address**
Steve Lovelady
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 4 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,674.00   Priority amount: $4,674.00

---

Debtor     YesCare Co...                           Case number *(if known)* _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2633** **Priority creditor's name and mailing address**
Steven Gomez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       3 2 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00        Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2634** **Priority creditor's name and mailing address**
Success E Akintunde
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       8 3 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $5,154.33        $5,154.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2635** **Priority creditor's name and mailing address**
Sueann Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       9 3 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $412.50        $412.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2636** **Priority creditor's name and mailing address**
Supriya M Mcivor
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       2 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $3,402.00        Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2637** **Priority creditor's name and mailing address**
Susan A Scicchitano
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       0 2 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,849.29        $6,849.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2638** **Priority creditor's name and mailing address**
Susan D Gervais
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**       0 1 4 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $776.90        $776.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.2639** **Priority creditor's name and mailing address**
Susan Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     0 0 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,006.86    Priority amount: $3,006.86

---

**2.2640** **Priority creditor's name and mailing address**
Susan K Wagar
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     8 1 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,234.78    Priority amount: $5,234.78

---

**2.2641** **Priority creditor's name and mailing address**
Susan K Wagar
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     8 1 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,500.47    Priority amount: $1,500.47

---

**2.2642** **Priority creditor's name and mailing address**
Susan L Hazelrigg
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 5 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2643** **Priority creditor's name and mailing address**
Susan L Jumper
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     8 4 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,009.48    Priority amount: $3,009.48

---

**2.2644** **Priority creditor's name and mailing address**
Susan M Justice Abbott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     7 3 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,080.52    Priority amount: $4,080.52

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|

**2.2645** **Priority creditor's name and mailing address**
Susan M Mullins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,572.99    Priority amount: Unknown

---

**2.2646** **Priority creditor's name and mailing address**
Susan W Delalcazar
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        5 2 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,145.42    Priority amount: $8,145.42

---

**2.2647** **Priority creditor's name and mailing address**
Susana Gonzalez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        6 2 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,920.00    Priority amount: Unknown

---

**2.2648** **Priority creditor's name and mailing address**
Susana Gonzalez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        6 2 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $15.69    Priority amount: $15.69

---

**2.2649** **Priority creditor's name and mailing address**
Susanna Deal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 0 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,317.90    Priority amount: $4,317.90

---

**2.2650** **Priority creditor's name and mailing address**
Susanna Deal
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        8 0 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,478.00    Priority amount: $2,478.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 442 of 761

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2651** | **Priority creditor's name and mailing address**
Susanne Danzey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  9 4 5 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,040.33
Priority amount: $3,040.33

**2.2652** | **Priority creditor's name and mailing address**
Susanne Danzey
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  9 4 5 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,565.95
Priority amount: $1,565.95

**2.2653** | **Priority creditor's name and mailing address**
Susanne V Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  8 3 7 0
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,687.30
Priority amount: $8,687.30

**2.2654** | **Priority creditor's name and mailing address**
Suzanna K Marlowe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  7 2 1 9
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,400.00
Priority amount: Unknown

**2.2655** | **Priority creditor's name and mailing address**
Suzanna Milien
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  9 4 3 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00
Priority amount: Unknown

**2.2656** | **Priority creditor's name and mailing address**
Suzanne Kane
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**  5 9 2 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,231.14
Priority amount: $9,231.14

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2657** **Priority creditor's name and mailing address**
Suzanne Kane
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 9 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,787.94    Priority amount: $1,787.94

---

**2.2658** **Priority creditor's name and mailing address**
Sweetcharlotte Ireola
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 3 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2659** **Priority creditor's name and mailing address**
Sydney Holliday
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 0 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,460.21    Priority amount: $1,460.21

---

**2.2660** **Priority creditor's name and mailing address**
Sydney J Frankel
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 5 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $808.17    Priority amount: $808.17

---

**2.2661** **Priority creditor's name and mailing address**
Sydnie R Gonzalez Feliciano
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 4 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,428.00    Priority amount: Unknown

---

**2.2662** **Priority creditor's name and mailing address**
Sylvia A Dominguez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,829.90    Priority amount: Unknown

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2663** **Priority creditor's name and mailing address**
Sylvia McMeans
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $928.63    Priority amount: $928.63

---

**2.2664** **Priority creditor's name and mailing address**
Sylvia S Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 7 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $415.20    Priority amount: $415.20

---

**2.2665** **Priority creditor's name and mailing address**
Sylvia Wallace
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5.18    Priority amount: $5.18

---

**2.2666** **Priority creditor's name and mailing address**
Sylvie Stacy
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 7 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $23,812.18    Priority amount: $17,150.00

---

**2.2667** **Priority creditor's name and mailing address**
Sylvie Stacy
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 7 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,649.28    Priority amount: $6,649.28

---

**2.2668** **Priority creditor's name and mailing address**
Tabitha Frink
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $551.82    Priority amount: $551.82

---

## Part 1:     Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2669** **Priority creditor's name and mailing address**
Tabitha Kadlec
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 4 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $562.49     Priority amount: $562.49

---

**2.2670** **Priority creditor's name and mailing address**
Tabitha Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        1 4 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,033.68     Priority amount: $3,033.68

---

**2.2671** **Priority creditor's name and mailing address**
Tabitha Smith
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        1 4 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $330.42     Priority amount: $330.42

---

**2.2672** **Priority creditor's name and mailing address**
Tabitha W Karanja
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 0 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,829.60     Priority amount: Unknown

---

**2.2673** **Priority creditor's name and mailing address**
Tabithaa Bryant
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        0 4 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,266.29     Priority amount: $2,266.29

---

**2.2674** **Priority creditor's name and mailing address**
Tah'Miya L Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        8 6 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $196.20     Priority amount: $196.20

---

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.2675** **Priority creditor's name and mailing address**
Tahir Siddiq
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,697.87     Priority amount: $10,697.87

---

**2.2676** **Priority creditor's name and mailing address**
Tahir Siddiq
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     9 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,750.88     Priority amount: $5,750.88

---

**2.2677** **Priority creditor's name and mailing address**
Taisha Hooks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 4 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,412.25     Priority amount: $1,412.25

---

**2.2678** **Priority creditor's name and mailing address**
Taishaney Francis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 3 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2679** **Priority creditor's name and mailing address**
Tajudeen A Kolawole
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     3 1 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,116.40     Priority amount: Unknown

---

**2.2680** **Priority creditor's name and mailing address**
Tajzhane D Hill
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 1 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $992.76     Priority amount: $992.76

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2681** **Priority creditor's name and mailing address**
Takeenya Cooper
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 4 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,350.96
Priority amount: Unknown

---

**2.2682** **Priority creditor's name and mailing address**
Takeysha Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 7 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,012.07
Priority amount: $2,012.07

---

**2.2683** **Priority creditor's name and mailing address**
Talaya M Beasley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 4 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,524.74
Priority amount: $1,524.74

---

**2.2684** **Priority creditor's name and mailing address**
Taleah D Ziglar
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 6 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,057.23
Priority amount: $3,057.23

---

**2.2685** **Priority creditor's name and mailing address**
Talia N Omwando
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,667.86
Priority amount: $2,667.86

---

**2.2686** **Priority creditor's name and mailing address**
Tamar Lawrence
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,465.93
Priority amount: $2,465.93

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2687 Priority creditor's name and mailing address**
Tamara Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 8 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,770.72 — Priority amount: $3,770.72

**2.2688 Priority creditor's name and mailing address**
Tamara L Robinson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 5 2 1
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,104.43 — Priority amount: Unknown

**2.2689 Priority creditor's name and mailing address**
Tamara L Robinson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 5 2 1
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,984.74 — Priority amount: $1,984.74

**2.2690 Priority creditor's name and mailing address**
Tamarian L DuPree
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 9 4 9
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,333.77 — Priority amount: $1,333.77

**2.2691 Priority creditor's name and mailing address**
Tameka Foster
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 9 1 1
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,209.38 — Priority amount: $9,209.38

**2.2692 Priority creditor's name and mailing address**
Tameka L Pulford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 9 0 1
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $388.09 — Priority amount: Unknown

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2693** **Priority creditor's name and mailing address**
Tameka Lee
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    9 0 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $568.93    Priority amount: $568.93

**2.2694** **Priority creditor's name and mailing address**
Tameka Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    4 7 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,217.64    Priority amount: $4,217.64

**2.2695** **Priority creditor's name and mailing address**
Tamela M Ash
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    7 3 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,157.84    Priority amount: $6,157.84

**2.2696** **Priority creditor's name and mailing address**
Tamelria W Tellis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 8 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $676.50    Priority amount: $676.50

**2.2697** **Priority creditor's name and mailing address**
Tamikka Hamilton Hall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    0 2 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1.18    Priority amount: $1.18

**2.2698** **Priority creditor's name and mailing address**
Tammany L Barrett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
  **Last 4 digits of account number**    8 0 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,981.71    Priority amount: $1,981.71

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2699** | **Priority creditor's name and mailing address**
Tammany L Barrett
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 0 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,683.84    Priority amount: $1,683.84

**2.2700** | **Priority creditor's name and mailing address**
Tammara Hunt
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 6 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,378.63    Priority amount: $5,378.63

**2.2701** | **Priority creditor's name and mailing address**
Tammy A Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 6 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,937.37    Priority amount: $6,937.37

**2.2702** | **Priority creditor's name and mailing address**
Tammy Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,314.18    Priority amount: $5,314.18

**2.2703** | **Priority creditor's name and mailing address**
Tammy Dougherty
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 2 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,415.17    Priority amount: $3,415.17

**2.2704** | **Priority creditor's name and mailing address**
Tammy J Rush
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 4 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,878.40    Priority amount: Unknown

## Part 1: Additional Page

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.2705** **Priority creditor's name and mailing address**
Tammy L Dorrbecker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 0 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $726.38    Priority amount: $726.38

---

**2.2706** **Priority creditor's name and mailing address**
Tammy L Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     1 6 4 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,254.31    Priority amount: $3,254.31

---

**2.2707** **Priority creditor's name and mailing address**
Tammy L Robison
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     4 7 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,655.69    Priority amount: $1,655.69

---

**2.2708** **Priority creditor's name and mailing address**
Tammy R Gorum
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     3 2 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,237.68    Priority amount: $2,237.68

---

**2.2709** **Priority creditor's name and mailing address**
Tammy Schmidt
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     2 7 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,348.38    Priority amount: $3,348.38

---

**2.2710** **Priority creditor's name and mailing address**
Tammy Sherman
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 7 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,460.18    Priority amount: $4,460.18

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2711** **Priority creditor's name and mailing address**
Tandra Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,032.05    Priority amount: $3,032.05

---

**2.2712** **Priority creditor's name and mailing address**
Tanesha Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,643.26    Priority amount: $1,643.26

---

**2.2713** **Priority creditor's name and mailing address**
Taneshia Harmon
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 4 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,145.47    Priority amount: $1,145.47

---

**2.2714** **Priority creditor's name and mailing address**
Tania Theodore
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 7 9 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,298.08    Priority amount: $1,298.08

---

**2.2715** **Priority creditor's name and mailing address**
Tanika R Lay
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 1 7 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,110.00    Priority amount: Unknown

---

**2.2716** **Priority creditor's name and mailing address**
Tanisha Wood
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 8 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,806.07    Priority amount: $1,806.07

---

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2717** **Priority creditor's name and mailing address**
Tanya M Allen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 6 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,807.67    Priority amount: Unknown

---

**2.2718** **Priority creditor's name and mailing address**
Tanya Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 9 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,615.63    Priority amount: $3,615.63

---

**2.2719** **Priority creditor's name and mailing address**
Tanysia Holmes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    3 3 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.15    Priority amount: Unknown

---

**2.2720** **Priority creditor's name and mailing address**
Taquita Stowe
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 2 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,252.80    Priority amount: $1,252.80

---

**2.2721** **Priority creditor's name and mailing address**
Tara Anderson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    7 8 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,829.58    Priority amount: $2,829.58

---

**2.2722** **Priority creditor's name and mailing address**
Tara January
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    8 0 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,040.35    Priority amount: $3,040.35

---

Debtor          YesCare Co.                                              *Case number (if known)*
                Name

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2723** | **Priority creditor's name and mailing address**
Tara Marshall
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 0 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,432.18      Priority amount: $1,432.18

---

**2.2724** | **Priority creditor's name and mailing address**
Tara Taylor
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**      4 1 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,033.73      Priority amount: $4,033.73

---

**2.2725** | **Priority creditor's name and mailing address**
Tara Wells
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      5 7 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.11      Priority amount: Unknown

---

**2.2726** | **Priority creditor's name and mailing address**
Tasha Shevlin
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 8 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,327.69      Priority amount: $3,327.69

---

**2.2727** | **Priority creditor's name and mailing address**
Tashae M Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 9 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,418.14      Priority amount: $3,418.14

---

**2.2728** | **Priority creditor's name and mailing address**
Tasheta Barnes Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 0 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,200.50      Priority amount: $2,200.50

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2729** | **Priority creditor's name and mailing address**
Tashiana Sanon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   3 5 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,493.54    Unknown

---

**2.2730** | **Priority creditor's name and mailing address**
Tashina Jarvis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   2 9 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,627.61    Unknown

---

**2.2731** | **Priority creditor's name and mailing address**
Tashina Jarvis
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   2 9 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$63.46    $63.46

---

**2.2732** | **Priority creditor's name and mailing address**
Tatiana R Parker-Evans
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   6 7 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,298.12    $4,298.12

---

**2.2733** | **Priority creditor's name and mailing address**
Tatyana Z Blackmon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   5 3 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,462.07    $2,462.07

---

**2.2734** | **Priority creditor's name and mailing address**
Tavarius Mitchell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   0 2 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$946.50    $946.50

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2735** **Priority creditor's name and mailing address**
Tawana Battle
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 4 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,230.76    $4,230.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2736** **Priority creditor's name and mailing address**
Tawana Rudolph
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 5 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,335.47    $4,335.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2737** **Priority creditor's name and mailing address**
Tawanda Ford
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 3 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $2,311.88    $2,311.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2738** **Priority creditor's name and mailing address**
Tawanna M Thomas
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 3 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,140.46    $1,140.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2739** **Priority creditor's name and mailing address**
Tazia Butler Green
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 3 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,648.00    Unknown
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2740** **Priority creditor's name and mailing address**
Tediana Ayienda
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,693.71    $1,693.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2741** **Priority creditor's name and mailing address**
Tekesha S Taylor
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 8 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $4,565.19    $4,565.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2742** **Priority creditor's name and mailing address**
Temeka White
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 0 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,947.61    $1,947.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2743** **Priority creditor's name and mailing address**
Temetra Blair Thompson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 5 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,084.20    $1,084.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2744** **Priority creditor's name and mailing address**
Temitayo Akingbehin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    6 4 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**    $6,077.45    Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2745** **Priority creditor's name and mailing address**
Temitayo Akingbehin
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    6 4 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $3,671.85    $3,671.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2746** **Priority creditor's name and mailing address**
Tempest Parker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 1 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**    $1,363.50    $1,363.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2747** **Priority creditor's name and mailing address**
Tenielle Garner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 1 6 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $774.47    Priority amount: $774.47

---

**2.2748** **Priority creditor's name and mailing address**
Terena D Dillard
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,461.54    Priority amount: $3,461.54

---

**2.2749** **Priority creditor's name and mailing address**
Terena D Dillard
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,211.49    Priority amount: $1,211.49

---

**2.2750** **Priority creditor's name and mailing address**
Teresa Docouto
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $745.15    Priority amount: $745.15

---

**2.2751** **Priority creditor's name and mailing address**
Teresa Hyjurick
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 6 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,160.40    Priority amount: Unknown

---

**2.2752** **Priority creditor's name and mailing address**
Teresa Hyjurick
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    8 6 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,650.66    Priority amount: $2,650.66

---

Debtor YesCare Co... Case 2:26-bk-01089-FMR Doc 22 Filed 06/23/26 Page 482 of 845
Name
Case number *(if known)* _____

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2753** **Priority creditor's name and mailing address**
Teresa L Condrey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  5 5 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,614.22   Priority amount: $1,614.22

---

**2.2754** **Priority creditor's name and mailing address**
Teresa Miller
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  2 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,666.93   Priority amount: $3,666.93

---

**2.2755** **Priority creditor's name and mailing address**
Teresa Miller
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  2 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,446.02   Priority amount: $1,446.02

---

**2.2756** **Priority creditor's name and mailing address**
Teresa Price
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  0 0 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,084.64   Priority amount: $8,084.64

---

**2.2757** **Priority creditor's name and mailing address**
Teretha Spann
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**  3 2 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,334.50   Priority amount: $2,334.50

---

**2.2758** **Priority creditor's name and mailing address**
Teron L Butler
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**  4 9 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,184.56   Priority amount: $1,184.56

---

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2759** **Priority creditor's name and mailing address**
Terrance E Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00  Priority amount: Unknown

---

**2.2760** **Priority creditor's name and mailing address**
Terrance E Brown
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 3 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,030.19  Priority amount: $1,030.19

---

**2.2761** **Priority creditor's name and mailing address**
Terrin Hampton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 1 3 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,674.65  Priority amount: $10,674.65

---

**2.2762** **Priority creditor's name and mailing address**
Terrin Hampton
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 1 3 4 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,709.22  Priority amount: $1,709.22

---

**2.2763** **Priority creditor's name and mailing address**
Teshanna Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 5 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,984.10  Priority amount: $3,984.10

---

**2.2764** **Priority creditor's name and mailing address**
Teshanna Brown
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 5 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $593.38  Priority amount: $593.38

---

Debtor    YesCare Co...    _Case number (if known)_ ...

Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2765** | **Priority creditor's name and mailing address**
Tewanda L Appling
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    1 7 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,103.86    Priority amount: $3,103.86

---

**2.2766** | **Priority creditor's name and mailing address**
Thalia R Laureano
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 8 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,863.05    Priority amount: Unknown

---

**2.2767** | **Priority creditor's name and mailing address**
Theodore Sonneborn
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 4 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2768** | **Priority creditor's name and mailing address**
Theodore W Gardner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    4 9 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,543.74    Priority amount: $5,543.74

---

**2.2769** | **Priority creditor's name and mailing address**
Theodore W Gardner
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 9 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,809.17    Priority amount: $2,809.17

---

**2.2770** | **Priority creditor's name and mailing address**
Theresa A Yogboh
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,830.40    Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2771** **Priority creditor's name and mailing address**
Theresa A Yogboh
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number          8 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,498.19    Priority amount: $4,498.19

---

**2.2772** **Priority creditor's name and mailing address**
Theresa Halsey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number          9 6 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,230.77    Priority amount: Unknown

---

**2.2773** **Priority creditor's name and mailing address**
Theresa King
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number          9 9 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,264.00    Priority amount: $3,264.00

---

**2.2774** **Priority creditor's name and mailing address**
Thomacenia Fields-Banks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number          7 8 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,105.85    Priority amount: $1,105.85

---

**2.2775** **Priority creditor's name and mailing address**
Thomas A Jaenke
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number          3 9 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,225.04    Priority amount: $6,225.04

---

**2.2776** **Priority creditor's name and mailing address**
Thomas A Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

Last 4 digits of account number          9 1 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,980.71    Priority amount: $1,980.71

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2777** **Priority creditor's name and mailing address**
Thomas A Smith
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 1 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,649.23   Priority amount: $2,649.23

**2.2778** **Priority creditor's name and mailing address**
Thomas Higginbotham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    4 0 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $12,469.75   Priority amount: $12,469.75

**2.2779** **Priority creditor's name and mailing address**
Thomas Higginbotham
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    4 0 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,226.33   Priority amount: $2,226.33

**2.2780** **Priority creditor's name and mailing address**
Thomas J Corcoran
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    2 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,626.34   Priority amount: Unknown

**2.2781** **Priority creditor's name and mailing address**
Thomas J Corcoran
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 9 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,057.16   Priority amount: $2,057.16

**2.2782** **Priority creditor's name and mailing address**
Thomas J Petreit
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    1 0 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,744.03   Priority amount: $2,744.03

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2783** **Priority creditor's name and mailing address**
Thomas J White
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 6 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,233.07   Priority amount: $4,233.07

---

**2.2784** **Priority creditor's name and mailing address**
Thomas Y Sawls
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 1 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,193.91   Priority amount: $3,193.91

---

**2.2785** **Priority creditor's name and mailing address**
Tianna L Pope
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    5 5 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,987.40   Priority amount: $3,987.40

---

**2.2786** **Priority creditor's name and mailing address**
Tianna Williams
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    0 0 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

**2.2787** **Priority creditor's name and mailing address**
Tiara L Chavis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    6 1 9 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,934.83   Priority amount: $5,934.83

---

**2.2788** **Priority creditor's name and mailing address**
Tiara L Holland
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**    9 2 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,194.48   Priority amount: $2,194.48

---

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2789** | **Priority creditor's name and mailing address**
Tierra Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 5 8 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim:** $0.00      **Priority amount:** Unknown

---

**2.2790** | **Priority creditor's name and mailing address**
Tierra N Robertson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     4 7 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim:** $3,098.89      **Priority amount:** $3,098.89

---

**2.2791** | **Priority creditor's name and mailing address**
Tierra R Dixon
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 4 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim:** $2,935.74      **Priority amount:** $2,935.74

---

**2.2792** | **Priority creditor's name and mailing address**
Tiffany E Champion
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 2 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim:** $4,410.77      **Priority amount:** $4,410.77

---

**2.2793** | **Priority creditor's name and mailing address**
Tiffany Moorer
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 0 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim:** $3,947.69      **Priority amount:** $3,947.69

---

**2.2794** | **Priority creditor's name and mailing address**
Tiffany Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 4 6 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Total claim:** $2,045.34      **Priority amount:** $2,045.34

---

Debtor   YesCare Corp   _Case number (if known)_

Name

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

| 2.2795 | **Priority creditor's name and mailing address**<br>Tiffany N Siler<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**   9 3 7 9<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.<br>§ 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $3,734.46 | $3,734.46 |
| 2.2796 | **Priority creditor's name and mailing address**<br>Tiffany P McCants<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**   7 0 5 8<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.<br>§ 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $3,552.00 | $3,552.00 |
| 2.2797 | **Priority creditor's name and mailing address**<br>Tiffany R Austin<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**   8 4 0 2<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.<br>§ 507(a) (4)<br>Employee Related | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>PTO<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $978.40 | Unknown |
| 2.2798 | **Priority creditor's name and mailing address**<br>Tiffany Richardson<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**   1 9 1 9<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.<br>§ 507(a) (4)<br>Employee Related | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>PTO<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $382.62 | Unknown |
| 2.2799 | **Priority creditor's name and mailing address**<br>Tiffany Richardson<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**   1 9 1 9<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.<br>§ 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $167.67 | $167.67 |
| 2.2800 | **Priority creditor's name and mailing address**<br>Tiffany Sharpe<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**   7 8 5 2<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.<br>§ 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $821.22 | $821.22 |

Name

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2801** **Priority creditor's name and mailing address**
Tiffany Shepherd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 1 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,063.13     Priority amount: $1,063.13

---

**2.2802** **Priority creditor's name and mailing address**
Tiffany Stewart
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 0 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $846.86     Priority amount: $846.86

---

**2.2803** **Priority creditor's name and mailing address**
Tiffany Veit
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 1 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,416.60     Priority amount: $3,416.60

---

**2.2804** **Priority creditor's name and mailing address**
Tiffany Washington
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 0 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,837.21     Priority amount: $1,837.21

---

**2.2805** **Priority creditor's name and mailing address**
Tiffany Washington
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    9 0 9 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $627.19     Priority amount: $627.19

---

**2.2806** **Priority creditor's name and mailing address**
Tiffany Whaley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 0 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $-51.09     Priority amount: Unknown

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2807** **Priority creditor's name and mailing address**
Tiffany Williams-Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 0 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $17,587.76    Priority amount: $17,150.00

---

**2.2808** **Priority creditor's name and mailing address**
Tiffany Williams-Brown
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     0 0 3 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,954.04    Priority amount: $2,954.04

---

**2.2809** **Priority creditor's name and mailing address**
Tiffany Young
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 4 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,229.03    Priority amount: $2,229.03

---

**2.2810** **Priority creditor's name and mailing address**
Tiffanye Hill
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 0 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,760.94    Priority amount: $4,760.94

---

**2.2811** **Priority creditor's name and mailing address**
Tijuana Pearson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 4 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,355.65    Priority amount: $2,355.65

---

**2.2812** **Priority creditor's name and mailing address**
Timeka Mister
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 1 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,445.76    Priority amount: $5,445.76

---

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2813** **Priority creditor's name and mailing address**
Timeka Mister
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   9 1 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,143.56    Priority amount: $3,143.56

---

**2.2814** **Priority creditor's name and mailing address**
Timothy Dipersia
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   8 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2815** **Priority creditor's name and mailing address**
Timothy Dipersia
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   8 8 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,097.44    Priority amount: $1,097.44

---

**2.2816** **Priority creditor's name and mailing address**
Timothy E Hughes Md
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   6 3 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,672.19    Priority amount: $5,672.19

---

**2.2817** **Priority creditor's name and mailing address**
Timothy E Hughes MD
Address Redacted
**Date or dates debt was incurred**
05/07/2026

   **Last 4 digits of account number**   6 3 7 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,878.41    Priority amount: $10,878.41

---

**2.2818** **Priority creditor's name and mailing address**
Timothy E Stone Md
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**   4 9 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,567.66    Priority amount: $8,567.66

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 470 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2819** **Priority creditor's name and mailing address**
Timothy E Stone MD
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 4 9 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $21,321.14    Priority amount: $17,150.00

---

**2.2820** **Priority creditor's name and mailing address**
Timothy J Viviano
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,023.90    Priority amount: $5,023.90

---

**2.2821** **Priority creditor's name and mailing address**
Timothy J Viviano
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 0 4 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,884.00    Priority amount: $2,884.00

---

**2.2822** **Priority creditor's name and mailing address**
Timothy S Blackwell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 6 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,400.00    Priority amount: $2,400.00

---

**2.2823** **Priority creditor's name and mailing address**
Tina Long
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 2 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $32.57    Priority amount: $32.57

---

**2.2824** **Priority creditor's name and mailing address**
Tina M Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 5 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,155.17    Priority amount: $4,155.17

---

Debtor  YesCare Co    Case 2:26-bk-01089-FMR    Doc 22    Filed 06/23/26    Page 494 of 845
Case number (if known)
Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.2825** **Priority creditor's name and mailing address**
Tinishia N Berry
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 8 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $11,077.02   Priority amount: $11,077.02

---

**2.2826** **Priority creditor's name and mailing address**
Tinishia N Berry
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 8 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $599.95   Priority amount: $599.95

---

**2.2827** **Priority creditor's name and mailing address**
Tobey Hainge
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,116.00   Priority amount: $3,116.00

---

**2.2828** **Priority creditor's name and mailing address**
Tobey Hainge
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 0 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,661.52   Priority amount: $1,661.52

---

**2.2829** **Priority creditor's name and mailing address**
Tod J Titus
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 7 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,848.59   Priority amount: $4,848.59

---

**2.2830** **Priority creditor's name and mailing address**
Tomeka A Watkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 4 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,603.16   Priority amount: $3,603.16

---

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2831** **Priority creditor's name and mailing address**
Tomekiwa W Hicks
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　7 3 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,994.22　Priority amount: $2,994.22

---

**2.2832** **Priority creditor's name and mailing address**
Tomiwa Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　8 4 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,960.00　Priority amount: Unknown

---

**2.2833** **Priority creditor's name and mailing address**
Toni M Little
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　7 2 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,952.21　Priority amount: Unknown

---

**2.2834** **Priority creditor's name and mailing address**
Toni Vanrijs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　9 9 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,265.77　Priority amount: $3,265.77

---

**2.2835** **Priority creditor's name and mailing address**
Tonie L Hines
Address Redacted
**Date or dates debt was incurred**
05/07/2026
　**Last 4 digits of account number**　　4 8 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,462.00　Priority amount: $2,462.00

---

**2.2836** **Priority creditor's name and mailing address**
Tonie L Hines
Address Redacted
**Date or dates debt was incurred**

　**Last 4 digits of account number**　　4 8 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,247.56　Priority amount: $1,247.56

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2837 Priority creditor's name and mailing address**
Toniqua S Swain
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 2 2 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,395.87     Priority amount: $2,395.87

**2.2838 Priority creditor's name and mailing address**
Tonitta Goodson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     0 2 0 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6.55     Priority amount: $6.55

**2.2839 Priority creditor's name and mailing address**
Tonja R Bryant
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 8 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,717.22     Priority amount: $3,717.22

**2.2840 Priority creditor's name and mailing address**
Tonja R Bryant
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     9 8 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,211.91     Priority amount: $2,211.91

**2.2841 Priority creditor's name and mailing address**
Tonkaneka C Ferrell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     4 0 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,403.69     Priority amount: $6,403.69

**2.2842 Priority creditor's name and mailing address**
Tonya Coker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     9 2 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,800.00     Priority amount: $1,800.00

Debtor    YesCare Corp    _____    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2843**

**Priority creditor's name and mailing address**
Tonya D Melton
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**        1 7 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,959.66        Priority amount: $3,959.66

---

**2.2844**

**Priority creditor's name and mailing address**
Tonya D Melton
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**        1 7 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,440.79        Priority amount: $1,440.79

---

**2.2845**

**Priority creditor's name and mailing address**
Tonya D Newton
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        7 6 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $199.97        Priority amount: $199.97

---

**2.2846**

**Priority creditor's name and mailing address**
Tonya Dewey
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        9 9 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00        Priority amount: Unknown

---

**2.2847**

**Priority creditor's name and mailing address**
Tonya S Mooningham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        4 5 9 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,680.12        Priority amount: $10,680.12

---

**2.2848**

**Priority creditor's name and mailing address**
Torria Richardson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**        4 1 2 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $8,719.00        Priority amount: $8,719.00

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

| 2.2849 | **Priority creditor's name and mailing address**<br>Torria Richardson<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**      4 1 2 0<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $1,635.07 | $1,635.07 |
| 2.2850 | **Priority creditor's name and mailing address**<br>Tova Joseph<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**      6 2 4 7<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $6,387.72 | $6,387.72 |
| 2.2851 | **Priority creditor's name and mailing address**<br>Tracey A Bridges<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**      0 3 0 2<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)<br><br>Employee Related | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>PTO<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $3,538.68 | Unknown |
| 2.2852 | **Priority creditor's name and mailing address**<br>Tracey A Bridges<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**      0 3 0 2<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $1,914.36 | $1,914.36 |
| 2.2853 | **Priority creditor's name and mailing address**<br>Tracey M Caudell<br>Address Redacted<br>**Date or dates debt was incurred**<br>05/07/2026<br>**Last 4 digits of account number**      8 1 1 3<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Wages and PTO<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $6,610.10 | $6,610.10 |
| 2.2854 | **Priority creditor's name and mailing address**<br>Tracey M Caudell<br>Address Redacted<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**      8 1 1 3<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>401K Contribution<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $1,732.05 | $1,732.05 |

## Part 1:   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.2855**

**Priority creditor's name and mailing address**
Traci L Balch
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   5 2 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,234.80    Priority amount: $3,234.80

---

**2.2856**

**Priority creditor's name and mailing address**
Tracie J Cagle
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   3 7 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $10,225.70    Priority amount: $10,225.70

---

**2.2857**

**Priority creditor's name and mailing address**
Tracie J Cagle
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   3 7 6 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,459.59    Priority amount: $2,459.59

---

**2.2858**

**Priority creditor's name and mailing address**
Tracy Bartoli
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   2 1 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,144.54    Priority amount: $9,144.54

---

**2.2859**

**Priority creditor's name and mailing address**
Tracy Bartoli
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   2 1 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,500.00    Priority amount: $2,500.00

---

**2.2860**

**Priority creditor's name and mailing address**
Tracy F Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**   5 3 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $516.81    Priority amount: $516.81

---

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2861 Priority creditor's name and mailing address**
Tracy Jones
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 2 1 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $710.12  Priority amount: $710.12

---

**2.2862 Priority creditor's name and mailing address**
Tracy L Mason
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,955.18  Priority amount: $3,955.18

---

**2.2863 Priority creditor's name and mailing address**
Tracy L Mason
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 7 5 6 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,577.91  Priority amount: $1,577.91

---

**2.2864 Priority creditor's name and mailing address**
Tracy Lempka
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 7 6 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,664.56  Priority amount: $1,664.56

---

**2.2865 Priority creditor's name and mailing address**
Tracy M Means
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 6 3 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,817.26  Priority amount: $1,817.26

---

**2.2866 Priority creditor's name and mailing address**
Tracy R McCord
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 6 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,939.97  Priority amount: $2,939.97

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2867** | **Priority creditor's name and mailing address**
Tracy Starks
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 8 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,277.74      $3,277.74

---

**2.2868** | **Priority creditor's name and mailing address**
Tracy Wagner
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 4 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,050.77      $4,050.77

---

**2.2869** | **Priority creditor's name and mailing address**
Tracy Wallace
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 7 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,790.40      $1,790.40

---

**2.2870** | **Priority creditor's name and mailing address**
Tre B O'Brien
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 5 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,942.22      $4,942.22

---

**2.2871** | **Priority creditor's name and mailing address**
Tre B O'Brien
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     9 5 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,379.52      $2,379.52

---

**2.2872** | **Priority creditor's name and mailing address**
Treana Redd
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,157.40      $10,157.40

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 479 of 761

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2873** **Priority creditor's name and mailing address**
Treana Redd
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**    7 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,411.20      $3,411.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2874** **Priority creditor's name and mailing address**
Trina Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    0 3 1 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $6,526.08      $6,526.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2875** **Priority creditor's name and mailing address**
Trina Lyons
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    7 0 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $19.23      $19.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2876** **Priority creditor's name and mailing address**
Trisha Nelson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    5 4 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,919.30      $3,919.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2877** **Priority creditor's name and mailing address**
Trista Farner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    9 6 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,131.89      $4,131.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**2.2878** **Priority creditor's name and mailing address**
Tristian M Nabors
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**    9 3 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $284.14      $284.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Debtor    YesCare Corp _____    *Case number (if known)* _____
                                                Name

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2879** **Priority creditor's name and mailing address**
Tuwanda Worrills
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 7 1 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$3,639.36    $3,639.36

**2.2880** **Priority creditor's name and mailing address**
Tyisha Vaughn
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 9 6 9
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,629.57    $2,629.57

**2.2881** **Priority creditor's name and mailing address**
Tylina Thornsbury
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 1 0 6
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$6,566.41    $6,566.41

**2.2882** **Priority creditor's name and mailing address**
Tyonna N Footman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 7 6 8
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,851.63    $5,851.63

**2.2883** **Priority creditor's name and mailing address**
Tyra Campbell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 1 5 4
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,157.33    $1,157.33

**2.2884** **Priority creditor's name and mailing address**
Tyra Mines
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 4 8 9
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,902.46    $2,902.46

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2885 Priority creditor's name and mailing address**
Tyran S Perkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 2 3
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,757.83  Priority amount: $4,757.83

**2.2886 Priority creditor's name and mailing address**
Tyran S Perkins
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 5 1 2 3
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,306.06  Priority amount: $1,306.06

**2.2887 Priority creditor's name and mailing address**
Tyrone Motley
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 8 2 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,209.60  Priority amount: Unknown

**2.2888 Priority creditor's name and mailing address**
Tyrone Motley
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 8 2 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $501.72  Priority amount: $501.72

**2.2889 Priority creditor's name and mailing address**
Tyrone T Turner
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 7 6 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,018.71  Priority amount: Unknown

**2.2890 Priority creditor's name and mailing address**
Tyrone T Turner
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 9 7 6 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,357.00  Priority amount: $3,357.00

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 482 of 761

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2891** **Priority creditor's name and mailing address**
Tyronisha Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**        8 3 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,056.48  Priority amount: $3,056.48

---

**2.2892** **Priority creditor's name and mailing address**
Uday Kiran Chintha
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**        8 0 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,541.85  Priority amount: $5,541.85

---

**2.2893** **Priority creditor's name and mailing address**
Uday Kiran Chintha
Address Redacted
**Date or dates debt was incurred**

 **Last 4 digits of account number**        8 0 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,200.00  Priority amount: $3,200.00

---

**2.2894** **Priority creditor's name and mailing address**
Unica Cox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**        7 2 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,442.29  Priority amount: $2,442.29

---

**2.2895** **Priority creditor's name and mailing address**
Valencia Lockhart
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**        2 0 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,123.78  Priority amount: $5,123.78

---

**2.2896** **Priority creditor's name and mailing address**
Valerie D Davis
Address Redacted
**Date or dates debt was incurred**
05/07/2026

 **Last 4 digits of account number**        7 6 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,932.55  Priority amount: $3,932.55

## Part 1:    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2897** **Priority creditor's name and mailing address**
Valerie D Knox
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 6 5 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,508.22     Priority amount: $1,508.22

---

**2.2898** **Priority creditor's name and mailing address**
Valerie D Levens
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     9 2 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,955.78     Priority amount: $3,955.78

---

**2.2899** **Priority creditor's name and mailing address**
Valerie D Porter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     8 0 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $752.43     Priority amount: $752.43

---

**2.2900** **Priority creditor's name and mailing address**
Valerie D Stantley
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 2 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,758.74     Priority amount: $1,758.74

---

**2.2901** **Priority creditor's name and mailing address**
Valerie Ware
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     5 6 2 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,947.54     Priority amount: $1,947.54

---

**2.2902** **Priority creditor's name and mailing address**
Vandelyn T Phillips
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 2 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $16,163.20     Priority amount: Unknown

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2903** **Priority creditor's name and mailing address**
Vaneice G Cash
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,114.29   Priority amount: $3,114.29

---

**2.2904** **Priority creditor's name and mailing address**
Vaneicia M Newsome Carcamo
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 2 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,126.14   Priority amount: $3,126.14

---

**2.2905** **Priority creditor's name and mailing address**
Vanessa D Means
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    7 8 0 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,824.00   Priority amount: $3,824.00

---

**2.2906** **Priority creditor's name and mailing address**
Vanessa Hernandez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    8 7 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,668.80   Priority amount: $3,668.80

---

**2.2907** **Priority creditor's name and mailing address**
Vanessa Perkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    3 7 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $9,146.73   Priority amount: $9,146.73

---

**2.2908** **Priority creditor's name and mailing address**
Vanessa Perkins
Address Redacted
**Date or dates debt was incurred**


**Last 4 digits of account number**    3 7 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,655.00   Priority amount: $2,655.00

---

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2909** | **Priority creditor's name and mailing address**
Venita Moses
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 0 8 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $450.18   Priority amount: Unknown

---

**2.2910** | **Priority creditor's name and mailing address**
Vera Y Mitchell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 1 7 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,791.38   Priority amount: $3,791.38

---

**2.2911** | **Priority creditor's name and mailing address**
Veronica A McCollum
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 3 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $15,739.51   Priority amount: $15,739.51

---

**2.2912** | **Priority creditor's name and mailing address**
Veronica Antonio
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 2 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,290.55   Priority amount: Unknown

---

**2.2913** | **Priority creditor's name and mailing address**
Veronica Gould
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 7 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,133.81   Priority amount: Unknown

---

**2.2914** | **Priority creditor's name and mailing address**
Veronica J Sanchez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 3 3 5 __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,770.50   Priority amount: Unknown

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2915** **Priority creditor's name and mailing address**
Veronica L Rivera
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 7 7 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.2916** **Priority creditor's name and mailing address**
Veronica Lopez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 6 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,297.16     Priority amount: Unknown

---

**2.2917** **Priority creditor's name and mailing address**
Veronica McDole
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 9 8 7 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,517.69     Priority amount: $3,517.69

---

**2.2918** **Priority creditor's name and mailing address**
Veronica P Anthony
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 7 1 7 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,916.46     Priority amount: $1,916.46

---

**2.2919** **Priority creditor's name and mailing address**
Veronica Simmons
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,577.14     Priority amount: $1,577.14

---

**2.2920** **Priority creditor's name and mailing address**
Veronica T Ergle
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 5 4 3 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,075.40     Priority amount: $3,075.40

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2921** | **Priority creditor's name and mailing address**
Veronica Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     0 0 1 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,224.00    Priority amount: $2,224.00

---

**2.2922** | **Priority creditor's name and mailing address**
Veronika Bassin
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     8 0 2 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $177.43    Priority amount: $177.43

---

**2.2923** | **Priority creditor's name and mailing address**
Vertrice L Washington
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     6 4 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,059.86    Priority amount: $4,059.86

---

**2.2924** | **Priority creditor's name and mailing address**
Vertrice L Washington
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     6 4 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $757.92    Priority amount: $757.92

---

**2.2925** | **Priority creditor's name and mailing address**
Vicki Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     9 8 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $12,438.96    Priority amount: $12,438.96

---

**2.2926** | **Priority creditor's name and mailing address**
Vickie Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026

    **Last 4 digits of account number**     1 7 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,469.32    Priority amount: $2,469.32

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2927 Priority creditor's name and mailing address**
Vicky M Gaston-Pierre
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 2 9 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,058.80    Priority amount: Unknown

---

**2.2928 Priority creditor's name and mailing address**
Victoria Blackwell
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 1 6 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2929 Priority creditor's name and mailing address**
Victoria Ekunade
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 0 4 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,581.86    Priority amount: $1,581.86

---

**2.2930 Priority creditor's name and mailing address**
Vilayvone Chitpanya
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 1 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,056.07    Priority amount: $5,056.07

---

**2.2931 Priority creditor's name and mailing address**
Vilayvone Chitpanya
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 8 1 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,100.00    Priority amount: $2,100.00

---

**2.2932 Priority creditor's name and mailing address**
Vimala George
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number** 8 8 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,422.15    Priority amount: $1,422.15

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.2933** **Priority creditor's name and mailing address**
Virginia Dykeman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 0 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,852.09    Priority amount: $2,852.09

**2.2934** **Priority creditor's name and mailing address**
Virginia K Walker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     3 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,659.26    Priority amount: $2,659.26

**2.2935** **Priority creditor's name and mailing address**
Virginia K Walker
Address Redacted
**Date or dates debt was incurred**

    **Last 4 digits of account number**     3 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,785.24    Priority amount: $1,785.24

**2.2936** **Priority creditor's name and mailing address**
Virginia L Catrett
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 7 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,073.33    Priority amount: $3,073.33

**2.2937** **Priority creditor's name and mailing address**
Virginia Youngblood
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     8 3 9 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,511.92    Priority amount: $2,511.92

**2.2938** **Priority creditor's name and mailing address**
Vivian Allen
Address Redacted
**Date or dates debt was incurred**
05/07/2026
    **Last 4 digits of account number**     9 9 9 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,004.02    Priority amount: $5,004.02

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2939** **Priority creditor's name and mailing address**
Vivian Eiland
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    0 4 5 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $867.43    Priority amount: $867.43

---

**2.2940** **Priority creditor's name and mailing address**
Vivian J Makori
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 2 8 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $6,070.49    Priority amount: $6,070.49

---

**2.2941** **Priority creditor's name and mailing address**
Vivian Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,419.32    Priority amount: $4,419.32

---

**2.2942** **Priority creditor's name and mailing address**
Vivian Jackson
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 7 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $628.79    Priority amount: $628.79

---

**2.2943** **Priority creditor's name and mailing address**
Vivien Dorsey
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    2 6 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $15,020.11    Priority amount: $15,020.11

---

**2.2944** **Priority creditor's name and mailing address**
Vivien Dorsey
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    2 6 3 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,459.59    Priority amount: $5,459.59

---

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2945** **Priority creditor's name and mailing address**
Waii Williams
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 7 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,680.00    Priority amount: $2,680.00

---

**2.2946** **Priority creditor's name and mailing address**
Walea T Kofa-Payne
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     1 4 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $5,406.94    Priority amount: Unknown

---

**2.2947** **Priority creditor's name and mailing address**
Walea T Kofa-Payne
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     1 4 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,878.35    Priority amount: $2,878.35

---

**2.2948** **Priority creditor's name and mailing address**
Walter D Ansah
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 2 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $7,882.87    Priority amount: Unknown

---

**2.2949** **Priority creditor's name and mailing address**
Walter D Ansah
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     9 2 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,910.38    Priority amount: $2,910.38

---

**2.2950** **Priority creditor's name and mailing address**
Walter L Curry
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     6 7 6 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,887.69    Priority amount: $1,887.69

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.2951 Priority creditor's name and mailing address**
Wanda D Whitaker
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 5 5 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,543.15    $3,543.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2952 Priority creditor's name and mailing address**
Wanda R Murray
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,715.90    $1,715.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2953 Priority creditor's name and mailing address**
Wanda R Sims
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 5 5 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,752.00    $1,752.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2954 Priority creditor's name and mailing address**
Wanda T Norman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $3,087.21    $3,087.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2955 Priority creditor's name and mailing address**
Wanda Thomas
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 4 9 9 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,999.53    $1,999.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**2.2956 Priority creditor's name and mailing address**
Wanda Wiggins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 2 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,013.20    $1,013.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2957**  **Priority creditor's name and mailing address**
WaTanya Jackson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   7 8 8 8
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,009.20     Priority amount: $2,009.20

---

**2.2958**  **Priority creditor's name and mailing address**
Wayne F Mcgowan
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 2 5 7
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,020.18     Priority amount: Unknown

---

**2.2959**  **Priority creditor's name and mailing address**
Wayne F Mcgowan
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**   9 2 5 7
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,928.42     Priority amount: $3,928.42

---

**2.2960**  **Priority creditor's name and mailing address**
Wendi Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   4 7 7 7
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,303.35     Priority amount: $1,303.35

---

**2.2961**  **Priority creditor's name and mailing address**
Wendy M Pinkowski
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   5 1 2 5
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,232.17     Priority amount: $9,232.17

---

**2.2962**  **Priority creditor's name and mailing address**
Wendy McGough
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**   9 6 9 2
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,637.29     Priority amount: $2,637.29

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.2963** | **Priority creditor's name and mailing address**
Wendy Reyes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 4 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00  Priority amount: Unknown

---

**2.2964** | **Priority creditor's name and mailing address**
Wesley G Robertson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 3 8 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00  Priority amount: Unknown

---

**2.2965** | **Priority creditor's name and mailing address**
Wesley Hobbs
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 6 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,271.73  Priority amount: $4,271.73

---

**2.2966** | **Priority creditor's name and mailing address**
Wesley Moore
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 5 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,935.00  Priority amount: Unknown

---

**2.2967** | **Priority creditor's name and mailing address**
Whitney S Montgomery
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 5 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $899.00  Priority amount: $899.00

---

**2.2968** | **Priority creditor's name and mailing address**
Whitney Sheppard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 5 0 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,460.21  Priority amount: $1,460.21

---

## Part 1:          Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2969** | **Priority creditor's name and mailing address**
Whitney Sheppard
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number          5 0 6 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $253.84     $253.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2970** | **Priority creditor's name and mailing address**
Widlet Fertijuste
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number          9 2 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $0.00     Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2971** | **Priority creditor's name and mailing address**
Widlet Fertijuste
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number          9 2 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $1,204.73     $1,204.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2972** | **Priority creditor's name and mailing address**
Wilcotte C Rahming
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number          1 3 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $13,344.17     $13,344.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2973** | **Priority creditor's name and mailing address**
Wilcotte C Rahming
Address Redacted
**Date or dates debt was incurred**

Last 4 digits of account number          1 3 2 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,387.29     $6,387.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**2.2974** | **Priority creditor's name and mailing address**
Wileen Ford Contreras
Address Redacted
**Date or dates debt was incurred**
05/07/2026
Last 4 digits of account number          9 3 4 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:** $6,210.64     $6,210.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.2975** **Priority creditor's name and mailing address**
William A Carr
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $18,922.59 / $17,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2976** **Priority creditor's name and mailing address**
William A Carr
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 6 3 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $7,350.00 / $7,350.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2977** **Priority creditor's name and mailing address**
William Brown
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,300.50 / $5,300.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2978** **Priority creditor's name and mailing address**
William P Fowler
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 2 9 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $107.92 / Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2979** **Priority creditor's name and mailing address**
William P Fowler
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 2 9 9 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $4,372.42 / $4,372.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.2980** **Priority creditor's name and mailing address**
Willie Bell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 4 7 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $5,480.72 / $5,480.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Debtor    YesCare Corp. _____   _____
                                          Case number *(if known)* _____
          Name

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.2981** **Priority creditor's name and mailing address**
Willisa Curtis
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 2 0 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,109.94    Priority amount: $1,109.94

---

**2.2982** **Priority creditor's name and mailing address**
Winifred Jenkins
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 6 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,447.99    Priority amount: $1,447.99

---

**2.2983** **Priority creditor's name and mailing address**
Winston E Crenshaw
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 8 5 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $1,114.00    Priority amount: $1,114.00

---

**2.2984** **Priority creditor's name and mailing address**
Xavier Arnette
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 0 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $3,360.04    Priority amount: $3,360.04

---

**2.2985** **Priority creditor's name and mailing address**
Xavier Johnson
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 3 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,864.19    Priority amount: $2,864.19

---

**2.2986** **Priority creditor's name and mailing address**
Xavier Torres
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 7 0 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $800.00    Priority amount: Unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 498 of 761

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.2987** **Priority creditor's name and mailing address**
Xochitl Olvera
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 8 2 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,436.16    Priority amount: Unknown

---

**2.2988** **Priority creditor's name and mailing address**
Yahwehben Yahweh
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 6 4 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,371.64    Priority amount: Unknown

---

**2.2989** **Priority creditor's name and mailing address**
Yalanda M Graham
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 4 4 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.2990** **Priority creditor's name and mailing address**
Yanio Brunely Morales
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 5 2 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,734.09    Priority amount: $4,734.09

---

**2.2991** **Priority creditor's name and mailing address**
Yanira Dominguez Perez
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 7 7 5 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,438.43    Priority amount: $2,438.43

---

**2.2992** **Priority creditor's name and mailing address**
Yasmeen Cuttino
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 6 2 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C.
§ 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

Debtor     YesCare Co...                    Case number (if known)...
           Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.2993** **Priority creditor's name and mailing address**
Yasmin Carter
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 0 4 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,297.83    Priority amount: Unknown

---

**2.2994** **Priority creditor's name and mailing address**
Yazmin Bernardino
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     7 7 7 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $140.03    Priority amount: Unknown

---

**2.2995** **Priority creditor's name and mailing address**
Yelitza Nunez
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     6 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis of claim:**
PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,380.57    Priority amount: Unknown

---

**2.2996** **Priority creditor's name and mailing address**
Yelitza Nunez
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     6 1 1 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $579.71    Priority amount: $579.71

---

**2.2997** **Priority creditor's name and mailing address**
Yemisrach M Demssie
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**     2 9 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Wages and PTO

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,944.93    Priority amount: $3,944.93

---

**2.2998** **Priority creditor's name and mailing address**
Yemisrach M Demssie
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     2 9 4 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $876.37    Priority amount: $876.37

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 500 of 761

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.2999** **Priority creditor's name and mailing address**
Yesenia L Ortiz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 0 8 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,214.40    Priority amount: Unknown

---

**2.3000** **Priority creditor's name and mailing address**
Yeshi Abebe
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    5 0 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,267.32    Priority amount: $5,267.32

---

**2.3001** **Priority creditor's name and mailing address**
Yeshi Abebe
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**    5 0 3 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,069.89    Priority amount: $1,069.89

---

**2.3002** **Priority creditor's name and mailing address**
Yetunde Steggall
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 9 6 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,949.50    Priority amount: $1,949.50

---

**2.3003** **Priority creditor's name and mailing address**
Yieshia Logan
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 9 3 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

**2.3004** **Priority creditor's name and mailing address**
Yitzchok Lefkowitz
Address Redacted
**Date or dates debt was incurred**
05/07/2026

**Last 4 digits of account number**    9 6 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: Unknown

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |
|---|---|---|---|---|

**2.3005** **Priority creditor's name and mailing address**
Yolanda C Howard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     9 5 1 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.3006** **Priority creditor's name and mailing address**
Yolanda Campbell
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     0 0 3 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,775.05     Priority amount: $6,775.05

---

**2.3007** **Priority creditor's name and mailing address**
Yolanda G Dillard
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     1 0 2 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,723.49     Priority amount: $1,723.49

---

**2.3008** **Priority creditor's name and mailing address**
Yolanda H Temple
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     2 0 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,561.52     Priority amount: $4,561.52

---

**2.3009** **Priority creditor's name and mailing address**
Yolanda H Temple
Address Redacted
**Date or dates debt was incurred**

   **Last 4 digits of account number**     2 0 7 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,155.90     Priority amount: $2,155.90

---

**2.3010** **Priority creditor's name and mailing address**
Yolanda M Bishop
Address Redacted
**Date or dates debt was incurred**
05/07/2026
   **Last 4 digits of account number**     8 8 5 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages and PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,342.86     Priority amount: $8,342.86

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.3011** **Priority creditor's name and mailing address**
Yolanda Warren
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 0 1 8 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00     Priority amount: Unknown

---

**2.3012** **Priority creditor's name and mailing address**
Yolanda Young
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 5 8 6

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,582.00     Priority amount: $1,582.00

---

**2.3013** **Priority creditor's name and mailing address**
Yolander E Strother
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 1 7 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,058.57     Priority amount: $2,058.57

---

**2.3014** **Priority creditor's name and mailing address**
Yolander E Strother
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number** 1 7 8 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $806.01     Priority amount: $806.01

---

**2.3015** **Priority creditor's name and mailing address**
Yole Carey
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 9 9 1 4

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $857.14     Priority amount: $857.14

---

**2.3016** **Priority creditor's name and mailing address**
Youlanda Y Rush Montgomery
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number** 6 6 1 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,935.34     Priority amount: $1,935.34

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.3017** | **Priority creditor's name and mailing address**
Youna Floreal
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 8 0 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $1,175.44 / Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.3018** | **Priority creditor's name and mailing address**
Yvonne Graves
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     4 9 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,460.20 / $1,460.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.3019** | **Priority creditor's name and mailing address**
Yvonne Graves
Address Redacted
**Date or dates debt was incurred**

**Last 4 digits of account number**     4 9 9 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $887.74 / $887.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
401K Contribution
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.3020** | **Priority creditor's name and mailing address**
Yvonne M Thorn
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     7 7 1 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,728.24 / $1,728.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.3021** | **Priority creditor's name and mailing address**
Zak Smith
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     5 4 1 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $1,679.15 / $1,679.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**2.3022** | **Priority creditor's name and mailing address**
Zakir H Khandkar
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**     3 4 0 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:** $3,054.85 / Unknown
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.3023** **Priority creditor's name and mailing address**
Zakiyyah S Ambrose
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 8 8 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,391.57   Priority amount: Unknown

---

**2.3024** **Priority creditor's name and mailing address**
Zameah Haynes
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      0 0 6 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,376.00   Priority amount: $1,376.00

---

**2.3025** **Priority creditor's name and mailing address**
Zeeherah Eugene
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 0 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00   Priority amount: Unknown

---

**2.3026** **Priority creditor's name and mailing address**
Zehra Cumber
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      6 8 4 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Wages
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $822.26   Priority amount: $822.26

---

**2.3027** **Priority creditor's name and mailing address**
Zhykia J Scott
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      8 6 7 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $809.26   Priority amount: Unknown

---

**2.3028** **Priority creditor's name and mailing address**
Zoe Coleman
Address Redacted
**Date or dates debt was incurred**
05/07/2026
**Last 4 digits of account number**      9 0 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Employee Related

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
PTO
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,160.40   Priority amount: Unknown

---

Debtor    YesCare Co_____    Case number (if known)_____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.3029** **Priority creditor's name and mailing address**
Zoe Coleman
Address Redacted
**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    9 0 3 5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
401K Contribution

**Is the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $2,681.67    Priority amount: $2,681.67

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 506 of 761

Debtor    YesCare Corp
_____    Case number (if known) _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**3.1 Nonpriority creditor's name and mailing address**
2nd Chance, PLLC
1420 N Broadway
Lexington, KY 40505

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $104,070.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.2 Nonpriority creditor's name and mailing address**
3D Sports Medicine & Joint Center, Inc
640 Classic Ct, Ste 104
Melbourne, FL 32940

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $636.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.3 Nonpriority creditor's name and mailing address**
3M Co
P.O. Box 844127
Dallas, TX 75284-4127

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $870.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.4 Nonpriority creditor's name and mailing address**
7240 Parkway Equities LLC
405 E Joppa Rd, Ste 300
Towson, MD 21286

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $19,459.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
RENTS AND LEASES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.5 Nonpriority creditor's name and mailing address**
Abbott Laboratories
P.O. Box 92679
Chicago, IL 60675-2679

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $13,841.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.6 Nonpriority creditor's name and mailing address**
Ability Rehab Associates
100 E Carroll St
Prmc Station 400
Salisbury, MD 21801-5422

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $168.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**        Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** **Nonpriority creditor's name and mailing address**
Access Physicians Global
Telemedicine Solutions PLLC
151 E Redstone Ave
Crestview, FL 32539-5352

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$176.54

---

**3.8** **Nonpriority creditor's name and mailing address**
Access Telecare California PC
100 E Carroll St
Salisbury, MD 21801-5422

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$202.60

---

**3.9** **Nonpriority creditor's name and mailing address**
Acuity Mgmt Solutions
c/o Mitratech Holdings, Inc
P.O. Box 737534
Dallas, TX 75373

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$99,734.79

---

**3.10** **Nonpriority creditor's name and mailing address**
Adjoua Kra Evelyne Avila
c/o Zipin, Amster & Greenberg, LLC
Attn: Gregg Greenberg
8757 Georgia Ave, Unit 400
Silver Spring, MD 20910

**Date or dates debt was incurred**

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.11** **Nonpriority creditor's name and mailing address**
Advanced Ent and Allergy PLLC
2944 Breckenridge Ln
Louisville, KY 40220

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$642.56

---

**3.12** **Nonpriority creditor's name and mailing address**
Advanced Inpatient Medicine
601 Park St
Honesdale, PA 18431-1445

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$164.37

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.13** **Nonpriority creditor's name and mailing address**
Advanced Prosthetics and Orthotics
4000 Old Court Rd
Pikesville, MD 21208

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $10,115.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.14** **Nonpriority creditor's name and mailing address**
Advanced Radiology PA
7253 Ambassador Rd
Windsor Mill, MD 21244

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $19,078.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.15** **Nonpriority creditor's name and mailing address**
Advanced Surgeons PC
860 Montclair Rd, Ste 600
Birmingham, AL 35213

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $493.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.16** **Nonpriority creditor's name and mailing address**
Advanced Wound Care Staffing
7900 Old York Rd, Unit 604A
Elkins Park, PA 19027

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $16,357.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.17** **Nonpriority creditor's name and mailing address**
Advantage Medical Co
P.O. Box 530188
Debary, FL 32753-0188

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $749.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.18** **Nonpriority creditor's name and mailing address**
Advantage Physical Medicine
60 Dunning Rd, Ste 1
Middletown, NY 10940-2216

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $138.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

| 3.19 | **Nonpriority creditor's name and mailing address** Adventist Pathology Assoc 9901 Medical Center Dr Rockville, MD 20850-3357 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $11.90 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Various | **Basis of claim:** Trade Payable | |
| | **Last 4 digits of account number**    _ _ _ _ | **Is the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.20 | **Nonpriority creditor's name and mailing address** Affinity Orthopedic Specialists LLC 5018 Cahaba River Rd Birmingham, AL 35243-2317 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $157.49 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Various | **Basis of claim:** Trade Payable | |
| | **Last 4 digits of account number**    _ _ _ _ | **Is the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.21 | **Nonpriority creditor's name and mailing address** AIG | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis of claim:** Litigation | |
| | **Last 4 digits of account number**    _ _ _ _ | **Is the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.22 | **Nonpriority creditor's name and mailing address** Air Evac EMS Inc 1010 3 Mile Ln Tuscumbia, AL 35674-6029 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $9,383.16 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Various | **Basis of claim:** Trade Payable | |
| | **Last 4 digits of account number**    _ _ _ _ | **Is the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.23 | **Nonpriority creditor's name and mailing address** Air Evac EMS Inc Fayette 1010 3 Mile Ln Tuscumbia, AL 35674-6029 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $28,504.67 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Various | **Basis of claim:** Trade Payable | |
| | **Last 4 digits of account number**    _ _ _ _ | **Is the claim subject to offset?** ☑ No. ☐ Yes. | |

| 3.24 | **Nonpriority creditor's name and mailing address** Air Evac Ems Inc The Shoals 1010 3 Mile Ln Tuscumbia, AL 35674-6029 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $20,374.11 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Various | **Basis of claim:** Trade Payable | |
| | **Last 4 digits of account number**    _ _ _ _ | **Is the claim subject to offset?** ☑ No. ☐ Yes. | |

**Part 2:**        **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.25** **Nonpriority creditor's name and mailing address**
Aire Spring
1801 Olympic Blvd, File 1422
Pasedena, CA 91199-1422

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $2,368.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.26** **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
P.O. Box 734445
Chicago, IL 60673-4445

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $4,845.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.27** **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $196.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.28** **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373-4672

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $24,306.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.29** **Nonpriority creditor's name and mailing address**
AK Strategies LLC
1906 Wedgewood Ave, Ste 201
Nashville, TN 37212

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $40,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.30** **Nonpriority creditor's name and mailing address**
Akumin Imaging Texas LLC
820 Redd Rd, Ste 205
El Paso, TX 79912-7275

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $399.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.31 Nonpriority creditor's name and mailing address**
Alabama Cancer Care LLC
509 Energy Center Blvd, Ste 804
Northport, AL 35473

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $82,143.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.32 Nonpriority creditor's name and mailing address**
Alabama Cardiology PC
4700 Whitesburg Dr, Ste 200
Huntsville, AL 35802

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $1,517.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.33 Nonpriority creditor's name and mailing address**
Alabama Costal Radiology, PC
P.O. Box 9369
Mobile, AL 36691

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $6,406.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.34 Nonpriority creditor's name and mailing address**
Alabama Ear Nose Throat Specialists LLC
302 Merchants Walk, Ste 100
Tuscaloosa, AL 35406

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $374.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.35 Nonpriority creditor's name and mailing address**
Alabama Heart and Vascular Med
100 Rice Mine Rd Loop, Ste 104
Tuscaloosa, AL 35406-2421

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $1,917.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.36 Nonpriority creditor's name and mailing address**
Alabama Heart and Vascular PC, 2022
P.O. Box 242848
Ste 403
Montgomery, AL 36124-2848

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $64.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.37** **Nonpriority creditor's name and mailing address**
Alabama Imaging PC
2055 Normandie Dr, Ste 200
Montgomery, AL 36111

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$132.39

---

**3.38** **Nonpriority creditor's name and mailing address**
Alabama Infectious Disease Center PC
420 Lowell Dr, Ste 301
Huntsville, AL 35801

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,123.20

---

**3.39** **Nonpriority creditor's name and mailing address**
Alabama Medical Group
101 Memorial Hospital Dr, Ste 200
Mobile, AL 36608-1787

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$802.21

---

**3.40** **Nonpriority creditor's name and mailing address**
Alabama Oncology Hematology Associates
P.O. Box 241145
Montgomery, AL 36124-1145

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,348.14

---

**3.41** **Nonpriority creditor's name and mailing address**
Alabama Ophthalmology Associates PC
1000 19th St S
Birmingham, AL 35205

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,255.86

---

**3.42** **Nonpriority creditor's name and mailing address**
Alabama Orthopedic and Spine
52 Medical Park Dr E, Ste 115
Birmingham, AL 35235-3430

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,419.24

---

**Part 2:**     **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.43** **Nonpriority creditor's name and mailing address**
Alabama Pathology Assc
225B Winton M Blount Loop
Montgomery, AL 36117-3507

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $12,815.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.44** **Nonpriority creditor's name and mailing address**
Alabama Vascular
632 2nd St NE
Alabaster, AL 35007-8617

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $251.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.45** **Nonpriority creditor's name and mailing address**
Alabama Vascular Specialists PC
2104 Chestnut St
Montgomery, AL 36106

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $3,561.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.46** **Nonpriority creditor's name and mailing address**
Alexandria Springfield Emer Phys
4320 Seminary Rd
Alexandria, VA 22304-1535

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $2,099.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.47** **Nonpriority creditor's name and mailing address**
ALH Hospitalist
700 W Market St
Athens, AL 35611-9998

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $9,257.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.48** **Nonpriority creditor's name and mailing address**
Allaway and Parousis Urology MD PA
12234 Williams Rd
Cumberland, MD 21502

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $2,691.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| **Part 2:** **Additional Page** | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.49 Nonpriority creditor's name and mailing address**
Allegany County Commissioners
P.O. Box 588
Denton, MD 21629-0588

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $86,145.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.50 Nonpriority creditor's name and mailing address**
Allen Vol Fire Co Inc
P.O. Box 513
Denton, MD 21629-0513

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,375.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.51 Nonpriority creditor's name and mailing address**
Allstate Medical Supplies
34 35th St
Brooklyn, NY 11232

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $15,654.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.52 Nonpriority creditor's name and mailing address**
Alpha Hospitalist Services
410 Broad St
Gadsden, AL 35901-3718

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $462.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.53 Nonpriority creditor's name and mailing address**
Alpha Physical Therapy Clinic
147 Orange Ave
Rockledge, FL 32955

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $6,675.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.54 Nonpriority creditor's name and mailing address**
Alpha-Med Inc
15 America Ave, Ste 208
Lakewood, NJ 08701

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $28,146.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ALPHA MEDICAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.55** **Nonpriority creditor's name and mailing address**
Alter Domus
500 5th Ave, Ste 3100
New York, NY 10110

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$15,000.00

---

**3.56** **Nonpriority creditor's name and mailing address**
Alumni Staffing, LLC
c/o Alumni Staffing, LLC
400 Park Ave, 19th Fl
New York, NY 10022

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
SUB-CONTRACTORS TEMPS & STAFF
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$818,213.13

---

**3.57** **Nonpriority creditor's name and mailing address**
Am Rose
5308 13th Ave, Unit 184
Brooklyn, NY 11219

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$247,034.37

---

**3.58** **Nonpriority creditor's name and mailing address**
Am Rose
5308 13th Ave, Unit 184
Brooklyn, NY 11219

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$216,930.99

---

**3.59** **Nonpriority creditor's name and mailing address**
Amazon Capital Svcs
P.O. Box 035184
Seatle, WA 98124-5184

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$23,189.75

---

**3.60** **Nonpriority creditor's name and mailing address**
Ambitrans Medical Transport Inc
4351 Pinnacle St
Punta Gorda, FL 33980

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$837.84

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.61** | **Nonpriority creditor's name and mailing address**
Ambulance Management Services Ltd
1299 E Voorhees St
Terre Haute, IN 47802

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$114.00

---

**3.62** | **Nonpriority creditor's name and mailing address**
Ambulatory Urology Surgical Center LLC
12234 Williams Rd
Cumberland, MD 21502

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,692.00

---

**3.63** | **Nonpriority creditor's name and mailing address**
Amegashie, Ernest
Dba Cardiovascular Center of Hagerstown
1219 Mount Aetna Rd, Ste 201
Hagerstown, MD 21742-6550

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$684.06

---

**3.64** | **Nonpriority creditor's name and mailing address**
American Anesthesiology of Virginia
1301 Concord Ter
Ft Lauderdale, FL 33323-2843

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,800.62

---

**3.65** | **Nonpriority creditor's name and mailing address**
American Correctional Assoc
206 N Washington St, Ste 200
Alexandria, VA 22314

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
BUSINESS DEVELOPMENT

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,295.00

---

**3.66** | **Nonpriority creditor's name and mailing address**
American Diagnostic Services Inc
930 Ridgebrock Rd, 3rd Fl
Sparks Glencoe, MD 21152

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,589.64

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.67 Nonpriority creditor's name and mailing address**
American Diagnostic Services Inc
930 Ridgebrook Rd
Sparks Glencoe, MD 21152

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$41,042.18

---

**3.68 Nonpriority creditor's name and mailing address**
American Home Dialysis LLC
721 S Preston St
Louisville, KY 40203-2319

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$11,000.00

---

**3.69 Nonpriority creditor's name and mailing address**
American Jail Assoc
P.O. Box 65048
Baltimore, MD 21264-5048

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
BUSINESS DEVELOPMENT
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,950.00

---

**3.70 Nonpriority creditor's name and mailing address**
American Med Response Ambulance Service Inc
Dba Ameri
Dba American Med Resp Emergicar
File 56141
Los Angeles, CA 90074-6141

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$5,995.75

---

**3.71 Nonpriority creditor's name and mailing address**
Ameripath Florida, LLC
895 SW 30th Ave, Ste 101
Pompano Beach, FL 33069-4887

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$518.22

---

**3.72 Nonpriority creditor's name and mailing address**
Amserv EMS
437 Belcher St
Centreville, AL 35042-2946

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$108,980.59

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.73** **Nonpriority creditor's name and mailing address**
Anacostia Medical Associates
18800 Roxbury Rd
Hagerstown, MD 21746

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,340.19

---

**3.74** **Nonpriority creditor's name and mailing address**
Anava Emergency Consultante LLC
P.O. Box 20161
Tampa, FL 33622-0161

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,541.88

---

**3.75** **Nonpriority creditor's name and mailing address**
Anava Hospitalist LLC
1640 Aberdeen St
Jacksonville, FL 32205-8636

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$555.78

---

**3.76** **Nonpriority creditor's name and mailing address**
Anchorage Middletown Fire & Ems
400 S 6th St
Louisville, KY 40202-9998

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$401.00

---

**3.77** **Nonpriority creditor's name and mailing address**
Andrew Lyles
As Assignee of Dr Keith Papendick
c/o Marko Law, PLLC
Attn: Jonathan Marko
220 W Congress, 4th Fl
Detroit, MI 48226

**Date or dates debt was incurred**

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.78** **Nonpriority creditor's name and mailing address**
Anesthesia Associates of East Alabama, LLC
2000 Pepperell Pkwy
Opelika, AL 36801

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$549.64

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.79** | **Nonpriority creditor's name and mailing address**
Anesthesia Co LLC
P.O. Box 418205
Boston, MA 22418-8205

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,982.96

---

**3.80** | **Nonpriority creditor's name and mailing address**
Anesthesia Consultants
1118 Ross Clark Cir, Ste 700
Dothan, AL 36301

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,526.82

---

**3.81** | **Nonpriority creditor's name and mailing address**
Anesthesia Dynamics LLC
3621 E Forest Dr
Inverness, FL 34453

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$271.06

---

**3.82** | **Nonpriority creditor's name and mailing address**
Anesthesiologists Associated PC
800 Montclair Rd
Birmingham, AL 35213

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$26,534.53

---

**3.83** | **Nonpriority creditor's name and mailing address**
Anesthesiologists Associated, Pc
P.O. Box 11407
Dept 8389
Birmingham, AL 35246-8389

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$21,606.69

---

**3.84** | **Nonpriority creditor's name and mailing address**
Anthony J Frey
Dba Atlantic Cardiology Associates
1205 Pemberton Dr, Ste 105
Salisbury, MD 21801

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$551.27

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.85** **Nonpriority creditor's name and mailing address**
Antietam Oncology & Hematology Group, PC
1185 Imperial Dr, Ste 103
Hagerstown, MD 21740

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$671.39

---

**3.86** **Nonpriority creditor's name and mailing address**
Anuco Rx
500 Church St, Ste 300
Nashville, TN 37219

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$21,000.00

---

**3.87** **Nonpriority creditor's name and mailing address**
Apex Global Solutions, LLC
400 Rella Blvd, Ste 200
Montebello, NY 10901

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$60,400.01

---

**3.88** **Nonpriority creditor's name and mailing address**
Applied Statistics & Mgmt Inc
P.O. Box 2738
Temecula, CA 92593-2738

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,000.00

---

**3.89** **Nonpriority creditor's name and mailing address**
Apploi Corp
25 W 39th St, 8th Fl
New York, NY 10018

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$76,750.00

---

**3.90** **Nonpriority creditor's name and mailing address**
April Phillips
c/o Mastando & Artrip, LLC
Attn: Eric Artrip
301 Holmes Ave NE, Ste 100
Huntsville, AL 35801

**Date or dates debt was incurred**    

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 521 of 761

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.91** **Nonpriority creditor's name and mailing address**
Arent Fox LLP
1717 K St, NW
Washington, DC 20006-5344

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,575.50

---

**3.92** **Nonpriority creditor's name and mailing address**
Aristamd, Inc
4660 La Jolla Vlg, Ste 100-1535
San Diego, CA 92122

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ON-SITE SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$930.00

---

**3.93** **Nonpriority creditor's name and mailing address**
Aristamd, Inc
P.O. Box 102213
Pasadena, CA 91189

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ON-SITE SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$930.00

---

**3.94** **Nonpriority creditor's name and mailing address**
Articulate Global LLC
Dept 3747
P.O. Box 123747
Dallas, TX 75312-3747

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,678.11

---

**3.95** **Nonpriority creditor's name and mailing address**
Asc Development Co LLC
18800 Roxbury Rd
Hagerstown, MD 21746

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$323.05

---

**3.96** **Nonpriority creditor's name and mailing address**
Ascend Clinical, LLC
Louisville Metro Corrections
Louisville, KY 40202-9998

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$364.31

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** Page 522 of 761

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.97** **Nonpriority creditor's name and mailing address**
Assoc In Radiation Medicine
100 E Carroll St
Salisbury, MD 21801-5422

**Date or dates debt was incurred**　　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$296.49

---

**3.98** **Nonpriority creditor's name and mailing address**
Associated Radiologists PA
10715 Downsville Pike, Ste 103
Hagerstown, MD 21740

**Date or dates debt was incurred**　　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,995.45

---

**3.99** **Nonpriority creditor's name and mailing address**
Associates In Dermatology PLLC
2241 Green Valley Rd
New Albany, IN 47150-6808

**Date or dates debt was incurred**　　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$263.68

---

**3.100** **Nonpriority creditor's name and mailing address**
Associates In Respiratory Medicine
250 2nd St E, Ste 3A
Bradenton, FL 34208

**Date or dates debt was incurred**　　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,315.27

---

**3.101** **Nonpriority creditor's name and mailing address**
AT & T
P.O. Box 5019
Carol Stream, IL 60197-5019

**Date or dates debt was incurred**　　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,286.79

---

**3.102** **Nonpriority creditor's name and mailing address**
AT & T
P.O. Box 5011
Carol Stream, IL 60197-5011

**Date or dates debt was incurred**　　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$17,268.70

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 523 of 761

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.103** **Nonpriority creditor's name and mailing address**
Athens Limestone Cardiology
700 W Market St
Athens, AL 35611

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $55.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.104** **Nonpriority creditor's name and mailing address**
Athens Limestone Center
For Digestive & Liver Health
101 Fitness Way, Ste 2100
Athens, AL 35611-9998

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $354.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.105** **Nonpriority creditor's name and mailing address**
Athens Limestone ER Physicians
P.O. Box 1047
Athens, AL 35612

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $41.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.106** **Nonpriority creditor's name and mailing address**
Athens Limestone Health
700 W Market St
Athens, AL 35611

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $85,902.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.107** **Nonpriority creditor's name and mailing address**
Athens Limestone Nephrology Associates
1005 W Market St
Athens, AL 35611-9998

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $336.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.108** **Nonpriority creditor's name and mailing address**
Atl Telecom Svcs
9450 SW Gemini Dr
PMB 99633
Beaverton, OR 97708-7105

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $544.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.109** **Nonpriority creditor's name and mailing address**
Atlantic Retina Center, PA
31455 Winterplace Pkwy
Salisbury, MD 21804

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $1,168.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.110** **Nonpriority creditor's name and mailing address**
Audicus, Inc
Attn: B2B
39 W 29th St, 8th Fl
New York, NY 10001

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $18,555.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.111** **Nonpriority creditor's name and mailing address**
Baker Co Medical Services
Dba Fraser Memorial Hosp
159 N 3rd St
Macclenny, FL 32063-2103

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $32,209.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.112** **Nonpriority creditor's name and mailing address**
Baker Community Health Center
159 N 3rd St
Macclenny, FL 32063

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $671.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.113** **Nonpriority creditor's name and mailing address**
Baker Hill Fire & Rescue LLC
1956 Hwy 131
Eufaula, AL 36027-3925

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $18,335.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.114** **Nonpriority creditor's name and mailing address**
Baker, Donelson, Bearman , Caldwell &
165 Madison Ave, Ste 2000
Memphis, TN 38103

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $6,393.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.115 **Nonpriority creditor's name and mailing address**<br>Baldwin Bone And Joint<br>1505 Daphne Ave<br>Daphne, AL 36526<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $15,154.23 |
| 3.116 **Nonpriority creditor's name and mailing address**<br>Baldwin Emergency Phys<br>P.O. Box 830469<br>Birmingham, AL 35283<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $3,254.31 |
| 3.117 **Nonpriority creditor's name and mailing address**<br>Baltimore City Fire Department<br>P.O. Box 62826<br>Baltimore, MD 21264-2826<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $93,525.42 |
| 3.118 **Nonpriority creditor's name and mailing address**<br>Baltimore Washington Emergency Physicians Inc<br>7240 Parkway Dr, Ste 260<br>Hanover, MD 21076<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $35,619.83 |
| 3.119 **Nonpriority creditor's name and mailing address**<br>Baptist Health Medical Group<br>1 Kings Daughters Dr<br>Madison, IN 47250-3300<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $301.84 |
| 3.120 **Nonpriority creditor's name and mailing address**<br>Baptist Health Physician Group<br>301 Brown Springs Rd<br>Montgomery, AL 36117<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $223,306.17 |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.121** **Nonpriority creditor's name and mailing address**
Baptist Medical Center South Physicians
2105 E South Blvd
Montgomery, AL 36116

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:** $59.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.122** **Nonpriority creditor's name and mailing address**
Bay Area Hospitalists PA
P.O. Box 20065
Tampa, FL 33622-0065

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:** $3,238.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.123** **Nonpriority creditor's name and mailing address**
Bay Eyes Cataract & Laser Center Inc
Dba Southern Eye Group of Alabama
411 N Section St
Fairhope, AL 36532

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:** $99.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.124** **Nonpriority creditor's name and mailing address**
Bay Home Medical Services Inc
910 Nichols Ave
Fairhope, AL 36532

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:** $416.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.125** **Nonpriority creditor's name and mailing address**
Bbh Primary And Specialty Care Network
Dept 8007
P.O. Box 11407
Birmingham, AL 35246-8007

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:** $14,765.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.126** **Nonpriority creditor's name and mailing address**
BD Medical Systems
P.O. Box 28983
New York, NY 10087-8983

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:** $6,421.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 2: Additional Page | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.127 Nonpriority creditor's name and mailing address**
Beatrice Chaicharncheep MD LLC
950 Medical Center Dr
Bessemer, AL 35022-6028

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$770.26

**3.128 Nonpriority creditor's name and mailing address**
Beer Simon & Associates
P.O. Box 757
Florence, AL 35631-0757

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$333.71

**3.129 Nonpriority creditor's name and mailing address**
Ben Barnes Group LP
P.O. Box 81676
Austin, TX 78708

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,000.00

**3.130 Nonpriority creditor's name and mailing address**
Besse Medical
Amerisourcebergen
P.O. Box 978526
Dallas, TX 75397-8526

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,353.80

**3.131 Nonpriority creditor's name and mailing address**
Bill Cameron & Associates Consulting, In
15201 Hoolihan Ln
N Ft Myers, FL 33917

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$25,932.14

**3.132 Nonpriority creditor's name and mailing address**
Billiontoone Laboratory
1850 Copper Loop
Las Cruces, NM 88005

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,382.87

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133** **Nonpriority creditor's name and mailing address**
Bio Medical Applications of Kentucky Inc
P.O. Box 101518
Atlanta, GA 30392-1518

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,100.00

---

**3.134** **Nonpriority creditor's name and mailing address**
Bioreference Laboratories
Attn: Les Gough
481 Edward H Ross Dr
Elmwood Park, NJ 07407

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$25,747.85

---

**3.135** **Nonpriority creditor's name and mailing address**
Birmingham Heart Clinic Pc
100 Pilot Medical Dr, Ste 300
Birmingham, AL 35235

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,701.63

---

**3.136** **Nonpriority creditor's name and mailing address**
Birmingham Hematology Oncology Assoc
Dba Alabama Oncology
513 Brookwood Blvd, Ste 275
Birmingham, AL 35209-6804

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$193,573.47

---

**3.137** **Nonpriority creditor's name and mailing address**
Birmingham Minimally Invasive Surgery Pc
48 Medical Park E Dr, Ste 150
Birmingham, AL 35235

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,927.53

---

**3.138** **Nonpriority creditor's name and mailing address**
Birmingham Radiological Group Pc
P.O. Box 2514
Birmingham, AL 35201

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,905.20

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.139** **Nonpriority creditor's name and mailing address**
Birmingham Surgical Pc
2022 Brookwood Medical Center Dr, Ste 313-Alc
Birmingham, AL 35209

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$96.90

**3.140** **Nonpriority creditor's name and mailing address**
Black Hills Oral & Maxi Surgery, Pc
3415 5th St
Rapid City, SD 57709

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$483.14

**3.141** **Nonpriority creditor's name and mailing address**
Black Hills Ortho & Spine Center
7220 S Hwy 16
Rapid City, SD 57709

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$80.00

**3.142** **Nonpriority creditor's name and mailing address**
Blackstone Hand Center LLC
2010 W Eau Gallie Blvd, Ste 104
Melbourne, FL 32935-4033

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$34,237.16

**3.143** **Nonpriority creditor's name and mailing address**
Blackstone Holdings I Lp
c/o Blackstone
345 Park Ave
New York, NY 10154

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WIRES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,194.50

**3.144** **Nonpriority creditor's name and mailing address**
Blue Cross Blue Shield of Mi
600 Lafayette E
Detroit, MI 48226

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Off-Site Claims
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,531.02

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 530 of 761

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.145** **Nonpriority creditor's name and mailing address**
Bluegrass Id Associated LLC
5200 Babcock St NE
Palm Bay, FL 32905-4612

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$976.25

---

**3.146** **Nonpriority creditor's name and mailing address**
Board of County Commissioners
Dba Collier County Ems-Bocc
3299 Tamiami Tr E N, Ste 700
Naples, FL 34112-5749

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$90,143.29

---

**3.147** **Nonpriority creditor's name and mailing address**
Bodman Plc
1901 St Antoine St, 6th Fl
Ford Field
Detroit, MI 48226

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2021
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,082.00

---

**3.148** **Nonpriority creditor's name and mailing address**
Bon Secours - Southside Medical Center
200 Medical Park Blvd
Petersburg, VA 23805-9274

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$22,001.98

---

**3.149** **Nonpriority creditor's name and mailing address**
Bon Secours Critical Care Transport
200 Medical Park Blvd
Petersburg, VA 23805-9274

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,580.27

---

**3.150** **Nonpriority creditor's name and mailing address**
Bon Secours Medical Group Ric
500 Folar Trl
Prince City George, VA 23860

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$194.99

---

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.151** **Nonpriority creditor's name and mailing address**
Bon Secours St Mary's Hospital
5801 Bremo Rd
Richmond, VA 23226-1907

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$241.72

---

**3.152** **Nonpriority creditor's name and mailing address**
Boston Scientific Cardiac
Diagnostic Service, LLC
1717 N Sam Houston Pkwy W, Ste 100
Houston, TX 77038-1312

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$145.92

---

**3.153** **Nonpriority creditor's name and mailing address**
Bound Tree Medical, LLC
P.O. Box 29661, Dept 2013
Phoenix, AZ 85038-9661

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,052.00

---

**3.154** **Nonpriority creditor's name and mailing address**
Bowes Imaging Center
Dept 794
P.O. Box 850001
Orlando, FL 32885-0794

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,321.77

---

**3.155** **Nonpriority creditor's name and mailing address**
Bowes Imaging Center LLC
Dept 794
P.O. Box 850001
Orlando, FL 32885

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,465.63

---

**3.156** **Nonpriority creditor's name and mailing address**
Bowman & Brooke LLP
150 S 5th St, Ste 3000
Minneapolis, MN 55402

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2017
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$159,392.15

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 532 of 761

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.157** **Nonpriority creditor's name and mailing address**
Bowman & Brooke LLP
150 S 5th St, Ste 3000
Minneapolis, MN 55402
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $441,194.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.158** **Nonpriority creditor's name and mailing address**
Bowman & Brooke LLP
150 S 5th St, Ste 3000
Minneapolis, MN 55402
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $154,115.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.159** **Nonpriority creditor's name and mailing address**
Bradley Arant Boult Cummings LLP
P.O. Box 830709
Birmingham, AL 35283-0709
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2017
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.160** **Nonpriority creditor's name and mailing address**
Bradley Arant Boult Cummings LLP
P.O. Box 830709
Birmingham, AL 35283-0709
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $25,412.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.161** **Nonpriority creditor's name and mailing address**
Brevard County Florida
1040 Florida Ave S
Rockledge, FL 32955-2498
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $16,621.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.162** **Nonpriority creditor's name and mailing address**
Brevard County Health Department
2565 Judge Fran Jamieson Way
Melbourne, FL 32940
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**      $1,456.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.163** **Nonpriority creditor's name and mailing address**
Brevard Ear Nose And Throat Center
1099 Florida Ave
Rockledge, FL 32955-2138

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $412.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.164** **Nonpriority creditor's name and mailing address**
Brevard Nephrology Group Pc
245 S Courtenay Pkwy, Ste B
Merritt Island, FL 32952-4831

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $591.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.165** **Nonpriority creditor's name and mailing address**
Brevard Phys Assoc PLLC-Emerg
1350 Hickory St
Melbourne, FL 32901-3224

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $22,682.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.166** **Nonpriority creditor's name and mailing address**
Brevard Skin And Cancer Center
1286 Florida Ave S, Ste 1
Rockledge, FL 32955-2400

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $853.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.167** **Nonpriority creditor's name and mailing address**
Brooks Management Inc
2919 26th St W
Bradenton, FL 34205

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $2,607.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.168** **Nonpriority creditor's name and mailing address**
Brown County Jail
Attn: Brenda
3030 Curry Ln
Green Bay, WI 54311

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $8.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.169 Nonpriority creditor's name and mailing address**
Buchanan Ingersoll & Rooney PC
Union Trust Bldg
Attn: Accounting Dept
501 Grant St, Ste 200
Pittsburgh, PA 15219

Date or dates debt was incurred: Various

Last 4 digits of account number: ____

**As of the petition filing date, the claim is:** $26,912.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.170 Nonpriority creditor's name and mailing address**
Bureau of National Affairs, Inc
P.O. Box 419889
Boston, MA 02241-9889

Date or dates debt was incurred: Various

Last 4 digits of account number: ____

**As of the petition filing date, the claim is:** $5,465.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.171 Nonpriority creditor's name and mailing address**
Butler Medical Transport, LLC
3120 Lord Baltimore Dr, Ste 211
Windsor Mill, MD 21244-5807

Date or dates debt was incurred: Various

Last 4 digits of account number: ____

**As of the petition filing date, the claim is:** $843.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.172 Nonpriority creditor's name and mailing address**
Butzel Long
150 W Jefferson, Ste 900
Detroit, MI 48226-4430

Date or dates debt was incurred: Various

Last 4 digits of account number: ____

**As of the petition filing date, the claim is:** $7,106.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** MED MAL 2017
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.173 Nonpriority creditor's name and mailing address**
Butzel Long
150 W Jefferson, Ste 900
Detroit, MI 48226-4430

Date or dates debt was incurred: Various

Last 4 digits of account number: ____

**As of the petition filing date, the claim is:** $4,886.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.174 Nonpriority creditor's name and mailing address**
Cadenza Health Pc
1 Chase Corporate Dr, Ste 225
Birmingham, AL 35244-7055

Date or dates debt was incurred: Various

Last 4 digits of account number: ____

**As of the petition filing date, the claim is:** $587.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| **Part 2:**    Additional Page | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.175 Nonpriority creditor's name and mailing address**
Callahan Eye Hospital Hca
Dba Callahan Eye Hospital - Phys
1720 Univ Blvd, Ste 500
Birmingham, AL 35233-1816

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $8,664.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.176 Nonpriority creditor's name and mailing address**
Callahan Eye Hospital Health Care Authority
Dba Anesthesia At Callahan Eye Hosp
P.O. Box 660685
Birmingham, AL 35266

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $313.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.177 Nonpriority creditor's name and mailing address**
Cameron Regional Medical Center
c/o Spencer Fane, LLP
Attn: Blane R Markley, Mark A Cole
6201 College Blvd, Ste 500
Overland Park, KS 66211

**Date or dates debt was incurred**

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.178 Nonpriority creditor's name and mailing address**
Cancer Care Centers of Brevard, Inc
107 Longwood Ave
Rockledge, FL 32955

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $4,634.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.179 Nonpriority creditor's name and mailing address**
Canon Financial Svcs, Inc
14904 Collections Ctr Dr
Chicago, IL 60693-0149

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $44.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
COPIERS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.180 Nonpriority creditor's name and mailing address**
Cape Canaveral Hospital
701 W Cocoa Beach Cuaseway
Cocoa Beach, FL 32931-3585

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $309,398.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.181** **Nonpriority creditor's name and mailing address**
Cape Coral Hospitalists
13607 Pine Villa Ln
Ft Myers, FL 33912

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $1,577.19

---

**3.182** **Nonpriority creditor's name and mailing address**
Capital Anesthesia Solutions of Fl
26601 Airport Rd
Punta Gorda, FL 33982

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $150.57

---

**3.183** **Nonpriority creditor's name and mailing address**
Capital Region Medical Center
c/o Stueve Siegel Hanson, LLP
Attn: Patrick Stueve, Ethan Lange, Jordan Kane
460 Nichols Rd
Kansas City, MO 64112

**Date or dates debt was incurred**

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** Undetermined

---

**3.184** **Nonpriority creditor's name and mailing address**
Capsa Solutions, LLC
8206 Solutions Ctr
Chicago, IL 60677-8002

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $5,386.81

---

**3.185** **Nonpriority creditor's name and mailing address**
Cardiocare LLC
7240 Parkway Dr, Ste 260
Hanover, MD 21076

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $1,620.63

---

**3.186** **Nonpriority creditor's name and mailing address**
Cardiology Associates
6701 Airport Blvd, Ste D330
Mobile, AL 36608

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Amount of claim:** $7,039.47

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 537 of 761

**Part 2:**      **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.187  Nonpriority creditor's name and mailing address**
Cardiology Associates of Ozark
179 Katherine Ave
Ozark, AL 36360

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**    $418.01
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**3.188  Nonpriority creditor's name and mailing address**
Cardiology Associates of West Alabama
4401 Watermelon Rd
Northport, AL 35473-5197

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**    $665.15
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**3.189  Nonpriority creditor's name and mailing address**
Cardiology Associates, Pa
4300 W Main St, Ste 102
Dothan, AL 36305

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**    $374.86
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**3.190  Nonpriority creditor's name and mailing address**
Cardiology Consultants of Naples
P.O. Box 111077
Naples, FL 34108-0118

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**    $134.38
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**3.191  Nonpriority creditor's name and mailing address**
Cardiology Pc
801 Princeton Ave SW, Ste 707
Birmingham, AL 35211-1309

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**    $9,139.93
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**3.192  Nonpriority creditor's name and mailing address**
Cardiovascular Care of Alabama
3901 Greensboro Ave
Tuscaloosa, AL 35405-3770

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**    $7,699.02
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑  No.
☐  Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.193** **Nonpriority creditor's name and mailing address**
Cardiovascular Diagnostic Center
925 Heatherfield Ln
Millersville, MD 21108-1961

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $983.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.194** **Nonpriority creditor's name and mailing address**
Carespace, Inc
600 Old Frankfort Cir
Lexington, KY 40510

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $10,990.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.195** **Nonpriority creditor's name and mailing address**
Carespace, Inc
28505 SW Grahams Ferry Rd
Wilsonville, OR 97070

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $47,670.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.196** **Nonpriority creditor's name and mailing address**
Caris Mpi, Inc
4610 S 44th Pl
Phoenix, AZ 85040

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $9,275.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.197** **Nonpriority creditor's name and mailing address**
Carmona Pathology Associates Pa
3450 Buschwood Pk Dr, Ste 150
Tampa, FL 33618-4465

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,948.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.198** **Nonpriority creditor's name and mailing address**
Carroll County Hospital
200 Memorial Ave
Westminster, MD 21157

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $56,116.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.199** **Nonpriority creditor's name and mailing address**
Carroll Health Group
200 Memorial Ave
Westminster, MD 21157-5726

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$218.25

---

**3.200** **Nonpriority creditor's name and mailing address**
Casper Cardiology, LLC
428 S Durbin St, Ste 104
Casper, WY 82601-2818

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$802.22

---

**3.201** **Nonpriority creditor's name and mailing address**
Ce Broker
P.O. Box 931125
Atlanta, GA 31193-1125

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$61,010.30

---

**3.202** **Nonpriority creditor's name and mailing address**
Center For Cancer Care
1 Hospital Dr, Ste 100
Huntsville, AL 35801-3495

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,929.34

---

**3.203** **Nonpriority creditor's name and mailing address**
Center For Emergency Medicine
200 Memorial Ave
Westminster, MD 21157-5726

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$22,753.77

---

**3.204** **Nonpriority creditor's name and mailing address**
Center For Medicine Inc
6400 Manatee Ave W, Ste A
Bradenton, FL 34209

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,193.64

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.205** **Nonpriority creditor's name and mailing address**<br>Center For Pain Management, LLC<br>1150 Professional Ct, Ste P<br>Hagerstown, MD 21740<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $544.32 |
| **3.206** **Nonpriority creditor's name and mailing address**<br>Center For Pain of Montgomery, Pc<br>432 St Lukes Dr<br>Montgomery, AL 36117<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $485.21 |
| **3.207** **Nonpriority creditor's name and mailing address**<br>Center For Patient Safety<br>P.O. Box 410431<br>St Louis, MO 63141<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>OTHER OPERATING<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $10,000.00 |
| **3.208** **Nonpriority creditor's name and mailing address**<br>Central Alabama Radiation Oncology LLC<br>4143 Carmichael Rd<br>Montgomery, AL 36106<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $86,257.15 |
| **3.209** **Nonpriority creditor's name and mailing address**<br>Central Kentucky Radiology<br>1218 S Broadway, Ste 310<br>Lexington, KY 40504-2759<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $100.34 |
| **3.210** **Nonpriority creditor's name and mailing address**<br>Cerner Corp<br>c/o Oracle America Inc<br>P.O. Box 203448<br>Dallas, TX 75320-3448<br><br>**Date or dates debt was incurred**   Various<br><br>**Last 4 digits of account number**   _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>TECHNOLOGY & SOFTWARE<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $167,565.60 |

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.211** **Nonpriority creditor's name and mailing address**
Cerner Corp
c/o Oracle America Inc
P.O. Box 959156
St Louis, MO 63195-9156

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$124,491.76

**3.212** **Nonpriority creditor's name and mailing address**
Change Heathcare Solutions LLC
22423 Network Pl
Chicago, IL 60673-1224

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$101,650.64

**3.213** **Nonpriority creditor's name and mailing address**
Change Heathcare Solutions LLC
P.O. Box 85283
Chicago, IL 60689-4002

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,846.24

**3.214** **Nonpriority creditor's name and mailing address**
Charles Friedenberg
57 Dalton Way
Southhampton, PA 18966

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$117.70

**3.215** **Nonpriority creditor's name and mailing address**
Charter Communications
P.O. Box 7186
Pasadena, CA 91109

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$492.90

**3.216** **Nonpriority creditor's name and mailing address**
Chesapeake Medical Systems, Inc
8249 Teal Dr
Easton, MD 21601

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,570.71

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 542 of 761

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**
Chesapeake Oncology Hematology
3001 S Hanover St
Brooklyn, MD 21225-1233

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,049.46

---

**3.218** **Nonpriority creditor's name and mailing address**
Chesapeake Urology Assoc
12200 Kiln Ct, Ste A
Beltsville, MD 20705-1324

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,997.32

---

**3.219** **Nonpriority creditor's name and mailing address**
Chesapeake Urology Associates
25 Crossroads Dr
Owings Mills, MD 21117-5437

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,809.54

---

**3.220** **Nonpriority creditor's name and mailing address**
Chesapeake Urology Associates
3407 Wilkens Ave
Baltimore, MD 21229-5208

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,556.85

---

**3.221** **Nonpriority creditor's name and mailing address**
Cheyenne Radiology Group
2003 Bluegrass Cir
Cheyenne, WY 82009

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8.74

---

**3.222** **Nonpriority creditor's name and mailing address**
Chippenham Jw Hospital
7101 Jahnke Rd
Richmond, VA 23225-4017

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$233.47

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.223** **Nonpriority creditor's name and mailing address**
City of Eufaula Rescue Squad
115 S Orange Ave
Eufaula, AL 36027

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $952.24

---

**3.224** **Nonpriority creditor's name and mailing address**
City of Pocomoke

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $2,831.90

---

**3.225** **Nonpriority creditor's name and mailing address**
Civic Research Institute
P.O. Box 585
Kingston, NJ 08528

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $249.95

---

**3.226** **Nonpriority creditor's name and mailing address**
Classic Air Care LLC
1010 N 500 E, Ste 200
N Salt Lake, UT 84054

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $7,753.77

---

**3.227** **Nonpriority creditor's name and mailing address**
Clear Imaging
44440 Sonoma Ranch Blvd, Ste G
Las Cruces, NM 88011

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $644.23

---

**3.228** **Nonpriority creditor's name and mailing address**
Clearview Diagnostic Imaging, LLC
3601 Cci Dr NW
Huntsville, AL 35805

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $8,350.29

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.229** **Nonpriority creditor's name and mailing address**
Clia Laboratory Program
P.O. Box 3056
Portland, OR 97208-3056

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REGULATORY FEES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$4,494.00

---

**3.230** **Nonpriority creditor's name and mailing address**
Clinic For Colon & Rectal Surgery Pa
115 Manning Dr, Ste D101
Huntsville, AL 35801

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$131.32

---

**3.231** **Nonpriority creditor's name and mailing address**
Clinical Independent Laboratory

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$65.49

---

**3.232** **Nonpriority creditor's name and mailing address**
Clinical Solutions Pharmacy LLC
P.O. Box 2986
Brentwood, TN 37024

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,669,550.24

---

**3.233** **Nonpriority creditor's name and mailing address**
Coastal Health Systems of Brevard Inc
486 Gus Hipp Blvd
Rockledge, FL 32955

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$49,090.34

---

**3.234** **Nonpriority creditor's name and mailing address**
Coastal Hospice
2604 Old Ocean City Rd
Salisbury, MD 21804-3918

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$244.35

---

| Part 2: | Additional Page | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** |

**3.235** **Nonpriority creditor's name and mailing address**
Coastal Orthopedics And Sports Medicine
of Southwest Fl, Pa
8000 St Rd, Ste 64
Bradenton, FL 34212

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** ____  ____  ____  ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,551.48

---

**3.236** **Nonpriority creditor's name and mailing address**
Cognizant Trizetto Software Group, Inc
28125 Network Pl
Chicago, IL 60673

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** ____  ____  ____  ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$138,642.42

---

**3.237** **Nonpriority creditor's name and mailing address**
Collier Health Services, Inc
12655 Collier Blvd
Naples, FL 34116-4005

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** ____  ____  ____  ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,162.53

---

**3.238** **Nonpriority creditor's name and mailing address**
Columbia Outpatient Sedation
7120 Minstrel Way, Ste 100
Columbia, MD 21045-5274

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** ____  ____  ____  ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$172.09

---

**3.239** **Nonpriority creditor's name and mailing address**
Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** ____  ____  ____  ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$292.13

---

**3.240** **Nonpriority creditor's name and mailing address**
Comcast
P.O. Box 71211
Charlotte, NC 28272-1211

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** ____  ____  ____  ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$588.66

---

| **Part 2:** Additional Page | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.241 Nonpriority creditor's name and mailing address**
Comcast
P.O. Box 8587
Philadelphia, PA 19101-8587

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,987.20

---

**3.242 Nonpriority creditor's name and mailing address**
Commonwealth Anesthesia Psc
P.O. Box 24576
Lexington, KY 40524

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$121.60

---

**3.243 Nonpriority creditor's name and mailing address**
Commonwealth Foot And Ankle
1915 Bishop Ln
Louisville, KY 40218

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,794.09

---

**3.244 Nonpriority creditor's name and mailing address**
Commonwealth Hand Therapy
330 Waller Ave, Ste 275
Lexington, KY 40504-2930

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$102.65

---

**3.245 Nonpriority creditor's name and mailing address**
Commonwealth Radiology Pc
2810 N Parham Rd, Ste 315
Richmond, VA 23294-4434

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,408.58

---

**3.246 Nonpriority creditor's name and mailing address**
Community Medical Associates
1930 Bishop Ln
Louisville, KY 40218-1929

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,318.97

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 547 of 761

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**
Community Medical Associates
200 E Chestnut St
Louisville, KY 40202-1831

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$659.77

**3.248** **Nonpriority creditor's name and mailing address**
Community Medical Associates
4001 Dutchmans Ln
Louisville, KY 40207-4714

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,716.21

**3.249** **Nonpriority creditor's name and mailing address**
Community Medical Associates
4803 Olympia Park Plz, Ste 1100
Louisville, KY 40241

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,680.74

**3.250** **Nonpriority creditor's name and mailing address**
Community Pathology Laboratory
Fountain Correctional
Atmore, AL 36502-9998

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$389.53

**3.251** **Nonpriority creditor's name and mailing address**
Community Radiology Associates Inc
7253 Ambassador Rd
Windsor Mill, MD 21244

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$711.35

**3.252** **Nonpriority creditor's name and mailing address**
Community Rescue Service Inc
110 Eern Blvd N
Hagerstown, MD 21740

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$539.31

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             Page 548 of 761

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.253** **Nonpriority creditor's name and mailing address**
Compassus Palliative Care
Consultation Program
1900 International Park Dr, Ste 200
Birmingham, AL 35243

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $251.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.254** **Nonpriority creditor's name and mailing address**
Complexions Dermatology Pc
131 Temple Lake Dr, Ste 1
Colonial Heights, VA 23834-4903

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $107.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.255** **Nonpriority creditor's name and mailing address**
Complianceline, Inc
P.O. Box 604273
Charlotte, NC 28260-4273

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $7,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.256** **Nonpriority creditor's name and mailing address**
Comprehensive Anesthesia Services Pc
709 Ward Ave
Huntsville, AL 35801

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $2,524.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.257** **Nonpriority creditor's name and mailing address**
Comprehensive Neurology Services
196 Thomas Johnson Dr, Ste 120
Frederick, MD 21702-4521

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $389.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.258** **Nonpriority creditor's name and mailing address**
Compression Solutions Inc
16 W Center
Fayetteville, AR 72701

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $2,204.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.259** **Nonpriority creditor's name and mailing address**
Compumed
5777 W Century Blvd, Ste 360
Los Angeles, CA 90045-5697

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
□ Yes.

$48,574.00

---

**3.260** **Nonpriority creditor's name and mailing address**
Compumed, Inc
5777 W Century Blvd, Ste 360
Los Angeles, CA 90045

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$12.00

---

**3.261** **Nonpriority creditor's name and mailing address**
Concur Technologies, Inc
62157 Collections Ctr Dr
Chicago, IL 60693

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
□ Yes.

$16,493.35

---

**3.262** **Nonpriority creditor's name and mailing address**
Connexis Medical Services LLC
5955 Rand Blvd
Sarasota, FL 34238-5160

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$1,950.93

---

**3.263** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
MED MAL 2019
**Is the claim subject to offset?**
☑ No.
□ Yes.

$15,651.65

---

**3.264** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
MED MAL 2020
**Is the claim subject to offset?**
☑ No.
□ Yes.

$10,518.70

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 550 of 761

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.265** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,434.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2021
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.266** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,166.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.267** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $7,161.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.268** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $2,854.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.269** **Nonpriority creditor's name and mailing address**
Consilio, LLC
1828 L St NW, Ste 1070
Washington, DC 20036

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $150,501.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.270** **Nonpriority creditor's name and mailing address**
Consilio, LLC
Dept Ch17174
Palatine, IL 60055-7174

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,514.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**        Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.271** **Nonpriority creditor's name and mailing address**
Coremr LC
P.O. Box 702
Midway, UT 84049

**Date or dates debt was incurred**  _Various_

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$17,490.00

---

**3.272** **Nonpriority creditor's name and mailing address**
Correctek, Inc
2929 Broadway St
Paducah, KY 42001

**Date or dates debt was incurred**  _Various_

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,388.00

---

**3.273** **Nonpriority creditor's name and mailing address**
Correctional Dental Associates PC
192 W State St
Trenton, NJ 08608

**Date or dates debt was incurred**  _Various_

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$266,244.70

---

**3.274** **Nonpriority creditor's name and mailing address**
Correctional Dialysis Services LLC
Dba Rendevor Dialysis
1717 W 6th St, Ste 350
Austin, TX 78703

**Date or dates debt was incurred**  _Various_

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$138,505.62

---

**3.275** **Nonpriority creditor's name and mailing address**
Correctional Leaders Assoc
P.O. Box 102
Iona, ID 83427

**Date or dates debt was incurred**  _Various_

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$60,000.00

---

**3.276** **Nonpriority creditor's name and mailing address**
County of Baker
Dba Baker County Fire Rescue
1190 W Macclenny Ave
Macclenny, FL 32063

**Date or dates debt was incurred**  _Various_

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,568.32

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.277** | **Nonpriority creditor's name and mailing address**
County of Manatee
P.O. Box 589
Bradenton, FL 34206

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$49,495.37

**3.278** | **Nonpriority creditor's name and mailing address**
Cozen O'Connor
P.O. Box 7247
Philadelphia, PA 19170-7988

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$85,000.00

**3.279** | **Nonpriority creditor's name and mailing address**
Crisafulli Consulting LLC
5125 Mallard Lakes Ct
Merritt Island, FL 32953

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$24,000.00

**3.280** | **Nonpriority creditor's name and mailing address**
Crisis Center Inc
3620 8th Ave S, Ste 110
Birmingham, AL 35222

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,200.00

**3.281** | **Nonpriority creditor's name and mailing address**
Crisis Services of North Alabama Inc
208 Exchange Pl
Huntsville, AL 35806

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,800.00

**3.282** | **Nonpriority creditor's name and mailing address**
Crown Care Svcs Inc
P.O. Box 86
Lakewood, NJ 08701

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WASTE DISPOSAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,219.50

**Part 2:**        **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.283** **Nonpriority creditor's name and mailing address**
Crumdale Partners LLC
P.O. Box 71311
Philadelphia, PA 19176-6311

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
□ Yes.

$600.00

---

**3.284** **Nonpriority creditor's name and mailing address**
Ct Corp System
P.O. Box 4349
Carol Stream, IL 60197-4349

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
□ Yes.

$8,072.96

---

**3.285** **Nonpriority creditor's name and mailing address**
Cumberland Valley Ent Consult
11110 Medical Campus Rd, Ste 126
Hagerstown, MD 21742-6799

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$236.12

---

**3.286** **Nonpriority creditor's name and mailing address**
Cumberland Valley Retina Consultants Pc
1800 Dual Hwy, Ste 201
Hagerstown, MD 21740

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$1,760.69

---

**3.287** **Nonpriority creditor's name and mailing address**
Cunningham Pathology LLC
924 Montclair Rd, Ste 200
Birmingham, AL 35213-1200

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$1,279.82

---

**3.288** **Nonpriority creditor's name and mailing address**
Dale Medical Center Phys
100 Hospital Ave
Ozark, AL 36360-2018

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$148.73

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 554 of 761

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.289** **Nonpriority creditor's name and mailing address**
Dale Medical Center Physicians
100 Hospital Ave
Ozark, AL 36360-2080

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,366.21

---

**3.290** **Nonpriority creditor's name and mailing address**
Daniels Sharpsmart, Inc
111 W Jackson Blvd, Ste 1900
Chicago, IL 60604

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WASTE DISPOSAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,858.46

---

**3.291** **Nonpriority creditor's name and mailing address**
Data Facts, Inc
8000 Centerview Pkwy, Ste 400
Cordova, TN 38018

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$982.46

---

**3.292** **Nonpriority creditor's name and mailing address**
David Ashley Oral & Maxillofacial Surgery
813 Shades Creek Pkwy, Ste 205
Birmingham, AL 35209

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$29,905.00

---

**3.293** **Nonpriority creditor's name and mailing address**
Davita
1736 1st St S
Birmingham, AL 35205-5737

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,754,840.00

---

**3.294** **Nonpriority creditor's name and mailing address**
Dch Healthcare Authority
Dba Dch Oncology Physicians
3901 Greensboro Ave, Ste A
Tuscaloosa, AL 35405-3770

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,412.06

---

| Part 2: | Additional Page | |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.295** **Nonpriority creditor's name and mailing address**
Dch Medical Center Crnas
P.O. Box 660257
Birmingham, AL 35266-0257

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,852.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.296** **Nonpriority creditor's name and mailing address**
Dch Professional Ancillary Svc
3901 Greensboro Ave
Tuscaloosa, AL 35405-3770

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $9,816.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.297** **Nonpriority creditor's name and mailing address**
Dch Regional Medical Center Physicians
809 University Blvd E
Tuscaloosa, AL 35401-2029

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $432.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.298** **Nonpriority creditor's name and mailing address**
Deandre Alston & Emroch &
Kilduff, PLLC
7301 Forest Ave, Ste 300
Richmond, VA 23226

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $166,666.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.299** **Nonpriority creditor's name and mailing address**
Decatur Diagnostic Lab, Inc
2828 Hwy 31 S, Ste 3
Decatur, AL 35603-1538

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $27.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.300** **Nonpriority creditor's name and mailing address**
Decatur Digestive Diseases Pc
2828 Hwy 31 S, Ste 117
P.O. Box 3017
Decatur, AL 35602-3017

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $313.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.301** **Nonpriority creditor's name and mailing address**
Decatur Morgan Hospital Physicians
P.O. Box 11407
Dept 5531
Birmingham, AL 35246

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $83.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.302** **Nonpriority creditor's name and mailing address**
Decatur Morgan Hospitalists
P.O. Box 21007
Huntsville, AL 35813-5007

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $9,947.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.303** **Nonpriority creditor's name and mailing address**
Decatur Morgan Neurology
P.O. Box 2239
Decatur, AL 35609-2239

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $122.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.304** **Nonpriority creditor's name and mailing address**
Decatur Morgan Specialists
1201 7th St SE
Decatur, AL 35601-3337

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $855.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.305** **Nonpriority creditor's name and mailing address**
Delaero, Inc
P.O. Box 244
Carlisle, MA 08741

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $17,842.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.306** **Nonpriority creditor's name and mailing address**
Delmarva Laser Eye Center
405 Marvel Ct
Easton, MD 21601

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $90.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 557 of 761

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.307** **Nonpriority creditor's name and mailing address**
Delmarva Radiology Pa
100 E Carroll St
Salisbury, MD 21801-5422

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$14,407.39

**3.308** **Nonpriority creditor's name and mailing address**
Dept of Corrections
Attn: Financial Coordination Unit
P.O. Box 41107
Olympia, WA 98504

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$44,561.65

**3.309** **Nonpriority creditor's name and mailing address**
Dhy Rehab LLC
4465 Narrow Lane Rd
Montgomery, AL 36116-2953

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,040.24

**3.310** **Nonpriority creditor's name and mailing address**
Diabetes Management Partners, LLC
Dba Glycare
7751 Belfort Pkwy, Ste 120
Jacksonville, FL 32256

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,645.27

**3.311** **Nonpriority creditor's name and mailing address**
Diagnostic Health Mri of Gadsden, LLC
1811 Beltline Rd SW
Decatur, AL 35601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,098.76

**3.312** **Nonpriority creditor's name and mailing address**
Diagnostic Imaging Alliance of Louis
200 E Chestnut St
Louisville, KY 40202-1831

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$899.03

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.313** **Nonpriority creditor's name and mailing address**
Diagnostic Imaging Services LLC
10715 Downsville Pike, Ste 103
Hagerstown, MD 21740-7240

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$72,939.20

---

**3.314** **Nonpriority creditor's name and mailing address**
Diagnostic Medical Imaging Pa
5755 Cedar Ln
Columbia, MD 21044-2912

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$6,582.79

---

**3.315** **Nonpriority creditor's name and mailing address**
Diagnostic Mobile Xray Inc
28100 Challenger Blvd, Ste 112
Punta Gorda, FL 33982-2403

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$35,240.00

---

**3.316** **Nonpriority creditor's name and mailing address**
Diagnostic Xray Physicians Psc
1850 Bluegrass Ave
Louisville, KY 40215-1161

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$330.39

---

**3.317** **Nonpriority creditor's name and mailing address**
Didage Sales Corp
907 S 325 E
Warsaw, IN 46582

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,600.00

---

**3.318** **Nonpriority creditor's name and mailing address**
Digestive Disease Specialists of Manatee
P.O. Box 15089
Bradenton, FL 34280

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$655.51

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.319** **Nonpriority creditor's name and mailing address**
Digestive Health Specialists
480 Honeysuckle Rd
Dothan, AL 36305

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:** $1,965.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.320** **Nonpriority creditor's name and mailing address**
Direct Supply, Inc
Box 88201
Milwaukee, WI 53288-0201

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:** $25,200.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.321** **Nonpriority creditor's name and mailing address**
Diversified Psychological Svcs Pllc
21-63 23rd St , Unit 2
Astoria, NY 11105

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:** $1,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.322** **Nonpriority creditor's name and mailing address**
Djo LLC - Lexington
600 Old Frankfort Cir
Lexington, KY 40510

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:** $518.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.323** **Nonpriority creditor's name and mailing address**
Doccafecom LLC
5930 Cornerstone Ct W, Ste 300
San Diego, CA 92121

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:** $18,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.324** **Nonpriority creditor's name and mailing address**
Donald B Plummer LLC
750 Morphy Dr
Fairhope, AL 36532

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:** $81.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.325** **Nonpriority creditor's name and mailing address**
Dothan Ambulance Service
923 S Foster St
Dothan, AL 36301

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $3,286.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.326** **Nonpriority creditor's name and mailing address**
Dothan Medical Associates Pc
1118 Ross Clark Cir
Dothan, AL 36301-3001

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $12,571.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.327** **Nonpriority creditor's name and mailing address**
Doucsign, Inc
P.O. Box 735445
Dallas, TX 75373-5445

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $19,067.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.328** **Nonpriority creditor's name and mailing address**
Dowd Bennett LLP
7676 Forsyth Blvd, Ste 1900
St Louis, MO 63105

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $1,660.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.329** **Nonpriority creditor's name and mailing address**
Doximity Inc
Dept Ch 19291
Palatine, IL 60055-9291

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $11,323.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.330** **Nonpriority creditor's name and mailing address**
Driver, Mcafee, Hawthorne
1 Independent Dr, Ste 1200
Jacksonville, FL 32202

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $10,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 561 of 761

| **Part 2:** **Additional Page** | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.331** **Nonpriority creditor's name and mailing address**
Drs Mori, Bean & Brooks, Pa
3599 University Blvd S, Bldg 300
Jacksonville, FL 32216

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,049.89

---

**3.332** **Nonpriority creditor's name and mailing address**
E Copier Solutions
100 Park Ave, 16th Fl
New York, NY 10017

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
COPIERS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$228,328.32

---

**3.333** **Nonpriority creditor's name and mailing address**
Ear Nose Throat Head & Neck
201 Whitesport Dr
Huntsville, AL 35801-6449

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$285.58

---

**3.334** **Nonpriority creditor's name and mailing address**
Ear, Nose, Throat Associates
701 Manatee Ave W, Ste 202
Bradenton, FL 34205-8645

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$643.86

---

**3.335** **Nonpriority creditor's name and mailing address**
East Alabama Medical Center Physicians
2000 Pepperell Pkwy
Opelika, AL 36801-5452

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$401.07

---

**3.336** **Nonpriority creditor's name and mailing address**
Eastern Shore Anesthesia Pc
P.O. Box 11984
Msc # 313
Birmingham, AL 35202-1984

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,076.80

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 562 of 761

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.337** **Nonpriority creditor's name and mailing address**
Eastern Shore Ent
106 Milford St, Ste 101
Salisbury, MD 21804-6966

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$128.42

---

**3.338** **Nonpriority creditor's name and mailing address**
Eastern Shore Orthotics And Prosthetic
19484 S Greeno Rd
Fairhope, AL 36532-3887

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,579.33

---

**3.339** **Nonpriority creditor's name and mailing address**
Eastern Surgical Associates
52 Medical Park E Dr
Birmingham, AL 35235

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,264.59

---

**3.340** **Nonpriority creditor's name and mailing address**
Eccolab Group
8370 W Flagler St, Ste 216
Miami, FL 33144

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
MEDICAL CLAIMS

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$106,061.74

---

**3.341** **Nonpriority creditor's name and mailing address**
Echo Volunteer Rescue Squad Inc
11687 E Hwy 27
Newville, AL 36353-7537

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$27,371.95

---

**3.342** **Nonpriority creditor's name and mailing address**
Eckenrode - Maupin
Attorneys At Law
11477 Olde Cabin Rd
St Louis, MO 63141

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ＿ ＿ ＿ ＿

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Med Mal 2018

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,672.50

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 563 of 761

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.343** **Nonpriority creditor's name and mailing address**
Eckenrode - Maupin
Attorneys At Law
11477 Olde Cabin Rd
St Louis, MO 63141

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2019
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$55.90

---

**3.344** **Nonpriority creditor's name and mailing address**
Eckenrode - Maupin
Attorneys At Law
11477 Olde Cabin Rd
St Louis, MO 63141

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$30,897.50

---

**3.345** **Nonpriority creditor's name and mailing address**
Eckenrode - Maupin
Attorneys At Law
11477 Olde Cabin Rd
St Louis, MO 63141

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$8,270.00

---

**3.346** **Nonpriority creditor's name and mailing address**
Ecm Health Group LLC
1701 Veterans Dr
Florence, AL 35630-4928

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,287.43

---

**3.347** **Nonpriority creditor's name and mailing address**
Edger Asso Inc
Dba Mobile Ultra Sound Services
720 E Fletcher Ave, Ste 101
Tampa, FL 33612-2639

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,159.76

---

**3.348** **Nonpriority creditor's name and mailing address**
Edwards Lake Medical Center LLC
Physicians Group
3240 Edwards Lake Pkwy, Ste 204
Birmingham, AL 35235-3117

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$855.40

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.349** **Nonpriority creditor's name and mailing address**
El Paso Pulmonary Association
4305 N Mesa, Ste A
El Paso, TX 79902

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$600.66

---

**3.350** **Nonpriority creditor's name and mailing address**
El Paso Sleep Disorder Center
1016 Quinta Antigua Ln
El Paso, TX 79912-2039

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$678.36

---

**3.351** **Nonpriority creditor's name and mailing address**
Elite Medical Transaport Nm
P.O. Box 929
Santa Teresa, NM 88008-0929

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$568.94

---

**3.352** **Nonpriority creditor's name and mailing address**
Elmore Community Hosp Physicians
500 Hospital Dr
Wetumpka, AL 36092

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$590.77

---

**3.353** **Nonpriority creditor's name and mailing address**
Em Alliance LLC
7 Easton Oval
Columbus, OH 43219

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$19,137.05

---

**3.354** **Nonpriority creditor's name and mailing address**
Emergency Coverage Corp
435 2nd St
Newport, TN 37821-3703

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$258.17

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.355** **Nonpriority creditor's name and mailing address**
Emergency Coverage Services
435 2nd St
Newport, TN 37821-3703

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $32.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.356** **Nonpriority creditor's name and mailing address**
Emergency Medicine Assoc
20010 Century Blvd, Ste 200
Germantown, MD 20874

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $5,783.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.357** **Nonpriority creditor's name and mailing address**
Emergency Medicine Services
1700 S 23rd St
Ft Pierce, FL 34950

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $1,893.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.358** **Nonpriority creditor's name and mailing address**
Emergency Phys of Central Fl, LLP
1414 S Orange Ave, Ste Mo 156
Orlando, FL 32806-2134

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $212.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.359** **Nonpriority creditor's name and mailing address**
Emergency Physicians Group
P.O. Box 11407
Drawer 0314
Birmingham, AL 35246-0314

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $177.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.360** **Nonpriority creditor's name and mailing address**
Emergency Service Associates
100 E Carroll St
Salisbury, MD 21801-5422

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $32,214.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.361 Nonpriority creditor's name and mailing address**
Emergency Services of Mobile Pc
5 Mobile Infirmary Cir
Mobile, AL 36607

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$34.02

---

**3.362 Nonpriority creditor's name and mailing address**
Emergency Services of Montgomery
124 S Memorial Dr
Prattville, AL 36067

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,725.00

---

**3.363 Nonpriority creditor's name and mailing address**
Emmanuel Essainor
c/o Zipin, Amster & Greenberg, LLC
Attn: Edith Thomas
8757 Georgia Ave, Unit 400
Silver Spring, MD 20910

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.364 Nonpriority creditor's name and mailing address**
Empire State Radiology
707 E Main St
Middletown, NY 10940-2650

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,825.04

---

**3.365 Nonpriority creditor's name and mailing address**
Emsar
P.O. Box 202887
Austin, TX 78720

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$42,051.83

---

**3.366 Nonpriority creditor's name and mailing address**
Endeavor Distribution, LLC
7400 Plz Mayor Blvd, Ste 200
Oklahoma City, OK 73149

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$41,419.82

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**
Ep Medical Transport LLC
530 N Telshor Blvd
Las Cruces, NM 88011-8243

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$847.14

**3.368** **Nonpriority creditor's name and mailing address**
Er Phys Grp At Sluh LLC
P.O. Box 505315
St Louis, MO 63150-5313

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$558.35

**3.369** **Nonpriority creditor's name and mailing address**
Esperta Health Inc
101 Westpark Dr, Ste 240
Brentwood, TN 37027

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL CLAIMS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$100,974.00

**3.370** **Nonpriority creditor's name and mailing address**
Estero Dermatology And Skin Surgery Center
10200 Arcos Ave, Ste 201
Estero, FL 33928

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,174.64

**3.371** **Nonpriority creditor's name and mailing address**
Evoqua Water Technologies LLC
28563 Network Pl
Chicago, IL 60673-1285

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,176.64

**3.372** **Nonpriority creditor's name and mailing address**
Excel Care Orthpedics PLLC
300 Riverside Dr E, Ste 1300
Bradenton, FL 34208

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,698.10

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.373** **Nonpriority creditor's name and mailing address**
Excelsior Ambulance Service Inc
40 E Academy St
P.O. Box 979
Ludowici, GA 31316-0979

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$634.04

---

**3.374** **Nonpriority creditor's name and mailing address**
Eye Centers of Louisville Psc
1935 Bluegrass Ave, Ste 200
Louisville, KY 40215-1181

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,189.36

---

**3.375** **Nonpriority creditor's name and mailing address**
Eye Partners Pc
2800 Ross Clark Cir
Dothan, AL 36301

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,888.45

---

**3.376** **Nonpriority creditor's name and mailing address**
Eye Surgeons of Richmond
Dba Virginia Eye Ins
400 Westhampton Station
Richmond, VA 23226

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$916.51

---

**3.377** **Nonpriority creditor's name and mailing address**
Eye Surgery Center of North Alabama Phys
3501 S Memorial Pkwy, Ste 100
Huntsville, AL 35801

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$738.28

---

**3.378** **Nonpriority creditor's name and mailing address**
F & S Radiology Pc
3059 County Rd, Ste 204
Oxford, FL 34484

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8.22

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 569 of 761

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.379** **Nonpriority creditor's name and mailing address**
Fairhope Internal Medicine Pc
150 S Ingleside St, Ste 6
Fairhope, AL 36532

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$29.44

---

**3.380** **Nonpriority creditor's name and mailing address**
Family Care
6078 14th St
Bradenton, FL 34207

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$308.88

---

**3.381** **Nonpriority creditor's name and mailing address**
Family Foot And Leg Center, PA
730 Goodlette Rd, Ste 102
Naples, FL 34102-5409

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$246.30

---

**3.382** **Nonpriority creditor's name and mailing address**
Family Medical Care LLC
2107 59th St W
Bradenton, FL 34209-7015

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,226.40

---

**3.383** **Nonpriority creditor's name and mailing address**
Fasma
10901 Connecticut Ave, Ste 300
Kensington, MD 20895-1647

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$162.99

---

**3.384** **Nonpriority creditor's name and mailing address**
Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
SHIPPING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10.82

---

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.385** **Nonpriority creditor's name and mailing address**
Fillmore Eye Clinic Inc
1124 10th St
Alamogordo, NM 88310-6414

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,471.95

**3.386** **Nonpriority creditor's name and mailing address**
First Prevention Dialysis Center
17940 NW 27th Ave
Opa Locka, FL 33056

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$21,525.00

**3.387** **Nonpriority creditor's name and mailing address**
First Stop Health LLC
P.O. Box 8136
Carol Stream, IL 60197-8136

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WIRES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,888.00

**3.388** **Nonpriority creditor's name and mailing address**
Flexential Corp
8809 Lenox Pt Dr, Ste G
Charlotte, NC 28273

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,694.35

**3.389** **Nonpriority creditor's name and mailing address**
Flexential Corp
P.O. Box 732368
Dallas, TX 75373

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$36,911.02

**3.390** **Nonpriority creditor's name and mailing address**
Florida Cancer Specialist
1708 Cape Coral Pkwy W, Ste 10
Cape Coral, FL 33914-6985

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,676.51

| Part 2: | Additional Page | |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.391** **Nonpriority creditor's name and mailing address**
Florida Cardiovascular Association Pa

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$369.27

---

**3.392** **Nonpriority creditor's name and mailing address**
Florida Dept of Health
Bureau Radiation Control
Radiation Machine Section
4052 Bald Cypress Way, Bin C21
Tallahassee, FL 32399-1741

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL CLAIMS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$42.00

---

**3.393** **Nonpriority creditor's name and mailing address**
Florida Dept of Health
Leon County
P.O. Box 2745
Tallahassee, FL 32316

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL CLAIMS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$85.00

---

**3.394** **Nonpriority creditor's name and mailing address**
Florida Digestive Hlth Specialists LLP
P.O. Box 919344
Orlando, FL 32891

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,917.71

---

**3.395** **Nonpriority creditor's name and mailing address**
Florida Hospital Medical Group
P.O. Box 17805
Belfast, ME 04915-4073

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$35.37

---

**3.396** **Nonpriority creditor's name and mailing address**
Florida Medical Specialists
4401 Cortez Rd W
Bradenton, FL 34210

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,043.13

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397 Nonpriority creditor's name and mailing address**
Florida Nephrology Associates
801 Garden St
Titusville, FL 32796-3408

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$501.79

---

**3.398 Nonpriority creditor's name and mailing address**
Florida Orthopaedic Institute
13020 N Telecom Pkwy
Tampa, FL 33637-0925

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$512.37

---

**3.399 Nonpriority creditor's name and mailing address**
Florida Radiology Associates LLC
600 E Dixie Ave
Leesburg, FL 34748-5925

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,328.74

---

**3.400 Nonpriority creditor's name and mailing address**
Florida Retina Specialists Pa
280 N Sykes Creek Pkwy, Ste B
Merritt Island, FL 32953

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$115.73

---

**3.401 Nonpriority creditor's name and mailing address**
Florida Surgical Specialists
607 Manatee Ave E, Ste 102
Bradenton, FL 34208

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,066.14

---

**3.402 Nonpriority creditor's name and mailing address**
Flowers Medical Services, LLC
4370 W Main S
Dothan, AL 36305-1056

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$700.20

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.403** **Nonpriority creditor's name and mailing address**
Flowers Pathology Group LLC
4370 W Main St
Dothan, AL 36305-1056

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$252.14

**3.404** **Nonpriority creditor's name and mailing address**
Focus Custom Sourcing Solutions, Inc
110 Haverhill Rd, Ste 295
Amesbury, MA 08913

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$70.00

**3.405** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2013
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,612.50

**3.406** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2015
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$22,920.00

**3.407** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2016
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$185.00

**3.408** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2017
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$52,607.64

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.409** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $5,275.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Med Mal 2018
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.410** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $37,530.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2020
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.411** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $56,016.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2021
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.412** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $12,849.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.413** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $28,010.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.414** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $17,205.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.415** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,516.01

---

**3.416** **Nonpriority creditor's name and mailing address**
Foley, Baron, Metzger & Juip, PLLC
38777 Six Mile Rd, Ste 300
Livonia, MI 48152

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,901.58

---

**3.417** **Nonpriority creditor's name and mailing address**
Forefront Dermatology Sc
Bin 88617
Milwaukee, WI 53288-0617

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,031.15

---

**3.418** **Nonpriority creditor's name and mailing address**
Foundation Medicine, Inc
300 Wallace Dr
Clio, AL 36017

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,028.00

---

**3.419** **Nonpriority creditor's name and mailing address**
Foundation Radiology Group Pc
75 Remittance Dr, Ste 3310
Chicago, IL 60675-3310

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$307.09

---

**3.420** **Nonpriority creditor's name and mailing address**
Fpi - Shock Trauma Associates, PA
P.O. Box 64793
Baltimore, MD 21264-4793

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$73,521.00

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.421 | **Nonpriority creditor's name and mailing address**<br>Fpi - Univ of Maryland<br>Anesthesiology Assoc Pa<br>22 S Greene St, Ste S11C00<br>Baltimore, MD 21201<br>**Date or dates debt was incurred** _____Various_____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $126,601.30 |

| 3.422 | **Nonpriority creditor's name and mailing address**<br>Fpi - Univ of Maryland<br>Capital Region Health Medical Group<br>14999 Health Center Dr, Ste 108<br>Bowie, MD 20716<br>**Date or dates debt was incurred** _____Various_____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $599.44 |

| 3.423 | **Nonpriority creditor's name and mailing address**<br>Fpi - Univ of Maryland<br>Diagnostic Imaging Specialists, Pa<br>22 S Greene St<br>Baltimore, MD 21201<br>**Date or dates debt was incurred** _____Various_____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $94,826.40 |

| 3.424 | **Nonpriority creditor's name and mailing address**<br>Fpi - Univ of Maryland<br>Obstetrical And Gynecological Assoc<br>250 W Pratt, Ste 880<br>Baltimore, MD 21210<br>**Date or dates debt was incurred** _____Various_____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $12,483.80 |

| 3.425 | **Nonpriority creditor's name and mailing address**<br>Fpi - Univ of Maryland Pediatric Assoc, Pa<br>P.O. Box 62063<br>Baltimore, MD 21264-2063<br>**Date or dates debt was incurred** _____Various_____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $4,657.10 |

| 3.426 | **Nonpriority creditor's name and mailing address**<br>Fpi - Univ of Md Med Group<br>Infectious Disease<br>22 S Greene St, Rm N3W42<br>Baltimore, MD 21201-1544<br>**Date or dates debt was incurred** _____Various_____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,382.50 |

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.427** **Nonpriority creditor's name and mailing address**
Fpi - Univ of Md Med Grp - Diag
22 S Greene St
Baltimore, MD 21201

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,278.50

**3.428** **Nonpriority creditor's name and mailing address**
Fpi - Univ of Md Med Grp Endo
P.O. Box 64442
Baltimore, MD 21264-4442

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,160.50

**3.429** **Nonpriority creditor's name and mailing address**
Fpi - Univ of Md Med Grp Gastr
P.O. Box 64442
Baltimore, MD 21264-4442

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$18,032.00

**3.430** **Nonpriority creditor's name and mailing address**
Fpi - Univ of Md Med Grp Pulmo
P.O. Box 64442
Baltimore, MD 21264-4442

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,287.00

**3.431** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Diagnostic Radiology, LLC
22 S Greene St, Ste N2E23
Baltimore, MD 21201

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$539.70

**3.432** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Emergency Medicine Assoc Pa
110 S Paca St, 6th Fl, Ste 200
Baltimore, MD 21201

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$80,803.10

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.433** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Medical Group - Cardiology
22 S Greene St
Baltimore, MD 21201

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $16,569.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.434** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Oncology Assoc Pa
22 S Greene St, Ste N9E10
Baltimore, MD 21201

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $3,368.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.435** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Orthopaedic Associates Pa
110 S Paca St, Ste 300
Baltimore, MD 21201

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $17,754.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.436** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Orthopaedic Trauma Assoc, Pa
P.O. Box 64881
Baltimore, MD 21264-4881

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $6,926.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.437** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland
Pathology Assoc Pa
22 S Greene St, Ste Nbw73
Baltimore, MD 21201-1544

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $17,970.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.438** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland Eye Assoc Pa
419 W Redwood St, Ste 420
Baltimore, MD 21201-1734

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $36,304.30
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**      **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.439** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland Med Grp - Neph
22 S Greene St
Baltimore, MD 21201-1544

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$290.50

---

**3.440** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland Medical Group
Gim
22 S Greene St
Baltimore, MD 21201-1544

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,022.00

---

**3.441** **Nonpriority creditor's name and mailing address**
Fpi - University of Maryland Surgical Assoc
22 S Greene St
Baltimore, MD 21201-1734

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$79,818.90

---

**3.442** **Nonpriority creditor's name and mailing address**
Fpi - University of Md
Psychiatry Associates, P.A.
110 S Paca St, 4th Fl
Baltimore, MD 21201

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$280.00

---

**3.443** **Nonpriority creditor's name and mailing address**
Fpi-Univ of Maryland Neurology Associates, PA
110 S Paca St 3rd Fl
Baltimore, MD 21201

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,523.40

---

**3.444** **Nonpriority creditor's name and mailing address**
Francu One LLC
626 C Admiral Dr, Ste 324
Annapolis, MD 21401-2151

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$360.93

---

**Part 2:**  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.445** **Nonpriority creditor's name and mailing address**
Frank B Fondren
Dba Fondren Orthopaedics
750 Bishop Ln N
Mobile, AL 36608-5808

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $777.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.446** **Nonpriority creditor's name and mailing address**
Frazier Outpatient Hand T
225 Abraham Flexner Way, Ste 760
Louisville, KY 40202-3872

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $307.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.447** **Nonpriority creditor's name and mailing address**
Freestate Transportation, LLC
Dba Freestate Ambulance
1001 Cromwell Bridge Rd, Ste 210
Towson, MD 21286

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $54,500.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.448** **Nonpriority creditor's name and mailing address**
Fresenius USA Marketing, Inc
P.O. Box 3936
Boston, MA 08241

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,494.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.449** **Nonpriority creditor's name and mailing address**
Frontier
P.O. Box 740407
Cincinnati, OH 45274-0407

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,123.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.450** **Nonpriority creditor's name and mailing address**
G I Associates of West Alabama Pc
1774 Mcfarland Blvd N
Tuscaloosa, AL 35406-2136

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,233.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 581 of 761

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.451** **Nonpriority creditor's name and mailing address**
Gagnon Oncology LLC
11110 Medical Campus Rd
Hagerstown, MD 21742

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,846.64

---

**3.452** **Nonpriority creditor's name and mailing address**
Galen Inpatient Physicians
5151 N 9th Ave
Pensacola, FL 32504-8721

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$248.59

---

**3.453** **Nonpriority creditor's name and mailing address**
Gallagher Bassett Svcs, Inc
15763 Collections Ctr Dr
Chicago, IL 60693

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Insurance Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,785.00

---

**3.454** **Nonpriority creditor's name and mailing address**
Garcia Clinical Laboratory, Inc
2195 Spring Arbor Rd
Jackson, MI 49203

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,415,360.41

---

**3.455** **Nonpriority creditor's name and mailing address**
Garfunkel Wild & Travis PC
111 Great Neck Rd
Great Neck, NY 11021

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,979.00

---

**3.456** **Nonpriority creditor's name and mailing address**
Garnet Health Doctors Pc
707 E Main St
Middletown, NY 10940-2650

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,062.24

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 582 of 761

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.457 Nonpriority creditor's name and mailing address**
Garnet Health Medical Center
707 E Main St
Middletown, NY 10940-2650

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$212,801.20

**3.458 Nonpriority creditor's name and mailing address**
Garnet Health Medical Center Catskills
68 Harris Bushville Rd
Harris, NY 12742-0900

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,823.42

**3.459 Nonpriority creditor's name and mailing address**
Gastro Center of Maryland
7120 Minstrel Wy, Ste 100
Columbia, MD 21045-5274

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,840.00

**3.460 Nonpriority creditor's name and mailing address**
Gastroenterology Associates Na Pc
513 Brookwood Blvd, Ste 401
Birmingham, AL 35209

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,834.41

**3.461 Nonpriority creditor's name and mailing address**
Gbmc Hospital Based Services LLC
215 Schilling Cir
Hunt Valley, MD 21031

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$355.52

**3.462 Nonpriority creditor's name and mailing address**
General And Vascular Surgery
of Northwest Alabama Iinc
15225 Hwy 43, Ste D
Russellville, AL 35653

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,511.06

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.463** **Nonpriority creditor's name and mailing address**
General Surgery As
4704 Whitesburg Dr SE
Huntsville, AL 35802-1631

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,842.85

---

**3.464** **Nonpriority creditor's name and mailing address**
Genesiscare Usa of Florida LLC
200 3rd Ave W, Ste 210
Bradenton, FL 34205-8633

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$127.05

---

**3.465** **Nonpriority creditor's name and mailing address**
Genoptix Clinical Laboratory
9490 Neogenomics Way
Ft Myers, FL 33912-4553

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$144.61

---

**3.466** **Nonpriority creditor's name and mailing address**
Gilchrist Hospice Care Inc
11311 Mccormick Rd, Ste 350
Hunt Valley, MD 21031

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$387.49

---

**3.467** **Nonpriority creditor's name and mailing address**
Global Diagnostic Svcs, Inc
P.O. Box 83526
Conyers, GA 30013

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ON-SITE SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$30,175.00

---

**3.468** **Nonpriority creditor's name and mailing address**
Global Tel Link
900 Western America Cir, Ste 300
Mobile, AL 36609

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$58,500.00

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 584 of 761

| Part 2: | Additional Page | Amount of claim |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.469** **Nonpriority creditor's name and mailing address**
Gnp Brokerage US Inc
2001 57th St, Ste 2
Brooklyn, NY 11204

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $800,710.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Insurance Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.470** **Nonpriority creditor's name and mailing address**
Gold & Ferrante, PC
261 Old York Rd, Ste 526
Jenkintown, PA 19046

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $3,042.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.471** **Nonpriority creditor's name and mailing address**
Gold & Ferrante, PC
716 N Bethlehem Pike, Ste 208
Lower Gwynedd, PA 19002

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $978.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.472** **Nonpriority creditor's name and mailing address**
Goleansixsignacom
P.O. Box 4123
Waianae, HI 96792

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $4,999.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.473** **Nonpriority creditor's name and mailing address**
Goshen Volunteer Ambulance Corps, Inc
8610 Main St
Wlliamsville, NY 14221

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $17,072.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.474** **Nonpriority creditor's name and mailing address**
Grace Care LLC
493 Main St
Prince Frederick, MD 20678

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $21.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.475** **Nonpriority creditor's name and mailing address**
Grace Medical Center
2401 W Belvedere Ave
Baltimore, MD 21215-5269

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,242.84

**3.476** **Nonpriority creditor's name and mailing address**
Green Pond Fire And Rescue
19629 Eastern Valley Rd
Woodstock, AL 35188-3464

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,572.37

**3.477** **Nonpriority creditor's name and mailing address**
Griffith Urology, PLLC
575 S Wickham Rd, Ste A
Melbourne, FL 32904-1170

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,086.07

**3.478** **Nonpriority creditor's name and mailing address**
Guardant Health Inc
2020 Toulson Rd
Jessup, MD 20794

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$22,907.00

**3.479** **Nonpriority creditor's name and mailing address**
Gulf Health
Dba North Baldwin Inf Physicians
P.O. Box 2144
Mobile, AL 36652-2144

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$50.90

**3.480** **Nonpriority creditor's name and mailing address**
Gulf Regional Pathologists Pa
5 Mobile Infirmary Cir
Mobile, AL 36607

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,067.74

**Part 2:     Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.481** **Nonpriority creditor's name and mailing address**
Gulf To Bay Anesthesiology Associates P A
1 Tampa General Cir, Ste A327
Tampa, FL 33606-3571

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $396.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.482** **Nonpriority creditor's name and mailing address**
Hall & Evans, LLC
1001 17th St, Ste 300
Denver, CO 80202

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $43,554.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2019
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.483** **Nonpriority creditor's name and mailing address**
Hall & Evans, LLC
1001 17th St, Ste 300
Denver, CO 80202

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $21,020.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.484** **Nonpriority creditor's name and mailing address**
Hall & Evans, LLC
1001 17th St, Ste 300
Denver, CO 80202

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $137,004.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.485** **Nonpriority creditor's name and mailing address**
Hall & Evans, LLC
1001 17th St, Ste 300
Denver, CO 80202

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $300.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.486** **Nonpriority creditor's name and mailing address**
Hall & Evans, LLC
1001 17th St, Ste 300
Denver, CO 80202

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**      $1,610.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.487** **Nonpriority creditor's name and mailing address**
Hall Booth Smith, PC
191 Peachtree St NE, Ste 2900
Atlanta, GA 30303-1175

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $165.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.488** **Nonpriority creditor's name and mailing address**
Hall Strategies LLC
618 Church St, Ste 210
Nashville, TN 37219

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $1,812.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.489** **Nonpriority creditor's name and mailing address**
HALO
c/o Schaefers Law Group, LLC
Attn: Scott A Schaefers
300 S County Farm Rd, Ste L
Wheaton, IL 60187

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.490** **Nonpriority creditor's name and mailing address**
Hanger Prosthetics & Orthotics
1001 Cromwell Bridge Rd, Ste 108
Towson, MD 21286-3300

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $8,533.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.491** **Nonpriority creditor's name and mailing address**
Hanger Prosthetics & Orthotics - Al
2309 4th Ave S
Birmingham, AL 35233

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $53,614.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.492** **Nonpriority creditor's name and mailing address**
Hanger Prosthetics & Orthotics Inc
2700 Grant St
Mobile, AL 36606

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $2,802.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.493** **Nonpriority creditor's name and mailing address**
Hanger Prosthetics & Orthotics Inc - Md
7855 Belle Point Dr
Greenbelt, MD 20770

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $8,060.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.494** **Nonpriority creditor's name and mailing address**
Hanger Prosthetics And Orthotics - Al
456 St Lukes Dr
Montgomery, AL 36117

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $66,664.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.495** **Nonpriority creditor's name and mailing address**
Hanger Prosthetics And Orthotics Inc - Va
500 Folar Trl
N Prince George, VA 23860-1774

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $12,497.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.496** **Nonpriority creditor's name and mailing address**
Harbor Hospital
3001 S Hanover St
Brooklyn, MD 21225-1233

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $6,849.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.497** **Nonpriority creditor's name and mailing address**
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
6500 E 2nd St, Ste 101
Boise, ID 83701-1617

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,117.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2016
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.498** **Nonpriority creditor's name and mailing address**
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
6500 E 2nd St, Ste 101
Boise, ID 83701-1617

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $84.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.499** **Nonpriority creditor's name and mailing address**
Haynes Ambulance of Alabama Inc
2530 E 5th St
Montgomery, AL 36107

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$53,353.61

**3.500** **Nonpriority creditor's name and mailing address**
Haynes Ambulance of Elmore County LLC
527 Hospital Dr
Wetumpka, AL 36092

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$228,079.19

**3.501** **Nonpriority creditor's name and mailing address**
Haynes Ambulance of Macon County LLC
2530 E 5th St
Montgomery, AL 36107

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$47,348.61

**3.502** **Nonpriority creditor's name and mailing address**
Haynes Ambulance of Troy LLC
495 Montgomery St, Ste 487
Troy, AL 36079

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$62,414.95

**3.503** **Nonpriority creditor's name and mailing address**
Haynes Life Flight, LLC
545 Hospital Dr
Wetumpka, AL 36092

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$416,133.19

**3.504** **Nonpriority creditor's name and mailing address**
Hca Florida Orange Park Hospital
2001 Kingsley Ave
Orange Park, FL 32073

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$22,019.62

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.505** **Nonpriority creditor's name and mailing address**
Hca Health Services of Fl
Dba Blake Medical Center
2020 59th St W
Bradenton, FL 34209-4604

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$108,534.53

---

**3.506** **Nonpriority creditor's name and mailing address**
HD Supply, Inc
P.O. Box 509058
San Diego, CA 92150-9058

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$238.73

---

**3.507** **Nonpriority creditor's name and mailing address**
Healogics Specialty Physicians
of Maryland, LLC
25500 Point Lookout Rd
Leonardtown, MD 20650-2015

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$770.26

---

**3.508** **Nonpriority creditor's name and mailing address**
Health Care Authority of The City of Huntsville
Huntsville Hospital Anesthesia Serv
Dept 2290
P.O. Box 11407
Birmingham, AL 35246-2290

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,402.24

---

**3.509** **Nonpriority creditor's name and mailing address**
Health Care Systems, Inc
5755 Carmichael Pkwy
Montgombery, AL 36117

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,467.88

---

**3.510** **Nonpriority creditor's name and mailing address**
Health First Medical Group, LLC
3300 S Fiske Blvd
Rockledge, FL 32955

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$23,325.73

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.511** **Nonpriority creditor's name and mailing address**
Health First Physician Special
1350 S Hickory St
Melbourne, FL 32901-3224

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $1,100.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.512** **Nonpriority creditor's name and mailing address**
Healthshare Exchange
190 N Independence Mall W, Ste 701
Philadelphia, PA 19106

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $6,365.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ON-SITE SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.513** **Nonpriority creditor's name and mailing address**
Hearing Solutions of Alabama LLC
8133 Old Federal Rd
Montgomery, AL 36117-8009

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $48.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.514** **Nonpriority creditor's name and mailing address**
Hearing Solutions of Alabama LLC
8133 Old Federal Rd
Montgomery, AL 36117

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $2,226.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.515** **Nonpriority creditor's name and mailing address**
Heart Care Associates Pc
5303 Plaza Dr, Ste 102
Hopewell, VA 23860

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $1,449.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.516** **Nonpriority creditor's name and mailing address**
Heart South Cardiovascular Group Pc
1022 N 1st St, Ste 500
Alabaster, AL 35007

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $1,246.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.517** **Nonpriority creditor's name and mailing address**
Henrietta Darpoh
c/o Zipin, Amster & Greenberg, LLC
Attn: Edith Thomas
8757 Georgia Ave, Unit 400
Silver Spring, MD 20910

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.518** **Nonpriority creditor's name and mailing address**
Hh Digestive Disease Center
420 Lowell Dr, Ste 204
Huntsville, AL 35801-3763

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $2,290.76

---

**3.519** **Nonpriority creditor's name and mailing address**
Hh Health System Emergency Medical Svcs LLC
1 Hospital Dr
Huntsville, AL 35801-6455

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $11,859.12

---

**3.520** **Nonpriority creditor's name and mailing address**
Hh Heart Center LLC
930 Franklin St SE
Huntsville, AL 35801

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $21,761.97

---

**3.521** **Nonpriority creditor's name and mailing address**
Hh Physician Care
101 Sivley Rd, Ste 330
Huntsville, AL 35801

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $27,528.21

---

**3.522** **Nonpriority creditor's name and mailing address**
Hh Physicians Network
101 Sivley Rd SW
Huntsville, AL 35801-4421

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $57,765.86

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 593 of 761

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.523** **Nonpriority creditor's name and mailing address**
High Desert Oral & Facial Surgery
10175 Gateway W, Ste 304
El Paso, TX 79925

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $1,393.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.524** **Nonpriority creditor's name and mailing address**
High Tech Imaging Center Inc
P.O. Box 6144
Montgomery, AL 36106-0144

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $71.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.525** **Nonpriority creditor's name and mailing address**
Hm Pro Fee
3316 US Hwy 280
Alexander City, AL 35010-3369

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $293.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.526** **Nonpriority creditor's name and mailing address**
HOCS Consulting LLC
c/o Berkovitch & Bouskila, PLLC
Attn: Ariel Bouskila
1545 Rte 202, Ste 101
Pomona, NY 10970

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.527** **Nonpriority creditor's name and mailing address**
Hocs Consulting, Inc
3009 Ave K
Brooklyn, NY 11210

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $1,161.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.528** **Nonpriority creditor's name and mailing address**
Holland & Hart LLP
P.O. Box 17283
Denver, CO 80217-0283

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $5,121.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 594 of 761

| Part 2: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.529** **Nonpriority creditor's name and mailing address**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$173,246.00

---

**3.530** **Nonpriority creditor's name and mailing address**
Holmes Regional Medical Center Inc
3300 Fiske Blvd
Rockledge, FL 32955

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$85,585.51

---

**3.531** **Nonpriority creditor's name and mailing address**
Horn Aylward & Bandy, LLC
2600 Grand Blvd, Ste 1100
Kansas City, MO 64108

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
MED MAL 2019

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,736.69

---

**3.532** **Nonpriority creditor's name and mailing address**
Horn Aylward & Bandy, LLC
2600 Grand Blvd, Ste 1100
Kansas City, MO 64108

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
MED MAL 2020

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$203.00

---

**3.533** **Nonpriority creditor's name and mailing address**
Horn Aylward & Bandy, LLC
2600 Grand Blvd, Ste 1100
Kansas City, MO 64108

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
MED MAL 2022

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$725.00

---

**3.534** **Nonpriority creditor's name and mailing address**
Hospital & Healthcare Compensation Svc
P.O. Box 376
Oakland, NJ 08436

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
HUMAN RESOURCES

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$505.00

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.535** **Nonpriority creditor's name and mailing address**
Hospital Medicine Associates
17000 Medical Center Dr
Baton Rouge, LA 70816-3246

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$500.48

---

**3.536** **Nonpriority creditor's name and mailing address**
Hospital Medicine Services
1700 S 23rd St
Ft Pierce, FL 34950

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,795.48

---

**3.537** **Nonpriority creditor's name and mailing address**
Hospital Physician Service
Se Professional Corp
2105 E South Bl
Montgomery, AL 36116-2409

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,531.12

---

**3.538** **Nonpriority creditor's name and mailing address**
Hospital Univ of Louisville
530 S Jackson St
Louisville, KY 40202

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$519,393.45

---

**3.539** **Nonpriority creditor's name and mailing address**
Hospitalists Services of Alabama, LLC
2018 Brookwood Medical Center Dr
Birmingham, AL 35209

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,917.80

---

**3.540** **Nonpriority creditor's name and mailing address**
Houston County Healthcare Authority
Dba Se Alabama Med Ctr Clinics
1108 Ross Clark Cir
Dothan, AL 36301-3088

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$51,026.88

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.541** **Nonpriority creditor's name and mailing address**
Howard County Center
For Lung And Sleep Medicine
8865 Stanford Blvd, Ste 201
Columbia, MD 21045-5422

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$740.81

---

**3.542** **Nonpriority creditor's name and mailing address**
Howard County Fire Rescue Md
P.O. Box 49009
Baltimore, MD 21297-4909

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,905.15

---

**3.543** **Nonpriority creditor's name and mailing address**
Howard County General Hospital
5755 Cedar Ln
Columbia, MD 21044

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$264,845.36

---

**3.544** **Nonpriority creditor's name and mailing address**
Hughston Clinic Southeast Pc
341 Racetrack Rd, Ste C
Ft Walton Beach, FL 32547

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$64.34

---

**3.545** **Nonpriority creditor's name and mailing address**
Huntsville Cardiovascular Clinic Pc
4601 Whitesburg Dr, Ste 201
Huntsville, AL 35802

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$403.79

---

**3.546** **Nonpriority creditor's name and mailing address**
Huntsville Hospital Home Medical Equipment
900 Bob Wallace Ave SW, Ste 118
Huntsville, AL 35801-5668

**Date or dates debt was incurred** ___Various___

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$331.43

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 597 of 761

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.547** **Nonpriority creditor's name and mailing address**
Huntsville Hospital Physicians
101 Sivley Rd
Huntsville, AL 35801

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $118.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.548** **Nonpriority creditor's name and mailing address**
Huntsville Hospital Spine And Neuro
201 Governors Dr, 1st Fl
Huntsville, AL 35801-5171

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $6,371.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.549** **Nonpriority creditor's name and mailing address**
Hybrent
P.O. Box 935778
Atlanta, GA 31193-5778

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $18,950.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.550** **Nonpriority creditor's name and mailing address**
Ibrahim Talebi
Dba Nasseri Clinic
700 Geipe Rd, Ste 200
Catonsville, MD 21228

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $2,972.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.551** **Nonpriority creditor's name and mailing address**
Ice Miller, LLP
P.O. Box 68
Indianapolis, IN 46206-0068

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $36,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.552** **Nonpriority creditor's name and mailing address**
Iheartmedia
3400 W Olive Ave, Ste 550
Burbank, CA 91505

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $30,024.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ADVERTISING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.553** **Nonpriority creditor's name and mailing address**
Imaging Associates of New Mexico LLC
2450 S Telshor Blvd
Las Cruces, NM 88011-5141

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,240.50

---

**3.554** **Nonpriority creditor's name and mailing address**
Imc Cancer Surgery of Mobile
3 Mobile Infirmary Cir, Ste 305
Mobile, AL 36607

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$457.10

---

**3.555** **Nonpriority creditor's name and mailing address**
Imc Diagnostic & Medical Cancer Center
1700 Springhill Ave, Ste 100
Mobile, AL 36604

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,439.17

---

**3.556** **Nonpriority creditor's name and mailing address**
Imc Hospitalists P C
1725 Springhill Ave
Mobile, AL 36604-1402

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,059.77

---

**3.557** **Nonpriority creditor's name and mailing address**
Imc-Anesthesia Services LLC
1815 Hand Ave
Bay Minette, AL 36507-4110

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,843.86

---

**3.558** **Nonpriority creditor's name and mailing address**
Imc-Cardio-Thoracic And Vascular
1855 Springhill Ave
Mobile, AL 36607-2301

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$422.74

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.559** **Nonpriority creditor's name and mailing address**
Imc-Eastern Shore Adult Medicine
300 S Greeno Rd, Ste B
Fairhope, AL 36532-1905

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $31.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.560** **Nonpriority creditor's name and mailing address**
Imc-Gulf Coast Gastroentology
188 Hospital Dr, Ste 405
Fairhope, AL 36532

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $275.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.561** **Nonpriority creditor's name and mailing address**
Inclusive Strageies LLC
4165 N Meridian St
Indianapolis, IN 46208

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $20,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.562** **Nonpriority creditor's name and mailing address**
Inclusive Strageies LLC
4165 N Meridian St
Indianapolis, IN 46208

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $15,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.563** **Nonpriority creditor's name and mailing address**
Indeed Inc
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266-0367

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $144,739.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.564** **Nonpriority creditor's name and mailing address**
Independent Lung Associates Pa
1314 Oak St
Melbourne, FL 32901-3111

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $984.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.565 Nonpriority creditor's name and mailing address**
Infectious Disease Associates of Nap
800 Goodlette Rd
Naples, FL 34102-5448

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,014.78

**3.566 Nonpriority creditor's name and mailing address**
Inovalon Provider Inc
P.O. Box 856015
Minneapolis, MN 55485-6015

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$42,977.79

**3.567 Nonpriority creditor's name and mailing address**
Inphynet Contracting Services Inc
119 Oakfield Dr
Brandon, FL 33511-5779

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,514.69

**3.568 Nonpriority creditor's name and mailing address**
Institute of Nursing Excellence
Dba Heartworks Iv
777 N Ashley Dr, Unit 1205
Tampa, FL 33602

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,310.00

**3.569 Nonpriority creditor's name and mailing address**
Institutional Eye Care LLC
27499 Riverview Center Blvd, Ste 429
Bonita Springs, FL 34134

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$222,593.87

**3.570 Nonpriority creditor's name and mailing address**
Institutional Eye Care LLC
1053 E Whitaker Mill Rd, Ste 115
Raliegh, NC 27604

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,628.75

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.571 Nonpriority creditor's name and mailing address**
Integrated Reg Lab Path Service
5361 NW 33rd Ave
Ft Lauderdale, FL 33309-6313
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is: $1,992.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.572 Nonpriority creditor's name and mailing address**
Integrated Regional Laboratory
5361 NW 33rd Ave
Ft Lauderdale, FL 33309-6313
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is: $71.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.573 Nonpriority creditor's name and mailing address**
Integrated Specialists Group
7555 Waterloo Rd
Jessup, MD 20794
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is: $816.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.574 Nonpriority creditor's name and mailing address**
Intercoastal Medical Group
943 S Beneva Rd, Ste 306
Sarasota, FL 34232-2499
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is: $244.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.575 Nonpriority creditor's name and mailing address**
Intracoastal Surgery Center
2200 W Eau Gallie Blvd, Ste 100
Melbourne, FL 32935
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is: $6,223.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.576 Nonpriority creditor's name and mailing address**
Intralinks, Inc
P.O. Box 392134
Pittsburgh, PA 15251-9134
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is: $2,779.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.577** **Nonpriority creditor's name and mailing address**
Irhythm Technologies, Inc
3 Parkway N Blvd, Ste 400
Deerfield, IL 60015

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $757.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.578** **Nonpriority creditor's name and mailing address**
Ishpaul Medical Inc
5250 17th St, Ste 7
Sarasota, FL 34235-3658

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $580.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.579** **Nonpriority creditor's name and mailing address**
It-Xpert
202 S State St, Ste 2E
Newtown, PA 18946

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $37,138.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.580** **Nonpriority creditor's name and mailing address**
Jackson Clinic Cardiology
1758 Park Pl, Ste 406
Montgomery, AL 36106-1127

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $5,247.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.581** **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic Inc
1725 Pine St
Montgomery, AL 36106-1109

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $3,572.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.582** **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic Phy
1722 Pine St, Ste 503
Montgomery, AL 36106

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $57,656.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.583** | **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic Physicians
1722 Pine St, Ste 503
Montgomery, AL 36106

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,639.42

---

**3.584** | **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1722 Pine St
Montgomery, AL 36106-1158

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,450.76

---

**3.585** | **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1722 Pine St, Ste 503
Montgomery, AL 36106

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$25,856.26

---

**3.586** | **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1725 Pine St
Montgomery, AL 36106-1160

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,776.91

---

**3.587** | **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1758 Park Pl
Montgomery, AL 36106-1135

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$128.11

---

**3.588** | **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1722 Pine Str
Montgomery, AL 36106-1160

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,654.63

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.589** **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1725 Pine St
Montgomery, AL 36106-1109

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$19,863.87

**3.590** **Nonpriority creditor's name and mailing address**
Jackson Hospital & Clinic, Inc
1726 Pine St
Montgomery, AL 36106-1160

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,539.18

**3.591** **Nonpriority creditor's name and mailing address**
Jackson Hospital And Clinic Inc
1725 Pine St
Montgomery, AL 36106-1109

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$137.42

**3.592** **Nonpriority creditor's name and mailing address**
Jackson Hospital Clinic
1722 Pine St, Ste 503
Montgomery, AL 36106

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,647.99

**3.593** **Nonpriority creditor's name and mailing address**
Jackson Lewis LLP
222 S Central Ave, Ste 900
St Louis, MO 63105

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$56,098.70

**3.594** **Nonpriority creditor's name and mailing address**
Jewish Hospital
200 Abraham Flexner Way
Louisville, KY 40202-2877

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$37,503.34

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 605 of 761 |
|---|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.595 Nonpriority creditor's name and mailing address**
Jhu - Clinical Cardiac Electrophysiology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$889.29

---

**3.596 Nonpriority creditor's name and mailing address**
Jhu - Emergency Medicine
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,873.06

---

**3.597 Nonpriority creditor's name and mailing address**
Jhu - Medicine/Endocrinology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$188.96

---

**3.598 Nonpriority creditor's name and mailing address**
Jhu - Medicine/Infectious Disease
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$775.39

---

**3.599 Nonpriority creditor's name and mailing address**
Jhu - Medicine/Internal Medicine
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,065.09

---

**3.600 Nonpriority creditor's name and mailing address**
Jhu - Medicine/Pulmonary
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$568.02

---

| **Part 2:** Additional Page | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.601** **Nonpriority creditor's name and mailing address**
Jhu - Pathology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,794.87

---

**3.602** **Nonpriority creditor's name and mailing address**
Jhu - Pediatrics/Emergency Medicine
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$128.07

---

**3.603** **Nonpriority creditor's name and mailing address**
Jhu - Radiation Oncology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,081.83

---

**3.604** **Nonpriority creditor's name and mailing address**
Jhu - Rehab Medicine
600 N Wolfe St
Baltimore, MD 21284-0005

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$606.45

---

**3.605** **Nonpriority creditor's name and mailing address**
Jhu - Transplant/Vascular Surgery
600 N Wolfe St
Baltimore, MD 21205-2101

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,152.34

---

**3.606** **Nonpriority creditor's name and mailing address**
Jhu - Wilmer Eye Institute
600 N Wolfe St
Baltimore, MD 21264-0001

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$48,716.00

---

**Part 2:**     Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.607** **Nonpriority creditor's name and mailing address**
Jhu - Wilmer Eye Institute/Od's
1800 Orleans St Maumen
Baltimore, MD 21287-0010

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $5,226.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.608** **Nonpriority creditor's name and mailing address**
Jhu Medicine/Gastroenterology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $2,377.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.609** **Nonpriority creditor's name and mailing address**
Jhu-Cardiology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $5,161.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.610** **Nonpriority creditor's name and mailing address**
JJ Keller & Associates Inc
P.O. Box 735492
Chicago, IL 60673-5492

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $3,246.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.611** **Nonpriority creditor's name and mailing address**
John Carroll Area Ambulance Service
13800 Mcmullen Hwy SW
Cumberland, MD 21502

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $884.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.612** **Nonpriority creditor's name and mailing address**
John Hopkins Hospital
501 6th Ave S
St Petersburg, FL 33701-4816

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $272.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 608 of 761

**Part 2:** **Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.613** **Nonpriority creditor's name and mailing address**
John Hopkins Regional Physicians LLC
10710 Charter Dr, Ste 400
Columbia, MD 21044

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,383.42

---

**3.614** **Nonpriority creditor's name and mailing address**
Johns Hopkins Bayview Medical Center
4940 Eastern Ave
Baltimore, MD 21224

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$59,025.49

---

**3.615** **Nonpriority creditor's name and mailing address**
Johns Hopkins Community Phys
Jessup Correctional Facility 7
Jessup, MD 20794

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$18,537.57

---

**3.616** **Nonpriority creditor's name and mailing address**
Johns Hopkins Hospital
600 N Wolfe St
Baltimore, MD 21287-3034

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$948,340.95

---

**3.617** **Nonpriority creditor's name and mailing address**
Johns Hopkins Hospital Physicians
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$6,139.15

---

**3.618** **Nonpriority creditor's name and mailing address**
Johns Hopkins Medical Laboratories
600 N Wolfe St
Baltimore, MD 21263-2050

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,619.37

---

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.619** **Nonpriority creditor's name and mailing address**
Johns Hopkins Regional Physicians LLC
Dba Infectious Disea
10710 Charter Dr, Ste 400
Columbia, MD 21044-3276

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $2,304.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.620** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
601 N Caroline St
Baltimore, MD 21287-0006

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $2,047.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.621** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
P.O. Box 64260
Baltimore, MD 21264-4260

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $1,359.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.622** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu-Neurosurgery
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $6,409.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.623** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu - Icu Associates
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $144.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.624** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu - Medicine/Hospitalist
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $3,500.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.625** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu - Neurology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,189.70

**3.626** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu - Otolaryngology Head & N
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,914.02

**3.627** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu - Plastic Surgery
600 N Wolfe St
Baltimore, MD 21205-2101

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,089.82

**3.628** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu -Orthopaedic Surgery
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$17,359.15

**3.629** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba/ Jhu - Anesthesia/Crnas
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,319.10

**3.630** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dba Jhu - Psychiatry/Phd's
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**            Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$35.54

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.631** **Nonpriority creditor's name and mailing address**
Johns Hopkins University
Dept of Oncology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,313.36

---

**3.632** **Nonpriority creditor's name and mailing address**
Johns Hopkins University - Radiology
600 N Wolfe St
Baltimore, MD 21205-2101

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,868.13

---

**3.633** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Dermatology
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,557.79

---

**3.634** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Jhu
Anesthesia Pain Mgmt
600 N Wolfe St
Baltimore, MD 21287-0005

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,091.12

---

**3.635** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Phy
4940 Eastern Ave
Baltimore, MD 21224-2735

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$334.24

---

**3.636** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Phy
601 N Caroline St
Baltimore, MD 21287-0006

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,235.80

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 612 of 761

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.637** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Phy
P.O. Box 64313
Baltimore, MD 21264-4313

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$244.94

**3.638** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Phys
P.O. Box 64264
Baltimore, MD 21264-4264

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,242.45

**3.639** **Nonpriority creditor's name and mailing address**
Johns Hopkins University Physicians
5501 Hopkins Bayview Cir
Baltimore, MD 21224-6821

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,127.74

**3.640** **Nonpriority creditor's name and mailing address**
Joy M Deshazo Md LLC
1490 Hwy 72 E
Huntsville, AL 35811-1508

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$534.10

**3.641** **Nonpriority creditor's name and mailing address**
Judicial Resource Svcs, PC
28800 W 8 Mile Rd, Ste 111
Farmington Hills, MI 48335

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,375.00

**3.642** **Nonpriority creditor's name and mailing address**
Jyb3 Group, LLC
205 B Capital Ave
Frankfort, KY 40601

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,000.00

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 613 of 761

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.643** **Nonpriority creditor's name and mailing address**
K Vines Md, Pc
707 W Market St, Ste C
Athens, AL 35611-2463

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $270.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.644** **Nonpriority creditor's name and mailing address**
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Fl
New York, NY 10271

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $506.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
MED MAL 2013
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.645** **Nonpriority creditor's name and mailing address**
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Fl
New York, NY 10271

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $34,547.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.646** **Nonpriority creditor's name and mailing address**
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Fl
New York, NY 10271

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $2,307.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.647** **Nonpriority creditor's name and mailing address**
Kentucky Foot Professional
2659 Regency Rd
Lexington, KY 40503-2922

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $112.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.648** **Nonpriority creditor's name and mailing address**
Kentucky Medical Svcs
P.O. Box 1688
Lexington, KY 40588-1688

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $15,308.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 614 of 761 |
|---|---|---|

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.649** **Nonpriority creditor's name and mailing address**
Kentucky State Treasurer
Radiation Health Branch
Mailstop Hs1E-A
Frankfort, KY 40621

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

**As of the petition filing date, the claim is:** $89.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.650** **Nonpriority creditor's name and mailing address**
Kindred Development 17, LLC
765 W Nasa Blvd
Melbourne, FL 32901

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

**As of the petition filing date, the claim is:** $86,190.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.651** **Nonpriority creditor's name and mailing address**
Kinetic Health Services
1125 West St 303
Annapolis, MD 21401-9998

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

**As of the petition filing date, the claim is:** $3,155.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.652** **Nonpriority creditor's name and mailing address**
Kiran Md LLC
8649 Lillian Pl
Montgomery, AL 36117-7558

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

**As of the petition filing date, the claim is:** $980.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.653** **Nonpriority creditor's name and mailing address**
Knd Development 59 LLC
765 W Nasa Blvd
Melbourne, FL 32901-1815

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

**As of the petition filing date, the claim is:** $8.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.654** **Nonpriority creditor's name and mailing address**
Knight Neurology LLC
1978 US Hwy 1, Ste 103
Rockledge, FL 32955-3722

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

**As of the petition filing date, the claim is:** $1,114.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.655** **Nonpriority creditor's name and mailing address**
Kohchise Jackson
As Assignee of Dr Keith Papendick
c/o Marko Law, PLLC
Attn: Jonathan Marko
220 W Congress, 4th Fl
Detroit, MI 48226

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.656** **Nonpriority creditor's name and mailing address**
Kohchise Jackson
As Assignee of Dr Keith Papendick
c/o Margolis & Cross
Attn: Ian T Cross
402 W Liberty St, Ste 100
Ann Arbor, MI 48104

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.657** **Nonpriority creditor's name and mailing address**
Kohchise Jackson
As Assignee of Dr Keith Papendick
c/o Margolis & Cross
Attn: Ian T Cross
402 W Liberty St, Ste 100
Ann Arbor, MI 48104

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.658** **Nonpriority creditor's name and mailing address**
Koonce Surgical Pc
707 W Market St
Athens, AL 35611-2463

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $280.03

---

**3.659** **Nonpriority creditor's name and mailing address**
Kp Medicine LLC
c/o Southern Kidney Care
3570 Grandview Pkwy, Ste 101
Birmingham, AL 35210

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $31,500.00

---

**3.660** **Nonpriority creditor's name and mailing address**
Kramon & Graham, PA
750 E Pratt St, Ste 1100
Baltimore, MD 21202

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $88,512.91

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.661** **Nonpriority creditor's name and mailing address**
Krishnan Hematology Oncology Associates, LLC
821 N Eutaw St, Ste 305
Baltimore, MD 21201

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $1,422.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.662** **Nonpriority creditor's name and mailing address**
Kristen Hill
c/o Wenzel Fenton Cabassa, PA
Attn: Brandon Hill
1110 N Florida Ave, Unit 300
Tampa, FL 33602

**Date or dates debt was incurred**

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.663** **Nonpriority creditor's name and mailing address**
Kronos Inc
P.O. Box 743208
Atlanta, GA 30374-3208

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $48,950.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.664** **Nonpriority creditor's name and mailing address**
Kyocera Doc Solutions Southeast LLC
P.O. Box 746800
Atlanta, GA 30374-6800

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.665** **Nonpriority creditor's name and mailing address**
Laboratory Corp of America
1447 York Ct
Burlington, NC 27215-3361

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $4.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.666** **Nonpriority creditor's name and mailing address**
Laboratory Corp of America
5610 W Lasalle St
Tampa, FL 33607-1770

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $1,414.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 617 of 761

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.667** **Nonpriority creditor's name and mailing address**
Laboratory Corp of America
P.O. Box 2270
Burlington, NC 27216

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$968.70

---

**3.668** **Nonpriority creditor's name and mailing address**
Laboratory Corp of America Holdings
171 Carraway Dr
Winfield, AL 35594-5067

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$17.11

---

**3.669** **Nonpriority creditor's name and mailing address**
Laboratory Corp of America Holdings
1801 1st Ave S
Birmingham, AL 35233-1935

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,476.78

---

**3.670** **Nonpriority creditor's name and mailing address**
Ladigico
4553 Cherry Creek Rd
Shreveport, LA 71107

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,800.00

---

**3.671** **Nonpriority creditor's name and mailing address**
Lakewood Healthcare Assoc, LLC
c/o Vodera Harley
830 Concorde Cir, Unit 33322
Linthicum Heights, MD 21090

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,276,481.40

---

**3.672** **Nonpriority creditor's name and mailing address**
Lakewood Ranch Medical Center

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$65.48

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 618 of 761

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.673** **Nonpriority creditor's name and mailing address**<br>Landauer, Inc<br>P.O. Box 809051<br>Chicago, IL 60680-9051<br><br>**Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>MEDICAL SUPPLIES<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $532.49 |
| **3.674** **Nonpriority creditor's name and mailing address**<br>Las Cruces Fire Department<br>1850 Cooper Loop<br>Las Cruces, NM 88005<br><br>**Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $933.04 |
| **3.675** **Nonpriority creditor's name and mailing address**<br>Las Cruces Physician Practices LLC<br>2530 S Telshor Blvd, Ste 107<br>Las Cruces, NM 88011-4907<br><br>**Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $3,326.86 |
| **3.676** **Nonpriority creditor's name and mailing address**<br>Las Cruces Physician Services LLC<br>4351 E Lohman Ave<br>Las Cruces, NM 88001<br><br>**Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $455.43 |
| **3.677** **Nonpriority creditor's name and mailing address**<br>Lavale Volunteer Rescue Squad Inc<br>977 National Hwy<br>Cumberland, MD 21502-7330<br><br>**Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $612.37 |
| **3.678** **Nonpriority creditor's name and mailing address**<br>Lawrence G Robinson, MD, PA<br>Dba The Orthopaedic Institute, Pa<br>830 Executive Ln, Ste 120<br>Rockledge, FL 32955-3595<br><br>**Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $2,526.18 |

| **Part 2:** Additional Page | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.679 Nonpriority creditor's name and mailing address**
Lbh Med Grp Radiology
P.O. Box 64144
Baltimore, MD 21264-4144

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$626.82

---

**3.680 Nonpriority creditor's name and mailing address**
Lbh Med Grp Radiology
P.O. Box 62643
Baltimore, MD 21264-2643

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,392.58

---

**3.681 Nonpriority creditor's name and mailing address**
Lbh Med Grp Telerad
2401 W Belvedere Ave
Baltimore, MD 21215

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$685.88

---

**3.682 Nonpriority creditor's name and mailing address**
Lbmc Technology Solutions, LLC
P.O. Box 1869
Brentwood, TN 37024-1869

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TAXES AND SIMILAR FEES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$31,281.25

---

**3.683 Nonpriority creditor's name and mailing address**
Lbmc Technology Solutions, LLC
P.O. Box 1869
150 4th Ave N
Brentwood, TN 37024-1869

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TAXES AND SIMILAR FEES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,000.00

---

**3.684 Nonpriority creditor's name and mailing address**
Lee Health System Inc
224 Santa Barbara Blvd, Ste 205
Cape Coral, FL 33991-2038

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,171.35

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**    **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.685** **Nonpriority creditor's name and mailing address**
Lee Health System Inc
Dba Gulf Coast Medical Center
13681 Doctors Way
Ft Myers, FL 33912-4300

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,723.21

---

**3.686** **Nonpriority creditor's name and mailing address**
Legility, LLC
216 Centerview Dr, Ste 250
Brentwood, TN 37027

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,245.50

---

**3.687** **Nonpriority creditor's name and mailing address**
Lehotsky Keller Cohn, LLP
200 Massachusetts Ave, Ste 700
Washington, DC 20001

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,380.00

---

**3.688** **Nonpriority creditor's name and mailing address**
Level 3 Communications LLC
P.O. Box 52015
Phoenix, AZ 85072-2015

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,006.86

---

**3.689** **Nonpriority creditor's name and mailing address**
Lexington Surgery Center
2115 Harrodsburg Rd
Lexington, KY 40504

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,988.29

---

**3.690** **Nonpriority creditor's name and mailing address**
Lfucg Fire Dept Ambulance
P.O. Box 9150
Paducah, KY 42002

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,268.50

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.691** **Nonpriority creditor's name and mailing address**
Liberty Mutual Ins Co
P.O. Box 1449
New York, NY 10116-1449

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Insurance Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,363.48

---

**3.692** **Nonpriority creditor's name and mailing address**
Lifebridge Community Gastroenterology, LLC
1838 Greene Tree Rd, Ste 400
Baltimore, MD 21208

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,224.45

---

**3.693** **Nonpriority creditor's name and mailing address**
Lifebridge Community Physicians
2411 W Belvedere Ave, Ste 300A
Baltimore, MD 21215

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,026.07

---

**3.694** **Nonpriority creditor's name and mailing address**
Lifebridge Community Physicians, Inc
Dba Woodholme Cardiology, LLC
200 Memorial Ave
Westminster, MD 21157-5726

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$135.49

---

**3.695** **Nonpriority creditor's name and mailing address**
Lifebridge Neurosciences LLC
P.O. Box 62984
Baltimore, MD 21264-2984

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,582.44

---

**3.696** **Nonpriority creditor's name and mailing address**
Lifeguard Ambulance Service
115 Walter Davis Dr, Ste C
Birmingham, AL 35209-2847

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,480.53

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.697 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $123,583.96 |
|---|---|---|

3.697 **Nonpriority creditor's name and mailing address**
Lifeguard Ambulance Service LLC
Dba Medstar
106 Hwy 59 S
Summerdale, AL 36580-3690

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $123,583.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

3.698 **Nonpriority creditor's name and mailing address**
Lifehealth Pc
1026 Goodyear Ave
Gadsden, AL 35903-1194

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $2,986.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

3.699 **Nonpriority creditor's name and mailing address**
Lifestar Ambulance Service Inc
300 N Main St
Emporia, VA 23847-1608

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $4,633.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

3.700 **Nonpriority creditor's name and mailing address**
Lifestar Response of Maryland, Inc
10840 Guilford Rd, Ste 414
Annapolis Junction, MD 20701

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $30,197.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

3.701 **Nonpriority creditor's name and mailing address**
Limestone Internal Medicine Center
101 Fitness Way, Ste 2500
Athens, AL 35612-9998

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $44.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

3.702 **Nonpriority creditor's name and mailing address**
Limestone Nephrology And Pumonology Asso
1005 W Market St, Ste 7
Athens, AL 35611

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**    $1,260.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.703** **Nonpriority creditor's name and mailing address**
Linde Gas & Equipment, Inc
P.O. Box 7412182
Chicago, IL 60674-2182

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$154.57

---

**3.704** **Nonpriority creditor's name and mailing address**
Linkedin Corp
62228 Collections Ctr Dr
Chicago, IL 60693-0622

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,938.75

---

**3.705** **Nonpriority creditor's name and mailing address**
Lions Clinic
700 18th St
Birmingham, AL 35233-3800

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,984.23

---

**3.706** **Nonpriority creditor's name and mailing address**
Locumtenenscom
P.O. Box 405547
Atlanta, GA 30384-5547

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
SUB-CONTRACTORS TEMPS & STAFF
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$186,608.75

---

**3.707** **Nonpriority creditor's name and mailing address**
Louisville Ambulance Service
1951 Main St
Louisville, AL 36048-0125

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,042.86

---

**3.708** **Nonpriority creditor's name and mailing address**
Louisville Metro Ems
P.O. Box 34338
Louisville, KY 40232-4338

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,571.00

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.709** **Nonpriority creditor's name and mailing address**
Lower Somerset Ambulance
7240 Parkway Dr, Ste 350
Hanover, MD 21076

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $2,186.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.710** **Nonpriority creditor's name and mailing address**
Luminis Health Imaging Lanham
8116 Good Luck Rd, Ste 101
Lanham, MD 20706-3513

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $255.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.711** **Nonpriority creditor's name and mailing address**
Luminis Health Medical Grp
5801 Allentown Rd
Camp Springs, MD 20746-4563

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,407.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.712** **Nonpriority creditor's name and mailing address**
Main Street Anesthesia of New Mexico
601 Dr Martin Luther King Jr Ave
Albuquerque, NM 87102-3619

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $626.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.713** **Nonpriority creditor's name and mailing address**
Manatee Cardiology Associates LLC
316 Manatee Ave W
Bradenton, FL 34205

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $14,020.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.714** **Nonpriority creditor's name and mailing address**
Manatee County Sheriff's Office
Attn: Susan Mcdowell
600 301 Blvd W
Bradenton, FL 34205

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $30,328.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.715** **Nonpriority creditor's name and mailing address**
Manatee Kidney Diseases Consultants
3701 Manatee Ave W
Bradenton, FL 34205-1711

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,091.47

---

**3.716** **Nonpriority creditor's name and mailing address**
Manatee Memorial Hospital
206 2nd St E
Bradenton, FL 34208

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,410,899.01

---

**3.717** **Nonpriority creditor's name and mailing address**
Manatee Memorial Hospital Physicians
1447 Harlee Rd
Palmetto, FL 34221

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$536.88

---

**3.718** **Nonpriority creditor's name and mailing address**
Manatee Memorial Hospital, LLP
c/o Gray Robinson
Attn: Daniel Alter
401 E Las Olas Blvd, Ste 1000
Ft Lauderdale, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.719** **Nonpriority creditor's name and mailing address**
Manatee Pathology Assoc, Pa
206 2nd St E
Bradenton, FL 34208

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$606.20

---

**3.720** **Nonpriority creditor's name and mailing address**
Manatee Specialty Physician Alliance LLC
714 Manatee Ave W
Bradenton, FL 34208-9998

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,577.84

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 626 of 761

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.721 Nonpriority creditor's name and mailing address**
Marion County Ems
1530 US Hwy 43
Winfield, AL 35594-5056

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$71,600.28

**3.722 Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2019
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$102,665.45

**3.723 Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2020
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$872.00

**3.724 Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$18,915.60

**3.725 Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$83,460.44

**3.726 Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred** _____ Various _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$30,671.72

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.727 **Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$41,992.10

---

3.728 **Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2026
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,800.00

---

3.729 **Nonpriority creditor's name and mailing address**
Marks, O'Neill, O'Brien, Doherty & Kelly
1617 John F Kennedy Blvd, Ste 1010
Philadelphia, PA 19103

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,631.00

---

3.730 **Nonpriority creditor's name and mailing address**
Marquis Software Development, Inc
1625 Summit Lake Loop, Ste 305
Tallahassee, FL 32317

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,284.00

---

3.731 **Nonpriority creditor's name and mailing address**
Marsh USA Inc
P.O. Box 846015
Dallas, TX 75284-6015

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Insurance Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,500.00

---

3.732 **Nonpriority creditor's name and mailing address**
Martin Scholl Consulting, Inc
Hippaasuite
P.O. Box 1164
Mt Airy, MD 21771

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,400.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 628 of 761

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.733** **Nonpriority creditor's name and mailing address**
Marvin Keith Hendon Phd
2650 Bahia Vista St, Ste 209
Sarasota, FL 34239

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $1,246.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.734** **Nonpriority creditor's name and mailing address**
Maryland Ambulatory Surgery Center
7501 Forbes Rd, Ste 103
Lanham, MD 20706

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $42,688.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.735** **Nonpriority creditor's name and mailing address**
Maryland Family Care Inc
911 E Chase St
Baltimore, MD 21202-5525

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $52.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.736** **Nonpriority creditor's name and mailing address**
Maryland General Clinical Practice Group Inc
7420 Parkway Dr, Ste 260
Jessup, MD 20794

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $3,709.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.737** **Nonpriority creditor's name and mailing address**
Maryland Oncology Hematology Pa
10710 Charter Dr, Ste G020
Columbia, MD 21044-3257

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $75,958.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.738** **Nonpriority creditor's name and mailing address**
Maryland Spine Center
301 St Paul Pl
Spine Center, Lower Level
Baltimore, MD 21202

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $1,130.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.739** **Nonpriority creditor's name and mailing address**
Maryland Vascular Specialists
11110 Medical Campus Rd
Hagerstown, MD 21742

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $314.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.740** **Nonpriority creditor's name and mailing address**
Matrix Pulmonary, Pa
2401 Manatee Ave W
Bradenton, FL 34205-8531

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $1,854.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.741** **Nonpriority creditor's name and mailing address**
Matthew J Dundon
c/o Brown Rudnick, LLP
Attn: Eric R Goodman, D Cameron Moxley
7 Times Sq
New York, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.742** **Nonpriority creditor's name and mailing address**
Matthews Medical Books
P.O. Box 790379
St Louis, MO 63179-0379

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $92.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.743** **Nonpriority creditor's name and mailing address**
Mauro Sarmiento
c/o Zipin, Amster & Greenberg, LLC
Attn: Philip Zipin
8757 Georgia Ave, Unit 400
Silver Spring, MD 20910

**Date or dates debt was incurred**

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        Undetermined
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.744** **Nonpriority creditor's name and mailing address**
Maverick 02 & Respiratory Equip, LLC
2510 Allen Ln
Lagrange, KY 40031-8601

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $555.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.745** **Nonpriority creditor's name and mailing address**
Maynor & Mitchell Eye Center Pc
3501 Memorial Pkwy SW, Ste 200
Huntsville, AL 35801

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  $1,895.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.746** **Nonpriority creditor's name and mailing address**
Mayor And City of Cumberland
P.O. Box 120
Denton, MD 21629-9998

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  $4,569.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.747** **Nonpriority creditor's name and mailing address**
Mcdermott Will & Emery
P.O. Box 1675
Carol Stream, IL 60132-1675

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  $6,425.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.748** **Nonpriority creditor's name and mailing address**
Mcewan, Martinez, Dukes, Hall & Vancol
108 E Central Blvd
Orlando, FL 32801

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  $259.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2017
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.749** **Nonpriority creditor's name and mailing address**
Mcewan, Martinez, Dukes, Hall & Vancol
108 E Central Blvd
Orlando, FL 32801

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  $2,485.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2021
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.750** **Nonpriority creditor's name and mailing address**
Mcewan, Martinez, Dukes, Hall & Vancol
108 E Central Blvd
Orlando, FL 32801

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  $137,268.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.751** | **Nonpriority creditor's name and mailing address**
Mcewan, Martinez, Dukes, Hall & Vancol
108 E Central Blvd
Orlando, FL 32801

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,153.00

---

**3.752** | **Nonpriority creditor's name and mailing address**
Mcr Health Inc
101 Riverfront Blvd, Ste 100
Bradenton, FL 34205

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$501.03

---

**3.753** | **Nonpriority creditor's name and mailing address**
Mcr Health Inc
101 Riverfront Blvd, Ste 710
Bradenton, FL 34205-8812

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,948.49

---

**3.754** | **Nonpriority creditor's name and mailing address**
Mcv Associated Physicians
1250 E Marshall St
Main 2-116
Richmond, VA 23298

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,419.02

---

**3.755** | **Nonpriority creditor's name and mailing address**
Mdics At Anne Arundel LLC
P.O. Box 43130
Baltimore, MD 21236

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$708.69

---

**3.756** | **Nonpriority creditor's name and mailing address**
Mdics At Bwmc, LLC
P.O. Box 43130
Nottingham, MD 21236

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$11,178.42

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 632 of 761

| **Part 2:** Additional Page | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.757** **Nonpriority creditor's name and mailing address**
Mdics At Meritus Med Ctr LLC
P.O. Box 844249
Boston, MA 02284-4249

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$517.20

---

**3.758** **Nonpriority creditor's name and mailing address**
Meadow Kidney Care
12931 Oak Hill Ave
Hagerstown, MD 21742-2914

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,689.61

---

**3.759** **Nonpriority creditor's name and mailing address**
Med One Equipment Svcs LLC
10712 Soutn 1300 E
Sandy, UT 84094

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$779.40

---

**3.760** **Nonpriority creditor's name and mailing address**
Med-Part
1901 10th Ave
Brooklyn, NY 11215

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$331.60

---

**3.761** **Nonpriority creditor's name and mailing address**
Med-Trans Corp
1000 W Moreno St
Pensacola, FL 32501-2316

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,374.61

---

**3.762** **Nonpriority creditor's name and mailing address**
Med-Trans Corp Medstar Air Care
1700 N Alston St
Foley, AL 36535

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$83,018.81

---

| **Part 2:** Additional Page | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.763** | **Nonpriority creditor's name and mailing address**
Med-Trans Corp Medstar Air Care
1701 N Alston St
Foley, AL 36535-2274

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,366.06

---

**3.764** | **Nonpriority creditor's name and mailing address**
Medacure, Inc
1274 49th St, Ste 28
Brooklyn, NY 11219

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,146.02

---

**3.765** | **Nonpriority creditor's name and mailing address**
Medcare Emergency Medical Service
317B Mcwilliams Ave
Camden, AL 36726

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$567.02

---

**3.766** | **Nonpriority creditor's name and mailing address**
Medcore Associates PLLC
1108 Ross Clark Cir
Dothan, AL 36301-3022

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$105.40

---

**3.767** | **Nonpriority creditor's name and mailing address**
Medical Asociates of Brevard LLC
P.O. Box 361095
Melbourne, FL 32936-1095

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$293.72

---

**3.768** | **Nonpriority creditor's name and mailing address**
Medical Center Barbour Phys
820 W Washington St
Eufaula, AL 36027

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$6,470.91

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.769** **Nonpriority creditor's name and mailing address**
Medical Center East
3920 Dutchmans Ln
Louisville, KY 40207-4702

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $95.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.770** **Nonpriority creditor's name and mailing address**
Medical Center Northeast
2401 Terra Crossing Blvd
Louisville, KY 40245-5371

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $169.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.771** **Nonpriority creditor's name and mailing address**
Medical Practices of Antietam
11116 Medical Campus Rd
Hagerstown, MD 21742-6710

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $525.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.772** **Nonpriority creditor's name and mailing address**
Medical Practices of Antietam, LLC
11116 Medical Campus Dr
Hagerstown, MD 21742

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $23,940.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.773** **Nonpriority creditor's name and mailing address**
Medline Industries, Inc
Dept Ch 14400
Palatine, IL 60055-4400

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $903,910.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.774** **Nonpriority creditor's name and mailing address**
Medline Industries, Inc
P.O. Box 382075
Pittsburgh, PA 15251-8075

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $1,748.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**　　**Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.775** **Nonpriority creditor's name and mailing address**
Medstar Harbor Hospital
P.O. Box 418706
Boston, MA 02241

**Date or dates debt was incurred**　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**　$402.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.776** **Nonpriority creditor's name and mailing address**
Medstar Heart Institute
Attn: Medical Affairs
110 Irving St NW
Washington, DC 20010-3017

**Date or dates debt was incurred**　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**　$894.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.777** **Nonpriority creditor's name and mailing address**
Medstar Med Grp LLC
P.O. Box 418597
Boston, MA 02241-8597

**Date or dates debt was incurred**　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**　$520.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.778** **Nonpriority creditor's name and mailing address**
Medstar Medical Group Anesthesiology LLC
201 E University Pkwy
Baltimore, MD 21218-2829

**Date or dates debt was incurred**　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**　$2,010.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.779** **Nonpriority creditor's name and mailing address**
Medstar Medical Group Radiology
7503 Surratts Rd
Clinton, MD 20735-3358

**Date or dates debt was incurred**　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**　$127.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.780** **Nonpriority creditor's name and mailing address**
Medstar Southern Maryland Hospital Ctr, Inc
7503 Surratts Rd
Clinton, MD 20735

**Date or dates debt was incurred**　　Various

**Last 4 digits of account number**　　__ __ __ __

**As of the petition filing date, the claim is:**　$7,907.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.781** **Nonpriority creditor's name and mailing address**
Medstar Union Memorial Hospital Baltimore
201 E University Pkwy
Baltimore, MD 21218

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,924.17

---

**3.782** **Nonpriority creditor's name and mailing address**
Medtrans Corp Lifeevac 4
200 Medical Park Blvd, Unit 1
Petersburg, VA 23805-9274

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,710.43

---

**3.783** **Nonpriority creditor's name and mailing address**
Mel Bay Health Care
P.O. Box 560010
Rockledge, FL 32956-0001

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$150.94

---

**3.784** **Nonpriority creditor's name and mailing address**
Memorial Healthcare Group, Inc
Dba Memorial Hospital Jacksonville
3625 University Blvd S
Jacksonville, FL 32216

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,283.10

---

**3.785** **Nonpriority creditor's name and mailing address**
Memorial Medical Center
2450 S Telshor
Las Cruces, NM 88011-5076

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$79,557.43

---

**3.786** **Nonpriority creditor's name and mailing address**
Mep Health, LLC
2000 W Baltimore St
Baltimore, MD 21223

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$82,373.90

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.787** **Nonpriority creditor's name and mailing address**
Mercury Public Affairs LLC
1285 Avenue of the Americas, 5th Fl
New York, NY 10019

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $30,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.788** **Nonpriority creditor's name and mailing address**
Mercy Medical Center
345 St Paul Pl
Baltimore, MD 21202

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $111,962.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.789** **Nonpriority creditor's name and mailing address**
Meritus Behavioral Health Services
11116 Medical Campus Rd
Hagerstown, MD 21742-6710

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,263.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.790** **Nonpriority creditor's name and mailing address**
Meritus Ekg Lab
11116 Medical Campus Rd
Hagerstown, MD 21742-6710

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $14.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.791** **Nonpriority creditor's name and mailing address**
Meritus Medical Center Inc
11116 Medical Campus Rd
Hagerstown, MD 21742-6710

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $741,539.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.792** **Nonpriority creditor's name and mailing address**
Meritus Medical Center Inc Phys
11116 Medical Campus Rd
Hagerstown, MD 21742-6710

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $2,397.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.793** **Nonpriority creditor's name and mailing address**
Meritus Medical Center Inc Physician
11116 Medical Campus Rd
Hagerstown, MD 21742-6710

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,212.75

**3.794** **Nonpriority creditor's name and mailing address**
Meritus Medical Center Phy
11116 Medical Campus Rd
Hagerstown, MD 21742

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$19,420.12

**3.795** **Nonpriority creditor's name and mailing address**
Meritus Medical Laboratory, LLC
10715 Downsville Pike, Ste 103
Hagerstown, MD 21740

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$723.72

**3.796** **Nonpriority creditor's name and mailing address**
Meritus Physician Trauma
11116 Medical Campus Dr
Hagerstown, MD 21742

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,125.30

**3.797** **Nonpriority creditor's name and mailing address**
Merritt, Hawkins & Associates
P.O. Box 281943
Atlanta, GA 30384-1943

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
ADVERTISING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$17,787.86

**3.798** **Nonpriority creditor's name and mailing address**
Mesilla Valley Foot Corp Physicians Inc
2930 Hillrise Dr, Ste 4
Las Cruces, NM 88011

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$183.69

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.799** **Nonpriority creditor's name and mailing address**
Metro Infectious Disease Consultants LLC
3401 Faraon St
St Joseph, MO 64506

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $17,016.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.800** **Nonpriority creditor's name and mailing address**
Metro Treatment of Florida, Lp
2500 Maitland Center Pkwy, Ste 250
Maitland, FL 32751

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $40,951.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.801** **Nonpriority creditor's name and mailing address**
Michael Zimmerman
c/o Brown Rudnick, LLP
Attn: Eric R Goodman, D Cameron Moxley
7 Times Sq
New York, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.802** **Nonpriority creditor's name and mailing address**
Microsoft Licensing, Gp
c/o Bank of America
1950 N Stemmons Fwy
Dallas, TX 75207

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $71.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.803** **Nonpriority creditor's name and mailing address**
Mid America Health, Inc
1499 Windhorst Way, Ste 100
Greewood, IN 46143

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $15,325.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.804** **Nonpriority creditor's name and mailing address**
Mid America Health, Inc
1499 Windhorst Way, Ste 100
Greewood, IN 46143

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $1,507,686.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 640 of 761

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.805**   **Nonpriority creditor's name and mailing address**
Mid Atlantic Nephrology Associates Pa
1589 Sulphur Spring Rd
Halethorpe, MD 21227-0629

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,958.96

---

**3.806**   **Nonpriority creditor's name and mailing address**
Mid Atlantic Plastic Surgery
84 Thomas Johnson Ct, Ste C
Frederick, MD 21702

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$128.42

---

**3.807**   **Nonpriority creditor's name and mailing address**
Mid-Atlantic Surgical Group
6507 Deer Pointe Dr
Salisbury, MD 21804

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,416.82

---

**3.808**   **Nonpriority creditor's name and mailing address**
MidAmerica Hlth
c/o Weinberg Wheeler Hudgins Gunn & Dial LLC
Attn: Jonathan M Hooks
100 Corporate Pkwy
Birmingham, AL 35242

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.809**   **Nonpriority creditor's name and mailing address**
Middletown Medical Pc
111 Maltese Dr
Middletown, NY 10940

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,079.07

---

**3.810**   **Nonpriority creditor's name and mailing address**
Mirion Technologies (Gds) Inc
P.O. Box 101301
Pasadena, CA 91189-0005

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$738.78

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 641 of 761

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.811** **Nonpriority creditor's name and mailing address**
Mobilex USA
P.O. Box 825789
Philadelphia, PA 19182-5789

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $530.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.812** **Nonpriority creditor's name and mailing address**
Mobilex USA
P.O. Box 825822
Philadelphia, PA 19182-5822

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $2,125.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.813** **Nonpriority creditor's name and mailing address**
Mody & Miller Md Pa
7310 Ritchie Hwy, Ste 710
Glen Burnie, MD 21061

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $140.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.814** **Nonpriority creditor's name and mailing address**
Montefiore Medical Center
70 Dubois St
Newburgh, NY 12550-4851

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $752.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.815** **Nonpriority creditor's name and mailing address**
Montgomery Anesthesia Associates , Pc
1725 Pine St
Montgomery, AL 36106-1109

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $23,149.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.816** **Nonpriority creditor's name and mailing address**
Montgomery Footcare
1831 Halcyon Blvd
Montgomery, AL 36117

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $532.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.817** **Nonpriority creditor's name and mailing address**
Montgomery Kidney Spec
2034 Chestnut St
Montgomery, AL 36106

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $1,972.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.818** **Nonpriority creditor's name and mailing address**
Montgomery Pulmonary Consultants
1440 Narrow Lane Pkwy
Montgomery, AL 36111

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $33,227.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.819** **Nonpriority creditor's name and mailing address**
Montgomery Radiology Associates Pa
2055 Normandie Dr
Montgomery, AL 36111

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $91,902.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.820** **Nonpriority creditor's name and mailing address**
Montgomery Vascular Surgery Pc
2055 E South Blvd, Ste 503
Montgomery, AL 36116

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $7,368.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.821** **Nonpriority creditor's name and mailing address**
Monument Pathologists Inc
200 Medical Park Blvd
King And Queen Court House, VA 23085-9274

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $310.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.822** **Nonpriority creditor's name and mailing address**
Mosaic Consulting Group LLC
P.O. Box 306138
Nashville, TN 37230-6138

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $13,718.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 643 of 761

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.823** **Nonpriority creditor's name and mailing address**
Mountainview Regional Medical Center
4311 E Lohman Ave
Las Cruces, NM 88011-8255

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,648.40

**3.824** **Nonpriority creditor's name and mailing address**
Msl Anesthesia Services, LLC
P.O. Box 1889
Muncie, IN 47308-1889

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$979.53

**3.825** **Nonpriority creditor's name and mailing address**
Mt Internal Medicine Consulting
3644 Lockwood Ln
Montgomery, AL 36111-1548

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$460.32

**3.826** **Nonpriority creditor's name and mailing address**
Multi-Diagnostic Services, Inc
13916 91st Ave
Jamaica, NY 11435

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,500.00

**3.827** **Nonpriority creditor's name and mailing address**
Musculoskeletal Ambulatory Surgery Center
8000 S r64 E, Ste 205
Bradenton, FL 34212

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,724.28

**3.828** **Nonpriority creditor's name and mailing address**
Nabil Tauk
Dba St Louis County Nephrology
10004 Kennerly, Ste 103A
St Louis, MO 63128

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,740.05

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.829** **Nonpriority creditor's name and mailing address**
Namc Anesthesia Services LLC
1701 Veterans Dr
Florence, AL 35630-4928

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No.
☐ Yes.

$157.04

---

**3.830** **Nonpriority creditor's name and mailing address**
Name Redacted 12031
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.831** **Nonpriority creditor's name and mailing address**
Name Redacted 12032
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.832** **Nonpriority creditor's name and mailing address**
Name Redacted 12036
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.833** **Nonpriority creditor's name and mailing address**
Name Redacted 12038
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.834** **Nonpriority creditor's name and mailing address**
Name Redacted 12040
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

| Part 2: | Additional Page | Amount of claim |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.835** **Nonpriority creditor's name and mailing address**
Name Redacted 12042
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.836** **Nonpriority creditor's name and mailing address**
Name Redacted 12044
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.837** **Nonpriority creditor's name and mailing address**
Name Redacted 12050
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.838** **Nonpriority creditor's name and mailing address**
Name Redacted 12051
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.839** **Nonpriority creditor's name and mailing address**
Name Redacted 12052
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.840** **Nonpriority creditor's name and mailing address**
Name Redacted 12057
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.841** **Nonpriority creditor's name and mailing address**
Name Redacted 12058
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.842** **Nonpriority creditor's name and mailing address**
Name Redacted 12059
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.843** **Nonpriority creditor's name and mailing address**
Name Redacted 12060
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.844** **Nonpriority creditor's name and mailing address**
Name Redacted 12062
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.845** **Nonpriority creditor's name and mailing address**
Name Redacted 12063
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.846** **Nonpriority creditor's name and mailing address**
Name Redacted 12064
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.847** **Nonpriority creditor's name and mailing address**
Name Redacted 12065
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.848** **Nonpriority creditor's name and mailing address**
Name Redacted 12071
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.849** **Nonpriority creditor's name and mailing address**
Name Redacted 12072
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.850** **Nonpriority creditor's name and mailing address**
Name Redacted 12073
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.851** **Nonpriority creditor's name and mailing address**
Name Redacted 12076
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.852** **Nonpriority creditor's name and mailing address**
Name Redacted 12077
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

| Part 2: | Additional Page | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** |

**3.853** **Nonpriority creditor's name and mailing address**
Name Redacted 12078
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.854** **Nonpriority creditor's name and mailing address**
Name Redacted 12079
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.855** **Nonpriority creditor's name and mailing address**
Name Redacted 12081

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.856** **Nonpriority creditor's name and mailing address**
Name Redacted 12082
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.857** **Nonpriority creditor's name and mailing address**
Name Redacted 12084
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.858** **Nonpriority creditor's name and mailing address**
Name Redacted 12086
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.859** **Nonpriority creditor's name and mailing address**
Name Redacted 12088
Address Redacted
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.860** **Nonpriority creditor's name and mailing address**
Name Redacted 12090
Address Redacted
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.861** **Nonpriority creditor's name and mailing address**
Name Redacted 12091
Address Redacted
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.862** **Nonpriority creditor's name and mailing address**
Name Redacted 12093
Address Redacted
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.863** **Nonpriority creditor's name and mailing address**
Name Redacted 12095
Address Redacted
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.864** **Nonpriority creditor's name and mailing address**
Name Redacted 12097
Address Redacted
**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

| **Part 2:** **Additional Page** | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.865** **Nonpriority creditor's name and mailing address**
Name Redacted 12101
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.866** **Nonpriority creditor's name and mailing address**
Name Redacted 12104
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.867** **Nonpriority creditor's name and mailing address**
Name Redacted 12105
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.868** **Nonpriority creditor's name and mailing address**
Name Redacted 12106
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.869** **Nonpriority creditor's name and mailing address**
Name Redacted 12107
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.870** **Nonpriority creditor's name and mailing address**
Name Redacted 12108
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 651 of 761

**Part 2:**     **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.871** **Nonpriority creditor's name and mailing address**
Name Redacted 12109
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.872** **Nonpriority creditor's name and mailing address**
Name Redacted 12110
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.873** **Nonpriority creditor's name and mailing address**
Name Redacted 12112
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.874** **Nonpriority creditor's name and mailing address**
Name Redacted 12113

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.875** **Nonpriority creditor's name and mailing address**
Name Redacted 12114
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.876** **Nonpriority creditor's name and mailing address**
Name Redacted 12115
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.877** **Nonpriority creditor's name and mailing address**
Name Redacted 12116
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.878** **Nonpriority creditor's name and mailing address**
Name Redacted 12117
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.879** **Nonpriority creditor's name and mailing address**
Name Redacted 12121
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.880** **Nonpriority creditor's name and mailing address**
Name Redacted 12122
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.881** **Nonpriority creditor's name and mailing address**
Name Redacted 12123
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.882** **Nonpriority creditor's name and mailing address**
Name Redacted 12127
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.883** **Nonpriority creditor's name and mailing address**
Name Redacted 12130
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.884** **Nonpriority creditor's name and mailing address**
Name Redacted 12131
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.885** **Nonpriority creditor's name and mailing address**
Name Redacted 12133
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.886** **Nonpriority creditor's name and mailing address**
Name Redacted 12134
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.887** **Nonpriority creditor's name and mailing address**
Name Redacted 12136
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.888** **Nonpriority creditor's name and mailing address**
Name Redacted 12138
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.889** **Nonpriority creditor's name and mailing address**
Name Redacted 12141
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.890** **Nonpriority creditor's name and mailing address**
Name Redacted 12144
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.891** **Nonpriority creditor's name and mailing address**
Name Redacted 12146
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.892** **Nonpriority creditor's name and mailing address**
Name Redacted 12149
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.893** **Nonpriority creditor's name and mailing address**
Name Redacted 12151
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.894** **Nonpriority creditor's name and mailing address**
Name Redacted 12152
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

| Part 2: | Additional Page | | | Amount of claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.895** **Nonpriority creditor's name and mailing address**
Name Redacted 12153
Address Redacted
  **Date or dates debt was incurred** _____
  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.896** **Nonpriority creditor's name and mailing address**
Name Redacted 12155
Address Redacted
  **Date or dates debt was incurred** _____
  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.897** **Nonpriority creditor's name and mailing address**
Name Redacted 12156
Address Redacted
  **Date or dates debt was incurred** _____
  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.898** **Nonpriority creditor's name and mailing address**
Name Redacted 12157
Address Redacted
  **Date or dates debt was incurred** _____
  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.899** **Nonpriority creditor's name and mailing address**
Name Redacted 12159
Address Redacted
  **Date or dates debt was incurred** _____
  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.900** **Nonpriority creditor's name and mailing address**
Name Redacted 12161
Address Redacted
  **Date or dates debt was incurred** _____
  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

| Part 2: | Additional Page | | |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.901** **Nonpriority creditor's name and mailing address**
Name Redacted 12165
Address Redacted
   **Date or dates debt was incurred**
   **Last 4 digits of account number**    — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.902** **Nonpriority creditor's name and mailing address**
Name Redacted 12166
Address Redacted
   **Date or dates debt was incurred**
   **Last 4 digits of account number**    — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.903** **Nonpriority creditor's name and mailing address**
Name Redacted 12167
Address Redacted
   **Date or dates debt was incurred**
   **Last 4 digits of account number**    — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.904** **Nonpriority creditor's name and mailing address**
Name Redacted 12168
Address Redacted
   **Date or dates debt was incurred**
   **Last 4 digits of account number**    — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.905** **Nonpriority creditor's name and mailing address**
Name Redacted 12169
Address Redacted
   **Date or dates debt was incurred**
   **Last 4 digits of account number**    — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.906** **Nonpriority creditor's name and mailing address**
Name Redacted 12170
Address Redacted
   **Date or dates debt was incurred**
   **Last 4 digits of account number**    — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.907 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Undetermined |
|---|---|---|

**3.907** **Nonpriority creditor's name and mailing address**
Name Redacted 12171
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.908** **Nonpriority creditor's name and mailing address**
Name Redacted 12172
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.909** **Nonpriority creditor's name and mailing address**
Name Redacted 12173
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.910** **Nonpriority creditor's name and mailing address**
Name Redacted 12174
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.911** **Nonpriority creditor's name and mailing address**
Name Redacted 12175
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.912** **Nonpriority creditor's name and mailing address**
Name Redacted 12176
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.913** **Nonpriority creditor's name and mailing address**
Name Redacted 12181
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.914** **Nonpriority creditor's name and mailing address**
Name Redacted 12182
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.915** **Nonpriority creditor's name and mailing address**
Name Redacted 12185
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.916** **Nonpriority creditor's name and mailing address**
Name Redacted 12186
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.917** **Nonpriority creditor's name and mailing address**
Name Redacted 12187
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.918** **Nonpriority creditor's name and mailing address**
Name Redacted 12189
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.919** **Nonpriority creditor's name and mailing address**
Name Redacted 12191
Address Redacted

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.920** **Nonpriority creditor's name and mailing address**
Name Redacted 12192
Address Redacted

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.921** **Nonpriority creditor's name and mailing address**
Name Redacted 12196
Address Redacted

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.922** **Nonpriority creditor's name and mailing address**
Name Redacted 12197
Address Redacted

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.923** **Nonpriority creditor's name and mailing address**
Name Redacted 12199
Address Redacted

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.924** **Nonpriority creditor's name and mailing address**
Name Redacted 12205
Address Redacted

  **Date or dates debt was incurred** _____

  **Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**Part 2:**     **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.925** **Nonpriority creditor's name and mailing address**
Name Redacted 12206
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.926** **Nonpriority creditor's name and mailing address**
Name Redacted 12208
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.927** **Nonpriority creditor's name and mailing address**
Name Redacted 12214
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.928** **Nonpriority creditor's name and mailing address**
Name Redacted 12216
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.929** **Nonpriority creditor's name and mailing address**
Name Redacted 12217
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

**3.930** **Nonpriority creditor's name and mailing address**
Name Redacted 12219
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.931 **Nonpriority creditor's name and mailing address**<br>Name Redacted 12221<br>Address Redacted<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Patient Litigation<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined |
|---|---|---|
| 3.932 **Nonpriority creditor's name and mailing address**<br>Name Redacted 12222<br>Address Redacted<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Patient Litigation<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined |
| 3.933 **Nonpriority creditor's name and mailing address**<br>Name Redacted 12223<br>Address Redacted<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Patient Litigation<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined |
| 3.934 **Nonpriority creditor's name and mailing address**<br>Name Redacted 12224<br>Address Redacted<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Patient Litigation<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined |
| 3.935 **Nonpriority creditor's name and mailing address**<br>Name Redacted 12225<br>Address Redacted<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Patient Litigation<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined |
| 3.936 **Nonpriority creditor's name and mailing address**<br>Name Redacted 12229<br>Address Redacted<br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Patient Litigation<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | Undetermined |

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.937** **Nonpriority creditor's name and mailing address**
Name Redacted 12230
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.938** **Nonpriority creditor's name and mailing address**
Name Redacted 12234
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.939** **Nonpriority creditor's name and mailing address**
Name Redacted 12235
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.940** **Nonpriority creditor's name and mailing address**
Name Redacted 12238
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.941** **Nonpriority creditor's name and mailing address**
Name Redacted 12241
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.942** **Nonpriority creditor's name and mailing address**
Name Redacted 12244
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

| Part 2: | Additional Page | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** |

**3.943** **Nonpriority creditor's name and mailing address**
Name Redacted 12246
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.944** **Nonpriority creditor's name and mailing address**
Name Redacted 12247
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.945** **Nonpriority creditor's name and mailing address**
Name Redacted 12249
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.946** **Nonpriority creditor's name and mailing address**
Name Redacted 12250
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.947** **Nonpriority creditor's name and mailing address**
Name Redacted 12254
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.948** **Nonpriority creditor's name and mailing address**
Name Redacted 12256
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.949** **Nonpriority creditor's name and mailing address**
Name Redacted 12259
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.950** **Nonpriority creditor's name and mailing address**
Name Redacted 12264
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.951** **Nonpriority creditor's name and mailing address**
Name Redacted 12265
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.952** **Nonpriority creditor's name and mailing address**
Name Redacted 12267
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.953** **Nonpriority creditor's name and mailing address**
Name Redacted 12269
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.954** **Nonpriority creditor's name and mailing address**
Name Redacted 12275
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.955** **Nonpriority creditor's name and mailing address**
Name Redacted 12277
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.956** **Nonpriority creditor's name and mailing address**
Name Redacted 12278
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.957** **Nonpriority creditor's name and mailing address**
Name Redacted 12279

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.958** **Nonpriority creditor's name and mailing address**
Name Redacted 12280

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.959** **Nonpriority creditor's name and mailing address**
Name Redacted 12281
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.960** **Nonpriority creditor's name and mailing address**
Name Redacted 12284
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.961** **Nonpriority creditor's name and mailing address**
Name Redacted 12285
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.962** **Nonpriority creditor's name and mailing address**
Name Redacted 12286
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.963** **Nonpriority creditor's name and mailing address**
Name Redacted 12288
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.964** **Nonpriority creditor's name and mailing address**
Name Redacted 12290
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.965** **Nonpriority creditor's name and mailing address**
Name Redacted 12291
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.966** **Nonpriority creditor's name and mailing address**
Name Redacted 12292
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Patient Litigation

**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.967** **Nonpriority creditor's name and mailing address**
Name Redacted 12293
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.968** **Nonpriority creditor's name and mailing address**
Name Redacted 12407
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $24,000.00

---

**3.969** **Nonpriority creditor's name and mailing address**
Name Redacted 12410
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $2,063.25

---

**3.970** **Nonpriority creditor's name and mailing address**
Name Redacted 12428
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $22,500.00

---

**3.971** **Nonpriority creditor's name and mailing address**
Name Redacted 12475
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $10,000.00

---

**3.972** **Nonpriority creditor's name and mailing address**
Name Redacted 12483
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $500.00

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 2: | Additional Page | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** |

**3.973 Nonpriority creditor's name and mailing address**
Name Redacted 12496
Address Redacted
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $59,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.974 Nonpriority creditor's name and mailing address**
Name Redacted 12497
Address Redacted
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $58.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.975 Nonpriority creditor's name and mailing address**
Name Redacted 12636
Address Redacted
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $11,540.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.976 Nonpriority creditor's name and mailing address**
Name Redacted 12657
Address Redacted
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $375.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.977 Nonpriority creditor's name and mailing address**
Name Redacted 12664
Address Redacted
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $3,333.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.978 Nonpriority creditor's name and mailing address**
Name Redacted 12811
Address Redacted
**Date or dates debt was incurred**
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  Page 669 of 761

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.979** **Nonpriority creditor's name and mailing address**
Name Redacted 12812
Address Redacted

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Patient Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.980** **Nonpriority creditor's name and mailing address**
Name Redacted 7060
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $2,183.35

---

**3.981** **Nonpriority creditor's name and mailing address**
Name Redacted 7097
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $713.72

---

**3.982** **Nonpriority creditor's name and mailing address**
Name Redacted 7114
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $718.18

---

**3.983** **Nonpriority creditor's name and mailing address**
Name Redacted 7126
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $5,668.49

---

**3.984** **Nonpriority creditor's name and mailing address**
Name Redacted 7173
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $683.11

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.985** **Nonpriority creditor's name and mailing address**
Name Redacted 7211
Address Redacted

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,241.97

**3.986** **Nonpriority creditor's name and mailing address**
Name Redacted 7247
Address Redacted

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$52.75

**3.987** **Nonpriority creditor's name and mailing address**
Name Redacted 7250
Address Redacted

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,600.98

**3.988** **Nonpriority creditor's name and mailing address**
Name Redacted 7283
Address Redacted

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$108.44

**3.989** **Nonpriority creditor's name and mailing address**
Name Redacted 7399
Address Redacted

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$715.25

**3.990** **Nonpriority creditor's name and mailing address**
Name Redacted 7494
Address Redacted

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$971.59

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.991** **Nonpriority creditor's name and mailing address**
Name Redacted 7529
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$176.59

**3.992** **Nonpriority creditor's name and mailing address**
Name Redacted 7530
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$18,310.50

**3.993** **Nonpriority creditor's name and mailing address**
Name Redacted 7557
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$402.09

**3.994** **Nonpriority creditor's name and mailing address**
Name Redacted 7583
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$437.54

**3.995** **Nonpriority creditor's name and mailing address**
Name Redacted 7636
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$994.07

**3.996** **Nonpriority creditor's name and mailing address**
Name Redacted 7654
Address Redacted

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$765.53

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.997** **Nonpriority creditor's name and mailing address**
Name Redacted 7663
Address Redacted

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $366.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.998** **Nonpriority creditor's name and mailing address**
Name Redacted 7681
Address Redacted

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $5,647.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.999** **Nonpriority creditor's name and mailing address**
Name Redacted 7707
Address Redacted

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $206.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1000** **Nonpriority creditor's name and mailing address**
Name Redacted 7723
Address Redacted

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $2,177.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1001** **Nonpriority creditor's name and mailing address**
Name Redacted 7724
Address Redacted

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $649.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1002** **Nonpriority creditor's name and mailing address**
Name Redacted 7726
Address Redacted

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $198.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1003** | **Nonpriority creditor's name and mailing address**
Name Redacted 7777
Address Redacted

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $438.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1004** | **Nonpriority creditor's name and mailing address**
Name Redacted 7800
Address Redacted

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $232.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1005** | **Nonpriority creditor's name and mailing address**
Name Redacted 7863
Address Redacted

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $44.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1006** | **Nonpriority creditor's name and mailing address**
Name Redacted 7867
Address Redacted

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $1,942.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1007** | **Nonpriority creditor's name and mailing address**
Name Redacted 7885
Address Redacted

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $4,395.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1008** | **Nonpriority creditor's name and mailing address**
Name Redacted 7896
Address Redacted

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $18,210.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 674 of 761

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1009**   **Nonpriority creditor's name and mailing address**
Name Redacted 7987
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $159.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1010**   **Nonpriority creditor's name and mailing address**
Name Redacted 7991
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $16,786.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1011**   **Nonpriority creditor's name and mailing address**
Name Redacted 7992
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $126.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1012**   **Nonpriority creditor's name and mailing address**
Name Redacted 8010
Address Redacted

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $1,558.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1013**   **Nonpriority creditor's name and mailing address**
Naples Community Hospital
Dba North Naples Hospital
350 7th St N
Naples, FL 34102-5754

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $639,545.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1014**   **Nonpriority creditor's name and mailing address**
Naples Hma Inc
Dba Physicians Regional Medical
8300 Collier Blvd
Naples, FL 34114

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $24,385.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1015** **Nonpriority creditor's name and mailing address**
Naples Nephrology
878 109th Ave N
Naples, FL 34108

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $388.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1016** **Nonpriority creditor's name and mailing address**
Naples Pathology Associates
P.O. Box 166324
Miami, FL 33116

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $35.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1017** **Nonpriority creditor's name and mailing address**
Natera Inc
2596 N Girls Schools Rd
Indianapolis, IN 46214

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $7,242.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1018** **Nonpriority creditor's name and mailing address**
National Car Rental System Inc
P.O. Box 402383
Atlanta, GA 30384-2334

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $22,980.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TRAVEL EXPENSES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1019** **Nonpriority creditor's name and mailing address**
National Comm On Correctional Hlthcr
1145 W Diversey Pkwy
Chicago, IL 60614

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $11,990.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Licenses
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1020** **Nonpriority creditor's name and mailing address**
National Comm On Correctional Hlthcr
P.O. Box 6233
Carol Stream, IL 60197-6233

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $70,964.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Licenses
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1021** **Nonpriority creditor's name and mailing address**
National Minority Supplier Development
Council Inc
1359 Broadway, 10th Fl
New York, NY 10018

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $10,350.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1022** **Nonpriority creditor's name and mailing address**
National Psychiatry LLC
2338 Immokalee Rd
Naples, FL 34110-1445

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $164.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1023** **Nonpriority creditor's name and mailing address**
National Security Fire Alarm Systems
65 Newport Ave
E Providence, RI 08916

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $3,150.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1024** **Nonpriority creditor's name and mailing address**
National Sheriff's Assoc
1450 Duke St
Alexandria, VA 22314

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $5,900.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Exhibit & Booth Expenses
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1025** **Nonpriority creditor's name and mailing address**
National Test Systems
550 NW 77 St
Boca Raton, FL 33487

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $5,986.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1026** **Nonpriority creditor's name and mailing address**
Naviant
201 Prairie Heights Dr
Verona, WI 53593-2209

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $97,664.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1027** **Nonpriority creditor's name and mailing address**
Nchmd Inc
350 7th St N
Naples, FL 34102-5730

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$42,646.57

---

**3.1028** **Nonpriority creditor's name and mailing address**
Negroski Sutherland & Hanes Neurology, LLP
5741 Bee Ridge Rd, Ste 530
Sarasota, FL 34233

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$494.15

---

**3.1029** **Nonpriority creditor's name and mailing address**
Neogenomics Laboratories Inc
12701 Commonwealth Dr, Ste 9
Ft Myers, FL 33913

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,410.27

---

**3.1030** **Nonpriority creditor's name and mailing address**
Nephrology & Hypertension
522 E 11th St
Anniston, AL 36207-4770

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$269.60

---

**3.1031** **Nonpriority creditor's name and mailing address**
Nephrology Associates
124 S University Blvd, Ste A
Mobile, AL 36608

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$600.83

---

**3.1032** **Nonpriority creditor's name and mailing address**
Nephrology Associates Pc
817 Princeton Ave SW, Ste 206
Birmingham, AL 35211

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,234.85

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 678 of 761

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1033** **Nonpriority creditor's name and mailing address**
Nephrology Consultants, LLC
2780 Bob Wallace Ave
Huntsville, AL 35805
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,521.29

**3.1034** **Nonpriority creditor's name and mailing address**
Net2Phone
P.O. Box 789532
Philadelphia, PA 19178
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$32,654.17

**3.1035** **Nonpriority creditor's name and mailing address**
Netsmart Technologies
P.O. Box 713519
Philadelphia, PA 19171
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$7,027.80

**3.1036** **Nonpriority creditor's name and mailing address**
Neuro Diagnostic Center Pa
325 Hospital Dr, Ste 104
Glen Burnie, MD 21061
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$1,428.34

**3.1037** **Nonpriority creditor's name and mailing address**
Neurocare of Virginia Pc
4720 Puddledock Rd, Ste 100A
Belfast, ME 04915
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$199.75

**3.1038** **Nonpriority creditor's name and mailing address**
Neurology Consultant Pa
235 Mill St, Ste 1
Hagerstown, MD 21740-6114
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

$2,049.66

| **Part 2:**     Additional Page | | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1039** **Nonpriority creditor's name and mailing address**
Neuroscience And Spine Associates, Pl
3451 Pine Ridge Rd, Bldg 601
Naples, FL 34109

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:** $1,554.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1040** **Nonpriority creditor's name and mailing address**
Neurosurgery of West Alabama
3901 Greensboro Ave
Tuscaloosa, AL 35405

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:** $4,706.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1041** **Nonpriority creditor's name and mailing address**
Neurosurgical Specialty Services
7240 Parkway Dr, Ste 260
Hanover, MD 21076

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:** $274.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1042** **Nonpriority creditor's name and mailing address**
New Jersey County Jail Wardens' Assoc
P.O. Box 266
New Brunswick, NJ 08903

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:** $225.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1043** **Nonpriority creditor's name and mailing address**
New Jersey County Jail Wardens' Assoc
Attn: Warden Teechey Blango, Treasurer
54 Grant St
Mt Holly, NJ 08060

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:** $550.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1044** **Nonpriority creditor's name and mailing address**
New Lexington Clinic
P.O. Box 11790
Lexington, KY 40578-1790

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:** $116.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1045** **Nonpriority creditor's name and mailing address**
New York State Sheriffs' Assoc
27 Elk St
Albany, NY 12207

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $73.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Recruiting / Marketing Ads
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1046** **Nonpriority creditor's name and mailing address**
Newgen Alabama Billing LLC
126 Hospital Ave
Ozark, AL 36360-2018

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $3,128.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1047** **Nonpriority creditor's name and mailing address**
Newmans Medical Services Inc
3500 Cottage Hill Rd
Mobile, AL 36609-6589

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $23,831.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1048** **Nonpriority creditor's name and mailing address**
Nextgen Mgmt LLC
1350 Avenue of the Americas, 2nd Fl
New York, NY 10019

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $86.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1049** **Nonpriority creditor's name and mailing address**
Nextgen Mgmt LLC
5355 Town Ctr Rd, 2nd Fl
Boca Raton, FL 33486

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $216.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1050** **Nonpriority creditor's name and mailing address**
Nextgen Pathology LLC
110 Longwood Ave
Rockledge, FL 32955-2828

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $50.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1051** | **Nonpriority creditor's name and mailing address**
Ninjaone LLC
3687 Tampa Rd, Ste 200
Oldsmar, FL 34677

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $10,054.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1052** | **Nonpriority creditor's name and mailing address**
Niobrara Health & Life Center
921 S Ballancee Ave
Lusk, WY 82225

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $7,103.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1053** | **Nonpriority creditor's name and mailing address**
Niobrara Health & Life Center Physicians
921 Ballances Ave
Lusk, WY 82225-0780

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $115.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1054** | **Nonpriority creditor's name and mailing address**
North Alabama Ent Associates Pc
927 Franklin St, Ste 100
Huntsville, AL 35801

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $83.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1055** | **Nonpriority creditor's name and mailing address**
North Alabama Urology
825 Adams St, Ste A
Huntsville, AL 35801-3709

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,027.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1056** | **Nonpriority creditor's name and mailing address**
North Amer Partners In Anesth
P.O. Box 108
Glen Head, NY 11545-0108

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $130.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1057** **Nonpriority creditor's name and mailing address**
North American Partners In Anesthsia LLC
13400 Dille Dr
Upper Marlboro, MD 20772-9134
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $10,408.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1058** **Nonpriority creditor's name and mailing address**
North Brevard County Hospital
Dba Parrish Medical Center
951 N Washington
Titusville, FL 32780
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $69,127.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1059** **Nonpriority creditor's name and mailing address**
North Brevard Med Support Inc
Dba Parrish Med Group
951 N Washington Ave
Titusville, FL 32796-2163
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $3,211.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1060** **Nonpriority creditor's name and mailing address**
North Calvert Anesthesiology Services LLC
345 St Paul St
Baltimore, MD 21202-2123
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $1,340.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1061** **Nonpriority creditor's name and mailing address**
North Central Neurology
1809 Kress St
Cullman, AL 35058
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $44.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1062** **Nonpriority creditor's name and mailing address**
North Mississippi Clinics LLC
499 Gloster Creek Village
Tupelo, MS 38801-4600
**Date or dates debt was incurred**      Various
**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $125.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1063** | **Nonpriority creditor's name and mailing address**
North Okaloosa Clinic Corp
550 Redstone Ave W, Ste 370
Crestview, FL 32536

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,562.70

---

**3.1064** | **Nonpriority creditor's name and mailing address**
North Shore Hematology Oncology Association
1 Research Road Ridge
Ridge, NY 11961-2701

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$57.04

---

**3.1065** | **Nonpriority creditor's name and mailing address**
North Tampa Anesthesia Consultants
4519 George Rd, Ste 100
Tampa, FL 33634

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$121.50

---

**3.1066** | **Nonpriority creditor's name and mailing address**
Northeast Home Medical Supplies, Inc
15 N Lincoln Dr
Cairo, NY 12413

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,800.00

---

**3.1067** | **Nonpriority creditor's name and mailing address**
Northstar Ems Inc Jefferson
2106 17th Ave
Tuscaloosa, AL 35401

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,236.55

---

**3.1068** | **Nonpriority creditor's name and mailing address**
Northstar Ems Inc Talladega
34767 Alabama Hwy 21
Talladega, AL 35160-1767

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$642.63

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 684 of 761

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1069** | **Nonpriority creditor's name and mailing address**
Northstar Ems Inc Tuscaloosa
2106 17th Ave
Tuscaloosa, AL 35401-5770

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,060.31

---

**3.1070** | **Nonpriority creditor's name and mailing address**
Norton Brownsboro Hospital
4960 Norton Healthcare Blvd
Louisville, KY 40241-2831

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,443.74

---

**3.1071** | **Nonpriority creditor's name and mailing address**
Norton Cancer Institute
676 S Floyd St
Louisville, KY 40202-1840

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$112.27

---

**3.1072** | **Nonpriority creditor's name and mailing address**
Norton Hospital
200 E Chestnut St
Louisville, KY 40202-1831

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$85,753.31

---

**3.1073** | **Nonpriority creditor's name and mailing address**
Norton Womens And Childrens Hospital
4001 Dutchmans Ln
Louisville, KY 40207-4714

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,667.32

---

**3.1074** | **Nonpriority creditor's name and mailing address**
Nuview Telehealth LLC
1825 NW Corporate Blvd, Ste 105
Boca Raton, FL 33431

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$123.41

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1075** **Nonpriority creditor's name and mailing address**
NYS State Commissioner of Health Nyna
NYS Nurse Aide Registry Recertification
Prometric
7941 Corporate Dr
Nottingham, MD 21236

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $40.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1076** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $486.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2015
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1077** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $396.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2016
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1078** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $90.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2017
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1079** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $630.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Med Mal 2018
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1080** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:** $360.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2019
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 686 of 761

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1081** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $1,098.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2020
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1082** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $2,664.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1083** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $110,315.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1084** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $17,304.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1085** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $18,532.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1086** **Nonpriority creditor's name and mailing address**
O'Connor Kimball LLP
51 Haddonfield Rd, Ste 330
Cherry Hill, NJ 08002-1453
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $7,955.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | |

**3.1087** | **Nonpriority creditor's name and mailing address**
Oak Mountain Group Services LLC
1000 St Clair Rd
Springville, AL 35146

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $696.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1088** | **Nonpriority creditor's name and mailing address**
Ober, Kaler, Grimes & Shriver
100 Light St
Baltimore, MD 21202

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $7,234.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1089** | **Nonpriority creditor's name and mailing address**
Ogletree Deakins Nash Smoak & Stewart PC
P.O. Box 89
Columbia, SC 29202

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $525,122.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1090** | **Nonpriority creditor's name and mailing address**
Ohmh, LLC
Dba Orlando Health Melbourne Hospital
250 N Wickham Rd
Melbourne, FL 32935-8625

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $22,904.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1091** | **Nonpriority creditor's name and mailing address**
Okaloosa Eye Care, Pa
207 N Main St
Crestview, FL 32536

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $109.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1092** | **Nonpriority creditor's name and mailing address**
Okolona Fire Protection Dist
8501 Preston Hwy
Louisville, KY 40219-5301

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:** $232.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| Part 2: | Additional Page | | |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |

**3.1093** | **Nonpriority creditor's name and mailing address**
Oncology Specialties Pc
3601 Cci Dr NW
Huntsville, AL 35805

**Date or dates debt was incurred**  Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $309,944.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1094** | **Nonpriority creditor's name and mailing address**
One Place Family JC
c/o Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Attn: Michael Crow
218 Commerce St
Montgomery, AL 36104

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  Undetermined
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1095** | **Nonpriority creditor's name and mailing address**
One Place Family Justice Center
530 Lawrence St
Montgomery, AL 36104

**Date or dates debt was incurred**  Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $206,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1096** | **Nonpriority creditor's name and mailing address**
Onsite Vision Plans, Inc
46 Shepherd Rd
Stephentown, NY 12169

**Date or dates debt was incurred**  Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $4,523.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1097** | **Nonpriority creditor's name and mailing address**
Operation Par Inc
6655 66th St N
Pinellas Park, FL 33781

**Date or dates debt was incurred**  Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $6,124.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1098** | **Nonpriority creditor's name and mailing address**
Optum
P.O. Box 84019
Chicago, IL 60689-4019

**Date or dates debt was incurred**  Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**  $8,959.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 689 of 761

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1099**   **Nonpriority creditor's name and mailing address**
Orange Emergency Services Pc
707 E Main St
Middletown, NY 10940-2650
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$28,693.10

---

**3.1100**   **Nonpriority creditor's name and mailing address**
Orange Pathology Assoc Pc
60 Prospect Ave
Middletown, NY 10940
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$85.89

---

**3.1101**   **Nonpriority creditor's name and mailing address**
Orlando Health Physician Group
P.O. Box 919741
Orlando, FL 32891-5092
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,698.32

---

**3.1102**   **Nonpriority creditor's name and mailing address**
Orlando Health Rockledge Hospital
110 Longwood Ave
Rockledge, FL 32955-2828
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,897.04

---

**3.1103**   **Nonpriority creditor's name and mailing address**
Orthovirginia, Inc
1115 Boulders Pkwy, Ste 200
Richmond, VA 23225
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,788.86

---

**3.1104**   **Nonpriority creditor's name and mailing address**
Otto Bock Patient Care LLC
246 Eastern Blvd N
Hagerstown, MD 21740
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$17,286.63

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 690 of 761

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1105** | **Nonpriority creditor's name and mailing address**
Outset Medical Inc
Dept Ch17639
Palatine, IL 60055-7639
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $6,885.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1106** | **Nonpriority creditor's name and mailing address**
Pacer Service Center
P.O. Box 5208
Portland, OR 97208-5208
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $482.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1107** | **Nonpriority creditor's name and mailing address**
Padder Health Services LLC
7350 Van Dusen Rd, Ste 130
Laurel, MD 20707-5241
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $385.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1108** | **Nonpriority creditor's name and mailing address**
Palma Sola Neurology Assoc
P.O. Box 14675
Bradenton, FL 34280
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $630.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1109** | **Nonpriority creditor's name and mailing address**
Panel of Ekg of Blake
P.O. Box 25548
Sarasota, FL 34277
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $31.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1110** | **Nonpriority creditor's name and mailing address**
Panel of Ekg- Sarasota Mem Hosp
1700 S Tamiami Trail
Sarasota, FL 34239
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $7.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1111** | **Nonpriority creditor's name and mailing address**
Paragon Contracting Services Inc
810 St Vincents Dr
Birmingham, AL 35205-1601
**Date or dates debt was incurred**        Various
**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $6,725.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1112** | **Nonpriority creditor's name and mailing address**
Parrish Anesthesia Specialists LLC
951 N Washington Ave
Titusville, FL 32796-2163
**Date or dates debt was incurred**        Various
**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $2,093.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1113** | **Nonpriority creditor's name and mailing address**
Patel Associates Pc
1722 Pine St, Ste 1000
Montgomery, AL 36106-3621
**Date or dates debt was incurred**        Various
**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $1,299.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1114** | **Nonpriority creditor's name and mailing address**
Pathlink of New Mexico LLC
1850 Copper Loop
Las Cruces, NM 88005
**Date or dates debt was incurred**        Various
**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $103.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1115** | **Nonpriority creditor's name and mailing address**
Pathology Associates of Alabama, PC
800 Montclair Rd
Birmingham, AL 35213-1908
**Date or dates debt was incurred**        Various
**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $222.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1116** | **Nonpriority creditor's name and mailing address**
Pathology Associates Pc
2904 Westcorp Blvd, Ste 108
Huntsville, AL 35805
**Date or dates debt was incurred**        Various
**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**        $3,737.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 692 of 761

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1117** **Nonpriority creditor's name and mailing address**
Pathology Consultants of New Mexico
600 N Richardson
Roswell, NM 88201

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $181.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1118** **Nonpriority creditor's name and mailing address**
Patterson Dental
P.O. Box 732865
Dallas, TX 75373-2865

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $108,939.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1119** **Nonpriority creditor's name and mailing address**
Pediatric Physician Services Inc
601 5th St S
Dept 6941
St Petersburg, FL 33701-4804

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $529.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1120** **Nonpriority creditor's name and mailing address**
Pediatrix Medical Group
1301 Concord Ter
Ft Lauderdale, FL 33323-2843

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $309.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1121** **Nonpriority creditor's name and mailing address**
Peninsula Nephrology Associates Pa
1821 Sweet Bay Dr, Ste 1
Salisbury, MD 21804-1664

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $2,489.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1122** **Nonpriority creditor's name and mailing address**
Peninsula Orthopaedic Associates
1675 Woodbrooke Dr
Salisbury, MD 21804

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:** $3,317.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1123** **Nonpriority creditor's name and mailing address**
Peninsula Pathology Associates, Pa
100 E Carroll St
Salisbury, MD 21801-5493

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,109.03

---

**3.1124** **Nonpriority creditor's name and mailing address**
Pennsylvania County Corr Assoc
45 Major Bell Ln
Gettysburg, PA 17325

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,000.00

---

**3.1125** **Nonpriority creditor's name and mailing address**
Pennsylvania County Corr Assoc
666 Walnut St
Easton, PA 18042

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,000.00

---

**3.1126** **Nonpriority creditor's name and mailing address**
Pepperell Prinmary Care Pc
1245 E S Blvd
Montgomery, AL 36116-2315

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$817.85

---

**3.1127** **Nonpriority creditor's name and mailing address**
Perinatal Assoc of Nm
201 Cedar SE, Ste 405
Albuquerque, NM 87106

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,512.90

---

**3.1128** **Nonpriority creditor's name and mailing address**
Pg County Endoscopy Center LLC
13400 Dille Dr
Upper Marlboro, MD 20772

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$893.40

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1129**  **Nonpriority creditor's name and mailing address**
Pghc Cardiology Associates
P.O. Box 418313
Boston, MA 02241-8313

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       _ _ _ _

**As of the petition filing date, the claim is:**    $8.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1130**  **Nonpriority creditor's name and mailing address**
Pghc Critical Care Associates
P.O. Box 418913
Boston, MA 02241-8913

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       _ _ _ _

**As of the petition filing date, the claim is:**    $1,583.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1131**  **Nonpriority creditor's name and mailing address**
Pharmacorr, LLC
7400 Plz Mayor Blvd
Oklahoma City, OK 73149

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       _ _ _ _

**As of the petition filing date, the claim is:**    $2,654,013.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1132**  **Nonpriority creditor's name and mailing address**
Pharmalink LLC
8285 Bryan Dairy Rd, Unit 200
Largo, FL 33777

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       _ _ _ _

**As of the petition filing date, the claim is:**    $300.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1133**  **Nonpriority creditor's name and mailing address**
Pharmbills LLC
8 The Green, Ste A
Dover, DE 19901

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       _ _ _ _

**As of the petition filing date, the claim is:**    $47,872.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WIRES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1134**  **Nonpriority creditor's name and mailing address**
Phc Las Cruces Inc
Dba Family Medicine Ctr
P.O. Box 6159
Las Cruces, NM 88006

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**       _ _ _ _

**As of the petition filing date, the claim is:**    $153.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1135** **Nonpriority creditor's name and mailing address**
Phi Air Medical
12500 Willowbrook Rd
Cumberland, MD 21502-6393
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,838.91

**3.1136** **Nonpriority creditor's name and mailing address**
Phi Air Medical
558 W Ramp Rd
Jackson, MS 39209-3429
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$10,040.91

**3.1137** **Nonpriority creditor's name and mailing address**
Phi Air Medical
867 Aviation Blvd
Enterprise, AL 36330
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$13,198.11

**3.1138** **Nonpriority creditor's name and mailing address**
Phillips, Parker, Orberson & Arnett PLC
716 W Main St, Ste 300
Louisville, KY 40202
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,363.35

**3.1139** **Nonpriority creditor's name and mailing address**
Phillips, Parker, Orberson & Arnett PLC
716 W Main St, Ste 300
Louisville, KY 40202
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$967.50

**3.1140** **Nonpriority creditor's name and mailing address**
Physicians Reg Pine Ridge
6101 Pine Ridge
Naples, FL 34119-3900
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$56,940.79

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1141** **Nonpriority creditor's name and mailing address**
Physicians Unity
1108 Ross Clark Cir, 4th Fl
Dothan, AL 36301-3022

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $10,989.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1142** **Nonpriority creditor's name and mailing address**
Pillar Designs LLC
Attn: Ryan Leavitt
1044 Sheridan Rd
Highland Park, IL 60035

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $37,526.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1143** **Nonpriority creditor's name and mailing address**
Pitney Bowes Global Financial Serv LLC
P.O.Box 981022
Boston, MA 02298-1022

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $157.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1144** **Nonpriority creditor's name and mailing address**
Pitney Bowes Purchase Power
P.O. Box 981026
Boston, MA 02298-1026

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $229.74
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1145** **Nonpriority creditor's name and mailing address**
Pitney Bowes, Inc
P.O. Box 981039
Boston, MA 02298-1039

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $95.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1146** **Nonpriority creditor's name and mailing address**
Pittman Law Group
Wilhelmina Sq
1028 E Park Ave
Tallahassee, FL 32301

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $12,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1147** **Nonpriority creditor's name and mailing address**
Podiatry Associates Pc
1101 18th St S
Birmingham, AL 35205

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,538.80

---

**3.1148** **Nonpriority creditor's name and mailing address**
Pointe West Infectious Diseases Pl
6010 Pointe W Blvd
Bradenton, FL 34209-5531

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,716.16

---

**3.1149** **Nonpriority creditor's name and mailing address**
Potomac Highlands Pathology Associates Pa
12500 Willowbrook Rd
Cumberland, MD 21502-1873

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,044.29

---

**3.1150** **Nonpriority creditor's name and mailing address**
Powell Orthopedics & Sports Medicine
2020 Canyon Rd, Ste 200
Birmingham, AL 35216

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$18,227.97

---

**3.1151** **Nonpriority creditor's name and mailing address**
Powers Pyles Sutter & Verville PC
1250 Connecticut Ave NW, 8th Fl
Washington, DC 20036

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$910.00

---

**3.1152** **Nonpriority creditor's name and mailing address**
Precision Medical Equipment
P.O. Box 17638
Clearwater, FL 33762

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,599.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1153** **Nonpriority creditor's name and mailing address**
Precision Medical Solutions, LLP
119 Market Pl
Montgomery, AL 36117

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$157.92

---

**3.1154** **Nonpriority creditor's name and mailing address**
Premier Anesthesia of Montgomery
2105 E South Blvd
Montgomery, AL 36116

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$15,126.48

---

**3.1155** **Nonpriority creditor's name and mailing address**
Premier Biotech LLC
P.O. Box 713238
Chicago, IL 60677-1238

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$336.25

---

**3.1156** **Nonpriority creditor's name and mailing address**
Premier Eye Associates
571 Haddon Ave
Collingswood, NJ 08108

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$74,000.00

---

**3.1157** **Nonpriority creditor's name and mailing address**
Premier Inpatient Partners LLC
6101 Pine Ridge Rd
Naples, FL 34119-3900

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$164.26

---

**3.1158** **Nonpriority creditor's name and mailing address**
Prestige Cardiology Consultants LLC
1765 Berglund Ln
Melbourne, FL 32940-6230

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$266.27

---

| Part 2: | Additional Page | |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.1159** **Nonpriority creditor's name and mailing address**
Pride Enterprises
P.O. Box 917362
Orlando, FL 32891-7362

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  $52,713.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1160** **Nonpriority creditor's name and mailing address**
Prime Healthcare Services
404 S 6th St
Gadsden, AL 35901-4107

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  $15.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1161** **Nonpriority creditor's name and mailing address**
Prince Georges Co Md
Dba Prince Geroges County Md Fire/Ems
P.O. Box 759325
Baltimore, MD 21275-9325

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  $616.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1162** **Nonpriority creditor's name and mailing address**
Princess Anne Vfc
P.O. Box 457
Denton, MD 21629-0457

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  $70,339.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1163** **Nonpriority creditor's name and mailing address**
Prof Anes Services Kentucky PLLC
6225 N State Hwy 161
Irving, TX 75038-2241

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  $1,219.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1164** **Nonpriority creditor's name and mailing address**
Prometheus Development, Inc
P.O. Box 736542
Dallas, TX 75373

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**  $30,601.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 2: | Additional Page |  |  |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1165**

**Nonpriority creditor's name and mailing address**
Proscan Nch Imaging
1020 Crosspointe Dr, Ste 10
Naples, FL 34110-0918

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$2,920.07

---

**3.1166**

**Nonpriority creditor's name and mailing address**
Psp Corp
6426 Boul Monk
Montreal, QC H4E 3H9

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
□ Yes.

$27,643.55

---

**3.1167**

**Nonpriority creditor's name and mailing address**
Pulmonary Asso of Mobile
6701 Airport Blvd, Ste E135
Mobile, AL 36608

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$1,350.53

---

**3.1168**

**Nonpriority creditor's name and mailing address**
Pulmonary Associates of The Southeast Pc
3686 Grandview Pkwy, Ste 500
Birmingham, AL 35243-3407

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$687.50

---

**3.1169**

**Nonpriority creditor's name and mailing address**
Pulmonary Associates Pa
1450 Ross Clark Cir, Ste 400
Dothan, AL 36301

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$4,013.80

---

**3.1170**

**Nonpriority creditor's name and mailing address**
Pulse Medical Transportation
10715 Red Run Blvd, Ste 110
Owings Mills, MD 21117-9998

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
□ Yes.

$443.06

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1171** **Nonpriority creditor's name and mailing address**
Quadient Finance USA, Inc
P.O. Box 6813
Carol Stream, IL 60197-6813

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $5,496.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
EQUIPMENT RENTAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1172** **Nonpriority creditor's name and mailing address**
Quadient Leasing USA, Inc
P.O. Box 123682, Dept 3682
Dallas, TX 75312-3682

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $806.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
EQUIPMENT RENTAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1173** **Nonpriority creditor's name and mailing address**
Quest Diagnostic
110 Wells Farm Rd
Goshen, NY 10924

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $288.07
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1174** **Nonpriority creditor's name and mailing address**
Quest Diagnostic - Fl
4225 E Fowler Ave
Tampa, FL 33617

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $304.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1175** **Nonpriority creditor's name and mailing address**
Quest Diagnostics, Inc
P.O. Box 740709
Atlanta, GA 30374-0709

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $11,516.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL CLAIMS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1176** **Nonpriority creditor's name and mailing address**
Quintairos,Prieto, Wood & Boyer PA
8800 E Raintree Dr, Ste 100
Scottsdale, AZ 85260

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $42.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 702 of 761 |
|---|---|---|

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1177** **Nonpriority creditor's name and mailing address**
R US Inc
1801 N Butterfield Rd
Libertyville, IL 60048

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $300.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1178** **Nonpriority creditor's name and mailing address**
R&A Office Supplies LLC
1227 E 12th St
Brooklyn, NY 11230

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $2,767.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OFFICE SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1179** **Nonpriority creditor's name and mailing address**
Rachel E Higgins
c/o Attorney At Law Iolt A Trust
111 Tulane Dr SE
Albuquerque, NM 87106

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $175,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1180** **Nonpriority creditor's name and mailing address**
Radiation Detection Co
3527 Snead Dr
Georgetown, TX 78626

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $360.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1181** **Nonpriority creditor's name and mailing address**
Radiology Assoc of Richmond
P.O. Box 13343
Richmond, VA 23225-0343

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $131.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1182** **Nonpriority creditor's name and mailing address**
Radiology Associates of Dothan Pa
1900 Fairview Ave
Dothan, AL 36301

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $7,589.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| **Part 2:** **Additional Page** | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.1183** **Nonpriority creditor's name and mailing address**
Radiology Associates of Mobile
6801 Airport Blvd
Mobile, AL 36608-3785

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,001.01

---

**3.1184** **Nonpriority creditor's name and mailing address**
Radiology Group Pa
1825 Park Pl
Montgomery, AL 36106

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$21,295.00

---

**3.1185** **Nonpriority creditor's name and mailing address**
Radiology Imaging Specialists
P.O. Box 20027
Tampa, FL 33622-0027

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$715.76

---

**3.1186** **Nonpriority creditor's name and mailing address**
Radiology of Huntsville Pc
2006 Franklin St, Ste 200
Huntsville, AL 35801

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$31,397.03

---

**3.1187** **Nonpriority creditor's name and mailing address**
Radiology Regional Center Pa
3680 Broadway
Ft Myers, FL 33901-8005

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,473.54

---

**3.1188** **Nonpriority creditor's name and mailing address**
Rapid City Regional Hospital Physicians
121 E Grand Ave, Ste 200
Laramie, WY 82070

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3.17

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 704 of 761

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1189** **Nonpriority creditor's name and mailing address**
Raystown Ambulance Service Inc
13800 Mcmullen Hwy SW
Cumberland, MD 21502

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $1,443.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1190** **Nonpriority creditor's name and mailing address**
Regional Air Medical Services Inc
3925 Old Birmingham Hwy
Jasper, AL 35501

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $14,403.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1191** **Nonpriority creditor's name and mailing address**
Regional Imaging Enm, LLC
826 Broken Arrow Rd
Roswell, NM 88201

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $55.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1192** **Nonpriority creditor's name and mailing address**
Regional Paramedical Services Inc
3925 Old Birmingham Hwy
Jasper, AL 35501

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $218,084.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1193** **Nonpriority creditor's name and mailing address**
Regional West Medical Center
4021 Ave B
Scottsbluff, NE 69361

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $8,962.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1194** **Nonpriority creditor's name and mailing address**
Rehabilitation Services of Alabama LLC
2010 Brookwood Medical Center Dr
Birmingham, AL 35209

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**     $1,525.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1195** **Nonpriority creditor's name and mailing address**
Relias Emerg Med Specialists of Hamilton
1256 Military St S
Hamilton, AL 35570-5003
**Date or dates debt was incurred**   Various
**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $94.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1196** **Nonpriority creditor's name and mailing address**
Relias Emergency Medicine Specialists
809 University Blvd
Tuscaloosa, AL 35401-2029
**Date or dates debt was incurred**   Various
**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $1,551.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1197** **Nonpriority creditor's name and mailing address**
Renal Associates of Montgomery
4760 Woodmere Blvd
Montgomery, AL 36106-3065
**Date or dates debt was incurred**   Various
**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $2,287.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1198** **Nonpriority creditor's name and mailing address**
Renesha Stone
c/o Attorney at Law PLLC
Attn: David Borum
517 W Ormsby Ave
Louisville, KY 40203
**Date or dates debt was incurred**
**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1199** **Nonpriority creditor's name and mailing address**
Retina Specialists of Alabama LLC
2208 University Blvd, Ste 101
Birmingham, AL 35233
**Date or dates debt was incurred**   Various
**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $18,590.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1200** **Nonpriority creditor's name and mailing address**
Retina Specialists of No
8646 Hwy 72 W
Madison, AL 35758-9580
**Date or dates debt was incurred**   Various
**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $1,668.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 706 of 761 |
|---|---|---|

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1201** | **Nonpriority creditor's name and mailing address**
Retirement Systems of Alabama
Attn: Heather Smith
P.O.Box 302150
Montgomery, AL 36130-2150

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $29,782.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
RENTS AND LEASES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1202** | **Nonpriority creditor's name and mailing address**
Returns R US Inc
1801 N Butterfield Rd
Libertyville, IL 60048

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $300.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1203** | **Nonpriority creditor's name and mailing address**
Rg Ambulance Service, Inc
Dba Century Ambulance Service
6605 NW 74th Ave
Miami, FL 33166

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $3,157.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1204** | **Nonpriority creditor's name and mailing address**
Richmond Heart And Vascular Assoc
5303 Plaza Dr, Ste 102
Hopewell, VA 23860-7331

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $410.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1205** | **Nonpriority creditor's name and mailing address**
Rio Grande Urology Pa
2450 S Telshor
Las Cruces, NM 88011

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $121.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1206** | **Nonpriority creditor's name and mailing address**
Riskonnect Clearsight
P.O. Box 1515
Carol Stream, IL 60132

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $89,093.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1207** **Nonpriority creditor's name and mailing address**
River Region Cardiology
185 Mitylene Park Ln
Montgomery, AL 36117-7302

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $5,443.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1208** **Nonpriority creditor's name and mailing address**
River Region Psychiatry Associates
233 Winton Blount Loop
Montgomery, AL 36117-3507

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $158.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1209** **Nonpriority creditor's name and mailing address**
Riveron Rts, LLC
P.O. Box 679265
Dallas, TX 75267-9265

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $101,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1210** **Nonpriority creditor's name and mailing address**
Robinson-Humphrey
c/o HKM Employment Attorneys LLP
Attn: Artur Davis
201 E Side Sq, Ste 1
Huntsville, AL 35801

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1211** **Nonpriority creditor's name and mailing address**
Rockledge Emergency Group LLC
110 Longwood Ave
Rockledge, FL 32955-2828

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $169.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1212** **Nonpriority creditor's name and mailing address**
Rockledge Mri & Pet Imaging Center LLC
1910 Rockledge Blvd, Ste 102
Rockledge, FL 32955

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $1,926.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 708 of 761

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1213** | **Nonpriority creditor's name and mailing address**
Rocky Mountain Holdings LLC
P.O. Box 713362
Cincinnati, OH 45271-3362

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$22,100.62

---

**3.1214** | **Nonpriority creditor's name and mailing address**
Rocky Mountain Holdings LLC - Md
860 Camp Rd
Cocoa, FL 32927

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$7,103.92

---

**3.1215** | **Nonpriority creditor's name and mailing address**
Rokk Solutions
2020 K St NW, Ste 510
Washington, DC 20006

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$61,230.52

---

**3.1216** | **Nonpriority creditor's name and mailing address**
Ronstadt Law PLLC
c/o In Trust For Shaun Andrew Peterson
6122 N 7th St, Ste B
Phoenix, AZ 85014

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,000.00

---

**3.1217** | **Nonpriority creditor's name and mailing address**
Rosestone Infectious Disease Care LLC
2932 Ross Clark Cir
Pmb 338
Dothan, AL 36301-1160

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,349.36

---

**3.1218** | **Nonpriority creditor's name and mailing address**
Roy D Chisholm Iii
Dba Allegany Surgical Associates, PA
12502 Willowbrook Rd, Ste 500
Cumberland, MD 21502-6572

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,867.28

---

**Part 2:**    **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1219** **Nonpriority creditor's name and mailing address**
Runabout Co
2193 W King St, Ste A
Cocoa, FL 32926

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $2,453.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
DELIVERY SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1220** **Nonpriority creditor's name and mailing address**
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce St
Montgomery, AL 36104

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $24,920.55
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1221** **Nonpriority creditor's name and mailing address**
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce St
Montgomery, AL 36104

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $5,867.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1222** **Nonpriority creditor's name and mailing address**
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce St
Montgomery, AL 36104

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $126,894.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1223** **Nonpriority creditor's name and mailing address**
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce St
Montgomery, AL 36104

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $19,333.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2026
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1224** **Nonpriority creditor's name and mailing address**
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce St
Montgomery, AL 36104

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $13,887.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**       **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1225** **Nonpriority creditor's name and mailing address**
Rx Outreach
Attn: Kim Stemley
3171 Riverport Tech Ctr Dr
Maryland Heights, MO 63043
**Date or dates debt was incurred** _____Various_____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $19,645.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1226** **Nonpriority creditor's name and mailing address**
S & V Penn Transport, Inc
111 Buck Rd, Ste 100-9
Huntington Valley, PA 19006
**Date or dates debt was incurred** _____Various_____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $10,878.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
DELIVERY SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1227** **Nonpriority creditor's name and mailing address**
Saiber LLC
18 Columbia Tpke, Ste 200
Florham Park, NJ 07932-2266
**Date or dates debt was incurred** _____Various_____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $259.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1228** **Nonpriority creditor's name and mailing address**
Saint Paul Place Spec Inc
301 St Paul Pl
Baltimore, MD 21202-2102
**Date or dates debt was incurred** _____Various_____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $2,341.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1229** **Nonpriority creditor's name and mailing address**
Salarycom, Inc
P.O. Box 844048
Boston, MA 02284-4048
**Date or dates debt was incurred** _____Various_____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $8,100.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1230** **Nonpriority creditor's name and mailing address**
Sands Anderson PC
1111 E Main St, Ste 2400
P.O. Box 1998
Richmond, VA 23218-1998
**Date or dates debt was incurred** _____Various_____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $73,826.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**      **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.1231 | **Nonpriority creditor's name and mailing address**<br>Sanpro LLC<br>P.O. Box 336<br>Lakewood, NJ 08701<br><br>**Date or dates debt was incurred**     Various<br><br>**Last 4 digits of account number**     __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>WASTE DISPOSAL<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $92,112.65 |
| 3.1232 | **Nonpriority creditor's name and mailing address**<br>Sapphire Health LLC<br>645 Kolter Dr<br>Indiana, PA 15701<br><br>**Date or dates debt was incurred**     Various<br><br>**Last 4 digits of account number**     __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>TECHNOLOGY & SOFTWARE<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $51,108.10 |
| 3.1233 | **Nonpriority creditor's name and mailing address**<br>Sarasota Memorial Hospital<br>1700 S Tamiami Trail<br>Sarasota, FL 34239-3509<br><br>**Date or dates debt was incurred**     Various<br><br>**Last 4 digits of account number**     __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,289.09 |
| 3.1234 | **Nonpriority creditor's name and mailing address**<br>Saul N Friedman & Co<br>1333 60th St<br>Brooklyn, NY 11219<br><br>**Date or dates debt was incurred**     Various<br><br>**Last 4 digits of account number**     __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>RESTRUCTURING PROFESSIONALS<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $25,000.00 |
| 3.1235 | **Nonpriority creditor's name and mailing address**<br>Sedgwick<br>P.O. Box 207834<br>Dallas, TX 75320-7834<br><br>**Date or dates debt was incurred**     Various<br><br>**Last 4 digits of account number**     __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>HUMAN RESOURCES<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $147,431.71 |
| 3.1236 | **Nonpriority creditor's name and mailing address**<br>Selma Radiology Associates, PC<br>2055 Normandie Dr, Ste 108<br>Montgomery, AL 36111-2732<br><br>**Date or dates debt was incurred**     Various<br><br>**Last 4 digits of account number**     __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $95.25 |

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1237** **Nonpriority creditor's name and mailing address**
Serpe Andrews PLLC
2929 Allen Pkwy, Ste 1600
Houston, TX 77019

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $1,045.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1238** **Nonpriority creditor's name and mailing address**
Seton Imaging Center
3449 Wilkens Ave, Ste 102
Baltimore, MD 21229-5299

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $349.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1239** **Nonpriority creditor's name and mailing address**
Shands Jacksonville Med Cntr, Inc
Dba Uf Health Jacksonville
655 W 8th St
Jacksonville, FL 32209

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $4,732.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1240** **Nonpriority creditor's name and mailing address**
Sharpsburg Area Ems
P.O. Box 307
Sharpsburg, MD 21782-9998

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $2,287.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1241** **Nonpriority creditor's name and mailing address**
Sheldon Medical Supply
21 W Sanilac Ave
Sandusky, MI 48471

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $665.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1242** **Nonpriority creditor's name and mailing address**
Sherita Johnson
c/o Wiggins Childs Pantazis Fisher & Goldfarb, LLC
Attn: Eric Sheffer
The Kress Bldg
301 19th St N
Birmingham, AL 35203

**Date or dates debt was incurred**

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| | |
|---|---|
| **Part 2:** **Additional Page** | |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.1243** **Nonpriority creditor's name and mailing address**
Shi Int'l Corp
P.O. Box 952121
Dallas, TX 75395-2121

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $12,767.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HOLD
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1244** **Nonpriority creditor's name and mailing address**
Shiftmed LLC
P.O. Box 124004, 894004
Dallas, TX 75312-4004

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $158,565.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WIRES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1245** **Nonpriority creditor's name and mailing address**
Shomer Products LLC
1223 E 13th St
Brooklyn, NY 11230

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $2,942.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1246** **Nonpriority creditor's name and mailing address**
Simple Com
P.O. Box 1553
Harrisburg, NC 28075

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $3,613.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1247** **Nonpriority creditor's name and mailing address**
Simpson Cardiovascular Pc
701 University Blvd E
Tuscaloosa, AL 35401

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $1,963.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1248** **Nonpriority creditor's name and mailing address**
Sinai Cardiology Associates
5051 Greenspring Ave
Baltimore, MD 21209-4354

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**     $647.11
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 714 of 761

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1249**   **Nonpriority creditor's name and mailing address**
Sinai Gastroenterology Assoc
P.O. Box 64144
Baltimore, MD 21264-4144

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $133.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1250**   **Nonpriority creditor's name and mailing address**
Sinai Hosp of Baltimore
Rubin Institute For Advanced Ortho
P.O. Box 64144
Baltimore, MD 21264-4144

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $157.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1251**   **Nonpriority creditor's name and mailing address**
Sinai Hospital Baltimore
2401 W Belvedere Ave
Baltimore, MD 21215-5216

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $47,876.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1252**   **Nonpriority creditor's name and mailing address**
Sinai Hospital of Baltimore
Sinai Surgery Associates
P.O. Box 64144
Baltimore, MD 21264-4144

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $136.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1253**   **Nonpriority creditor's name and mailing address**
Sinai Hospital of Baltimore Inc Phy
2401 W Belvedere Ave
Baltimore, MD 21215-5216

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $280.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1254**   **Nonpriority creditor's name and mailing address**
Sinai Hospitalist Team
2401 W Belvedere Ave
Baltimore, MD 21215-5216

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $678.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1255**  **Nonpriority creditor's name and mailing address**
Sinai Neurology Associates
2401 W Belvedere Ave
Baltimore, MD 21215-5216
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $756.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1256**  **Nonpriority creditor's name and mailing address**
Sinai Ophthalmology Assoc
P.O. Box 64144
Baltimore, MD 21264-4144
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $88.12
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1257**  **Nonpriority creditor's name and mailing address**
Sinai Orhtopedic Assoc
P.O. Box 64144
Baltimore, MD 21264-4144
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $1,402.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1258**  **Nonpriority creditor's name and mailing address**
Sk Retina LLC
1700 S Tuttle Ave
Sarasota, FL 34239
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $119.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1259**  **Nonpriority creditor's name and mailing address**
Skin Pathology Associates, LLC
3550 Independence Dr
Birmingham, AL 35209
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $76.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1260**  **Nonpriority creditor's name and mailing address**
Skywire Networks
P.O. Box 24278
New York, NY 10087
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $94,448.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1261** **Nonpriority creditor's name and mailing address**
Sleep Partners Holdings LLC
Dba Sleep Management Services
7500 Dollarway Rd, Ste 201
White Hall, AR 71602

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,575.00

---

**3.1262** **Nonpriority creditor's name and mailing address**
Smh Physician Services
P.O. Box 863407
Orlando, FL 32886-3407

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$562.95

---

**3.1263** **Nonpriority creditor's name and mailing address**
Sn Kentuckiana Rehab, LLC
210 E Gray St
Louisville, KY 40202-3927

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$996.10

---

**3.1264** **Nonpriority creditor's name and mailing address**
Snap Diagnostics LLC
616 Atrium Dr, Ste 100
Vernon Hills, IL 60061

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,350.00

---

**3.1265** **Nonpriority creditor's name and mailing address**
Solamed
5308 13th Ave, Ste 273
Brooklyn, NY 11219

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$88.00

---

**3.1266** **Nonpriority creditor's name and mailing address**
Sourceone Cvo LLC
2440 Executive Dr, Ste 208
St Charles, MO 63303

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,639.65

---

**Part 2:**       **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1267** | **Nonpriority creditor's name and mailing address**
South Florida Surgical Specialists LLC
3001 Coral Hills Dr, Ste 320
Pompano Beach, FL 33065-4172

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $346.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1268** | **Nonpriority creditor's name and mailing address**
South Tampa Medical Group
340 Sapphire Lake Dr, Unit 101
Bradenton, FL 34209

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $790.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1269** | **Nonpriority creditor's name and mailing address**
Southeast Clinical Laboratories, LLC
3621 3rd Ave S
Birmingham, AL 35222-1818

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $218.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1270** | **Nonpriority creditor's name and mailing address**
Southeast Physician Network
University Surgical
1400 Afflink Pl, Ste 1
Tuscaloosa, AL 35406

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $35,482.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1271** | **Nonpriority creditor's name and mailing address**
Southeast Shelby County Emergency
Medical Rescue
103 Hwy 47 S
Columbiana, AL 35051

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $3,913.29
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1272** | **Nonpriority creditor's name and mailing address**
Southeastern Oncology Associates
2018 Brookwood Medical Center Dr
Birmingham, AL 35209

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $4,215.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1273 Nonpriority creditor's name and mailing address**
Southeastern Skin Cancer & Dermatology
104 J E Briscoe Wy
Madison, AL 35758
**Date or dates debt was incurred** _Various_
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $219.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1274 Nonpriority creditor's name and mailing address**
Southern Alabama Surgery Center- Physicians
2800 Ross Clark Cir, Ste 3
Dothan, AL 36301-2040
**Date or dates debt was incurred** _Various_
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $284.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1275 Nonpriority creditor's name and mailing address**
Southern Bone & Joint Specialists
1500 Ross Clark Cir
Dothan, AL 36301
**Date or dates debt was incurred** _Various_
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $9,126.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1276 Nonpriority creditor's name and mailing address**
Southern Cancer Center, PC
29653 Anchor Cross Blvd
Daphne, AL 36526
**Date or dates debt was incurred** _Various_
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $51,085.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1277 Nonpriority creditor's name and mailing address**
Southern Orthopaedic Alliance
1720 Springhill Ave
Mobile, AL 36604-1410
**Date or dates debt was incurred** _Various_
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $2,674.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1278 Nonpriority creditor's name and mailing address**
Southern Orthopaedic Surgeons
454 Taylor Rd
Montgomery, AL 36117
**Date or dates debt was incurred** _Various_
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $6,066.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1279** **Nonpriority creditor's name and mailing address**
Southern Orthopedic Specialists Pc
516 Brookwood Blvd, 2nd Fl
Birmingham, AL 35209-6883

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$95.20

---

**3.1280** **Nonpriority creditor's name and mailing address**
Southern Specialty Physicians LLC
1725 Pine St
Montgomery, AL 36106-1109

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$67.40

---

**3.1281** **Nonpriority creditor's name and mailing address**
Southwest Florida Emergency Management Inc
350 7th St N
Naples, FL 34102-5730

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$838.76

---

**3.1282** **Nonpriority creditor's name and mailing address**
Southwest Florida Medicine PLLC
2902 59th St W, Ste C
Bradenton, FL 34209

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,800.91

---

**3.1283** **Nonpriority creditor's name and mailing address**
Southwest Florida Oral & Facial Surg, Pa
8267 College Pkwy
Ft Myers, FL 33919

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,496.00

---

**3.1284** **Nonpriority creditor's name and mailing address**
Southwestern Eye Center, Ltd
4800 N 22nd St
Phoenix, AZ 85016

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$107.63

---

| Part 2: | Additional Page | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** |

**3.1285** | **Nonpriority creditor's name and mailing address**
Spearman Mgmt, Inc
516 Delannoy Ave
Cocoa, FL 32922

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1286** | **Nonpriority creditor's name and mailing address**
Spec House
Parth Complex
Near Swastik Cross Roads
Navarangpura, Ahmedabad 380009
India

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $12,528.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
WIRES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1287** | **Nonpriority creditor's name and mailing address**
Sportsmed Orthopaedic Specialists Pc
4715 Whitesburg SE Dr
Huntsville, AL 35802

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $74.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1288** | **Nonpriority creditor's name and mailing address**
Springhill Diagnostic Radiologists Pc
P.O. Box 91628
Mobile, AL 36691

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $355.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1289** | **Nonpriority creditor's name and mailing address**
Springhill Emergency Physicians
Dept 1060
P.O. Box 2847
Mobile, AL 36652-2847

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $328.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1290** | **Nonpriority creditor's name and mailing address**
Ssm Health Slu Hospital
Anesthesia Physician Billing, LLC
3635 Vista Ave
St Louis, MO 63150-2539

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $1,119.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 721 of 761

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1291** | **Nonpriority creditor's name and mailing address**
Ssm-Sluh Inc
Dba Ssm Health Saint Louis Univ Hosp
3635 Vista Ave
St Louis, MO 63110-2539

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:** $2,731.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1292** | **Nonpriority creditor's name and mailing address**
St Agnes Healthcare, Inc
900 Caton Ave
Baltimore, MD 21229-5201

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:** $37,194.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1293** | **Nonpriority creditor's name and mailing address**
St Joseph Hospital
1 St Joseph Dr
Lexington, KY 40504-3742

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:** $2,705.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1294** | **Nonpriority creditor's name and mailing address**
St Lukes Cornwall Hospital
70 Dubois St
Newburgh, NY 12550-4851

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:** $3,473.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1295** | **Nonpriority creditor's name and mailing address**
St Paul Place Spec
301 St Paul Pl
Baltimore, MD 21202-2102

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:** $338.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1296** | **Nonpriority creditor's name and mailing address**
St Paul Place Spec Inc
301 St Paul Pl
Baltimore, MD 21202-2102

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:** $3,234.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.1297** **Nonpriority creditor's name and mailing address**
St Paul Place Specialists Inc
301 St Paul Pl
Baltimore, MD 21202

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $2,404.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1298** **Nonpriority creditor's name and mailing address**
Staff Care, Inc
P.O. Box 281923
Atlanta, GA 30384-1923

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $174,993.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
SUB-CONTRACTORS TEMPS & STAFF
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1299** **Nonpriority creditor's name and mailing address**
Staples
Dept Det
P.O. Box 83689
Chicago, IL 60696-3689

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $259,262.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
STAPLES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1300** **Nonpriority creditor's name and mailing address**
Staples
P.O. Box 660409
Dallas, TX 75266-0409

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $58.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
STAPLES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1301** **Nonpriority creditor's name and mailing address**
Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $2,970.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
STAPLES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1302** **Nonpriority creditor's name and mailing address**
Staples
P.O. Box 660409
Dallas, TX 75266-0409

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**        $65,542.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
STAPLES HYBRENT
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 723 of 761

**Part 2:**      **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1303** **Nonpriority creditor's name and mailing address**
Staples
P.O. Box 105748
Atlanta, GA 30348

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**   $67,315.37
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
STAPLES HYBRENT
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1304** **Nonpriority creditor's name and mailing address**
State Employees Ins Board
201 S Union St, Ste 200
Montgomery, AL 36130-4900

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**   $5,000,000.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis of claim:**
Off-Site Claims
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1305** **Nonpriority creditor's name and mailing address**
State of Michigan
Michigan Dept of Corrections
206 E Michigan Ave
Lansing, MI 48911

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**   $474.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1306** **Nonpriority creditor's name and mailing address**
Sterling Courier Svcs
1915 Jerry Rd
Lakeland, FL 33805

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**   $12,072.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
DELIVERY SERVICES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1307** **Nonpriority creditor's name and mailing address**
Steven L Mackey Md
Dba Alexander City Derm
1722 Pine St, Ste 400
Montgomery, AL 36106

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**   $2,440.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1308** **Nonpriority creditor's name and mailing address**
Stratus Audio, Inc
P.O. Box 748573
Atlanta, GA 30374

**Date or dates debt was incurred**       Various

**Last 4 digits of account number**      _ _ _ _

**As of the petition filing date, the claim is:**   $20,767.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
LANGUAGE TRANSLATION
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 724 of 761 |

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** |

**3.1309** **Nonpriority creditor's name and mailing address**
Stryker Sales Corp
21343 Network Pl
Chicago, IL 60673-1213

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$47,700.00

---

**3.1310** **Nonpriority creditor's name and mailing address**
STSW, LLC
400 E Pratt St, Ste 900
Baltimore, MD 21202

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$25,000.00

---

**3.1311** **Nonpriority creditor's name and mailing address**
Summit Ambulatory Surgery
25 Crossroads Dr
Owings Mills, MD 21117

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,924.64

---

**3.1312** **Nonpriority creditor's name and mailing address**
Suncoast Medical Equipment
412 NE Park St
Okeechobee, FL 34972

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OXYGEN
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,940.00

---

**3.1313** **Nonpriority creditor's name and mailing address**
Sunrise Facial & Oral Surgery
1325 S Pine St, Ste 102
Melbourne, FL 32901

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$8,448.00

---

**3.1314** **Nonpriority creditor's name and mailing address**
Sunz Ins Solutions, LLC
1301 6th Ave W
Bradenton, FL 34205

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Insurance Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$527,951.39

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1315** **Nonpriority creditor's name and mailing address**
Supplyline Medical
1750 Cedarbridge Ave, Ste 4
Lakewood, NJ 08701

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $3,914.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1316** **Nonpriority creditor's name and mailing address**
Surgcenter of Glen Burnie
308 Hospital Dr
Glen Burnie, MD 21061-5506

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $36,015.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1317** **Nonpriority creditor's name and mailing address**
Surgical Associates of North Alabama, Pc
1405 7th St SE
Decatur, AL 35601

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $6,400.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1318** **Nonpriority creditor's name and mailing address**
Surgical Association of Mobile,PA
3 Mobile Infirmary Cir, Ste 212
Mobile, AL 36607

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $250.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1319** **Nonpriority creditor's name and mailing address**
Surgimon LLC
100 E Carroll St
Salisbury, MD 21801

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $95.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1320** **Nonpriority creditor's name and mailing address**
Survival Flight Inc
13699 County Rd 99
Headland, AL 36345

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**    $221,691.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 726 of 761

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1321** **Nonpriority creditor's name and mailing address**
Swatek Vaughn Bryan
P.O. Box 4292
Montgomery, AL 36103

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Lobbyist Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$30,000.00

---

**3.1322** **Nonpriority creditor's name and mailing address**
Sylacauga Ambulance Service Inc
1601 Talladega Hwy
Sylacauga, AL 35150-1007

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,387.50

---

**3.1323** **Nonpriority creditor's name and mailing address**
Sylacauga Healthcare Auth
Dba Coosa Valley Medical Center
315 W Hickory St
Sylacauga, AL 35150

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,258.85

---

**3.1324** **Nonpriority creditor's name and mailing address**
Synergy Orthopedics LLC
920 Germantown Pike, Ste 210 J
Plymouth Meeting, PA 19462-7401

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$327.67

---

**3.1325** **Nonpriority creditor's name and mailing address**
T'Kayla Travis
c/o Frank & Rice
Attn: Keisha D Rice
325 W Park Ave
Tallahassee, FL 32301-1413

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.1326** **Nonpriority creditor's name and mailing address**
Talx Corp
4076 Paysphere Cir
Chicago, IL 60674

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
HUMAN RESOURCES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$44,579.89

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1327** **Nonpriority creditor's name and mailing address**
Tampa Bay Surgical Group LLP
4051 Upper Creek Dr, Ste 108
Sun City Center, FL 33573

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$401.23

---

**3.1328** **Nonpriority creditor's name and mailing address**
Tampa General Hospital
1 Tampa General Cir
Tampa, FL 33606

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$630.39

---

**3.1329** **Nonpriority creditor's name and mailing address**
Tampa General Hospital - Ambulance
1 Tampa General Cir
Tampa, FL 33606-3571

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,533.43

---

**3.1330** **Nonpriority creditor's name and mailing address**
Tech Care X-Ray (Invoice Only)
2909 Old Bainbridge Rd
Tallahassee, FL 32303

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$48,024.00

---

**3.1331** **Nonpriority creditor's name and mailing address**
Tenet Hosp Limited
Dba The Hosp of Providence Sierra Campus
1625 Medical Center St
El Paso, TX 79902-5005

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,800.48

---

**3.1332** **Nonpriority creditor's name and mailing address**
Tennetech, LLC
4172 Clovercroft Rd
Franklin, TN 37067

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$107,100.00

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 728 of 761

**Part 2:**      **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1333** **Nonpriority creditor's name and mailing address**
Tennetech, LLC
P.O. Box 682646
Franklin, TN 37068

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$23,800.00

**3.1334** **Nonpriority creditor's name and mailing address**
Texas Tech University Health Sciences Ce
4800 Alberta Ave
El Paso, TX 79905-2709

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$59.84

**3.1335** **Nonpriority creditor's name and mailing address**
Texas Tech University Health Sciences Center
10 Mcgregor Rand Rd
Chaparral, NM 88081-7753

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$700.17

**3.1336** **Nonpriority creditor's name and mailing address**
The Abolitionist Law Center
P.O. Box 23032
Pittsburgh, PA 15222

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$55,555.55

**3.1337** **Nonpriority creditor's name and mailing address**
The Centers For Advanced Orthopaedics
13 Western Maryland Pkwy, Ste 104
Hagerstown, MD 21740

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,765.18

**3.1338** **Nonpriority creditor's name and mailing address**
The Centers For Advanced Orthopaedics
200 Hospital Dr, Fl 2nd
Glen Burnie, MD 21061-5884

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,867.11

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1339**  **Nonpriority creditor's name and mailing address**
The Council of Southeast Parecovery Walk
4459 W Swamp Rd
Doylestown, PA 18902

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**  $3,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
DONTATION
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1340**  **Nonpriority creditor's name and mailing address**
The Curators of the University of MO
c/o Stueve Siegel Hanson, LLP
Attn: Patrick Stueve, Ethan Lange, Jordan Kane
460 Nichols Rd
Kansas City, MO 64112

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1341**  **Nonpriority creditor's name and mailing address**
The Curators of the University of MO
c/o Stueve Siegel Hanson, LLP
Attn: Patrick Stueve, Ethan Lange, Jordan Kane
460 Nichols Rd
Kansas City, MO 64112

**Date or dates debt was incurred**

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**  Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1342**  **Nonpriority creditor's name and mailing address**
The Eye Center Surgeons And Associates LLC
401 Meridian St, Ste 200
Huntsville, AL 35801

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**  $364.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1343**  **Nonpriority creditor's name and mailing address**
The Health Care Authority For Baptist Health
273 Winton M Blount Loop
Montgomery, AL 36117

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**  $6,316.19
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1344**  **Nonpriority creditor's name and mailing address**
The Health Care Authority For Baptist Health
645 Mcqueen Smith Rd N
Prattville, AL 36066-7288

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**  $528.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1345**   **Nonpriority creditor's name and mailing address**
The Home Depot Pro
P.O.Box 404468
Atlanta, GA 30384-4468

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**   $1,546.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REPAIRS MAINTENANCE & OTHER
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1346**   **Nonpriority creditor's name and mailing address**
The Hughston Clinic, Pc
4294 Lomac St
Montgomery, AL 36106-3604

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**   $4,832.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1347**   **Nonpriority creditor's name and mailing address**
The Okeechobee County Sheriff Office
Attn: Samantha Shaw
504 NW 4th St
Okeechobee, FL 34972

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**   $1,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
DONTATION
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1348**   **Nonpriority creditor's name and mailing address**
The Orthopaedic Center
P.O. Box 11407
Dept 8125
Birmingham, AL 35246-8125

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**   $9,591.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1349**   **Nonpriority creditor's name and mailing address**
The Rayna Corp
9450 SW Gemini Dr, Unit 80161
Beaverton, OR 97008

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**   $117.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL CLAIMS
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1350**   **Nonpriority creditor's name and mailing address**
The Rehab Office Inc
2908 Tantallon Dr SE
Owens Cross Roads, AL 35763-5306

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**   $1,266.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1351 Nonpriority creditor's name and mailing address**
The Toomey Law Firm LLC
1625 Hendry St, Ste 203
Ft Myers, FL 33901

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $512.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2015
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1352 Nonpriority creditor's name and mailing address**
The Toomey Law Firm LLC
1625 Hendry St, Ste 203
Ft Myers, FL 33901

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $369.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2016
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1353 Nonpriority creditor's name and mailing address**
The Toomey Law Firm LLC
1625 Hendry St, Ste 203
Ft Myers, FL 33901

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $2,086.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1354 Nonpriority creditor's name and mailing address**
The Toomey Law Firm LLC
1625 Hendry St, Ste 203
Ft Myers, FL 33901

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $4,809.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2026
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1355 Nonpriority creditor's name and mailing address**
The Toomey Law Firm LLC
1625 Hendry St, Ste 203
Ft Myers, FL 33901

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $4,597.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1356 Nonpriority creditor's name and mailing address**
The Vogel Group, LLC
15405 John Marshall Hwy
Haymarket, VA 20169

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     _ _ _ _

**As of the petition filing date, the claim is:** $40,118.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Independent Contractor Pymnts
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1357** **Nonpriority creditor's name and mailing address**
Think Patented
2490 Crosspointe Dr
Miamisburgh, OH 45342

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $45,111.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
GENERAL SUPPLIES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1358** **Nonpriority creditor's name and mailing address**
Thomson Reuters (Tax & Accounting) Inc
P.O. Box 71687
Chicago, IL 60694-1687

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $23,758.56
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1359** **Nonpriority creditor's name and mailing address**
Thomson Reuters (Tax & Accounting) Inc
P.O. Box 6016
Carol Stream, IL 60197-6016

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $67,315.66
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TAXES AND SIMILAR FEES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1360** **Nonpriority creditor's name and mailing address**
Three Crosses Regional Hosp Phys
2560 Samaritan Dr
Las Cruces, NM 88001

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $180.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1361** **Nonpriority creditor's name and mailing address**
Three Crosses Regional Hospital
2560 Samaritan Dr
Las Cruces, NM 88001

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $15,292.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1362** **Nonpriority creditor's name and mailing address**
Tidalhealth Peninsula Regional
100 E Carroll St
Salisbury, MD 21801

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $1,161,484.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1363** **Nonpriority creditor's name and mailing address**
Tidalhealth Specialty Care
100 E Carroll St
Salisbury, MD 21801-5422
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $121.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1364** **Nonpriority creditor's name and mailing address**
Tidalhealth Specialty Care, LLC
100 E Carroll St
Salisbury, MD 21801-5422
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $64,482.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1365** **Nonpriority creditor's name and mailing address**
Timi Pharmaceuticals Inc
Attn: Idayat Adewunmi
6555 Greene St
Philadelphia, PA 19119
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $316,189.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
PHARMACY
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1366** **Nonpriority creditor's name and mailing address**
Titanium Defense Group LLC
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $2,775.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1367** **Nonpriority creditor's name and mailing address**
Total Gastroenterology Pa
7441 US Hwy 27 N
Sebring, FL 33870
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $3,651.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1368** **Nonpriority creditor's name and mailing address**
Towers Watson Delaware Inc
Lockbox 28025
28025 Network Pl
Chicago, IL 60673-1280
**Date or dates debt was incurred** Various
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $14,400.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Insurance Payments
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**        **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1369** | **Nonpriority creditor's name and mailing address**
Town of Clayton Rescue Squad
P.O. Box 601
Clayton, AL 36016

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,946.69

---

**3.1370** | **Nonpriority creditor's name and mailing address**
Tranqui Surgical Pc
707 W Market St, Ste C
Athens, AL 35611-2463

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$372.49

---

**3.1371** | **Nonpriority creditor's name and mailing address**
Trauma Surgery Associates
6507 Deer Pointe Dr
Salisbury, MD 21804

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$934.78

---

**3.1372** | **Nonpriority creditor's name and mailing address**
Treasurer - State of New Jersey
NJDEP
Division of Revenue
Trenton, NJ 08646-0417

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
REGULATORY FEES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$255.00

---

**3.1373** | **Nonpriority creditor's name and mailing address**
Tri City Hospital
411 W Randolph Rd
Hopewell, VA 23860

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,670.54

---

**3.1374** | **Nonpriority creditor's name and mailing address**
Tri-Star Electronics Recycling
170 E Main St, Ste D 254
Hendersonville, TN 37075

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**        _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$3,003.00

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1375** **Nonpriority creditor's name and mailing address**
Trident, Symphony Diagnostic Services No1
101 Rock Rd
Horsham, PA 19044

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$561,608.00

---

**3.1376** **Nonpriority creditor's name and mailing address**
Trinity Emergency Physician
3690 Grandview Pkwy
Birmingham, AL 35243-3326

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$41.39

---

**3.1377** **Nonpriority creditor's name and mailing address**
Tristate Surgeons LLC
11110 Medical Campus Rd, Ste 127
Hagerstown, MD 21742-6799

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,380.50

---

**3.1378** **Nonpriority creditor's name and mailing address**
Troy Regional Medical Center Phys
1330 Hwy 231 S
Troy, AL 36081

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$470.71

---

**3.1379** **Nonpriority creditor's name and mailing address**
Truepartners Lakewood Inpatient Specialist
206 2nd St E
Bradenton, FL 34208-1042

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,702.85

---

**3.1380** **Nonpriority creditor's name and mailing address**
Truepartners Manatee Emer Spec
206 2nd St E
Bradenton, FL 34208-1000

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,044.69

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 736 of 761

| Part 2: | Additional Page | |
|---|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1381** **Nonpriority creditor's name and mailing address**
Tuscaloosa Ear Nose And Throat
1300 Mcfarland Blvd NE, Ste 150
Tuscaloosa, AL 35406-2283

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $394.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1382** **Nonpriority creditor's name and mailing address**
Tuscaloosa Lung & Sleep Consultants
701 University Blvd E, Ste 711
Tuscaloosa, AL 35401-7433

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $9,315.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1383** **Nonpriority creditor's name and mailing address**
Tvpg LLC
Dba Tria Vision
2010 Patton Chapel Rd, Ste 101
Birmingham, AL 35216-5783

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $2,298.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1384** **Nonpriority creditor's name and mailing address**
Twin Med, LLC
P.O. Box 847340
Los Angeles, CA 90084-7340

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $555,911.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TWIN MED
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1385** **Nonpriority creditor's name and mailing address**
U of L Monitoring Svcs School of DTS
501 S Preston St, Rm 321
Louisville, KY 40292

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $225.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1386** **Nonpriority creditor's name and mailing address**
U S Anesthesia Partners of Florida Inc
Dba Jlr Anesthesia Assoc
851 Trafalgar Ct, Ste 200E
Maitland, FL 32751-4132

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   $1,886.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1387** **Nonpriority creditor's name and mailing address**
Uab Hoover Oral Maxillofacial Surgery
619 19th St S
Birmingham, AL 35249
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $144.64
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1388** **Nonpriority creditor's name and mailing address**
Uahsf Orthotic
1201 11th Ave S
Birmingham, AL 35205-3410
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $424.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1389** **Nonpriority creditor's name and mailing address**
Uk College of Dentistry
740 S Limestone St
Lexington, KY 40536-0284
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $975.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1390** **Nonpriority creditor's name and mailing address**
Uk College of Dentistry
770 Rose St, Rm D104
Lexington, KY 40536-0297
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $6,090.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1391** **Nonpriority creditor's name and mailing address**
Uk Healthcare Hospitals
Lock Box 951326
Cleveland, OH 44193
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $260,569.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1392** **Nonpriority creditor's name and mailing address**
Ulp Anesthesiology
530 S Jackson St
Louisville, KY 40202-1675
**Date or dates debt was incurred**    Various
**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $3,760.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1393** **Nonpriority creditor's name and mailing address**
Ulp Cardiology
401 E Chestnut St, Ste 310
Louisville, KY 40202-5700
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,744.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1394** **Nonpriority creditor's name and mailing address**
Ulp Emergency Medicine
530 S Jackson St
Louisville, KY 40202-1675
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $11,928.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1395** **Nonpriority creditor's name and mailing address**
Ulp Ent
401 E Chestnut St
Louisville, KY 40202-5700
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,085.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1396** **Nonpriority creditor's name and mailing address**
Ulp Eye Specialists
125 W S St, Ste 1785
Indianapolis, IN 46206-1785
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $79.04
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1397** **Nonpriority creditor's name and mailing address**
Ulp General Surgery
401 E Chestnut St
Louisville, KY 40202-5700
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $42.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1398** **Nonpriority creditor's name and mailing address**
Ulp Gynecology
4331 Churchman Ave
Louisville, KY 40215-1164
**Date or dates debt was incurred** Various
**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $498.95
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1399** **Nonpriority creditor's name and mailing address**
Ulp Infectious Disease
310 W Liberty, Ste 600
Louisville, KY 40202
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $166.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1400** **Nonpriority creditor's name and mailing address**
Ulp Maternal Fetal Medicine
401E Chestnut St
Louisville, KY 40202-5700
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $42.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1401** **Nonpriority creditor's name and mailing address**
Ulp Neurology Adult
401 E Chestnut St
Louisville, KY 40202-5700
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $1,036.79
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1402** **Nonpriority creditor's name and mailing address**
Ulp Neurosurgical Group
2401 Terra Crossing Blvd
Louisville, KY 40245-5395
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $90.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1403** **Nonpriority creditor's name and mailing address**
Ulp Np Group
530 S Jackson St
Louisville, KY 40202-1675
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $186.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1404** **Nonpriority creditor's name and mailing address**
Ulp Oncology
7752 Solution Ctr
Chicago, IL 60677-7007
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $42.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1405** **Nonpriority creditor's name and mailing address**
Ulp Orthopedics
225 Abraham Flexner Way
Louisville, KY 40202-1882

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**    $465.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1406** **Nonpriority creditor's name and mailing address**
Ulp Pathology
200 Abraham Flexner Way
Louisville, KY 40202-2877

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**    $4,794.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1407** **Nonpriority creditor's name and mailing address**
Ulp Plastic Surgery
401 E Chestnut St
Louisville, KY 40202

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**    $2,085.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1408** **Nonpriority creditor's name and mailing address**
Ulp Pulmonary
P.O. Box 950286
Louisville, KY 40295-0286

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**    $74.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1409** **Nonpriority creditor's name and mailing address**
Ulp Radiological Associates
310 W Liberty, Ste 600
Louisville, KY 40202-3043

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**    $4,593.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1410** **Nonpriority creditor's name and mailing address**
Ulp Thoracic Surgery
530 S Jackson St
Louisville, KY 40202-1675

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**    $74.05
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1411** | **Nonpriority creditor's name and mailing address**
Ulp Urology
401 E Chestnut St
Louisville, KY 40202-5700

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $776.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1412** | **Nonpriority creditor's name and mailing address**
Ultimate Software Group Inc
P.O. Box 930953
Atlanta, GA 31193-0953

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $285,340.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1413** | **Nonpriority creditor's name and mailing address**
Umiami Medicine - Ophthalmology
900 NW 17th St
Miami, FL 33136-1119

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $551.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1414** | **Nonpriority creditor's name and mailing address**
Umms - Dimensions Health Corp
Univ of Maryland Capital Region
901 N Harry S Truman Dr
Upper Marlboro, MD 20774-5477

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $116,413.46
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1415** | **Nonpriority creditor's name and mailing address**
Umms - Maryland General Hospital
827 Linden Ave
Baltimore, MD 21201

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $436.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1416** | **Nonpriority creditor's name and mailing address**
Umms - University of Maryland
Medical Center, LLC
22 S Greene St
Baltimore, MD 21201

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**   $173,041.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:     Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1417** **Nonpriority creditor's name and mailing address**
Union Springs Telephone Comp
P.O. Box 272
Union Springs, AL 36089-0000
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $458.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1418** **Nonpriority creditor's name and mailing address**
United Uniforms USA
4620 2nd Ave
Brooklyn, NY 11232
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $10,108.22
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1419** **Nonpriority creditor's name and mailing address**
United Way West Ellis County
2220 Bryan Pl, Ste 4
Midlothian, TX 76065
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $1,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1420** **Nonpriority creditor's name and mailing address**
Uniti Fiber
P.O. Box 845081
Dallas, TX 75284-5081
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $3,158.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1421** **Nonpriority creditor's name and mailing address**
Univ of Louisville School of Denistry
501 S Preston St
Louisville, KY 40202
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $1,068.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1422** **Nonpriority creditor's name and mailing address**
University Medical Center of El Paso
P.O. Box 202479
Dallas, TX 75320-2479
**Date or dates debt was incurred**     Various
**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**     $27.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1423** **Nonpriority creditor's name and mailing address**
University Medical Center Phys
850 Peter Byce Blvd
Tuscaloosa, AL 35401-7419

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$29,721.29

---

**3.1424** **Nonpriority creditor's name and mailing address**
University of Alabama
Health Services Foundation
619 19th St S
Birmingham, AL 35233

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$903,881.90

---

**3.1425** **Nonpriority creditor's name and mailing address**
University of Alabama
Ophthamology Services Foundation
700 18th St S, Ste 601
Birmingham, AL 35233

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$66,328.61

---

**3.1426** **Nonpriority creditor's name and mailing address**
University of Alabama At Birmingham
801 5th Ave S, Rm 251
Birmingham, AL 35233

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$213,436.84

---

**3.1427** **Nonpriority creditor's name and mailing address**
University of Florida Jacksonville Physicians
P.O. Box 746872
Atlanta, GA 30374-6872

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$581.84

---

**3.1428** **Nonpriority creditor's name and mailing address**
University of Kentucky Physicians
P.O. Box 3107
Lexington, KY 40588

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,392.75

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1429** **Nonpriority creditor's name and mailing address**
University of Louisville Research Foundation
Dba 550 Clinic
2215 S Brook St
Louisville, KY 40208

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $6,300.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1430** **Nonpriority creditor's name and mailing address**
University of Maryland
Capital Region Hlth Med Grp
7240 Parkway Dr, Ste 350
Hanover, MD 21076

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $1,504.58
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1431** **Nonpriority creditor's name and mailing address**
University of Maryland
Community Medical Group, Inc
920 Elkridge Landing Rd, 4th Fl
Linthicum Heights, MD 21090-2917

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $300.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1432** **Nonpriority creditor's name and mailing address**
University of Maryland
Oral Maxillofacial Surgery Assoc Pa
650 W Baltimore St, Ste 1401
Baltimore, MD 21201-1510

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $8,906.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1433** **Nonpriority creditor's name and mailing address**
University of Maryland Baltimore
Washington Heart Associates
7845 Oakwood Rd, Ste 106
Glen Burnie, MD 21061-4256

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $3,703.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1434** **Nonpriority creditor's name and mailing address**
University of Maryland School of Denistry
650 W Baltimore St, Rm 5201
Baltimore, MD 21201

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**   $259.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1435** **Nonpriority creditor's name and mailing address**
University of MD Faculty Physicians, Inc
c/o Gallagher, LLP
Attn: Thomas C Dame
650 S Exeter St, Ste 1200
Baltimore, MD 21202

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

**3.1436** **Nonpriority creditor's name and mailing address**
University of South Alabama
Health Care Authority
3290 Dauphin St
Mobile, AL 36606

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $744.41

---

**3.1437** **Nonpriority creditor's name and mailing address**
Unm Medical Group, Inc
2301 Yale Blvd SE, Bldg E
Albuquerque, NM 87106

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $332.45

---

**3.1438** **Nonpriority creditor's name and mailing address**
Upmc - Wmhs Specialty Services
900 Seton Dr
Cumberland, MD 21502-1854

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $30,680.40

---

**3.1439** **Nonpriority creditor's name and mailing address**
Upmc Altoona Phys
620 Howard Ave
Altoona, PA 16601-4804

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $39.83

---

**3.1440** **Nonpriority creditor's name and mailing address**
Upmc Wm Inpatient
12500 Willowbrook Rd
Cumberland, MD 21502-6393

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $391.41

---

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1441** **Nonpriority creditor's name and mailing address**
Upper Chesapeake Emergency
7240 Parkway Dr, Ste 350
Hanover, MD 21076

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$189.33

**3.1442** **Nonpriority creditor's name and mailing address**
UPS (Automated Inv Upload)
P.O. Box 809488
Chicago, IL 60680-9488

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
SHIPPING
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,103.27

**3.1443** **Nonpriority creditor's name and mailing address**
Urologic Specialists of Central Florida, PLLC
2311 State Rd 524
Cocoa, FL 32926-5896

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$485.46

**3.1444** **Nonpriority creditor's name and mailing address**
Urology Assoc of Mobile
168 Mobile Infirmary Blvd
Mobile, AL 36607

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,514.95

**3.1445** **Nonpriority creditor's name and mailing address**
Urology Centers of Alabama Pc
3485 Independence Dr
Birmingham, AL 35209

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$20,860.69

**3.1446** **Nonpriority creditor's name and mailing address**
Urology Clinic of South Alabama LLC
215 Medical Park Dr, Ste 2
Andalusia, AL 36420

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,837.79

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1447** **Nonpriority creditor's name and mailing address**
Urology Specialists Pc
4704 Whitesburg Dr, Ste 100
Huntsville, AL 35802

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$296.02

---

**3.1448** **Nonpriority creditor's name and mailing address**
Usa Children And Women Physician
P.O. Box 40010
Mobile, AL 36640

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$408.00

---

**3.1449** **Nonpriority creditor's name and mailing address**
Usa Health Anesthesia Billing
P.O. Box 40787
Mobile, AL 36640-0787

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,441.94

---

**3.1450** **Nonpriority creditor's name and mailing address**
Usa Health Community Providers LLC
6701 Airport Blvd
Mobile, AL 36608-3764

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$301.16

---

**3.1451** **Nonpriority creditor's name and mailing address**
Usa Health Mci Business Services, LLC
P.O. Box 40098
Mobile, AL 36640

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$602.99

---

**3.1452** **Nonpriority creditor's name and mailing address**
Usa Health Physician Billing
2451 University Hospital Dr, Mastin 102
Mobile, AL 36617

**Date or dates debt was incurred** _Various_

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$68,816.01

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1453** **Nonpriority creditor's name and mailing address**
Usa Medical Center Physician Group
P.O. Box 40010
Mobile, AL 36640

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $544.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1454** **Nonpriority creditor's name and mailing address**
Usacs Intergrated Acute Svccs of Maryland LLC
2000 W Baltimore St
Baltimore, MD 21223

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $21,896.25
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1455** **Nonpriority creditor's name and mailing address**
Ut Oms Specialty Dental Services, PLLC
Dba, Precision Oral Surg & Implant Ctr
210 Executive Center Pkwys
Fredericksburg, VA 23832-2240

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $5,178.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1456** **Nonpriority creditor's name and mailing address**
Valley Regional Enterprises, Inc
Dba Valley Medical Transport
190 Prosperity Dr, Ste 4
Winchester, VA 22602

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $1,482.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1457** **Nonpriority creditor's name and mailing address**
Valley Vascular Consultants Pc
201 Sivley Rd, Ste 530
Huntsville, AL 35801

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $433.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1458** **Nonpriority creditor's name and mailing address**
Vascular Associates of South Alabama
1551 Old Shell Rd
Mobile, AL 36604

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**    $258.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.1459** | **Nonpriority creditor's name and mailing address**
Vascular Specialty Services Inc
301 St Paul Pl, 5th Fl
Baltimore, MD 21202-2102

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $33.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1460** | **Nonpriority creditor's name and mailing address**
Vaughan Physician Practices LLC
200 Vaughan Memorial Dr
Selma, AL 36701

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $459.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1461** | **Nonpriority creditor's name and mailing address**
Vcu Health System
Dba Med College of Va
1250 E Marshall St
Main 2-116
Richmond, VA 23298-0510

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $158,228.69
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1462** | **Nonpriority creditor's name and mailing address**
Vcu Oral Facial Surgery And Services LLC
520 N 12th St
Richmond, VA 23298-5064

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $9,608.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1463** | **Nonpriority creditor's name and mailing address**
Venture Respiratory, Inc
1205 Mcdonald Ave
Brooklyn, NY 11230-3320

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $1,500.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MEDICAL SUPPLIES
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**3.1464** | **Nonpriority creditor's name and mailing address**
Veracyte Labs Sd
6925 Lusk Blvd
San Diego, CA 92121

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:** $16,155.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

**Part 2:**     Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1465** **Nonpriority creditor's name and mailing address**
Veracyte, Inc
7000 Shoreline Ct, Ste 250
S San Francisco, CA 94080
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $5,961.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1466** **Nonpriority creditor's name and mailing address**
Verizon
P.O. Box 28007
Lehigh Valley, PA 18002-8007
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $7,069.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1467** **Nonpriority creditor's name and mailing address**
Verizon
P.O. Box 660108
Dallas, TX 75266-0108
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $8,300.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1468** **Nonpriority creditor's name and mailing address**
Viera Hospital
3300 Fiske Blvd
Rockledge, FL 32955
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $7,595.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1469** **Nonpriority creditor's name and mailing address**
Vincentian Physician Services LLC
50 Medical Park Dr E
Birmingham, AL 35235-3401
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $355.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1470** **Nonpriority creditor's name and mailing address**
Virginia Oral & Facial Surgery
11545 A Nuckols Rd
Glen Allen, VA 23059
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**          $50.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1471** | **Nonpriority creditor's name and mailing address**
Virtual Radiologic Professionals
11995 Singletree Ln, Ste 500
Eden Prairie, MN 55344

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$364.90

---

**3.1472** | **Nonpriority creditor's name and mailing address**
Visual Edge It
P.O. Box 11769
Newark, NJ 07101-4769

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,005.38

---

**3.1473** | **Nonpriority creditor's name and mailing address**
Vital Records Control
Dept 5874
P.O. Box 11407
Birmingham, AL 35246-5874

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OFF SITE STORAGE
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$4,198.82

---

**3.1474** | **Nonpriority creditor's name and mailing address**
Volunteer Fire Co of Halfway
11114 Lincoln Ave
Hagerstown, MD 21740-7514

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,553.10

---

**3.1475** | **Nonpriority creditor's name and mailing address**
Voyager Physical Therapy Inc
4436 Vicksburg Dr
Birmingham, AL 35210

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$35,031.16

---

**3.1476** | **Nonpriority creditor's name and mailing address**
Vulcan Imaging Associates
2204 Lakeshore Dr, Ste 140
Birmingham, AL 35209

**Date or dates debt was incurred** _____Various_____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$5,282.72

---

**Part 2:**     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1477** **Nonpriority creditor's name and mailing address**
W Florida Cardiology Network
6006 49th St N, Ste 200
St Petersburg, FL 33709-2148

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**    $309.08
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1478** **Nonpriority creditor's name and mailing address**
Washington Hospital Center
110 Irving St NW
Washington, DC 20010-2975

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**    $82.51
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1479** **Nonpriority creditor's name and mailing address**
Washington Hospital Center Physician
110 Irving St NW
Washington, DC 20010-2975

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**    $922.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1480** **Nonpriority creditor's name and mailing address**
Wawayanda Emergency Medical Services Town Of
80 Ridgebury Hill Rd
Slate Hill, NY 10973

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**    $547.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1481** **Nonpriority creditor's name and mailing address**
Wendy Post
c/o Zipin, Amster & Greenberg, LLC
Attn: Edith Thomas
8757 Georgia Ave, Unit 400
Silver Spring, MD 20910

**Date or dates debt was incurred**

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**    Undetermined
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.1482** **Nonpriority creditor's name and mailing address**
West Al Surgical Associates
3901 Greensboro Ave
Tuscaloosa, AL 35405

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**    $967.71
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

---

**Part 2:**     Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1483  Nonpriority creditor's name and mailing address**
West Al Vascular Surgery
3901 Greensboro Ave
Tuscaloosa, AL 35405-3770

**Date or dates debt was incurred**         Various

**Last 4 digits of account number**         _ _ _ _

**As of the petition filing date, the claim is:**     $2,181.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1484  Nonpriority creditor's name and mailing address**
West Alabama Infectious Disease
3901 Greensboro Ave
Tuscaloosa, AL 35405

**Date or dates debt was incurred**         Various

**Last 4 digits of account number**         _ _ _ _

**As of the petition filing date, the claim is:**     $716.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1485  Nonpriority creditor's name and mailing address**
West Alabama Palliative Care Services, LLC
3901 Greensboro Ave, Ste A
Tuscaloosa, AL 35405

**Date or dates debt was incurred**         Various

**Last 4 digits of account number**         _ _ _ _

**As of the petition filing date, the claim is:**     $382.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1486  Nonpriority creditor's name and mailing address**
West Alabama Phys Assoc, LLC
Dba West Alabama Urology Assoc
1820 Rice Mine Rd, Ste 200
Tuscaloosa, AL 35406-3282

**Date or dates debt was incurred**         Various

**Last 4 digits of account number**         _ _ _ _

**As of the petition filing date, the claim is:**     $6,118.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1487  Nonpriority creditor's name and mailing address**
West Alabama Physician Associates LLC
Dba West Alabama Trauma Services
701 University Blvd E, Ste 604
Tuscaloosa, AL 35401

**Date or dates debt was incurred**         Various

**Last 4 digits of account number**         _ _ _ _

**As of the petition filing date, the claim is:**     $594.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**3.1488  Nonpriority creditor's name and mailing address**
West Fl Physicians Network
2020 59th St W
Bradenton, FL 34209

**Date or dates debt was incurred**         Various

**Last 4 digits of account number**         _ _ _ _

**As of the petition filing date, the claim is:**     $6,510.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1489** | **Nonpriority creditor's name and mailing address**
West Florida Trauma Network, LLC
P.O. Box 741661
Atlanta, GA 30374

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$376.51

**3.1490** | **Nonpriority creditor's name and mailing address**
Westchester Healthcare Corp Phys
100 Woods Rd
Valhalla, NY 10595

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$72.00

**3.1491** | **Nonpriority creditor's name and mailing address**
Westchester Medical Center
100 Woods Rd
Valhalla, NY 10595

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$12,262.15

**3.1492** | **Nonpriority creditor's name and mailing address**
Western Maryland
Regional Medical Center (Invoice)
12500 Willowbrook Rd
Cumberland, MD 21502

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$314.01

**3.1493** | **Nonpriority creditor's name and mailing address**
Western Maryland Outpatient Diagnostic Center
12400 Willowbrook Rd
Cumberland, MD 21502-2559

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$480.58

**3.1494** | **Nonpriority creditor's name and mailing address**
Weston County Health Services
1124 Washington Blvd
Newcastle, WY 82701-2972

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$546.32

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 755 of 761

**Part 2:**     **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1495** | **Nonpriority creditor's name and mailing address**
Wh Services Atmore LLLC
402 Medical Park Dr
Atmore, AL 36502

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,377.39

---

**3.1496** | **Nonpriority creditor's name and mailing address**
Wicker Smith O'Hara Mccoy & Ford, PA
17901 Old Cutler Rd, Ste 320
Palmetto Bay, FL 33157

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2021
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$22,783.00

---

**3.1497** | **Nonpriority creditor's name and mailing address**
Wicker Smith O'Hara Mccoy & Ford, PA
17901 Old Cutler Rd, Ste 320
Palmetto Bay, FL 33157

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$9,312.80

---

**3.1498** | **Nonpriority creditor's name and mailing address**
Wicker Smith O'Hara Mccoy & Ford, PA
17901 Old Cutler Rd, Ste 320
Palmetto Bay, FL 33157

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING
PROFESSIONAL
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$28,997.76

---

**3.1499** | **Nonpriority creditor's name and mailing address**
William Kunkle
c/o Mattox Law Firm
Attn: Marie A Mattox
203 N Gadsden St
Tallahassee, FL 32301-7637

**Date or dates debt was incurred**

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Litigation
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$62,500.00

---

**3.1500** | **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**          Various

**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Med Mal 2018
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,224.50

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| **Part 2:** Additional Page | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.1501** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2020
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,602.00

---

**3.1502** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2021
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$601.42

---

**3.1503** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2022
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$1,210.50

---

**3.1504** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2023
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$2,332.50

---

**3.1505** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2024
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$49,371.50

---

**3.1506** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     — — — —

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
MED MAL 2025
**Is the claim subject to offset?**
☑ No.
☐ Yes.

$16,676.50

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1507** **Nonpriority creditor's name and mailing address**
Williams, Porter, Day & Neville, PC
159 N Wolcott, Ste 400
Casper, WY 82601
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $8,921.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
NON-RESTRUCTURING PROFESSIONAL
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1508** **Nonpriority creditor's name and mailing address**
Williamsport Vf Ems Co Inc
P.O. Box 455
Slippery Rock, PA 16057-2162
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $2,047.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1509** **Nonpriority creditor's name and mailing address**
Wilson Anesthesia Services, LLC
820 W Washington St
Eufaula, AL 36027-1822
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $151.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1510** **Nonpriority creditor's name and mailing address**
Women's Business Enterprise
P.O. Box 418391
Boston, MA 02241-8391
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $6,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
OTHER OPERATING
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1511** **Nonpriority creditor's name and mailing address**
Workday, Inc
P.O. Box 886106
Los Angeles, CA 90088-6106
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $110,584.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
TECHNOLOGY & SOFTWARE
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**3.1512** **Nonpriority creditor's name and mailing address**
Wow! Business
P.O. Box 4350
Carol Stream, IL 60197-4350
**Date or dates debt was incurred**          Various
**Last 4 digits of account number**          _ _ _ _

**As of the petition filing date, the claim is:**          $1,835.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
UTILITIES
**Is the claim subject to offset?**
☒ No.
☐ Yes.

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1513 | **Nonpriority creditor's name and mailing address**<br>Zipin, Amster & Greenberg LLC<br>8757 Georgia Ave, Ste 400<br>Silver Spring, MD 20910<br>**Date or dates debt was incurred**    Various<br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>NON-RESTRUCTURING PROFESSIONAL<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $22,500.00 |
| 3.1514 | **Nonpriority creditor's name and mailing address**<br>Zoll Lifecor Corp<br>P.O. Box 644321<br>Pittsburgh, PA 15264-4321<br>**Date or dates debt was incurred**    Various<br>**Last 4 digits of account number**    _ _ _ _ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade Payable<br>**Is the claim subject to offset?**<br>☒ No.<br>☐ Yes. | $21,377.60 |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.2 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.3 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.6 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.8 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.12 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.13 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.14 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.15 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.16 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.17 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.18 _____ | Line ____ <br> ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.19 _____ | Line ____ <br> ☐ Not listed. Explain | _ _ _ _ |

Debtor   YesCare Co...   *(Name if known)*   ...

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a |  | $10,148,196.45 |
| 5.b **Total claims from Part 2.** | 5b | + | $56,956,117.95 |
| 5.c **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c | 5c | + | $67,104,314.40 |

**Fill in this information to identify the case:**

Debtor name: **YesCare Corp.**

United States Bankruptcy Court for the **MIDDLE** Division, District of **FLORIDA**

Case number (If known): **26-01089-FMR**

☐ **Check if this is an amended filing**

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Management Services Agreement dated 3/6/2025 | Adar Management LLC<br>205 Powell Pl<br>Brentwood, TN 35901 |
| | **State the term remaining** | 3/6/2025-3/5/2055 | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | Airgas USA, LLC<br>3223 N Elston Ave<br>Chicago, IL 60618 |
| | **State the term remaining** | 4/24/2026-4/23/2027 | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement dated 1/1/2026 | AK Strategies LLC<br>1906 Wedgewood Ave, Ste 201<br>Nashville, TN 37212 |
| | **State the term remaining** | 1/1/2026-12/31/2026 | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Locum Tenens Vendor Service Agreement | Alumni Staffing, LLC<br>750 Rte 202, Ste 300<br>Bridgewater, NJ 84049 |
| | **State the term remaining** | 4/1/2026-3/31/2027 | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement ated June 1, 2024 (contracting entity is 14903536 Canada, Inc.) | Arushi Bhatt<br>Address Redacted |
| | **State the term remaining** | Perpetual until terminated on 30 days notice | |
| | **List the contract number of any government contract** | | |
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement | Bill Cameron & Associates Consulting, Inc<br>15201 Hoolihan Ln<br>N Ft Myers, FL 11219 |
| | **State the term remaining** | 12/1/2025-11/30/2026 | |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | Managed Services Agrement dated 4/28/2022 | Careerstaff Unlimited, LLC<br>6333 N State Hwy 161, Ste 100<br>Irving, TX 75038 |
| | **State the term remaining** | 4/28/2026-4/27/2027 | |
| | **List the contract number of any government contract** | | |

Official Form 206G              **Schedule G: Executory Contracts and Unexpired Leases**              Page 1 of 8


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | | CE Broker<br>525 3rd St N, Unit 105<br>Jacksonville, FL 46206-0068 |
| | **State the term remaining** | 7/1/2025-6/30/2026 | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Relationship Agreement dated December 21, 2023. Contract No.: MRA202410072752 | Change Healthcare Solutions LLC<br>1100 Optum Cir<br>Eden Prarie, MN 55344 |
| | **State the term remaining** | 12/21/2023 - 12/20/2028 | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Pharmacy Services Agreement (Jails) & Pharmacy Services Agreement (AL DOC) | Clinical Solutions Pharmacy LLC<br>416 Mary Lindsay Polk Dr, Ste 515<br>Franklin, TN 37067 |
| | **State the term remaining** | 5/1/2025-4/30/2030 | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | Master License & Services Agreement dated July 1, 2023 | Cognizant Trizetto Software Group, Inc<br>Glenpointe Centre W<br>300 Frank W Burr Blvd, 6th Fl, Ste 36<br>Teaneck, NJ 07666 |
| | **State the term remaining** | 7/1/2023 - 6/30/2028 | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Water Testing Services Agreement dated July 12, 2024 | CompHealth Inc<br>1550 W Rosedale St, Ste 820<br>Ft Worth, TX 76104 |
| | **State the term remaining** | 9/1/2025-8/30/2026 | |
| | **List the contract number of any government contract** | | |
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement & SOW | ComplianceLine, Inc<br>8615 Cliff Cameron Dr, Ste 290<br>Charlotte, NC 28269 |
| | **State the term remaining** | 11/1/2025-10/31/2026 | |
| | **List the contract number of any government contract** | | |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Engagement Letter dated 8/14/2023 | Consilio, LLC<br>1828 L St NW, Ste 1070<br>Washington, DC 48864 |
| | **State the term remaining** | perpetual until terminated on 30 days notice | |
| | **List the contract number of any government contract** | | |
| **2.15** | **State what the contract or lease is for and the nature of the debtor's interest** | Ancillary Services Agreement | CorEMR LC<br>430 W 200 N<br>Midway, UT 84049 |
| | **State the term remaining** | 9/1/2023-8/31/2026 | |
| | **List the contract number of any government contract** | | |
| **2.16** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement | Cozen O'Connor<br>Address Redacted |
| | **State the term remaining** | 6/1/2024-5/31/2025 | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | **State what the contract or lease is for and the nature of the debtor's interest** | Dentrust Dental Texas PC<br>6097 Easton Rd<br>Pipersville, PA 31193-5778 |
| | **State the term remaining**    12/16/2025-12/15/2026 | |
| | **List the contract number of any government contract** | |
| **2.18** | **State what the contract or lease is for and the nature of the debtor's interest** | Doucsign, Inc<br>14800 Frye Rd, 2nd Fl<br>Ft Worth, TX 76155 |
| | **State the term remaining**    5/24/2026-5/23/27 (Auto Renews) | |
| | **List the contract number of any government contract** | |
| **2.19** | **State what the contract or lease is for and the nature of the debtor's interest**    Consulting Agreement dated 9/1/2024 | Douglas Devlin<br>Address Redacted |
| | **State the term remaining**    Perpetual | |
| | **List the contract number of any government contract** | |
| **2.20** | **State what the contract or lease is for and the nature of the debtor's interest**    DrFirst Master Services Agreement-LTPAC MEDHX | DrFirst.com Inc<br>9420 Key W Ave, Ste 230<br>Rockville, MD 20850 |
| | **State the term remaining**    12/31/2024-12/30/2027 | |
| | **List the contract number of any government contract** | |
| **2.21** | **State what the contract or lease is for and the nature of the debtor's interest**    Master Services Agreement dated 6/21/2023 | Esperta Health Inc<br>101 Westpark Dr, Ste 240<br>Brentwood, TN 77450 |
| | **State the term remaining**    6/1/2023-5/31/2026 | |
| | **List the contract number of any government contract** | |
| **2.22** | **State what the contract or lease is for and the nature of the debtor's interest**    PO Agreement for water services at Philly | Evoqua Water Technologies LLC<br>210 6th Ave, Ste 3300<br>Pittsburgh, PA 15222 |
| | **State the term remaining**    12/3/2025-12/2/2026 | |
| | **List the contract number of any government contract** | |
| **2.23** | **State what the contract or lease is for and the nature of the debtor's interest** | Global Tel Link<br>900 Western America Cir, Ste 300<br>Mobile, AL 60675-5390 |
| | **State the term remaining**    9/26/2023-9/25/2026 | |
| | **List the contract number of any government contract** | |
| **2.24** | **State what the contract or lease is for and the nature of the debtor's interest**    Settlement Agreement & Confidential Release of All Claims | Hammel J Clark-El<br>c/o Latham & Watkins, LLP<br>Attn: Stacy Vanbelleghem<br>555 11th St NW<br>Washington, DC 20004 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.25** | **State what the contract or lease is for and the nature of the debtor's interest**    Master Agreement | Health Care Systems, Inc<br>5755 Carmichael Pkwy<br>Montgomery, AL 36117 |
| | **State the term remaining**    10/1/2023 - until all Schedules termianted | |
| | **List the contract number of any government contract** | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 3 of 8



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.26** | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement Agreement & Confidential Release of All Claims dated February 8, 2023 | Herman J Maddox c/o The Abolitionist Law Center Attn: Nia Holston & Bret Grote 991 Spring Garden St, Ste 307 Philadelphia, PA 19123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement dated 9/1/2024 | Holly Rawnsley Address Redacted |
| | **State the term remaining** | 9/1/2025-8/31/2026 | |
| | **List the contract number of any government contract** | | |
| **2.28** | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement dated 7/25/2025; subject to Master Subscription & Services Agreement locaed at https://procurementpartners.com/buyer-msa | Hybrent 206 N Randolph St, 2nd Fl Champaign, IL 61820 |
| | **State the term remaining** | 7/25/2025-11/24/2026 | |
| | **List the contract number of any government contract** | | |
| **2.29** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting | Ice Miller, LLP 1 American Sq, Ste 2900 Indianapolis, IN 46282-0200 |
| | **State the term remaining** | 1/1/2026-6/30/2026 | |
| | **List the contract number of any government contract** | | |
| **2.30** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement | Inclusive Strageies LLC 4165 N Meridian St Indianapolis, IN 75312-4004 |
| | **State the term remaining** | 6/1/2026-6/30/2026 | |
| | **List the contract number of any government contract** | | |
| **2.31** | **State what the contract or lease is for and the nature of the debtor's interest** | | Institutional Eye Care LLC 1053 E Whitaker Mill Rd, Ste 115 Raliegh, NC 08608 |
| | **State the term remaining** | 10/24/25-10/23/26 | |
| | **List the contract number of any government contract** | | |
| **2.32** | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Tortfeasor Release dated February 20, 2026 | Jacob Jung & James Jung, as Admin of The Estate of Louis Jung, Jr c/o Nia Holston & Bret Grote 990 Spring Garden St, Ste 306 Philadelphia, PA 19123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.33** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement dated June 1, 2023 | JYB3 Group, LLC 205 B Capital Ave Frankfort, KY 63043 |
| | **State the term remaining** | Perpetual | |
| | **List the contract number of any government contract** | | |
| **2.34** | **State what the contract or lease is for and the nature of the debtor's interest** | | King David Technology Services LLC 5808 15th Ave Brooklyn, NY 95134 |
| | **State the term remaining** | perpetual | |
| | **List the contract number of any government contract** | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 4 of 8

Debtor    YesCare Corp    Case number (if known)

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.35** | **State what the contract or lease is for and the nature of the debtor's interest** | King David Technology Services LLC<br>5808 15th Ave<br>Brooklyn, NY 75312-1356 |
| | **State the term remaining**  Effective 1/22/2024 - perpetual | |
| | **List the contract number of any government contract** | |
| **2.36** | **State what the contract or lease is for and the nature of the debtor's interest**  Ancillary Services Agreement dated July 19, 2023 | Lakewood Healthcare Assoc, LLC<br>9420 Annapolis Rd, Ste 309<br>Lanham, MD 20706 |
| | **State the term remaining**  8/1/2025-7/31/2026 | |
| | **List the contract number of any government contract** | |
| **2.37** | **State what the contract or lease is for and the nature of the debtor's interest**  Locum Tenens Vendor Service Agreement | LocumTenens.com<br>2575 Northwinds Pkwy<br>Alpharetta, GA 30009 |
| | **State the term remaining**  12/6/2025 - 12/5/2026 | |
| | **List the contract number of any government contract** | |
| **2.38** | **State what the contract or lease is for and the nature of the debtor's interest**  Third Amended & Restated Credit Agreement dated as of August 17, 2020 (as amended) by & among CHS TX, Inc., YesCare Corp., Alter Domus sucesor-by-merger to Cortland Capital Market Services LLC & M2 LoanCo, LLC | M2 Loanco, LLC |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.39** | **State what the contract or lease is for and the nature of the debtor's interest**  Locum Tenens Vendor Service Agreement | Medical Search International<br>c/o Sterling National Bank<br>P.O. Box 75390<br>Chicago, IL 19119 |
| | **State the term remaining**  10/12/2025-10/11/2026 | |
| | **List the contract number of any government contract** | |
| **2.40** | **State what the contract or lease is for and the nature of the debtor's interest**  Prime Vendor Agreement effecive 10/1/2025 | Medline Industries, Inc<br>3 Lakes Dr<br>Northfield, IL 60093 |
| | **State the term remaining**  10/1/2025-9/30/2028 | |
| | **List the contract number of any government contract** | |
| **2.41** | **State what the contract or lease is for and the nature of the debtor's interest**  Consultant Agreement | Morris & Morris, Inc<br>4255 Shilliday Ln<br>Waterloo, IL 62298 |
| | **State the term remaining**  6/1/2025-5/31/2026 (auto-renews annually) | |
| | **List the contract number of any government contract** | |
| **2.42** | **State what the contract or lease is for and the nature of the debtor's interest**  Participation Customization Form & Acknowledgement | National Car Rental System Inc<br>2200 Rental Car Center Pkwy, Ste 2250<br>College Park, GA 30337 |
| | **State the term remaining**  No term listed | |
| | **List the contract number of any government contract** | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.43** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Sales & Service Agreement dated Devember 20, 2023 | Outset Medical Inc<br>3052 Orchard Dr<br>San Jose, CA 34116 |
| | **State the term remaining** | Perpetual | |
| | **List the contract number of any government contract** | | |
| **2.44** | **State what the contract or lease is for and the nature of the debtor's interest** | Recruitment Agreement | Pharmbills LLC<br>8 The Green, Ste A<br>Dover, DE 21117 |
| | **State the term remaining** | 9/12/2025-9/11/2026 | |
| | **List the contract number of any government contract** | | |
| **2.45** | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Agreement daed December 1, 2023 | Pittman Law Group, PL<br>Wilhelmina Sq<br>1028 E Park Ave<br>Tallahassee, FL 40601 |
| | **State the term remaining** | Perpetual | |
| | **List the contract number of any government contract** | | |
| **2.46** | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Services Agreement | Restoration Family Dental, PLLC<br>4750 Okemos Rd<br>Okemos, MI 15251-2913 |
| | **State the term remaining** | 10/17/2025-10/16/2026 | |
| | **List the contract number of any government contract** | | |
| **2.47** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement dated July 1, 2023 | Restore OT & PT Slp PC<br>33-10 Queens Blvd, Ste 301<br>Long Island, NY 11101 |
| | **State the term remaining** | Perpetual | |
| | **List the contract number of any government contract** | | |
| **2.48** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License & Services Agreement | Riskonnect Clearsight<br>200 W Monroe St, Ste 1100<br>Chicago, IL 60606 |
| | **State the term remaining** | 9/27/2023-12/26/26 | |
| | **List the contract number of any government contract** | | |
| **2.49** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Riskonnect ClearSight<br>200 W Monroe St, Ste 1100<br>Chicago, IL 60606 |
| | **State the term remaining** | 4/1/2025-3/31/2027 | |
| | **List the contract number of any government contract** | | |
| **2.50** | **State what the contract or lease is for and the nature of the debtor's interest** | Business Development Services | Robert Bradford<br>Address Redacted |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.51** | **State what the contract or lease is for and the nature of the debtor's interest** | Software Agreement | Sapphire Health LLC<br>645 Kolter Dr<br>Indiana, PA 77554 |
| | **State the term remaining** | 9/2/2025-9/1/2030 | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.52** | **State what the contract or lease is for and the nature of the debtor's interest** | SB HCT LLC<br>6702 Broadway<br>Galveston, TX 77554 |
| | **State the term remaining** 2/1/2025 - 1/31/2027 | |
| | **List the contract number of any government contract** | |
| **2.53** | **State what the contract or lease is for and the nature of the debtor's interest** Consultant Agreement dated December 1, 2023 | Spearman Management, Inc<br>Attn: Guy Spearman<br>516 Delannoy Ave<br>Cocoa, FL 33917 |
| | **State the term remaining** Perpetual until terminated on 30 days notice | |
| | **List the contract number of any government contract** | |
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** Proposal | Tenacity Inc<br>3056 Marla Ct<br>Medina, OH 11219 |
| | **State the term remaining** Unknown | |
| | **List the contract number of any government contract** | |
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** Professional Services Agreement | Tennetech, LLC<br>4172 Clovercroft Rd<br>Franklin, TN 36609 |
| | **State the term remaining** 2/1/2023-perpetual | |
| | **List the contract number of any government contract** | |
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** Settlement Agreement & Releae dated June 13, 2025 | Terance Anderson<br>c/o Venable LLC<br>Attn: John Mccauley<br>600 Massachusetts Ave NW<br>Washington, DC 20001 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.57** | **State what the contract or lease is for and the nature of the debtor's interest** Consulting | The JBY3 Group, LLC<br>205 Capital Ave<br>Frankfort, KY 40601 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.58** | **State what the contract or lease is for and the nature of the debtor's interest** Collateral Trust Agreement | Truist<br>214 N Tryon St, Ste 3<br>Charlotte, NC 28202 |
| | **State the term remaining** indefinite | |
| | **List the contract number of any government contract** | |
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** Letter & Subscription & License Terms dated August 4, 2025 Contract No.: 00083949 | UptoDate, Inc<br>230 3rd Ave<br>Waltham, MA 02451 |
| | **State the term remaining** 8/1/2025-7/31/2026 | |
| | **List the contract number of any government contract** | |
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** Medical Group Services Agreement | Virginia Oral & Facial Surgery<br>11545 A Nuckols Rd<br>Glen Allen, VA 37212 |
| | **State the term remaining** 2/15/2026-2/14/2027 | |
| | **List the contract number of any government contract** | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.61** **State what the contract or lease is for and the nature of the debtor's interest** | | Vital Records Control<br>3610 US 31<br>P.O. Box 11407<br>Calera, AL 35040 |
| **State the term remaining** | 12/31/2025-12/30/2026 | |
| **List the contract number of any government contract** | | |
| **2.62** **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | Workday, Inc<br>5451 Great America Pkwy, Ste 401<br>Santa Clara, CA 95054 |
| **State the term remaining** | 6/15/2023-6/14/2026 | |
| **List the contract number of any government contract** | | |
| **2.63** **State what the contract or lease is for and the nature of the debtor's interest** | | Yi Wang Md LLC<br>240 Monroe St, Apt 5<br>Philadelphia, PA 11105 |
| **State the term remaining** | 10/15/2025-10/1/2026 | |
| **List the contract number of any government contract** | | |

| Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 8 of 8 |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">
Debtor name: <strong>YesCare Corp.</strong><br>
United States Bankruptcy Court for the <strong>MIDDLE</strong> Division, District of <strong>FLORIDA</strong><br>
Case number (If known): <strong>26-01089-FMR</strong>
</td></tr>
</table>

☐ **Check if this is an amended filing**

Official Form 206H

# Schedule H: Codebtors                                                                           **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebetors?**

    ☐    No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑    Yes.

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G**
Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  CHS TX, Inc. | 3347 Tamiami Trail E.<br>Naples, FL 34112 | M2Loan Co | ☑  D<br>☐  E/F<br>☑  G |

| Official Form 206H | Schedule H: Codebtors | Page 1 of 1 |
|---|---|---|

Debtor name: **YesCare Corp.**

United States Bankruptcy Court for the **MIDDLE** Division, District of **FLORIDA**

Case number (If known): **26-01089-FMR**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

█             **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property*                    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*          (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*           (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*               (Official Form 206 G)

☑ *Schedule H: Codebtors*                                              (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*              (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Executed on: | 06/23/2026 | Signature | /s/ James T. Sprouse |
| | MM / DD / YYYY | | |
| | | Printed Name | James T. Sprouse |
| | | Title | Chief Financial Officer |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: <strong>YesCare Corp.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the <strong>MIDDLE</strong> Division, District of <strong>FLORIDA</strong></td></tr>
<tr><td colspan="2">Case number (If known): <strong>26-01089-FMR</strong></td></tr>
</table>

☐ **Check if this is an amended filing**

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☑ **None**

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ **None**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 04/01/2028 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ **None**

   | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. See Attached SOFA 3 Exhibit<br>Creditor's name<br><br>Street<br><br>City          State          ZIP Code | | $ 19,816,403.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 04/01/2028 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

   ☐ **None**

   | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. See Attached SOFA 4 Exhibit<br>Insider's name<br><br>Street<br><br>City          State          ZIP Code<br>**Relationship to debtor** | | $ 293,526,854.65 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

   ☑ **None**

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

   ☑ **None**

**Part 3:**          **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case

☐ **None**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 See Attached Exhibit SOFA 7 **Case number** | | Name _____ Street _____ City ___ State ___ ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ **None**

**Part 4:**          **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ **None**

**Part 5:**          **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ **None**

**Part 6:**          **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐          **None**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 FIA Capital Partners, LLC **Addresses** Street 3284 N 29th Ct Hollywood   FL   33021 City   State   ZIP Code **Email or website addresses** www.fiacp.com **Who made the payment, if not debtor?** FIA Capital Partners, LLC | | 02/27/2026 | $65,000.00 |
| 11.2 FIA Capital Partners, LLC **Addresses** Street 3284 N 29th Ct Hollywood   FL   33021 City   State   ZIP Code **Email or website addresses** www.fiacp.com **Who made the payment, if not debtor?** FIA Capital Partners, LLC | | 03/20/2026 | $25,000.00 |

11.3 Omni Agent Solutions     05/08/2026    $25,000.00

**Addresses**

Street

5955 De Soto Ave., Suite 100

| Woodland Hills | CA | 91367 |
| --- | --- | --- |
| City | State | ZIP Code |

**Email or website addresses**
omniagentsolutions.com

**Who made the payment, if not debtor?**
FIA Capital Partners, LLC

11.4 Polsinelli PC     05/07/2026    $250,000.00

**Addresses**

Street

600 Third Avenue, 42nd Floor

| New York | NY | 10016 |
| --- | --- | --- |
| City | State | ZIP Code |

**Email or website addresses**
polsinelli.com

**Who made the payment, if not debtor?**
FIA Capital Partners, LLC

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ **None**

---

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ **None**

---

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ **None**

---

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
--- diagnosing or treating injury, deformity, or disease, or
--- providing any surgical, psychiatric, drug treatment, or obstetric care?
☐ **None**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1 <br><br> Facility name <br><br> Street <br><br> City   State   ZIP Code | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities <br> **Location where patient records are maintained** *(if different from facility address). If electronic, identify any service provider.* | <br><br> **How are records kept?** <br> *Check all that apply* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**
☐ No. Go to Part 9
☑ Yes. State the nature of the information collected and retained. Names, facilities, medical records

**Does the debtor have a privacy policy about that information?**
☐ No
☑ Yes

*See Global Notes*

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
☑ No. Go to Part 10
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ **None**

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ **None**

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ **None**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Storelocal Brentwood <br> Name <br> 681 Old Hickory Blvd, Unit 1109 <br> Street <br> Brentwood    TN    37027 <br> City    State    ZIP Code | N/A <br> **Address** | IT Equipment | ☑ No. <br> ☐ Yes. |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

☑ **None**

| Part 12: | Details About Environmental Information |
|---|---|

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☑ No.
☐ Yes. Provide details below

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No.
☐ Yes. Provide details below

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No.
☐ Yes. Provide details below

**Part 13:**     Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
☐   **None**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1  See Attached Exhibit SOFA 25
Name

EIN: __ __ - __ __ __ __ __ __ __

**Dates business existed**

Street

From    Unknown          To  Present

City          State      ZIP Code

Country

---

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐   **None**

26a.1.

| Name and address | Dates of service |
|---|---|

James T. Sprouse
Name
205 Powell Place, Ste 104
Street

From    Greater than
        prior 2 years      To  Present

Brentwood              TN          37027
City                    State        ZIP Code

Country

---

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐   **None**

26b.1.

| Name and address | Dates of service |
|---|---|

Saul Freedman & Co
Name
1333 60th St
Street

From    2023          To  Present

Brooklyn              NY          11219
City                    State        ZIP Code

Country

---

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
☐   **None**

26c.1.

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

YesCare, c/o James T. Sprouse
Name
205 Powell Place, Ste 104
Street
Brentwood              TN          37027
City                    State        ZIP Code

Country

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ **None**

26d.1.

| **Name and address** | | |
|---|---|---|

Alterna Capital Solutions
Name
2420 Lakemont Ave, Ste 350
Street

| Orlando | FL | 32814 |
|---|---|---|
| City | State | ZIP Code |

Country

26d.2.

| **Name and address** | | |
|---|---|---|

Berkley Surety
Name
412 Mt Kemble Ave, Ste 310N
Street

| Morristown | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

26d.3.

| **Name and address** | | |
|---|---|---|

Chartwell Financial Advisory
Name
150 S Fifth St, Ste 2700
Street

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

26d.4.

| **Name and address** | | |
|---|---|---|

Marsh Inc
Name
1166 Avenue of the Americas
Street

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

26d.5.

| **Name and address** | | |
|---|---|---|

Riveron Consulting
Name
2515 McKinney Ave, 16th Fl
Street

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP Code |

Country

26d.6.

| **Name and address** | | |
|---|---|---|

TI-Trust
Name
2900 N 23rd St
Street

| Quincy | IL | 62305 |
|---|---|---|
| City | State | ZIP Code |

Country

27. **Inventories**
☑ No.
☐ Yes. Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yitzchok Lefkowitz | 205 Powell Place, Ste 104, Brentwood, TN 37027 | Board Member | |
| Jeffrey Sholey | 205 Powell Place, Ste 104, Brentwood, TN 37027 | Chief Executive Officer | |
| James T. Sprouse | 205 Powell Place, Ste 104, Brentwood, TN 37027 | Chief Financial Officer | |
| Scott King | 205 Powell Place, Ste 104, Brentwood, TN 37027 | Chief Legal Officer | |
| David Goldwasser | 205 Powell Place, Ste 104, Brentwood, TN 37027 | Chief Restructuring Officer | |
| Correct Health Services, LLC | 205 Powell Place, Ste 104, Brentwood, TN 37027 | Equity Holder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No.
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
☐ No.
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1
See SOFA 4
Name

City          State          ZIP Code

Country
**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No.
☑ Yes. Identify below.

**Name of the parent corporation** | **Employer Identification number of the parent corporation**
YesCare Corp. | EIN: 88-0655961

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No.
☑ Yes. Identify below.

**Name of the pension fund** | **Employer Identification number of the pension fund**
 | EIN: __ __ - __ __ __ __ __ __ __

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on       06/23/2026
                  MM / DD / YYYY

/s/ James T. Sprouse                                    Printed name   James T. Sprouse
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          Chief Financial Officer

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☑ No
☐ Yes

# STATEMENT OF FINANCIAL AFFAIRS


## EXHIBIT
## PART 2, QUESTION 3

## CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
## WITHIN 90 DAYS BEFORE FILING THIS CASE

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 14903536 Canada Inc | 3/20/2026 | $ 23,032.16 | Subcontractor |
| 14903536 Canada Inc | 4/23/2026 | $ 11,235.20 | Subcontractor |
| **14903536 Canada Inc Total** | | **$ 34,267.36** | |
| 4Sight Labs Inc | 3/13/2026 | $ 341,145.00 | S/T Rent - Other Equipment |
| **4Sight Labs Inc Total** | | **$ 341,145.00** | |
| Access Capital Inc | 3/30/2026 | $ 983,668.75 | Fees - Physician Locum Tenens |
| Access Capital Inc | 4/23/2026 | $ 124,721.25 | Temporary Services |
| **Access Capital Inc Total** | | **$ 1,108,390.00** | |
| Adar Management LLC | 2/27/2026 | $ 1,250,000.00 | Consulting Fees |
| Adar Management LLC | 4/14/2026 | $ 250,000.00 | Consulting Fees |
| Adar Management LLC | 4/23/2026 | $ 1,250,000.00 | Consulting Fees |
| Adar Management LLC | 4/29/2026 | $ 45,000.00 | Consulting Fees |
| Adar Management LLC | 4/29/2026 | $ 1,250,000.00 | Consulting Fees |
| **Adar Management LLC Total** | | **$ 4,045,000.00** | |
| Advanced Wound Care Staffing | 3/10/2026 | $ 16,434.24 | Subcontract - Physician Shift1 |
| **Advanced Wound Care Staffing Total** | | **$ 16,434.24** | |
| Aetna Inc | 3/13/2026 | $ 244,276.58 | Health Insurance - Anthem BCBS |
| Aetna Inc | 3/31/2026 | $ 231,090.79 | Health Insurance - Anthem BCBS |
| **Aetna Inc Total** | | **$ 475,367.37** | |
| AFLAC Group Insurance | 3/31/2026 | $ 30,000.00 | Voluntary Short Term Insurance |
| AFLAC Group Insurance | 3/20/2026 | $ 287,691.66 | Voluntary Whole Life Insurance |
| **AFLAC Group Insurance Total** | | **$ 317,691.66** | |
| Airgas USA, LLC | 2/24/2026 | $ 328.05 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 639.24 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 415.48 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 793.38 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 343.64 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 40.54 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 426.69 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 706.98 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 365.87 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 343.05 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 554.79 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 223.70 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 131.29 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 554.79 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 133.60 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 263.61 | Medical Supplies - Non Durable |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Airgas USA, LLC | 2/24/2026 | $ 423.75 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 200.77 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 265.31 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 882.14 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 495.60 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 191.40 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 706.98 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 484.92 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 121.06 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 299.42 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 406.38 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 487.50 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 353.69 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 972.66 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 639.57 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 554.79 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 776.75 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 248.74 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 707.27 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 846.23 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 319.21 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 151.19 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 360.07 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 343.36 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 343.36 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 768.11 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 96.56 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 377.53 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 373.81 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 237.40 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 846.51 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 70.40 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 295.10 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 389.07 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 223.23 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 4/14/2026 | $ 1,124.42 | Medical Supplies - Non Durable |
| Airgas USA, LLC | 2/24/2026 | $ 165.36 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 415.05 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 372.22 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 151.69 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 1,755.66 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 289.58 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 182.95 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 88.31 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 277.05 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 643.13 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 277.05 | S/T Rent - Medical Equipment |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Airgas USA, LLC | 2/24/2026 | $ 165.36 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 154.93 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 379.92 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 375.40 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 186.13 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 91.49 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 1,576.56 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 415.05 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 186.57 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 181.32 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 534.11 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 152.21 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 428.09 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 423.92 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 554.22 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 581.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 53.76 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 107.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 359.46 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 107.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 175.06 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 371.89 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 1,096.68 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 175.06 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 916.01 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 705.38 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 691.62 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 287.86 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 121.29 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 581.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 664.10 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 709.38 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 329.14 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 1,049.18 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 474.43 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 242.60 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 622.80 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 534.11 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 554.22 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 417.15 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 152.21 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 423.92 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 627.70 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 460.22 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 53.76 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 107.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 329.14 | S/T Rent - Medical Equipment |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Airgas USA, LLC | 2/24/2026 | $ 858.31 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 613.04 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 329.14 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 705.38 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 746.44 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 107.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 499.29 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 175.06 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 175.06 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 581.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 287.86 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 121.29 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 691.62 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 1,049.18 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 329.14 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 1,168.59 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 2/24/2026 | $ 587.31 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 804.76 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 142.49 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 85.39 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 345.69 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 1,021.97 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 341.82 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 170.87 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 155.32 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 385.86 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 907.27 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 277.05 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 172.41 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 384.38 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 138.93 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 498.73 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 502.06 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 337.07 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 860.53 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 416.73 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 45.85 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 669.87 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 595.30 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 310.50 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 505.51 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 1,349.71 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 657.43 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 303.40 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 114.64 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 645.01 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 241.71 | S/T Rent - Medical Equipment |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Airgas USA, LLC | 4/14/2026 | $ 310.50 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 91.71 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 165.74 | S/T Rent - Medical Equipmemt |
| Airgas USA, LLC | 4/14/2026 | $ 404.74 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 165.74 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 505.51 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 482.42 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 970.60 | S/T Rent - Medical Equipment |
| Airgas USA, LLC | 4/14/2026 | $ 91.71 | S/T Rent - Medical Equipment |
| **Airgas USA, LLC Total** | | **$ 72,758.77** | |
| Alice Clevenger | 2/25/2026 | $ 575.79 | Licenses - Other |
| Alice Clevenger | 4/3/2026 | $ 2,686.03 | Travel - Airfare |
| Alice Clevenger | 3/18/2026 | $ 4,245.12 | Travel - Hotel/Lodging |
| Alice Clevenger | 4/22/2026 | $ 2,096.79 | Travel - Hotel/Lodging |
| Alice Clevenger | 2/18/2026 | $ 4,245.12 | Travel - Mileage Reimbursemnt |
| Alice Clevenger | 4/29/2026 | $ 1,584.54 | Travel - Mileage Reimbursemnt |
| **Alice Clevenger Total** | | **$ 15,433.39** | |
| AM Rose | 3/13/2026 | $ 302,097.43 | Software Maintenance - PC |
| AM Rose | 3/31/2026 | $ 123,548.20 | Software Maintenance - PC |
| AM Rose | 4/17/2026 | $ 224,306.23 | Software Maintenance - PC |
| **AM Rose Total** | | **$ 649,951.86** | |
| Ankura Consulting Group, LLC | 2/13/2026 | $ 200,000.00 | A/R - M2 Hold Co |
| **Ankura Consulting Group, LLC Total** | | **$ 200,000.00** | |
| AT&T Mobility | 3/10/2026 | $ 4,377.73 | Telephone - Cellular |
| AT&T Mobility | 3/10/2026 | $ 4,509.81 | Telephone - Cellular |
| **AT&T Mobility Total** | | **$ 8,887.54** | |
| BlueCross BlueShield Michigan | | $ 50,356.19 | |
| **BlueCross BlueShield Michigan Total** | | **$ 50,356.19** | |
| Bowman and Brooke LLP | 4/17/2026 | $ 500,000.00 | A/R - M2 Hold Co |
| **Bowman and Brooke LLP Total** | | **$ 500,000.00** | |
| Buchanan Ingersoll & Rooney PC | 2/13/2026 | $ 32,943.50 | Accrued - Uninsured Litigation |
| **Buchanan Ingersoll & Rooney PC Total** | | **$ 32,943.50** | |
| CareerStaff Unlimited, LLC | 3/20/2026 | $ 187,880.08 | Temporary Services |
| **CareerStaff Unlimited, LLC Total** | | **$ 187,880.08** | |
| CareSpace, Inc. | 3/10/2026 | $ 59,365.00 | Administrative Expense |
| **CareSpace, Inc. Total** | | **$ 59,365.00** | |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Chesapeake Business Centre | 2/13/2026 | $ 5,650.00 | L/T Rent - Corporate Office |
| Chesapeake Business Centre | 3/13/2026 | $ 5,806.00 | L/T Rent - Corporate Office |
| Chesapeake Business Centre | 4/14/2026 | $ 5,806.00 | L/T Rent - Corporate Office |
| Chesapeake Business Centre | 4/23/2026 | $ 5,650.00 | L/T Rent - Corporate Office |
| **Chesapeake Business Centre Total** | | **$ 22,912.00** | |
| Clayton Wheat | 3/18/2026 | $ 3,371.18 | Medical Supplies - Durable |
| Clayton Wheat | 2/18/2026 | $ 3,371.18 | Membership Dues/License |
| Clayton Wheat | 2/25/2026 | $ 3,365.48 | Travel - Auto Rental |
| Clayton Wheat | 4/8/2026 | $ 2,315.73 | Travel - Auto Rental |
| Clayton Wheat | 4/29/2026 | $ 1,649.42 | Travel - Auto Rental |
| **Clayton Wheat Total** | | **$ 14,072.99** | |
| Clinical Solutions Pharmacy LLC | 3/13/2026 | $ 3,116,102.92 | Accrued - Site Pharmacy |
| Clinical Solutions Pharmacy LLC | 4/14/2026 | $ 1,171,475.86 | Accrued - Site Pharmacy |
| Clinical Solutions Pharmacy LLC | 4/14/2026 | $ 760,291.61 | Accrued - Site Pharmacy |
| **Clinical Solutions Pharmacy LLC Total** | | **$ 5,047,870.39** | |
| Cognizant Trizetto Software Group, Inc. | 3/31/2026 | $ 97,016.62 | Software Maintenance - PC |
| **Cognizant Trizetto Software Group, Inc. Total** | | **$ 97,016.62** | |
| Correctional Dental Associates P.C. | 3/13/2026 | $ 266,244.70 | Subcontract - Dental |
| Correctional Dental Associates P.C. | 3/31/2026 | $ 266,244.70 | Subcontract - Dental |
| Correctional Dental Associates P.C. | 4/28/2026 | $ 7,441.50 | Subcontract - Dental |
| **Correctional Dental Associates P.C. Total** | | **$ 539,930.90** | |
| Cozen O'Connor | 4/23/2026 | $ 50,000.00 | Malpractice Reserves |
| **Cozen O'Connor Total** | | **$ 50,000.00** | |
| Deshaun Wings | 2/18/2026 | $ 1,840.11 | Employee - Relations |
| Deshaun Wings | 3/18/2026 | $ 1,840.11 | Employee - Relations |
| Deshaun Wings | 4/3/2026 | $ 1,449.75 | Forms - Other Printing/Forms |
| Deshaun Wings | 2/25/2026 | $ 2,694.80 | Travel - Auto Rental |
| Deshaun Wings | 4/22/2026 | $ 6,475.38 | Travel - Other |
| **Deshaun Wings Total** | | **$ 14,300.15** | |
| Eli Alan Rubenstein | 4/23/2026 | $ 310,000.00 | A/R - M2 Hold Co |
| Eli Alan Rubenstein | 4/29/2026 | $ 2,052,500.00 | A/R - M2 Hold Co |
| Eli Alan Rubenstein | 4/29/2026 | $ 1,800,000.00 | A/R - M2 Hold Co |
| Eli Alan Rubenstein | 4/29/2026 | $ 600,000.00 | A/R - M2 Hold Co |
| **Eli Alan Rubenstein Total** | | **$ 4,762,500.00** | |
| Empire Unified | 4/14/2026 | $ 4,152.19 | Telephone - Incoming Watts |
| Empire Unified | 4/14/2026 | $ 4,379.31 | Telephone - Incoming Watts |
| Empire Unified | 4/14/2026 | $ 4,515.41 | Telephone - Incoming Watts |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Empire Unified Total** | | $ 13,046.91 | |
| Empower | | $ 1,517,150.07 | |
| **Empower Total** | | $ 1,517,150.07 | |
| Gary Lindtner | 2/9/2026 | $ 2,082.90 | Cable & Wiring Maintenance |
| Gary Lindtner | 3/26/2026 | $ 837.95 | Cable & Wiring Maintenance |
| Gary Lindtner | 2/18/2026 | $ 3,022.75 | Travel - Airfare |
| Gary Lindtner | 3/18/2026 | $ 3,022.75 | Travel - Hotel/Lodging |
| Gary Lindtner | 4/22/2026 | $ 1,112.45 | Travel - Hotel/Lodging |
| Gary Lindtner | 4/29/2026 | $ 1,893.39 | Travel - Hotel/Lodging |
| Gary Lindtner | 2/25/2026 | $ 2,936.02 | Travel - Other |
| **Gary Lindtner Total** | | $ 14,908.21 | |
| Global Diagnostic Services, Inc. | 4/24/2026 | $ 76,575.00 | On Site - Radiology |
| **Global Diagnostic Services, Inc. Total** | | $ 76,575.00 | |
| GMA Hospitality | 4/17/2026 | $ 29,156.55 | S/T Rent - Lease |
| GMA Hospitality | 3/20/2026 | $ 28,365.21 | Travel - Other |
| **GMA Hospitality Total** | | $ 57,521.76 | |
| GNP Brokerage US Inc | 2/27/2026 | $ 40,000.00 | Prepaid - Other Insurance |
| GNP Brokerage US Inc | 3/13/2026 | $ 7,074.19 | Prepaid - Other Insurance |
| **GNP Brokerage US Inc Total** | | $ 47,074.19 | |
| Gray Reed & McGraw LLP | 2/13/2026 | $ 230,000.00 | A/R - M2 Hold Co |
| **Gray Reed & McGraw LLP Total** | | $ 230,000.00 | |
| Hall & Evans, LLC | 4/1/2026 | $ 134,826.42 | Malpractice Reserves |
| **Hall & Evans, LLC Total** | | $ 134,826.42 | |
| Hall Strategies LLC | 4/2/2026 | $ 22,553.81 | Marketing - Public Relations |
| **Hall Strategies LLC Total** | | $ 22,553.81 | |
| Inovalon Provider Inc. | 3/6/2026 | $ 28,580.94 | EHR - Recurring |
| **Inovalon Provider Inc. Total** | | $ 28,580.94 | |
| IPFS Corporation | 4/23/2026 | $ 15,453.20 | MISC - Other Expense |
| **IPFS Corporation Total** | | $ 15,453.20 | |
| JYB3 Group, LLC | 3/17/2026 | $ 12,000.00 | Lobbyist Services |
| **JYB3 Group, LLC Total** | | $ 12,000.00 | |
| Kalleo Technologies LLC | 3/30/2026 | $ 48,890.00 | EHR - Recurring |
| Kalleo Technologies LLC | 4/29/2026 | $ 3,990.00 | EHR - Recurring |
| Kalleo Technologies LLC | 2/24/2026 | $ 24,830.00 | Professional Services |
| Kalleo Technologies LLC | 4/29/2026 | $ 20,000.00 | Professional Services |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Kalleo Technologies LLC Total** | | $ 97,710.00 | |
| Kane Russell | 2/13/2026 | $ 13,500.00 | A/R - M2 Hold Co |
| **Kane Russell Total** | | $ 13,500.00 | |
| Kimberly Randolph | 2/18/2026 | $ 1,849.73 | Office Supplies - General |
| Kimberly Randolph | 3/18/2026 | $ 1,849.73 | Office Supplies - General |
| Kimberly Randolph | 4/3/2026 | $ 136.38 | Office Supplies - General |
| Kimberly Randolph | 2/25/2026 | $ 1,916.19 | Travel - Airfare |
| Kimberly Randolph | 2/9/2026 | $ 1,904.96 | Travel - Employee Meals |
| Kimberly Randolph | 3/26/2026 | $ 2,400.87 | Travel - Hotel/Lodging |
| Kimberly Randolph | 4/22/2026 | $ 747.60 | Travel - Hotel/Lodging |
| Kimberly Randolph | 4/29/2026 | $ 2,840.59 | Travel - Other |
| **Kimberly Randolph Total** | | $ 13,646.05 | |
| King David Technology Services LLC | 3/13/2026 | $ 20,483.59 | Consulting Fees |
| King David Technology Services LLC | 3/31/2026 | $ 20,472.32 | Consulting Fees |
| King David Technology Services LLC | 4/17/2026 | $ 20,493.42 | Consulting Fees |
| **King David Technology Services LLC Total** | | $ 61,449.33 | |
| Kramon & Graham, P.A. | 2/12/2026 | $ 30,733.65 | Accrued - Uninsured Litigation |
| Kramon & Graham, P.A. | 2/16/2026 | $ 30,733.65 | Accrued - Uninsured Litigation |
| **Kramon & Graham, P.A. Total** | | $ 61,467.30 | |
| Leading Edge | 2/20/2026 | $ 703,383.36 | Health Insurance - Anthem BCBS |
| Leading Edge | 3/6/2026 | $ 255,668.89 | Health Insurance - Anthem BCBS |
| Leading Edge | 3/6/2026 | $ 221,343.30 | Health Insurance - Anthem BCBS |
| Leading Edge | 3/9/2026 | $ 127,605.00 | Health Insurance - Anthem BCBS |
| Leading Edge | 3/17/2026 | $ 303,568.92 | Health Insurance - Anthem BCBS |
| Leading Edge | 3/27/2026 | $ 301,277.12 | Health Insurance - Anthem BCBS |
| Leading Edge | 3/31/2026 | $ 588,380.56 | Health Insurance - Anthem BCBS |
| Leading Edge | 4/17/2026 | $ 222,368.14 | Health Insurance - Anthem BCBS |
| Leading Edge | 4/17/2026 | $ 180,814.63 | Health Insurance - Anthem BCBS |
| Leading Edge | 4/24/2026 | $ 249,709.04 | Health Insurance - Anthem BCBS |
| Leading Edge | 4/30/2026 | $ 125,324.40 | Health Insurance - Anthem BCBS |
| **Leading Edge Total** | | $ 3,279,443.36 | |
| LocumTenens.com | 3/13/2026 | $ 376,330.90 | Fees - Physician Locum Tenens |
| LocumTenens.com | 3/30/2026 | $ 349,400.75 | Temporary Services |
| LocumTenens.com | 4/23/2026 | $ 196,059.80 | Temporary Services |
| **LocumTenens.com Total** | | $ 921,791.45 | |
| Maria Longsworth | 2/25/2026 | $ 890.33 | Travel - Airfare |
| Maria Longsworth | 4/22/2026 | $ 296.80 | Travel - Airfare |
| Maria Longsworth | 3/18/2026 | $ 5,806.60 | Travel - Hotel/Lodging |
| Maria Longsworth | 2/18/2026 | $ 5,806.60 | Travel - Other |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Maria Longsworth Total** | | $ 12,800.33 | |
| Marquis Software Development, Inc. | 3/13/2026 | $ 164,797.23 | EHR - Recurring |
| Marquis Software Development, Inc. | 4/22/2026 | $ 221,104.22 | EHR - Recurring |
| **Marquis Software Development, Inc. Total** | | $ 385,901.45 | |
| Merilyn J Jones | 3/27/2026 | $ 7,500.00 | Malpractice Reserves |
| Merilyn J Jones | 5/6/2026 | $ 1,197.90 | Malpractice Reserves |
| **Merilyn J Jones Total** | | $ 8,697.90 | |
| Morris & Morris, Inc. | 3/6/2026 | $ 30,360.00 | Consulting Fees |
| **Morris & Morris, Inc. Total** | | $ 30,360.00 | |
| National Car Rental System Inc | 3/27/2026 | $ 47,946.37 | Travel - Auto Rental |
| **National Car Rental System Inc Total** | | $ 47,946.37 | |
| Net2Phone | 3/25/2026 | $ 16,326.69 | Telephone - Monthly Base |
| Net2Phone | 3/25/2026 | $ 16,409.01 | Telephone - Monthly Base |
| **Net2Phone Total** | | $ 32,735.70 | |
| Optum | | $ 183,421.59 | |
| **Optum Total** | | $ 183,421.59 | |
| Parking Authority of River City, Inc. | 4/23/2026 | $ 22,330.49 | Travel - Other |
| **Parking Authority of River City, Inc. Total** | | $ 22,330.49 | |
| Patterson Dental | 3/31/2026 | $ 29,761.20 | Dental Supplies |
| **Patterson Dental Total** | | $ 29,761.20 | |
| Penny Johnson | 2/25/2026 | $ 1,250.32 | Employee - Relations |
| Penny Johnson | 3/18/2026 | $ 2,594.03 | Employee - Relations |
| Penny Johnson | 2/18/2026 | $ 2,594.03 | Travel - Employee Meals |
| Penny Johnson | 4/8/2026 | $ 1,223.39 | Travel - Hotel/Lodging |
| Penny Johnson | 2/9/2026 | $ 1,326.95 | Travel - Mileage Reimbursemnt |
| **Penny Johnson Total** | | $ 8,988.72 | |
| Phillips, Parker, Orberson & Arnett  PLC | 3/31/2026 | $ 44,124.09 | Malpractice Reserves |
| **Phillips, Parker, Orberson & Arnett  PLC Total** | | $ 44,124.09 | |
| Polk Sheriff's Charities, Inc | 3/17/2026 | $ 10,000.00 | Donations - Contributions |
| **Polk Sheriff's Charities, Inc Total** | | $ 10,000.00 | |
| Prometheus Development, Inc | 3/31/2026 | $ 62,283.13 | Prepaid - Other |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| **Prometheus Development, Inc Total** | | $ 62,283.13 | |
| Restore OT & PT SLP PC | 4/1/2026 | $ 62,900.00 | Temporary Services |
| **Restore OT & PT SLP PC Total** | | $ 62,900.00 | |
| Retirement Systems of Alabama | 3/13/2026 | $ 29,782.47 | L/T Rent - Regional Office |
| Retirement Systems of Alabama | 4/30/2026 | $ 59,564.94 | L/T Rent - Regional Office |
| **Retirement Systems of Alabama Total** | | $ 89,347.41 | |
| RippleWorx | 4/2/2026 | $ 10,000.00 | Professional Services |
| **RippleWorx Total** | | $ 10,000.00 | |
| Riskonnect Clearsight | 4/17/2026 | $ 159,187.60 | Prepaid - Other Insurance |
| **Riskonnect Clearsight Total** | | $ 159,187.60 | |
| S & V Penn Transport, Inc. | 2/27/2026 | $ 25,581.00 | ER - Emergency Room |
| **S & V Penn Transport, Inc. Total** | | $ 25,581.00 | |
| Scaracor LLC | 2/6/2026 | $ 100,000.00 | Corporate Restructure |
| Scaracor LLC | 3/13/2026 | $ 100,000.00 | Corporate Restructure |
| Scaracor LLC | 4/14/2026 | $ 100,000.00 | Corporate Restructure |
| **Scaracor LLC Total** | | $300,000.00 | |
| Sergine Desrosiers | 3/10/2026 | $ 9,260.00 | Subcontract - Physician Shift1 |
| **Sergine Desrosiers Total** | | $ 9,260.00 | |
| ShelterPointe Life | 3/13/2026 | $ 5,902.71 | Group - Short Term Disability |
| ShelterPointe Life | 3/31/2026 | $ 10,446.58 | Group - Short Term Disability |
| **ShelterPointe Life Total** | | $ 16,349.29 | |
| ShiftMed LLC | 3/20/2026 | $ 145,686.30 | Temporary Services |
| ShiftMed LLC | 4/17/2026 | $ 139,781.16 | Temporary Services |
| **ShiftMed LLC Total** | | $ 285,467.46 | |
| Sigma Risk Management | 3/13/2026 | $ 150,000.00 | Consulting Fees |
| Sigma Risk Management | 3/30/2026 | $ 150,000.00 | Consulting Fees |
| Sigma Risk Management | 4/29/2026 | $ 700,000.00 | Consulting Fees |
| **Sigma Risk Management Total** | | $ 1,000,000.00 | |
| Stratus Audio, Inc | 3/27/2026 | $ 15,780.60 | Telephone - Incoming Watts |
| Stratus Audio, Inc | 3/27/2026 | $ 15,075.72 | Telephone - Incoming Watts |
| Stratus Audio, Inc | 3/27/2026 | $ 13,745.16 | Telephone - Incoming Watts |
| Stratus Audio, Inc | 3/27/2026 | $ 11,659.01 | Telephone - Incoming Watts |
| Stratus Audio, Inc | 3/27/2026 | $ 10,918.65 | Telephone - Incoming Watts |
| **Stratus Audio, Inc Total** | | $ 67,179.14 | |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| Syata Dishmaya Consulting, LLC | 3/30/2026 | $ 17,200.00 | Accrued - Uninsured Litigation |
| Syata Dishmaya Consulting, LLC | 4/23/2026 | $ 18,700.00 | Malpractice Reserves |
| **Syata Dishmaya Consulting, LLC Total** | | **$ 35,900.00** | |
| Tara Taylor | 2/25/2026 | $ 8,896.23 | Travel - Employee Meals |
| **Tara Taylor Total** | | **$ 8,896.23** | |
| The Smith Appellate Law Firm PLLC | 4/23/2026 | $ 40,000.00 | Malpractice Reserves |
| **The Smith Appellate Law Firm PLLC Total** | | **$ 40,000.00** | |
| The Toomey Law Firm LLC | 3/31/2026 | $ 19,624.50 | Accrued - Uninsured Litigation |
| **The Toomey Law Firm LLC Total** | | **$ 19,624.50** | |
| Think Patented | 3/31/2026 | $ 12,897.29 | Forms - Other Printing/Forms |
| **Think Patented Total** | | **$ 12,897.29** | |
| Timi Pharmaceuticals Inc | 2/27/2026 | $ 200,000.00 | Accrued - Site Pharmacy |
| Timi Pharmaceuticals Inc | 3/13/2026 | $ 370,888.62 | Accrued - Site Pharmacy |
| Timi Pharmaceuticals Inc | 3/20/2026 | $ 452,192.92 | Accrued - Site Pharmacy |
| Timi Pharmaceuticals Inc | 4/17/2026 | $ 300,000.00 | Accrued - Site Pharmacy |
| **Timi Pharmaceuticals Inc Total** | | **$ 1,323,081.54** | |
| Tinishia Berry | 4/29/2026 | $ 1,040.55 | Employee - Relations |
| Tinishia Berry | 2/9/2026 | $ 1,135.54 | Travel - Hotel/Lodging |
| Tinishia Berry | 2/25/2026 | $ 3,497.35 | Travel - Hotel/Lodging |
| Tinishia Berry | 4/3/2026 | $ 2,481.52 | Travel - Mileage Reimbursemnt |
| Tinishia Berry | 2/18/2026 | $ 2,125.44 | Travel - Other |
| Tinishia Berry | 3/18/2026 | $ 2,125.44 | Travel - Other |
| Tinishia Berry | 4/22/2026 | $ 843.72 | Travel - Other |
| **Tinishia Berry Total** | | **$ 13,249.56** | |
| Touchet Law Firm PC | 3/31/2026 | $ 155,718.10 | Malpractice Reserves |
| **Touchet Law Firm PC Total** | | **$ 155,718.10** | |
| UPS (automated inv upload) | 3/9/2026 | $ 1,425.82 | Postage - Express Mail |
| UPS (automated inv upload) | 3/9/2026 | $ 2,729.16 | Postage - Express Mail |
| UPS (automated inv upload) | 3/9/2026 | $ 2,603.89 | Postage - Express Mail |
| UPS (automated inv upload) | 3/9/2026 | $ 1,987.97 | Postage - Express Mail |
| UPS (automated inv upload) | 3/9/2026 | $ 2,431.43 | Postage - Express Mail |
| UPS (automated inv upload) | 3/9/2026 | $ 3,035.97 | Postage - Express Mail |
| UPS (automated inv upload) | 4/22/2026 | $ 1,852.99 | Postage - Express Mail |
| UPS (automated inv upload) | 4/22/2026 | $ 3,032.14 | Postage - Express Mail |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Name | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| UPS (automated inv upload) | 4/22/2026 | $ 2,835.19 | Postage - Express Mail |
| UPS (automated inv upload) | 4/22/2026 | $ 3,683.52 | Postage - Express Mail |
| UPS (automated inv upload) | 4/22/2026 | $ 3,153.86 | Postage - Express Mail |
| UPS (automated inv upload) | 4/22/2026 | $ 3,687.08 | Postage - Express Mail |
| UPS (automated inv upload) | 4/22/2026 | $ 2,210.52 | Postage - Express Mail |
| **UPS  Total** | | **$ 34,669.54** | |
| Verizon | 4/22/2026 | $ 10,569.62 | Telephone - Cellular |
| Verizon | 4/22/2026 | $ 10,407.80 | Telephone - Cellular |
| Verizon | 4/22/2026 | $ 10,505.40 | Telephone - Cellular |
| Verizon | 4/22/2026 | $ 49.44 | Telephone - Interconnection |
| **Verizon Total** | | **$ 31,532.26** | |
| Vital Records Control | 4/1/2026 | $ 16,398.30 | Operating Office Space Expense |
| **Vital Records Control Total** | | **$ 16,398.30** | |
| Wex Health | | $ 49,389.54 | |
| **Wex Health Total** | | **$ 49,389.54** | |
| William Carr | 4/29/2026 | $ 468.57 | Office Supplies - General |
| William Carr | 2/9/2026 | $ 5,153.13 | Travel - Airfare |
| William Carr | 4/3/2026 | $ 3,228.48 | Travel - Airfare |
| William Carr | 2/25/2026 | $ 2,225.72 | Travel - Auto Rental |
| **William Carr Total** | | **$ 11,075.90** | |
| Yi Wang MD LLC | 3/10/2026 | $ 22,000.00 | Fees - Physician/Dentist |
| Yi Wang MD LLC | 4/30/2026 | $ 15,600.00 | Fees - Physician/Dentist |
| **Yi Wang MD LLC Total** | | **$ 37,600.00** | |
| **Grand Total** | | **$ 29,977,828.64** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 2, QUESTION 4

## PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE WITHIN 1 YEAR BEFORE FILING THIS CASE THAT BENEFITTED ANY INSIDER

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| ADAR Management LLC | 08/18/2025 | $ 250,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 12/31/2025 | $ 100,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 01/26/2026 | $ 27,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 02/27/2026 | $ 1,250,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 04/14/2026 | $ 250,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 04/23/2026 | $ 1,250,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 04/29/2026 | $ 45,000.00 | Misc Services | Mutual Owner |
| ADAR Management LLC | 04/29/2026 | $ 1,250,000.00 | Misc Services | Mutual Owner |
| **ADAR Management LLC Total** | | **$ 4,422,000.00** | | |
| Avrohom Goldman | 05/09/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 05/09/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 05/23/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 05/23/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 06/06/2025 | $ 576.92 | Holiday | Relative of Director |
| Avrohom Goldman | 06/06/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 06/06/2025 | $ 5,192.31 | Salary | Relative of Director |
| Avrohom Goldman | 06/20/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 06/20/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 07/03/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 07/03/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 07/18/2025 | $ 576.92 | Holiday | Relative of Director |
| Avrohom Goldman | 07/18/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 07/18/2025 | $ 5,192.31 | Salary | Relative of Director |
| Avrohom Goldman | 08/01/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 08/15/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 08/15/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 08/29/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 08/29/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 09/12/2025 | $ 576.92 | Holiday | Relative of Director |
| Avrohom Goldman | 09/12/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 09/12/2025 | $ 5,192.31 | Salary | Relative of Director |
| Avrohom Goldman | 09/26/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 09/26/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 10/10/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 10/10/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 10/24/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 10/24/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 11/07/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 11/07/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 11/21/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 11/21/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 12/05/2025 | $ 1,153.84 | Holiday | Relative of Director |
| Avrohom Goldman | 12/05/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 12/05/2025 | $ 4,615.38 | Salary | Relative of Director |
| Avrohom Goldman | 12/19/2025 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 12/19/2025 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 01/02/2026 | $ 576.92 | Holiday | Relative of Director |
| Avrohom Goldman | 01/02/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Avrohom Goldman | 01/02/2026 | $ 5,192.31 | Salary | Relative of Director |
| Avrohom Goldman | 01/16/2026 | $ 576.92 | Holiday | Relative of Director |
| Avrohom Goldman | 01/16/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 01/16/2026 | $ 5,192.31 | Salary | Relative of Director |
| Avrohom Goldman | 01/30/2026 | $ 576.92 | Holiday | Relative of Director |
| Avrohom Goldman | 01/30/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 01/30/2026 | $ 5,192.31 | Salary | Relative of Director |
| Avrohom Goldman | 02/13/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 02/13/2026 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 02/27/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 02/27/2026 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 03/13/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 03/13/2026 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 03/27/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 03/27/2026 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 04/10/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 04/10/2026 | $ 5,769.23 | Salary | Relative of Director |
| Avrohom Goldman | 04/24/2026 | $ 3.69 | Group Term Life Insurance | Relative of Director |
| Avrohom Goldman | 04/24/2026 | $ 5,769.23 | Salary | Relative of Director |
| **Avrohom Goldman Total** | | **$ 150,092.22** | | |
| CareerStaff Unlimited, LLC | 05/12/2025 | $ 244,475.46 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 05/23/2025 | $ 285,579.99 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 06/06/2025 | $ 228,861.03 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 07/11/2025 | $ 233,004.65 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 08/18/2025 | $ 157,226.50 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 10/24/2025 | $ 160,372.66 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 11/17/2025 | $ 125,096.68 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 11/24/2025 | $ 125,532.90 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 11/28/2025 | $ 125,086.14 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 12/15/2025 | $ 125,149.66 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 12/26/2025 | $ 250,869.40 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 12/31/2025 | $ 125,023.27 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 01/26/2026 | $ 210,321.19 | Misc Services | Unknown |
| CareerStaff Unlimited, LLC | 03/20/2026 | $ 187,880.08 | Misc Services | Unknown |
| **CareerStaff Unlimited, LLC Total** | | **$ 2,584,479.61** | | |
| CHS Employee Group | 05/08/2025 | $ 1,800,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/09/2025 | $ 8,300,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/21/2025 | $ 1,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/23/2025 | $ 10,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/27/2025 | $ 2,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/28/2025 | $ 800,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 06/05/2025 | $ 8,300,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 06/11/2025 | $ 150,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 06/16/2025 | $ 4,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 06/18/2025 | $ 925,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 06/23/2025 | $ 2,900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 06/27/2025 | $ 1,000,000.00 | Payroll | Mutual Owner |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| CHS Employee Group | 06/30/2025 | $  3,600,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/01/2025 | $  780,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/02/2025 | $  5,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/03/2025 | $  522,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/09/2025 | $  8,200,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/14/2025 | $  45,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/16/2025 | $  2,900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/23/2025 | $  200,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 07/25/2025 | $  6,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/01/2025 | $  1,525,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/07/2025 | $  1,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/12/2025 | $  1,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/13/2025 | $  1,300,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/14/2025 | $  685,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/15/2025 | $  4,900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 08/25/2025 | $  1,460,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/04/2025 | $  227,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/08/2025 | $  48,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/11/2025 | $  950,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/12/2025 | $  2,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/12/2025 | $  1,210,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/15/2025 | $  1,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/16/2025 | $  500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/17/2025 | $  500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/18/2025 | $  3,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/22/2025 | $  9,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/25/2025 | $  40,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/26/2025 | $  200,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 09/30/2025 | $  995,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/06/2025 | $  928,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/06/2025 | $  300,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/07/2025 | $  600,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/08/2025 | $  3,600,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/09/2025 | $  60,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/10/2025 | $  951,566.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/14/2025 | $  2,159,650.69 | Payroll | Mutual Owner |
| CHS Employee Group | 10/17/2025 | $  1,088,940.84 | Payroll | Mutual Owner |
| CHS Employee Group | 10/20/2025 | $  70,200.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/22/2025 | $  900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/24/2025 | $  4,320,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/28/2025 | $  950,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/30/2025 | $  262,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/30/2025 | $  200,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 10/31/2025 | $  900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/03/2025 | $  80,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/06/2025 | $  8,200,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/07/2025 | $  1,100,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/10/2025 | $  600,000.00 | Payroll | Mutual Owner |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| CHS Employee Group | 11/12/2025 | $ 1,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/13/2025 | $ 775,526.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/14/2025 | $ 400,022.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/21/2025 | $ 5,630,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 11/25/2025 | $ 310,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/03/2025 | $ 969,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/04/2025 | $ 500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/10/2025 | $ 11,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/15/2025 | $ 4,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/16/2025 | $ 1,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/26/2025 | $ 2,099,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/30/2025 | $ 1,600,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 12/31/2025 | $ 9,900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/15/2026 | $ 2,205,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/16/2026 | $ 706,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/22/2026 | $ 4,500,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/23/2026 | $ 3,100,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/26/2026 | $ 300,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/29/2026 | $ 5,700,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 01/30/2026 | $ 10,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/03/2026 | $ 2,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/04/2026 | $ 1,300,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/05/2026 | $ 200,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/10/2026 | $ 3,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/11/2026 | $ 665,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/12/2026 | $ 2,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/19/2026 | $ 1,073,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/20/2026 | $ 1,024,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/26/2026 | $ 552,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 02/27/2026 | $ 915,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/03/2026 | $ 680,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/05/2026 | $ 1,230,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/06/2026 | $ 3,600,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/13/2026 | $ 4,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/17/2026 | $ 1,442,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/18/2026 | $ 1,394,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/19/2026 | $ 602,320.67 | Payroll | Mutual Owner |
| CHS Employee Group | 03/20/2026 | $ 379,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/30/2026 | $ 9,900,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 03/31/2026 | $ 3,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/03/2026 | $ 950,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/07/2026 | $ 850,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/09/2026 | $ 676,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/09/2026 | $ 120,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/10/2026 | $ 1,085,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/13/2026 | $ 1,100,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/14/2026 | $ 1,470,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/15/2026 | $ 700,000.00 | Payroll | Mutual Owner |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| CHS Employee Group | 04/17/2026 | $ 7,100,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/21/2026 | $ 986,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/22/2026 | $ 11,419,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/23/2026 | $ 1,000,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/24/2026 | $ 1,800,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/27/2026 | $ 625,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/28/2026 | $ 64,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 04/29/2026 | $ 855,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/01/2026 | $ 85,000.00 | Payroll | Mutual Owner |
| CHS Employee Group | 05/01/2026 | $ 24,000.00 | Payroll | Mutual Owner |
| **CHS Employee Group Total** | | **$ 240,817,226.20** | | |
| Eli Alan Rubenstein | 05/12/2025 | $ 503,500.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 11/17/2025 | $ 200,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 11/24/2025 | $ 500,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 01/28/2026 | $ 2,000,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 01/30/2026 | $ 2,000,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 01/30/2026 | $ 400,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 02/04/2026 | $ 10,400,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 04/23/2026 | $ 310,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 04/29/2026 | $ 2,052,500.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 04/29/2026 | $ 1,800,000.00 | Loan Payments | Unknown |
| Eli Alan Rubenstein | 04/29/2026 | $ 600,000.00 | Loan Payments | Unknown |
| **Eli Alan Rubenstein Total** | | **$ 20,766,000.00** | | |
| Endeavor Distribution, LLC | 05/12/2025 | $ 24,157.55 | Misc Services | Unknown |
| **Endeavor Distribution, LLC Total** | | **$ 24,157.55** | | |
| GMA Hospitality | 05/12/2025 | $ 31,249.93 | Misc Services | Unknown |
| GMA Hospitality | 06/06/2025 | $ 31,210.64 | Misc Services | Unknown |
| GMA Hospitality | 07/11/2025 | $ 31,430.88 | Misc Services | Unknown |
| GMA Hospitality | 08/18/2025 | $ 31,361.01 | Misc Services | Unknown |
| GMA Hospitality | 09/25/2025 | $ 35,768.59 | Misc Services | Unknown |
| GMA Hospitality | 11/10/2025 | $ 36,460.59 | Misc Services | Unknown |
| GMA Hospitality | 12/15/2025 | $ 36,220.25 | Misc Services | Unknown |
| GMA Hospitality | 01/26/2026 | $ 60,140.83 | Misc Services | Unknown |
| GMA Hospitality | 03/20/2026 | $ 28,365.21 | Misc Services | Unknown |
| GMA Hospitality | 04/17/2026 | $ 29,156.55 | Misc Services | Unknown |
| **GMA Hospitality Total** | | **$ 351,364.48** | | |
| GNP Brokerage US INC | 05/30/2025 | $ 200,000.00 | Insurance | Unknown |
| GNP Brokerage US INC | 06/30/2025 | $ 387,111.68 | Insurance | Unknown |
| GNP Brokerage US INC | 07/11/2025 | $ 925.33 | Insurance | Unknown |
| GNP Brokerage US INC | 07/31/2025 | $ 414,511.47 | Insurance | Unknown |
| GNP Brokerage US INC | 08/27/2025 | $ 187,437.18 | Insurance | Unknown |
| GNP Brokerage US INC | 09/25/2025 | $ 187,437.18 | Insurance | Unknown |
| GNP Brokerage US INC | 10/24/2025 | $ 186,201.28 | Insurance | Unknown |
| GNP Brokerage US INC | 11/28/2025 | $ 175,000.00 | Insurance | Unknown |
| GNP Brokerage US INC | 02/27/2026 | $ 40,000.00 | Insurance | Unknown |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| GNP Brokerage US INC | 03/13/2026 | $ 7,074.19 | Insurance | Unknown |
| **GNP Brokerage US INC Total** | | **$ 1,785,698.31** | | |
| James T. Sprouse | 05/09/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 05/09/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 05/09/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 05/23/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 05/23/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 05/23/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 06/06/2025 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 06/06/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 06/06/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 06/06/2025 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 06/20/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 06/20/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 06/20/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 07/03/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 07/03/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 07/03/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 07/18/2025 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 07/18/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 07/18/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 07/18/2025 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 08/01/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 08/15/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 08/15/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 08/15/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 08/29/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 08/29/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 08/29/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 09/12/2025 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 09/12/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 09/12/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 09/12/2025 | $ 5,384.60 | PTO | Chief Financial Officer |
| James T. Sprouse | 09/12/2025 | $ 6,730.77 | Salary | Chief Financial Officer |
| James T. Sprouse | 09/26/2025 | $ 955.14 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 09/26/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 09/26/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 10/10/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 10/10/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 10/10/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 10/24/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 10/24/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 10/24/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 11/07/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 11/07/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 11/07/2025 | $ 1,346.15 | PTO | Chief Financial Officer |
| James T. Sprouse | 11/07/2025 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 11/21/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| James T. Sprouse | 11/21/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 11/21/2025 | $ 6,730.75 | PTO | Chief Financial Officer |
| James T. Sprouse | 11/21/2025 | $ 6,730.77 | Salary | Chief Financial Officer |
| James T. Sprouse | 12/05/2025 | $ 2,692.30 | Holiday | Chief Financial Officer |
| James T. Sprouse | 12/05/2025 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 12/05/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 12/05/2025 | $ 10,769.23 | Salary | Chief Financial Officer |
| James T. Sprouse | 12/19/2025 | $ 615.44 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 12/19/2025 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 12/19/2025 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 01/02/2026 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 01/02/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 01/02/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 01/02/2026 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 01/16/2026 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 01/16/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 01/16/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 01/16/2026 | $ 5,384.60 | PTO | Chief Financial Officer |
| James T. Sprouse | 01/16/2026 | $ 6,730.77 | Salary | Chief Financial Officer |
| James T. Sprouse | 01/30/2026 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 01/30/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 01/30/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 01/30/2026 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 02/13/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 02/13/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 02/13/2026 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 02/27/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 02/27/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 02/27/2026 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 03/13/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 03/13/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 03/13/2026 | $ 13,461.54 | Salary | Chief Financial Officer |
| James T. Sprouse | 03/27/2026 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 03/27/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 03/27/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 03/27/2026 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 04/10/2026 | $ 1,346.15 | Holiday | Chief Financial Officer |
| James T. Sprouse | 04/10/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 04/10/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 04/10/2026 | $ 12,115.38 | Salary | Chief Financial Officer |
| James T. Sprouse | 04/24/2026 | $ 38.46 | HSA Employer Contribution | Chief Financial Officer |
| James T. Sprouse | 04/24/2026 | $ 198.00 | Group Term Life Insurance | Chief Financial Officer |
| James T. Sprouse | 04/24/2026 | $ 13,461.54 | Salary | Chief Financial Officer |
| **James T. Sprouse Total** | | **$ 357,405.06** | | |
| Jeffrey Sholey | 05/09/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 05/09/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 05/09/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 05/23/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Jeffrey Sholey | 05/23/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 05/23/2025 | $ 5,769.24 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 05/23/2025 | $ 13,461.54 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 06/06/2025 | $ 1,923.08 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 06/06/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 06/06/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 06/06/2025 | $ 17,307.69 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 06/20/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 06/20/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 06/20/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 07/03/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 07/03/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 07/03/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 07/18/2025 | $ 1,923.08 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 07/18/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 07/18/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 07/18/2025 | $ 1,923.08 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 07/18/2025 | $ 15,384.62 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 07/18/2025 | $ 357.18 | Travel - Employee Meals | Chief Executive Officer |
| Jeffrey Sholey | 07/31/2025 | $ 563.39 | Travel - Employee Meals | Chief Executive Officer |
| Jeffrey Sholey | 08/01/2025 | $ 5,769.24 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 08/01/2025 | $ 13,461.54 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 08/15/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 08/15/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 08/15/2025 | $ 3,846.16 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 08/15/2025 | $ 15,384.62 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 08/29/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 08/29/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 08/29/2025 | $ 3,846.16 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 08/29/2025 | $ 15,384.62 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 09/12/2025 | $ 1,923.08 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 09/12/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 09/12/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 09/12/2025 | $ 7,692.32 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 09/12/2025 | $ 9,615.38 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 09/26/2025 | $ 955.14 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 09/26/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 09/26/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 10/10/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 10/10/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 10/10/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 10/15/2025 | $ 1,919.42 | Travel - Airfare | Chief Executive Officer |
| Jeffrey Sholey | 10/24/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 10/24/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 10/24/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 11/04/2025 | $ 2,274.99 | Professional Services | Chief Executive Officer |
| Jeffrey Sholey | 11/07/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 11/07/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Jeffrey Sholey | 11/07/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 11/21/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 11/21/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 11/21/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 12/05/2025 | $ 3,846.16 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 12/05/2025 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 12/05/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 12/05/2025 | $ 15,384.62 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 12/12/2025 | $ 1,309.20 | Convention Registration | Chief Executive Officer |
| Jeffrey Sholey | 12/19/2025 | $ 365.44 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 12/19/2025 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 12/19/2025 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 01/02/2026 | $ 1,923.08 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 01/02/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 01/02/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 01/02/2026 | $ 5,769.24 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 01/02/2026 | $ 11,538.46 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 01/16/2026 | $ 1,923.08 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 01/16/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 01/16/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 01/16/2026 | $ 5,769.24 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 01/16/2026 | $ 11,538.46 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 01/30/2026 | $ 1,923.08 | Holiday | Chief Executive Officer |
| Jeffrey Sholey | 01/30/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 01/30/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 01/30/2026 | $ 17,307.69 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 02/05/2026 | $ 505.60 | Travel - Airfare | Chief Executive Officer |
| Jeffrey Sholey | 02/13/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 02/13/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 02/13/2026 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 02/18/2026 | $ 5,441.85 | Forms - Other Printing/Forms | Chief Executive Officer |
| Jeffrey Sholey | 02/25/2026 | $ 796.60 | Travel - Employee Meals | Chief Executive Officer |
| Jeffrey Sholey | 02/27/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 02/27/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 02/27/2026 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 03/13/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 03/13/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 03/13/2026 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 03/18/2026 | $ 5,441.85 | Forms - Other Printing/Forms | Chief Executive Officer |
| Jeffrey Sholey | 03/27/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 03/27/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 03/27/2026 | $ 19,230.77 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 04/10/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 04/10/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |
| Jeffrey Sholey | 04/10/2026 | $ 3,846.16 | PTO | Chief Executive Officer |
| Jeffrey Sholey | 04/10/2026 | $ 15,384.62 | Salary | Chief Executive Officer |
| Jeffrey Sholey | 04/24/2026 | $ 38.46 | HSA Employer Contribution | Chief Executive Officer |
| Jeffrey Sholey | 04/24/2026 | $ 289.38 | Group Term Life Insurance | Chief Executive Officer |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Jeffrey Sholey | 04/24/2026 | $ 19,230.77 | Salary | Chief Executive Officer |
| **Jeffrey Sholey Total** | | **$ 528,049.86** | | |
| JET41 | 05/19/2025 | $ 62,470.10 | Misc Services | Unknown |
| JET41 | 07/25/2025 | $ 29,393.03 | Misc Services | Unknown |
| JET41 | 08/26/2025 | $ 103,817.14 | Misc Services | Unknown |
| JET41 | 11/10/2025 | $ 17,455.59 | Misc Services | Unknown |
| JET41 | 11/10/2025 | $ 31,189.03 | Misc Services | Unknown |
| **JET41 Total** | | **$ 244,324.89** | | |
| King David Technology Services LLC | 06/06/2025 | $ 41,632.81 | Misc Services | Unknown |
| King David Technology Services LLC | 07/11/2025 | $ 21,345.47 | Misc Services | Unknown |
| King David Technology Services LLC | 08/18/2025 | $ 20,545.47 | Misc Services | Unknown |
| King David Technology Services LLC | 11/10/2025 | $ 40,000.00 | Misc Services | Unknown |
| King David Technology Services LLC | 12/15/2025 | $ 22,235.97 | Misc Services | Unknown |
| King David Technology Services LLC | 12/31/2025 | $ 20,465.00 | Misc Services | Unknown |
| King David Technology Services LLC | 01/26/2026 | $ 40,463.35 | Misc Services | Unknown |
| King David Technology Services LLC | 03/13/2026 | $ 20,483.59 | Misc Services | Unknown |
| King David Technology Services LLC | 03/31/2026 | $ 20,472.32 | Misc Services | Unknown |
| King David Technology Services LLC | 04/17/2026 | $ 20,493.42 | Misc Services | Unknown |
| **King David Technology Services LLC Total** | | **$ 268,137.40** | | |
| Mark Goldman | Various | $ 956,794.19 | American Express Charges | Owner |
| **Mark Goldman Total** | | **$ 956,794.19** | | |
| PharmaCorr, LLC | 05/08/2025 | $ 300,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 05/08/2025 | $ 40,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 05/12/2025 | $ 1,075,842.45 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 05/19/2025 | $ 275,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 05/23/2025 | $ 360,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 05/28/2025 | $ 550,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/05/2025 | $ 600,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/12/2025 | $ 100,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/18/2025 | $ 150,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/27/2025 | $ 120,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/27/2025 | $ 135,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/27/2025 | $ 100,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 06/27/2025 | $ 100,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 07/09/2025 | $ 350,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 09/15/2025 | $ 130,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 09/24/2025 | $ 75,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 10/22/2025 | $ 100,000.00 | Misc Services | Mutual Owner |
| PharmaCorr, LLC | 12/31/2025 | $ 500,000.00 | Misc Services | Mutual Owner |
| **PharmaCorr, LLC Total** | | **$ 5,060,842.45** | | |
| Rivky Hersko | 05/09/2025 | $ 4.36 | Misc Services | Relative of Director |
| Rivky Hersko | 05/09/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 05/23/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 05/23/2025 | $ 2,533.64 | PTO | Relative of Director |
| Rivky Hersko | 05/23/2025 | $ 3,427.88 | Salary | Relative of Director |
| Rivky Hersko | 06/06/2025 | $ 596.15 | Holiday | Relative of Director |
| Rivky Hersko | 06/06/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Rivky Hersko | 06/06/2025 | $ 5,365.38 | Salary | Relative of Director |
| Rivky Hersko | 06/20/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 06/20/2025 | $ 1,192.30 | PTO | Relative of Director |
| Rivky Hersko | 06/20/2025 | $ 4,769.23 | Salary | Relative of Director |
| Rivky Hersko | 07/03/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 07/03/2025 | $ 1,788.45 | PTO | Relative of Director |
| Rivky Hersko | 07/03/2025 | $ 4,173.08 | Salary | Relative of Director |
| Rivky Hersko | 07/18/2025 | $ 596.15 | Holiday | Relative of Director |
| Rivky Hersko | 07/18/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 07/18/2025 | $ 5,365.38 | Salary | Relative of Director |
| Rivky Hersko | 08/01/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 08/15/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 08/15/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 08/29/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 08/29/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 09/12/2025 | $ 596.15 | Holiday | Relative of Director |
| Rivky Hersko | 09/12/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 09/12/2025 | $ 5,365.38 | Salary | Relative of Director |
| Rivky Hersko | 09/26/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 09/26/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 10/10/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 10/10/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 10/24/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 10/24/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 11/07/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 11/07/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 11/21/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 11/21/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 12/05/2025 | $ 1,192.30 | Holiday | Relative of Director |
| Rivky Hersko | 12/05/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 12/05/2025 | $ 4,769.23 | Salary | Relative of Director |
| Rivky Hersko | 12/19/2025 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 12/19/2025 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 01/02/2026 | $ 596.15 | Holiday | Relative of Director |
| Rivky Hersko | 01/02/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 01/02/2026 | $ 5,365.38 | Salary | Relative of Director |
| Rivky Hersko | 01/16/2026 | $ 596.15 | Holiday | Relative of Director |
| Rivky Hersko | 01/16/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 01/16/2026 | $ 5,365.38 | Salary | Relative of Director |
| Rivky Hersko | 01/30/2026 | $ 596.15 | Holiday | Relative of Director |
| Rivky Hersko | 01/30/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 01/30/2026 | $ 5,365.38 | Salary | Relative of Director |
| Rivky Hersko | 02/13/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 02/13/2026 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 02/27/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 02/27/2026 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 03/13/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 03/13/2026 | $ 1,788.46 | PTO | Relative of Director |
| Rivky Hersko | 03/13/2026 | $ 4,173.08 | Salary | Relative of Director |
| Rivky Hersko | 03/27/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 03/27/2026 | $ 5,961.54 | Salary | Relative of Director |
| Rivky Hersko | 04/10/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |
| Rivky Hersko | 04/10/2026 | $ 1,788.45 | PTO | Relative of Director |
| Rivky Hersko | 04/10/2026 | $ 4,173.08 | Salary | Relative of Director |
| Rivky Hersko | 04/24/2026 | $ 4.36 | Group Term Life Insurance | Relative of Director |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Rivky Hersko | 04/24/2026 | $ 1,788.46 | PTO | Relative of Director |
| Rivky Hersko | 04/24/2026 | $ 2,980.77 | Salary | Relative of Director |
| **Rivky Hersko Total** | | **$ 153,916.61** | | |
| Scott King | 05/09/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 05/09/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 05/23/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 05/23/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 06/06/2025 | $ 1,923.08 | Holiday | Chief Legal Officer |
| Scott King | 06/06/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 06/06/2025 | $ 17,307.69 | Salary | Chief Legal Officer |
| Scott King | 06/20/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 06/20/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 07/03/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 07/03/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 07/18/2025 | $ 1,923.08 | Holiday | Chief Legal Officer |
| Scott King | 07/18/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 07/18/2025 | $ 17,307.69 | Salary | Chief Legal Officer |
| Scott King | 08/01/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 08/15/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 08/15/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 08/29/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 08/29/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 09/12/2025 | $ 1,923.08 | Holiday | Chief Legal Officer |
| Scott King | 09/12/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 09/12/2025 | $ 17,307.69 | Salary | Chief Legal Officer |
| Scott King | 09/26/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 09/26/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 10/10/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 10/10/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 10/24/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 10/24/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 11/07/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 11/07/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 11/21/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 11/21/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 12/05/2025 | $ 3,846.16 | Holiday | Chief Legal Officer |
| Scott King | 12/05/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 12/05/2025 | $ 15,384.62 | Salary | Chief Legal Officer |
| Scott King | 12/19/2025 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 12/19/2025 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 01/02/2026 | $ 1,923.08 | Holiday | Chief Legal Officer |
| Scott King | 01/02/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 01/02/2026 | $ 17,307.69 | Salary | Chief Legal Officer |
| Scott King | 01/16/2026 | $ 1,923.08 | Holiday | Chief Legal Officer |
| Scott King | 01/16/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 01/16/2026 | $ 17,307.69 | Salary | Chief Legal Officer |
| Scott King | 01/30/2026 | $ 1,923.08 | Holiday | Chief Legal Officer |
| Scott King | 01/30/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 01/30/2026 | $ 17,307.69 | Salary | Chief Legal Officer |
| Scott King | 02/13/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 02/13/2026 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 02/27/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 02/27/2026 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 03/13/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Scott King | 03/13/2026 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 03/27/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 03/27/2026 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 04/10/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 04/10/2026 | $ 19,230.77 | Salary | Chief Legal Officer |
| Scott King | 04/24/2026 | $ 138.92 | Group Term Life Insurance | Chief Legal Officer |
| Scott King | 04/24/2026 | $ 19,230.77 | Salary | Chief Legal Officer |
| **Scott King Total** | | **$ 503,473.03** | | |
| Sigma Risk Management | 05/23/2025 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 07/11/2025 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 08/18/2025 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 12/15/2025 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 01/26/2026 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 03/13/2026 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 03/30/2026 | $ 150,000.00 | Misc Services | Mutual Owner |
| Sigma Risk Management | 04/29/2026 | $ 700,000.00 | Misc Services | Mutual Owner |
| **Sigma Risk Management Total** | | **$ 1,750,000.00** | | |
| Tehum GUC Liquidating Trust | 05/08/2025 | $ 120,000.00 | Loan Payments | Creditor |
| Tehum GUC Liquidating Trust | 05/19/2025 | $ 1,870,000.00 | Loan Payments | Creditor |
| Tehum GUC Liquidating Trust | 06/27/2025 | $ 1,611,250.00 | Loan Payments | Creditor |
| Tehum GUC Liquidating Trust | 07/25/2025 | $ 1,103,750.00 | Loan Payments | Creditor |
| Tehum GUC Liquidating Trust | 08/26/2025 | $ 1,098,750.00 | Loan Payments | Creditor |
| **Tehum GUC Liquidating Trust Total** | | **$ 5,803,750.00** | | |
| Tehum PI Trust Custody Account | 05/08/2025 | $ 120,000.00 | Loan Payments | Creditor |
| Tehum PI Trust Custody Account | 05/19/2025 | $ 1,870,000.00 | Loan Payments | Creditor |
| Tehum PI Trust Custody Account | 06/27/2025 | $ 1,611,250.00 | Loan Payments | Creditor |
| Tehum PI Trust Custody Account | 07/25/2025 | $ 1,103,750.00 | Loan Payments | Creditor |
| Tehum PI Trust Custody Account | 08/26/2025 | $ 1,098,750.00 | Loan Payments | Creditor |
| **Tehum PI Trust Custody Account Total** | | **$ 5,803,750.00** | | |
| Tova Joseph | 05/09/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 05/09/2025 | $ 3,653.85 | Salary | Relative of Director |
| Tova Joseph | 05/23/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 05/23/2025 | $ 3,653.85 | Salary | Relative of Director |
| Tova Joseph | 06/06/2025 | $ 365.38 | Holiday | Relative of Director |
| Tova Joseph | 06/06/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 06/06/2025 | $ 3,288.46 | Salary | Relative of Director |
| Tova Joseph | 06/20/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 06/20/2025 | $ 730.76 | PTO | Relative of Director |
| Tova Joseph | 06/20/2025 | $ 2,923.08 | Salary | Relative of Director |
| Tova Joseph | 07/03/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 07/03/2025 | $ 3,653.85 | Salary | Relative of Director |
| Tova Joseph | 07/18/2025 | $ 365.38 | Holiday | Relative of Director |
| Tova Joseph | 07/18/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 07/18/2025 | $ 3,288.46 | Salary | Relative of Director |
| Tova Joseph | 08/01/2025 | $ 3,653.85 | Salary | Relative of Director |
| Tova Joseph | 08/15/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 08/15/2025 | $ 3,653.85 | Salary | Relative of Director |
| Tova Joseph | 08/29/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 08/29/2025 | $ 3,653.85 | Salary | Relative of Director |
| Tova Joseph | 09/12/2025 | $ 365.38 | Holiday | Relative of Director |
| Tova Joseph | 09/12/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Tova Joseph | 09/12/2025 | $ 3,288.46 | Salary | Relative of Director |
| Tova Joseph | 09/26/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 10/03/2025 | $ 422.48 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 10/03/2025 | $ 1,427.28 | Salary | Relative of Director |
| Tova Joseph | 10/10/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 10/10/2025 | $ 570.92 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 10/10/2025 | $ 1,107.58 | Salary | Relative of Director |
| Tova Joseph | 10/24/2025 | $ 365.38 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 10/24/2025 | $ 1,130.41 | Salary | Relative of Director |
| Tova Joseph | 11/07/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 11/07/2025 | $ 479.57 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 11/07/2025 | $ 1,415.86 | Salary | Relative of Director |
| Tova Joseph | 11/21/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 11/21/2025 | $ 479.56 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 11/21/2025 | $ 1,335.95 | Salary | Relative of Director |
| Tova Joseph | 12/05/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 12/05/2025 | $ 296.88 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 12/05/2025 | $ 1,256.02 | Salary | Relative of Director |
| Tova Joseph | 12/19/2025 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 12/19/2025 | $ 479.56 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 12/19/2025 | $ 1,450.13 | Salary | Relative of Director |
| Tova Joseph | 01/02/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 01/02/2026 | $ 365.38 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 01/02/2026 | $ 1,004.81 | Salary | Relative of Director |
| Tova Joseph | 01/16/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 01/16/2026 | $ 445.31 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 01/16/2026 | $ 1,210.34 | Salary | Relative of Director |
| Tova Joseph | 01/30/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 01/30/2026 | $ 422.49 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 01/30/2026 | $ 1,621.41 | Salary | Relative of Director |
| Tova Joseph | 02/13/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 02/13/2026 | $ 365.38 | PTO | Relative of Director |
| Tova Joseph | 02/13/2026 | $ 536.66 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 02/13/2026 | $ 1,187.50 | Salary | Relative of Director |
| Tova Joseph | 02/27/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 02/27/2026 | $ 844.95 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 02/27/2026 | $ 2,043.87 | Salary | Relative of Director |
| Tova Joseph | 03/13/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 03/13/2026 | $ 582.32 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 03/13/2026 | $ 1,724.16 | Salary | Relative of Director |
| Tova Joseph | 03/27/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 03/27/2026 | $ 570.91 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 03/27/2026 | $ 1,918.27 | Salary | Relative of Director |
| Tova Joseph | 04/10/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 04/10/2026 | $ 468.15 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 04/10/2026 | $ 1,370.19 | Salary | Relative of Director |
| Tova Joseph | 04/24/2026 | $ 1.66 | Group Term Life Insurance | Relative of Director |
| Tova Joseph | 04/24/2026 | $ 513.82 | Salary - 2nd Shift | Relative of Director |
| Tova Joseph | 04/24/2026 | $ 1,404.45 | Salary | Relative of Director |
| **Tova Joseph Total** | | **$ 67,396.25** | | |
| Yitzchok Lefkowitz | 08/01/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 08/15/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 08/15/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 08/29/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |

**Debtor YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider Name | Dates | Total Amount or Value | Reasons for Payment or Transfer | Relationship to Debtor |
|---|---|---|---|---|
| Yitzchok Lefkowitz | 08/29/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 09/12/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 09/12/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 09/26/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 09/26/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 10/10/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 10/10/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 10/24/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 10/24/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 11/07/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 11/07/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 11/21/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 11/21/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 12/05/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 12/05/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 12/19/2025 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 12/19/2025 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 01/02/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 01/02/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 01/16/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 01/16/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 01/30/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 01/30/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 02/13/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 02/13/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 02/27/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 02/27/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 03/13/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 03/13/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 03/27/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 03/27/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 04/10/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 04/10/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 04/24/2026 | $ 213.23 | Group Term Life Insurance | Director/Board Member/Owner |
| Yitzchok Lefkowitz | 04/24/2026 | $ 25,000.00 | Salary | Director/Board Member/Owner |
| Yitzchok Lefkowitz | Various | $ 623,945.17 | American Express Charges | Director/Board Member/Owner |
| **Yitzchok Lefkowitz Total** | | **$ 1,127,996.54** | | |
| **Grand Total** | | **$293,526,854.65** | | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 3, QUESTION 7

## LEGAL ACTIONS, ADMINISTRATIVE PROCEEDINGS, COURT ACTIONS, EXECUTIONS, ATTACHMENTS, OR GOVERNMENTAL AUDITS

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12031 vs. Corizon Health, Inc., and YesCare Corp. | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-02488-TDC |
| Name Redacted 12032 vs. YesCare Corp | Malpractice | United States Fourth Circuit Court of Appeals Lewis F. Powell Jr. Courthouse & Annex 1100 East Main Street, Suite 501 Richmond, VA 23219 | Pending | 25-6866 |
| Adjoua Kra Evelyne Avila v. YesCare Corp. and CHS TX, Inc. d/b/a YesCare | Federal Fair Labor Standards Act | United States District Court for the Middle District of Tennessee, Nashville Division Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street Nashville, TN 37203 | Pending | 3:25-cv-00944 |
| Name Redacted 12038 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-02216-SAG |
| Name Redacted 12044 vs. YesCare Corp, and Asresahegn Getachew | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Pending | 23cv2464 |
| Andrew Lyles & Kohchise Jackson as Assignees of Dr. Keith Papendick v. Yitzchok Lefkowitz, Quality Correctional Care of Michigan, P.C., CHS TX, Inc., YesCare Corp., Geneva Consulting, LLC, Perigrove, 1018 LLC, Scott King, David Gefner, Abraham Goldberger, Sara Tirschwell, and Joel Landau | Fraud | Circuit for the County of Wayne, Michigan Coleman A. Young Municipal Center 2 Woodward Ave Detriot, MI 48226 | Pending | 26-007091-CK |
| Name Redacted 12050 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:25-CV-01127-JRR |
| April Phillips v. YesCare Corp. | Retaliation | United States District Court for the Northern District of Alabama Hugo L. Black United States Courthouse 1729 5th Avenue N Birmingham, AL 35203 | Pending | 2:26-cv-00268-EGL |
| Name Redacted 12057 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-02042-GLR |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12058 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:25-cv-03683-GLR |
| Cameron Regional Medical Center v Tehum Care Services, Inc d/b/a Corizon Health, Inc; Corizon, LLC; CHS TX, Inc; YesCare Corp. | Breach of Contract | United States District Court for the Western District of Missouri, St. Joseph Division Charles Evans Whittaker U.S. Courthouse 400 E. 9th Street Kansas City, MO 64106 | Pending | 5:22-cv-6122 |
| Capitol Eye Care, Inc., Jefferson City Oral & Maxillofacial Surgery, LLC, CMMP Surgical Center, LLC, and Mid-Missouri Anesthesia Consultants, PC v. Tehum Care Svcs, Inc. d/b/a Corizon Health, Inc; CHS TX, Inc.; YesCare Corp and State of Missouri, Department of Corrections | Breach of Contract | 19th Judicial Circuit of Cole County, Missouri 301 E High St Jefferson City, MO 65101 | Pending | 2:22-cv-04191-MDH |
| Name Redacted 12073 vs. YesCare Corp | Malpractice | United States District Court for the Eastern District of Missouri 111 South 10th Street St. Louis, MO 63102 | Pending | 24cv01390 |
| Name Redacted 12076 vs. Corizon Health, Inc., and YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 8:23cv1481 & 1:21-cv-00636 (2022-404) |
| Name Redacted 12079 vs. Corizon Health, Inc., and YesCare Corp | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Pending | 23cv01047 |
| Name Redacted 12082 vs. YesCare Corp and Corizon Health of New Mexico | Malpractice | 2nd Judicial District for Bernalillo County, New Mexico 400 Lomas Blvd NW Albuquerque, NM 87102 | Pending | D-202-CV-2024-07064 |
| Name Redacted 12084 vs. YesCare Corp | Malpractice | Philadelphia, Pennsylvania Court of Common Pleas Philadelphia City Hall 1400 John F. Kennedy Blvd Philadelphia, PA 19107 | Pending | 25-11-03333 |
| Name Redacted 12090 vs. Corizon Health, Inc., and YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:22-cv-00355-PX |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12091 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:22-cv-00355-PX |
| Name Redacted 12093 vs. Corizon Health, Inc., YesCare, and Asresahegn Getachew | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Concluded | 1:22-cv-02158-SAG & 2024-259 |
| Name Redacted 12095 vs. Asresahegn Getachew | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-00514-JRR |
| Name Redacted 12098 vs. Corizon Health, Inc., CHS TX, YesCare Corp, and State of Arizona | Malpractice | United States District Court for the District of Arizona 401 W. Washington St., Suite 130, SPC 1 Phoenix, AZ  85003-2118 | Pending | 25cv257 |
| Name Redacted 12101 vs. YesCare Corp | Malpractice | United States District Court for the Northern District of Alabama Hugo L. Black United States Courthouse 1729 5th Avenue N Birmingham, AL 35203 | Pending | 47-cv-2025-901088.00 |
| Name Redacted 12108 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Concluded | 1:23-cv-01975-SAG |
| Name Redacted 12109 vs. Corizon Health, Inc., and YesCare Corp | Malpractice | United States District Court for the Eastern District of Pennsylvania James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | Pending | 24cv2910 |
| Name Redacted 12110 vs. Asresahegn Getachew | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Concluded | 24cv01686 |
| Name Redacted 12112 vs. CHS TX, and YesCare Corp | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Pending | 25CV03447 |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12116 vs. Corizon Health, Inc., YesCare Corp, and Yonas Sisay | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Pending | 24cv03763 |
| Name Redacted 12117 vs. Corizon Health, Inc., CHS TX, and YesCare Corp | Malpractice | United States District Court of Eastern District of Michigan Southern Division Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd. Detroit, MI 48226 | Pending | 4:20-cv-10674 |
| Name Redacted 12127 vs. YesCare Corp. | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-03423-SAG |
| Glendora Dvine v. YesCare Corp. | Age Discrimination, Retaliation | United States District Court for the Middle District of Alabama, Montgomery Division Frank M. Johnson Jr U.S. Courthouse Complex One Church St Montgomery, AL 36104 | Pending | 2:25-cv-00579-BL-KFP |
| Name Redacted 12130 vs. YesCare Corp | Malpractice | United States District Court for the Eastern District of Kentucky 101 Barr Street Lexington, KY 40507 | Pending | 25cv294 (25CI2734) |
| Name Redacted 12131 vs. YesCare Corp. | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:25-cv-01186-PX |
| HALO v Corizon Health, Inc; YesCare Corp; CHS TN, LLC d/b/a YesCare | Breach of Contract | Circuit Court for the 18th Judicial Circuit for DuPage County, Illinois 505 N. Country Farm Rd Wheaton, IL 60187 | Pending | 2023LA000124 |
| Name Redacted 12133 vs. Kasahun Temesgen | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Concluded | 22cv02231 |
| Name Redacted 12134 vs. YesCare Corp, Corizon Health, Inc., and Yonas Sisay | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-03606-DKC |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| HOCS Consulting LLC v. YesCare Corp. | Breach of Contract | New York State Supreme Court, Kings County<br>360 Adams St<br>Brooklyn, NY 11201 | Pending | Index #: 503344/2026 |
| In re: Alesha Thomas | Racial Discrimination | EEOC<br>Ridge Park Place<br>1130 22nd Street South<br>Suite 2000<br>Birmingham, AL 35205 | Pending | |
| In re: Amy Ransaw | Racial Discrimination | EEOC<br>Ridge Park Place<br>1130 22nd Street South<br>Suite 2000<br>Birmingham, AL 35205 | Pending | |
| In re: Brianna Williams | Racial Discrimination | EEOC<br>Ridge Park Place<br>1130 22nd Street South<br>Suite 2000<br>Birmingham, AL 35205 | Pending | |
| In re: Carlos Permell | Disability Discrimination | EEOC<br>801 Market Street, Suite 1000<br>Philadelphia, PA 19107-3126 | Pending | |
| In re: Diedre Reynolds | Racial Discrimination | EEOC<br>801 Market Street, Suite 1000<br>Philadelphia, PA 19107-3126 | Pending | |
| In re: Ebony Young | Disability Discrimination | EEOC<br>Miami Tower<br>100 SE 2nd Street, Suite 1500<br>Miami, FL 33131 | Pending | |
| In re: Esther Ricketts | Disability Discrimination | EEOC<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004 | Pending | |
| In re: Henry Blevins | Gender Discrimination | EEOC<br>Ridge Park Place<br>1130 22nd Street South<br>Suite 2000<br>Birmingham, AL 35205 | Pending | |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| In re: Kristen Skoney | Disability Discrimination | EEOC<br>Patrick V. McNamara Building<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226 | Pending | |
| In re: Latoya Jones | Gender Discrimination | EEOC<br>131 M Street, NE<br>Fourth Floor, Suite 4NWO2F<br>Washington, DC 20507-0100 | Pending | |
| In re: Laura Thrasher | Discrimination | EEOC<br>Ridge Park Place<br>1130 22nd Street South<br>Suite 2000<br>Birmingham, AL 35205 | Pending | |
| In re: Tamara Fischer | Racial Discrimination | Maryland Commission on Civil Rights<br>44 N Potomac St, #202<br>Hagerstown, MD 21740 | Pending | |
| In re: Tanika Taylor | Racial Discrimination | EEOC<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004 | Pending | |
| In re: Tina Hill | Racial Discrimination | EEOC<br>Miami Tower<br>100 SE 2nd Street, Suite 1500<br>Miami, FL 33131 | Pending | |
| In re: Virginie Masseh | Racial Discrimination | EEOC<br>131 M Street, NE<br>Fourth Floor, Suite 4NWO2F<br>Washington, DC 20507-0100 | Pending | |
| In re: Yadira Santana | Disability Discrimination | EEOC<br>801 Market Street, Suite 1000<br>Philadelphia, PA 19107-3126 | Pending | |
| Name Redacted 12144 vs. YesCare Corp | Malpractice | United States District Court for the Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Pending | 25cv02974 |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12146 vs. Corizon Health, Inc. and YesCare Corp | Malpractice | Philadelphia, Pennsylvania Court of Common Pleas Philadelphia City Hall 1400 John F. Kennedy Blvd Philadelphia, PA 19107 | Pending | 25-02-3053 |
| Name Redacted 12151 vs. Tehum Care Services and YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:23-cv-01570-PX |
| Name Redacted 12152 vs. Tehum Care Services, and YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:23-cv-01570-PX |
| Name Redacted 12153 vs. YesCare Corp, and CHS TX | Malpractice | United States District Court for the Middle District of Florida 401 West Central Boulevard Orlando, Florida 32801 | Pending | 8:24-cv-1246-MSS-CP |
| Name Redacted 12156 vs. YesCare Corp, and Corizon Health, Inc. | Malpractice | United States District Court for the Eastern District of Pennsylvania James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | Pending | 24cv03755 |
| Name Redacted 12157 vs. YesCare | Malpractice | United States District Court for the Northern District of Alabama 660 Gallatin Street, SW Huntsville, AL 35801 | Pending | 6:24-cv-01453-RDP |
| Name Redacted 12161 vs. YesCare Corp | Malpractice | United States District Court for the District of New Mexico Pete V. Domenici U.S. Courthouse 333 Lomas Blvd NW Albuquerque, NM 87102 | Pending | 1:24-cv-00167-JFR-DLM |
| Name Redacted 12166 vs.YesCare | Malpractice | United States District Court for the Middle District of Alabama Frank M. Johnson Jr U.S. Courthouse Complex One Church St Montgomery, AL 36104 | Pending | 2:24-cv-00455-ECM-CWB |
| Name Redacted 12167 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:25-cv-03943-BAH |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12168 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:25-cv-03943-BAH |
| Name Redacted 12169 vs. Corizon Health, Inc., YesCare Corp, and Asresahegn Getachew | Malpractice | United States District Court for the District of Maryland 101 West Lombard Street Baltimore, MD 21201 | Pending | 23cv2432 |
| Name Redacted 12170 vs. YesCare Corp | Malpractice | District Court for the District of Maryland for Washington County 36 W Antietam St Hagerstown, MD 21740-5524 | Concluded | D-112-CV-25-010236 |
| Name Redacted 12171 vs. YesCare Corp. | Malpractice | United States District Court for the Middle District of Alabama Frank M. Johnson Jr U.S. Courthouse Complex One Church St Montgomery, AL 36104 | Pending | 2:25-cv-01036-WKW-JTA |
| Name Redacted 12172 vs. Engracia Castelo, YesCare Corp. and CHS TX, Inc. | Malpractice | Philadelphia, Pennsylvania Court of Common Pleas Philadelphia City Hall 1400 John F. Kennedy Blvd Philadelphia, PA 19107 | Pending | 23-09-01145 |
| Name Redacted 12174 vs. Medical Department for NBCI d/b/a YesCare | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-00444-DLB |
| Name Redacted 12175 vs. YesCare | Malpractice | United States District Court for the Northern District of Alabama Hugo L. Black United States Courthouse 1729 5th Avenue N Birmingham, AL 35203 | Pending | 2:26-cv-00008-JHE |
| Name Redacted 12176 vs. Corizon Health, Inc., CHS TX, and YesCare Corp | Malpractice | United States District Court for the Eastern District of Missouri 111 South 10th Street St. Louis, MO 63102 | Pending | 2:19-cv-13382 |
| Kohchise Jackson, Individually and Kohchise Jackson as Assignee of Dr. Keith Papendick v. Lone Star Alliance, Inc. and Quality Correctional Care of Michigan P.C. | Insurance Claim | Circuit for the County of Wayne, Michigan Coleman A. Young Municipal Center 2 Woodward Ave Detriot, MI 48226 | Pending | 26-007050-CK |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Kristen Hill v. CHS Employee Group LLC, YesCare Corp. | Whistleblower | Circuit Court for the 12th Judicial Circuit in and for Manattee County, Florida - Civil Division 1051 Manatee Ave W Bradenton, FL 34205 | Pending | 2025-CA-0357 |
| Name Redacted 12189 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-02934-PX |
| Name Redacted 12192 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division 101 West Lombard Street Baltimore, MD 21201 | Pending | 1:24-cv-03585-PX |
| Name Redacted 12196 vs. YesCare Corp | Malpractice | United States District Court for the Eastern District of Pennsylvania James A. Byrne U.S. Courthouse 601 Market Street Philadelphia, PA 19106 | Concluded | 24cv05618 |
| Name Redacted 12199 vs. YesCare Corp. | Malpractice | United States District Court for the Middle District of Alabama, Northern Division Frank M. Johnson Jr U.S. Courthouse Complex One Church St Montgomery, AL 36104 | Pending | 2:25-cv-00308-SMD |
| Matthew J. Dundon, Michael Zimmerman v Yitzchak Lefkowitz A/K/A Isaac Lefkowitz, YesCare Corp., CHS TX, Inc., Geneva Consulting, LLC, Perigrove, LLC, Perigrove 1018, LLC, M2 Holdco, LLC, M2 Loanco, LLC, Pharmacorr LLC, Sara Ann Tirschwell, Ayodeji Olawale Ladele, B, Beverly Michelle Rice, Jeffrey Scott King, Jennifer Lynne Finger, Frank Jeffrey Sholey | Fraudulent Transfer | United States Bankruptcy Court for the Southern District of Texas, Houston Division 515 Rusk Street Houston, TX 77002 | Pending | 4:2026ap03138 |
| Name Redacted 12205 vs. YesCare Corp | Malpractice | United States District Court for the Western District of Michigan, Southern Division 107 Federal Bldg 410 W Michigan Ave Kalamazoo MI 49007 | Pending | 1:24-cv-00530-RJJ-PJG |
| Name Redacted 12208 vs. YesCare Corp | Malpractice | United States District Court for the Middle District of Alabama Frank M. Johnson Jr U.S. Courthouse Complex One Church St Montgomery, AL 36104 | Pending | 3:25-cv-00212-WKW-CWB |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12214 vs. YesCare Corp, and Khadijah Abdul-Hakim | Malpractice | United States District Court for the Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Pending | 24cv1346 (23-08-936) |
| Princess Robinson-Humphrey v. YesCare Corp. | Discrimination | United States District Court for the Northern District of Alabama - Northeastern Division<br>660 Gallatin Street, SW<br>Huntsville, AL 35801 | Pending | 5:26-cv-00392-LCB |
| Name Redacted 12216 vs. YesCare Corp. | Malpractice | United States District Court for the District of Maryland, Baltimore Division<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:23-cv-03260-JRR |
| Name Redacted 12217 vs. YesCare Corp | Malpractice | United States District Court for the Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Pending | 23cv04012 |
| Name Redacted 12223 vs. YesCare Corp | Malpractice | Circuit Court of St. Clair County, Alabama<br>St. Clair County Courthouse<br>100 6th Ave N, Ste 400<br>Ashville, Al 35953 | Pending | 75-cv-2024-900183.00 |
| Name Redacted 12224 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:23-cv-03430-LKG |
| Name Redacted 12225 vs. YesCare Corp. | Malpractice | United States District Court for the District of Maryland, Baltimore Division<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:25-cv-02020-LKG |
| Name Redacted 12235 vs. YesCare Corp | Malpractice | 2nd Judicial District of Carbon County, Wyoming<br>415 W Pine St<br>Rawlins, WY 82301 | Pending | CV-2024-0088 |
| Sherita Johnson v. YesCare Corp. | Wrongful Termination | United States District Court for the Middle District of Alabama<br>Frank M. Johnson Jr U.S. Courthouse Complex<br>One Church St<br>Montgomery, AL 36104 | Pending | 2:25-cv-00902-ECM-JTA |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12244 vs. YesCare Corp | Malpractice | United States District Court for the Southern District of New York<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>Manhattan, New York, NY 10007 | Pending | 25cv0064 |
| Name Redacted 12247 vs. YesCare Corp | Malpractice | United States District Court for the District of Wyoming<br>Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue, Room 2131<br>Cheyenne, WY 82001 | Pending | 25-CV-00160 ABJ |
| The Curators of The University of Missouri and Capital Region Medical Center v Tehum Care Services, Inc. d/b/a Corizon Health, Inc., CHS TX, Inc. and YesCare Corp. | Breach of Contract | Circuit Court of Boone County, Missouri<br>705 E Walnut St<br>Columbia, MO 65201 | Pending | 22BA-CV01701 |
| Name Redacted 12264 vs. YesCare Corp | Malpractice | United States District Court for the Southern District of Texas<br>515 Rusk Street<br>Houston, TX 77002 | Pending | 25cv4119 |
| Name Redacted 12265 vs. YesCare Corp and Kasahun Temesgen | Malpractice | United States District Court for the District of Maryland, Baltimore Division<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:23-cv-03520-LKG |
| Name Redacted 12267 vs. YesCare Corp and Corizon Health, Inc. | Malpractice | United States District Court for the District of Maryland, Baltimore Division<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:22-cv-02121-PX |
| T'Kayla Travis v. YesCare Corp. | Whistleblower, Retaliation | Circuit Court for the 2nd Judicial Circuit in and for Leon County, Florida<br>301 South Monroe St<br>Tallahassee, FL 32301 | Pending | 2024-CA-001984 |
| University of Maryland Faculty Physicians, Inc., et al. v. Yitzchok Lefkowitz, Quality Correctional Care of Michigan, P.C., CHS TX, Inc., YesCare Corp., Geneva Consulting, LLC, Perigrove, 1018 LLC, Scott King, David Gefner, Abraham Goldberger, Sara Tirschwell, and Joel Landau | RICO | United States District Court for the District of Maryland<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:26-cv-01500-CJC |
| Name Redacted 12284 vs. YesCare Corp | Malpractice | United States District Court for the District of Maryland, Baltimore Division<br>101 West Lombard Street<br>Baltimore, MD 21201 | Pending | 1:24-cv-02011-BAH |

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Nature of Case | Court or Agency's Name and Address | Status of Case | Case Number |
|---|---|---|---|---|
| Name Redacted 12286 vs. YesCare Corp, CHS TX, and Corizon Health, Inc. | Malpractice | United States District Court for the Eastern District of Missouri<br>111 South 10th Street<br>St. Louis, MO 63102 | Pending | 2:22-cv-10589 |
| YesCare Corp v AIG | Breach of Contract | Arbitration | Pending | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 13, QUESTION 25

## OTHER BUSINESSES IN WHICH THE DEBTOR HAS OR HAS HAD AN INTEREST

**YesCare Corp.**
**Case No. 26-01089-FMR**
**SOFA 25  Other business in which the debtors has or has had an interest**

| Business Name and Address | Address | Describe the Nature of the business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|---|
| CHS AL, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-0890801 | 02/22/22 to Present |
| CHS Care NY, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-1664821 | 04/07/22 to Present |
| CHS Care TX, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-3068583 | 05/03/21 to Present |
| CHS CO, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 92-0633810 | 05/03/21 to Present |
| CHS DE, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 92-1673921 | 05/03/21 to Present |
| CHS FL, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-1375547 | 02/21/22 to Present |
| CHS GA, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 99-4130486 | 05/03/21 to Present |
| CHS IL, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 92-0680262 | 05/03/21 to Present |
| CHS IN, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-2228430 | 05/03/21 to Present |
| CHS KS, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-0839074 | 05/03/21 to Present |
| CHS KY, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 93-1790393 | 05/03/21 to Present |
| CHS MA, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | Pending | 05/03/21 to Present |
| CHS MD, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 93-2123335 | 05/03/21 to Present |
| CHS MI, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 39-3489813 | 05/03/21 to Present |
| CHS MN, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 92-0410740 | 05/03/21 to Present |
| CHS MO, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-2200993 | 05/03/21 to Present |
| CHS New Jersey, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-1407565 | 05/03/21 to Present |
| CHS NH, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-1615722 | 05/03/21 to Present |
| CHS NV, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 93-3575278 | 05/03/21 to Present |
| CHS OK, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | Not Applied | 05/03/21 to Present |
| CHS PA, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 93-1642303 | 05/03/21 to Present |
| CHS TN, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-3740272 | 05/03/21 to Present |
| CHS TX, Inc. | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-2275886 | 05/03/21 to Present |
| CHS VA, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 92-0770814 | 05/03/21 to Present |
| CHS WI, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 39-3843428 | 05/03/21 to Present |
| CHS, IA, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | N/A | 05/03/21 to Present |
| CHS, MS LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 93-2185314 | 05/03/21 to Present |
| YesCare AR, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 88-4281598 | 05/03/21 to Present |
| YesCare Professional Solutions, LLC | 205 Powell Pl., Ste 104 Brentwood, TN 37027 | Provider of Physical and Mental Health Services to Inmate Patient Populations in Correctional Facilities | 33-1980278 | 5/03/21- to Present |